# FONTENOT V. RIOS

## 6:16-cv-00069-JHP-KEW

*LIST OF EXHIBITS*

| No. | Name |
|---|---|
| 1 | Affidavit of Darlene Adams |
| 2 | Affidavit of Vickey Blevins-Jenkins |
| 3 | Affidavit of Anthony Johnson |
| 4 | Affidavit of Gary Haney |
| 5 | Affidavit of John McKinnis |
| 6 | Affidavit of Richard Holkum |
| 7 | Affidavit of Guy Keys |
| 8 | Affidavit of Bruce Deprater |
| 9 | Affidavit of Eric Thompson |
| 10 | Affidavit of Randy Holland |
| 11 | Affidavit of Terry Hull |
| 12 | Affidavit of Stacey Shelton |
| 13 | Affidavit of Karen Wise |
| 14 | Affidavit of James Moyer |
| 15 | Affidavit of James Watts |
| 16 | Affidavit of Judge George Butner |
| 17 | Affidavit of Allen Tatum |
| 18 | Vol 4 Appendix of Exhibits for Plaintiffs' Response to Defendants' Motion for Summary Judgment: Fritz-Williams Civil Matter Dr. Thomas T. Gillespie Report |
| 19 | Professional Report of Dr. Richard A. Leo |
| 20 | Professional Report of Brent E. Turvey, Ph.D |
| 21 | Professional Report of John C. Brigham, Ph.D. |
| 22 | Investigative Report of Richard Kerner 05.19.1988 |
| 23 | Investigative Report of Richard Kerner 05.31.1988 |
| 24 | Investigative Report of Dan Clark RE Floyd DeGraw |
| 25 | Forensic Anthropology: The Structure, Morphology, and Variation of Human Bone and Dentition, Mahmoud El-Najjar and K. Richard McWilliams, 1978. |
| 26 | 05.03.1984 Ada Evening News Article - Haraway Leads RE DeGraw |
| 27 | 05.04.1984 Ada Evening News Article - Haraway No Leads |

| 28 | 05.06.1984 Ada Evening News Article - Haraway Help Sought |
|---|---|
| 29 | Oklahoma State Bureau of Investigation Records and Evidence Relating to the Murder of Donna Denice Harraway 0900-1162 |
| 30 | OSCN App Docket F-1985-388- Reeves Bros |
| 31 | 03.08.2014 Affidavit and Photos from Sandra Mantzke |
| 32 | 04.01.2013 Evidence Review Pontotoc Co - Photo 103 Cash Register Tape Keys |
| 33 | 04.01.2013 Evidence Review Pontotoc Co - Photo 104 Cash Register Tape Keys and Whelchel |
| 34 | 04.01.2013 Evidence Review Pontotoc Co - Photo 105 Cash Register Tape Whelchel |
| 35 | 04.01.2013 Evidence Review Pontotoc Co - Photo 107 Cash Register Tape Holkum and McKinnis |
| 36 | 05.02.2013 Affidavit of Dr. Fred Jordan |
| 37 | 04.01.2013 Evidence Review Pontotoc Co - Photo 110 Cash Register Tape Whelchel |
| 38 | 12.01.1992 Order Karl Allen Fontenot v. Oklahoma F-88-571 #285213 |
| 39 | 04.25.2013 Photos from DA's Office - 01 Polaroid Photos & Misc PDF page 8 Marty Ashley with Hat |
| 40 | 04.25.2013 Photos from DA's Office - 01 Polaroid Photos & Misc PDF page 10 Marty Ashley without Hat |
| 41 | Oklahoma v. Thomas Jesse Ward CRF-88-208 Defense Exhibit 32 - Ada Police Department Radio Log 04.28.1984 |
| 42 | Oklahoma v. Thomas Jesse Ward CRF-88-208 Defense Exhibit 33 - Ada Police Department Radio Log 04.29.1984 |
| 43 | Pontotoc Co DA Investigative Prosecutorial |
| 44 | Police OSBI Images 0001-0860 |
| 45 | Missouri Department of Corrections Record for Jeff Johnson |
| 46 | Medical Examiner Report |
| 47 | Opinion by The Supreme Court of Appeals of West Virginia - West Virginia v. Floyd Lee DeGraw 93-FE-0171 |
| 48 | James Fox Deposition 03.02.2001 |
| 49 | Richard Carson Deposition 04.10.2001 |
| 50 | Carl Allen Deposition 10.03.2001 |
| 51 | Michael Kiesewetter Deposition 10.03.2001 |
| 52 | Gary Rogers Deposition Volume 1 11.01.2001 |
| 53 | Dennis Smith Deposition Volume 1 11.06.2001 |
| 54 | Dennis Smith Deposition Volume 2 03.11.2002 |
| 55 | William Peterson Deposition Volume 1 12.03.2001 |
| 56 | Affidavit of Sonja Chambers |

| | |
|---|---|
| 57 | 01.30.1986 Motion to Disclose and Produce - Oklahoma v. Karl Allen Fontenot CRF-84-183 |
| 58 | 08.08.1986 Motion for New Trial on Newly Discovered Evidence - Karl Allen Fontenot v. Oklahoma F-85-769 |
| 59 | Order - Oklahoma v. Karl Allen Fontenot and Thomas Jesse Ward CRF-84-183 03.03.1986 |
| 60 | Statement of Thomas Jesse Ward 01.19.1985, Court's Exhibit 1 in Preliminary Hearing Oklahoma v. Thomas Jesse Ward & Karl Allen Fontenot CRF-84-183 |
| 61 | 09.19.1995 Order Granting Writ of Habeas Corpus, Ronald Keith Williamson v. Dan Reynolds, Warden, Oklahoma State Penitentiary CIV 94-539-S |
| 62 | 04.24.2013 DA File Review Photos - 87_Box 5 Vol Witness Statement James D Watts |
| 63 | Psychological Report of Karl Fontenot by Sidney Pepper, Ph.D. 08.24.1971 |
| 64 | Psychological Report of Karl Fontenot by Joel S. Dreyer, M.D. 05.23.1988 |
| 65 | Mike Miller Deposition 10.04.2001 |
| 66 | Taped statement of Marty Ashley 01.11.1985  (CD Hard Copy) |
| 67 | Evidence Review Pontotoc Co - Photo 101 Cash Register Tape |
| 68 | McAnally's Cash Register Tape Transaction Chart - Murphy |
| 69 | Transcript of Karl Fontenot's Video Taped Statement - Preliminary Hearing |
| 70 | 01.23.1986 Ada Evening News Article - Haraway's Remains Found |
| 71 | 05.27.1988 Subpoena for Anthony Johnson |
| 72 | 12.07.1987 Motion to Disclose and Produce - Oklahoma v. Karl Allen Fontenot CRF-84-183 |
| 73 | 02.13.1985 Motion for Production of Police Reports - Oklahoma v. Karl Allen Fontenot CRF-84-183 |
| 74 | 12.20.1984 Motion to Produce - Oklahoma v. Karl Allen Fontenot CRF-84-183 |
| 75 | 02.20.1985 motion for Discovery - Oklahoma v. Karl Allen Fontenot CRF-84-183 |
| 76 | Oklahoma v. Karl Allen Fontenot CRF-88-43 State's Exhibit 50 - Suspect 1 Sketch |
| 77 | Oklahoma v. Karl Allen Fontenot CRF-88-43 State's Exhibit 51 - Suspect 2 Sketch |