# EXHIBIT 1

# **AFFIDAVIT**

State of _Oklahoma_ )
)
County of _Pontotoc_ )

I, _Donsye Adams_, first being duly sworn, on my oath state the following facts:

In April of 1984, I was 31 years old, living east of Ada, Ok, and working the 3rd shift at the Solo Cup Factory in Ada. My shift began at 10 pm. I normally arrived at work about 9:30 pm so I would be ready to begin my shift at 10 pm.

I often stopped at McAnally's about 9pm or 9:15 pm, on my way into work, so I often saw and talked to Denice Haraway, the McAnally's store clerk. I worked Monday night through Friday night.

I recall the last night I stopped in McAnally's and saw Denice Haraway, would have been my last shift of the week, that Friday night, April 27, 1984. I remember staying home that Saturday night, and hearing about Haraway's disappearance on that Sunday, which would have been April 29, 1984.

I distinctly remember Denice telling me that Friday night that she felt "uneasy" working there. She said she was "uneasy" working in the store late at night by herself. I recall telling Denice that if she didn't feel right about working there, she should shut down the store and go home. I recall Denice telling me that the store owner would not let her close the store for any reason.

Denice never gave me a specific reason why she felt uneasy. Nor did she tell me of any specific fears she might have had.

I was never contacted or interviewed by any attorneys or any members of the defense representing Karl Fontenot, nor was I ever approached or contacted by any police investigators concerning the Denice Haraway disappearance.

I have read this affidavit consisting of 2 page(s) and make this statement of my own free will without promise or threat. Further affiant saith not.

_____
Darlene Adams

Subscribed and sworn to before me this 25 day of April, 2013.

_____
Notary Public in and for
The State of Oklahoma

