# EXHIBIT 2

## AFFIDAVIT

State of <u>Oklahoma</u>       )
                              )
County of <u>Pontotoc</u>     )

I, <u>Vickey Jenkins</u>, first being duly sworn, on my oath state the following facts:

Back in 1984 I recall my friend Karen Wise telling me that Denice Haraway had told her right before Haraway disappeared, that Denice was 3 months pregnant.

Karen Wise told me about this conversation with Haraway soon after her disappearance. Haraway reportedly told Wise she was 3 months pregnant a few days before Haraway disappeared.

VJ. I have read this affidavit consisting of page(s) and make this statement of my own free will without promise or threat. Further affiant saith not.

<u>Vickey Jenkins</u>
(name)

Subscribed and sworn to before me this <u>25th</u> day of <u>April</u>, 20<u>13</u>.

<u>Joyce A. Mayer</u>
Notary Public in and for
the State of ~~Missouri~~ Oklahoma

[Notary Seal: JOYCE A MAYER, NOTARY PUBLIC, No. 12001036, EXP. 2/02/2016, IN AND FOR, STATE OF OKLAHOMA]