# EXHIBIT 3

# AFFIDAVIT

State of __Oklahoma__            )
                                 )
County of __Pontotoc__           )

I, __Anthony W. Johnson__, first being duly sworn, on my oath state the following facts:

In 1984, my family lived around the corner from McAnally's convenience store. My son would ride his bike to the store often and I remember stopping there at least twice a week.

Because I went there so much, I knew Denise was a clerk who also went to ECU. I did not know much else about her.

Sometime in the spring, I went to the store with my gun in the holster. I forgot I had it on my belt after I had been out shooting at targets earlier in the day. The gun was in plain sight. Denise noticed the gun and I remember us talking about me wearing it in the store.

Shortly after that visit, Denice asked me if I knew where she could get a handgun. I told her no and asked why she needed one. She said she'd been getting some funny calls. Denice didn't look scared but acted concerned about the calls.

I went to McAnally's several times after that but Denice never mentioned the gun or calls to me again.

In 1988, I spoke with Richard Kerner about my talk with Denice. I told him about me wearing the gun in the store and her asking me about a gun. I have read Mr. Kerner's notes attached to this affidavit. *See Attachment A.* They are a correct summary of our conversation.

_____
Anthony Johnson

Subscribed and sworn to before me this 25th day of __April__, 20__13__.

_____
Notary Public in and for
The State of Oklahoma