# EXHIBIT
# 4

# AFFIDAVIT

State of  Oklahoma               )

                                 )

County of  Pontotoc              )


I,  GARY HANEY  , first being duly sworn, on my oath state the following facts:

On the night of April 28, 1984, I was with my son, Jay. We had been at Tom Haney's house. Tom is my brother. He lived on 12th Street only a few blocks from McAnally's. We left Tom's house between 7:40pm and 8:00pm and stopped at McAnally's so Jay could get a soda.

We were in the store for about ten to twelve minutes. No one else was around while we were there. Jay was looking around the store and I talked to Denice Haraway. I had seen her in McAnally's before when I went there. She was smiling, happy, and polite just like she always was. I remember the outside of McAnally's being very well lit.

I spoke with Ada Police Department officers about being in McAnally's on April 28, 1984. I told them what I purchased. They found my purchase on the register receipt tape and were able to determine what time I had been in the store.

On April 29, 1984, the Ada Police Department asked members of the Ada Rifle and Pistol Club to help them search for Denice. ~~The officers told us~~ / we were to bring our guns and ammo. The police gave us a description of the pick-up truck involved and showed us a map of Pontotoc County. They paired us in teams of two and gave us sections to search. I was to go to the southwestern part of Pontotoc County. I was very thorough in my search.

I have read this affidavit consisting of 2 page(s) and make this statement of my own free will without promise or threat. Further affiant saith not.

_____Gary Haney_____
Gary Haney

Subscribed and sworn to before me this 26th day of April, 2013.

_____Joyce A. Mayer_____
Notary Public in and for
the State of Oklahoma.

[Notary Seal: JOYCE A MAYER, NOTARY PUBLIC, No. 12001036, EXP. 2/02/2016, IN AND FOR STATE OF OKLAHOMA]