# EXHIBIT 5

# AFFIDAVIT

State of _Washington_ )
County of _Clark_ )

I, _John E McKinnis_, first being duly sworn, on my oath state the following facts:

In April of 1984, I was 22 years old and I lived in a trailer about 7 miles east of Ada, Oklahoma. I worked in the oil field business for an Ada company. I often stopped at McAnally's on East Arlington, which was on the eastern edge of town.

From my many stops at McAnally's I became familiar with Donna Denice Haraway, who worked behind the counter in that store at night. I recalled Haraway as being a happy and nice looking woman with a bubbly personality. Whenever I stopped at McAnally's it was enjoyable to see her behind the counter. I knew she was teaching, or studying to be a teacher. I was not aware that she was married.

On the night of April 28, 1984, a Saturday night, I stopped at McAnally's on my way home and purchased a couple of items and paid with a twenty dollar bill. I lived about 10 minutes east of McAnally's. I know that I got home that night sometime after 8 pm, between 8 pm and 8:10 pm.

While watching the local TV news that night, I learned that Denice Haraway had disappeared while working at McAnally's. I recalled that when I had stopped in at McAnally's earlier that night, there was a man I did not recognize standing behind the counter a few feet from Haraway. He appeared to be someone Haraway knew, an acquaintance, like a boyfriend or a husband or someone like that. He appeared to be unhappy, or concerned about something. Denice Haraway appeared to be her normal, happy self.

I also recalled the lone vehicle parked in front of McAnally's when I drove up, presumably belonging to the man I saw behind the counter. It was a 1978 Chevy pick up truck, light colored, maybe white, with gray primer spots painted on the body.

I immediately wondered if this man I saw behind the counter might have had something to do with Haraway's disappearance. I called the Ada Police. The dispatcher, or whoever I talked to said someone would call me back.

Sometime later that night, I received a call, apparently from a police investigator at McAnally's. I believe I spoke to Mike Baskin. As I described my visit to McAnally's a few hours earlier, and was able to determine the probable time of that visit as being between 7:50 pm and 8 pm, this police officer, said to me, "Here you are. I'm looking at the cash register tape (at McAnally's) and see your purchase right here with the twenty dollar bill."

I described to this police officer, Mike Baskin, the man I saw behind the counter with [5'10" to 6'1"] Haraway during my visit. This man was bigger than me, standing about 6'1", 210 lbs, with light colored hair, not very long. This man was about my age or a little older, about 22 to 25 years old. He wore a white t-shirt, and some type of work pants, maybe khaki or blue jeans. This man looked clean, not rough-looking. He was not dirty, but appeared to have been out working that day. He looked more like a construction worker, than a college student.

I also described the truck that I saw parked outside McAnally's to the police officer, Baskin. I knew it was a 1978 or maybe 1977 model, because it was the new body style, which had changed for Chevy pick ups around 1975 or 1976. I told him that this truck had a short, conventional bed. [w/ Lots of Primer Paint Prep Spots]

I recall that either during that call with Police Officer Baskin, or on a call back from him later that night or the next day, this officer told me that what I had seen wasn't relevant to their investigation into Haraway's disappearance. I recall the police officer telling me that the guy I saw behind the counter, was someone police knew. I recall him saying specifically, "Oh yeah, we know who that was."

I recall being told that whatever happened to Haraway happened later in the evening, so that anything I saw was not relevant to their investigation.

After that last phone call with the police officer, after that weekend, no one with the Ada Police or any other police agency ever contacted me regarding Denice Haraway. I never spoke to any police officer or investigator face-to-face, only by phone.

I knew both Tommy Ward and Karl Fontenot by face, from growing up in Ada. That man I saw standing with Denice behind the counter at McAnally's about 8 pm on April 28, 1984, was neither Tommy Ward nor Karl Fontenot.

At the time I believe I could have identified that person by his photograph.

I never spoke to anyone else about the Haraway case in an official capacity, until recently, when I spoke to Dan Grothaus, an investigator with the Oklahoma Innocence Project. He showed me a photo of what he believes is the register tape from McAnally's on April 28, 1984. The photo of that register tape shows my name and phone number hand-written next to a purchase of $2.61, paid for with a twenty dollar bill.

I was able to tell Mr. Grothaus what I told that police officer that night. It was fairly easy for me to remember that conversation with the police officer that Saturday night, because I was so concerned about Haraway's disappearance, and wondered what significance this man I saw behind the counter might have played in her disappearance.

I have read this affidavit consisting of __3__ page(s) and make this statement of my own free will without promise or threat. Further affiant saith not.

_____
John McKinnis

Subscribed and sworn to before me this __27__ day of __APRIL__, 20__13__.

_____
Notary Public in and for
the State of __WASHINGTON__

```
ROSS E. LAMBERTS
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
MAY 29, 2015
```