# EXHIBIT

# 6

# AFFIDAVIT

State of _Oklahoma_                )
                                   )
County of _Carter_                 )

   I, _Richard Holkum_ , first being duly sworn, on my oath state the following facts:

   On April 28, 1984, I was a police officer with the Ada Police Dept. I had worked that day and was on my way home when I stopped at McAnally's. I was wearing my civilian clothes. I lived in Homer, east of Ada, and often stopped at McAnally's on my way home.

   That night I recall stopping at McAnally's when it was still barely light out. I parked my _vehicle_ , near the west corner of the building. I believe I bought a six-pack of beer, a loaf of bread and maybe some other things. I knew Denice Haraway and spoke to her inside McAnally's that night.

   There was no one else in the store when I stopped at McAnally's, however, one woman did step in and laid a penny on the counter, telling Denice that she had given her too much change back for a previous gas purchase. Both Denice and I thought that was odd, for the woman to bring back a penny.

   Everything in the store, including Denice, seemed normal. I did not detect any tension or anything wrong.

   While standing at the counter making small talk with Denice, I recall seeing two vehicles sitting on the eastern edge of the pavement outside, just to the east of the gas pumps. These vehicles were parked parallel with the driver's side facing each other and the drivers were apparently talking. One vehicle was a green Ford Torino or Mercury Montego. The other vehicle was a Chevy or GMC pick up truck painted primer gray. This pick-up had a straight, conventional bed. I believe these vehicles were still parked next to each other when I left McAnally's to drive home.

   Based on my own memory, and knowing that civil twilight ended at 7:36 pm that night, I believe I was probably at McAnally's somewhere between 7:30 pm and 7:45 pm

   The next morning, April 29, 1984, I first heard about the disappearance of Denice Haraway when I got to work.

   That day, I approached Det Dennis Smith and Det Mike Baskins about my visit to McAnally's the night before. Neither Smith nor Baskins were interested in talking to me about the Haraway disappearance. Neither formally interviewed me about what I saw or when I was there.

My recollection of both of these detectives was that they were not interested in talking to me about my visit to McAnally's. I remember thinking that they "just blew me off."

Sometime later that day or that week, Det. Smith or Det. Baskins showed me the register tape from McAnally's and asked me if I could ID my purchase on the tape. I recall that this tape only had the prices, which made it difficult for me to find my purchases. I'm not sure if I ever found my purchase at McAnally's that night. I recall that both detectives were very condescending toward me for not being able to immediately identify my purchases from the Saturday night.

I recall some time right before the trial of Tommy Ward and Karl Fontenot, OSBI Agent Gary Rogers informally interviewed me about my stop at McAnally's on 4/28/1984. I recall that he was mainly interested in my recollection of what Denise Haraway was wearing that night. I don't believe he took down any information about the two vehicles I saw sitting outside the building.

I have read this affidavit consisting of __2__ page(s) and make this statement of my own free will without promise or threat. Further affiant saith not.


_____
Richard Holkum


Subscribed and sworn to before me this __9th__ day of __May__, 20_13_.

_____
Notary Public in and for the
State of Oklahoma

