# EXHIBIT 7

# AFFIDAVIT

State of Oklahoma )
)
County of Cleveland )

I, Guy Keys, first being duly sworn, on my oath state the following facts:

I was at the convenience store on the day of the clerk's abduction, with my wife and two children, some time before it was made a crime scene. I called law enforcement after hearing about the incident and talked with one of the officers in an attempt to establish which register receipt was for my purchase on the day of the abduction.

_____
Guy Keys

Subscribed and sworn to before me this day of May 13th, 2013.

_____
Crissy Carpenter
Notary Public in and for
the State of Oklahoma.

[Notary Seal: CRISSY CARPENTER, NOTARY, #13001176, EXP. 02/04/17, STATE OF OKLAHOMA]

# AFFIDAVIT

State of Oklahoma )

)

County of Cleveland )

I, Guy Keys, first being duly sworn, on my oath state the following facts:

Nobody contacted me after the phone call I made to the police.

End of affidavit.

_____
Guy Keys

Subscribed and sworn to before me this day of May 13th, 2013.

_____
Crissy Carpenter
Notary Public in and for
the State of Oklahoma.