# EXHIBIT 8

# AFFIDAVIT

State of **Oregon**    )
                       )
County of **Lane**     )


I, **Bruce G DePrater**, first being duly sworn, on my oath state the following facts:

In April of 1984, I was 17 years old and a senior in high school. I had been good friends with Gordon Calhoun for several years. He had graduated from high school the year earlier in 1983.

I recall that spring of 1984, Gordon Calhoun lived in an apartment at 515 S Townsend in Ada, OK. I recently met with Dan Grothaus, an investigator with the Oklahoma Innocence Project. He showed me photographs of that old apartment building on Townsend and I recognized it as the apartment where Gordon Calhoun had lived in 1984.

I recall Gordon Calhoun's upstairs neighbor was a woman with red hair, whose first name was Janette. She was friends with Tommy Ward and Karl Fontenot. I believe Tommy Ward and Karl Fontenot either stayed with Janette or frequented her apartment. I knew Tommy Ward and Karl Fontenot by face and by name, but I was not friends with either of them.

During that spring and summer of 1984, I recall attending a lot of parties with Gordon Calhoun. Many of these parties were at Gordon Calhoun's apartment.

I remember a keg party at Gordon Calhoun's apartment in which a series of events occurred, I believe, on the same night. I cannot be sure what night of the week, or on which date this party occurred.

I recall the following events:

Sometime prior to this party, I recall traveling to Texas with Gordon Calhoun to purchase one or two kegs of beer, and probably some cases of beer. The alcohol content for beer sold in Texas was higher than that of beer sold in Oklahoma, making 'Texas Beer' more desirable.

I recall Eric and Chris Thompson, from Konawa attended this party. I recall that Eric Thompson had passed out early that night; but, during the daylight hours I witnessed an incident between Eric Thompson and Karl Fontenot while they were both standing around talking at Gordon Calhoun's party.

Karl Fontenot was refilling a beer can from the keg's spout and joking to Eric that he (Karl) was only having one beer.

Later that same night, probably around 11 pm or shortly thereafter, I recall planning a trip to La Fragua, a college bar in Ada, with Chris Thompson. Chris and I wanted to visit the bar and invite women to come back to Gordon's keg party. On the way out, I recall mentioning this plan to Karl Fontenot, who responded by making an inappropriate gesture involving the tugging upward on his belt, while commenting verbally that he and Tommy had already been with an older woman that evening.

At La Fragua that night, I recall seeing my sister Stacy Deprater. She was with her friend Laura Ingram and on a date with Lyndel Gibson. Surprisingly, my sister Stacy and her friend and date came back to Gordon Calhoun's party that night, after La Fragua closed at midnight.

Later that same night, after my sister and her friends had gotten to Gordon Calhoun's party, I recall playing guitar while Gordon played his drums. While we were both playing loudly, someone announced that a police officer was coming up the stairs to Gordon's apartment.

Almost simultaneously, I recall Karl Fontenot running by me telling me to follow him, that he knew a good place to hide. I had no reason to hide, and to this day, I don't know why I followed Karl Fontenot into this strange hiding place, but I did. Karl showed me a hidden passageway, which seemingly connected Gordon Calhoun's kitchen with his neighbor Janette's apartment. This passageway was hidden behind Gordon's refrigerator. That is where Karl and I stayed until the police officer left.

I believe each of these incidents occurred on the same night, during the same party at Gordon Calhoun's apartment sometime during the spring of 1984.

I have read this affidavit consisting of 2 page(s) and make this statement of my own free will without promise or threat. Further affiant saith not.

Bruce Glenn Deprater

Subscribed and sworn to before me this 22 day of May, 2013

Notary Public in and for THE COUNTY OF LANE,
The State of Oregon

OFFICIAL SEAL
HEATHER L MORENO
NOTARY PUBLIC - OREGON
COMMISSION NO. 474062
MY COMMISSION EXPIRES DECEMBER 10, 2016