# EXHIBIT 9

# AFFIDAVIT

State of Oklahoma )
)
County of Tulsa )

I, Eric B. Thompson, first being duly sworn, on my oath state the following facts:

On April 28, 1984, I left my house in Konowa and went to a keg party with my brother Chris Thompson and Bruce Deprater at Gordon Calhoun's apartment in Ada, Oklahoma. I knew Gordon from high school.

Soon after we arrived at the party, I remember seeing Karl Fontenot at the beginning of the party. I remember Karl carrying around a beer can that, when it was empty, he would re-fill from the keg. Karl was joking with other party goers about re-filling the same can over and over again. I thought Karl was cool.

I am not sure when, or if, Karl left the party.

I did not know then nor do I know now anyone named Tommy Ward.

I have read this affidavit consisting of 1 page(s) and make this statement of my own free will without promise or threat. Further affiant saith not.

Eric Thompson

Subscribed and sworn to before me this 28 day of May, 2013.

Notary Public in and for
the State of Oklahoma

exp: 01/26/2017

NATHAN DAVID ALESSI
NOTARY PUBLIC
TULSA COUNTY
STATE OF OKLAHOMA
COMMISSION NO. 13000849