# EXHIBIT 10

122

1 DEFENDANT'S EXHIBIT NUMBER 33.

DEFENDANT'S EXHIBIT 33 6-13-89

# RADIO LOG

ADA POLICE DEPARTMENT                                           WCW-534

DATE __APRIL 29, 1984__

| TIME | MESSAGE |
|---|---|
| 0000 | TEST |
| 0002 | 28 out McAnnally's on E. Arl. |
| 0018 | 28 10-8 |
| 0027 | 29 out Pizza Inn w/PN675 |
| 0028 | 29 10-8 |
| 0030 | 26 out Arl & Miss w/OL2440 |
| 0030 | 29 out on Stockton |
| 0031 | 29 10-8 |
| 0035 | 26 10-8 |
| 0040 | unk rep loud drummer at 515 S. Townsend |
| 0043 | Ricky Huffman rep Sig 89 at 7th & Townsend, adv it was large bro car; Huffman back at residence now, 314 S. Hickory |
| 0045 | 26 out 515 S. Town |
| 0046 | 28 out of unit |
| 0047 | 35 out 314 S. Hickory |
| 0048 | 26 10-8, subj adv they will quieten down |
| 0054 | 35 10-8 |
| 0059 | 29 out Fox Ins Sal w/PN5971 |
| 0100 | TEST |
| 0102 | 29 10-8 |
| 0106 | 28 10-8 |
| 0120 | Ruby Williams, Burger King, rep 1969 red&whi ford p/u has been driving thru parklot several times last time 3 mins ago, occupied by 3 WM 19-22 YOA left south on Miss |
| 0129 | 26 out 1200 blk Cradduck w/T119024 |
| 0132 | 26 10-8 |
| 0149 | F47 out Dicus on Bdwy w/T600744 |
| 0150 | F47 10-8 |
| 0155 | Gene, 1000 Constant req to see F47 |
| 0155 | Diane Jarman, rep poss Sig 88 leaving 14th & Miss 1978 gold formula |
| 0158 | Jim Barrett came into stn to rep Doris Holt (Christianson) had cut him with knife |
| 0159 | 35 out on old 3 & 99 w/gold formula    26 out also |
| 0300 | TEST |
| 0303 | 26 & 35 10-8 |
| 0325 | 26 10-6 10-12 |
| 0332 | Kathy East, 218 E. 14th, #14, rep her apt had been broke into    she'll be in #19 |
| 0334 | 26 10-8 |
| 0336 | 35 & 27 out 218 E. 14th |
| 0347 | 37 & 35 10-8 |
| 0354 | 26 in pursuit of 1978 Datson HLS3 2DR  XJ325  to Jill Thompson Sellman, OKC |
| 0355 | 29,28,35,27, Col, F47 in pursuit also & 24 |
| 0400 | TEST |
| 0406 | 26 10-22 had flat on county rd by Ken Lance |
| 0418 | 26 10-8 |
| 0420 | 29 adv subj in 280Z lived at 830 E. 12th |
| 0500 | TEST |
| 0534 | Sig 99 1511 E. 4th, owner is there req officer |
| 0536 | 29 out 1511 E. 4th |
| 0541 | 29 10-8 all secure at residence |
| 0555 | 29 & 27 out on Lovelady rd w/375380T |
| 0600 | TEST |
| 0601 | 29 10-15 onetime to county |
| 0610 | 29 out at county |
| 0630 | 27 10-8  Ragland wrecker 10-97 |
| 0700 | TEST |
| 0721 | unk rep car blocking south alley 200 blk W. 13th |
| 0724 | 29 adv owner will move car |
| 0730 | Richardson off Tucker on |
| 0800 | Test |
| 0823 | 29 out 509½ S Townsend |
| 0826 | 29 10-8 |
| 0836 | 32nd & Oak XJ325 veh abbandond 26 Req the Next Wrecker on the list |
| 0900 | Test |
| 0904 | 26 out 1500 W 29th |
| 0913 | Mrs Cloyed Req Officer 2001 Foster Drive |

```
1036    29 out 829 W 12th
1038    26 out 831 E 12th
1044    26 10-8
1048    26 out 518 W 14th
1051    Lady Req Officer to unlock Brown Buic at Trinity Babpist at 10th & Miss  29 Ok
1100    Test
1106    29 out with Traffic
1108    29 10-8
1119    29 10-8
1128    Jan Ozment 720½ N Texas REq Officer to unlock her 74 Buic  29 Ok
1200    Test
1225    29 out Sizzilin Sirlion
1229    Bill Jones Rep that the door to the Green thumb at 15th & Miss has been kicked open
