# EXHIBIT 14

State of Oklahoma  )
                   ) ss.
County of Comanche )

## AFFIDAVIT OF JAMES C. MOYER, JR.

I, James C. Moyer, Jr., being duly sworn, deposes and says:

1. I am over the age of twenty-one and competent to testify to the matters set forth in this affidavit.

2. I was formerly a witness for the prosecution in the cases against Tommy Ward and Karl Fontenot. I testified in the preliminary hearing for both defendants, the trial for both and the separate retrials for both men. Before I ever testified, I did pick Tommy Ward and Karl Fontenot out of separate line-ups as the two men I had seen in McAnally's on the night of April 28, 1984.

3. While at was at the courthouse testifying in the preliminary hearing, I saw a man in the back of the courtroom I had seen before. I also saw him downstairs, where I had been waiting to testify. I also saw this man speak to Tommy Ward during the preliminary hearing. It came to me that this was the same man I had seen in McAnally's with Tommy Ward. He looked more familiar to me. I was no longer one hundred percent sure about my identification of Karl Fontenot.

4. After that, I tried to call Mr. Peterson, the District Attorney, to tell him I was no longer one hundred percent sure that Karl Fontenot was the man I had seen in McAnally's that night. In fact, I was leaning more in the direction of Steve Bevel, the man I saw at the courthouse. While I was never able to speak with Mr. Peterson, I did speak with someone else in the district attorney's office. I told this person of my concern. This person said to me, "It was not him (Bevel)."

5. After that, I was afraid to change my story. I felt pressure from both sides. I overheard the lawyers argue about the content of the story I had given to Richard Kerner, an investigator working for Mr. Wyatt, while I was on the stand. On one hand, I felt betrayed by Mr. Kerner, as he tape-recorded our conversation without my consent. On the other hand, I felt like it was Steve Bevel that I had seen with Tommy Ward that night. I felt conflicted. I chose to then state that I was confused about the identity of the man with Tommy Ward.

6. I am now convinced that my assessment, at the time of the preliminary hearing, that Steve Bevel was the man with Tommy Ward, was correct. I am confidant that Karl Fontenot was not the man I saw at McAnally's. The man I saw at McAnally's was definitely taller than Karl Fontenot and had a much more intimidating look about him. ~~I did not see Karl Fontenot at McAnally's on April 28, 1984.~~ JCM At this time, I am about 95% sure that it was Steve Bevel, not Karl Fontenot, that I saw in McAnally's on April 28, 1984. JCM

FURTHER AFFIANT SAYETH NOT:

_____
James C. Moyer, Jr.

Sworn to and subscribed before me this 18th day of October, 2012.

My commission expires:

_____
NOTARY PUBLIC