# EXHIBIT 17

A F F I D A V I T

I, Allan L. Tatum, being of legal age, do solemnly swear and state as follows:

I am 61 years old and reside in Gerty, Oklahoma with a mailing address of Star Route, Clavin, Oklahoma 74531 and my home phone is (405) 892-3671. My occupation is trapper, hunter and carpenter.

On or about January 20, 1986 I discovered the remains of human body approximately 4 miles south west of Gerty, Oklahoma on land that I lease. These remains were later identified as being one Donna Denice Haraway who had been missing form an Ada, Oklahoma convenience since 1984. I later took Sheriff Orville Rose and Under Sheriff Floyd Trivitt of Hughes County Sheriff's office, Holdenville, Oklahoma to the location.

Bits and peices of clothing material determined to be parts of the Haraway girls blouse were observed by me. One peice was about three inches by one to one and half inches in size. I can only describe this blouse material as reminding me of gingham cloth, multi-colored as in calico cat. The blouse material was not just blue flowers on a lighter colored material as it contained other colors not just blue.

On February 20, 1987 I related this information to Investigator Richard L. Kerner and agreed to sign an affidavit to this fact. My wife was present during this conversation with Richard Kerner.

_____
Allan L. Tatum

Subscribed and sworn to me on this the 1st day of April, 1987.

_____
Notary Public

My Commission Expires

14 Sept 1989

EXHIBIT "M"