IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____
:
KARL FONTENOT,                          :
:
    Petitioner,                        :
:   6:16-cv-00069-JHP-KEW
:
    v.                                 :
:
HECTOR RIOS, Warden,                    :
:
    Respondent.                        :
:
_____:

**MOTION FOR APPOINTMENT OF COUNSEL**

    COMES NOW, Tiffany R. Murphy, and hereby requests that this Court enter an order appointing her as counsel for Petitioner, Karl Fontenot, in the above titled matter. Mr. Fontenot is indigent and unable to pay costs for counsel, filing fees, and litigation costs. As undersigned counsel represented Mr. Fontenot in his state post-conviction proceedings, I have a familiarity with the factual and legal issues in the litigation. Therefore, undersigned counsel requests this Court appoint her for Mr. Fontenot's 28 USC § 2254 litigation.

    Respectfully submitted,

    __/S/ *Tiffany R. Murphy*_____
    Tiffany R. Murphy
    Arkansas Bar No. 2015057
    790 N. Cliffside Drive.
    Fayetteville, AR 72701
    (479) 575-4573

    Dated: February 24, 2016

## CERTIFICATE OF SERVICE

    I hereby certify that on February 24, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Oklahoma by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


    By: /S/ Tiffany R. Murphy
    TIFFANY R. MURPHY