IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KARL FONTENOT, | : |
| Petitioner, | : |
| v. | : 6:16-cv-00069-JHP-KEW |
| HECTOR RIOS, Warden, | : |
| Respondent. | : |

_____

**EXHIBITS IN SUPPORT OF**
**PETITION FOR WRIT OF HABEAS CORPUS**
_____