# EXHIBIT 22

# K-Mar
## Legal Investigations, Inc.
SPRING CREEK EXECUTIVE SUITE, 508 W. VANDAMENT ST. • YUKON, OK 73099 • (405) 354-1809

May 19, 1988                                                        Invoice #2354

Butner & Butner Law Firm
121½ South Wewoka Ave.
P.O. Drawer 1460
Wewoka, Oklahoma 74884

ATTN:  Attorney George Butner

RE:  State of Oklahoma v Fontenot

REPORT OF INVESTIGATION

On January 22, 1988, this investigator met with Attorney George Butner in his Wewoka, Oklahoma law office. Attorney Butner briefed this investigator concerning two young females who reportedly had dated both Defendant Karl Fontenot and Tommy Jesse Ward immediately before the disappearance of Donna Denise Harraway from the McAnaly's convenience store in Ada, which occurred on April 28, 1984. These two young females were identified as Donita Whisenhunt and one Rebecca Carr. Both young females agreed that both Fontenot and Ward had short haircuts at the time of this alleged date with the two young men. Both young females reportedly had moved away from Ada prior to the murder trial. This investigator listened to a tape recording of a conversation between Attorney Butner and Rebecca Carr, which was tape recorded on October 21, 1987. Carr believes that Whisenhunt will deny any involvement in this matter, in that she is now married and living back in Ada and her husband and family do not want her to get involved in this case. Attorney Butner advised that he was going to petition the court for investigative monies and in the event his petition was approved he anticipated having this investigator interview both young girls, if possible. On April 15, 1988, a letter was received from Attorney Butner indicating that the court had authorized $200.00 in investigative monies. Attorney Butner suggested that Attorney Terry Hull of the Oklahoma University Law Center be contacted for assistance in contacting Rebecca Carr for a possible interview by this investigator. Terry Hull was contacted and agreed to accompany this investigator to Ada, Oklahoma on April 18, 1988, but was unable to get approval from Rebecca Carr for such an interview.

Page -2-

The below listed areas of investigation requested by Attorney Butner were completed during the period April 15, 1988 until May 19, 1988.

<u>Locate Janet Blood (Roberts)</u>

Janet Blood is now married to Michael Roberts and resides at 2310 N.W. 22nd street, Oklahoma City, Oklahoma, phone #525-9072.

<u>Locate Polaroid Technician Who Can Testify To The Manufacture Date Of The Polaroid Photos Of Ward And Fontenot Having Short Hair</u>

The Polaroid Corporation, phone #1-800-527-9758, was contacted and advised that Sally Ann Harko of their Cambridge, Massachussetts office would be the person to contact to testify in court concerning the numbers on the Polaroid photographs which corresponds to the manufacture date of the film. Harko's phone number is #1-617-577-4229. Harko's firm was contacted on six different occasions and messages left for Harko, who has refused to contact this investigator. Harko is with the Polaroid film manufacturing division. In May of 1987, it was determined through contacts with Polaroid that the first three numbers on the Polaroid photographs indicate the date the film was manufactured. The two different Polaroid numbers involved in the photographs used in the murder trial are broken down as follows: Court exhibit #22 and #23 had the number #02402129144. The 024 indicates this film was manufactured in February, 1984. Court exhibit #24 and #25 had the number #10302117554. The first three numbers of #103 indicates the film was manufactured in October of '83. The Polaroid number on Court exhibit #26 could not be read by this investigator. These five court exhibits are in the Ward/Fontenot case file at the Oklahoma Court of Criminal Appeals at the Oklahoma State Captiol Building in Oklahoma City.

<u>Psychologist Who May Be Able To Testify About Fontenot's Prior Life</u>

On May 1, 1988, author Robert Mayer contacted this investigator and explained that Attorney Butner desired the identity of a Social Worker he referred to in the book, "The Dreams of Ada". Mayer contacted this Social Worker and gave her Attorney Butner's telephone number but

Page -3-

the Social Worker said she did not want to get involved in this case. This same Social Worker advised that two psychologists at East Central University in Ada could also testify concerning Fontenot's prior life. These two psychologists were identified as Dr. Sidney Pepper and Dr. Maxwell, both reportedly still professors at this Ada university. This unidentified Social Worker believed that information on Fontenot's prior life should be on microfilm in Oklahoma City with the State Mental Health Department.

Interview of Anthony W. Johnson, 3005 North Bonta Vista, Ada, Oklahoma Phone #332-0068

Johnson is a co-worker with Tommy Ward's sister, Tricia Wolf in an Ada, Oklahoma plant. Johnson admitted to this investigator that one week before Harraway's disappearance he was in the McAnaly's convenience store when Harraway asked him where she could buy a gun. Harraway referenced the need for a gun with some funny phone calls she had recently been receiving. Harraway said she didn't really know who was making the calls, and that the caller never really said anything, just did some heavy breathing on the phone. Johnson asked Hawwaway if she had any ex-boyfriends that could be making these calls and said that she just gave him a blank stare and made no response. Harraway gave Johnson the opinion that she knew who was making the calls but did not seem to want to indicate who it was. Johnson said that he had been in the McAnaly's store on several occasions with a handgun in his holster in full view, that he had forgotten to remove before entering the store and this is perhaps why Harraway asked him where she might get a gun. Johnson said that he never came forward during the murder trial with this information because he did not believe Ward or Fontenot would be convicted and that he was having trouble with a son during this period and was afraid the police might harrass his son if he came forward with this information earlier. Johnson commented that he would rather not get involved in Fontenot's new trial if at all possible, because of some personal problems he was having at the present time. Johnson seemed very sincere in the information he was furnishing and sounded like he would make a good witness.

