# EXHIBIT 23

# K-Man
## Legal Investigations, Inc.
SPRING CREEK EXECUTIVE SUITE, 508 W. VANDAMENT ST. • YUKON, OK • (405) 354-1809

May 31, 1985                                                    Invoice #644

Wyatt, Addicott & Austin
Attorneys at Law
P.O. Box 333
Ada, OK 74820

Attention: Attorney Wyatt

RE: State v Ward

REPORT OF INVESTIGATION:

On May 9, 1985, this investigator met with Attorney Wyatt and Bill Willet at their Ada law firm to discuss investigative areas connected with Tommy Jesse Ward. Nine separate areas were discussed and are listed below. No limit was set on investigative costs and it was agreed that a preliminary report of investigation be prepared by May 31, 1985.

AREA #1
Conduct research on other disappearances of convenience store clerks and note any similarities with the Ada, Oklahoma, case. Visit Seminole investigators on the disappearance of their convenience store clerk in 1983.

AREA #2
Locate and interview potential suspects/witnesses: Jay Dicus, Joel Cavins and Marty Ashley, all white/male in the twenties from Ada, Oklahoma, area. Use appropreiate pretext during these interviews and record conversations with these individuals.

AREA #3
Locate, if possible, a 1969 or 1970 pickup truck believed to be a Chevrolet, formerly a primer grey color, with step bumpers and fancy bumper with recessed license plate area, suspected to have a trailer hitch and fancy wheels which raises the rear end. This truck may now be painted yellow and could be connected with the persons mentioned in Area #2. This truck may now be in

Tulsa area and plate number could be 124-885T. If located photograph with black and white film.

### AREA #4

Locate independant laboratory to conduct blood tests on knife, which was a gift from family member, and is connected with Ward.

### AREA #5

Identify fully one Mike White who is suspected to have been in jail during the past six months, in Pontotoc County, and is now hiding out somewhere in Tennessee.

### AREA #6

Locate and interview one Mildred Gentry, Brook Trailer Park, Ada, Oklahoma, who allegededly saw Donna Harroway, two days after her disappearance, at a trailer in this park with two young men.

### AREA #7

Locate, identify and interview a clerk named Karen at J.D.'s Kwik Stop, Ada, Oklahoma, who claims suspects were in this convenience store shortly before Harroway disappeared. This Karen allegededly later told one Vicki Jenkins she was now not sure of her identification because the same two men she seen previously came into the store again after Ward and Fontenot were in jail.

### AREA #8

Contact a person named Willie, phone number 436-6186, who supposedly saw Ward asleep on a couch at his home during the evening hours on the date Harroway disappeared. Ward, who was sick, and this Willie had a short conversation during this visit and the time was exactly the time Harroway disappeared.

### AREA #9

Locate department and person at East Central University, Ada, Oklahoma, who furnished human skull and bones to Ada Police to use in the questioning of Ward. Identify policeman who checked out these items and what conversations took place during the transaction. Attempt to check out the same skull and bone for the law firm.

-3-

<u>AREA #10</u>  (Added May 23, 1985, by Attorney Wyatt)

Proceed immediately to locate and interview persons mentioned by Lavielle who identified suspects Rogers and Sparcino from police composite drawings. If identifications are positive, conduct investigation into these two suspects as to present whereabouts and location at time of Harroway disappearance. Attempt to obtain recorded statements from persons involved, if possible.

PRELIMINARY REPORT OF INVESTIGATION
---

During extensive DataTimes research (Daily Oklahoman newspaper stories) convenience store abductions were encountered in Chandler, Clinton, Seminole, Cushion, Wewoka, and two with similarities at Wynnewood and Earlsboro, Oklahoma. For the sake of report clarity and brevity these stories are attached in the order mentioned above with pertinent portions high lited in yellow. Portions which mentions similarities with the Harroway disappearance are marked in red.

