# EXHIBIT

# 24

# Investigative Memo to File

| | |
|---|---|
| **Date:** | **April 4, 2013** |
| **To:** | **Mark Barrett, Tiffany Murphey, Rob Warden** |
| **From:** | **Dan Clark** |
| **Case:** | **Ward-Fontenot** |
| **Subject:** | **Floyd DeGraw Connections** |

**This memo contains my mental thoughts and impressions and is prepared in anticipation of litigation. This memo is not a verbatim transcript or statement of the witness. The witness was not shown the memo or asked to approve its contents. Accordingly, this memo is protected by the work product doctrine, the attorney-client privilege and in some cases the joint defense privilege.**

## Summary:

Floyd DeGraw was a major early suspect in the Haraway case, as he was charged with a rape in Amarillo, TX and had two Ada, OK women's id and purse in his car on 5/2/1984.

DeGraw traveled just miles from Ada, OK traveling to California with a Jeff Johnson. DeGraw and Johnson had an opportunity and means to be involved in the Haraway case.

DeGraw was arrested on the morning or 5/3/84 for the rape of Donna Ellis in Amarillo, TX. In searching DeGraw's vehicle, he had identification and credit cards of other people including two women in Ada, OK.

Three weeks after DeGraw's arrest for aggravated rape, he waived all rights and plead guilty to rape and was sentenced to ten years in the Texas Dept of Corrections.

On August 29, 1993, Adrianna Vaught was found dead in her apartment and DeGraw was soon arrested and convicted of her murder. DeGraw's experts said he was bi-polar, depressed and was anti-social, he received a life sentence without the possibility of parole. He remains in the West Virginia prison today.

On November 10, 1988, Edward Leon Norman, age 26 and Tami Jean Willet, age 21 was issued a marriage license in Pontotoc County, Oklahoma. Tami's wallet was found in DeGraw's vehicle. Norman had a burglary conviction in 1980, and has been associated in this case by several street witnesses. Norman was mentioned only once in the Pontotoc DA's file, page 56. As being a friend of Tommy Ward's.

## Report:

On March 17, 2013, I traveled to Shamrock and Wheeler, Texas in an attempt to interview police officers regarding the DeGraw's rape conviction and how it may be connected to the Haraway case. I was unable to make contact with anyone in Shamrock, TX, but did make contact with the Wheeler County Sheriff's Department dispatcher who would do some research on the 1984 case and told me to come back tomorrow, 3/18/13.

I thne traveled on to Canyon, TX and on the morning of 3/18/13, I made contact with Randall County Sheriff's Deputies in the Randall County Courthouse and was told that Deputy Roger Short had retired from the Randall county and was now the Undersheriff in Potter County Sheriff's Department in Amarillo, TX. I then got certified records from the clerk's office in Randall County for Floyd DeGraw. DeGraw's case: 5/2/84, #4687-B was filed on 5/2/84 and on 5/21/1984, DeGraw waived all rights and plead guilty to aggravated rape. He was represented by Corky Roberts at the time and received 10 years in the Texas Department of Corrections. Files attached.

I then traveled a few miles to Amarillo, TX and met with Roger Short at Potter's County Sheriff's Department. In 1984, Short was one of the deputies writing reports on the DeGraw case and the only one still around, according to the guys at Randall County. Short met with me and was very friendly and cooperative when I introduced myself and explained the purpose of my call.

Short did not recall any of the details of the court records I showed him from Randall County, but he recalled all the deputies and police officers named in the records. After a few minutes, Short called the Records department in Randall County and had Doris White to get the files and do what she could to get me what I needed. I asked for the complete file, but Short told me he didn't know if they could give me everything. He then gave me directions to the sheriff's department on the south side of Amarillo and sent me on my way.

I then met with Doris White and after some time looking for the file she came up with it and gave me their reports, photos of the crime scene, DeGraw's car and some contents that was photographed at the time. All the evidence has since been destroyed as the case was not appealed and no other agencies had asked for it.

According to the records, DeGraw pulled into town and was at the Pennant Drive Inn and was introduced to Donna Ellis, a carhop by another carhop, Sandra Spielbauer. DeGraw apparently talked her into leaving with him and Degraw then took her to an isolated location, threatened to kill her and then raped her. He let her out of the car and left her naked in a muddy field. Ellis then made her way to a truck stop and got help. The police were called and a APB was dispatched.

A Texas Highway Patrolman heard the dispatch as it was relayed to all regional agencies and saw vehicle that matched the APB. He made the stop and subsequently made the arrest. DeGraw said he had sex with Ellis but it was consensual. However, after being transported back

to Randall County, he was assigned attorney Corky Roberts and on 5/21/1984, DeGraw waived all rights, including appeals and plead guilty to aggravated rape of Donna Ellis.

Interestingly, one of the photos of the car DeGraw was in, was found to be stolen and in large letters written in white shoe polish, like kids do for ball games, DeGraw wrote in big letters on the back windshield, "Floyd loves Donna" "I like her ass a lot".  The photos also portrayed women's jewelry including a ring, and two necklaces.  Unfortunately, these photos were not well focused and had aged over the years and were rather fuzzy.  I would later take these photos to Denise Haraway's close friends to see if this was the type of jewelry Denise would have worn or was given.

