# EXHIBIT 25

# FORENSIC ANTHROPOLOGY

### The Structure, Morphology, and Variation of Human Bone and Dentition

*By*

**MAHMOUD Y. EL-NAJJAR, Ph.D.**
*Department of Anthropology*
*Case Western Reserve University*
*Cleveland, Ohio*

*and*

**K. RICHARD McWILLIAMS, Ph.D., F.A.A.F.S.**
*Department of Anthropology*
*University of Nebraska*
*Lincoln, Nebraska*



CHARLES C THOMAS • PUBLISHER
*Springfield  •  Illinois  •  U.S.A.*

UNIVERSITY OF OKLAHOMA
Health Sciences Center Library

may not be pronounced. The diagnostic trait from Mongoloids is the shape of the incisor teeth. The incisors, especially the maxillary central incisors, are often "shovel shaped," that is, have a ridge of enamel on the lingual surface running vertically on the mesial and lateral edges. This trait may occur also in other races, but rarely does. The face may display some alveolar prognathism, but not usually as marked as in Negroes. The orbits may be roughly triangular. The nasal aperture tends to be rounded. The palate is parabolic or horseshoe shaped.

Study of the foregoing features of different races, and examination of a number of skulls of each race, is the only way to learn to detect the marks of race in the skull. Some of the features may not be present in a given skull although that skull belonged to a member of a race which should show those features. Similarly, there are other features useful in race estimation which are part of the mental picture acquired by the investigator through experience, but are difficult to codify and set down on paper. For instance, Negroes often seem to show crenulations on the occlusal surfaces of the molar teeth, although this has not been demonstrated conclusively. Just as it is difficult to say why you believe certain people look Jewish or Italian, so it is difficult to estimate race in the skeleton, more so for some races than others. To test this, estimate race in the faces of the people you see one day, then check yourself by asking them about their ethnic ancestry. You will find that you are wrong discouragingly often, particularly when you try to estimate subdivisions such as Nordic, Alpine, etc. You will usually be right as long as you stick to the three major stocks. You will find that you can improve with practice.

Howells (1970) presented a method for race identification from human crania using statistical analysis, as did Giles and Elliot (1962). Neither method is without problems (Birkby, 1966), but may be useful in some cases when the inspection methods outlined here do not produce satisfactory results.

## ESTIMATION OF SEX

In order to estimate sex from the skeleton, it is useful to know something about the population from which a skeleton is derived, since there are regional and racial variations in the development of sexual characteristics in the skeleton (Stewart, 1947:128). Accurate sex estimation is also contingent upon the bones available to the observer, since some bones show a good deal more about the sex of the deceased than others. For instance, in the pelvis, a great number of objective observations have been described for sex assessment (Krogman, 1962). Other bones can aid in the assessment of sex to varying degrees. Bones such as the clavicle, the calcaneus, or the

radius and ulna may in some cases be useful. Other bones, such as those of the fingers, vertebrae, ribs, etc., have provided almost no useful information as far as the determination of sex. This is not to say that such information will not someday be produced, only that it has not yet. It is here that the mental template of the observer becomes crucial, since he will have formed an idea of the size and morphology appropriate to each sex in a normal individual.

Bones of immature individuals (preadolescent) are almost useless in sex determination due to the fact that the secondary sexual characteristics do not appear in the bone except under the influence of estrogens and androgens at puberty (Weiss, 1972). Preadolescent children show very little dimorphism in the dimensions or configuration of the body outside the external genitalia. However, it may be true that there are characteristics to be observed in these bones. Boucher (1955, 1957) has observed sexual differences in the pelvis of infants, although her technique requires that the body either be intact and that measurements and estimations be based on X rays, or the use of skeletons with the cartilage intact. There are a number of bones in the human skeleton which offer intuitive clues to the experienced observer. Examples of this sort include the robustness and size of the clavicle, although it seems to have very little reliable measureable sexual dimorphism, while the sternum is of variable reliability, often being excellent. Each observer develops his own favorite criteria for sex estimation. While one observer will first examine the skull for mastoid size and muscular relief, another will look first for prominence of the brow ridge and sharpness of the orbital rim. Neither is incorrect, although one observer may prove to be more reliable than another because of the particular configuration he seeks before he is satisfied that his determination is accurate. This section will make the observer aware of some of the criteria to be observed from which he is to form his considered opinion. Most sexual criteria in bone are a matter of degree rather than absolute difference. This being the case, it is essential that the student of sex determination become thoroughly acquainted with the fairly typical male skeleton and the fairly typical female skeleton. Handling and experience with these bones will commit to his memory the mental template referred to above. Without this it is impossible to be accurate to any degree since absolute criteria seldom exist. It is necessary for the observer to have an internal awareness of the degree of variation which may be anticipated in each trait, and its variation from one population to another.

