# EXHIBIT 26

# Haraway lea

**By DOROTHY HOGUE**

Ada police are checking out a new lead in the Donna Haraway abduction case today. Local officials were alerted when Shamrock, Texas officers found possible clues in the car of a man arrested for abducting a woman from Amarillo, Texas Wednesday.

Police said Floyd Lee Degraw, Michigan, allegedly abducted a woman in Amarillo and drove with her to Shamrock. There she managed to escape from the car and flag down a passer-by. Degraw was captured and taken into custody.

Ada police said Degraw's description fits that of one of the two suspects in the abduction of Donna Haraway from a local convenience store Saturday night. Upon searching the Renault driven by Degraw, the Texas authorities found evidence directly leading to the assumption he had been in Ada at some time, police said. Police are investigating the similarities to the Haraway case.

Police are now trying to locate a Rebecca Lynn Scott because a check stub in her name issued by a Seven Eleven store in Oklahoma City was also found in Degraw's car. Officials of the store said Scott no longer works at the store and they think she moved to a small town in the state.

Oklahoma State Bure[au of In]vestigation officials or lo[cal police] may go to Texas today [to see] Degraw, according to detect[ives.]

Police have also locat[ed a] suspect in the case i[n] Oklahoma and are obtaining him for witnesses.

# Bill targe[ts] DUI fel[ony]

OKLAHOMA CITY (AP) — the prison population would [ad]ditional benefit from a co[mpanion] measure cracking down on [drunk] drivers, a Tulsa lawmaker say[s.]

Rep. Don McCorkell, Hous[e ___,] said a joint House-Senate c[onference] committee on Wednesday [reached] agreement on a comprehens[ive] drunken driving bill that spon[sors] could reduce the state prison p[opulation] by 400 inmates.

"I'm really excited," added t[he] Democrat, who earlier ex[pressed] concern about the fate of the bill [when it] was sent to conference.

He said the conference com[mittee] report retains key elements [of the] original legislation — increasi[ng]