# EXHIBIT 27

6:16-cv-00069-JHP   Document 7-6   Filed in ED/OK on 02/24/16   Page 2 of 2

# News capsules

## No new Haraway leads

Ada police have questioned numerous suspects fitting descriptions of two men suspected of abducting Donna Haraway from a local convenience store Saturday night, according to Dennis Smith, police detective. But so far police have not been able to link any of the suspects to the case.

Authorities are still trying to obtain information on a Michigan man who was arrested in Shamrock, Texas Wednesday for abducting an Amarillo, Texas woman. Police said they have not been able to establish a link between the man and the Haraway case but have not been able to rule out the suspect either. Officials of the Oklahoma State Bureau of Investigation are scheduled to go there today.

Police said they fielded many calls Thursday from citizens concerned about a rumor evidence was found near the South Canadian River. Detectives stated the rumor was false and no such break in the case has occurred.

## Industrial road request

Rep. Lonnie Abbott, D-Ada, has asked

81ST YEAR, N

