# EXHIBIT 28

Despite the incident, the pope went ahead with his scheduled program, going from the Mass at the cathedral to Yoido plaza for another Mass and the canonization of 103 martyrs.

[...] with the toy weapon jumped from a crowd lining the street at a point about 60 feet from the Myongdong Cathedral and fired several times.

There had been reports that there

[...] South Korea and drawing hundreds of thousands of people at each stop, the pope had issued one of his strongest appeals for workers' rights, calling for a just wage, and assailed the economic exploitation of entire nations.

# Haraway help sought

**By DOROTHY HOGUE**

Ada police are trying to locate anyone who was at McAnally's, 2727 Arlington, about 8:30 p.m. Saturday, April 28, the night Donna Haraway disappeared. The store clerk was apparently abducted by two men in a gray primered Chevrolet pickup which was jacked up in the rear.

Police are seeking the customers who made the last four purchases on the cash register's tape. The last purchase was for 75 cents plus 5 cents tax for a total of 80 cents which was paid in exact change. Before that someone bought items for 89 cents and $1.69 plus 15 cents tax paying with $2.75 cash and getting 2 cents change. The third-to-the-last purchase was a package of cigarettes at $1.10 plus 7 cents tax, total $1.17, paid with $1.25 cash and 8 cents returned. Fourth purchase was four items at 45 cents each plus 11 cents tax, total $1.91, the customer paid with a five dollar bill and got $3.09 in change.

Police want to question these customers in the hope they can provide some additional information about Haraway or her abductors.

Police stressed again Saturday that a rumor circulating locally about evidence being found in or near the South Canadian River is totally false.

"The rumor started somehow and has grown and been passed on from person to person with each changing it a little and passing it on, I suppose," said Mike Baskin, Ada police detective. Baskin said police have been deluged with calls since the rumor started and requested that no one call the police unless he thinks he has information pertaining to the case.

## At state Democratic convention

# Hart pads lead in Oklahoma

OKLAHOMA CITY (AP) — Colorado Sen. Gary Hart wrapped up 12 more national delegates from Oklahoma Saturday at the state Democratic [...] taking a sizeable lead over

speaker, criticized Reagan administration policies on taxes, the federal debt, foreign trade, education, agriculture and defense spending.

He said Democrats need to "correct" former Democratic President Harry

The four elected were state Treasurer Leo Winters, Reps. Twyla Mason Gray of Tulsa and Kelly Haney of Seminole and Oklahoma County Commissioner Shirley Darrell. All have said they prefer Hart over Mondale.

In addition, the convention by ac[...] Gov. George Nigh as