Re:   Karl Allen Fontenot
May 23, 1983
Page 5

So-Called Accomplices:  Odell Titsworth and Tommy Ward.  Tommy
      Ward has been in prison this whole time over a story he
      told that was a dream in which Odell was cleared and never
      served any time in prison because he couldn't have carried
      the young lady, Donna Denise Haraway, the victim, because
      he was arm-casted and Tommy's story was only repeated like
      a parrot by my patient, Karl, and his story, that is Tommy's
      is full of flaws.
Flaw Examples:  Apparently the girl was knifed many times, no knife
      wounds at discovery, instead a bullet through the head.  A
      burning of a house, allegedly at the time, near the power
      plant.  The house was burned 1-½ years before the incident
      and there were no markings in or near the power plant.  Also,
      an alleged blouse was never discovered and the body was found
      years later, thirty (30) miles away in a town called Gerty,
      in a town Karl had never heard of until he saw the events
      described on television.  A blouse that was described in
      great detail by Tommy that was never discovered, a pickup
      truck that the killing took place in or at least the girl
      was allegedly kidnapped in, and no physical evidence of
      the girl's fingerprints and no evidence to link any of
      these men to the pickup truck and the crime.  It's beginning
      to appear to me that everyone in the town wanted a victimizer,
      in particular, Rogers, Smith and Baskin.
Mental Status Examination:  On May 23, 1983, I met Karl Fontenot
      for the very first time for a complete mental status examina-
      tion and psychiatric evaluation.

      He presented as a rather nice-looking, dimpled, thin, fairly
      small wirey-built, hazled-eyed, black-haired, large toothed,
      thin nosed, thick eyebrowed, hirsute man in need of a shave
      with white prison guard and cuffs chaining one ankle to the
      other.  As I looked at him I could only remember a vision
      that flashed through my mind and my mind's eye of Paul Newman
      playing the part of Cool Hand Luke, a short nice-looking man
      who broke into a parking meter and a victim of the system
      who wanted and needed a victim and just like Paul Newman,
      he was chained like a Georgia chain-gang dog and yet he
      said to me in a quiet, soft, Southern twang, if those two
      men took off my chains and cuffs and even if they didn't
      I'd walk all the way back to Ada to my cell because I
      believe in the law.  And I believe in him.

      His stream of mental activity was slow, methodical and
      punctuated and he showed a pausity of English word utiliza-
      tion.  His emotional reactions were warm, naive, unsophisti-
      cated, guilt-ridden, despondent, self-recriminating, filled
      with suicidal thoughts and a wish to join his dead mother.

Re:  Karl Allen Fontenot
May 23, 1988
Page 6

His mental trend and thought content showed no evidence
of delusions or hallucinations or psychotic trends.  Only
evidence of a sad, guilt-ridden, pathetic, depressed,
attention-seeking young man with no family or friends
who care about him, whose girlfriend is a penpal he's
never seen.  While in his present jail, only two weeks
ago, he was victimized in a fist fight by Lyman Tomlin,
whose name we will erase for the court records, who is
5 inches taller  and probably 60 more pounds.  While in
McAlester Prison for 1-½ years there were two victimization
homosexual attempts on him, neither, fortunate for him,
successful by Gary Allen Walker and Billy Battenfield,
whose names will be removed for the court record.  His
own statement was when I asked him, why would you be
so stupid to confess to a crime you didn't do, and
his answer was, the story I told earlier about his
mother and the guilt that he feels over his mother's
death along with attention seeking.  His statement
to me now is that"I can't stand the games I've played
with my own life and it's terrible what I've done to
that dead girl's family by convicting myself."

Sensorium, mental grasp and capacity when given a short
EEGY Kent Intelligence Test, showed he couldn't get any
of the answers right.  He thought as one example, a moon
is larger than a star because it is larger than a star and
not because it's closer or that objects that are closer
appear larger.  He had no idea how many states in the
union, he didn't know who the Vice President of the
U.S. was and didn't know what it is or what he does
and didn't know what taxes are for or what the money is
spent for or what money on taxes goes to.  He thought maybe
buildings or paper plants.  I.Q. estimate:  70 or less,
putting him below Borderline Intelligence with 100 being
average.

