# OSBI official says
CR84-094
# Ward confessed

**By BILLY MUSSETT**
Staff writer



SHAWNEE — Thomas Jessie Ward confessed to killing an Ada convenience store clerk in a videotaped interview with investigators, Oklahoma State Bureau of Investigation Deputy Director Rusty Featherstone said today.

Featherstone told jurors in Ward's retrial here that investigators interviewed Ward in October of 1984 — about five months after Donna Denise Haraway, 24, Ada, was robbed and abducted from McAnally's convenience store in Ada.

Ward initially told investigators he did some plumbing work at his mother's home and later attended a party at Janet Blood's apartment on April 28, 1984. But later in the interview, he said, Ward admitted taking Haraway from the convenience store that night.

According to Featherstone, Ward said he, Karl Allen Fontenot and Odell Tittsworth drove to McAnally's convenience store on April 28, 1984, with the intention of robbing the clerk. Once they arrived at the store, he said, they decided to kidnap the clerk to prevent her from identifying them.

Featherstone said Ward told him they forced Haraway from the store, put her into their pickup truck and drove to an area in west Ada near a power plant. He said Haraway was put in the back of the truck, where all three beat and sexually assaulted her.

He said Ward claimed that he and Fontenot held the woman while Tittsworth sexually assaulted her and that Tittsworth stabbed the woman several times with a hunting knife during the attack. Featherstone said Ward told investigators he tried to sexually assault Haraway, but could not complete the act because he was under the influence of drugs and alcohol.

The deputy director said Ward detailed how Haraway ran from the truck and tried to escape, but was captured and returned to the truck. Ward said he walked to his home nearby while Tittsworth and Fontenot continued to assault the woman.

He said he later returned to the site when he feared for his safety. When he returned about 20 minutes later, Ward said, Fontenot was sexually assaulting Haraway.

Ward told investigators Tittsworth was standing beside the truck laughing, telling Fontenot that he was "raping a corpse" to which Fontenot responded that "he liked her better that way."

According to Featherstone, Ward said he could tell Haraway was dead because her skin was white and her ribs were exposed. Ward denied knowledge of how Haraway's attackers disposed of her, but he said Fontenot told him a couple of days later that they dumped her body into Sandy Creek.

"I probably wouldn't have done it if I wasn't drunk ... I thought it was a dream," Ward said in the interview.

Tittsworth was arrested and charged with the crime in October of 1984, but was later released after investigators determined he was not involved. Authorities said Tittsworth was injured in an altercation with Ada police officers two days before Haraway disappeared and his arm was in a full cast as a result.

During his interview with the OSBI, Ward said Haraway was wearing a white blouse trimmed with lace around the collar and sleeves and covered with tiny blue flowers. The victim's sister, Janet Weldon, testified earlier this week that Haraway was wearing a similar blouse the night she disappeared.

Featherstone said Ward's account of the kidnapping was consistent with statements of witnesses who saw Haraway leave the store with a man and get into a gray primered pickup the night she disappeared.

Featherstone said Ward originally told investigators the events he had described had occurred in a dream. But he said Ward later stated he "only

(See, "Ward," page 2)

10

CASE FILE CATALOG

| CASE NO. | CASE AGENT | REPORTING AGENT | CASE TITLE | SUBJECT | VICTIM | OFFENSE |
|---|---|---|---|---|---|---|
| CR 84-094.100 | GARY ROGERS | JACKIE ROBERTS JOHNSON | Release Hypnosis Tapes of David Timmons | Tommy Ward Karl Fontenot | Donna Harraway | Homicide |
| CR 84-094.101 | GARY ROGERS | GARY PERKINSON | Interview Douglas Lee Bailes | " | " | " |
| CR 84-094.102 | ADAM WHITNEY | ADAM WHITNEY | Interview Randy Neil Stane | " | " | " |
| CR 84-094.103 | ADAM WHITNEY | ADAM WHITNEY | Interview Jim Bob Howard | " | " | " |
| CR 84-094.104 | ADAM WHITNEY | ADAM WHITNEY | ADA Chris Ross – Pontotoc Co. Courthouse-Ada, OK. 74820 Dissemination of Report | " | " | " |
| CR 84-094.105 | ADAM WHITNEY | ADAM WHITNEY | INTERVIEW DOUGLAS LEE BAILES | " | " | " |
| CR 84-094.0106 | ADAM WHITNEY | ADAM WHITNEY | PONTOTOC CO. DA CHRIS ROSS-ADA, OK. 74820 DISSEMINATION OF REPORT | " | " | " |

1032

## OKLAHOMA STATE BUREAU OF INVESTIGATION

## TITLE OF REPORT:   SECOND INTERVIEW OF DOUGLAS LEE BAILES

**DOUGLAS LEE BAILES**, WM, DOB: 02/06/54, SSN: 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, 6095 State Highway 3W, Ada, Oklahoma, 580/759-2340, Cellular Telephone: 580/272-7114, provided the following information:

ROSE BAILES was DOUGLAS BAILES' Grandmother. JEAN YARBROW was DOUGLAS' Aunt. DOUGLAS was married to BRENDA BUTLER from 1978 through 1980. They re-married in 1985 and had a son, BEN BAILES.

