

















1143



