



Donna Denice
Haraway
8-19-57

CR84-094



Denver Davis

CR 84-094   WM   2-13-62



Denner Rowis.

ct 84-094

PAGE TWO                    -CONTINUED-        INVESTIGATIVE REPORT
                                               OFFENSE: ABDUCTION/
                                                        KIDNAPPING


Photo as appears on TX D/L-DENVER DAVIS



Criminal Record:   FBI# 649323W5
                   Texas Criminal # TX02824737 indicates four (4)
                   charges including Robbery, Burglary, Larceny,
                   Dangerous Drugs.  Record also shows tattoo
                   on right and left arm.

No outstanding NCIC warrants.



                          -CONTINUED-

                                          CR 84-09#   1153    99



1154



Daryl Robins
WM   5.21.60

QR 84-094



Daryl Rai...

CR 84-094

PAGE THREE                    -CONTINUED-           INVESTIGATIVE REPORT
                                                   OFFENSE: ABDUCTION/
                                                          KIDNAPPING

    (2)   DARYL PATRICK ROBINS
          WM/DOB: 5-21-60
          Texas DL# 06763756  Expires 5-21-86
          P.O. Box 177
          China, Texas
          5'10-120  Brown hair, Brown eyes
          No record of Oklahoma Drivers License

Photo as appears on Texas D/L-DARYL ROBINS



Criminal Record: FBI-None given
                 Texas Criminal # TX02548554 indicates two
                 (2) charges including Robbery and Dangerous
                 Drugs.  Record also shows scar on nose.

No outstanding NCIC warrants.


                            -CONTINUED-


CR 84-094                                          1159



USUAL SIGNATURE
DL 50F (Rev. 1 80)

WILL SOON EXPIRE. FILE
SENT THIS RENEWAL AP-
PLICATION IN PERSON AT ..............
ONE OF OUR RENEWAL OFFICES, UNLESS OUT OF STATE.
PLEASE ANSWER ALL QUESTIONS ON THE REVERSE SIDE.
DO NOT WRITE ON THE FACE OF THIS FORM.

| LICENSE TYPE | | LICENSE NUMBER | |
|---|---|---|---|
| OPERATOR | | 06763756 | |
| BIRTH DATE | | EXPIRES ON | RESTRICTION |
| MONTH | DAY | YEAR | BIRTHDATE | CODE |
| 05 | 21 | 60 | 1986 | |
| EYES | SEX | HEIGHT | DPS CODE | |
| BRN | M | 5 10 | 21402052002 | |

ROBINS, DARYL PATRICK
PO BOX 177
CHINA TEX                    77613
X

USUAL SIGNATURE
Rev (1 80)
                            7.00

CORRECTION NO FEE

1160



LEAD SHEET   CR-84-094

DATE: 6-12-84

SOURCE:

Name: STEVE HARAWAY

Address: 

Phone#: 

LEAD ASSIGNED: 

LEAD SUMMARY: STEVE BROUGHT THIS PICTURE IN
and advised it was exactly Like The one
DENISE HARAWAY was wearing when Abducted
she also Blwd A Plain gold Band on with
it.

CONCLUSION SUMMARY: