# EXHIBIT 30

![OSCN - The Oklahoma State Courts Network - www.oscn.net]

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA

| Reeves v. State Of Oklahoma | No. F-1985-388<br>(Felony)<br><br>Filed: 07/05/1985<br>Closed: 08/12/1987<br><br>Appealed from: TULSA County District Court<br><br>741 P.2d 882    1987 OK CR 172 |
|---|---|

## Parties

Reeves, Dennis Dean , Appellant
Reeves, Orvel Monroe , Appellant
State of Oklahoma , Appellee

## Attorneys

| Attorney | Represented Parties |
|---|---|

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Lower Court Counts and Other Information

| Count | Case Number | Statute | Crime | Special | Sentence | Judge | Reporter |
|---|---|---|---|---|---|---|---|
| - | CRF-1984-2915 | - | Robbery W/dangerous Weapon;kidnapping | | 15 Yrs;10 Yrs | Jennings, Joe | |
| - | CRF-1984-2915 | - | ROBBERY WITH A DANGEROUS WEAPON | | 15 YEARS | Jennings, Joe | |
| - | | - | KIDNAPPING | | 10 YEARS | Jennings, Joe | |
| - | | - | Crimes listed may include duplications | | | | |

## Docket

| Date | Code | Entry Date | Serial # |
|---|---|---|---|
| 07-05-1985 | TEXT | 05 Jul 1985 00:00:00:000<br>LEAVE TO FILE W/O COSTS, PARKS, PJ(SH) $0 | 241761 |
| 07-05-1985 | TEXT | 05 Jul 1985 00:00:00:000<br>CERTIFICATE OF APPEAL ISSUED | 241762 |
| 07-05-1985 | PETF | 05 Jul 1985 00:00:00:000<br>PETITION IN ERROR OF DENNIS REEVES | 241763 |
| 07-05-1985 | PETF | 05 Jul 1985 00:00:00:000<br>PETITION IN ERROR OF ORVEL REEVES | 241764 |
| 07-05-1985 | ORGR | 05 Jul 1985 00:00:00:000<br>ORIGINAL RECORD (BD VOL 76 PS) | 241765 |
| 07-05-1985 | TRAN | 05 Jul 1985 00:00:00:000<br>TRANSCRIPT (BD VOL 8 PS) COPY TO A.G. TRANSCRIPT OF PROCEEDINGS (BD VOL 27 PS) COPY TO A.G. TRANSCRIPT (BD VOL 333 PS) STATES EXH 3,4 & 5;DEF EXHIBITS 3, 4 & 6; COPY TO A.G. | 241766 |
| 08-30-1985 | TEXT | 30 Aug 1985 00:00:00:000<br>APPELLANT'S MOT EXT BRIEF 10-4-85 | 241767 |

| Date | Code | Entry Date | Serial # |
|---|---|---|---|
| 10-01-1985 | TEXT | 01 Oct 1985 00:00:00:000<br>APPELLANT'S MOT EXT BRIEF 11-4-85 | 241768 |
| 11-01-1985 | TEXT | 01 Nov 1985 00:00:00:000<br>APPELLANT'S MOT EXT BRIEF 12-4-85 | 241769 |
| 12-02-1985 | TEXT | 02 Dec 1985 00:00:00:000<br>APPELLANT'S MOT EXT BRIEF 1-3-86 | 241770 |
| 12-30-1985 | TEXT | 30 Dec 1985 00:00:00:000<br>APPELLANT'S MOT EXT BRIEF 2-3-86 | 241771 |
| 01-17-1986 | ATBC | 17 Jan 1986 00:00:00:000<br>APPELLANT'S BRIEF IN CHIEF | 241772 |
| 02-27-1986 | AEAB | 27 Feb 1986 00:00:00:000<br>APPPELLEE'S BRIEF, CERT OF SERVICE | 241773 |
| 06-02-1986 | TEXT | 02 Jun 1986 00:00:00:000<br>RECORDS SENT TO COURT | 241774 |
| 06-05-1986 | TEXT | 05 Jun 1986 00:00:00:000<br>JE:ORDER-PARKS, PJ; ORDER SUBMITTING CAUSES. NOT TO ATTYS | 241775 |
| 08-12-1987 | TEXT | 12 Aug 1987 00:00:00:000<br>JE: OPINION~~~~~~~~~~~~~AFFIRMED~~~~~~~~~~~~~~~BUSSEY, J; BRETT, PJ; CONCURS PARKS, J; CONCURS COPIES TO ATTY GEN, DA AT TULSA, JOHNIE O'NEAL, CERT #P002 270878, HON. DAVID L. PETERSON, PRESS, WEST, CCH, MDC, BNA OBJ, JR | 241776 |
| 08-12-1987 | 1004 | 12 Aug 1987 00:00:00:000<br>OPINION CODE FOR MANDATE | 241777 |
| 08-18-1987 | TEXT | 18 Aug 1987 00:00:00:000<br>RETURN RECEIPT #P002270878 REC'D | 241778 |
| 09-02-1987 | TEXT | 02 Sep 1987 00:00:00:000<br>JE: ORDER - BUSSEY, J; CORRECTION ORDER. COPIES TO SAME AS OPINION & HON. JOE JENNINGS | 241779 |
| 09-08-1987 | MAND | 08 Sep 1987 00:00:00:000<br>MANDATE ISSUED | 241780 |
| 09-14-1987 | TEXT | 14 Sep 1987 00:00:00:000<br>RECORDS RETURNED FROM COURT | 241781 |
| 09-18-1987 | RCMD | 18 Sep 1987 00:00:00:000<br>RECEIPT FOR MANDATE | 241782 |
| 09-18-1987 | RTCC | 18 Sep 1987 00:00:00:000<br>RETURN OF COURT CLERK | 241783 |
| 03-07-1990 | TEXT | 07 Mar 1990 00:00:00:000<br>RECORDS, O.R. AND TRANS. (3 VOLS.) SENT TO TULSA CO. DISTRICT CT. | 241784 |
| 12-14-1998 | TEXT | 24 Dec 1998 05:38:00:000<br>UPLOADED TO THE OKLAHOMA COURT INFORMATION SYSTEM. | 509049 |

Report Generated by The Oklahoma Court Information System at

End of Transmission.