# EXHIBIT 31

# AFFIDAVIT

State of __Oklahoma__ )
)
County of __Pontotoc__ )

I, __Sandra Mantzke__, first being duly sworn, on my oath state the following facts:

In 1985, I was 25 years old and living in Ada, Ok where I had lived my whole life. The disappearance of Denice Haraway in April of 1984, and the murder charges and upcoming trial of Tommy Ward and Karl Fontenot were very noteworthy events in this small town.

Like many other citizens of Ada, I knew several individuals who would be witnesses in the trial, or they were friends or acquaintances of Tommy Ward and Karl Fontenot.

My mother, Sheila Desoto and I began attending their trial in September of 1985 merely as curious bystanders. At that point, I had no knowledge of what had happened to Ms. Haraway and I had no opinion as to Ward's or Fontenot's guilt or innocence in this case.

On my first day listening to trial testimony, I began hearing witnesses who contradicted each other. I heard witnesses make statements, which didn't add up. I became aware of the supposed confessions of Ward and Fontenot, which did not seem to make sense. After this first day of testimony, I returned with my mom, and began taking notes of the witness testimony. I attended the remainder of the trial. After I began making notes of each witness, I could see that the facts of the state's case did not make any sense.

During one of those days of testimony, on September 17, 1985, my handwritten notes on the back of my notepad identified the witnesses that day as: Dennis Smith, Marty Ashley, Shelly Mantzke, Teresa Mantzke, Jackie Mantzke, Terry Timmons, Gordon Calhoun and Leonard Keith Martin. I am not related to Jackie Mantzke. She was previously married to my current husband and she kept the name, Mantzke. Shelly and Teresa are Jackie's daughters.



That day, I was standing in the third floor hallway during a break. I recall this guy walking up and standing next to me and then he just started talking to me. I did not know who this person was. He told me, "I'm gonna have to testify. Those boys really were at the party but I'm gonna have to say they weren't."

I still don't know why this man said what he said, or why he said it to me. But that is what he said.

Later that day, in the courtroom, I saw that same man take the stand and testify. On my notepad I initially wrote in the margin "(guy)" next to a handwritten star to indicate that this was the man who spoke to me in the hallway. Next to that notation, I wrote: "Gordon Douglas Calhoun" followed by notes about his background from the testimony.

A copy of those notes is attached to this affidavit.

My notes then show that witness Calhoun was immediately asked about a party at his house, during the evening of April 28, 1984. When asked if Tommy Ward or Karl Fontenot were at that party, the witness, Gordon Calhoun, answered, "No."

This was the same person who had told me earlier in the hallway, "...those boys really were at the party but I'm gonna have to say they weren't."

I have never spoken to Gordon Calhoun since that day.

Several months after Karl Fontenot and Tommy Ward were convicted of Denice Haraway's murder, I saw news reports that Denice Haraway's remains had been found in an isolated location near Gerty, Okl. Those remains were discovered on Jan 21, 1986.

Several weeks later, mom's sister, Hazel Faulkner, was visiting from Texas. She was interested



in the the Denice Haraway case. On Friday, March 7, 1986, I went with my Aunt Hazel Faulkner and my mom, Sheila Desoto, and drove over to Gerty to look at the site where Denice Haraway's remains had been discovered.

We were there out of curiosity. After viewing the trial, this was just one more fact which didn't make sense. We were walking around this site when we literally stumbled over three large flat rocks, which appeared to have been placed carefully over a large cloth object. We carefully removed the rocks, and found a nearly intact gray sweatshirt with a hood and a zippered front. We placed this sweatshirt into a paper sack in order to preserve any possible evidence. We thought this might have been the sweatshirt worn by Denice Haraway the night she disappeared.

We also took photographs of the sweatshirt and where we found this sweatshirt. Copies of those photographs are attached. By the time we got to a payphone it was late on Friday afternoon. We called, but were unable to reach Dennis Smith or Gary Rodgers. We put the paper bag with the sweatshirt into the trunk of my mom's car where it stayed all weekend.

On Monday, March 10, 1986, my mom and I personally handed this gray sweatshirt to Ada Police Chief Gray in his office. Chief Gray told us he would put this sweatshirt with the other evidence related to the Denice Haraway case, in the property room.

No investigators, including Dennis Smith and Gary Rogers has ever interviewed me or asked me where or how we found that sweatshirt.

I have read this affidavit consisting of 3 page(s) and make this statement of my own free will without promise or threat. Further affiant saith not.

*Sandra Mantzke*
Sandy Mantzke

Subscribed and sworn to before me this 8th day of March, 2014.

*[Notary signature]*
Notary Public in and for
The State of Oklahoma

DANIEL J GROTHAUS
Notary Public
State of Oklahoma
Commission # 13005664
My Commission Expires Jun 19, 2017

③ SM

(guy)

★ Gordon Douglas Calhoun
live in Ca. — Jr College & work
fork lift driver
prev. glass shop
prev - Disneyland

Party 4-28-84? yes
Began 10-12 evening     (Later contradicts himself)
TW & KF saw at party - no

(know JB: yes)
that nite
Police showed up - loud noise
time: 12-1:00 am

Talk with KF after 28th? yes
2 wks later
Talking re: H. Case, K sd he
knew who did it (kids) "be quiet, GDC
don't know what you're talking about"

Wy: JB when she "candid"
partied, took pics @ parties, has (y
scrapbook

he's in pic, KF     4-16-84
(was at that party)

Marty Ashley
Shelly Mantzke
Teresa Mantzke
Jackie Mantzke
Terry Timmons
Gordon Calhoun
Leonard Keith Martin

$110

Begin
9-17-85
























