# EXHIBIT 32

