# EXHIBIT 33

