# EXHIBIT 36

# AFFIDAVIT

State of _Maine_ )
)
County of _Kennebec_ )


I, _Fred B. Jordan_, first being duly sworn, on my oath state the following facts:

In 1986, I was the Chief Medical Examiner for the State of Oklahoma. I am currently Deputy Chief Medical Examiner for the State of Maine.

In February of 2013, Mr. Dan Grothaus, an investigator with the Oklahoma Innocence Project, contacted me and then forwarded me the paper file from the 1986 examination of the remains identified as Denice Haraway. Mr. Grothaus sent me paper documents from that ME File# 86-0171, which I then reviewed.

I did not personally work on any aspect of the Haraway case, however I was familiar with Dr. Larry E Balding, MD and his excellent work in the Oklahoma Medical Examiner's office.

Reviewing the identification process described in this file, I saw that Dr. Richard Thomas Glass, DDS/PhD compared the dental remains with paper charts provided by law enforcement. I personally believed that Dr. Glass was highly competent.

I know that when identifying remains it is normal protocol to compare dental x-rays of the remains, taken by the ME's office with dental x-rays provided by law enforcement or the family of the missing person.

Comparing dental charts of the remains with dental charts of the missing person is also standard practice, but only if dental x-rays are not available.

In the case of Denice Haraway, there were no documents or notes in the file indicating that dental x-rays of the missing person were available for comparison.

Having worked often with both Dr. Larry Balding and Dr. Richard Glass, I know both of them always preferred comparing x-ray (of the remains) to x-ray (of the missing) whenever possible, to confirm an identification.

Dr. Balding was a stickler for detail. I personally knew that Dr Balding always x-rayed every bone of a person's entire body including the skull, jaw and teeth, in order to perform his duties, which would include confirming the identification of remains such as these. Additionally, it was Dr. Balding's practice and ME Office protocol to photograph all of the bones, when recovered as remains.

It was normal practice to compare the x-rays of the skull, jaw and teeth to any available x-rays, including dental x-rays of the missing person.

However, I saw no mention, no document, no notes indicating x-rays of the remains had been conducted, or that these x-rays exist.

It was also normal protocol in a case such as this, to leave the dental x-rays in the ME's file, along with the x-rays taken by the ME's office for comparison. The only reason why dental x-rays of the missing person would be returned to the source -- the missing person's dentist -- is if the missing person's dental x-rays were not a match. Even in that case, a note would be placed in the ME file indicating that the dental x-rays were returned because they did not match the remains.

I cannot think of any reason why an identification was made by the ME's office without using dental x-rays, if the missing person's dental x-rays were available.

I have read this affidavit consisting of ___ page(s) and make this statement of my own free will without promise or threat. Further affiant saith not.

_____
Dr Fred Jordan

Subscribed and sworn to before me this 2nd day of May, 20 13

_____
Tara L. Harrington
Notary Public in and for
The State of Maine

TARA L. HARRINGTON
Notary Public, Maine
My Commission Expires 2/8/2020