# EXHIBIT 38

**DEATH PENALTY**

IN THE COURT OF CRIMINAL APPEALS FOR THE STATE OF OKLAHOMA

FILED
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA
DEC -1 1992
JAMES W. PATTERSON
CLERK

KARL ALLEN FONTENOT )
)
    Appellant, )
)
v. ) Case No. F-88-571
)
THE STATE OF OKLAHOMA, )
)
    Appellee. )

RECEIVED
DEC 1 - 1992
ATTORNEY GENERAL

## ORDER

This matter comes on for hearing upon the Motion to Produce Documents and Things in the Possession, Custody, or Control of the Oklahoma State Bureau of Investigation for Inspection and Copying filed by Appellant Karl Allen Fontenot by and through his counsel, Cindy G. Brown, Assistant Appellate Indigent Defender, 1660 Cross Center Drive, Norman, Oklahoma, (405) 325-3331. The Court, being fully advised, finds good cause for granting the motion.

**IT IS THEREFORE ORDERED** that the Custodian of the Records, Oklahoma State Bureau of Investigation, Oklahoma City, produce for inspection and copying by Anne M. Moore, Appellate Indigent Defender, at its offices at 6600 N. Harvey, Oklahoma City, Oklahoma, on December 17, 1992, at 1:30 p.m. or at a mutually agreed upon time, all documents and things in the possession, custody, or control of the Oklahoma Bureau of Investigation as follows: All documents, including front and back of each page, and things related or referring to the investigation of the kidnapping and of Donna Denise Haraway from the McAnnally's convenience store in Ada, Oklahoma, on April 28, 1984, and subsequent discovery of her remains in Gerty, Oklahoma, on January 20, 1986, and charges

filed in Pontotoc County District Court Case No. CRF-84-183 and Hughes County District Court Case No. CRF-88-43, **including but not limited** to all crime scene diagrams, reports, and photographs; all reports regarding co-defendants Karl Allen Fontenot and Thomas Jesse Ward; all investigatory reports of interviews of any person in connection with Haraway's disappearance and tape recordings thereof; reports of the results of any polygraph or other tests performed in connection with the investigation, particularly the polygraph examination of Thomas Jesse Ward on October 18, 1984; any and all reports and things related to any pickup truck searched by the Ada Police Department or the OSBI in connection with Haraway's disappearance; any and all reports or other documents related or referring to possible suspects in the case; any and all reports or other documents related or referring to Joann Price; any and all reports or other documents prepared by, related to, or referring to the investigations by OSBI agents Gary Rogers, David Dixon, Ann Reed, and Rusty Featherstone.

Entered this 1st day of December, 1992.

_____
PRESIDING JUDGE
OKLAHOMA COURT OF CRIMINAL APPEALS