# EXHIBIT 39

