# EXHIBIT

# 40

