# EXHIBIT 41

1      DEFENDANT'S EXHIBIT NUMBER 32.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

6-13-89
w.mc

# RADIO LOG

ADA POLICE DEPARTMENT                                      WCW-534

DATE __APRIL 28, 1984__

| TIME | MESSAGE |
|---|---|
| 1839 | 26 10-8 from 1300 Kerr Lab    traffic |
| 1852 | 35 10-10 Home |
| 1900 | TEST |
| 1920 | sig.99 at Home Savings & Loan |
| 1922 | 29 10-97 sig.99 |
| 1924 | 35 10-8 |
| 1930 | 26 Main & Turner    PN-2726 |
| 1933 | 27 out in the Alley behind Anthony's on Main |
| 1935 | 26 10-8 |
| 1940 | 29 10-8 |
| 1941 | 27 10-8 |
| 1946 | 27 10-10 at 332-2588 |
| 1950 | 26 out in front of KTEN   traffic |
| 1955 | 900 N. Rennie ref: Fight |
| 1955 | 26 10-8 |
| 1956 | 35 10-97 fight at 200 blk. E. 3rd will be out checking subjects |
| 2000 | TEST |
| 2000 | 35 10-8 subjects responsible have left |
| 2002 | 514 E. Center ref: Shirley Smith rep. that she was having more trouble with the some as before |
| 2005 | 29 10th & Miss.  SM-533 |
| 2005 | 35 10-97 514 S. Center |
| 2006 | 29 10-8 |
| 2006 | 26 out with 35 |
| 2007 | 29 out with 35 |
| 2020 | 35 10-8                                                                                    f |
| 2021 | 26 27 10-8 |
| 2026 | 29 600 W. 14th 181165T |
| 2032 | 29 10-8 10-15 |
| 2050 | McAnallys on /rl. rerf:Gene Welchel rep. that when he came into the store that the c drawer was open and that no one was in the store. |
| 2052 | 26 32nd & Cradduck  SMF-43 |
| 2100 | TEST |
| 2100 | 27 10-97 McAnallys |
| →2120 | 310 W. 15th ref: Loud party |
| 2122± | 27 10-8 from McAnallys  will be out at J.P!S pak-to-go |
| 2122 | 26 10-8 |
| 2124 | 29 out 310 W. 15th |
| →2126 | 29 10-8 |
| 2132 | 27 10-8 |
| 2137 | 26 8th & Miss.   traffic |
| 2145 | 26 10-8 |
| 2150 | McAnallys truck poss. seen going south from Lovelady Church |
| 2200 | TEST |
| 2200 | F-36 out with the truck T154696  by Ken Lance |
| 2217 | Sharon Borden req. that we try to locate her son in a 73 Red Camaro PNA-213 and send them home |
| 2223 | 35 located the camaro at Dicus on 12th |
| 2232 | 35 14th & Rennie  SM-1100 |
| 2233 | 35 10-8 |
| 2240 | 28 out south of Homer |
| 2236 | 26 14th & Rennie   PC-2480 |
| 2240 | 26 10-8 |
| 2241 | 26 500 E. Main |
| 2300 | TEST |
| 2301 | 26 10-8 10-15 |
| 2315 | 28  out at J.P!s getting possible discription on suspects at McAnallys |
| 2322 | 28 Dis. as follows subject 1) WM 22-24 shldr. lenth brown hair  slim clear complexio blue T-shirt faded jeans tennis shoes |
|  | subject 2) blonde ear lobe length hair  5-8--5-10  22-24  faded jeans no shirt tenr |
| 2330 | Gibbs off    Richardson on |
| 2345 | unk rep her daughter and friend are in Wade's Tavern  14 yoa |
| 2347 | 29 & 26 out Wade's |
| 2356 | 29 & 26 10-8 |

