# EXHIBIT 42

122

1   DEFENDANT'S EXHIBIT NUMBER 33.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DEFENDANT'S
EXHIBIT
33
6-13-89

6-13-89
-CJ.MC

# RADIO LOG

ADA POLICE DEPARTMENT                                                                 WCW-534

DATE  APRIL 29, 1984

| TIME | MESSAGE |
|---|---|
| 0000 | TEST |
| 0002 | 28 out McAnnally's on E. Arl. |
| 0018 | 28 10-8 |
| 0027 | 29 out Pizza Inn w/PN675 |
| 0028 | 29 10-8 |
| 0030 | 26 out Arl & Miss w/OL2440 |
| 0030 | 29 out on Stockton |
| 0031 | 29 10-8 |
| 0035 | 26 10-8 |
| 0040 | unk rep loud drummer at 515 S. Townsend |
| 0043 | Ricky Huffman rep Sig 89 at 7th & Townsend, adv it was large bro car, Huffman back at residence now, 314 S. Hickory |
| 0045 | 26 out 515 S. Town |
| 0046 | 28 out of unit |
| 0047 | 35 out 314 S. Hickory |
| 0048 | 26 10-8, subj adv they will quieten down |
| 0054 | 35 10-8 |
| 0059 | 29 out Fox Ins Sal w/PN5971 |
| 0100 | TEST |
| 0102 | 29 10-8 |
| 0106 | 28 10-8 |
| 0120 | Ruby Williams, Burger King, rep 1969 red&whi ford p/u has been driving thru parklot several times last time 3 mins ago, occupied by 3 WM 19-22 YOA left south on Miss |
| 0129 | 26 out 1200 blk Cradduck w/T119024 |
| 0132 | 26 10-8 |
| 0149 | F47 out Dicus on Bdwy w/T600744 |
| 0150 | F47 10-8 |
| 0155 | Gene, 1000 Constant req to see F47 |
| 0155 | Diane Jarman, rep poss Sig 88 leaving 14th & Miss  1978 gold formula |
| 0158 | Jim Barrett came into stn to rep Doris Holt (Christianson) had cut him with knife |
| 0159 | 35 out on old 3 & 99 w/gold formula    26 out also |
| 0300 | TEST |
| 0303 | 26 & 35 10-8 |
| 0325 | 26 10-6 10-12 |
| 0332 | Kathy East, 218 E. 14th, #14, rep her apt had been broke into    she'll be in #19 |
| 0334 | 26 10-8 |
| 0336 | 35 & 27 out 218 E. 14th |
| 0347 | 37 & 35 10-8 |
| 0354 | 26 in pursuit of 1978 Datson HLS3 2DR  XJ325  to Jill Thompson Sellman, OKC |
| 0355 | 29,28,35,27, Col, F47 in pursuit also  & 24 |
| 0400 | TEST |
| 0406 | 26 10-22 had flat on county rd by Ken Lance |
| 0418 | 26 10-8 |
| 0420 | 29 adv subj in 280Z lived at 830 E. 12th |
| 0500 | TEST |
| 0534 | Sig 99 1511 E. 4th, owner is there req officer |
| 0536 | 29 out 1511 E. 4th |
| 0541 | 29 10-8 all secure at residence |
| 0555 | 29 & 27 out on Lovelady rd w/375380T |
| 0600 | TEST |
| 0601 | 29 10-15 onetime to county |
| 0610 | 29 out at county |
| 0630 | 27 10-8  Ragland wrecker 10-97 |
| 0700 | TEST |
| 0721 | unk rep car blocking south alley 200 blk W. 13th |
| 0724 | 29 adv owner will move car |
| 0730 | Richardson off Tucker on |
| 0800 | Test |
| 0823 | 29 out 509½ S Townsend |
| 0826 | 29 10-8 |
| 0836 | 32nd & Oak XJ325 veh abbandond 26 Req the Next Wrecker on the list |
| 0900 | Test |
| 0904 | 26 out 1500 W 29th |
| 0913 | Mrs Cloyed Req Officer 2001 Foster Drive |

```
1036   29 out 829 W 12th
1038   26 out 831 E 12th
1044   26 10-8
1048   26 out 518 W 14th
1051   Lady Req Officer to unlock Brown Buic at Trinity Babpist at 10th & Miss   29 Ok
1100   Test
1106   29 out with Traffic
1108   29 10-8
1119   29 10-8
1128   Jan Ozment 720½ N Texas REq Officer to unlock her 74 Buic   29 Ok
1200   Test