        26 Ok
1248    26 10-8 neighbor's think that the wind did most of the dammage
1300    Test
1326    Danny Hammons request officer at 1129 E. 8th in ref to veh. burg.
1330    test
1338    26 out 1129 E.8th
1345    Ukn Rep lines down on Oak between 13th & 14th  I Notified the Fire Dept
1357    Sig 99  1st Nat Main Bank
1357    29 10-97
1358    27 10-97
1400    27 Rep all appears secure 10-8 as the alarm has reset
1400    29 10-6 with home federal  sig 99
1400    Sig 99 Floyds Pharmacie 1300 E Arl
1402    Mgr at McSwain theater Rep the sign at the ada Men's store is about to  fall
1404    27 10-97 Floyds the manager is on the scene
1407    27 10-8
1407    Dan Asklund 332-6292 was Notifyed Ref Ada Men's Store
1415    Diana Sulivan  Rep that there is a Primer Gray Pickup on 3W by the Hwy Dept with the Ho
        up approx 5 Min ago Mrs Sulivan Home 436-5075  sisters 332-4971
1417    Harry Lundgaard Rep that he accidentally set off the alarm at Trader Mills
1429    29 10-8
1439    Ukn Rep large tree blown down in the road
1442    29 out 2001 Foster Drive
1445    Mr Henderson Rep that there are lines down on N Bdwy and Bdwy & Rich Lights are out
1457    Kevin Meeks M-16 Married student housing Rep that M-8 directly below him appears to hav
        Been broken into
1500    Test
1500    29 out Bdwy & Rich Loop
1530    Tucker off Vogt on
1600    Test
1605    35 10-45 Holiday
1618    26 out at 218 E.14th delivering message
1619    35 10-8
1628    29 out at Village Inn
1630    26 out unlocking car 1130 Constant
1632    26 10-8
1634    26 out ofunit
1641    26 10-8
1641    29 10-8
1645    29 out at Raintree Inn
1653    27 out of unit
1659    29 10-8
1700    Test,Mr.Mullins reports a door open on a bus at Irving School
1701    29 out at Holiday
1704    29 10-8
1712    27 10-8
1731    26 10-10
1746    29 out at Village Inn
1759    26 10-8
1800    Test
1815    29 10-8, 26 out at J.P's East of town
1837    27 10-45 Copper Hearth
1856    35 10-10
1900    Test
1901    27 10-8
1926    35 10-8
2000    Tset
2002    Disturbance reported at 305 E.15th reported by Missy Baxter
2004    35 & 29 10-97
2010    35 & 29 10-8
2011    Woman reported disturbance at the end of Sandy Creek dr.  Notified County
2018    35 & 27 checking a truck at 1015 Sandy Creek dr.
```

6-15-84
w.mc

# RADIO LOG

ADA POLICE DEPARTMENT                                         WCW-534

DATE_____APRIL 29th, 1984_____

| TIME | MESSAGE |
|---|---|
| 2019 | 35 & 27 10-8 |
| 2022 | 26 out N. of Tower rd. with stolen P/U |
| 2034 | 29 10-10 at 332-1469 |
| 2052 | 26 10-8 |
| 2054 | 26 out of unit |
| 2057 | 26 10-8 |
| 2100 | Test |
| 2109 | 29 10-8 |
| 2200 | Test |
| 2203 | 29 out at Holiday |
| 2216 | 29 10-8 |
| 2300 | Test |
| 2330 | Vogt off Richardson on |
| 2340 | 35 out Pizza Hut |
| 2343 | 26 out Beard & 7th w/PN6580 |
| 2344 | 26 10-8 |
| 2348 | 35 10-8 |
| 2349 | Uniwatch/Guardian Angel rep Sig 99 1511 E. 14th, Estelle McGunkins residence |
| 2351 | 35 & 26 out 1511 E. 4th |
| 2352 | Margaret Francis, 1018 E. 9th, Apt C, rep loud party in Apt D |
| 2356 | 26 10-8 |
| 2357 | 35 10-8 |