Page -4-



Attorney Terri Hull furnished information that McCartney was a female prisoner in the county jail in Ada and interestingly enough was used as a witness in both the Fontenot/Ward murder trial and more recently the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. McCartney allegedly overheard the accused persons making comments about these two different murder cases. Attorney Hull advised that Attorney Craig Sanders represented Fitz and that Attorney Barney Ward represented Williamson. Both attorneys are from Ada, Oklahoma. Attorney Hull advised that Williamson, in a taped statement, mentioned that he had a dream that he had strangled, stabbed, choked and raped a girl in Ada. Hull was concerned with the date of this taped statement and wondered if Tommy Ward might have got this dream idea from Williamson, as Ward and Williamson were in jail together at one time. Reportedly ▓▓▓▓▓▓▓▓ said to Tommy ▓▓▓ while in jail that he had killed the ▓▓▓▓▓▓▓ and other girl by the name of Ca▓▓▓▓, but that Ward was going to swing for the Harraway murder because Williamson had brains and was going to get away with it. In later telephone conversations with Tommy Ward, he admitted that he was in jail with Williamson and that this statement was made by Williamson in the bullpen area of the Pontotoc County Jail. Tommy Ward denied getting any dream idea from Williamson, however. Ward did comment that a McAlester prison guard by the name of ▓▓▓▓▓ told him that a District Attorney investigator by the name of Paul Woods, (no relation) refused to investigate the Harraway murder case against Ward and Fontenot and made the statement that in no way were these two men involved in this murder.

Elizabeth Tucker

▓▓▓▓▓▓ reportedly is the legal assistant or law firm employee who attended the murder trial of Ward and Fontenot and during the trial realized that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ the disappearance of ▓▓▓▓▓▓▓. Tucker could not testify at the first trial because she was a spectator at the trial. Her husband is Richard Tucker, an Ada vetrinarian.

Page -5-

Shree Vinekar

Attorney Butner requested that this investigator attempt to locate a psychiatrist to analyze Fontenot for a fee of $750.00. After contacting several Oklahoma City criminal defense lawyers, it was recommened that Bob Ravitz of the Oklahoma County Public Defenders Office be contacted. Ravitz knew of only one person who might do a psychiatrist analysis for the fee of $750.00, that being Dr. Vinekar, who offices at 608 N.W. 9th in Oklahoma City, Oklahoma, telephone #272-0734.

~~Lana Harris~~, Brooke Trailer Court, Lot 14, Ada, Oklahoma, Phone, #436-3531

Harris is a witness who observed a light blue/gray van parked outside McAnaly's convenience store at approximately 7:15 PM on April 28, 1984. Harris was in the convenience store and was acquainted with Donna Harraway and upon leaving at this 7:15 PM time on the date of Harraway's disappearance she observed a long, shoulder length, bleached blonde, mean looking male standing at the rear of this light blue/gray van as she departed the store for her car. Harris said this man gave her a very mean look and described him as 5'9", very skinny, wearing a T-shirt and bluejeans and possibly some old cowboy boots. This man had the back door of this van open and was just standing near this open door watching Harris as she walked to her car. Harris could not recall for sure what Harraway was wearing this evening but believed it to be a black and white blouse. She advised that no one else was in the store when she departed. She was very upset by this mean looking man who also gave her a mean look and described his eyebrows as slanting down and just that he was very skinny and very mean looking. Harris agreed to go through the Don Wyatt law office and look at photographs of Steve Bevill, which were taken during the murder investigation in 1985 by this investigator. Upon learning about Harraway's disappearance Harris immediately contacted Captain Dennis Smith of the Ada Police Department and passed on the information about the man and the blue van. She said she called Captain Smith Sunday afternoon, April 29, 1984. Harris said that C~~aptain~~ ~~Smith admitted that~~ ~~he~~ ~~received~~ her name and phone number and said if they

Page -6-

needed more information the police would contact her. Harris was never interviewed or contacted by the Ada Police Department in reference to her observation. Harris explained that her husband, Henry Dan Williams, could testify to the fact that she was very upset when she came home this evening and also her husband heard the phone call she made to Captain Dennis Smith. Harris receives mail at Route 6, Box 258, Ada, Oklahoma. This conversation with Harris was recorded without her knowledge and a transcribed copy is attached for your review. Harris plans to be out of town from May 23rd, into June 3rd, and has no problem with testifying at the upcoming trial.