Attempts to fully identify the three men mentioned in Area #2 by use of DataTimes research, drivers records and credit information resulted in only Ashley being identified. A driving record on Marty Eugene Ashley, 307 East Bradley, Pauls Valley, Oklahoma, reflected date of birth as December 30, 1959, SSAN: 447673003. Traffic citations in August, November and December 1984 were checked but none of the vehicles involved were pick up trucks. From June 1980 to February 1983 it appears Ashley spent time in Ada, Oklahoma, and since then traffic citations were in the Paoli, Wynnewood and Pauls Valley, Oklahoma, areas. It appears the full names of Dicus and Cavins will be needed to obtain full identifying data on them.

Connected with Area #3, a vehicle title report was obtained on the tag #124-885T. Present owner of this vehicle is one Darryl Vetter, 9311 S. 225 E Avenue, Broken Arrow, Oklahoma. The vehicle is a 1970 1/2 ton Chevrolet pickup truck. No phone number could be located on Vetter and credit inquiries reflected only a collection type account with a Stillwater, Oklahoma, collection agency on Vetter showing this same address. Attorney Wyatt was briefed on this information but put further investigative action on hold concerning this area.

In connection with Area #1, this investigator contacted the Seminole Police Department and made arrangements to meet with their chief investigator on the disappearance of Patricia A. Hamilton from a U-Totum convenience store on April 9, 1983. On May 21, 1985, this investigator proceeded to Seminole, Oklahoma, and met Assistant Police Chief Dexter Davis for lunch and a thorough review of the Hamilton case. Hamilton of course is still missing and other than the time of occurrance, has similarities with the Ada case. All suspects and suspected vehicles were thoroughly reviewed in the Hamilton case but none matched any information on the Ada case at this time. One David Charles

-4-



Robbins from Seminole, who was working in Enid, Oklahoma, was arrested on April 12, 1983, in Enid for attempting to abduct a female clerk of a convenience store at knife point.  Reportedly Robbins was in Seminole the weekend Hamilton disappeared, but was cleared of any involvement by OSBI investigations. Chief Davis said Robbins had clocked into work at Enid at a time that would preclude him from being in Seminole to abduct the Hamilton girl.  During this investigative file review on the Hamilton case, this investigator noticed a police dispatch from the Ada Police which was dated April 28, 1984, and described the Harroway disappearance at occurring between 8:30 and 8:40p.m. This dispatch further advised that two suspects were seen 10 minutes before this crime across the street from the McAnnally convenience store.  The vehicle these suspects were driving was described as a old model Chevrolet pick up truck, with grey primer paint, oversized tires on mag/chrome wheels, narrow truck bed which was raised up in the back.  Suspect #1 was described as: white/male - age 22-24 - 5'8" to 5'10" - blonde ear lobe length hair - light complexion - wearing white T-shirt and jeans with tennis shoes.  Suspect #2 was described as:  white/male - age 22-24 - slim build - no height - shoulder length dark brown hair - smooth complexion - wearing blue T-shirt and jeans with tennis shoes.  Chief Davis is still investigating this case and agreed to work with this investigator on both cases.  Davis believes the Hamilton girl might still be alive and agrees there well could be a connection between this case and the one in Ada and other cities in Oklahoma.

In connection with Area #8 repeated attempts to contact the person known only as "Willie" was finally successful on May 22, 1985.  After a brief conversation with this Willie he hung up.  He was called back immediately and a female sounding voice said "Willie" was not at home.  After more conversation "Willie" got back on the line and agreed to talk to this investigator.  He said he did visit Ward at his house one evening around 8:30 to 8:40 p.m. and Ward was asleep on the couch.  Willie said he walked to Ward's house from his own and talked to Ward about ten minutes and left.  He recalled that Ward's uncle was there at this time and the uncle told him later that Ward was sick when Willie talked to him on the couch.  Willie claimed he had only known Ward about two months and met him through a guy called Mike.  Willie said this evening could have been the night the Harroway girl disappeared, but, he just couldn't be sure.  Willie said Ward's uncle told him it was the same night, but, he

doesn't recall positively whether it was or not. Repeated attempts to get Willie to meet this investigator at a place and time of his choosing were unsuccessful. Willie has never seen Ward in any type of pick up truck during the two months he knew Ward. Willie was extremely hard to talk to and any answer had to literally be pulled out of him. Most questions he just didn't reply to at all. A number of times this investigator had to ask if he was still on the line and then ask for a response to the question. Willie reluctantly gave his full name and address as: Willie Barnett, 730 W. 12th, Ada, Oklahoma.