It was noted on page 15 of the OSBI file, that DeGraw had gotten a speeding ticket somewhere in California on April 30, 1984.  Neither the OSBI or the Texas authorities noted the time or location o f the ticket.  However, I ran a Google route from Memphis, TN as DeGraw stated he left Memphis with Jeff Johnson at about midnight, on 4/27/84.  The Google map indicates the route from Memphis to Ada, OK is approximately 455 miles and can be driven in 6 hours and 54 minutes.  This gives DeGraw and Johnson plenty of time to get to Ada and meet someone to get the stolen items from someone, including Rebecca Scott's purse and Tami Willett's wallet.  These items could also have been stolen by DeGraw in another run earlier in the year, however, no one ever asked DeGraw his actions in February, 1984.

A further Google route was run from Gerty, OK area to Disney Land, Anaheim, California, it indicated the route was approximately 1,461 miles and would take 20 hours and 46 minutes to drive.  Once in California, DeGraw stated he and Johnson got into a fight and DeGraw left him in California, got a speeding ticket and immediately left California and began driving east, where he got involved with Donna Ellis on 5/2/1984 and was arrested for rape.   See maps related to the Google routes as well as a map outlining DeGraw's stated time lines attached.

It should also be noted, that DeGraw is a pack rat.  He had a purse and a wallet of women from Ada, OK in his car, as well as clothing that belonged to Donna Ellis, his Amarillo victim.  DeGraw also had clothing and identification of other males, and credit cards of other people.  It was also noted that both Johnson and DeGraw were both bi-sexuals.

It is my opinion that Floyd DeGraw had the means, time and opportunity to be involved with the Haraway case.  The one problem with this, is the placement of her body in Gerty, OK.  It is isolated, and for someone trying to find a quick place to violate a girl, and get back out, it does not make sense to risk driving or walking up a long hill with deep erosion ruts to where a body was located on January 21, 1986.

On April 3, 2013, I traveled to the Pontotoc County Courthouse to search marriage licenses for Edward Leo Norman.  I found on November 10, 1988, Norman, age 26 and Tami Jean Willett, age 21 was issued a marriage license.  They were divorced in 1990.  Due to the opportunity of DeGraw to make contact with local thieves, and his stated use of using stolen

Page 3 of  4

credit cards to buy gas, food and shelter, it is interesting that these connections have never been investigated.  Norman has been mentioned several times by street witnesses, and only once in the Pontotoc DA's file on the Ward case.

Another interesting fact, on Tami Willett Horton's Facebook page, she resembles Denise Haraway's features.  She is attractive, long brunette hair and appears to be petite in build.  I will make an attempt to contact her.

Attached:

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

I, ___Kevin Brennen, Assistant Criminal District Attorney___ ~~County Attorney~~ of

_____Randall_____ County, in said State, on the written affidavit of

_____Eddie Wilson_____ a competent and credible person herewith filed in the ~~County~~ Justice

Court ___#4___, in the County of _____Randall_____ and the State of Texas do present unto said

court that on or about the ___2nd___ day of ___May___, A. D. 19__84__, and before the making

and filing of this information, in the County of _____Randall_____ and the State of Texas,

one _____FLOYD LEE DEGRAW_____

did then and there ~~unlawfully and wilfully~~ intentionally and knowingly cause the penetration
of the vagina of Donna Ellis, a person not the spouse of the said Floyd Lee Degraw
without the consent of the said Donna Ellis by means of an object, to-wit:  the
penis of Floyd Lee Degraw, and the said Floyd Lee Degraw did then and there by
acts and words, place the said Donna Ellis in fear that death and serious bodily
injury would be imminently inflicted on Donna Ellis,

CERTIFIED TRUE AND CORRECT COPY
The above and foregoing is a full, true and correct
photographic copy of the original on file and of
record in my office, containing ___1___ pages.
ATTEST: _____ March 18 2013
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy

against the peace and dignity of the State.

_____
Assistant Criminal District Attorney
~~County Attorney~~ ___Randall___ County, Texas

NO. 4687-B

FILED
LA QUITTA POLVADORE

THE STATE OF TEXAS          X          IN THE   181st  DISTRICT COURT '84 MAY 21 PM 3 40

VS.                         X          IN AND FOR

FLOYD LEE DEGRAW            X          RANDALL COUNTY, TEXAS

DISTRICT CLERK
RANDALL COUNTY, TEX.
BY _____

## JUDGMENT AND SENTENCE

On this the   21st   day of   May   , 19 84 , the above

numbered and entitled cause was regularly reached and called for

trial, when came the State of Texas by her   Assistant

Criminal District Attorney,   Kevin Brennen   , and the

defendant,   FLOYD LEE DEGRAW   , appeared in person

and by his/her attorney,   Corky Roberts   , thereupon

the District Attorney announced ready for trial, _____

_____ , and the defendant in person

and in open court pleaded "Guilty" to the charge of _____

_____ sexual assault _____ as alleged in the

_____ information _____ ; thereupon the defendant was admonished

by the Court of the consequences of said plea; including the

minimum and maximum punishment and the fact that any recommenda-

tion of the prosecuting attorney as to punishment is not binding

on the Court.  The Court inquired as to the existence of any plea

bargaining agreement between the State and the defendant and the

Court admonished the defendant that it could follow or reject said

recommendation of the prosecuting attorney and that if the Court

rejected the recommendation of the prosecuting attorney the defendant

would be permitted to withdraw his plea of guilty.  If the Court

assessed punishment that does not exceed the recommendation made

by the prosecuting attorney, the defendant was admonished that

any appeal from his plea entered in Court today could only be made

with permission of the Court, except on those matters which have

been raised by written Motion filed prior to trial, and the said

defendant persisted in pleading guilty; and it plainly appearing

to the Court that the said defendant is mentally competent and

sane and that he/she is not influenced in making said plea by

any consideration of fear, or by a persuasion or delusive hope of

CERTIFIED TRUE AND CORRECT COPY
The above and foregoing is a full, true and correct
photographic copy of the original on file and of
record in my office, containing   5   pages.
ATTEST: _____ March 18, 2013 _____.
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy

pardon prompting him/her to confess his/her guilt  and that such plea is freely and voluntarily made, the plea of guilty is by the Court received and now entered of record in the Minutes of the Court as the plea herein of said defendant; thereupon the defendant, his/her counsel, and the District Attorney announced in open Court that they, and each of them, agreed in writing to waive a jury in this cause, and to submit this cause to the Court, and the Court having heard the _____ information _____ read, the defendant's plea thereto, and after having heard all the evidence for the State and the defendant and argument of counsel, is of the opinion, and so finds, that the defendant is guilty as confessed by him/her of the offense of _____ sexual assault _____ which occurred on the __2nd__ day of ____ May ____, 198_4_ .

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that on this the _21st_ day of ____ May ____, 198_4_ , the said defendant____ FLOYD LEE DEGRAW _____ is guilty of the offense of _____ sexual assault _____ as charged in the ____ information ____ in this cause, and as confessed by him/her in his/her plea of guilty herein made, and the Court having heard evidence on the question of punishment and argument of counsel thereon fixed the punishment by confinement in the _____ _Texas Department of Corrections_____ for a term of _____ _ten (10) years_____ and that the State of Texas do have and recover of the said defendant all costs in this proceeding incurred, for which let execution issue.

AND THEREUPON, the defendant,_____ FLOYD LEE DEGRAW _____ , was asked by the Court whether he/she had anything to say why said sentence should not be pronounced against him/her, and he/she answered nothing in bar thereof, and the defendant having agreed to accept sentence this date whereupon the Court proceeding, in the presence of the defendant, _____ FLOYD LEE DEGRAW _____ , and his/her attorney,____ Corky Roberts _____ , to pronounce sentence, as follows:


CERTIFIED TRUE AND
CORRECT COPY
Jo Carter, District Clerk
Randall County, Texas

NO. _4687-B_

IN THE DISTRICT COURT OF ~~POTTER~~ COUNTY, TEXAS

_181st_ _Randall_ JUDICIAL DISTRICT

FILED

LA QUITTA POLVADORE

'84 MAY 21 PM 3 40

DISTRICT CLERK
RANDALL COUNTY, TEX.

~~May 21~~ ___, 19 84

THE STATE OF TEXAS

VS.

_Floyd Lee De Graw_

### DEFENDANT'S AFFIDAVIT OF INABILITY
### TO EMPLOY COUNSEL

TO THE SAID HONORABLE COURT:

I, the undersigned, Defendant in the above entitled and numbered cause, having first been duly sworn upon my oath depose and state that I am too poor to employ counsel to defend me herein.

I respectfully request the Court to appoint an attorney to represent me herein.

_Floyd De Graw_
Defendant

SWORN AND SUBSCRIBED BEFORE ME by the said _Floyd Lee De Graw_ on this the _21st_ day of _May_ 19 _84_ to certify which, witness my hand and seal of office.

Billie Nance Hill
District Clerk
Potter County, Texas

By _Viola Akins_
Deputy

### ORDER APPOINTING COUNSEL

The Defendant in the above entitled and numbered cause, having this day been brought before the Court and having made and filed the foregoing Affidavit, and the Court having found and determined that said Defendant has no attorney to represent him in this cause, and that he is too poor to employ counsel;

IT IS THEREFORE ACCORDINGLY ORDERED that the Honorable _Cooky Roberts_, an attorney practicing at the bar of this Court be, and he is hereby, appointed to represent said Defendant and to defend him in this cause of action.

SIGNED THIS _21_ day of _May_, 19 _84_

_____
Judge Presiding

CR9-927

COPY TO:
_____ Auditor
_____ Attorney
_____ District Attorney
_____ District Court

CERTIFIED TRUE AND CORRECT COPY
The above and foregoing is a full, true and correct
photographic copy of the original on file and of
record in my office, containing _____ pages.
ATTEST: _____
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy

LaQUITTA POLVADORE
District Clerk

**BILL OF COSTS**

Randall County
Canyon, Texas

THE STATE OF TEXAS

VS.

_Floyd Lee De Grau_

NO. _4687-B_

Date of Judgment: _5-21-84_

TO: _____ Defendant.

Costs accrued in the above entitled cause to date of judgment:

Clerk's fees. . . . . . . . . . . . . . . . . .
District Attorney's fee . . . . . . . . . . . . $25.00
Sheriff's fees. . . . . . . . . . . . . . . . . 24.00
Mileage. . . . . . . . . . . . . . . . . . . . 7.00
Criminal Justice Planning Fund. . . . . . . . .
Court appointed attorney fee. . . . . . . . . . 20.00
Other:
Education fund _____
Fine _____ . . . . . . . . 1.00
CVC Fund _____
TOTAL COSTS DUE:. . . . . . . . . . . . . . . $ 15.00

THE STATE OF TEXAS

COUNTY OF RANDALL

I hereby certify the above to be a correct
account of the cost chargeable in the above
entitled and numbered cause to this date.

Given under my hand and seal of office, at Canyon, Texas, this
_21st_ day of _May_, 19 _84_.