### The Pelvis

The most reliable part of the human skeleton for the assessment of sex is the pelvis. The best criteria for the assessment of sex are two angles of

the innominate, the sciatic and the subpubic. In a single innominate the entire sciatic angle is present, and half of the subpubic. In the female, the two angles are much more obtuse than in the male. A "rule of thumb" for the estimation of sex from these angles is: Either angle in the female approximates the angle between the thumb and index finger when they are fully extended; in the male, the angles are more nearly like that between the index and second fingers when they are widely separated in the "V for victory" sign of Winston Churchill. If both innominates are present for an individual, the subpubic angle can be restored by approximating the two faces of the pubic symphysis. However, very often only one innominate survives. In this case, examination of the ischiopubic ramus may suffice. In the female, this element will almost always be concave, while in the male it is usually straight or convex. The complete angle can be reconstructed mentally by observing the angle made by the face of the pubic symphysis relative to the inferior border of the ischiopubic ramus.

Bass gave a different thumb rule for the subpubic angle and observed that: "when the index finger is held perpendicular to the pubic symphysis the thumb can be moved only slightly, if at all, with a male innominate, but has ample room for movement on a female innominate" (Bass, 1971). He said the same rule applies to the sciatic angle.

According to Phenice (1967), three characteristics of the female pubis and ischiopubic ramus serve to distinguish the sexes in over 95 percent of the cases. The *ventral arc* is a slightly elevated ridge of bone which takes a course across the ventral surface of the female pubis. In the male there is no ventral arc, but a ridge may appear on the ventral surface. A ridge on the male pubis rarely appears as the ventral arc of the female. This is particularly true if the pubis is properly oriented for observation, with the ventral surface directly facing the observer and the symphyseal surface in an a-p plane. The *subpubic concavity* is a lateral curvature inferior to the symphysis in the female. This is best observed on the dorsal surface of the bone. In the male there is rarely a subpubic concavity. The medial aspect of the ischiopubic ramus in the female presents a ridge or a narrow surface immediately below the symphyseal surface, while in the male the medial aspect of the ischiopubic ramus is a broad surface.

Genovés (1962) suggested the use of the following for sex estimation from the pelvis:

1. size of the middle of the pubis from the midpoint of the anterior border of the pubic symphysis to the nearest medial border of the obturator foramen—males are smaller
2. the least inferior breadth of the ilium. This is the least distance between the supra-acetabular point and the anterior border of the

78　　　　　　　　　　　　　　　　　　*Forensic Anthropology*



Figure 17: Right innominate showing sexual characteristics of the sciatic notch. The one on the left is male, on the right a female.



Figure 18: The subpubic angle of the pelvis, with a pronounced female above and a typical male below.

   sciatic notch—males are broader
3. maximum vertical diameter of the acetabulum. This is taken approximately perpendicular to the maximum horizontal diameter, that is, perpendicular to the ascending ramus of the pubis—the male diameter is greater
4. ridge from the anterior border of the auricular surface leading directly to the anterior border or apex of the sciatic notch—females lack this ridge
5. relative massiveness of the superior area of the medial portion of the pubis or the pubic crest—males are more massive.

The preauricular sulcus is a groove occurring immediately lateral to the sacroiliac joint on the anterior surface of the ilium. In a study of the sulcus, Houghton (1974) defined two forms of the groove which he calls GP, or groove of pregnancy, and GL, or the imprint of a strong ligament on the



Figure 19: Left sacroiliac joint of a female pelvis. The arrow indicates a preauricular sulcus of the sort defined by Houghton as a GP, or groove of pregnancy.

*Reconstruction of the Individual from the Skeleton*                        81



Figure 20: Dorsal view of the same pelvis shown in figure 19 showing parturition pits.

bone which occurs in both the male and the female pelvis. He said that GP appears to be formed by the coalescence of a series of pits. GL is a narrow, short, straight-edged (sometimes roughened) and shallow groove. He noted that the essential feature of GL is the even, flat floor of the groove. "In distinguishing between GP and GL it is most helpful to ask the question 'Is this groove unequivocally GP?' If the answer is 'No', if the pits or scoops on the bone are not unequivocally present, the groove is GL." (Houghton, 1974). Obviously, a GP can occur only in females while GL is the variant which may occur in either sex. This eliminates some confusion which has been associated with the meaning of the preauricular sulcus.

Another kind of pitting occurring in the innominate is parturition or postpubic pits. This is one or usually more deep pits found on the posterior surface of the pubic bone roughly parallel to the edge of the pubic symphysis. Angel (1969) and Stewart (1957, 1970) agree that these pits are associated with childbirth trauma and therefore are diagnostic of female pelves.

Nemeskeri (1972) has published a five-stage scheme for estimation of the number of pregnancies a female has experienced. The method is based upon observed degenerative changes in pubic symphyses in adult female innominates which are assumed to be attributable to pregnancy. Nemeskeri observed that the number of pregnancies he attributed to each stage remain to be verified by control investigations in autopsy material.