DIAGNOSTIC IMPRESSION:  A fairly normal young man with an abnormally
low intelligence who has become a victim of our own judicial and
penitiary system.  He's also suffering from Post-traumatic Stress
Disorder with guilt from the 1982 car death incident of his mother.
He is not insane and he is competent to stand trial and can assist
his attorney in his best defense, but with minimal intelligence
with heavy guilt over his mother's death, strong degree of charac-
terological depression and suicidal ideation.  He knows pretty much
right from wrong, but his  own guilt and sense of super ego
responsibility drove him to  take the blame for something he
didn't do for the blame of something he also didn't do, albeit
the death of his mother.  His judgment showed no psychopathic
trend.  For instance, I asked him what you would do if you found

Re: Karl Allen Fontenot
May 23, 1988
Page 7

a letter in the street addressed, sealed, stamped and uncancelled?
Answer: mail it or take it to the post office or to whom it's
written to. Good answer. Question: What would you do if you were
in a movie theater and you smelled smoke and suspected fire? The
right answer would be to contact the fire department or tell some-
one like an usher or a manager. His answer was: Save as many
people as I can. Again, showing his need for hero worship, atten-
tion, to be the star, to take control, sadly though, without the
ability to know what to do like when he wanted to call the cops
for his mother's minor accident and couldn't even make a call.

I believe with all my heart and soul and intelligence and in my
best expert opinion as a forensic psychiatrist, called upon in
innumerable cases, that this man never knew the victim, never
had been to that confectionery, never killed, raped her, kid-
napped the girl and to be a bit profound, the book, "The Dreams
of Ada", by Robert Mayer, has a one-page note in it before the
book begins, taken from another sad story like Cool Hand Luke,
called the Grapes of Wrath.

Up ahead they's a thousand's lives we might live,
but when it comes,
it'll on'y be one.

My goodness, this young man, Karl Fontenot, who has but one life
to live, lived from zero to twelve with an alcoholic father in
abject poverty. From twelve to fifteen with his mother and sib-
lings fighting for his next meal. From fifteen to sixteen with
two strangers who picked him up off the streets, after his mother's
death he lived only with ghosts and strangers. The ghosts of his
belief that he was in some way his mother's killer and now for
over 4 years he's had to live the life of the judicial system's
victim, beaton on occasion, incarcerated, at times in stark
isolation and sensory deprivation, the victim of homosexual
affronts where he now has become a Bible-reading, pen-letter
writing man who daily is ready to die.

What next, I ask, can we do? I'll tell you what we can do, we must
understand his mind, we must try not to cast stones and we may even
have to go back and find the young girl's kidnapper and raper, be-
cause I'm often called upon as an expert to address the issue of
malingering and he is not a malingerer.

All this time in jail he has withheld the whereabouts of the dead
body. It's hard to believe that he did that intentionally. It's
my belief that he didn't know the whereabouts of the victim or even
the victim.

0928

Re:   Karl Allen Fontenot
May 23, 1988
Page 8

I declare under penalty of perjury that I have examined this
report and all statements contained herein, and to the best
of my knowledge and belief, they are true, correct and com-
plete.

Joel S. Dreyer, M.D.

JSD:mat

# CENTRAL OKLAHOMA PSYCHIATRIC CENTER

Clinical, Forensic, Child, and Adolescent Psychiatry

Nolan L. Armstrong, M.D., Inc.
Harold J. Binder, M.D., Inc.
Bal G. Vad, M.D., Inc.
Jerry P. Troyer, MSW, ACSW
Ron Marlett, MSW, LSW

May 24, 1988

## *ADDENDUM TO THE KARL ALLEN FONTENOT CASE*

Subsequent to my interview of May 23, 1988, at about 7:00 p.m. or so, the young deputy and the young deputy intern wanted to talk to me privately and here is what they said:

"Dr. Dreyer, the weirdest thing happened on the way down here with Karl from the prison to your office."

"Karl told us that we didn't have to make this trip and that maybe he should stay in prison because there were a lot of people from Ada that threatened his life and he (Karl) didn't want to be responsible for one of our deaths."

Then the Sgt. took me privately in my office and said to me:

"You know doc, I don't understand it, but he's no killer, I've never had anyone before be interested in a cops welfare, least of all my own." "I thought it was strange when he said it, but after hearing you dictate on him, I think I understand."