In 2009, DOUGLAS was a Machinist for Mill's Machines in Shawnee, Oklahoma. He had worked for them as a Machinist since 2006. Prior to working for Mill's, DOUGLAS worked for Camion Industries for a year and one-half and was on unemployment. In 1984, DOUGLAS worked as a Welder at Ada Iron and Metal.

In April 1983, DOUGLAS was in the Pontotoc County Jail for Unpaid Fines. After serving four months, he was released in April 1983 and moved into a house near Galley, Oklahoma, with his Grandmother, ROSE and Aunt YARBROW.

In late April or early May, DOUGLAS got a job at Ada Iron and Metal. PHe bought a car and was making payments to a Co-worker DAVE (LNUK).

On May 6, 1983, BAILES left Church and dropped off ROSE at her home near Galey. He went to Asher to buy gasoline. On the County Road west of the Galey Church, on the north side of State Highway 3W, DOUGLAS saw a red 1950's Chevrolet pickup truck with small windows. The truck was parked.

DOUGLAS saw two men in the truck.   The driver had blonde hair and the passenger had brown hair. The passenger had a pistol pointed out the truck passenger side door window. DOUGLAS saw a white female sitting on the floor in between the driver and the passenger of the pickup. Her face was visible in the front window of the truck.

| Investigation On: | 01/10/2009 | At: | ADA, OKLAHOMA | | By: | ADAM WHITNEY  ASW | File: | CR 84-094 |
|---|---|---|---|---|---|---|---|---|
| Offense: | HOMICIDE | | | Victim:  DONNA DENISE HARAWAY | | Case Agent:  ADAM WHTINEY | | |
| Office: | ERO | Date Reported:  01/10/2009 | | Approved by: | | Date Approved: | | IND:  .105 |

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.

**CR 84-094.105**
**SECOND INTERVIEW OF DOUGLAS LEE BAILES**
**PAGE 2**

A person in the truck waved DOUGLAS past then pulled in behind him. DOUGLAS went to the Gas Station. At the Gas Station he saw a newspaper on the counter, which was a picture of DENISE HARAWAY. She had been reported missing in Ada. When DOUGLAS saw the picture, he felt it was the woman he had just seen near Galey with the two men in the truck. DOUGLAS told the Store Clerk he had just seen HARAWAY. The Clerk asked if he called for the Police and DOUGLAS said he did not.

DOUGLAS drove back to his Grandmother's house in Galey. As he was approaching Galey, DOUGLAS saw the same red truck going south on the same County Road as he saw the truck the last time. This time the man with brown hair was driving and the blonde haired man was in the passenger seat. The woman was still in between them. DOUGLAS tried to catch the truck and it speed off. DOUGLAS called the Pontotoc County Jail to report what he had seen. He talked to a woman Jailer. No Deputy ever responded to the area.

He told his friend DAVE about the incident at work the next Monday. That Tuesday, a Deputy came into the Ada Iron and Metal and asked for DOUGLAS. DOUGLAS told the Deputy to speak to DENNIS SMITH. That Friday the Deputy came into DOUGLAS' work and said that he had missed talking to SMITH, but he would talk to him soon.

Many years later, DOUGLAS read the book, "Dreams of Ada". He knew after reading the book that he had seen HARAWAY. He did not know anything about PATRICIA HAMILTON until he read the book. Then he recalled a party from April 9, 1983.

DOUGLAS went to a party with his younger cousin, DEAN GILLIUM. DOUGLAS went over to the ranch that GILLIUM lived on. There was the red Chevy truck that DOUGLAS later saw in May 1983. DOUGLAS asked GILLIUM whose truck it was. GILLIUM said that the truck belonged to a friend of his named "BOB". Inside the house there were four people at the party that DOUGLAS did not know, but had seen before.

DOUGLAS went into the house and sat on a stool in the kitchen. DOUGLAS asked BOB if he wanted a beer. BOB said no, because he was under age. GILLIUM'S wife, BEATRICE "BUTCH" GILLIUM was in the kitchen also. BOB showed the two a silver handgun with black grips. After he left the room, BUTCH said that BOB'S father was GARY ALLEN.

**CR 84-094.105**
**SECOND INTERVIEW OF DOUGLAS LEE BAILES**
**PAGE 3**

DOUGLAS was talking with BUTCH in the kitchen when a pretty, young, blonde woman came into the room. DOUGLAS said hello, but the woman did not answer. He asked who the woman was and she answered "PATTI". BUTCH cut her off and said that the woman's name was PATRICIA and that she was a future sis-in-law. That made PATRICIA mad and she walked away.

Around midnight they all said a toast. DOUGLAS had been drinking and felt a "buzz". About half an hour later, BOB came over and told another man it was "time". The other man, whom DOUGLAS also thought was named "BOB" said, "Let's get this over with."

As the men were leaving out of the back door, DOUGLAS was leaving out of the front door with a friend that was giving him a ride to another house to get something. DOUGLAS sat on the fender of the 1-ton truck. He heard one of the men say, "It will go a lot quicker if you don't hold your breath". He heard PATRICIA say, "No". Then DOUGLAS heard a splash at a small pond next to the roadway on the ranch. DOUGLAS never saw PATRICIA again.