6-13-89

# RADIO LOG

DEFENDANT'S EXHIBIT 32 6-13-89

ADA POLICE DEPARTMENT        WCW-534

DATE APRIL 28, 1984

| TIME | MESSAGE |
|---|---|
| 0000 | TEST |
| 0017 | 25 out 12th & Town w/4KT606  TX mc |
| 0034 | 25 10-8 |
| 0056 | Diane Jarman rep Sig 88 trvl east on 14th fm Butler's, red ford p/u blk rollbar whi bumper |
| 0100 | TEST |
| 0110 | Tabby Rudd rep 74 pontiac whi/bro 4dr occupied by 2 IM long hair, ran her off road on hwy 99 north, last seen going east on Francis rd from 99n  county notified |
| 0110 | 29 out Main & Constant w/T423599 |
| 0111 | 29 10-8 |
| 0115 | 35 out Main & Stockton w/PN9305 |
| 0117 | 29 rep Darren Martin rep stolen p/u fm LaFraqua 0015-0100 whi/tan/whi 308541T |
| 0118 | 35 10-8 |
| 0123 | Wyndall Godwyn rep naked WF passed out in vehicle in Knight Hall parklot ECU  24 o.k. |
| 0125 | 29 out w/24 |
| 0137 | 29 10-8 |
| 0148 | 29 out w/two vehicles 2000 blk N. Bdwy |
| 0149 | 29 10-8 |
| 0200 | TEST |
| 0207 | Chris Stevens, 332-2255, req BOLO 1975 Datson B210 Honeybee, yel in color, 2dr PN tags, if located adv them to take vehicle back to owner  occupied by WM & WF |
| 0227 | Diane Jarman rep hotrodder in Butler's orange/yellow nova or chevelle |
| 0229 | 25 out Butler's |
| 0234 | 25 10-8 |
| 0239 | unk rep group of people at 700 blk N. Hickory |
| 0243 | 35 adv group at 700 N. Hickory just visiting, getting ready to head home |
| 0246 | Mrs. Cornish, rep loud roaring noise in 500 blk W. 15th |
| 0250 | 35 adv trains at the end of W. 15th, running  poss noise |
| 0300 | TEST |
| 0400 | TEST |
| 0413 | Larry Watts, Ideal Cement plant rep kids vandalising the plant, req officer meet him at west gate  county notified |
| 0415 | Glen Harris, Dandee Donuts, rep p/u broke into |
| 0416 | 25 out Dandee Donuts |
| 0417 | Phillip Thompson, Cir K/Arl rep 3 IM, drunk, trvl north on Highland on foot had been in store causing trouble  will call back if they come back in |
| 0425 | 25 10-8 |
| 0500 | TEST |
| 0534 | Nancy, Harbert House Motel, rep subj trying to break in rm 29  all units o.k. |
| 0535 | Nancy adv subj just broke window and is in the rm 29 now |
| 0536 | all units out Harbert House Motel |
| 0540 | 29 10-15 29 10-8 |
| 0546 | 25 10-8 |
| 0600 | TEST |
| 0631 | Abbott's Grocery, 4th & Oak, req officer, vandalism |
| 0640 | EMS code 3  3 mi south on Kerr Lab Rd,  lady fell and cut her head |
| 0650 | Sig 99 Western Uniform    LATE - 0633 35 & 29 out Abbott's Grocery    0637 35 & 39 1 |
| 0651 | adv John Mainord of Sig 99, he will go out and check  officer does not need to standb |
| 0654 | EMS code 3 to 1124 N. Stockton, unconscious |
| 0655 | 29 out 1124 N. Stockton |
| 0656 | 25 out Western Uniform |
| 0700 | TEST |
| 0700 | 25 adv window open at Western Uniform |
| 0701 | Adv John Mainord of open window, he's on his way, req officer stand by  25 o.k. |
| 0713 | Paula Atwood, Gregory Pest Control, 301 E. Main, req officer, possible breakin sometim last night  35 o.k. |
| 0715 | 29 10-8   EMS code 3 back to VV |
| 0717 | 25 will be inside Western Uniform w/John Mainord |
| 0718 | 35 out Gregory Pest Control |
| 0721 | 35 10-8 |
| 0724 | 25 10-8 all secure |
| 0730 | Richardson off Vogt on |
| 0800 | Test |
| 0822 | 29 10-45 at Arby's |

```
0841    29 10-8
0900    Test
0908    26 10-45 Bowling Alley
0925    26 10-8
1000    Test
1022    33 10-8
1038    29 checked radar 25/25mph  400 S.Bdwy
1054    29 out at 521 E.16th
1058    29 10-8
1100    Test
1103    C1 10-10 Western Sizzlin
1118    Signal 99 at 126 W.Kings rd.
1122    29 10-97
1124    26 out W/29
1127    26   & 29 10-8
1136    C1 10-8, 26 10-10 Bowling Alley
1200    Test
1206    26 10-8,  29 10-10 Big Ed'S
1242    29 10-8
1300    Test
1305    Disturbance reported at 732 W.15th
1321    C1 checked on west 15th and east 15th but could not locate the house
1322    Had report of manhole cover sticking out in the roadway on N. oak
1323    26 advised that the cover is now in place.
1340    C1 out at 1209 Bolton
1342    C1 10-8
1400    Test
1448    Possible breakin at Irving Gym reported by Diane Sullivan
1451    29 10-97
1452    C1 out W/29
1500    Test
1507    29 & C1 10-8
1530    Vogt gone Gibbs on
1535    514 S. Center ref:Shirley Smith request officer to investigate earlier disturbance
1557    35 10-8 from 514 S. Center
1600    TEST
1602    2 blks. south of Abbott's Grocery on Oak ref:313A wearing white T_Shirt & Blk. pants
1608    26 & 35 didn't see the 313A on 4th or Oak
1610    26 radar check 25/25  700 blk. W. 10th
1629    915 E. 8th ref: Elvin Gurley rep. that he found a bicycle in his bushes
1633    26 out at 915 E. 8th
1635    26 10-8
1641    29 400 W. 13th  radar check  25/25
1654    29 out  with   N-1963
1655    29 10-8
1559    29 Main & Asa       T876285
1700    TEST
1702    29 10-8
1708    29 Main & Asa  WB-3532
1711    26 10-10 Home
1718    29 10-8
1744    35 Miss. Crad. CRR-1787
1745    26 10-8
1748    35 10-8
1755    430 W. 5th ref: need to deliver death message
1800    TEST
1801    26 10-8 1300 Kerr Lab  traffic
1804    Fina station at 200 N. Miss. ref:have found lost child
1807    35 10-97 Fina station
1808    35 10-8 10-12
1814    26 out Kerr Lab & Cradduck  traffic
1819    35 10-8 got the child home
1820    26 10-8
1823    Sig.99 at Music World  515 N. Miss.
1823    27 out at 430 W. 5th
1824    27 10-8 no one was at home
1826    35 29 10-97 sig.99
1828    29 will be out with the owner of Music World
1830    35 10-8
```