1225   29 out Sizzilin Sirlion
1229   Bill Jones Rep that the door to the Green thumb at 15th & Miss has been kicked open
       26 Ok
1248   26 10-8 neighbor's think that the wind did most of the dammage
1300   Test
1326   Danny Hammons request officer at 1129 E. 8th in ref to veh. burg.
1330   test
1338   26 out 1129 E.8th
1345   Ukn Rep lines down on Oak between 13th & 14th  I Notified the Fire Dept
1357   Sig 99  1st Nat Main Bank
1357   29 10-97
1358   27 10-97
1400   27 Rep all appears secure 10-8 as the alarm has reset
1400   29 10-6 with home federal  sig 99
1400   Sig 99 Floyds Pharmacie 1300 E Arl
1402   Mgr at McSwain theater Rep the sign at the ada Men's store is about to  fall
1404   27 10-97 Floyds the manager is on the scene
1407   27 10-8
1407   Dan Asklund 332-6292 was Notifyed Ref Ada Men's Store
1415   Diana Sulivan  Rep that there is a Primer Gray Pickup on 3W by the Hwy Dept with the Ho
       up approx 5 Min ago Mrs Sulivan Home 436-5075  sisters 332-4971
1417   Harry Lundgaard Rep that he accidentally set off the alarm at Trader Mills
1429   29 10-8
1439   Ukn Rep large tree blown down in the road
1442   29 out 2001 Foster Drive
1445   Mr Henderson Rep that there are lines down on N Bdwy and Bdwy & Rich Lights are out
1457   Kevin Meeks M-16 Married student housing Rep that M-8 directly below him appears to hav
       Been broken into
1500   Test
1500   29 out Bdwy & Rich Loop
1530   Tucker off Vogt on
1600   Test
1605   35 10-45 Holiday
1618   26 out at 218 E.14th delivering message
1619   35 10-8
1628   29 out at Village Inn
1630   26 out unlocking car 1130 Constant
1632   26 10-8
1634   26 out ofunit
1641   26 10-8
1641   29 10-8
1645   29 out at Raintree Inn
1653   27 out of unit
1659   29 10-8
1700   Test,Mr.Mullins reports a door open on a bus at Irving School
1701   29 out at Holiday
1704   29 10-8
1712   27 10-8
1731   26 10-10
1746   29 out at Village Inn
1759   26 10-8
1800   Test
1815   29 10-8, 26 out at J.P's East of town
1837   27 10-45 Copper Hearth
1856   35 10-10
1900   Test
1901   27 10-8
1926   35 10-8
2000   Tset
2002   Disturbance reported at 305 E.15th reported by Missy Baxter
2004   35 & 29 10-97
2010   35 & 29 10-8
2011   Woman reported disturbance at the end of Sandy Creek dr.  Notified County
2018   35 & 27 checking a truck at 1015 Sandy Creek dr.
```

6-15-84
w.mc

# RADIO LOG

ADA POLICE DEPARTMENT                                          WCW-534

DATE   APRIL 29th, 1984

| TIME | MESSAGE |
|---|---|
| 2019 | 35 & 27 10-8 |
| 2022 | 26 out N. of Tower rd. with stolen P/U |
| 2034 | 29 10-10 at 332-1469 |
| 2052 | 26 10-8 |
| 2054 | 26 out of unit |
| 2057 | 26 10-8 |
| 2100 | Test |
| 2109 | 29 10-8 |
| 2200 | Test |
| 2203 | 29 out at Holiday |
| 2216 | 29 10-8 |
| 2300 | Test |
| 2330 | Vogt off Richardson on |
| 2340 | 35 out Pizza Hut |
| 2343 | 26 out Beard & 7th w/PN6580 |
| 2344 | 26 10-8 |
| 2348 | 35 10-8 |
| 2349 | Uniwatch/Guardian Angel rep Sig 99 1511 E. 14th, Estelle McGunkins residence |
| 2351 | 35 & 26 out 1511 E. 4th |
| 2352 | Margaret Francis, 1018 E. 9th, Apt C, rep loud party in Apt D |
| 2356 | 26 10-8 |
| 2357 | 35 10-8 |