Sheila DeSoto, 826 E. 16th, Ada, Oklahoma, Phone, #332-8659

The conversation with DeSoto was recorded without her knowledge and a transcription is attached for your review. DeSoto explained that after Harraway's body was found her and a number of friends had visited the location where the body was found five or six times. DeSoto said that during one of these body location searches they found Donna Harraway's gray sweatshirt buried under three flat round rocks. She explained that there were no stab wounds or blood on this sweatshirt and seemed to be sure that it was the sweatshirt belonging to Harraway. The sweatshirt was described as the type with a hood and pockets in front for your hands. The sweatshirt was later turned over to Ada Police Chief Gray, along with some Levi brand soft shoes and a man's zip up boot, which was found during their body scene searches. DeSoto believing perhaps that a gun may have been buried along with the sweatshirt returned to the scene with Attorney David Morris and another man, and searched nearly a whole day with metal detectors, but was unable to find a gun. DeSoto tried to notify Dennis Smith and OSBI Agent Gary Rogers concerning the finding of this sweatshirt, but was never able to get ahold of them. One of DeSoto's best friends is a Vinita Sperry, who is Mike Roberts mother, and Mrs. Sperry claimed that she bought the Easter dress for Jeanette Blood's little girl at an after-Christmas sale of 1983. This reportedly is the same little red dress shown in the photographs obtained from Jeanette Blood. DeSoto also related that there is another Tommy Ward from Banoss, Oklahoma, which some of the callers identifying the composite drawings were referring

Page -7-

to this other Tommy Ward. DeSoto has photographs of this other Tommy Ward, who she claims looks very much like the Tommy Ward, which was convicted of murder. DeSoto mentioned several individuals who she belived should be investigated concerning involvement in the disappearance of Harraway. One individual mentioned was Bryan Cox, who had a pick-up truck like the one described with no tailgate, and is related to the manager of the McAnaly store. The other person mentioned was one Johnny Watham, who is a very mean looking individual and has connections with the part of the prior investigation involving Elmore City, Oklahoma. Watham is kin to people who had the pick-up truck in Elmore City, which was previously photographed by this investigator. DeSoto also suspects an individual by the name of Billy Charles, who is believed to be in prison at the present time and took a similar described pick-up truck immediately to a car crusher after the Harraway disappearance. Sheila DeSoto has been corresponding with both Ward and Fontenot and has visited Fontenot on occasion at the Ada jail. DeSoto mentioned an Ada resident by the name of Don Galbreath, who has told stories around Ada that he saw Harraway the next day after her disappearance on Thomas Ranch Road near Lovelady, which is in the direction of Allen, Oklahoma. DeSoto's daughter, Sandy, advised that witness, Gordon Calhoun, told her in the county courthouse prior to his testifying that he was not going to tell the truth about being at a certain party with Tommy and Karl prior to Harraway's disappearance. Sandy DeSoto said she had never met Gordon Calhoun before in her life and was shocked that he was telling a complete stranger that he was going to lie on the witness stand. Sandy DeSoto claimed that she is a very attractive woman and perhaps Gordon Calhoun was trying to make time with her by impressing her that he was a witness in this murder trial. Sheila DeSoto further related that she believed a Dr. Starnes in Ada, Oklahoma might have information of value because witness, Jim Moyer, came to him two weeks after Harraway's disappearance to be hypnotised in hopes of remembering the license tag number of the pick-up truck that he observed at the McAnaly store. DeSoto claims to have photos of a pick-up truck owned by this Johnny Watham, previously mentioned, and that he worked at Coca Cola plant in Ada, and the pick-up truck license tag number was #PNJ-428. DeSoto believes that Harraway previously had a roommate by the name of Linda Sweet,

Page -8-

and that Sweet was involved in the sale of drugs at their Ada apartment. Attempts to recontact DeSoto are ongoing to obtain names of the individuals that was with her while searching the scene where the Harraway body was found.

In the event the viewing of Steve Bevill's photographs by Harris is positive your office will be immediately notified by this investigator.

END OF REPORT.

REPORT BY _____

# K-Mar
## Legal Investigations, Inc.
SPRING CREEK EXECUTIVE SUITE, 508 W. VANDAMENT ST. • YUKON, OK 73099 • (405) 354-1809

5/23/88

NAMES + ADDRESSES OF PERSONS WITH DeSOTO WHEN GREY SWEATSHIRT FOUND NEAR to BODY SCENE. FOUND EARLY FEB, 1986 —

Sheila DeSoto
Rolling Meadows Apartments — Manager — Phone 332-27?
1300 Kerr Lab Road — Apt # 3B
ADA, OK

Mary Beth DeSoto - age 15 — same as above

Sandra Mantzke
same as above except Apt # 2 "O"
Married daughter of DeSoto

Mike + Ann Faulkner
813 West 14th Street
ADA, OK

<u>Reasons for Believing Sweat Shirt was hers:</u>
Buried near body — condition suggested time buried
grey — hood — zipper — pockets for hands in front
described by Ada police officer Holcum or
Phillips as victim wearing

Richard