On May 23, 1985, this investigator proceeded to the Brook Trailer Park in Ada, Oklahoma (Area #6), in an attempt to interview one Mildred Gentry. Manager Mary K. Lavielle was contacted and after being briefed, determined that the person involved was one Mildred Gandy who formerly lived at lot #97 at the park. Gandy moved two weeks ago and left a forwarding address of 12214 S.E. 29, Choctaw, Oklahoma, telephone 737-3334. Working from a map of the park Lavielle checked records of occupants in trailers surrounding #97 which Gandy could see but nothing of value was obtained. Lavielle agreed to check records of the trailer involved after the correct number was obtained from Gandy who could not be contacted at this time. During this contact with Lavielle, she seemed somewhat nervous and asked many questions about the disappearance of Donna Harroway as if she had something else on her mind. After more discussion Lavielle related that during the time of Harroway's disappearance she worked at the Ada Finance company with one Janice Manuel and that Manuel, herself and other persons had identified police composite drawings of two suspects. Lavielle explained that the suspects they identified were not the two men presently in jail for the murder/kidnapping of Harroway. She went on to say that Kendall Holland, owner-manager of Ada T.V. Rental and a Shirley who manages Security Finance Company were the other two persons who identified two suspects from the drawings. All four of these individulas agreed that one Randy Rogers was the suspect with blond ear lobe length hair and a friend known only as Sparcino was the suspect with shoulder length dark brown hair. Lavielle said the Ada Police was notified of these identifications of the composite drawings, but never interviewed herself or the other three individuals. Lavielle added that the police composite drawings matched Rogers and Sparcino to a tee and no one had any doubt that the drawings were of them. She agreed to furnish a recorded statement, at a later time, and to view the composite drawings again. During the records check on trailers near the Gandy trailer it was learned that in

-6-

August 1984 one Monty Moyer moved into lot #100 and that Donna Harroway's husband had planned to live with Moyer but never did do so. Lavielle advised that Moyer's father purchased the trailer on lot #100 from the prior park manager. She said Monty Moyer seemed somewhat strange in that he was a complete loner, worked or was gone at least from early a.m. to late p.m., seemed to have no friends, drove an average type auto and still seemed to be short of money. She said perhaps Moyer was paying his dad back from the trailer but even so found it strange Moyer had a tight money problem when he seemed to work so much and play so little. Lavielle furnished a map drawing of the park which is attached. She believed that Rogers and Sparcino were both wanted by the Ada Police on burglary charges. She was shown a newspaper photograph of Ward and Fontenot and commented that neither resembled the police composite drawings. Lavielle believed that one Sandy Nichols, formerly an employee of Glennwood Finance of Ada, also identified Rogers and Sparcino from the composite drawings. She advised that Nichols was involved in embezzlement of $78,000.00 from this finance company and may no longer be in Ada. Albert Rogers (suspects father) lived at the Brook Trailer Park but has since moved to 809 S. Santa Cruz, Modesta, California. It was noted during the records view of trailers near the Gandy trailer that number 92 was rented on May 1, 1984, by Donnie Willis and Danny Bush, students at East Central Universtity and they skipped out in August 1984. This information is set forth only because both Harraway's were also university students and suspect Rogers has a connection with the trailer park in that his father lived there. At this point in the investigation, Attorney Wyatt was briefed and requested that immediate efforts be expended on the identification of the police composite drawings. It was requested that recorded statements be obtained from these witnesses if possible. The composite drawings were obtained from the law file for use in these interviews.