LaQuitta Polvadore
Clerk, District Court

By: _Wattine Funk_
Deputy

**CERTIFIED TRUE AND CORRECT COPY**
The above and foregoing is a full, true and correct
photographic copy of the original on file and of
record in my office, containing ___1___ pages.
ATTEST: _March 18, 2013_
Jo Carter, District Clerk
Randall County, Texas
By: _Anne Burke_ Deputy

16-1360—COMMITMENT TO PENITENTIARY—Class 3. (4-83)©    ⬩HART⬩    Hart Graphics—Austin, Texas

# COMMITMENT

THE STATE OF TEXAS,
COUNTY OF __Randall_____ )
IN RE:

THE STATE OF TEXAS
vs.
__Floyd Lee DeGraw_____ )
Defendant

IN THE ___181st_____ DISTRICT COURT,
___January_____ TERM, A.D. 19 __84__

No. ___4687-B___

To the Director of Corrections of the Texas Department of Corrections, or any other officer legally authorized to receive convicts, greeting:    and Sentence

Whereas, by the judgment of the Honorable _____181st_____ District Court of ___Randall_____ County, Texas, in the above styled and numbered cause, made and entered on the ___21st____ day of __May_____ A.D., 19__84__, in Book __CR-9__, Page ___928_____, the above name defendant was adjudged to be guilty of the offense of ____Sexual Assault_____ a _____ degree felony, on his plea of _____ guilty; and whereas by proper sentence of said Court, ~~on~~XXXXXXXXXXXXXX ~~--------------A.D., 19------ and recorded in Vol.--------Page---------~~, the above name defendant was sentenced to be confined and imprisoned in the State Penitentiary of Texas for a ~~XXXXXXXXXXX~~ term of ~~XXXXXXXXX~~ 10 (Ten)_____ years (~~the minimum not more than--------------years (the maximum~~) prescribed by law for the said offense.

*And it appearing to the Court that the defendant herein has been incarcerated in the County jail in this cause since the _____ day of _____ A.D., 19_____ without trial and prior to the passage of sentence herein upon him and that said time should be credited on this sentence. It is so ordered.

And I certify that notice of appeal was not given and that an appeal has not been perfected.

~~**And whereas, the above-named defendant gave notice of appeal to the Court of Criminal Appeals at Austin, Texas, and the record was duly examined by said Court and the judgment herein was by said Court of Criminal Appeals affirmed on the--------------------------------day of--------------------------------A.D. 19-----; and the mandate issued on the--------------------day of--------------------A.D. 19------ a capias was issued for the arrest of the said defendant herein, which capias was executed by the Sheriff of--------------------------------County, Texas, as evidenced by his endorsement hereon.~~

Wherefore, you are hereby commanded that you take into your custody the above named defendant and convey him to said penitentiary, and that you execute the sentence herein as required of you by law by confining the said defendant in the State Penitentiary for the term stated above, subject to the rules and regulations of the penitentiary authorities.

Herein fail not, but duly execute this order.

_____LaQuitta Polvadore_____
Clerk, District Court
_____Randall_____ County, Texas.
By _Waltine Tuck_____
Deputy

5-21-84

Capias served by placing the defendant under arrest on the _____ day of _____,
A.D. 19_____, at _____ o'clock _____M.
_____
Sheriff

*If not credited with jail time, clerk should mark out this paragraph.
**If no appeal taken, clerk should mark out this paragraph.

_____ County, Texas.
By _____
Deputy

Reproduction of this Form is prohibited.

**CERTIFIED TRUE AND CORRECT COPY**
The above and foregoing is a full, true and correct photographic copy of the original on file and of record in my office, containing _____ pages.
ATTEST: _March 12, 2013_
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy

NO.   4687-B

FILED
LA QUINTA FULVADORE
'84 MAY 21 PM 3 46

THE STATE OF TEXAS                    X        IN THE   181st DISTRICT COURT

VS.                                   X        IN AND FOR DISTRICT CLERK
                                               RANDALL COUNTY, TEX.
FLOYD LEE DEGRAW                       X        RANDALL COUNTY, TEXAS

## ADMONISHMENTS

I,   FLOYD LEE DEGRAW                  , defendant in the above styled cause
do hereby state that I have read and have been advised by counsel of the
following:

(1)  I am charged with the offense of  aggravated sexual assault.

(2)  The range of punishments to the offense is  by confinement in the Texas
Department of Corrections for not less than two years no more than twenty
years.   In addition, a fine not to exceed $10,000.00 may be assessed.
(3)  I understand the recommendation to be made by the prosecutor will
be   ten (10) years confinement in the Texas Dept. of  , and I concur in that
recommendation.

(4)  I understand that any recommendation of the prosecuting attorney
as to punishment is not binding on the Court.  I understand that prior to making
any finding on my plea of guilty the Court shall inform me in open court whether
it will follow or reject the above recommendation of the prosecuting attorney.
Should the Court reject said agreement I shall be permitted to withdraw my plea
of guilty.  If the Court assesses punishment that does not exceed the recommendation
I understand that any appeal from my plea entered in Court today can only be made
with permission of this Court, except on those matters which have been raised by
written Motion filed prior to trial.

(5)  I am not claiming that I am mentally incompetent or insane nor am I claiming
I was mentally incompetent or insane at the time I committed the offense.

(6)  My plea of guilty is made freely and voluntarily.

(7)  My plea of guilty is not influenced by any consideration of fear,
or by any persuasion, or delusive hope of pardon.

_____
Defendant

I,   Corky Roberts                    , attorney for defendant, do hereby
state that I have advised the defendant of the above.  I have counseled and advised
with said defendant and it is my opinion that said defendant is sane and is able
to and does understand the nature and consequences of these proceedings and is
mentally competent to assist me in preparation of any defense.