Nemeskeri's (1972) five stages are:
   1. Sharp sites of muscle insertion extending spirally downward and separated

82                                  *Forensic Anthropology*

by pits at the anterior medial margin of the pubis (1-2 childbirths).

2. Low, well-defined, pearllike exostoses along the downward extending lines of muscle insertion; at the posterior surface of the pubis there are already very distinct transverse impressions and several haemorrhagic pits (3-4 childbirths).

3. Initially sharply defined lines of muscle insertion on the anterior and posterior surfaces of the pubis become thicker and labiated and the pits between them become deeper; the haemorrhagic pits may merge and form cysts (4-5 childbirths).

4. Multiple labiated and thickened lines of muscle insertion with exostoses appearing coalesced in the form of thick protuberances; the coalesced cysts forming a uniform haemorrhagic cavity at the posterior surface, the surface being quite irregular (6-8 childbirths).

5. Pubic region already so highly deformed and differentiated, that a further classification into stages is not possible (more than 8-10 childbirths).

Ullrich (1975) modified the five stages of Nemeskeri somewhat, placing emphasis only on the posterior face of the pubis. The modifications of Ullrich are also impressions and are not necessarily more reliable than those of Nemeskeri. As far as knowledge of parturation changes at the pubic symphysis now goes, it is probably true that the changes noted in the form of pitting and degeneration are associated with childbirth trauma and marked changes do indicate that such trauma has occurred repeatedly. Whether or not the degrees of change are directly correlated with the number of pregnancies a woman has undergone is uncertain since a particularly difficult delivery might mark the pubis as much as several less traumatic ones. Still, it seems likely that marked degeneration in that area would support a hypothesis of the female being a multipara, while a pubis which is only slightly marked would suggest a woman who has had only one or a few births. No doubt in time appropriate studies will be made which will clarify the question.

Ullrich (1975) also drew attention to changes in the sacroiliac region. He suggested that the preauricular sulcus becomes more extensive and marked with succeeding births and noted degenerative changes on the anterior auricular margin of the sacrum which he believed to be correlated with expansion of the sacroiliac joint and trauma to the ligamentous insertions during delivery. Whatever the relationship between the number of births and the degree of trauma, the presence of degenerative changes at these points seems to be a reliable indicator of the female sex. Ullrich (1975) wrote an excellent summary of changes associated with pregnancy and childbirth in the dorsal aspect of the pubis and the sacroiliac region.

Inspection data of Olivier (1969) included several observations. In men, the body of the pubis is generally triangular; its inferior ramus is convex downwards; the symphysis is higher; the obturator foramen is ovoid; the ischia are closer together; all bony parts are thicker and heavier. In

women, the body of the pubis is usually rectangular with small fossae on its anterior surface near the symphysis; the inferior ramus of the pubis is concave downward; the symphysis is lower; the obturator foramen is rather triangular; the conjoint (or ischio pubic) rami and the ischial tuberosities are turned down and out.

Sex estimation from the sacrum is, in our experience, risky. In general, the sacrum is more curved in males when viewed in profile, the shape of the bone is long relative to its height in males while it is more nearly square in females, and the ala are wider relative to the width of the articular surface of the first sacral body. Anderson (1962) suggested that, in females, the width of the articular area of the first sacral body is equal in width to each ala, while in males the body is wider than the ala. This is often not true, but when it occurs it surely indicates a female.

### The Skull

After the pelvis, the skull is the most important area for sex estimation. A number of marks of sex exist upon the skull, but a certain amount of caution must be used since the degree of sexual dimorphism evident there varies both between and within major racial divisions of man.

Generally, the marks of sex on the skull may be summarized by saying that males are more robust than females. If smoothness and roundness characterize the female form in general, and squareness and roughness the male, the same may be said for the osseous skull. However, there are subdivisions of mankind where no skull exists which would be classified "male" in another, more robust division. For example, the prehistoric American Indians of the archeological group called *Fourche Maline,* an Archaic group from eastern Oklahoma, are exceedingly gracile to the extent that familiarity with the whole range of skulls is necessary before the observer can tell which hallmarks of sex exist in the skulls and to what degree they are expressed (McWilliams, 1970). No individual in the collection approaches the degree of robusticity of the typical female Arikara, for instance (Bass, 1971). At the same time, an observer familiar only with Fourche Maline skulls would typify most Arikara skulls as exaggerately male. The innominates in both these groups readily identify males and females in the usual way. The conclusion is that the innominate is a consistent indicator of sex regardless of the features of the skull. Often one has only the skull to assess sex from, however, so it is good to learn those features of the skull which indicate sex. Usually estimation of sex based on cranial criteria will be biologically correct. A precautionary note: there is no substitute for familiarity with a typical male and a typical female skull. You should either be shown such a specimen by a qualified person, or if you have a number