This comment made by Karl to the deputy is similar to a comment about what he would do if there was smoke in a movie theater and he suspected fire. Karl's comment is also similar to the unconscious connection between he (Karl) holding himself responsible for his mother's unfortunate death and then being willing to take the rap for the death and rape of a woman he never met (Donna Denise Haraway).

In conclusion, there is one point that needs to be made. There are those, apparently, who claim that Karl is smart, that he easily could have been nothing but smart to have remembered all the details that the three policemen fed him in the interrogation in which in the video tape deposition and confession he spewed back almost perfectly. However, the recent article in Newsweek talks about intelligence in animals and makes note of the fact that birds, like parrots and pidgeons, yes common park pidgeons have uncanny memories for remote repetition of learned items that can be remembered and spit back. We all know also that

0930

Re: Karl Allen Fontenot
May 24, 1988
Page 2

even idiot intelligence human beings have the ability to remember
certain math problems and certain spelling of words and can mem-
orize and spit back what they remember. What's important here
is that Karl doesn't have the intelligence for creative or abstract
thought or the ability to dupe people with a new thesis, only with
a remote memory spitback system.

Joel S. Dreyer, M.D.
Psychiatrist

JSD:mat

OKLAHOMA STATE BUREAU OF INVESTIGATION

Page __1__ of __2__

Title of Report ___INTERVIEW OF ALAN LOWELL TATUM___

ALAN LOWELL TATUM, White Male, Date of Birth: January 4, 1925, Social Security Number: 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, Star Route, Calvin, Oklahoma, Home Telephone: (405) 892-3671, provided the following information:

In April 1987, TATUM gave Private Investigator RICHARD KERNER a statement then KERNER sent TATUM an affidavit through the mail to sign, which TATUM signed.

TATUM saw a piece of material near DONNA HARAWAY'S bones, but he could not recall in what direction the material was laying when he saw it. The material was either on or by HARAWAY'S bones, which were on a large rock. TATUM thought the material was part of a shirt front of many colors and it was about ten feet, maybe more, from the bones on the rock. TATUM did not see the material when he first found the bones, he only saw the skull and what he thought was possibly an ankle bone.

TATUM found the skull late that evening and he went home and asked LEONARD MUCK, his brother-in-law, to call the Hughes County Sheriff's Office. TATUM showed Sheriff ROSE the skull the next morning and Sheriff ROSE found the bones on the rock.

Agent ROGERS showed a photograph of some cloth material that was found near the bones and TATUM thought the material might be the cloth that he saw, but he was not sure.

TATUM described the material that he saw as about three inches long and one inch to one and a half inches in width. TATUM did not remember using the word "blouse material" when he talked to Investigator KERNER. He thought the words blouse material that appeared in the affidavit sent to him by KERNER was probably KERNER'S own words.

Investigation on _05-25-88_ At _Gerty, Oklahoma_ By _GARY ROGERS_ File _CR 84-094_

Offense_____HOMICIDE_____ Subject _KARL FONTENOT_ (TOMMY WARD) Case Agent _GARY ROGERS_

Office ___FBO___ Date Reported _06-02-88_ Date Typed _06-09-88_ Typist _kc_ Approved _[initials]_ Ind. _kc_

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

0932

INTERVIEW OF ALAN LOWELL TATUM
Page 2

The reason that he used the words calico and gingham to describe the material when he first saw it was because the rag contained several different colors and that was the only way he could think of to describe it.   TATUM also commented that the words, "determined to be the HARAWAY blouse", that was in the affidavit, were not TATUM'S words.   TATUM didn't recall seeing any type of flowers or flower pattern on the material that he saw where the body was found.

Agent ROGERS asked TATUM if he had gone back to the area where the body was found.   TATUM replied that three or four days after the body was removed, he pulled up his traps that he had set near where the body laid. When he checked the area where the investigators had searched, it appeared to TATUM that the ground had been raked clean by the investigators and TATUM saw no trace of the bones or clothing fragments.

TATUM alleged that KERNER told TATUM that the boy that killed DONNA HARAWAY had a mother living in Allen, Oklahoma, and that she was a widow woman.   KERNER told TATUM that was the only thing that he (KERNER) could disclose to him concerning the HARAWAY case.

The author of the book, "The Dreams of Ada, contacted TATUM and TATUM suspected that the author tape recorded his conversation and so did KERNER.