DOUGLAS looked at the book "The Innocent Man". He saw a picture of HARAWAY in it. He also saw pictures of TOMMY WARD and CARL FONTONOT. They were not the men he saw with the woman he believed was HARAWAY.

DOUGLAS asked GILLIAM if he knew anyone from around 1984 that drove a red 1950's pickup. GILLIAM said that BOB HIGHTOWER was the only person he knew who drove a pickup like that back then. DOUGLAS believed that the other BOB was BOBBY ALLEN.

## OKLAHOMA STATE BUREAU OF INVESTIGATION

## TITLE OF REPORT:   DISSEMINATION OF REPORT

    On July 29, 2011, OSBI Agent ADAM WHITNEY hand delivered a copy of the following Investigative Report to Pontotoc County District Attorney CHRIS ROSS, Pontotoc County Courthouse, Post Office Box 146, Ada, Oklahoma, 74820: CHRIS ROSS signed a receipt for the report.

### SECOND INTERVIEW OF DOUGLAS LEE BAILES CR 08-094.0105.

### END NOTE:

    A copy of the Signed Receipt was attached to this report.

| | | | | |
|---|---|---|---|---|
| Investigation On: 07/29/2011 | At: ADA, OKLAHOMA | | By: ADAM WHITNEY ASW | File: CR 84-094 |
| Offense: HOMICIDE | | Victim: DONNA HARRAWAY | Case Agent: ADAM WHITNEY | |
| Office: ERO | Date Reported: 09/12/2011 | Approved by: ᐧᐧᐧ | Date Approved: 9-12-11 | IND: 0106 |

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.



# Oklahoma State Bureau of Investigation

STAN FLORENCE
*Director*

CHARLES D. CURTIS
*Deputy Director*

## CR 84-094

## RECEIPT

I received a copy of the following <u>Investigative Report</u> on <u>Case</u>

Number CR 84 -094 from <u>OSBI Agent ADAM WHITNEY</u> :

SECOND INTERVIEW OF DOUGLAS
LEE BAILES
CR 08-094.105.

Chris Russ

**Please Print and Sign Person
Receiving Report**

**Agency**

8-19-2011

**Date**

HEADQUARTERS
6600 N. Harvey
Oklahoma City, OK 73116-7910
(405) 848-6724
Fax (405) 843-3804
TDD (405) 843-7303

1037

## OKLAHOMA STATE BUREAU OF INVESTIGATION

PAGE  1  of  1

TITLE OF
REPORT     REQUEST CLOSING OF CASE ON TOMMY WARD CASE

On June 15, 1989, a Pottawatomie County Jury found TOMMY WARD guilty of Murder In The First Degree, Armed Robbery and Kidnapping.   The jury recommended a life sentence for Murder, ten years for Armed Robbery and ten years for Kidnapping.   He was scheduled to appear before Judge DON POWERS on July 10, 1989 for sentencing.

On July 10, 1989 Judge DON POWERS, acting District Judge, Pottawatomie County, Shawnee, Oklahoma sentenced WARD to the sentences recommended by the jury.   Based on those facts, I recommend this case be closed.

| INVESTIGATION ON | 07-06-89 | AT | Shawnee, Oklahoma | BY | GARY ROGERS | | FILE CR 84-094 |
|---|---|---|---|---|---|---|---|
| | | | | TOMMY WARD | | | |
| OFFENSE  HOMICIDE | | SUBJECT | KARL FONTENOT | | CASE AGENT | GARY ROGERS | |
| OFFICE  ERO | DATE REPORTED  07-10-89 | DATE TYPED  07-10-89 | TYPIST  kc | APPROVED | | IND. | |

This document contains neither recommendations nor conclusions of the OSBI.  It is the property of the OSBI and is loaned to your agency;  it and its content are not to be distributed outside your agency.

## OKLAHOMA STATE BUREAU OF INVESTIGATION

Page __1__ of __1__

Title of Report _____ CASE OVER TURNED ON KARL FONTENOT _____

On August 11, 1987, the Oklahoma Court of
Criminal Appeals over turned the conviction of Murder
of defendant KARL FONTENOT for the murder of DONNA
DENISE HARAWAY and remanded the case back to the
trial court for a new trial, listing the Cruz decision
for the bases of their decision.

No trial date has been set for FONTENOT.

Investigation on __08-24-87__ At _Pontotoc County D.A._ By _GARY ROGERS_ _____ File _CR 84-094_
                                    Office
Offense__HOMICIDE_____ Subject _KARL FONTENOT_____ Case Agent _GARY ROGERS_
Office ___ERO____ Date Reported _08-26-87___ Date Typed __09-04-87__ Typist _kc__ Approved_/3½/_ Ind. _____

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your
agency; it and its contents are not to be distributed outside your agency.

1039

OKLAHOMA STATE BUREAU OF INVESTIGATION

Page ___1___ of ___1___

Title of Report ___DEFENDANT KARL ALLEN FONTENOT FOUND GUILTY___

On June 14, 1988, Defendant KARL ALLEN FONTENOT was found guilty by a Hughes County District Court Jury of Murder in the First Degree and was assessed the Death Penalty. FONTENOT was found guilty of Kidnapping and Robbery with a Dangerous Weapon, and was assessed ten years for Kidnapping and twenty years for Robbery with a Dangerous Weapon in the State Penitentiary.