On May 23, 1985, Shirley M. Brecheem, manager of Security Finance Company, 122 N. Oak, Ada, Oklahoma, was interviewed and furnished a recorded statement. Brecheem said the two police composite drawings were so like Rogers and Sparcino that they were like a photograph of each one. Brecheem called the Ada Police twice about her identification of the drawings, but was never interviewed or contacted again by the police. Brecheem said she called Janice Manuel of Ada Finance Company about the drawings and di not tell Manuel who she suspected. Brecheem said Manuel looked at the drawings and immediately called the police

and told them the composite drawings were Rogers and Sparcino before even talking to Brecheem again. Janice O. Manuel, manager of Ada Finance Company, 112 N. Constant, Ada, Oklahoma, was interviewed and also furnished a recorded statement. She confirmed the information furnished by Brecheem and agreed that the likeness of the drawings were as if a photograph of Rogers and Sparcino were used to make the two drawings. A complete review of financial records, at both loan companies, was made on Rogers and Sparcino and later driving records were obtained on both. Set forth below is all the information available at the present time on the two:

#1  <u>Randy Allen Rogers</u>
    Date of Birth: August 25, 1962
    SSAN: 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 (California)
    Prior Address: 818 N. Oak, Ada, Oklahoma
    Drivers License expired August 1984

    Father - Albert Rogers, DOB: February 4, 1942
                            SSAN: 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
    Mother - Sharon L. Rogers

    Former Employments:  Bill Gray - Roofer - Ada
                         Motor Sales - 210 E. 10th - Ada
                         Mr. Steves - 530 E. Main - Ada
                         Ada T.V. Rental - 300 E. Main - Ada

    Description: 5'8" to 5'10", 135 lbs, sandy blonde ear
                 lobe lenth hair - good looking - clean
                 appearance - light complexion.

    Vehicles: 1971 Green Ford Torino (Ada Finance)
              1979 Yellow Ford pick up - registered to
              Motor Sales - had speeding citation 2/10/83
              at 1400 E. Arlington - Ada.

#2  <u>Robert Angelo Sparcino</u>
    Date of Birth: October 3, 1949
    SSAN: 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 (Maryland)
    Prior Address: 818 N. Oak. Ada, Oklahoma
    Driver License expired: October 1984

    Father: Herbert Sparcino - 1129 Eastern Avenue
                                Manhatten Beach, CA
    Mother: Marylene Cusack - 1804 Norte Dame Dr.
                               Lutherville, Maryland

    Former Employments: Reeves (only information known).

    Formern wife: April Lowry - now living with one Eddie Phelps

    Reference: Randy Logan, Ada, Oklahoma

    Names of three other relatives/friends in Maryland and
      California retained in investigative file.

    Description: 5'8", Italian looking, 145-150 lbs.,
                 yellow-green eyes (strange appearing)
                 shoulder length dark brown hair.       Con't.

-8-

```
             Con't. - Robert Angelo Sparcino
    Friend:  Jackie Sue Mantzke
             2109 Arlington
             Ada, Oklahoma

             Sparcino lived with in May 1983.
    Vehicles: 1981 Chevrolet 4 door Capice
              (Accident March 1983, at 2100 E.
              Arlington, Ada).
              (VW - speeding citation, Ada, 3/30/82).
```

On this same date, Kendall C. Holland, owner/manager of Ada T.V. Rental, 300 E. Main, Ada, Oklahoma, was interviewed and furnished a recorded statement. Kendall identified only Rogers from the composite drawing as he never observed Sparcino. Kendall advised that Rogers worked for him for three days several months before Donna Harroway disappeared. He was positive of this identification. Kendall added that Roger had a wild crowd of friends and he fired Roger's after three days and paid him off in cash. Rogers wrecked Kendall's pick up truck in this period. He said that Janice Manuel informed the Ada Police of his identification of Rogers but that he was never contacted or interviewed by the police. On this same date, Lavielle was revisited and furnished a recorded statement. Manuel also informed the police about Lavielle's identification of the two suspects. For more dtailed information, refer to the four attached transcribed statements. Drivers records and title reports are attached.