_____
Attorney for Defendant

## ORDER APPROVING ADMONITIONS

The Court, having inquired of the foregoing statements by the Defendant, is
satisfied that all such statements are true and correct and hereby approves the
foregoing Defendant's Affidavit of Admonitions.

Signed, dated and entered this the   21st   day of   May   
19 84 .

_____
Judge Presiding

CERTIFIED TRUE AND CORRECT COPY
The above and foregoing is a full, true and correct
photographic copy of the original on file and of
record in my office, containing   1   pages.
ATTEST: _____, 2013
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy

NO. 4687-B

FILED
LA QUITA POLVADORE

'84 MAY 21 PH 3 41

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE 181st DISTRICT COURT |
| VS. | X | IN AND FOR DISTRICT CLERK RANDALL COUNTY, TEX. |
| FLOYD LEE DEGRAW | X | RANDALL COUNTY, TEXAS |

### WAIVER OF PRESENTENCE REPORT

I, _____ FLOYD LEE DEGRAW _____, do hereby waive

my right to a presentence report in this case and give my permission for

this case to be heard and for my punishment to be assessed without a pre-

sentence report.

_____
Defendant

_____
Attorney for Defendant

_____
Attorney for State

Approved as to Form and Substance by:

Date: _____ May 21 _____, 198 4 _____
Presiding Judge

CERTIFIED TRUE AND CORRECT COPY
The above and foregoing is a full, true and correct
photographic copy of the original on file and of
record in my office, containing _____ pages.
ATTEST: _____
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy

CRIMINAL DISTRICT COURT
RANDALL COUNTY, TEXAS

NO. 4687-B _____ STATE vs. _____ FLOYD LEE DEGRAW _____

FILED

LA QUITTA POLVADORE

### WAIVER OF JURY

Comes now the Defendant in person and in open Court, and joined by attorney and by counsel for the State, and waives the right of trial by jury in accordance with Art. 1.13 C.C.P.

_____      _____      _____
Defendant                    Asst. Criminal District Attorney    Counsel for Defendant

DISTRICT CLERK
RANDALL COUNTY, TEX
BY _____

### WAIVER OF CONFRONTATION OF WITNESSES AND STIPULATION OF EVIDENCE

In accordance with Art. 1.15 C.C.P., the Defendant now consents in writing, in open Court, to waive the appearance, confrontation, and cross-examination of witnesses, and further consents either to an oral stipulation of the evidence and testimony or to the introduction of testimony by affidavits, written statements of witnesses and any other documentary evidence in support of the judgment of the Court.  I hereby request the Court to approve this waiver in writing.

_____                    _____
Defendant                                  Counsel for Defendant

### WAIVER OF INDICTMENT

The Defendant, in writing and in open Court, and joined by counsel, hereby waives in open Court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____                    _____
Defendant                                  Counsel for Defendant

### WAIVER OF 10 DAYS PREPARATION AND APPROVAL OF COUNSEL

The Defendant, in writing and in open Court, and joined by counsel, waives the 10 day preparation period provided in Art. 26.04, C.C.P.  The Defendant in addition confirms total satisfaction with the representation given by appointed counsel and that counsel was completely competent in every aspect of representation.

_____                    _____
Defendant                                  Counsel for Defendant

### WAIVER OF 2 DAYS SERVICE OF INDICTMENT

The Defendant, in writing and in open Court, and joined by counsel, waives the 2 day statutory period time set out in Article 26.03, providing that no arraignment shall take place until the expiration of at least two days after the service of the copy of the indictment.

_____                    _____
Defendant                                  Counsel for Defendant

### JUDICIAL CONFESSION

Under oath, in writing, and in open Court, I swear that I have read the indictment and information and that I understand everything it contains; that I committed each and every element alleged; and that I am guilty as charged.  I hereby request the Court to approve this judicial confession in writing.

_____
Defendant

SWORN TO AND SUBSCRIBED to before me by the Defendant this 21st day of May , 1

_____
Notary Public in and for the State of Texas
Commission expires _____

The Court, having found that the said Defendant freely and voluntarily waived the above r and signed the foregoing written instrument in open Court and in the presence of counsel hereby approves the above waivers and the judicial confession.

_____
Judge Presiding

CERTIFIED TRUE AND CORRECT C
The above and foregoing is a full, true and correct
photographic copy of the original on file in the
record in my office, containing _1_ pages.
ATTEST: March 18, 2003
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy

NO. 4687-B

FILED
LA QUITTA POLVADORE

'84 MAY 21 PH 3 40

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE 181st DISTRICT COURT |
| VS. | 0 | IN AND FOR DISTRICT CLERK |
| FLOYD LEE DEGRAW | 0 | RANDALL COUNTY, TEX. |
| | | RANDALL COUNTY, TEXAS |
| | | BY |

W A I V E R

I,    FLOYD LEE DEGRAW    , do hereby give my permission

for my case to be tried in Potter County, Texas and waive my case being tried

in Randall County, Texas.