OKLAHOMA STATE BUREAU OF INVESTIGATION

PAGE   1   of   1

TITLE OF
REPORT     INTERVIEW OF DAVID ROSS TUCKER


          DAVID ROSS TUCKER, White Male, Date of Birth: May 5,
1965, Social Security Number: 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, Home Address: Post
Office Box Sixty-Two, Pernell, Oklahoma, Home Telephone: (405) 432-
5213, or (405) 432-5262, provided the following information:

          TUCKER was a student at East Central University in Ada,
Oklahoma, and on November 19, 1984, he was placed in a line-up at
the Ada Police Department.  TOMMY WARD was also in the line-up.

          Before he was placed in the line-up, Agent GARY ROGERS
told all participants in the line-up to remain expressionless and
to follow instructions.  However, before the line-up was conducted,
TUCKER heard someone, whom he later learned was TOMMY WARD, say,
"This is a big waste of time, they done got me."

          TUCKER said he would testify in court about what he had
heard WARD say.

| INVESTIGATION ON | 02-04-89 | AT | Ada, Oklahoma | | BY | GARY ROGERS | | | FILE | CR 84-094 |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | TOMMY WARD | | | |
|---|---|---|---|---|---|---|---|
| OFFENSE | HOMICIDE | | SUBJECT | KARL FONTENOT | | CASE AGENT | GARY ROGERS |

| OFFICE | ERO | DATE REPORTED | 02-14-89 | DATE TYPED | 03-03-89 | TYPIST | kc | APPROVED | IND. | kc |
|---|---|---|---|---|---|---|---|---|---|---|

This document contains neither recommendations nor conclusions of the OSBI.  It is the property of the OSBI and is loaned to your
agency;  it and its content are not to be distributed outside your agency.

0934

OKLAHOMA STATE BUREAU OF INVESTIGATION

TITLE OF
REPORT      INTERVIEW OF JERRY EDWARD THORNTON

JERRY EDWARD THORNTON, White Male, Date of Birth: December 22, 1937, Social Security Number: 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, Home Address: Star Route, Calvin, Oklahoma, Home Telephone Number: (405) 645-2330, provided the following information:

THORNTON, a teacher at the Panola, Oklahoma, High School, read the book, "The Dreams of Ada", about the DONNA HARAWAY case and he then started thinking about suspects.

Several years ago, THORNTON worked in the oil fields with or had known some local men who lived around Calvin, Oklahoma, that he thought would be good suspects in the HARAWAY case.

One of the persons he thought about was RONNIE SANDERS, who was a white male, about forty years of age, six feet, three inches tall, 170 to 180 pounds, skinny build, and he had black hair and black beard. SANDERS grew up in Atwood, Oklahoma, and was a Vietnam Veteran, and he drank a lot. He occasionally drove a 1951 or 1952, gray, primer colored, Chevrolet pickup over the back roads and the truck was in poor running condition and had no current tag or inspection sticker. THORNTON suspected SANDERS was a thief. In 1984, SANDERS started preaching at a local church, but after the WARD trial SANDERS started drinking again.

THORNTON also suspected JIMMY STEWART, a white male, about thirty years old, about six feet tall, weighing 190 pounds, with sandy red hair. STEWART rode a motorcycle all the time and was raised about one mile from where HARAWAY'S body was found.

At the time of the robbery, STEWART was living in Allen, Oklahoma, with his mother, who had since moved in with her daughter BARBARA either in Arizona or New Mexico.

THORNTON also suspected DOUG ORR, a white male, about twenty-five years old, about five feet, nine inches tall, weighing about 190 pounds and had light brown hair. ORR was a "doper" and lived in the Nonn Community. ORR drove a light charcoal gray, stripped down 1974 or 1975 pickup. ORR'S father TOMMY was a teacher in the Calvin school system.

| | | | | |
|---|---|---|---|---|
| INVESTIGATION ON  01-20-89 | AT  CALVIN, OKLAHOMA | BY  GARY ROGERS | | FILE CR 84-094 |
| OFFENSE  HOMICIDE | | SUBJECT  KARL FONTENOT | CASE AGENT  GARY ROGERS | |
| OFFICE  ERO | DATE REPORTED  02-14-89 | DATE TYPED  03-03-89 | TYPIST  kc   APPROVED | IND. |

TOMMY WARD

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.