District Court Judge DON POWERS set July 8, 1988 at 10:00 a.m., as the formal sentencing date.

Investigation on ___06-14-88___ At ___Holdenville, Okla.___ By ___GARY ROGERS___ File ___CR#84-094___

Offense ___HOMICIDE___ Subject ___TOMMY JESSE WARD / KARL ALLEN FONTENOT___ Case Agent ___GARY ROGERS___

Office ___ERO___ Date Reported ___06-15-88___ Date Typed ___06-15-88___ Typist ___kd___ Approved ___/jsg___ Ind. ___kd___

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

1040

## OKLAHOMA STATE BUREAU OF INVESTIGATION

Page __1__ of __1__

Title of Report____ KARL FONTENOT SENTENCED TO DEATH

On July 8, 1988, District Judge DON POWERS
sentenced defendant KARL FONTENOT to the death penalty
and set FONTENOT'S execution date for October 5, 1988.

Investigation on _07-11-88_ At _Ada, Oklahoma_    By _GARY ROGERS_    File _CR 84-094_

Offense_ HOMICIDE    Subject_ KARL FONTENOT / TOMMY WARD    Case Agent_ GARY ROGERS

Office __ERO__ Date Reported _07-11-88_ Date Typed _07-14-88_ Typist _kc_ Approved _____ Ind. _____

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your
agency; it and its contents are not to be distributed outside your agency.

1041

CASE NUMBER: CR #84-094 PAGE 2 KIDNAPPING AND MISSING PERSON

SUBJECT: UNKNOWN SUBJECT(S) /PAGE /2 / TOMMY JESSE WARD
KARL ALLEN FONTENOT

VICTIM: DONNA DENICE HARAWAY

RA: ADA P.D. CA: GARY ROGERS

| | | BUSINESSES: |
|---|---|---|
| KING, JANA | REEVES, DENNIS | Ramos Chrome Plating Company |
| MAHAFFEY, MACHELL | REEVES, ORVEL | Oklahoma City, Okla. |
| PARSONS, GARY CODY | DANIELS, JOHNNY | South Community Hosp. |
| SCHROEDER, JERRY | DUSTY, (LNU) | Oklahoma City, Okla. |
| SHELLEY, ILNU) | LAWSON, LISA LEIGH | Veteran's Administration Hospital |
| SWENN, MONTY LEE | LESLIE, BARRY LYNN | Oklahoma City, Okla. |
| HARAWAY, STEVE | LYDA, KENNY LYNN | |
| LYNCH, GERALD DONALD | McCARTNEY, TERRI | |
| LYONS, JANET | ROBERTS, MICHELLE | |
| POORMAN, GENE | TITSWORTH, ODELL | |
| TIMMONS, DAVID ALAN | HOBBIE, BUFORD | |
| TIMMONS, LENNY LEWIS | HOOK, JANICE L. AKA JANICE L. WARD | |
| TURNER, SHELIA DAWN | PASQUALI, JOE | |
| VIRGIN, BOB | PASQUALI, VIVIAN | |
| WHELCHEL, GENE | TISDALE, RONNIE GENE | |
| WISE, KAREN SUE | WARD, JANICE L. AKA JANICE L. HOOK | |
| BEIGE, MARY | ENGLISH, LARRY | |
| DONNA, (LAST NAME UNK) | JARMAN, CHARLES | |
| EAST, BESSIE | PULLMAN, NANCY | |
| EAST, GARY | "RED" (LNU) | |
| EAST, GEORGIA | STICK, WOODY | |
| EAST, JERRY DWANE | TISDALE, RONALD GENE | |
| EAST, OLETA | BEVILL, Andy | |
| EMINGER, MARVIN | BEVILL, Lilly (Simpson) | |
| JENKINS, QUINTON | BEVILL, Steven Wayne | |