On May 24 and 25, 1985 Mildred Gandy, now residing at 13501 S.E. 29th, Timberline Trailer Park, Lot 30, Choctaw, Oklahoma, was interviewed. After lengthy discussion Gandy said it was about five weeks before the disappearance that she saw Donna Harroway standing in the doorway of a trailer on Lot #95 at Brook Trailer Park. She seemed reasonably sure it was Harroway and recalled the incident when Harroway's picture was observed on television and in the paper. On the day Gandy seen Harroway, a older model Chevrolet pick up truck, dull grey in color, with large tires on the rear end, was departing this trailer at lot #95. She recalled that a sandy blonde headed man lived in this trailer and drove the truck. The hair length was to the ear lobe. Gandy said a lot of parties went on at this trailer with a younger crowd. She observed the truck pulling a small trailer with saw horses in it and was told by the park office that the occupants of this trailer were in the construction business. She did not know if the blond haired person lived at the trailer or not. She believed the people in the trailer on lot #95 moved shortly after Harroway

disappeared. Gandy recalled that during this period in March and April 1984 that a Cherokee Paving Company owned some land near the trailer park and was dumping a lot of loose dirt on this land from the construction site of McDonald's in Ada. Gandy wondered about the missing girl being buried under this dirt, making a connection with her at the trailer and construction people living in the trailer and the loose dirt. Gandy believed that the description of the grey pick up truck, mentioned on the news, had green strips on it and she could recall none on the truck she saw. Gandy said she didn't see the blonde haired man well enough to make any kind of identification. She recalls the composite drawings in the newspaper and didn't recognize either man. Gandy seemed sure the girl at the doorway of the trailer was indeed Harroway, but was shaky on the dates. At first she agreed it was after the disappearance on either May 2 or 3, 1984, but later said she figured out the date to be in March 1984. This investigator has a feeling that Gandy believes that if she says she saw Harroway before the disappearance she will not get involved in a court appearance. It seems somewhat unlikely that Gandy would see Harroway weeks prior to the disappearance and then make a connection from a news photograph. Recontact with Lavielle revealed that one Clifton and Ruby Jordon and son Dennis rented the trailer on lot #95 from August 1983 to August 1984 and showed employment as MM&T Construction, no address reflected, telephone number 436-0235. Preliminary attempts to locate either the Jordon's or the construction firm have been negative. The telephone number was reassigned several months ago and telephone information on both is negative. Routine credit and DataTimes inquiries were negative on Jordon and MM&T Construction Company.

On May 29, 1985, this investigator proceeded to Ada, Oklahoma to continue this investigation beginning with Area #7. A stop at the J.P. Kwik Stop just east of McAnnally's on Arlington Street revealed that Karen Wise was off and had no telephone. Karen Wise's mother was contacted at her place of employment (Kerr-Lab) and agreed to assist in a meeting between this investigator and her daughter. Karen Wise recently moved and her mother did not know the new address, but expected contact from her daughter this day. However, three return calls were made and Karen Wise had not contacted her mother by 4:00 p.m. this date so was not interviewed. Vickey L. Jenkins (now Blevins) was located and interviewed at 721 W. 6th Street, telephone 332-4110. Jenkins claimed that Karen Wise never said anything about being unsure of the identifications

furnished to the Ada Police. She advised that Wise was sure Ward was in J.P.'s this evening along with three other males. Wise said Ward kept watching her all the while he was in the store which made Wise uneasy. Jenkins believes that another J.P.'s employee, one Jack W. Pasehall, East of City, telephone 436-1611, pointed out the suspect truck to Wise. Jenkins further related that Wise was upset about the composite drawings because the police just weren't doing them right. She did not know what was being done wrong with these drawings. Jenkins and the owner of J.P.'s related that Wise was very upset with the Ada Police over this investigation because they have harassed her over and over and made promises to her that were broken. Jenkins knew nothing about Wise saying that the two guys she observed coming into the store after Ward was arrested. Repeated attempts to contact Paschall on this date were negative. Messages were left at J.P.'s, with Jenkins and Wise's mother to have Wise call this investigator collect at work or home.