_Floyd Lee DeGraw_

CERTIFIED TRUE AND CORRECT COPY.
The above and foregoing is a full, true and correct
photographic copy of the original on file and of
record in my office, containing _1_ pages.
ATTEST: _March 18 2013_
Jo Carter, District Clerk
Randall County, Texas
By: _Ronne Bridge_ Deputy

# CRIMINAL DOCKET

Case No. 4687-B

| Number of Case | STYLE OF CASE | ATTORNEYS | OFFENSE | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | Month | Day | Year |
| 4687-B | THE STATE OF TEXAS vs. | Randall Sherrod State. | Aggravated Sexual Assault | 5 | 21 | 1984 |
| **FEE BOOK** | | | | | | |
| Vol. Page | Floyd Lee DeGraw | Corky Roberts Defendant. | | Information or Indictment | | |

| Date of Orders | ORDERS OF COURT | Minute Book | | WITNESSES |
|---|---|---|---|---|
| | | Vol. | Page | |
| 5/21/84 | Case called and parties announce ready. D-fendant waives jury, confronation of witnesses and enters plea of guilty. Defendant found to be mentally competent and his plea found to be voluntary. Evidence received, and defendant found guilty as charged in the indictment. Punishment assessed at confinement in the Texas Department of Corrections for ten (10) years. Defendant waived right of appeal, sentenced and remanded to the custody of the Randall County Sheriff. | CR9 | 928 | |

CERTIFIED TRUE AND CORRECT COPY
The above and foregoing is a full, true and correct
photographic copy of the original on file and of
record in my office, containing 1 pages.
ATTEST: March 18, 2013
Jo Carter, District Clerk
Randall County, Texas
By: Deputy

**RANDALL COUNTY SHERIFF'S OFFICE**                                    **CANYON, TEXAS**

# INCIDENT REPORT

Sexual Assault                                                NO. 2-840502
CLASSIFICATION                    STATE STATUTE CLASSIFICATION

| COMPLAINANT'S NAME (Firm name if business) | SEX | RACE | AGE | OCCUPATION | | PHONE (Business) |
|---|---|---|---|---|---|---|
| Donna Vivian Ellis | F | W | 23 | Car Hop | | 372-0533 |

| COMPLAINANT'S ADDRESS | CITY | STATE | PHONE (Residence) |
|---|---|---|---|
| 4010 Chicago St. | Amarillo | Texas | 379-9290 |

COMPLAINANT'S BUSINESS, EMPLOYMENT OR SCHOOL | OBJECT OF ATTACK (such as Money, Jewelry, Clothing, etc.)
Pennant Drive Inn #2
PLACE WHERE OFFENSE OCCURRED | PROPERTY ATTACKED (such as Drug Store, Grocery, etc.)
Approximately 34th and Whitaker Road

| REPORTED BY | PHONE | REPORTED TO | DATE AND TIME REPORTED |
|---|---|---|---|
| Ronald Wayne Cockrell | 335-1344 | Amarillo P.D. | 050284  11:20PM |

| DAY OF WEEK, DATE AND TIME OF OFFENSE | DATE AND TIME OF INVESTIGATION | DATE AND TIME OF REPORT |
|---|---|---|
| Wednesday 050294 Approximately 11:00PM | 050284  11:28PM | 050384  3:20AM |

| BODILY INJURIES TO | HOSPITAL? | HOW REPORTED (In person, phone, on view, other) |
|---|---|---|
| Donna Ellis | NorthWest Texas | In person |

| (HOW ATTACKED) | (MEANS OF ATTACK) | (TRADEMARK) |
|---|---|---|
| Threatened subject with a gun | | |

VEHICLE INVOLVED IN OFFENSE  Year - color - make - model - auto license no. - year - state)    Complainant's ( )    Suspect's (xx)
Gray
1974 Pontiac Astre 2 dr. possibly with California tags

| ENTERED INTO NCIC?   YES   NO   DATE | VALUE STOLEN | VALUE RECOVERED |
|---|---|---|
| BY WHOM | | |

SUSPECT OR PERSON(S) ARRESTED          (DESCRIBE SUSPECT)
1 Floyd Lee Degraw, W/M, DOB/061662, 602, 190, Brown/Hazle

2

| WITNESSES NAME | CONTACT ADDRESS | AGE | PHONE (Business) | PHONE (Residence) |
|---|---|---|---|---|
| Manager Union 76 Truck Stop | | | | |
| Ronald Wayne Cockrell | 1606Kimberly | 25 | 373-1837 | 335-1344 |

2

DETAILS:  I recieved a call from APD Officer Fred Perez to meet him at the Union 76 truck stop in reference to a sexual assault that occured in RandallCounty. Upon arriving I met with the officer and the complainant was  sitting in the front seat of his patrol car wrapped in a blanket.  Officer Perez advised that the manager of Union 76 had found her on Whitaker Road walking with a plastic bag wrapped around her.  She advised them she had been raped.  Upon my arrival and finding out this information I transported the victim to NorthWest TExas Hospital for examination.  I contacted Asst. Dist. Atty. John Davis who approved the rape examination.  The examination was administered by R.N. Paula Toland-378-4572 Evidence was turned over to this officer and marked for identification.  Nurse Toland later advised me that she found Motile and Non-Motile Sperm and the test was Positive.  I put out a 10-67 on the information that I had on the suspect to APD and later to REgion 5.  I recieved a response from Shamrock, Texas that they had a possible suspect in custody.  Upon further checking it was confirmed that the suspect Floyd Lee Degraw did have in the vehicle he was driving when arrested on other charges, the victims shirt, pants, and purse.  I was advised by Deputy Joe Stewart and Trooper Randy Bond that these items along with the suspects clothing were being placed into evidence.  I placed a hold on the suspect for Aggravated Sexual Assault.

This case is  ~~CLEARED BY ARREST.~~
INVESTIGATING OFFICER(S)    R. Short          REPORT MADE BY  R. Short          DATE 050384

| CASE FILED | THIS CASE IS | APPROVED BY |
|---|---|---|
| Yes (X)  No ( ) | Cleared by arrest ( )  Unfounded ( )  Inactive ( )  Other ( ) | HW |

Use supplementary report for additional information not covered above.