INTERVIEW OF JERRY EDWARD THORNTON
Page 2

THORNTON also mentioned CLORIS REEVES, who grew up in the area where the body was found, but may now be living in the Atwood area. REEVES drank all the time and roughnecked in the oil fields.

After THORNTON read the book, he talked with LINDA EVANS, Assistant District Attorney in Holdenville, Oklahoma, about his suspicions. Other than EVANS, THORNTON only talked to his relatives about people whom he suspicioned as being involved in HARAWAY'S death.

AGENT'S NOTE;

THORNTON offered no concrete information concerning the case or any connection between the people he mentioned and the robbery, other than they were of questionable character, or had some connection to a gray pickup.

0936

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE _____ OF_____

| Case: | Reporting Date: | | Reporting Agent(s): | | | Reviewed By: |
|---|---|---|---|---|---|---|
| | | | GARY ROGERS | | | |
| **Offense:** | | | **Case Agent:** | **Office:** | **Typed By:** | **Date:** |
| HOMICIDE | | | GARY ROGERS | ADO | | |
| **Subject:** | | | **Activity:** | | | |
| (S) HUMAN REMAINS | | | FINDING OF REMAINS OF HUMAN REMAINS | | | |
| DEBBIE CARTER | | | | | | |
| (V) DEBBIE SUE CARTER | | | | | | |

On January 21, 1986, OSBI Lab Personnel DAVID DYMON and
Field Office were sent to Haskell County, Oklahoma, at the request
of Sheriff ORVILLE ROSE regarding the finding of some human re-
mains. They received the call for assistance at 10:54 a.m.

Upon arrival at the scene, which was located 24.1 miles
east of Ada, Oklahoma, on Highway 3, 2.4 miles south of the in-
tersection State Highway 61 and 3 and back east on a county road
3.10's of a mile, then the county road the remains were found
approximately 500 yards north in a woods, arms along the side of
a hill. DYMON and STILES were met at the area by Sheriff ROSE,
Undersheriff FLOYD PRIVETT and Deputy Marshall SILES.

While at the scene several items of evidence and possible
human bones were collected (see attached lab sheets) and later
submitted for evidence.

On January 24, 1986, Agents GARY ROGERS, along with Agents
ROB HORNER, and ALTON, Haskell County Sheriff ORVILLE ROSE, Under-
sheriff FLOYD PRIVETT, District Attorney's Investigators HARRY
JOHNSON, LOYD JOHD, Ada Police Department Officers DENNIS SMITH,
HARRY HADEN, MIKE MILLER, Medical Examiner's Investigator RICH
MARUM and OSBI Crime Scene Specialist BRUCE STILES, met back at
the area where the first remains of DEBBIE were found and again,
made a thorough search of the area finding more items of evidence
(see attached sheet).

On January 27, 1986, the Medical Examiner's Office
positively identified the remains found as that of DEBBIE CARTER,
by Doctor THOMAS GLASS, D.D.S.,F.H.D.. They listed the cause of
death as a gunshot wound to the head.

eods:

Items collected 01-21-86 and submitted to Medical Examiner's
office on 01-21-86 by Ann Reed, OSBI:

    4 brown paper sacks containing:

    Bones.
    Clothing fragments.
    Shoes and socks.
    Earring.

Items collected 01-21-86 and retained by the OSBI:

    See report S86-48 items #1 & #2.

Items submitted to the OSBI lab on 01-24-86 by Bruce R. Spence:

    See report S86-48 items #3 thru #6.



OKLAHOMA STATE BUREAU OF INVESTIGATION
P.O. Box 11497
Oklahoma City, OK  73136
(405) 427-5421

## CRIMINALISTICS EXAMINATION REPORT

| | | | |
|---|---|---|---|
| LAB NO.: | S86-48<br>REF: S84-203 | Reported To:<br>Address: | District Attorney<br>District #22<br>Hughes County Courthouse |
| Date Received:<br>Date Reported:<br>Classification of Case: | SEE BELOW<br>2-4-86<br>Hair Comparison | Submitted By: | Holdenville, OK 73848<br><br>SEE BELOW |

Suspect(s):    Karl FONTENOT    Victim(s):    · Donna Denise HARAWAY
Tommy Jesse WARD

Description of Evidence:

The following items were submitted on 1-21-86 by David Dixon, OSBI:

    #1   Clump of hair.
    #2   Three (3) cups and two (2) cans.