1042

JL NUMBER: CR #84-094     PAGE 1

SUBJECT:   UNKNOWN/SUBJECT(S)     PAGE//1 (S) TOMMY JESSE WARD

KARL ALLEN FONTENOT

VICTIM:   DONNA DENICE HARAWAY

RA:   ADA P.D.     CA:   GARY ROGERS

| | | BUSINESSES |
|---|---|---|
| | | McAnally's Convenienc Store, 2727 E. Arlingto |
| ATKESON, MONROE | NEWMAN, CAROL | Ada, Oklahoma |
| TIMMONS, LENNIE | PARRISH, DR. | McAnally's Convenienc Store, Broadway, Ada,( |
| WHELCHEL, GENE | SCOTT, REBECCA LYNN | American Express Fort Lauderdale,Fla. |
| DEBRAW, FLOYD L. | TIM (LNU) | Charlies Corners Bar Memphis, Tennessee |
| SCOTT, HAMILTON | WHITE, BARBARA JUANITA | First City Bank Houston, Texas |
| SCOTT, REBECCA LYNN | WILLETT, TAMI JEAN | Howard Johnson Motor Lodge, Monroe, Michig |
| AKERS, FLOYD RAY | HILL, BILL DALE | Oklahoma State Bank Ada, Ok. |
| AKERS, BECKY | BARBER, BRIAN E. | Veteran's Administra- tion Medical Center Of |
| BARBER, B.E. | BARBER, LESTER L. (Mr.& Mrs.) | Williams Exloration Houston, Texas |
| BLACKWOOD, BRAD CHARLES | BARBER, MARIE A. | Western Sizzlin Restaurant,Seminole,C |
| BRIAN (LNU) | HARBERS, KATHY | The Lighthouse Stillwater, Ok. |
| BROWN, KEVIN | LOUDEN, DAVID (Mr.&Mrs.) | J.P.'S Convenient Sto Ada, Ok. |
| BRYAN (LNU) | McKEOWAN, DARRELL | Okmulgee Vocational Technical School |
| DEGRAW, FLOYD | OLIVER, Seaman | Wanda's Mexican Restaurant, Ada, Ok |
| DUNN, BENJAMIN Y. | PAULSON, JERALD | We-Pak-Um Store Ada, Ok. |
| EDEN, PAUL | WOOD, HAZEL | Apple Creek Apartmer Complex, Altus,Ok. |
| ELLIOTT, "GORDY" GORDON | CHANDLER, RUSSELL CLEVE | Circle "K" Convenier Store, Tulsa, Ok |
| ELLIS, DONNA VIVIAN | GERMAN, RICHARD | Latta School |
| GOODWIN, PAT | WATKINS, WILLIE | Brook Trailer Park Ada, Oklahoma |
| INGRAM, USS JONAS | MILLIGAN, JERRY | |
| JOHNSON, JEFFERY | ANDERSON, DAVID | Goodyear Mobile Home |
| KATHY (LNU) | FORD, A.C. | Mills Roofing Truss Company |
| MARIE, BRIAN | HILL, BILLY DALE | Paris Flea Market Oklahoma City, Oklah |
| MICHAEL (LNU) | HILL, NORMA | |
| MILLER, MARY JANE | JONE, TERRY | |

SUBJECT:  CR #84-094                                    HOMICIDE
PAGE/3

VICTIM:  DONNA DENICE HARAWAY        (S)  TOMMY JESSE WARD
                                          KARL ALLEN FONTENOT

RA:      ADA P.D.               CA:  GARY ROGERS

| | | |
|---|---|---|
| CHOATE, BILLY M.D. | ORR, DOUG | |
| MILLS, JOHNNY | REEVES, CLORIS | |
| PORTER, WILLIAM | SANDERS, RONNIE | |
| STOLZENBACH, Margie | STEWART, JIMMY | |
| WARD, JIMMY | THORNTON, JERRY EDWARD | |
| WARD, JOEL | | |
| WARD, SUSSIE | | |
| WARD, TOMMY | | |
| WYATT, DON | | |
| COLVIN, JIMMY MARLIN | | |
| DAVIS, KIM | | |
| GARRETT, BILLY | | |
| GARRETT, KAY | | |
| PATRICIA (LNU) | | |
| BOLIN, KENNY | | |
| BYRD, LINDA KAY | | |
| DESOTO, SHELIA | | |
| ELLIS, LARRY | | |
| MANTZSKI, SANDI | | |
| ROBERTS, MICHAEL | | |
| SPERRY, LEON (DECEASED) | | |
| KERNER, RICHARD | | |
| MUCK, LEONARD | | |
| TATUM, ALAN LOWELL | | |
| TUCKER, DAVID ROSS | | |

## OKLAHOMA STATE BUREAU OF INVESTIGATION

PAGE  1  of  1

TITLE OF
REPORT  RELEASE OF HYPNOSIS TAPE TO DAVID TIMMONS

         On January 7, 1994, Agent JOHNSON released to NORMA DUMAS from the Oklahoma Indigent Defense System a second copy of the recorded hypnosis session conducted with DAVID H. TIMMONS, Hypnosis file HP#84-052. A copy was provided on December 3, 1993, but it was broken by the defense team while in the process of listening to the tape. A copy of the receipt signed by DUMAS is included within this report.

|  |  |  |  |  | HP#84-052 |
|---|---|---|---|---|---|
| INVESTIGATION ON 1/7/94 | AT OKLAHOMA CITY, OK. | BY JACKIE JOHNSON | | FILE | CR#84-094 |
| OFFENSE HOMICIDE | | VICTIM DONNA HARAWAY | CASE AGENT GARY ROGERS | | |
| OFFICE | DATE REPORTED 1/7/94 DATE TYPED 1/10/93 | TYPIST jc APPROVED | IND. 100 | | |

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.



# OKLAHOMA STATE BUREAU OF INVESTIGATION

ROBERT J. HICKS
*Director*

DeWADE LANGLEY
*Deputy Director*

Today, January __7__, 1994, I picked up cassette tape(s) copy of David H. Timmons from agent Jackie Johnson of the Oklahoma State Bureau of Investigation (OSBI). The tape(s) are in reference to Karl Allen Fontenot, OSBI CR#84-094. Hypnosis file #84-052, session date: 5-17-84.