On this same date, Vernon Ingram of Motor Sales, 210 East 10th Street, was interviewed concerning Rogers employment there (Area #10). It was found that Rogers left this job on April 28, 1983, after being jailed in Norman, Oklahoma, over some trouble at a rock concert there. Ingram and Motor Sales employee, Linda Gray, said they had not seen Rogers since this time. They both heard that Rogers had some problem with a burglary charge and was in Dallas, Texas, having fled Ada over this charge. Ingram and Gray believed Rogers worked for Mr. Steve's T.W. Rental for about one week after the Motor Sales job. Gray furnished the telephone number of her brother, 332-2947, who had a call from Rogers from Texas and was friends with him. Later calls to Gray's brother were unsuccessful as up to 10:00 p.m. he still was not home from work. Both Ingram and Gray said that the police composite drawing certainly favored Rogers very strongly. Ingram mentioned that an employee of Motor Sales, one Perry Young, knew Rogers personally and may be able to add some useful information. Perry W. Young was not available at this time, but was interviewed on a return visit this day. Young claimed he has not seen Rogers since he left this job. Young did connect Rogers with Marty Ashley and furnished some information which might prove helpful on locating Ashley. Young claims he saw Ashley within the past month in Ada, Oklahoma, and agreed to assist this investigator in securing Ashley's whereabouts. Young agreed that the

police composite drawing favored Randy Rogers very strongly and did not look like Ward at all.

On this same date, a visit was made to Dicus Cycle (Area #2) in an attempt to locate and interview Jay Dicus. One Vickie Parnell at this business advised that Jay Dicus had moved to Denver, Colorado, the first part of May 1985. She said she was not authorized to give out an address or telephone number on him. Parnell seemed to immediately figure out why this investigator wanted to contact Jay Dicus and that I was in deed an investigator. She advised that the Joel Cavins I was inquirying about was probably Dennis Joseph Cavins of Ada who was a friend of Dicus. In further conversation with Parnell, Rogers and Sparcino were again connected with Dicus, Ashley and Cavins through one Jackie Sue Mantzke (mentioned on Page 9, friend of Sparcino). Parnell said one Bobby Ross who is a close friend of this group lives with Mantzke's daughter in Ada. This name is spelled MANSKI in Ward's statement in your law file. Parnell did not know why Jay Dicus moved to Denver other than he had to get away from Ada. She did not know the present whereabouts of Cavins or Ashley. At the conclusion of this contact with Parnell, Jay Dicus' father returned and furnished Jay's telephone number in Denver, which is 1-303-422-9504. Mr. Dicus said his son was residing with his sister, Tammy Ropper, in Denver and was planning to go to work there. Upon this investigators departure from Dicus Cycle, Jay's grandfather, Frank Dicus, approached and asked if he could tell this investigator something that was bothering him. Frank Dicus related that an unidentified person had told him on several occasions that the police had searched the wrong burned out building for Harrroway's body. He said this person claimed the right building was on Whitey Willborn's place, which was north of Dicus Cycle, which burned at the same time as the place the police searched. This building is allegedly in an area that Ward frequented. Frank Dicus said this unidentified person did not want to tell the police about this because "he" did not want to get involved in the matter. Frank Dicus said he would get this persons name for this investigator but it is suspected that this person is his grandson, Jay. Frank Dicus said he could take this investigator to this burned out building and explained that he just had to tell someone about this possible location of the girls body. This investigator informed Frank Dicus that he might return later to secure the exact location of this burned out building.

A review of Pontotoc County records in an attempt to fully identify one Mike White (Investigation Area #5) revealed only a Michael Allen Wyatt, case #83-149, who probably was in jail from August 17, 1983 to October 7, 1983, for burglary. This Wyatt pleaded guilty and received a suspended sentence. Ward was also in trouble during this period and could have been in jail with this person. There was one Donald W. White, Case 83-147, in trouble during this same period for three counts of Grand Larceny. Court records on Dicus, Cavins and Sparcino were negative. Randy Rogers was found under Case #83-132, July 27, 1983, with the last entry being an arrest warrent issued for first degree burglary. Four entries were noticed on Ashley which were: Case 80-135, 9/29/80 - concealing stolen property, Case #78-80, 6/13/78 - assault with a dangerous weapon, Case #79-20, 7/3/79 - concealing stolen property, Case #80-92, 6/24/80 - indecent exposure.