RANDALL COUNTY SHERIFF'S OFFICE                                              CANYON, TEXAS

### SUPPLEMENTARY REPORT

| Sexual Assualt | 5-2-84 | NO. 2-840502 |
|---|---|---|
| CLASSIFICATION | DATE OF ORIGINAL REPORT | |

| Donna Vivian Ellis | 4010 Chicago | 379-9290 |
|---|---|---|
| COMPLAINANT | ADDRESS | PHONE |

### Additional Details

On May 3, 1984 this officer interviewed the complainant in connection with this report. During the course of interviewing Donna Ellis I obtained a notorized affidavit from her and after obtaining the affidavit, Donna Ellis was then carried out to 34th and Whitaker Rd where the complainant was picked up by the Union 76 Truck Stop Manager. Upon the complainant being carried out to 34th and Whitaker the complainant came to the conclusion that she was ½ block east of Whitaker on 34th at the time she was raped, and that when she was picked up and carried to the truck stop she was approxiamately ½ block North of 34th on Whitaker. The complainant in this report further stated that after the suspect drove off, he left eastbound on 34th. During the time myself and Donna Ellis were at the crime scene she showed this officer where she crossed a muddy ditch and this officer photographed the muddy tracks left by the victim. The complainant in this report crossed the muddy ditch in order to obtain a plastic sack to cover herself. On 5-3-84 during the time I was interviewing Donna Ellis I learned that the complainant was introduced to the suspect by a Sandra Spielbauer, white/female, dob 7-8-45, lna 3303 N.E. 20th who also works at the Pennant Drive Inn. The complainant in this report also stated to this officer that the reason she left the Pennant with the suspect was because she needed a ride to her babysitters residence to get her two kids and to be carried home. The complainant in this report told this officer that she never seen a pistol however on more than one ocasion she was threatened by the suspect who indicated he had a gun because he had told her he was a bounty hunter. On 5-3-84 the complainant in this report told this officer that at the time she was raped the suspect was wearing black boots, blue jeans, and a blue tee shirt. The complainant in this report further told this officer that at the time she was rapered she was wearing a red blouse, blue jeans, whtie bikini panties and a white lacey bra and a western belt with a Indian Head buckle. The complainant in this report further stated that her purse would be a maroon vynol one with a shoulder strap. The complainant in this report also advised that her purse would be containing miscellanous receipts from work and no form of identification was inside.
During the time that I was interviewing Donna she described the suspect as being approxiamately 30 yoa, white/male, 6 ft tall, blondish red hair, green eyes, 160 pounds, a light mustache, Also during the time that this officer interviewed the complainant in this report she stated that the suspect was known only two her as Floyd and that he supposedly just came from San Deigo, California. Leave this incident report open pending further disposition.
END OF REPORT
EDDIE HAMMONS, DEPUTY
5-3-84
            Joel Richardson

INVESTIGATION OFFICER   Joel Richardson   REPORT MADE BY Eddie Hammons   DATE 5-3-84

RCSO 1-a

**RANDALL COUNTY SHERIFF'S OFFICE**                                                                **CANYON, TEXAS**

### SUPPLEMENTARY REPORT

| | | |
|---|---|---|
| SEXUAL ASSAULT (RAPE) | 05/03/84 | NO. 2-840502 |
| CLASSIFICATION | DATE OF ORIGINAL REPORT | |

| | | |
|---|---|---|
| COMPLAINANT | ADDRESS | PHONE |
| ELLIS, DONNA VIVIAN | 4010 Chicago Street, XXXXXXXXX Amarillo XX. | 381-1703 |

### Additional Details

On 05/03/84, this officer and Inv. Leggett travelled to Shamrock, Texas and Wheeler, Texas to pickup the suspect in this offense and transport him to Randall County. We also received several items of evidence which were transported to Randall County. We met with Wheeler County Deputy Joe Stewart at the SO in Shamrock where we received the clothing of the suspect, Floyd Lee DeGraw, the blouse from the complainant, the complainants billfold, the complainant's belt buckle, and copies of the offense report and booking information from Wheeler County.

We then went to Wheeler County Jail in Wheeler and picked up DeGraw. DeGraw was given his miranda warning verbally by this officer in the presence of Inv. Leggett, Deputy Joe Stewart, and a Wheeler County jailer. On the way to Randall County, DeGraw gave an oral statement to Inv. Leggett. He also agreed to give a written statement upon our arrival in Amarillo. He stated that he did have sexual intercourse with a girl named Donna on the night of 05/02/84. He stated that he did not force her in any way to have sex with him. He stated that after having had intercourse with her, that they got into an argument and he drove off and left her standing on a county dirt road. He said that he did leave her without any clothing. He also said that he was intoxicated at the time of the intercourse. Upon our arrival in Amarillo, DeGraw was arraingned in Judge Woodall's court, bond set at $50,000, and he did then give a written statement, copy attached.

On 05/07/84, I contacted the sexual assault nurse, Paula Toland at NWTH. Toland said that the victim, Ellis, was very collected emotionally at the time of examination. Toland said that she could not even detect an accelerated heart rate or XXXXX sweaty palms, etc. Toland also stated that the victim was not in her menstrual period and was possibly about six weeks pregnant. The sexual assault nurse also stated that she did not observe any bruises or restraint marks on the complainant and no trauma in the vaginal area.