The following items were submitted on 1-24-86 by Bruce R. Spence, OSBI:

    #3   "Hair found west of body".
    #4   Earring.
    #5   Pieces of cloth.
    #6   "Clothing from dam".

The above were submitted in reference to a case of Homicide.

Analysis of Evidence:

ITEMS:          ANALYSIS:

#1, #3        No human hairs observed.
#2, #4, #5, #6    Not analyzed.

David D. Dixon
Criminalist

DDD:jj

cc: Sheriff, Hughes County S.O.

Oklahoma State Bureau of Investigation
Attention:  Criminalistics Division

DATE:

S 86-48

The evidence described below is (4 enclosed, forwarded under separate cover for examination.  This evidence is submitted in connection with an official investigation of a criminal matter. It was not, nor will it be subjected to the same type of technical examination by other experts.

SUBMITTED BY: ____Bruce R. Sarcoss_____
                (Officer's Name -- Type or Print)

____OSBI  Central Lab_____
     (Agency)                              (Phone No.)

TRANSPORTED BY:  (If different than submitted by)

_____
(Officer's Name -- Type or Print)        (Agency)        (Phone No.)

LAB #: _LP84-642_

## CASE RECORD INFORMATION

Has there been any previous evidence submitted on this case?  ✓
REF: Haraway case                                         yes  no    10-19-84
                                                                 Approximate Date

Type of Offense: Homicide / Kidnapping

Date of Offense: 4-28-84

County of Offense: Pontotoc / Hughes

SUSPECT(S) NAME, (DOB, race, sex):

① Karl Fontenot  ② Tommy Jesse Ward

VICTIM(S) NAME, (DOB, race, sex):

Donna Denise Haraway

DESCRIPTION OF EVIDENCE (attach additional pages if necessary):

See attached sheet.

STATEMENT OF FACTS: (Please attach a copy of Police Officer's Report--Serology/Trace cases ONLY)
Collected in Hughes Co. where victim's body (skeletal remains) was recovered

TYPE OF EXAMINATION: See attached sheet

SEND A COPY OF REPORT TO: SA Gary Rogers    Sheriff's Ofc's
(Full address Please)    OSBI, Ada        Ada and Holdenville

### FOR LABORATORY USE ONLY

For transporting from Central Lab to Regional Lab and/or from Regional Lab to Central Lab.
Transp. TO:._____ on _____ by _____
        (Office)              (Date)          (Name -- No Initials)

0940

S86-48

Items Submitted:

(1)  2 sacks + 2 coin envelopes cont. cloth and clothing label.
     ANALYSIS: Determine type of cloth; brand from
              label (if possible).

(2)  1 sack cont. an earring
     ANALYSIS: Match w/ earring previously found

(3)  1 large sack cont. shirts + cloth
     ANALYSIS: Look for old bloodstains; retain for
              possible ID of suspect; determine size
              if possible.

(4)  1 sack cont. hair removed from recovery scene.
     ANALYSIS: Determine if human hair

(5)  1 roll of film.
     ANALYSIS: neg's only for now; Rogers may want prints.

OKLAHOMA STATE BUREAU OF INVESTIGATION
MEMORANDUM

TO: _____DONALD A. FLINT, CHIEF CRIMINALIST_____

FROM: _David Dixon____ DATE: _01-21-86__ SUBJECT: ____CRIME SCENE MEMO____

LAB #: __586-48__

TYPE OF OFFENSE: __Homicide__          DATE OF OFFENSE: __?__

VICTIM: ____Jane Doe____          SUSPECT: ____?____

REC'D CALL FOR ASSISTANCE: Date __01-21-86__     Time ___10:48___

                    From (OSBI personnel) _Ann Reed_____

            Name of agency requesting assistance: __Holdenville S.D.__

NAMES OF OSBI PERSONNEL RESPONDING TO SCENE: __David Dixon, Rick Spence__

DATE & TIME OSBI PERSONNEL LEFT FOR SCENE: Date __01-21-86__     Time __10:52__

AGENT IN CHARGE: __None__

LOCATION OF SCENE: County __Hughes__          City __outside Gerty__

            Address __Rual Hughes Co.__

            Atmospheric Conditions of Scene: ____Sunny  60's____

            People met at the scene and agency they represent: __Hughes Co. deputies__

            __Sheriff Orville Rose Undersheriff Floyd Trivett Drady Marshell S/Jeff__

SUMMARY OF WHAT CHEMISTS DID AT SCENE (processed house, car, etc., very short summary)(include
description of scene): __picked up bones & clothing__