Norma Dumas
1-7-94

P.O. Box 11497, Oklahoma City, Oklahoma 73136
Headquarters (405) 848-6724
Central Laboratory (405) 427-5421
recycled paper

1046

## OKLAHOMA STATE BUREAU OF INVESTIGATION

PAGE __1__ of __1__

TITLE OF
REPORT     RELEASE OF HYPNOSIS TAPE TO DAVID TIMMONS

On January 7, 1994, Agent JOHNSON released to NORMA DUMAS from the Oklahoma Indigent Defense System a second copy of the recorded hypnosis session conducted with DAVID H. TIMMONS, Hypnosis file HP#84-052. A copy was provided on December 3, 1993, but it was broken by the defense team while in the process of listening to the tape. A copy of the receipt signed by DUMAS is included within this report.

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | HP#84-052 |
| INVESTIGATION ON 1/7/94 | AT OKLAHOMA CITY, OK. | BY JACKIE JOHNSON | | FILE CR#84-094 |
| OFFENSE HOMICIDE | VICTIM DONNA HARAWAY | CASE AGENT GARY ROGERS | | |
| OFFICE | DATE REPORTED 1/7/94 DATE TYPED 1/10/93 | TYPIST jc | APPROVED IND. 100 | |

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.

1047



# OKLAHOMA STATE BUREAU OF INVESTIGATION

ROBERT J. HICKS
*Director*

DeWADE LANGLEY
*Deputy Director*

Today, January __7__, 1994, I picked up cassette tape(s) copy of David H. Timmons from agent Jackie Johnson of the Oklahoma State Bureau of Investigation (OSBI). The tape(s) are in reference to Karl Allen Fontenot, OSBI CR#84-094. Hypnosis file #84-052, session date: 5-17-84.

Norma Dumas
1-7-94

P.O. Box 11497, Oklahoma City, Oklahoma 73136
Headquarters (405) 848-6724
Central Laboratory (405) 427-5421

recycled paper

1048

## OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT                                    PAGE_____ OF_____

| Case:<br>CR #84-094 | Reporting Date:<br>MAY 11, 1984 | Reporting Agent(s):<br>SAM SPARKS | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense:<br>KIDNAPPING | | Case Agent:<br>GARY ROGERS | Office:<br>MRO | Typed By:<br>kc | Date:<br>05-15-84 |
| Subject:<br>(S) UNKNOWN SUBJECT(S)<br><br>(V) DONNA DENICE HARAWAY | | Activity:<br>LOCATING AND INTERVIEWING<br>REBECCA LYNN SCOTT | | | |

On May 8, 1984, Agent SAM SPARKS, Poteau, Oklahoma, received a request for assistance from Detective BARRETT, Police Department, Ada, Oklahoma, and Agent GARY ROGERS, Oklahoma State Bureau of Investigation, Ada, Oklahoma, to attempt to locate and interview REBECCA LYNN SCOTT regarding a purse belonging to her that had been found in a stolen vehicle being operated by FLOYD L. DEGRAW, who had been arrested in Shamrock, Texas, and charged with Abduction and Rape of a Female in Amarillo, Texas, just before his arrest. At the time DEGRAW was arrested, he was driving a stolen automobile from Detroit, Michigan, and SCOTT'S purse was in the vehicle, along with some identification papers from other females that were missing or had been assaulted.

On May 9, 1984, REBECCA LYNN SCOTT, White Female, Date of Birth: October 1, 1962, 604 Rogers Street, Poteau, Oklahoma, Telephone: 647-4790, was interviewed at her residence by Agent SAM SPARKS in the presence of her husband, HAMILTON SCOTT. REBECCA SCOTT related that she was originally from the Poteau, Oklahoma, area as well as her husband HAMILTON and during 1983 they lived in Oklahoma City, Oklahoma, at 2701 Southwest Thirty-Fifth Street and she worked at a Seven-Eleven Store Number Eighty-Three on South Walker Street, Oklahoma City, Oklahoma.

During the last part of January 1984 or the early part of February 1984, she and her husband were preparing to move from Oklahoma City back to Poteau, Oklahoma, and they set up and had a garage sale prior to moving. During the garage sale, they only had one negro family, consisting of a husband and wife and three children, and a young sixteen or seventeen year old white male, that came into their house and would of had an opportunity to steal REBECCA'S purse. The negro family was only there for a few minutes looking around then left, the young white male was there almost everyday for several days and after she found her purse missing, he did not show up again. She describes the white male as about sixteen or seventeen year old,

.eads:

FOR INTERNAL USE ONLY<br>NOT FOR DISSEMINATION

1049

OFFICER   - [illegible]
SUBJECT   - UNKNOWN SUBJECT(S)
VICTIM    - DONNA DENICE [illegible]
PAGE TWO

about five feet, eleven inches in height, 110 to 115 pounds.
He had a round baby face fair complexion, light long blonde
hair that was dirty looking and had indicated that he lived
with his father and had a grandfather either living with
them or lived nearby.

On the second day of the sale, he came by riding a
bicycle and her husband bought the bicycle from the boy and
the next day he came back on another bicycle and wanted to
sell it. Her husband would not buy the second bicycle be-
cause he thought there was something wrong. The boy also
said he had some tools he would sell her husband, but her
husband would not buy anything further from him. The boy was
not in school and on the second day when he came around, he
had been beaten up and had black and blue marks on his face
and a patch on his forehead where he said his grandfather had
beaten him up. He told her he had to go to the Presbyterian
Hospital on North Lincoln Street and get stitches put in the
gash on his forehead, which she stated was a gash about two
inches long running up and down almost in the center of his
forehead.