At this point in the investigation Attorney Wyatt was briefed at his law firm and advised this investigator to submit a report on the case to this date. A review of Wards statement in the law file was completed. Ward mentions a Shelly Manski who is Jay Dicus' girlfriends daughter. It is believed Ward is referring to Jackie Sue Mantzke who on March 25, 1983, was a passenger in a vehicle driven by Robert Sparcino which was involved in an accident in Ada. Ward also mentions a blonde headed guy who had a pickup truck at a place where Ashley and Dicus lived. It is believed this blonde headed person could very well be Rogers. Ward further related that the pickup truck was formerly owned by one Terry Timmons, now believed to be living in Kansas, but who still has a brother, Mike, in Ada. Ward mentioned one Tony Norman in his statement and this name has not been encountered as of yet.

On this same date, Frank Edward Dicus Jr. was contacted in Denver, Colorado, and denied ever living with Ashley and admitted only to knowing Ashley vaguely. Dicus denied any knowledge of the pick up truck involved. He said he did not know Rogers or Sparcino. Dicus denied ever living in Tulsa. He admitted knowing Jackie Mantzki and believed she was now married and living in Gutherie, Oklahoma. Dicus believes that Odell Tittsworth killed Harroway and has moved the body since doing it. Dicus believes this because of information received from a female inmate of Pontotoc County Jail who claimed her cell was between Ward's and Tittsworth's and she overheard them talking.

-13-

This female (known only as Terri to Dicus) also claims notes were passed to and from Ward and Tittsworth and that she still has some of these notes. Allegededly Tittsworth admitted killing Harroway and threatens Ward and Fontenot with death later in prison if they told on him. Dicus would admit vaguely knowing Dennis Cavins but not as a friend. Dicus furnished some information which might be of value in locating Ashley. Dicus does not believe Donna Harroway is alive and seems convinced that Tittsworth is the guilty party. He said he moved to Denver because he was tired of Ada. Dicus was interviewed at length but would not or could not furnish any information of value. This discussion with Dicus was recorded without his knowledge.

On May 30, 1985, driving records were obtained on Dicus and Cavins and are attached. The citations reflected on these records were checked out for type of vehicles and none were pickup trucks.

SUMMARY

It seems that this first period of investigation has only started to unfold a very complex case. Seven persons have stated that the police composite drawing of the blonde haired suspect is Randy Rogers. Three of these seven identified Robert Sparcino as the other drawing. Rogers and Sparcino were roommates and seem to be connected with Dicus, Ashley and Ward through mutual aquaintances. It appears important that Ashley be located and thoroughly interviewed because he could tell authorities that Ward's final truthful account of what happened is a total fabrication. Also, if this account is true, Ashley could verify it. This investigator feels that efforts should continue on the locating of Rogers and attempt to verify that it was possible for him to be in Ada on April 28, 1985.

No telephone contact has been attempted with Karen Wise as it seems important to do a cold interview with her without giving her time to study her answer. If Terry Timmons did indeed formerly own the suspect truck, he should be located and questioned about this vehicle. Investigative Areas #4 (locate lab) and Area #9 (skull and bones) have not been completed as of this date.

Perhaps an interview of Tittsworth should be completed and also an attempt to locate and identify the female prisoner named Terri. Dicus was questioned by

police authorities but does not believe Ashley was ever questioned. Interesting fact is that Ashley's mother resides in the Tulsa area according to Dicus. The information about the burned building on Whitey Willborn's place sounds like someone guessing, but one just doesn't know until it is checked out and eliminated. Jackie Mantzke could be a key to many things also. Complete nationwide criminal records have been requested, through a contact, on Rogers but have not yet been received. Also, this Jack W. Paschall who was working with Wise needs to be interviewed in the opinion of this investigator.

END OF PRELIMINARY REPORT.

REPORT BY _____
            Richard L. Kerner