Upon receiving this information the suspect was contacted about taking a polygraph examination concerning the written statement that he had given. DeGraw agreed to take a polygraph and the test has been scheduled with Lt. Jimmy Stevens, APD, for 05/10/84 at 9:30am.

END OF REPORT
05/09/84
J. W. Richardson

| | | |
|---|---|---|
| INVESTIGATION OFFICER   Short | REPORT MADE BY   Richardson | DATE   05/09/84 |

PCSO 1-0











































































**Directions to Ada, OK**
**455 mi** – about **6 hours 54 mins**





**A**  Beale St, Memphis, TN

| | | |
|---|---|---|
| 1. | Head **north** on **S Danny Thomas Blvd** toward **Gayoso Ave**<br>About 2 mins | go 1.0 mi<br>total 1.0 mi |
| 2. | Turn left to merge onto **I-40 W** toward **Little Rock**<br>Entering Arkansas<br>About 10 mins | go 8.8 mi<br>total 9.8 mi |
| 3. | Keep left to stay on **I-40 W**, follow signs for **Little Rock**<br>About 1 hour 49 mins | go 123 mi<br>total 133 mi |
| 4. | Keep right to stay on **I-40 W**, follow signs for **Interstate 40 W/U.S. 65 N/Arkansas 107 N/Fort Smith**<br>Entering Oklahoma<br>About 3 hours 8 mins | go 220 mi<br>total 353 mi |
| 5. | Take exit **264A** to merge onto **US-69 S** toward **Eufaula/McAlester/Dallas**<br>About 35 mins | go 39.7 mi<br>total 392 mi |
| 6. | Merge onto **OK-1 W/OK-31 W/US-270 W/E Carl Albert Pkwy** via the ramp to **McAlester**<br>Continue to follow OK-1 W<br>About 1 hour 7 mins | go 62.0 mi<br>total 454 mi |
| 7. | Turn left onto **N Mississippi Ave**<br>About 57 secs | go 0.5 mi<br>total 455 mi |
| 8. | Turn right onto **E Main St**<br>About 1 min | go 0.5 mi<br>total 455 mi |

**B**  Ada, OK

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2013 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.



**Directions to Disneyland Resort, Anaheim, CA**
**1,416 mi** – about **20 hours 46 mins**



 **Gerty Rd, OK**

| | | |
|---|---|---|
| | 1. Head **east** on **E1470 Rd/Gerty Rd**<br>About 4 mins | go 1.5 mi<br>total 1.5 mi |
| ← | 2. Turn left onto **N S 375 Rd/Broadway/N3750 Rd**<br>Continue to follow Broadway/N3750 Rd<br>About 3 mins | go 1.5 mi<br>total 3.0 mi |
| | 3. Continue onto **N S 375 Rd**<br>About 6 mins | go 3.5 mi<br>total 6.5 mi |
| (48) | 4. Continue straight onto **OK-48 N**<br>About 15 mins | go 11.4 mi<br>total 17.9 mi |
| (48) | 5. Slight right onto **OK-48 N/US-270 BUS W/Broadway of America**<br>About 58 secs | go 0.6 mi<br>total 18.5 mi |
| (270) | 6. Turn left onto **US-270 W**<br>About 11 mins | go 9.3 mi<br>total 27.8 mi |
| (270) | 7. Turn left to stay on **US-270 W**<br>About 12 mins | go 9.2 mi<br>total 37.0 mi |
| ↱ | 8. Slight right onto **Boren Blvd**<br>About 3 mins | go 2.0 mi<br>total 39.0 mi |
| (270) | 9. Turn left onto **OK-9 W/US-270 W**<br>Continue to follow US-270 W<br>About 23 mins | go 22.3 mi<br>total 61.3 mi |
| (40) | 10. Slight right to merge onto **I-40 W/OK-3 W** toward **Okla. City**<br>About 14 mins | go 16.8 mi<br>total 78.1 mi |
| (40) | 11. Keep left to continue on **I-40 W**<br>Passing through Texas, New Mexico, Arizona<br>Entering California<br>About 17 hours 30 mins | go 1,228 mi<br>total 1,306 mi |
| (15) | 12. Merge onto **I-15 S**<br>About 51 mins | go 58.6 mi<br>total 1,364 mi |
| (15) | 13. Keep right to stay on **I-15 S**, follow signs for **Los Angeles/San Diego**<br>About 15 mins | go 17.0 mi<br>total 1,381 mi |
| (60) | 14. Take exit **106** to merge onto **CA-60 W** toward **Los Angeles**<br>About 16 mins | go 17.1 mi<br>total 1,398 mi |
| (57) | 15. Keep right to continue on **CA-57 S**, follow signs for **Santa Ana**<br>About 13 mins | go 13.9 mi<br>total 1,412 mi |
| ↱ | 16. Take exit **3** for **Ball Rd** | go 0.3 mi<br>total 1,413 mi |
| ↱ | 17. Turn right onto **E Ball Rd**<br>About 6 mins | go 2.4 mi<br>total 1,415 mi |
| ← | 18. Turn left onto **Cast Place**<br><span style="color:red">Partial restricted usage road</span><br>About 1 min | go 0.1 mi<br>total 1,415 mi |
| ↱ | 19. Turn right<br><span style="color:red">Restricted usage road</span> | go 404 ft<br>total 1,415 mi |
| ← | 20. Turn left<br><span style="color:red">Restricted usage road</span> | go 0.1 mi<br>total 1,415 mi |



21.   Slight right                                     go 0.3 mi
      Restricted usage road                      total 1,416 mi
      About 1 min

 Disneyland Resort, Anaheim, CA

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2013 Google, INEGI

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.