TIME LEFT SCENE:   Date __01-21-86__          Time __approx 15:30__

TIME RETURNING TO BUREAU FROM SCENE: Date __01-21-86__          Time __16:57__

TOTAL TIME OUT: __six hours__          TOTAL MILEAGE OUT: __238__

UNIT # USED FOR TRANSPORTATION: __5105__

DISTRIBUTION OF COPIES OF MEMO:                    | SPECIAL NOTES:

1. Original (to be attached to your weekly activities
   report and turned in the following Monday.)
2. Copy (to be placed in the lab case folder).
3. Copy (for the chemist's personal file)(Optional)

0942

TO: DIRECTOR
   Oklahoma State Bureau of Investigation
   Attention. Criminalistics Division

The evidence described below is ( ) enclosed, forwarded under
separate cover for examination. This evidence is submitted
in connection with an official investigation of a criminal matter.
It was not, nor will it be subjected to the same type of technical
examination by other experts.

SUBMITTED BY: _____David Dixon_____
                 (Officer's Name -- Type or Print)

_____   _____ (Phone No.)
       (Agency)

TRANSPORTED BY: (If different than submitted by)          LAB #: _S86-48_
                                    OSBI
_____   _____        _____
  (Officer's Name -- Type or Print)    (Agency)       (Phone No.)

## CASE RECORD INFORMATION

Has there been any previous evidence submitted on this case?
REF:                                          yes  no   Approximate Date

Type of Offense: Homicide

Date of Offense: ?

County of Offense: Hughs

SUSPECT(S) NAME, (DOB, race, sex): ?

VICTIM(S) NAME, (DOB, race, sex): &   Jane Doe

DESCRIPTION OF EVIDENCE (attach additional pages if necessary):

   1 bps - strand of hair
   1 bps - 3 cups & 2 cans

STATEMENT OF FACTS: (Please attach a copy of Police Officer's Report--Serology/Trace cases ONLY)

TYPE OF EXAMINATION:

SEND A COPY OF REPORT TO:
   (Full address Please)

FOR LABORATORY USE ONLY
For transporting from Central Lab to Regional Lab and/or from Regional Lab to Central Lab.

Transp. TO: _____ on _____ by _____
              (Office)           (Date)         (Name -- No Initials)

                                        2 bps/bag.

0943



OKLAHOMA STATE BUREAU OF INVESTIGATION

P. O. Box 11497
Oklahoma City, OK 73136
(405) 427-5421

CRIMINALISTICS DIVISION

*Transported from Crime Scene to M.E. Off. only.*

*1-21-86*

*4 sacks of bones including shoes & socks*

Re: Case No. _____ S86-48 _____

Evidence pertaining to the above case number, (see attached report)

is being returned to ___ M.E. ___         in ___ Hughes Co. Case ___ county,
                        (agency)

by the Oklahoma State Bureau of Investigation.

Received by _____ Date: 1-21-86

Returned by: __Amm Reel__ Date: 1-21-86

Remarks:

0944



OKLAHOMA STATE BUREAU OF INVESTIGATION

P. O. Box 11497
Oklahoma City, OK 73136
(405) 427-5421

CRIMINALISTICS DIVISION

*Transported from)
crime scene, to
M. E. off. only
Chap.*

*bps - one purple shirt*

Re: Case No. _S86·48_

Evidence pertaining to the above case number, (see attached report)

is being returned to __M. E's office__   (Hughes Co. Cue)   in _____ county,
                        (agency)

by the Oklahoma State Bureau of Investigation.

Received by: _____   Date: _01-22-86_

Returned by: ____DAD____   Date: _01-22-86_

Remarks:

OKLAHOMA
STATE BUREAU OF INVESTIGATION

Date:     January 22, 1986

District Attorney
District #22
Hughes County Courthouse
Holdenville, OK 74848

Re:     Homicide
        Victim:  Jane DOE
        OSBI Lab #S86-48

The OSBI Laboratory has received evidence for examination in the above entitled case. A laboratory report will be sent to you when the examination has been completed. Since we have to conduct examinations on a priority basis, please advise if a court date has been established and you need the results expedited.