The boy had a black, small, short haired dog that
followed him around all the time and he stated that he could
not part with the dog. She cannot remember his name, but
related that his first name was a common name that many
people use. She could not recall every hearing a last name
and related that besides coming by their residence, he hung
out at a store located at South Agnew and Thirty-Fourth
Street, which she could not remember the name of the store.

The boy told her at sometime while he was around
that he had lived in her neighborhood but had moved to the
west side of town and was planning on moving out of Oklahoma
City and she believes he may have been going to some place
in Texas.

SCOTT could give no information and has no idea
how her purse could wind up in the DEGRAW'S vehicle in
Shamrock, Texas, unless the young boy that she talked to took
it and it later came into possession of DEGRAW.

After her purse was stolen, she had all the credit
cards cancelled and her checking account closed out and the
bank notified the following day about the theft of the purse.
There was no cash money in the purse and nothing else of
value blank checks and credit cards. Since that time, nothing
has come back to her indicating that anyone had used the credit
cards or the checkbook.

CI ILLINOIS
OFFENSE - KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM - DONNA DENICE HAGGAN
PAGE THREE

      SCOTT and her husband HAMILTON both stated that they would be available for interview at any time in the future and would like to help if they can.

## OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT                    PAGE ___ OF ___

| Case: | Reporting Date: | Reporting Agent(s): | | | Reviewed By: |
|---|---|---|---|---|---|
| CR #04-094 | May 11, 1984 | DARCUM | | | |
| Offense: | | Case Agent: | Office: | Typed By: | Date: |
| KIDNAPPING/ROBBERY | | ROGERS | MEO | hay | 5/23/84 |
| Subject: | | Activity: | | | |
| UNKNOWN | | Information from LEVERNON YOUNG | | | |

On May 11, 1984, LEVERNON YOUNG, Detective, Enid
Police Department, Enid, Oklahoma, Telephone #405/234-0400,
provided the following information:

YOUNG believes an Enid man, BILL DALE HILL, WM,
DOB:10/11/57, SSN: 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, or 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, matches best the description of suspect #1. HILL is 5'9", 160 lbs.,
brown hair and hazel eyes. He possibly had his hair in a
ponytail a couple of weeks ago. HILL's last known address
was 2527 N. Quincy in Enid (no such address). His father
lives at 111 W. Maine, Enid, Telephone #234-3011.

HILL was arrested on 8/23/76 by Enid Police
for public drunk and curfew violation (posted $75 bond). HILL
is also into drugs. Prints are available.

OSBI Agent ROGERS was sent the photograph and
criminal history. (photo attached)

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

1052

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE _____ OF _____

| Case: CS-84-094 | Reporting Date: 1984 | Reporting Agent(s): A. EM SALMON | | Reviewed By: |
|---|---|---|---|---|
| Offense: MISSING PERSON/ARMED ROBBERY | | Case Agent: G. ROGERS | Office: MEO | Typed By: LAB 5/17/84  Date: |
| Subject: UNKNOWN (V) DONNA DENICE HARAWAY | | Activity: AGENT'S ACTIVITY | | |

On May 2, 1984, SHEILA VILLA, 131 S. Beach, P.O. Box 609, Lexington, Oklahoma, telephone number: 527-6908, contacted Special Agent SALMON regarding a suspicious old primer colored pickup that had been at her business, The Energy Store, also located at 131 W. Beach. Around 1400 hours on May 2, 1984, two white males that appeared to be deaf and mute came into her business to rent one of the storage units behind her store. They did not rent a unit, but left in a multicolored, mainly primer, old GMC pickup. VILLA wrote down the Tag, T267-318, 94 Oklahoma. Special Agent SALMON found the vehicle parked at the residence on the Southeast corner of West Beach and Fifth Street in Lexington. Captain DANNY DOVER, Purcell Police Dept. recognized one of the occupants as a deaf/mute from Purcell named JAMES CUDNEY. A check of the tag showed a 1964 GMC, Jimmi LAWRENCE, General Delivery, Stringtown, Oklahoma. The other white male appeared approximately six foot three inches in height, slender, with a large mustache.

On May 4, 1984, FRED RICKMAN, Route 10, Box 520, Moore, Oklahoma, telephone number: 794-5030, contacted Special Agent SALMON by telephone regarding the missing clerk. RICKMAN, a truck driver for Fred Jones Manufacturing, Oklahoma City, Oklahoma, telephone number: 272-9261, was in Longview, Texas, between Midland and at 0100 hours on May 4, 1984, at the Waffle House, I-20 at the 559 junction. RICKMAN saw a white male resembling the composite marked Murder One in the restaurant. RICKMAN noticed the individual was alone, but doesn't recall a vehicle driven by the person or what he was wearing. RICKMAN could provide no further information.