We are constantly striving to shorten the time between the reception and analysis of evidence. Your patience and cooperation is greatly appreciated.

If any developments occur in this case such as the dismissal of charges or guilty pleas which would eliminate the necessity for conducting the requested examinations, please advise the OSBI Laboratory immediately.

Sincerely,

Donald A. Flynt
Chief Forensic Chemist

DAF:jj

Attachment

0946

OKLAHOMA STATE BUREAU OF INVESTIGATION

P. O. Box 11497
Oklahoma City, OK  73136
(405) 427-5421

## CRIMINALISTICS EXAMINATION REPORT

LAB NO.:                LR 86-050                 Reported To:   Sheriff Orville Rose
                                                  Address:       Hughes County Courthouse
                                                                 Holdenville, Oklahoma 74848

Date Received:      1-21-86
Date Reported:      1-22-86
Classification of Case: Homicide                  Submitted By: Bruce R. Spence, OSBI

Suspect(s):                                       Victim(s):

Unknown                                           Unidentified skeletal remains

Description of Evidence:

Item #1:   Two (2) rolls of film, taken at scene.

Analysis of Evidence:

The film was submitted to the OSBI Photography Laboratory on January 22, 1986.  Prints will
be made available upon request.

Bruce R. Spence
Crime Scene Specialist

BRS:jh

Date _1-21-86_

CRIME SCENE INFORMATION

Rec'd Call _1045_                          From _Plank_

Arrived OSBI _____:____                  Left OSBI : _1054_

Arrived Scene _1341_      -- . --          --- Left Scene _1500_

Arrived ~~OSBI~~ res. _1744_               Car Unit # _7055_

People in Car _Spencer_

Location of Scene _1 m S 3½ m W of Lamb; OK (Hughes Co.)_

Agent in charge _N/A_

People at Scene _K.J. Oneill, Ross, U-St Floyd Turott, Dep Marshall_
_Ellen, Ross Jones + Frank Friday OSBI_

Date of Offense _____

Victim _____

Suspect _____

Atmospheric cond. _Breezy, sunny, mild_

Description of Scene _open field, thicket_

_Evidence- Two rolls of film taken by Jones + Copies of_
_Prints retained_
_Floyd Turott took photos + sketches, none sent to lab; when_
_contacts + submitted these himself_



Disposition of Evid. _____

_1_

0948

Date _1-24-86_

CRIME SCENE INFORMATION

Rec'd Call _1-23 @ 1045_      From _Gary Rogers_

Arrived OSBI _____      Left res _0633_

Arrived Scene _0931_      Left Scene _1210_

Arrived OSBI _426_      Car Unit # _7055_

People in Car _Spence_

Location of Scene _Hughes Co._

Agent in charge _Rogers_

People at Scene _see attached sheet_

Date of Offense _____

Victim _Denise Haraway_

Suspect _____

Atmospheric cond. _Cloudy, windy, cool_

Description of Scene _____

Disposition of Evid. _____

0949

OSBI

Azevma

Hogan

Almon

Rogers

~~Bush~~ Lewis

Hughes Co. SO

Ross (Shf)

Trivett (U-Shf)

Ada PD

Smith

Mike Bassett

Hughes Co DA

Lloyd Bond (Dam)

ME's Ofc

Ada DA

Bina Johnson

Mark Miller

Chief Pete Gray

People at scene   12-14-56

Items Submitted: with Rat. Spec

① ₿ 2 sacks + 2 coin envelopes cont. cloth and clothing label.
ANALYSIS: Determine type of cloth; brand from
label (if possible)

② 1 sack conti an earring
ANALYSIS: Match w/earring previously found

③ 1 large sack cont shirts > cloth
ANALYSIS: Look for old bloodstains; retain for
possible ID of suspect; determine size
if possible.

④ 1 sack cont hair removed from recovery scene.
ANALYSIS - Determine if human hair.

⑤ 1 roll of film.
ANALYSIS: neg's only for now; Rogers may want prints

Items 1-4 went to Serology Lab
Item 5 went to Photo Lab

0951