On May 11, 1984, PAT VIRGIN, mother of the victim, telephone number: (405) 527-8853, contacted Special Agent SALMON. VIRGIN related her daughter, DONNA DENICE HARAWAY, had met and dated WESLEY "WES" WIESINGER, white male, approximately 24 - 26 years of age, from Conroe, Texas, at East Central State University, Ada, Oklahoma. HARAWAY and WIESINGER became engaged and moved in together in Beaumont, Texas, in January of 1980 or 1981. WIESINGER and HARAWAY lived together until May of that same year. One day in May, VIRGIN received a telephone call from HARAWAY. HARAWAY was hysterical when she called and moved home the next day. On three occasions, WIESINGER contacted HARAWAY after that

eads:

time. [illegible] referred to all VICTIM were happened and only would say that WITNESSES had become involved in show. VICTIM characterized WITNESSES as extremely jealous. VICTIM is aware that WITNESSES has friends in the [illegible] area. VICTIM described WITNESSES as 5'10", stocky build, and was last known to be working off error in taxes.

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE _____ OF _____

| Case: | Reporting Date: | Reporting Agent(s): | | | Reviewed By: |
|---|---|---|---|---|---|
| 1164-054 | MAY 16, 1984 | DALE STATES | | | |
| Offense: KIDNAPPING - MISSING PERSON | | Case Agent: | Office: ADA R/O | Typed By: DAB 5/16/84 | Date: |
| Subject: LORRA DENNPAY(V) | | Activity: INFORMATION RECEIVED FROM NANCY McGOWEN | | | |

On May 16, 1984, NANCY L. DAWN, white female, 211 Skylark Court, Norman, Oklahoma, telephone number 364-4247, provided the following information telephonically:

McGOWEN was, at approximately 1130 hours this date, having coffee alone at a Howard Johnson's Restaurant on W. Main Street in Norman, Oklahoma. A white female entered the restaurant alone and went into the restroom for several minutes and left. She got into what McGOWEN thought was an off-white Trans Am or Camaro and left in an unknown direction. The tag was Oklahoma KZK-87. The white female was twenty to twenty-five years of age, according to McGOWEN, and wearing a blue top and white tight "short shorts". Her hair was dark, almost deep brown, and curly, past her shoulders. She was 5'3" to 5'5" and 110 - 115 lbs. McGOWEN felt certain she was the same person whose picture she observed recently in local newspapers as having been missing from an Ada convenience store. Prior to telephoning the OSBI, McGOWEN telephoned her observations to the Norman Police Dept. and said the officer told her to call the OSBI.

## AGENT'S NOTE:

A check of that tag came back as being a 1982 Pontiac Firebird registered to MELISSA ANN FRY, white female, DOB: 7-2-63, SSN: 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, of 4809 N. Miller, Oklahoma City, Oklahoma, 5'6", 120 lbs., and brown eyes.

ads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

1055

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE_____ OF_____

| Case: | Reporting Date: | Reporting Agent(s): | | | Reviewed By: |
|---|---|---|---|---|---|
| 84-086 | May 21, 1984 | ALAN GALAXY | | | |
| Offense: ROBBERY/MISTER TRUCK | | Case Agent: J. DOYLE | Office: OKC | Typed By: sh | Date: 5/31/84 |
| Subject: (S) UNKNOWN (V) DORIE DENISE BRADLEY | | Activity: INTERVIEWS RE: T 641-835 | | | |

On May 15, 1984, Special Agent GALAXY interviewed T. B. CLIFTON, 318 S. 2nd, Purcell, Oklahoma, at his office, Clifton Insurance Agency, 1x1 W. Main, Purcell, Oklahoma, regarding a 1977 Chevrolet pickup, VIN #CCL247B11370G, that CLIFTON registered in 1982. CLIFTON related he purchased the vehicle from CLAUDE WATTS, Lexington, Oklahoma, on May 12, 1982. When CLIFTON bought the vehicle, it had a wench on it; but CLIFTON removed it before it was sold. CLIFTON drove the pickup to Oklahoma City and blew up the motor. Afterwards, he replaced the motor and DICK TUCKER, CLIFTON's former salesman, sold the vehicle for seventeen hundred and fifty dollars ($1,750.00), possibly to a man from Texas. CLIFTON's records show only the vehicle was sold for cash. CLIFTON described the vehicle as in very good condition when he sold it. CLIFTON remembered the vehicle was white and maroon.

On May 15, 1984, Special Agent GALAXY interviewed CLYDE "DICK" TUCKER, 231 Grace Venere, Purcell, Oklahoma, at his residence. At first, TUCKER stated he had never sold any vehicles for CLIFTON. When confronted with CLIFTON's information, TUCKER recalled selling the vehicle and admitted being a salesman for CLIFTON. TUCKER could not recall who he sold the truck to but might remember after discussing it with CLIFTON. TUCKER recalled selling the truck without a motor and described the truck as in very "rough" condition.

On May 21, 1984, Special Agent BALMOS contacted JEFF STRIKE, Oklahoma Tax Commission. STRIKE will run a title history on VIN #CCL247B11370G. Special Agent SALMON also requested OKIC Clerk DOUG PEPPOR to send a teletype requesting a title history in the state of California. No replies have been received at this time. Also attached to this report is a copy of the most recent registration check on that vehicle.

NOTE: The information from the Oklahoma Tax Commission was received on May 21, 1984 and will be attached to this report.

.eads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

1056