# EXHIBIT

# 43



# OKLAHOMA BUREAU
## *of*
# INVESTIGATION

BUREAU FILE NUMBER _____

_____

*ee also Nos.* _____

_____

_____

_____

_____

_____

*olume Number* _____

*erials*

BUREAU FILE NUMBER

# OKLAHOMA STATE BUREAU OF INVESTIGATION

| TITLE OF CASE | TYPE OF OFFENSE | FILE NO. |
|---|---|---|
| (S) THOMAS JESSE WARD<br>KARL ALLEN FONTENOT | ROBBERY<br>KIDNAPPING<br>RAPE<br>HOMICIDE | CR #84-094<br>REPORTING AGENT:<br>GARY ROGERS*BY*<br>INVESTIGATIVE PERIOD |
| (V) DONNA DENISE HARAWAY | | 04/28/84 - 12/31/8·<br>TYPED BY / DATE<br>kc / 12/31/8· |

| COPIES DISTRIBUTED | OFFICE OF THE DISTRICT ATTORNEY<br>DISTRICT #22<br>PONTOTOC COUNTY COURTHOUSE<br>ADA, OKLAHOMA 74820 |
|---|---|

## CONFIDENTIAL REPORT – DO NOT COPY – DO NOT DISSEMINATE

This report and the information it contains are part of the confidential files of the Oklahoma State Bureau of Investigation, loaned to you for official use only. Neither the report nor any information it contains may be copied or disclosed without authorization. Unauthorized disclosure is a crime and grounds for removal from office. See Title 74, Oklahoma Statutes, 1976 Supp., Sec. 150.5 C.

SUMMARY OF INFORMATION IN THIS REPORT

On April 28, 1984, at about 2050 hours, GENE WHELCHEL telephoned the Ada Police Department from McAnally's Convenience Store, 2727 East Arlington, Ada, Oklahoma, and reported that no store clerk was in the store.

On April 28, 1984, Sergeant HARVEY PHILLIPS, Ada Police Department, arrived at McAnally's Store where he soon met store manager MONROE ATKESON. ATKESON and PHILLIPS determined that not only was DONNA HARAWAY missing but $167 in bills from the cash register was also missing.

On October 18, 1984, THOMAS JESSE WARD told OSBI Agents GARY ROGERS and RUSTY FEATHERSTONE and Detective Captain DENNIS SMITH that he (WARD), KARL FONTENOT and ODELL TITSWORTH robbed McAnally's Store then kidnapped, raped and murdered store clerk, DONNA HARAWAY. ROGERS, FEATHERSTONE and SMITH then arrested WARD and incarcerated him in the Pontotoc County Jail, Ada, Oklahoma.

On October 19, 1984, at 1000 hours, FONTENOT was arrested in Hominy, Oklahoma, by OSBI Agents JOE COLLINS and JIM OTTE and transported to Stroud, Oklahoma. There Chief of Police RICHARD GRAY and Detective DANNY BARRETT met COLLINS and OTTE and took custody of FONTENOT and transported him to the Police Department in Ada, Oklahoma.

On October 19, 1984, FONTENOT told GARY ROGERS and DENNIS SMITH that he (FONTENOT), WARD and ODELL TITSWORTH robbed McAnally's Store then kidnapped and raped DONNA HARAWAY. TITSWORTH stabbed HARAWAY to death then he (FONTENOT) helped burn the body.

SUMMARY OF INFORMATION IN THIS REPORT

On October 20, 1984, ODELL TITSWORTH was arrested in Tahlequah, Oklahoma, and transported to the Ada Police Department. On October 24, 1984, TITSWORTH was released from custody because no evidence was obtained against him.

On November 7, 1984, WARD and FONTENOT were charged with Robbery, Rape, Kidnapping and First Degree Murder in Pontotoc County District Court, Ada, Oklahoma.

STATUS:    PENDING INACTIVE    (INITIAL)

DETAILS:    This investigation was initiated on April 29, 1984, at 1330 hours, at the request of Ada Police Department Detective MIKE BASKIN who reported that on April 28, 1984, DONNA HARAWAY, a clerk at McAnally's Convenience Store in Ada, was missing from her job at the store. BASKIN also reported that $167 in cash was missing from the register.



T A B L E   O F   C O N T E N T S

INTERVIEWS                                    PAGE

HARVEY PHILLIPS                               14 - 15

GENE WHELCHEL                                 16 - 17

LENNY TIMMONS                                 18

DAVID TIMMONS                                 19

STEVE HARAWAY                                 20 - 21

MONROE ATKESON                                22 - 23

KAREN WISE                                    24 - 26

BARRY LESLIE                                  27 - 28

J. T. McCONNELL                               29 - 30

JANETTE BLOOD ROBERTS                         31

ROBERT CAVINS                                 32 - 37

RONALD GENE TISDALE                           38 - 39

The following persons were interviewed
by officers of the Ada Police Department,
Pontotoc County Sheriff's Office and
Pontotoc County District Attorney's
Office

TOMMY WARD                                    40 - 44

JIM MOYER                                     45

TERRI McCARTNEY                               46 - 53

LEONARD KEITH MARTIN                          54

PAULA BOREN                                   55

WILLIAM HAMMONS                               56 - 57

JANET LYONS WELDON                            58

Dr. NORMAN FRAME                              59

## T A B L E   O F   C O N T E N T S

INTERVIEWS

PAGE

DONNA HOWARD                                    60

O. A. McANALLY                                  61 - 62
Brenda Harrison                                 62 - B girl friend Diane
JACK PASCAL                                     63      worked with D.O. H

CYNTHIA WEAVER Death Pen                         64

DAVID YOCKEY Death Pen                           65 - 66

JIM BOB HOWARD                                   67 - 68

AGNES LUMPMOUTH                                  69

MICHELL WHEELER                                  70

GORDON CALHOUN                                   71 - 74

THAD SELLERS                                     75

TRIP HALL                                        76

MELVIN HARDEN (Taped Statement)                  77 - 87

MIKE ROBERTS                                     88

GENE HOOD, Et. Al.                               89

JO ANN PRICE Death Pen.                          90 - 93

3

## WITNESSES NOT LISTED IN INTERVIEWS

GARY ROGERS, OSBI, Ada, Oklahoma.
(Assisted in interviewing WARD,
 FONTENOT, WISE, DAVID TIMMONS,
 LENNY TIMMONS, GENE WHELCHEL, and
 took photographs of WARD'S and
 FONTENOT line-ups and PRICE'S car.)

RUSTY FEATHERSTONE, OSBI, Oklahoma
City, Oklahoma.
(Assisted in interviewing WARD,
 FONTENOT, TITSWORTH.)

A told Rogers &
Featherston 1st was
a dream → then
repeated dream statement

TABLE   OF   CONTENTS

WITNESSES NOT LISTED IN INTERVIEWS

MIKE BASKIN, Ada Police Department,
Ada, Oklahoma.
(Did background checks on HARAWAY
and ROBERT CAVINS; interviewed
HAMMONS, WELLDON, FRAME, HOWARD,
SELLERS, TRIP HALL and was first
detective to arrive at McAnally's
Store.)

DANNY BARRETT, Ada Police Department,
Ada, Oklahoma.
(Assisted in the search of the burned
out house on Reeves Road; interviewed
O.A. McANALLY, LUMPMOUTH, HOOD and
MOYER.)

JAMES FOX, Ada Police Department, Ada,
Oklahoma.
(Assisted in searching burned out
house on Reeves Road and interviewed
PASCAL.)

TOM TURNER, Pontotoc County Sheriff's
Office, Ada, Oklahoma.
(Interviewed McCARTNEY, BOREN, WARD,
HARDEN and WHEELER.)

LOYD BOND, Pontotoc County District
Attorney's Investigator, Ada, Oklahoma.
(Assisted in searching burned out house
on Reeves Road.  Interviewed WARD,
CALHOUN and MARTIN.)

MONROE ATKESON, Ada, Oklahoma.
(manager of McAnally's, Ada, Oklahoma,
on April 28, 1984.

JEFF MILLER, Ada, Oklahoma.
(Gave statement to Detective SMITH
and BASKIN about WARD.)

Dr. JOHN BURKE, Ada, Oklahoma.          Data Drawn
(Psychologist East Central University.)

Dr. FRED PATRIZZI, Ada, Oklahoma.       Data Drawn
(Professor of Psychology at East Central
University.

# T A B L E  O F  C O N T E N T S

| ATTACHMENTS | PAGE |
|---|---|
| Descriptive Data Sheet on TOMMY WARD. | 1 |
| Descriptive Data Sheet on KARL FONTENOT. | 2 |
| PROSECUTORIAL SUMMARY | 3 - 13 |

LIST OF EXHIBITS NOT ATTACHED
AND IN POSSESSION OF GARY ROGERS

Video taped statement of TOMMY WARD.

Tape-recorded statement of TOMMY
WARD.

Video taped statement of KARL
FONTENOT.

Tape-recorded statement of KARL
FONTENOT.

Video taped statement of TERRI
McCARTNEY.

Video taped statement of JEFF
MILLER.

Tape-recorded statement of initial
interview of JEFF MILLER.

Photographs of TOMMY WARD'S line-ups.

.Photographs of KARL FONTENOT'S
line-ups.

Photographs of car belonging to JO ANN
PRICE.

Long handled shovel found by DENNIS
SMITH near Sandy Creek.
(In possession of JANE ENOS, OSBI,
 Oklahoma City, Oklahoma.)

Military entrenching tool found by
DENNIS SMITH near Sandy Creek.

# T A B L E   O F   C O N T E N T S

LIST OF EXHIBITS NOT ATTACHED          <u>PAGE</u>
AND IN POSSESSION OF GARY ROGERS

Short handled rake found by DENNIS
SMITH near Sandy Creek.


LIST OF EXHIBITS NOT ATTACHED
BUT CONTAINED IN AN UNATTACHED
<u>ENVELOPE</u>

Photograph of TOMMY WARD taken          94
May 1, 1984, by DENNIS SMITH,
Ada Police Department Initial
Report and teletype of incident.

Ada Police Department Radio Log.        95 - 97

Ada Police Department Incident          98
Report on party.

Ada Police Department Report on         99
search of burned out house on
Reeves Road.

Receipts from Medical Examiner's        100
Office on bones submitted from
burned out house.

Ada Police Department Report on         101
report from Medical Examiner's
results on bones found.

Ada Police Department Summary on        102 - 104
Search Warrant of TITSWORTH'S
pickup.

OSBI Lab Report Number LP 84-642        105 - 106
on items submitted from TITSWORTH
pickup.

Background check on DONNA HARAWAY,      107 - 115
college transcript and traffic
record teletype.

TABLE OF CONTENTS

LIST OF EXHIBITS NOT ATTACHED           PAGE
BUT CONTINED IN AN UNATTACHED
ENVELOPE

Status  check on DONNA HARAWAY,         116 - 117
Welfare benefits, income tax
returns, unemployment benefits
and Social Security paid, NCIC
and OSBI search for unidentified
bodies.

Letter sent to all Health Care          118 - 120
and mental facilities in
Oklahoma.

ROBERT CAVINS' background check.        121 - 129

Letter written by TERRI McCARTNEY       130
for KARL FONTENOT.

Work time cards from Wendy's for        131 - 132
KARL FONTENOT.

Copy of arrest warrant for KARL         133
FONTENOT and ODELL TITSWORTH.

Line-up report on TOMMY WARD and        134 - 139
KARL FONTENOT.

TOMMY WARD'S interview conducted        140 - 141
by RUSTY FEATHERSTONE.

KARL FONTENOT'S interview conducted     142 - 143
by RUSTY FEATHERSTONE.

ODELL TITSWORTH'S interview con-        144 - 146
ducted by RUSTY FEATHERSTONE.

OKLAHOMA STATE BUREAU OF INVESTIGATION

## DESCRIPTIVE DATA

NAME: THOMAS JESSIE WARD          ALIASES: TOM, TOMMY

ADDRESS: 1616 Ashland Dr., Ada, OK

PREVIOUS ADDRESS:

TELEPHONE: _____ LIVES WITH:

DOB & POB: 092160  Ada, OK          SEX: M    SSN#: 660668226

RACE: W    HEIGHT: 5'8"  WEIGHT: 145    HAIR: Brown    EYES: Blue

SPOUSE (MAIDEN NAME):

ADDRESS:

PARENTS: Susie Ward - Mother

ADDRESS: 1616 Ashland Dr., Ada OK

EMPLOYED: All Siding          ADDRESS: Oklahoma City, OK

HOW LONG: 1-2 Months          TRADE:

MILITARY SERVICE:          SERIAL NUMBER:

ASSOCIATES: KARL ALLEN FONTENOT

OSBI#:          CASE FILE #: CR84-094

FBI#:          AGENT: GARY ROGERS

POLICE DEPT. #: 190-414

OTHER REMARKS:

OKLAHOMA STATE BUREAU OF INVESTIGATION

## DESCRIPTIVE DATA

NAME: __KARL ALLEN FONTENOT__    ALIASES: _____

ADDRESS: _509½ S. Townsend, Ada, Ok_____

PREVIOUS ADDRESS: __509 S. Stockton, Ada, Ok_____

TELEPHONE: _____ LIVES WITH: _____

DOB & POB: _081064___ Ada, Ok_____ SEX: _M___ SSN#: _444666189_____

RACE: _W___ HEIGHT: _5'8___ WEIGHT: _132_____ HAIR: _Dk Brn_____ EYES: _Green____

SPOUSE (MAIDEN NAME): _____

ADDRESS: _____

PARENTS: __FATHER: CHARLES IRVING FONTENOT_____ MOTHER: DOTTIE ALICE BAGWELL --DECEASED

ADDRESS: __FATHER: Pampa, Tx_____

EMPLOYED: _Wendy's_____ ADDRESS: ___Ada, OK_____

HOW LONG: __One month_____ TRADE: _____

MILITARY SERVICE: __ARMY NATIONAL GUARD_ SERIAL NUMBER: __444666189_____

ASSOCIATES: _THOMAS J. WARD_____

OSBI#: _____ CASE FILE #: __CR84-094_____

FBI#: _____ AGENT: __GARY ROGERS_____

POLICE DEPT. #: _190-415_____

OTHER REMARKS: _____

_____

_____

_____

## PROSECUTORIAL SUMMARY


On April 29, 1984, at 1330 hours, Ada Police Detective MIKE BASKIN reported to OSBI Inspector B. G. JONES that DONNA DENISE HARAWAY, a store clerk for McAnally's Convenience Store at 2727 East Arlington in Ada, was missing. Also reported missing was $167 in cash from the cash register. BASKIN requested the assistance of the Oklahoma State Bureau of Investigation.

On April 30, 1984, Ada Police Sergeant HARVEY PHILLIPS told OSBI Agent GARY ROGERS that on April 28, 1984, PHILLIPS was dispatched to McAnally's Store at 2727 East Arlington where the store clerk was reported missing.

PHILLIPS, who was the first officer to arrive at McAnally's Store, arrived at about 2100 hours and met GENE WHELCHEL, LENNY TIMMONS and two other men that PHILLIPS did not know. TIMMONS told PHILLIPS that when he and WHELCHEL arrived at the store they could not find an employee so WHELCHEL telephoned the McAnally Store on North Broadway in Ada and Store Manager MONROE ATKESON and the Ada Police Department.

PHILLIPS saw that DONNA HARAWAY, the store clerk, was missing and the cash register was open and that it contained no five, ten or twenty dollar bills. PHILLIPS also saw a brown vinyl purse and a set of car keys behind the cash register counter. HARAWAY'S car, a Plymouth or Dodge, was parked on the east side of the store.

GENE WHELCHEL told ROGERS that on April 28, 1984, at about 2045 hours, he and his nephews, LENNY and DAVID TIMMONS, stopped at McAnally's Store on East Arlington. LENNY went inside the store but DAVID stayed in LENNY'S car and WHELCHEL stayed in his pickup. WHELCHEL saw a light colored, early model pickup, maybe a 1970's model, parked between the gas pumps and front door of the store. WHELCHEL saw a white male and a white female come out of the front door of the store and get into the parked pickup and drive away.

WHELCHEL described the man as about five feet, eight inches tall, 150 pounds, ear length blonde hair and between twenty and twenty-five years of age. The male was accompanied by a white female with the same physical appearance as DONNA HARAWAY. Later, WHELCHEL identified TOMMY WARD from a line-up as the man who accompanied HARAWAY from the store.

Prosecutorial Summary
Page Two

*8:45*

On April 28, 1984, at about 2045 hours, DAVID ALLEN
TIMMONS sat in LENNY'S car at McAnally's Store. DAVID saw
the back end of a pickup truck, thought to be a 1972 model,
parked between the gas pumps and front door of the store.
The pickup was, he thought, a dull blue with gray primer
spots and straight side bed. DAVID saw a short, stocky built,
white male, with dishwater blonde hair, walk out of the store,
accompanied by a white female. The female looked similar to
the photograph of the missing store clerk. The male had his
arm around the waist of the female as they walked out of the
store and she and the male got into the passenger side of the
pickup and rode away. TIMMONS did not see the driver of the
pickup.

On April 28, 1984, at 2045 hours, LENNY LEWIS
TIMMONS stopped at McAnally's Store and he saw a white male,
about five feet, eight inches tall, medium build, blonde hair,
leave the store with a white female, who was about five feet,
eight inches in height, with blonde, shoulder length, curly
hair. The man and woman got into a '60's to early '70's model
pickup that was parked between the gas pumps and front door of
the store then the pickup left traveling east. TIMMONS found
no store clerk in the store and noticed the cash register open
and most of the money was missing. LENNY identified an OSBI
composite drawing as a look alike of the blonde headed man he
saw leave McAnally's Store with the white female on April 28,
1984.

On October 29, 1984, LENNY TIMMONS identified TOMMY
WARD from a line-up as looking like the person he saw leaving
the store with a blonde headed woman.

KAREN SUE WISE worked the 1500 to 2300 hour shift
on April 28, 1984, at J.P.'S Convenience Store about two
blocks east of McAnally's Store on East Arlington. At around
*( 7:15 )*1915 hours, April 28, 1984, she saw two white males come into
J.P.'S and play pool. WISE described one of the white males
as having dishwater blonde hair, light colored eyes, five feet,
seven inches to five feet, eight inches tall, 130 to 145 pounds,
early twenties, acne scars on cheek bones, hair neat, feathered
cut, light colored t-shirt, faded blue jeans, tennis shoes.
The other white male was about six feet tall, early twenties,
brown collar length hair, slender build, possibly blue eyes,
kid face with some facial hair on upper lip, protruding Adam's
apple, fairly neat, light blue t-shirt with possibly a small
design on the right side, blue jeans and tennis shoes. The
two men drove an older model pickup, thought to be a step side
type, with light colored spots on the driver's door and bed.

4

Prosecutorial Summary
Page Three


On November 19, 1984, WISE identified TOMMY WARD in a seven man line-up as looking like one of the men that was in J.P.'S Store April 28, 1984.

STEVE HARAWAY received a telephone call from DONNA on April 28, 1984, at about 1930 hours and she asked him to look up a word for her in the dictionary. She was studying for her teacher's examination. The conversation lasted about five or ten minutes and everything appeared to be all right.

BARRY LYNN LESLIE was acquainted with TOMMY WARD and KARL FONTENOT. After McAnally's robbery, LESLIE noticed that WARD acted depressed, almost to the point of being despondent at times. WARD told LESLIE that he (WARD) had stolen a safe from McAnally's Store on Broadway and got a considerable amount of money from it. WARD also told LESLIE that he (WARD) would like to rob McAnally's on Arlington.

WARD bragged to LESLIE that WARD and a person named DUSTY (Last Name Unknown) pulled either a robbery or burglary in South Carolina and got away with a large amount of narcotics. WARD said he either shot or shot at a police officer who got after them.

LESLIE and WARD partied together numerous times and WARD'S favorite spot was the power plant on Reeves Road west of Ada. WARD and FONTENOT were very close and FONTENOT would do anything WARD asked him to do.

J. T. McCONNELL had lived next door to WARD and had known TOMMY WARD all of WARD'S life. McCONNELL had seen WARD, FONTENOT and some of the people they ran around with in an early 1970's model Chevrolet pickup, with a long wide bed and it had spotted gray paint with gray primer on it. The pickup also had an off colored door on it but he could not recall if it was on the driver or passenger side of the truck. He first saw the pickup about one month before McAnally's robbery and last saw it around April 21, 1984, parked on Sandy Creek Drive.

On October 18, 1984, THOMAS JESSE WARD told OSBI Agents GARY ROGERS and RUSTY FEATHERSTONE, and Detective Captain DENNIS SMITH that he (WARD), KARL FONTENOT and ODELL TITSWORTH robbed McAnally's Store then kidnapped, raped and murdered the store clerk, DONNA HARAWAY. ROGERS, FEATHERSTONE and SMITH then arrested WARD and incarcerated him in the Pontotoc County Jail, Ada, Oklahoma.

On October 19, 1984, at 1000 hours, FONTENOT was arrested in Hominy, Oklahoma, by OSBI Agents JOE COLLINS and JIM OTTE and transported to Stroud, Oklahoma. There Chief of

Prosecutorial Summary
Page Four

Police RICHARD GRAY and Detective DANNY BARRETT met COLLINS
and OTTE and took custody of FONTENOT and transported him
to the Police Department in Ada, Oklahoma.

On October 19, 1984, FONTENOT told GARY ROGERS
and DENNIS SMITH that he (FONTENOT), WARD and ODELL TITSWORTH
robbed McAnally's Store then kidnapped and raped DONNA HARAWAY.
TITSWORTH stabbed HARAWAY to death then he (FONTENOT) helped
burn the body.

On October 20, 1984, ODELL TITSWORTH was arrested
in Talequah, Oklahoma, and transported to the Ada Police
Department. On October 24, 1984, TITSWORTH was released from
custody because no evidence was obtained against him.

On October 24, 1984, at 2030 hours, TOMMY WARD and
five other white males were placed in a line-up at the Ada
Police Department. The line-up was conducted in the presence
of Pontotoc County District Attorney BILL PETERSON, WARD'S
Attorneys DON WYATT and MIKE ADDICOTT, Agent GARY ROGERS and
Ada Police Department Detective DENNIS SMITH.

LENNY TIMMONS and GENE WHELCHEL identified WARD as
looking like the person that they saw leave McAnally's Con-
venience Store on April 28, 1984, with a blonde headed woman,
thought to be DONNA HARAWAY. DAVID TIMMONS made no identifi-
cation of anyone in the line-up.

The following people, and the order in which they
stood, were used in the line-up:

                    JAMES BOSTICK

                    RICHARD SULLIVAN

                    ROSS TUCKER

                    TOMMY WARD

                    RANDY COURTNEY

                    MARK MORRIS

On November 7, 1984, WARD and FONTENOT were charged
with Robbery, Rape, Kidnapping and First Degree Murder in
Pontotoc County District Court, Ada, Oklahoma.

On November 8, 1984, at 1935 hours, WARD and six
other persons were placed in a line-up at the Ada Police
Department. The line-up was conducted in the presence of WARD'S
Attorney, DON WYATT, Assistant Pontotoc County District Attorney
CHRIS ROSS, Agent GARY ROGERS, Ada Police Department Officers
DENNIS SMITH, JAMES FOX, MIKE BASKIN, Pontotoc County Deputies

Prosecutorial Summary
Page Five


TOM TURNER, RICK JOHNSON, WES EDENS and East Central Campus
Police Officer RAY FARMER.

After the line-up, PASCAL said, "GARY, if number
six (WARD) is not the kid I saw at J.P.'S its his damn twin
brother.  Its just him."

The following people were placed in the line-up:

> RANCE STEIN
>
> PAUL CARTER
>
> GARY GREEN
>
> JAY WYATT
>
> GARY DARBY
>
> TOMMY WARD
>
> RANDY COURTNEY

6    On November 19, 1984, at 1930 hours, WARD and six
other persons were placed in a line-up at the Ada Police
Department.  The line-up was conducted in the presence of
WARD'S Attorney, DON WYATT, Pontotoc County Assistant District
Attorney CHRIS ROSS, Agent ROGERS, Ada Police Department
Officers DANNY BARRETT, MIKE BASKIN and East Central University
Campus Police Officer RAY FARMER.

After the line-up KAREN WISE said, "That night (April
28 th) number four (WARD) stands out in my mind as being one
of the guys that I served, I really think thats the guy."  "He
doesn't look the same, he's hollow eyed and his hair is dirty."

Witness JIM MOYER said, "Number four (WARD) stuck out
as being the guy I saw that night."  MOYER said that he knew
number five (MYERS) because MOYER had a class at East Central
University with MYERS.  MOYER said number two (BRIDGES) had a
hair color similar to the person he saw the night of McAnally's
robbery.

The following people were placed in the line-up:

> ROSS TUCKER
>
> PAUL BRIDGES
>
> DAVID MARTIN
>
> TOMMY WARD
>
> DAVID MYERS
>
> J. C. NICHELL
>
> JAMES BOSTIC

7

Prosecutorial Summary
Page Six

On December 11, 1984, at 1930 hours, KARL FONTENOT
and six other persons were placed in a line-up at the Ada
Police Department. The line-up was conducted in the presence
of FONTENOT'S Attorney, GEORGE BUTNER, Pontotoc County
Assistant District Attorney CHRIS ROSS, Agent GARY ROGERS,
Ada Police Department Officer JAMES FOX and East Central
University Campus Police Officer RAY FARMER.

JACK PASCAL and KAREN WISE did not identify anyone
from the line-up. JIM MOYER said, "I would still have to
go with number five (FONTENOT)."

At FONTENOT'S attorney's request, FONTENOT was
positioned as the number three person in the line-up when
PASCALA looked at the persons in the line-up. FONTENOT was
positioned as the number five person in the line-up when
MOYER looked at the persons in the line-up.

The following persons were used in the line-up"

GARY OLINGHOUSE
THOMAS MILLER
KARL FONTENOT
RICKY CROW
JOSE CARRASEO
RONNIE MARTIN
SCOTT KELLY

The following is a summary of persons that were interviewed by the Ada Police Officers, Pontotoc County Sheriff's Officers and District Attorney's Staff.

THOMAS JESSE WARD on May 1, 1984, told Detective DENNIS SMITH that he had not been in the McAnally's Store on Arlington in six months. WARD also told SMITH that he had known HARAWAY for about one year. WARD and FONTENOT were supposed to have been fishing at a pond on April 28, 1984 until dark and then went to a party next door to JANETTE ROBERTS' apartment. Later that night, the police showed up. WARD spent the night at ROBERTS with FONTENOT.

WARD on October 31, 1984, told District Attorney's Investigator LOYD BOND and Deputy TOM TURNER that WARD and FONTENOT had gone fishing on April 26, 1984. On April 27, 1984, WARD and FONTENOT went to a keg party at JANETTE ROBERTS and he stayed until 0400 hours, April 28, 1984, then he went home. WARD was sick and stayed at home all day and babysat for his sister. He went to sleep that night and was awakened by his brother-in-law, ROBERT CAVINS, and WARD helped CAVINS fix a broken pipe under the house. The next day he helped BILL and TONY TATUM haul hay.

During the interview Deputy TURNER showed WARD a picture of RONALD GENE TISDALE and asked him who it was and WARD replied that it was TITSWORTH.

JAMES MOYER on April 30, 1984, told Detective DANNY BARRETT that on April 28, 1984, at about 1930 hours, MOYER was in McAnally's on East Arlington. MOYER saw a light gray, rough looking 1967 to 1969 Chevrolet pickup parked facing the building between the ice machine and the front door. MOYER saw a dark haired male enter the store then later a blonde haired male enter the store. MOYER left shortly thereafter. MOYER looked at the tag number but could not remember it.

TERRI McCARTNEY on November 6, 1984, told Deputy TOM TURNER that KARL FONTENOT told her that he (FONTENOT) TOMMY WARD and ODELL TITSWORTH had pulled McAnally's robbery and that they killed and burned her. Also he had denied to McCARTNEY that he was not involved in McAnally's robbery.

LEONARD KEITH MARTIN on November 5, 1984, told LOYD BOND that he (MARTIN) heard KARL FONTENOT tell TERRI McCARTNEY that he (FONTENOT) and TOMMY WARD had gotten the girl from the convenience store, drove her to an old house then raped and killed her and then burned her in the old house.

PAULA BOREN on November 5, 1984, told Deputy TOM TURNER that on two occasions BOREN heard WARD say that he cut HARAWAY on the arm and breast and another time WARD told BOREN that looking for the body would be like looking for a needle in a haystack.

JANET LYONS WELDON told Detective MIKE BASKIN that DONNA HARAWAY was JANET'S sister and she had given DONNA a light lavender colored blouse, with small blue flowers on it. It had lace around the collar and gathered with elastic on the sleeves and buttoned down the front. JANET checked DONNA'S clothes, since the robbery and did not find the blouse.

Doctor NORMAN FRAME on November 13, 1984, told Detective MIKE BASKIN that he (FRAME) had HARAWAY in his class during the spring and considered her a good, dependable student. She was well adjusted and thought highly of by the instructors and her peers.

DONNA HOWARD on November 6, 1984, told Detective MIKE BASKIN that she (HOWARD) was HARAWAY'S supervisor while she was a practice teacher. HARAWAY had practice taught six of the required eight weeks with only one absence. HOWARD never noticed anything out of the ordinary about HARAWAY and had no reason to believe that she would not be in school on April 30, 1984. HARAWAY seemed very interested in becoming a teacher.

O. A. McANALLY on November 16, 1984, told Detective DANNY BARRETT he owned the McAnally's Convenience Store Chain. He bought the Arlington Store July 15, 1981. McANALLY considered HARAWAY a good employee. McANALLY had a burglary November 15, 1981, but he could not connect WARD with it. LISA LAWSON, an employee at the time, dated TOMMY WARD.

JACK PASCAL on November 8, 1984, told Detective FOX that he came into J.P.'S Convenience Store on April 28, 1984, sometime prior to 2000 hours. He sometimes worked there. At KAREN WISE'S request he checked on two men who were playing pool. The men made WISE nervous. PASCAL checked the room and when he came back to the front, one of the men came up for some change. PASCAL described the subject as a young man, slender build, medium to light brown hair that came down just below the ear, slim face, five feet, ten inches to five feet, eleven inches tall and his cheeks had a hollow appearance. He described the second person as a young white man with a ruddy complexion, sandy blonde hair with a reddish tint, husky build, five feet, nine inches to five feet, eleven inches tall and

weighing 185 pounds.   PASCAL described the pickup they were in as a mid 1960's to early 1970's Chevrolet painted with primer paint.

CYNTHIA WEAVER on October 30, 1984, told LLOYD BOND that WEAVER worked at the U-Totem Store at Main and Mississippi from February 4, 1984 until April 9, 1984.  During that time, TOMMY WARD, whom she had known for seven years, and KARL FONTENOT came into the store and WARD said to her, "What if we rob you?"  FONTENOT ran around the store yelling and screaming and knocking items off the shelves.  At WEAVER'S request, WARD finally left the store.

DAVID YOCKEY on November 14, 1984, told Detectives BASKIN and SMITH that he had known WARD for a long time and he had seen WARD carry a folding buck pocket knife in his back pocket.  He also saw WARD pull the knife on a man in a bar in Talihina, Oklahoma.

JIM BOB HOWARD on November 16, 1984, told Detective DENNIS SMITH that HOWARD had known TOMMY WARD about a year and a half.  He had seen WARD carry a lock blade pocket knife with a four or five inch blade.

AGNES LUMPMOUTH on October 24, 1984, told Detective DANNY BARRETT that LUMPMOUTH is the mother of MICHELLE WHEELER. MICHELLE WHEELER came to LUMPMOUTH'S home the day TITSWORTH broke his arm and later that day, TITSWORTH came over after he got out of jail.  They both stayed there for several days without going anywhere because TITSWORTH'S arm was hurting. LUMPMOUTH never saw TITSWORTH in a vehicle while he stayed there and he never had any visitors.

MICHELLE WHEELER on October 23, 1984, told Detectives MIKE BASKIN and Deputy TOM TURNER that WHEELER dated ODELL TITSWORTH and was living with him at his mother's house on April 26, 1984, when he was arrested by Ada Police on a disturbance charge.  During the arrest, TITSWORTH'S arm was broken. TITSWORTH got out of jail on April 26th and came over to WHEELER'S mother's house and TITSWORTH did not leave the house until April 29, 1984, and that was when they went to Blue River to go swimming with friends.  TITSWORTH did not swim because he had a cast on his arm from his wrist to his shoulder.

GORDON DOUGLAS CALHOUN on November 13, 1984, told LOYD BOND that CALHOUN lived in the apartment next door to JANETTE GLOVER ROBERTS.  CALHOUN could not remember a party on April 28, 1984, but said they partied a lot.  CALHOUN knew TOMMY WARD and KARL FONTENOT, but knew very little about them.

11

When WARD came to the parties he did not stay long because people did not like him.

CALHOUN had heard WARD talk about robbing and stealing.

CALHOUN heard FONTENOT say at a party that he knew who did the McAnally's robbery and CALHOUN heard someone tell him to shut up.

CALHOUN noticed that TOMMY WARD changed his hair style in May 1984 and started wearing it shorter.

THAD SELLARS on December 21, 1984, told MIKE BASKIN that SELLARS lived across the street from the WARDS for over twenty years. TOMMY WARD'S father had the house built but not finished and the only source of water for the house for years was an outside hydrant. The WARDS had no in-door plumbing and carried their waste out in a bucket to an adjacent lot to a septic tank.

TRIPP HALL on December 13, 1984, told BASKIN that HALL was the instructor at Valley View Hospital, EMT Class, in which JOYCE CAVINS was a student. The class was scheduled from 0900 to 1500 on April 28, 1984 and records indicated that CAVINS was present that day. The class sometimes was released as early as 1300 to 1400 hours and they rarely stayed past the 1500 schedule.

MELVIN HARDEN on November 16, 1984, told Deputy TOM TURNER that sometime in late May or early June 1984, TOMMY WARD told HARDEN that he (WARD) did the McAnally robbery and they would never find the body.

MIKE ROBERTS on October 23, 1984, told DENNIS SMITH that ROBERTS was JANETTE GLOVER ROBERTS' husband and he worked with WARD up until WARD'S arrest. WARD told ROBERTS that he dreamed about the HARAWAY case after he was interviewed on October 12, 1984, by Detectives BASKIN and SMITH.

ROBERTS said that WARD told him he would black out when he drank and the periods would last a couple of hours.

GENE HOOD on October 25, 1984, told DANNY BARRETT that HOOD owned Collins Lumber Company and he was asked to check his sales tickets for plumbing supplies under the name of WARD or CAVINS for the month of April, but he could find none.

12

BARRETT checked all other businesses in the Ada area and could find nothing indicating that any plumbing supplies were purchased in the name of WARD or CAVINS.

JO ANN PRICE on September 17, 1984, told DENNIS SMITH that PRICE, while returning from her baby's doctor's appointment on July 30, 1984, was followed and forced off the highway by a silver pickup with gray primer spots. The blonde haired suspect broke out her windshield with a board and cursed and threatened her.

She was shown a photo line-up containing the photos of TOMMY WARD and KARL FONTENOT and she picked them out as the two men who ran her off of the road and damaged her car.



OKLAHO   STATE BUREAU OF INVEST   ATION

Date of Transcription   12/31/84/kc

HARVEY PHILLIPS, Sergeant, Police Depart-
ment, Ada, Oklahoma, provided the following informa-
tion:

At about 2050 hours on April 28, 1984,
PHILLIPS was at the Ada Police Station when Dispatcher
KYLE GIBBS received a telephone call reporting that
there was not an employee inside McAnally's Convenience
Store on Broadway in Ada. GIBBS told the caller that
he would notify the Pontotoc County Sheriff's Office
because the store was outside the Ada City limits.

About two minutes later, GIBBS received an-
other telephone call and the caller reported that there
had been a mistake and the caller reported that no em-
ployee was inside the McAnally Convenience Store on
Arlington Street in Ada. PHILLIPS got into a police
cruiser and drove toward the McAnally Store on
Arlington Street on the east side of Ada.

After about ten minutes, PHILLIPS arrived at
the store where he saw GENE WHELCHEL, LENNIE TIMMONS
and two men who PHILLIPS did not know. TIMMONS told
PHILLIPS that when TIMMONS and WHELCHEL had arrived at
the store, they did not find any store employee inside
the store so WHELCHEL telephoned the McAnally Store on
Broadway in Ada, Store Manager MONROE ATKESON and the
Ada Police Department.

PHILLIPS saw that the store's cash register
drawer was open and there were no five, ten or twenty
dollar bills in the register. There were one dollar
bills and coins inside the register and there was a
brown vinyl purse and keys behind the cash register
counter. The store's interior appeared orderly and
WHELCHEL told PHILLIPS that neither WHELCHEL nor
TIMMONS had disturbed anything inside the store except
the telephone.

Interviewed on   04/30/84            at  Ada, Oklahoma            File #  CR #84-094

by  Agents JOE HOGAN and GARY ROGERS   Date dictated   05/07/84

This document contains neither recommendations nor conclusions of the OSBI. It is the
property of the OSBI and is loaned to your agency; it and its contents are not to be dis-
tributed outside your agency.

CR #84-094
INTERVIEW OF HARVEY PHILLIPS, 04/30/84/kc
PAGE TWO


At about 2100 hours, MONROE ATKESON arrived
at the store and ATKESON audited the cash register.
ATKESON determined the  register was short $167, not
including a five dollar sale which was registered on
a gasoline pump.  PHILLIPS looked inside the brown
vinyl purse and found an Oklahoma driver's license
for DONNA DENICE HARAWAY.  There was a small Plymouth
or Dodge car parked near the east side of the store
and PHILLIPS later learned from DONNA'S husband, STEVE
HARAWAY, that the car was owned by DONNA.

OKLAHOMA   STATE BUREAU OF INVEST  ATION

Date of Transcription   12/31/84/kc

GENE WHELCHEL, White Male, Date of Birth: October 6, 1945, Route Four, Box 306, Ada, Oklahoma, Telephone Number: (405) 332-2955, provided the following information:

On April 28, 1984, at 2045 hours, WHELCHEL, who was alone in his pickup truck, stopped at McAnally's Convenience Store on West Arlington Boulevard and parked on the west end of the convenience store. His nephew, DAVID and LENNY TIMMONS, followed him to the store in their car and parked beside WHELCHEL. WHELCHEL stayed in his pickup and DAVID stayed in the car while LENNY went inside McAnally's to get some change. WHELCHEL had company at his house and they were expecting him back pretty soon so he looked at his watch and it was ~~2045~~ hours.
8:40

WHELCHEL waited for LENNY for about five minutes and saw him come to the front door and open and close it a couple of times, apparently to activate the door buzzer. LENNY then summoned WHELCHEL to enter the store and when he entered he noticed that the store clerk was missing and the cash register was open. WHELCHEL then notified the police.

While WHELCHEL sat in his pickup waiting for LENNY to come outside, WHELCHEL saw a light colored, full size pickup, maybe early 70's model, setting in the driveway of the convenience store between the gas pumps and the front door of the store, facing the east. He thought it was not the narrow bed type. When WHELCHEL first stopped at the convenience store, he saw a man and woman come out of the convenience store and get into that pickup and drive off. WHELCHEL described the man as a white male, 5'8" tall, 150 pounds, blonde hair, about ear length, twenty to twenty-five years of age. He appeared to be dressed neatly and was possibly wearing tan or white jeans. The white male was accompanied by a white female, close to the same height as the man and fit the same physical appearance as DONNA HARAWAY, the missing store clerk.

_(handwritten margin notes, left side:)_ notice my Books on Counter / anyone sitting in pickup / anyone drove off before or after D + DOA

_(handwritten margin notes, right side:)_ possibly Sedy / T. shirt shorts - T-shirt - short sleeved / light faded / Levis shirt

nterviewed on   04/30/84   at   Ada, Oklahoma   File #   CR #84-094

y   Agent GARY ROGERS   Date dictated   05/31/84

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

1 8

CR #84-094
INTERVIEW OF GENE WHELCHEL, 04/30/84/kc
PAGE TWO


        WHELCHEL was not too familiar with the
HARAWAY girl because he had only stopped at the
convenience store a couple of occasions when she was
working there.

OKLAHO   STATE BUREAU OF INVEST   ATION

Date of Transcription   12/31/84/kc

LENNY LEWIS TIMMONS, White Male, Date of
Birth: September 8, 1959, 604 North Morgan, Moore,
Oklahoma, Home Telephone Number: (405) 799-9136,
provided the following information:

On ~~May~~ *Apr.* 28, 1984, LENNY and DAVID TIMMONS,
riding in LENNY'S car, stopped at McAnally's Con-
venience Store to get some change.  Their uncle,
GEORGE WHELCHEL, followed them in a pickup and he
too stopped at McAnally's Store.  They parked on
the west end of the store and LENNY went in the
store while DAVID and WHELCHEL remained in their
car and pickup.

As LENNY walked toward the door to the
store, he saw a white male, about five feet eight
inches tall, medium build, with blonde hair cut to
about the middle of the ear and a white female exit
the front door of the store.  She was about the
same height as the male and had blonde shoulder
length, curly hair.  The man and woman got into an
older, late 60's or early 70's model pickup, which
was parked between the gas pumps and the front door
of the store.  The man and woman got into the pas-
senger side.  LENNY thought the man had on a light
colored t-shirt and faded blue jeans.  LENNY did
not notice the driver of the pickup.

LENNY went into the store and noticed that
there was no one behind the counter.  He looked
around in the store for the attendant, but did not
find anyone.  LENNY returned to the front portion
of the store and saw that the cash register drawer
was open and all the money, except for the one's
and the change was missing.  LENNY then summoned his
uncle and brother into the store and called authorities.

LENNY TIMMONS was shown the composite drawings
drawn by Agent HARVEY PRATT from information given by
KAREN WISE and he said the blonde headed man looked
similar to the man he saw coming out of the store with
the blonde headed woman on the evening of April 28, 1984.

Interviewed on ___05/01/84___                OSBI Headquarters
                                      at Oklahoma City, Oklahoma File # CR #84-094

by Agent GARY ROGERS                          Date dictated   05/31/84

This document contains neither recommendations nor conclusions of the OSBI.  It is the
property of the OSBI and is loaned to your agency; it and its contents are not to be dis-
tributed outside your agency.

OKLAHO    STATE BUREAU OF INVEST    ATION

Date of Transcription___12/31/84/kc_____

DAVID ALAN TIMMONS, White Male, Date of
Birth: June 28, 1967, 405 North Norman, Moore,
Oklahoma, Home Telephone Number: (405) 794-0687,
provided the following information:

On May 28, 1984, DAVID and LENNY rode
in a car and followed their uncle, GEORGE WHELCHEL,
to McAnally's Convenience Store on Arlington. When
they stopped it was between 2030 and 2045 hours.
They parked on the west side next to the outside
telephone. DAVID stayed in the car and his uncle
stayed in his pickup, while LENNY went inside the
store to get some change. While sitting there,
DAVID saw the back end of a what he thought was a
1972 Chevrolet pickup parked facing east between
the gas pumps and the front door of the conven-
ience store. The pickup was a dull dark blue with
gray primer spots and had conventional side type
bed.

DAVID also saw a white male, short stocky
build, dishwater blonde hair, with hair shorter
than ear lobe length, come out of the store and he
was accompanied by a white female. DAVID had seen
DONNA HARAWAY'S photograph and the female looked
similar to HARAWAY. DAVID thought the white male
had his arm around the female's waist. The white
male walked with HARAWAY between him and DAVID.

The man and woman immediately got into
the pickup from the passenger side then the driver
drove the pickup away from the store traveling east
on the four lane. The female did not act like she
was afraid to get into the pickup and DAVID did not
notice anything unusual during the short time that
he watched them. DAVID noticed the female got into
the pickup first. DAVID did not see the driver of
the pickup.

---

nterviewed on _05/01/84_____  at _Moore, Oklahoma____  File # _CR #84-094___

'y _Agent GARY ROGERS_____  Date dictated _05/31/84_____

This document contains neither recommendations nor conclusions of the OSBI. It is the
roperty of the OSBI and is loaned to your agency; it and its contents are not to be dis-
ributed outside your agency.

19

OKLAHO  STATE BUREAU OF INVEST  ATION

Date of Transcription  12/31/84/kc

STEVE HARAWAY, White Male, Date of Birth: June 10, 1958, 202 East Fourteenth Street, Apartment D, Ada, Oklahoma, provided the following information:

STEVE HARAWAY was a student at East Central University and was employed at the Wee Pack Um Store in Ada, Oklahoma.

HARAWAY and DONNA DENICE HARAWAY had been married for nine months. DONNA was reared around the Purcell, Oklahoma, area but she had been in Ada, Oklahoma, while attending East Central University.

On April 28, 1984, STEVE worked at the Wee Pack Um Store until 1900 hours then he went home. At about 1930 hours, he received a phone call from DONNA while she was working at McAnally's Store. DONNA wanted him to look up a word in the dictionary for her and indicated that she was studying for her teacher's examination. Their conversation lasted approximately five or ten minutes and at that time everything appeared to be all right.

Sometime after 2100 hours, April 28, 1984, STEVE received a phone call from the police who told him that his wife was missing. He knew of no one that DONNA was having problems with at the store, other than she had received two to three obscene phone calls at the store. The last phone call was two or three weeks prior to her disappearance.

The only person his wife ever mentioned as acting strange in the store was a Vietnam Veteran, who drove a Chevrolet Chevette and apparently from what he could determine was going to the Okmulgee Vocational Technical School. He sometimes drove through Ada going to Sulphur, Oklahoma. But the Veteran was never aggressive or ever caused any problems in the store other than carry on some strange conversations. MONROE ATKINSON, who was the Manager of McAnally's, knew about the Veteran too.

---

nterviewed on  04/30/84  at  Ada, Oklahoma  File #  CR #84-094

y Agent GARY ROGERS  Date dictated  05/31/84

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CR #84-094
INTERVIEW OF STEVE HARAWAY, 04/30/84/kc
PAGE TWO


        HARAWAY had no knowledge of what could have
happened to his wife.  DONNA had a $50,000 term life
insurance policy, which was taken out on her by her
step-father, BOB VIRGIN, about one and one-half years
ago.  STEVE sold insurance then and he thought VIRGIN
took the policy out because STEVE was dating DONNA.
BOB VIRGIN was the beneficiary.



OKLA' 'MA STATE BUREAU OF INVESTIGATION

Date of Transcription ___12/31/84/kc___

MONROE ATKESON, White Male, Date of Birth:
July 11, 1948, Route Six, Box Twenty-Seven, Ada,
Oklahoma, Telephone Number: (918) 436-2267, provided
the following information:

Since April 1983, DONNA DENICE HARAWAY had
been employed at McAnally's Convenience Store and
since September of 1983, ATKESON had been the manager
of the store. ATKESON described HARAWAY as a "a great
employee" and HARAWAY'S work hours were Sunday 2:30
P.M. to 9:00 P.M., Thursday 2:30 P.M. to 10:00 P.M.
and Friday and Saturday 2:30 P.M. to 11:00 P.M..

At about 2100 hours, April 28, 1984, ATKESON
was at his home when he received a telephone call from
GEORGE WELCHEL. WHELCHEL told ATKESON that the cash
register at the McAnally's Store was open, the store
had been robbed and there was no employee inside the
store. DONNA was the employee who was scheduled to
be at the store.

ATKESON drove to the store where he saw
WHELCHEL, three or four men he did not know and an Ada
Police Officer. ATKESON searched inside and outside
the store then ATKESON telephoned DONNA'S husband,
STEVE HARAWAY.

ATKESON compared the cash register tape to
the amount of money inside the cash register and deter-
mined that the cash register was short $167.76. The
last item registered on the cash register tape was for
seventy-five cents and ATKESON believed that the item
was a tall boy beer because he knew of no other item
in the store that sold for seventy-five cents.

WHELCHEL told ATKESON that someone, whom
WHELCHEL did not know, had put five dollars worth of
gasoline in their vehicle and WHELCHEL told the person
who got the gasoline that there was not a store employee
present. WHELCHEL told ATKESON that the person drove
away from the store without paying for the gasoline.

Interviewed on __04/30/84__ at __Ada, Oklahoma__ File # __CR #84-094__

by __Agent JOE HOGAN__ Date dictated __05/07/84__

This document contains neither recommendations nor conclusions of the OSBI. It is the
property of the OSBI and is loaned to your agency; it and its contents are not to be dis-
tributed outside your agency.

CR #84-094
INTERVIEW OF MONROE ATKESON, 04/30/84/kc
PAGE TWO

There was $400 in twenty dollar bills and twenty-five, one dollar bills in a bank bag beneath the cash register counter and there were three, one dollar bills and two quarters on top of the bag. The bag did not appear to have been disturbed. A pair of gloves, normally used by DONNA to stock the beer/soda cooler, lay on top of the counter. DONNA attended East Central University and her books lay open on top of the counter. Her purse was under the counter with the money and had personal effects in purse.

23

OKLAHC   \ STATE BUREAU OF INVEST   ATION

Date of Transcription   12/31/84/kc

KAREN SUE WISE, White Female, Date of
Birth: August 13, 1959, Social Security Number:
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, Home Address: 223½ West Thirteenth,
Apartment Number: Seventeen, Ada, Oklahoma, Home
Telephone Number: (405) 436-1452, provided the
following information:

WISE had been employed for about two
months at J.P.'S Convenient Store in Ada, Oklahoma,
which was located on East Arlington about two
blocks east of McAnally's Convenience Store.

On April the 28th, 1984, WISE worked the
3:00 P.M. to 11:00 P.M. shift on Saturday night.
GENE POORMAN also worked at the store until 2000
hours, April 28, 1984.  Around 1915 hours, two
white males came into the store and asked to use
the telephone, but WISE refused to let them because
it was a business phone.  The two men then asked
for two dollars worth of quarters to play the pool
table.  She described the two men as follows:

      (1)   White Male
           Dishwater blonde hair
           Light colored eyes
           5'7" to 5'8" tall
           130 to 145 pounds
           Early twenties
           Possible Acne Scars on
           cheek bones
           Hair neat, feathered cut
           Light colored tee-shirt
           Faded blue jeans
           Tennis shoes

      (2)   White Male
           Approximately 6' tall
           Early twenties
           Sandy brown collar length
           hair
           Slender build

---

                                Ada Police Department
nterviewed on __04/30/84_____ at _Ada, Oklahoma_____ File #_CR #84-094_

·y_Agent GARY ROGERS_____ Date dictated___05/31/84____

This document contains neither recommendations nor conclusions of the OSBI.  It is the
property of the OSBI and is loaned to your agency; it and its contents are not to be dis-
ributed outside your agency.

CR #84-094
INTERVIEW OF KAREN SUE WISE, 04/30/84/kc
PAGE TWO

### (2)   Continued

      Possibly blue eyes
      Kid face
      Possibly some facial hair
      on upper lip
      Protruding Adam's apple
      Fairly neat
      Light blue tee-shirt with
      possible small design on
      right side
      Blue jeans (possibly new)
      Possibly wearing tennis
      shoes.

WISE was not sure, but she thought the two men could have left the store then a short time later they returned to the store. She thought that GENE POORMAN had already left and it was shortly thereafter that the two men came in the second time. The men got two more dollars worth of quarters for the pool table and the game room, and also bought one small bottle of coke.

WISE got busy then noticed that the two men were standing in the check-out line and the tall man bought a six pack of tall boy Budweiser beer. She asked him if he wanted it in a sack and he told her no they would drink it on the road and it would be gone too fast. The men then told WISE they would see her on the other side (meaning the package store which was connected to the convenient store).

The men entered the Package Store and the tall man asked WISE where was the wine and she showed them. They bought a half a gallon of red Reunite Wine and she had trouble fitting it in a sack. The men left the store and went to their pickup. WISE described it as an older model pickup, possibly with a step side, short bed, light color spots on the driver's side door and bed. Also it had a darker color, possibly reddish-brown primer on it. Most of the pickup, as best WISE could recall, was primered and had wide back tires and possible had a loud exhaust.

The men left the store driving toward the west toward town. WISE thought the taller man drove. She thought both taillights were working and it could have had Oklahoma license plates. WISE thought the men looked familiar to her but she was not sure. She thought

CR #84-094
INTERVIEW OF KAREN SUE WISE, 04/30/84/kc
PAGE THREE


they had been in the store the week before to play
pool after it had gotten dark outside and that they
were driving the same pickup.  They again bought a
six pack of tall boy Budweiser beer and at that time
she said she checked the tall subject's driver's
license and she feels that he was possibly twenty-
four years old or close to it.  She said that the
reason she recalls this is because it was similar to
her birthday.  She said that she believes the
driver's license possibly had a Stonewall, Oklahoma,
address on it, but she couldn't be sure.

        On April 30, 1984, WISE furnished descrip-
tive information to OSBI Agent HARVEY PRATT who drew
a composite drawing of the two men.



OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription ___12/31/84/kc___

BARRY LYNN LESLIE, White Male, Date of Birth: January 30, 1961, 519½ West Nineth, Ada, Oklahoma, provided the following information:

LESLIE had known TOMMY WARD since they were in the second grade at Latta School. During the past few years LESLIE ran around with WARD two or three times a week.

LESLIE met KARL FONTENOT about one and one-half years ago through WARD. LESLIE ran around with FONTENOT, but not much, usually FONTENOT was with WARD.

LESLIE did not know ODELL TITSWORTH.

After the clerk at McAnally's Convenience Store disappeared, WARD started acting different. WARD acted depressed, almost to the point of being despondent.

On or about June 18, 1984, LESLIE and WARD were driving down Main Street in Ada during the evening hours when LESLIE saw a girl that he knew and he whistled at her. WARD then told LESLIE, "I would like to knock her fucking teeth out and fuck her in the bloody mouth."

LESLIE was always leary of WARD and really did not trust WARD. WARD would try to provoke an incident between WARD and LESLIE just so that WARD could have an excuse to try and start a fight with LESLIE.

After McAnally's Store opened up, WARD told LESLIE that WARD would like to rob the store. Then about one or two years ago, WARD told LESLIE that he (WARD) stole a safe from McAnally's Store on North Broadway in Ada and he got a considerable amount of money out of it.

---

Interviewed on ___10/23/84___ at ___Ada, Oklahoma___ File # ___CR #84-094___

by Agent GARY ROGERS ___ Date dictated ___11/09/84___

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

27

CR #84-094
INTERVIEW OF BARRY LYNN LESLIE, 10/23/84/kc
PAGE TWO

About one year ago, WARD told LESLIE that
he (WARD), and a heavy set truck driver named DUSTY
(Last Name Unknown), pulled either a robbery or bur-
glary of a hospital in South Carolina and took a
large amount of narcotics. As WARD and the truck
driver were leaving, a police officer got after them
and WARD said he either shot or shot at the officer.

The power station on Reeves Road west of
Ada, was probably WARD'S favorite spot to go party.
LESLIE had been there numerous times partying with
WARD and most of the time they parked behind the
power station.

The last time that LESLIE partied with WARD
was about two months ago, when LESLIE, WARD and BILLY
HAMMONS went to the power station at about 2330 hours
and stayed there for about two hours. They drank a
twelve pack of beer and smoked some marihuana.

LESLIE said WARD and FONTENOT had a good
relationship, were good friends and that FONTENOT
would do anything WARD asked FONTENOT to do.

Sometime after LESLIE was interviewed on
June 19, 1984, by the police, LESLIE and some of his
friends were talking about the HARAWAY case and
FONTENOT joined into the conversation. FONTENOT said
that he and WARD were fishing on the Blue River when
the robbery took place.

28

Date of Transcription   12/31/84/kc

J. T. McCONNELL, White Male, Date of Birth: September 28, 1925, Home Address: 1302 Ashland, Ada, Oklahoma, Home Telephone Number: (405) 332-4333, Business Telephone: (405) 332-9271, provided the following information:

McCONNELL has known TOMMY WARD since WARD was a small child. McCONNELL lived next door to the WARDS for about twenty-five years. WARD worked for McCONNELL at McCONNELL'S septic tank business four or five years ago, but only lasted about one month. McCONNELL had to fire WARD because he would not work.

For years McCONNELL had trouble with WARD and some of the people WARD ran around with. WARD and WARD'S friends stole gas and other items from McCONNELL'S place of business located next to the WARD'S residence. Since WARD has been in jail McCONNELL has not missed any gas or anything else from his business.

McCONNELL had seen WARD and FONTENOT and some of the people that they ran with in an early 1970's model Chevrolet pickup truck that had a long wide bed with a tailgate and raised in the rear. The pickup was a spotted gray with a lot of gray primer on it. It had an off color door, but he could not recall whether it was on the driver's side or passenger side of the truck.

McCONNELL first saw the gray pickup a month or so prior to McAnally's robbery and the last time he saw WARD and FONTENOT in it was about a week before McAnally's robbery. On a couple of occasions, McCONNELL saw the gray pickup speeding on Ashland Street in front of McCONNELL'S home. On one occasion the pickup was speeding toward WARD'S house at a high rate of speed and when the driver applied the brakes, one of the rear wheels locked and it slid for about half a block. The pickup appeared to McCONNELL to have only one rear brake working. McCONNELL yelled at

| Interviewed on | 12/14/84 | at | OSBI Office<br>Ada, Oklahoma | File # CR #84-094 |
|---|---|---|---|---|
| by Agent GARY ROGERS | | | Date dictated | 12/21/84 |

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency: it and its contents are not to be distributed outside your agency.

CR #84-094
INTERVIEW OF J. T. McCONNELL, 12/14/84/kc
PAGE TWO


the people in the pickup and told them that if they
did not slow down that he was going to throw a brick
through their windshield.  After that the driver
drove to WARD'S house from the other direction.

About two weeks after McAnally's robbery,
the WARDS started moving out of their house.

On numerous occasions, McCONNELL saw WARD
when he appeared to be on dope or alcohol.  McCONNELL'S
daughter, JAQULINE BURKE, who managed Love's Convenience
Store, told McCONNELL that when WARD'S mother worked,
WARD beat his mother and took either her money or car
keys from her.

A few days after the composite drawings were
made of the persons suspected of robbing McAnally's
Store, which appeared in the newspaper and gave the
description of the suspects pickup, McCONNELL saw WARD
in that pickup truck on several occasions sitting
parked at some old apartments across from old Mary's
Package Store on Sandy Creek Drive.

McCONNELL went back to work and mentioned
the pickup to his son-in-law, who told McCONNELL that
he too had seen the pickup parked their earlier that
morning.  It was at that time that McCONNELL called
the police and reported about seeing WARD'S pickup
truck.  McCONNELL was not sure, but he thought the
pickup was possibly gone by the time the police arrived
to check on it.

OKLAHOMA   STATE BUREAU OF INVESTIGATION

Date of Transcription    12/31/84/kc

            JANNETTE ARLENE ROBERTS, White Female, Date
of Birth: July 17, 1946, 422 Elm Street, Norman,
Oklahoma, provided the following information:

            ROBERTS resided at 509 South Townsend,
Number Four, Ada, Oklahoma, in the spring of 1984.
One Saturday evening, GORDON CALHOUN had a keg party
in his apartment, next door in Apartment Number Three.
ROBERTS began drinking in CALHOUN'S apartment in the
afternoon.  CALHOUN had gone to Texas to get the two
kegs used for the party.  ROBERTS had gone in with
CALHOUN on the beer.

            TOMMY WARD was at the apartment that after-
noon but left to put plumbing in for his mother.  KARL
FONTENOT may have helped WARD work on the plumbing.
WARD returned for the party about the time the party
started, which was about 1900 to 2100 hours.  ROBERTS
was in and out most of the time the party was going
on.  ROBERTS never saw FONTENOT or WARD leave the party
after it started.  The party lasted until about day-
light.

            Others at the party included a male named
"BRUCE" from Konawa; several individuals from Konawa;
and possibly a male called "BLUE" that ROBERTS met at
the Blue River.  "BRUCE" and the bunch from Konawa left
periodically to get others to come to the party and re-
turned to the party.

            ROBERTS' husband, MICHAEL ROBERTS, was in
Bartlesville the weekend of the party.  ROBERTS re-
called that FONTENOT and WARD did not have transporta-
tion at that time because they both lived in her apart-
ment.

---

nterviewed on  10/19/84           at  Norman, Oklahoma          File #  CR #84-094

by  Agent ALAN SALMON and Detective      Date dictated   10/30/84
    E. DAVENPORT, Norman Police Department

This document contains neither recommendations nor conclusions of the OSBI.  It is the
property of the OSBI and is loaned to your agency; it and its contents are not to be dis-
tributed outside your agency.

OKLAHO   A STATE BUREAU OF INVES   GATION

Date of Transcription November 8, 1984/mdm

On October 29, 1984, ROBERT ANTHONY CAVINS, white
male, date of birth: June 7, 1957, Social Security number:
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, 1101 Cedar, Hominy, Oklahoma, no telephone, pro-
vided the following information:

CAVINS is a National Guardsman and has been so since
1980. He is assigned to the Reconisance Unit in Allen, Oklahoma.
His physical description is 6'4", 250 pounds, hazel eyes, blond
hair with long sideburns and moustache. He is also a Cor-
rectional Officer at Conners Correctional Center in Hominy,
telephone number 885-2192. He has been employed there three
(3) months and works full time 12 to 8 a.m. with Thursday
and Friday's off, normally. His supervisor is Lieutenant
GARZA.

From the last week of March, 1984, until August
6, 1984, CAVINS lived in Ada with his wife, JOYCE, and his
three (3) small children, at the residence of his mother-in-
law, SUSIE WARD. Her address was 1616 Ashland Avenue and
also residing with her was TOMMY WARD and his other sister,
KAY. During the time CAVINS lived with the WARD'S, he did
some odd jobs in plumbing and maintenance work with TOMMY
WARD. TOMMY was sub-contracting at the time for Winingham
Siding Company and his supervisor was MIKE ROBERTS. CAVINS
can not recall the exact dates WARD worked for ROBERTS.
CAVINS has known TOMMY WARD for approximately ten (10)
years. He met WARD at the same time he met his wife at
WARD'S house. CAVINS would consider himself a good, close
friend of TOMMY WARD. CAVINS heard on the news about the
abduction of a convenience store clerk in Ada. He heard
the news on April 29, 1984, a day after the incident took
place. He did not know the victim, however CAVINS knows
most of TOMMY WARD'S friends but he does not know ODELL
TITSWORTH. He alludes to the possibility that he may know
TITSWORTH if he saw him but at least the name is not familiar
to him. CAVINS does know KARL FONTENOT. FONTENOT ran around
with WARD quite a bit. CAVINS was not real close to FONTENOT
but he had no problems associating with him. In fact, he
got to know FONTENOT pretty well. CAVINS has heard the name
of JOHNNIE HAROLD DUCK but doesn't know from where and doesn't
know DUCK at all. CAVINS knows GORDON CALHOUN and recalls
that CALHOUN lived in the Townsend Apartments in Ada. These
apartments were yellow in color and CALHOUN lived next door

Interviewed on October 29, 1984 at Hominy, Oklahoma File # CR#84-094

by Agent DALE SPARKS Date dictated November 1, 1984

This document contains neither recommendations nor conclusions of the OSBI. It is the
property of the OSBI and is loaned to your agency; it and its contents are not to be dis-
tributed outside your agency.

CAVINS
Page Two

to MIKE ROBERTS. CAVINS has, on occasion, in March or April,
1984, has been to CALHOUN'S apartment to party, but can not
recall exact dates.

CALHOUN possessed a set of drums and CAVINS enjoyed
listening to them. Whenever CAVINS went there he went with
either his wife or TOMMY WARD. He always went there after
dark. His wife, JOYCE, occasionally drove their vehicle to
CALHOUN'S apartment in the daytime since she was a close friend
of JEANETTE (LNU) who also lived in those apartments. The
vehicle that CAVINS used for all of this was a 1972 canary
yellow with white top Dodge Dart. That vehicle was eventually
repossessed by Broadway Motors in Ada, and the title of the
car is probably in the name of that company. For the last
four (4) months, CAVINS has owned and driven an orange Ford
Pinto.

CAVINS does not know BRUCE DEPRATER. He does recall
a beat-up, old, red Toyota that often would be driven by WARD'S
house and the driver would be looking for WARD, but CAVINS
does not know who drove the vehicle.

CAVINS recalled the chain of events on April 28, 1984
so well because on April 29, 1984, he recalled an Ada Police
Officer having come to WARD'S house to question WARD on a
matter probably unrelated to the abduction.

On April 28, 1984, CAVINS was working for the
Konewah Ambulance Service. He had worked there a year and
a half and worked the 1500 to 2300 hours shift on April 28.
On that day, CAVINS may have had an ambulance run to Ada but
he does not recall. His supervisor was a female administrator
named TRIVA BOUNDS. CAVINS was an Emergency Technician/
Certified Medical Assistant and he terminated his own pos-
ition at the end of April, 1984 in a clash over medication given
to a patient.

On April 28, 1984, CAVINS woke up at 0800 to 0900
hours. Until noon, he probably watched TV or did yard work,
which would have consisted of hauling away trash or cleaning
the yard up in preparation for mowing. The entire Wednesday
prior to April 28, 1984, he and WARD had done plumbing work
for SUSIE WARD at her house. Installed were a toilet, shower,
and hot water heater. CAVINS thinks the entire job was pro-
bably done prior to April 28 and so on that day, he and WARD
did not do any plumbing work. At 1400 hours, CAVINS would have

CAVINS
Page Three

gone to Konewah to his ambulance job.  WARD had been to a
keg party on the night of April 27, 1984 at an unknown location.
CAVINS had been invited to that party but declined due to the
fact that he had to work that evening also.  There was no keg
party to CAVINS knowledge on April 28, 1984.  CAVINS' wife
told him that WARD only went to a keg party on April 27, 1984.
WARD was at his residence all Saturday afternoon, April 28 and
the evening.  WARD only left the house for approximately an
hour to buy a pack of cigarettes.  This was sometime before
dusk and he would have walked.  The closest and most logical
place for WARD to go to, in CAVINS opinion, for the cigarettes
was Snappy Foods Consumer's Gas Station on West Main Street
and that is where WARD probably went, although WARD did not say.
WARD had and drove two (2) to three (3) junker cars around his
residence property, including a chocolate brown, Pontiac Tempest
which was later sold to ROBERTS.  WARD had no other vehicles.
On the evening of April 28, 1984, no other persons were at
WARD'S residence except WARD and CAVINS wife, JOYCE.  MELVA
PYLES, of Lawton, Oklahoma, who was JOYCE'S sister was being
visited in Lawton then by SUSIE WARD.  SUSIE returned to Ada
on the evening of April 29, 1984 to return to her job at an
Ada Love's Country Store and had been in Lawton on the nights
of April 27 and April 28, 1984.

     KARL FONTENOT has no vehicle and travels on foot all
the time.  TOMMY WARD would have walked to CALHOUN'S apartment
whenever he went there or possibly ROBERTS would pick him up.
CALHOUN drove and owned a fir tree or pine green Vega or Pinto.

     The only gray pickup truck that CAVINS can relate to
is a primer gray pickup owned by GRANT or GREY COX of Ada, and
that truck was old and beat-up.  TOMMY WARD and COX occasionally
worked on this pickup outside WARD'S house.  CAVINS had the
impression that COX was the town "thug".  WARD may have driven
this pickup and the only other vehicle WARD would ever have
driven was SUSIE WARD'S blue Toyota, which she still owns.
Occasionally, CAVINS would ride around with WARD in the Toyota.
The grey pickup truck presently in the rear of SUSIE WARD'S
house in Ada belongs to JOEL WARD, who lives in Tulsa.  The
truck has been there for approximately ten (10) years and does
not run.  JOEL WARD also has an old blue pickup also behind
the house that does not run either.

CAVINS
Page Four


Around the first weeks of October, 1984, FONTENOT
had an argument with ROBERTS and as a result of that argument,
FONTENOT came to Hominy to live with CAVINS.  When the Oklahoma
State Bureau of Investigation first called Conners Correctional
Center and asked CAVINS if FONTENOT was living with him, CAVINS
gave FONTENOT the Oklahoma State Bureau of Investigation phone
number.  FONTENOT told CAVINS he would go to Ada the following
weekend to talk to the Oklahoma State Bureau of Investigation.
He then became very depressed and said to CAVINS, regarding
the abduction, "I didn't do it but if they keep hasseling me
and come get me I'll confess to it."  CAVINS did not go into
detail with FONTENOT about the subject any more after that.
CAVINS did ask him why he would confess to something so serious
if he wasn't involved and FONTENOT replied, "so they quit
hasseling me."

CAVINS recalls that sometime after the abduction,
one of TOMMY WARD'S ex-girlfriends came over to his house with
a composite sketch of the subjects she had gotten, from the
newspaper and confronted WARD saying, "your picture's in the
paper."  WARD reacted with shock.  For this reason, coupled
with CAVIN'S knowledge of WARD'S whereabouts on April 28,
1984, he does not feel WARD has any knowledge or involvement
in this case.  CAVINS is not so certain about FONTENOT and
feels he may have been involved, due to his extreme lack of
concern and indication that he would confess to it.

On April 28, 1984, at 2300 hours, CAVINS returned
home from his ambulance job and found TOMMY WARD to be asleep
on the couch and WARD had not been drinking.  At midnight,
CAVINS woke up WARD due to a water pipe that broke under the
house.  CAVINS knows it was about that time because the TV
show "Saturday Nite Live" was halfway over.  CAVINS and WARD
worked on repairing the pipe until 0300 hours April 29, 1984.
After that time they both showered and went to bed.

CAVINS knows that sometime between April 20 and
April 22, 1984, he went to Collins Lumber Company in Ada
and purchased with cash some PVC pipe glue, a seal, and a
toilet and destroyed the receipt.  Sometime afterwards, SUSIE
and TOMMY WARD went to COLLINS and exchanged a piece of piping
or fitting to be used for a hot water heater.  On April 28,
1984, CAVINS and WARD may have returned to COLLINS for something,
but CAVINS is uncertain of that.

CAVINS
Page Five


CAVINS knows of a vehicle in Ada which is primer green in color, is mid 70's or later model, has U. S. mags and a cut off "front nose" and a "jacked up rear end". He sees the car as a Dodge Charger and associates it in his mind with a dark skinned Indian with long black hair. Additionally, CAVINS has seen this vehicle in the parking lot of first Baptist Church of Ada across from CALHOUN'S apartment.

Also, a few days ago, CAVINS knows that a female has made telephone calls to LATRICIA WARD and said something to the effect that she was "out to get" TOMMY WARD and if she couldn't she'd get someone who could.



OKLAH   A STATE BUREAU OF INVES   JATION

Date of Transcription  November 8, 1984/mdm

On October 30, 1984, ROBERT ANTHONY CAVINS, white male, date of birth:  June 7, 1957, 1101 Cedar, Hominy, Oklahoma, provided the following information telephonically:

CAVINS recalls a BARRY LESLIE, who lives in Ada and works for J. D.'S Cafe.  LESLIE is a close friend of TOMMY WARD and he drives a red Toyota.

Regarding a primer green Dodge Charger, LATRICIA WOLF, TOMMY WARD'S sister owns such a vehicle, and so does JOHNNY DANIELS, a white male who lives in Ada with his grandmother on 5th and Cherry.  DANIELS served time in prison for robbery and sold the vehicle to one of the COX brothers either prior to entering prison or upon his release.  DANIELS was released from prison four (4) months ago and was in prison six (6) to eight (8) months.

RHONDA (LNU) an ex-girlfriend of TOMMY WARD who has lots of tattoos, has telephoned MIKE ROBERTS, SHIRLEY COX, and LILLY BEVILL within the last week and threatened to kill TOMMY WARD to each of them.

| Interviewed on | October 30, 1984 | at | Telephonic | File # | CR#84-094 |
|---|---|---|---|---|---|
| by | Agent DALE SPARKS | | Date dictated | November 1, 1984 | |

This document contains neither recommendations nor conclusions of the OSBI.  It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

37

OKLAH    A STATE BUREAU OF INVES    GATION

Date of Transcription___12/17/84/kc_____

RONALD GENE TISDALE, White Male, Date of
Birth: April 7, 1951, 102 South Roy, Coalgate, Okla-
homa, provided the following information:

TISDALE was released from the Federal
Corrections Center at El Reno, Oklahoma, on March 27,
1984.  He went to his mother's home in Coalgate, and
stayed there with her for five or six weeks.  He then
went to Mannsville, Oklahoma, where he lived and worked
with a friend, LARRY ENGLISH.  He and ENGLISH cut fire-
wood and picked up pecans to make money.  He described
ENGLISH as a white male, thirty-seven years old, six
feet tall, 140 pounds and had brown hair.

ROGERS asked if he had been in the Ada, Okla-
homa area during the last part of April, and TISDALE
said that it was possible.  During that time for about
three weeks he drank and stayed drunk on Tequila almost
every day.  He stayed with a friend, CHARLES JARMAN,
who lived at the Brook Trailer Park, Lot Number Six, in
Ada.  JARMAN worked at M and R Transmission Service in
Ada.  Also TISDALE was acquainted with a man named
"RED" Last Name Unknown, who had M and R Transmissions
leased, but was now working at the TG&Y Service Center
in Ada.

TISDALE knew WOODY STICK who he had met through
NANCY PULLMAN from Coalgate.  However, TISDALE had not
seen STICK in a long time.

TISDALE asserted that if during those weeks
he had not been in the Ada area, he would have either
been in Kingston or Coalgate.

TISDALE claimed he did not know TOMMY WARD or
KARL FONTENOT, neither did their names sound familiar
to him.

---

| | Federal Probation and Parole Office |
|---|---|
| Interviewed on _12/03/84_____ | at _Durant, Oklahoma_____   File # _CR #84-094_____ |
| by _Agent GARY ROGERS_____ | Date dictated __12/11/84_____ |

This document contains neither recommendations nor conclusions of the OSBI.  It is the
property of the OSBI and is loaned to your agency; it and its contents are not to be dis-
tributed outside your agency.

CR #84-094
INTERVIEW OF RONALD GENE TISDALE, 12/03/84/kc
PAGE TWO


        TISDALE owned and drove a light brown, 1969
GMC half ton, long bed pickup truck he bought from
JIMMY LAMBERT of Coalgate, about two weeks ago
(November 19, 1984).  However, the truck's engine now
had a rod thrown in it and it would not operate.
TISDALE had not owned or driven any other pickup
trucks since his release from the penitentiary, March
27, 1984.

        TISDALE claimed he knew nothing about the
robbery of McAnally's Store in Ada, other than what
he had heard on the news.

        TISDALE would be willing to take a polygraph
examination concerning the incident.



HARAWAY CASE

INTERVIEW OF TOMMY WARD

On 5-1-84, THOMAS JESSIE WARD, 1616 Ashland, Ada, Oklahoma,
SSN: 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, 5'8", 148, Blue eyes, Sandy blonde hair,
DOB: 9-21-60 was interviewed by Capt. Dennis Smith.

WARD stated it had been six months since he was in McAnally's.
WARD also stated that he has known Haraway for about a year, he
thinks.  WARD said he and KARL A. FONTENOT went fishing on Richardson
Loop at a pond.  They were there a little after dark and they left.
He drove Karl home and then took the car back to his mother's
house.  He walked to Karl's house around 10:00 pm.  He said
Karl's next door neighbor was having a party and the police
were called out to the apartments.  He saw Janette Roberts,
her daughter, and sone Mike.  He left the party around 11:00 pm
and went to Karl's and spent the night.  TOMMY stated he normally
combs his hair down the middle.

                                        CAPT. DENNIS SMITH
                                        REPORTING OFFICER

HARAWAY CASE

INTERVIEW WITH TOMMY WARD

ON OCTOBER 31, 1984 AT 1340 HOURS, INVESTIGATOR BOND
AND DEPUTY TURNER INTERVIEWED TOMMY WARD IN THE PONTOTOC
COUNTY JAIL AT HIS REQUEST. TOMMY WARD WAS ADVISED OF HIS
MIRANDA RIGHTS AT 1305 HOURS (1755PM). ON OCTOBER 31,
1984, TOMMY WARD VOLUNTARILY SIGNED AN ACKNOWLEDGMENT AND
WAIVER OF RIGHTS AS WITNESSED BY DEPUTY TURNER.

ON OCTOBER 31, 1984, WARD SAID HE WANTED TO TELL HIS
STORY ABOUT HIS ACTIONS BEFORE DURING AND AFTER THE TIME
OF THE HARAWAY GIRL DISAPPEARANCE.

WARD SAID THAT ON APRIL 26, 1984, THAT HE (WARD) AND
FONTENOT HAD GONE FISHING. THEY HAD DRIVEN HIS BROTHERS
CAR, A BLUE DATSUN, AND CAME TO A POND NORTH OF
RICHARDSON LOOP ON THE WEST SIDE OF ADA.

WARD SAID THAT ON APRIL 27, 1984, FRIDAY NIGHT, HIM
AND FONTENOT WENT TO A "KEG PARTY" AT JANETTE _____'S
PLACE. THEY WERE THERE ALL NIGHT DRINKING AND DANCING
TOO.

WARD SAID HE WENT HOME ABOUT ___ AND AND WENT TO BED AND
DIDNOT GET UP UNTILL 9 OR 10AM THE MORNING OF APRIL 28,
1984. HE WAS SICK AND WENT OUTSIDE TO THROW-UP, THEN HE
WATCHED T.V. FOR AWHILE. HIS ABOUT 1PM HIS SISTER ___ IS
UP SOMEWHERE AND ASK HIM TO GET HER KIDS DOWN TO SLEEP.
HE GOT THE KIDS TO SLEEP AND WENT BACK TO SLEEP HIMSELF
UNTIL 4PM. HE WATCHED TELIVISION UNTIL NEWSTIME.

WARD SAID THAT HE WASN'T PAYING MUCH ATTENTION BUT
HE HEARD SOMETHING ON THE (NEWS) ABOUT A GIRL MISSING FROM
MCANNALLYS CONVENIENCE STORE. HE WAS AT HOME THE REST OF
THE NIGHT.

WARD SAID THAT AT ABOUT MIDNIGHT, HIS BROTHER-IN-LAW
ROBERT RAWLINS, WOKE HIM UP TO SHUT THE WATER OFF, BECAUSE
A PIPE HAD BROKE UNDER THE HOUSE AND TO HELP HIM FIX IT.
BOTH OF THEM WENT UNDER THE HOUSE AND HE HELD FLASHLIGHT
WHILE CRAWING STUCK THE PIPE BACK IN A JOINT AND GLUED IT
UP WITH GLUES. HE SAID THAT ON TUESDAY IT BROKE AGAIN AND
HE (WARD) WENT TO COLLINS LUMBER CO. AND BOUGHT PARTS AND
FIXED THE LEAK.

WARD SAID THAT ON SUNDAY, APRIL 29, 1984, BILL IRION
AND TONY TATUM CAME TO THE HOUSE AND TOLD HIM THAT THEY
HAD SEEN AN OSBI DRAWING OF THE SUSPECTS THAT SAW THE
HARAWAY GIRL AND TOLD HIM ONE LOOKED JUST LIKE HIM. THEY
TALKED A WHILE, THEN ABOUT IF HE WANTED TO HELP WARD TO
WARD AND ONE OF THE TATUM WENT TO A WHITE HOUSE SOUTH OF
ECHO RANCH. SOUTH OF ADA, AND HAULED HAY, COULD NOT BE
ANY MORE SPECIFIC ABOUT LOCATION OR NAME OF PARTY WHOM
THEY HAULED HAY FOR.

41

WARD SAID THAT HE WAS KNOWN KARL PINYERD, NEAR, HE HAD HIM AT BILL DENHAM. KARL PINYERD WAS LIVING WITH JANETTE LINDSEY AND STAYED AT HER PLACE ON THE NIGHT OF APRIL 28, 1984.

WARD SAID HE USED TO OWN A BROWN CHRYSAN AND HE HAD TRADED IT TO HIS BROTHER, JAMES WARD, LIVING IN PAULS VALLEY, FOR A GREEN DATSUN.

WARD SAID THAT THE NIGHT OF THE BIG PARTY ODELL TITSWORTH WAS THERE. SAID TITSWORTH WAS WEARING PRESCRIPTION GLASSES, AN EAR RING IN HIS LEFT EAR, WAS A FEW INCHES 5'5 POUNDS AND WAS PART INDIAN. WARD SAID THAT ON THE NIGHT OF THE PARTY APRIL 27, 1984, THAT ODELL TITSWORTH WAS SOBER, AND IN GOOD PHYSICAL SHAPE WHEN HE SAW HIM.

WARD SAID THAT HE USED TO GO WITH LISA LAWSON. LAWSON WORKED PART TIME FOR MCANALLYS CONVENIENCE STORE. BEFORE THEY BROKE UP, A LARGE SUM OF MONEY DISAPPEARED FROM THE STORE ONE NIGHT AND THAT LISA LAWSON TRIED TO TAKE A POLYGRAPH. HOWEVER, SHE WAS CLEARED OF THE QUESTION. DONA LAWSON, MANAGER OF MCANALLYS KONNER KORRAL IS LISA LAWSON'S MOTHER.

WARD SAID THAT HIS GRANDMOTHER, LAST NAME ARNOLD, DID NOT KNOW FIRST NAME LIVES IN AIRPLANE, OKLAHOMA, HAD NOT VISITED HER IN OVER A YEAR.

WARD SAID THAT IN THE EARLY SUMMER HE BORROWED A MOTORCYCLE AND HIM AND A FRIEND WENT TO ST. LOUIS, MISSOURI. ON THE WAY BACK THE MOTORCYCLE BROKE DOWN IN SOUTHWEST MISSOURI. WARD SAID HE HITCHED A RIDE BACK TO ADA AND PURCHASED A KLEIN AND DROVE BACK TO MISSOURI AND GOT THE MOTORCYCLE. WARD SAID THAT THIS WAS EARLY SUMMER BECAUSE IT WAS COLD.

WARD COULD OFFER NO OTHER INFORMATION AND THE INTERVIEW WAS TERMINATED AT ON OCTOBER , 1984.

GEORGE L. KERR

Place ......................................................

Date ......................................................

Time ......................................................

# STATEMENT OF RIGHTS

Before you answer any questions or make any statement, you must fully understand your rights.

1.   You have the right to remain silent.

2.   Anything you say can and will be used against you in a court of law.

3.   You have the right to consult with a lawyer before you answer any questions or make any statement and to have him present during questioning.

4.   If you cannot afford a lawyer, one will be appointed for you before questioning or at any time during questioning, if you so desire.

5.   If you answer questions or make any statement without consulting a lawyer or without having a lawyer present during questioning, you will still have the absolute right to stop answering questions or making any statement or to stop answering questions or making any statement until you consult with a lawyer or have a lawyer present during further questioning.

_____
Name of Officer

# ACKNOWLEDGMENT AND WAIVER OF RIGHTS

The above statement of my rights has been read and explained to me and I fully understand what my rights are. I am ready and willing to answer questions or to make a statement without first consulting with a lawyer or without having a lawyer present during questioning. In waiving my rights to remain silent, I wish to state that no promises or threats have been made to me and no persuasion or coercion has been used against me.

_____

Witness .......................................................

Witness .......................................................

Time .......................................................

LEAD SHEET UNIT ###

DATE: _____

SOURCE:

   Name: _____

   Address: _____

   Phone#: _____

LEAD ASSIGNED: _____

LEAD SUMMARY: _____

_____

_____

_____

_____

_____

_____

_____

_____

CONCLUSION SUMMARY: _____

_____

_____

_____

_____

_____

_____

_____

45

```
OKLAHOMA STATE BUREAU OF
INVESTIGATION
```

This is Deputy Turner with the Pontotoc County Sheriff's Office.
I am with TERRY MCCARTNEY, Ada Police Department, the time
is 12:35 pm.  The date is November 6, 1984.

TURNER:   Terry, what can you tell me about ah, when you was
          in the jail over, the county jail and your cell was
          next to Karl Fontenot?

TERRY:    I can tell you what he told me. And ah, more less when
          he first come in, he talked about them being picked up,
          you know, and the charges that were against them.

TURNER:   What was the date that you first talked to Karl?

TERRY:    October the 19th.

TURNER:   The day before?

TERRY:    They brought him Friday morning.

TURNER:   Ok, what did Karl have to tell you?

TERRY:    He told me about they would, ok, what he told me is that
          they went to the store, and they got her, and then

TURNER:   Ok, did he mention the store, the name of the store

TERRY:    No

TURNER:   He just they,

TERRY:    He was just telling me about the girl, herself

TURNER:   Uh huh

TERRY:    And that they went and they got her, and apparently
          they took her out to this old house and they raped her
          and when they were through or bef he (Inaudible)raped
          her until she was dead. And ah, first he told me that
          Tommy stabbed her,

TURNER:   Tommy Ward?

TERRY:    Uh huh

TURNER:   Ok

TERRY:    And then they put her off in this rotty part of the floor,
          and him and Tommy poured gas on her and they burned her.
          But the story, it changes alot, you know like when yall
          picked up Odell?

TURNER:   Yeah,

TERRY:    He told me that Odell done the stabbin, and that all him

PAGE 2
11-8-84
INTERVIEW OF TERRY MCCARTHEY

TERRY:     and Tommy done was burn her and he asked me or he
           he thought it was funny because they didn't kill ya,
           you know today like they used to. Because he said he
           if he had to face a death penalty like she did, they'd
           pour gas on them and burn 'em.  And then it went where
           he was going to turn against Tommy and tell 'em that Tommy
           told him all this and that's when I wrote it all done
           on paper, and give a copy of it to Paul.  I wrote it down
           for him to, you know I was helping him make this story up,
           so he would really trust me, more less.

TURNER:    Ok, did you talk to Paul previous to this?

TERRY:     I give him the paper and told him what was up.

TURNER:    Ok, did ah, did Paul ask you to ask Fontenot any questions
           or anything?

TERRY:     No, he just, all Paul did was call over here and talk
           to one of the OSBI Agents.

TURNER:    Ok, you was doing this without,

TERRY:     All by myself

TURNER:    Ok

TERRY:     Nobody asked me to do nothin.

TURNER:    Ok

TERRY:     I just, I was trying to find the body. You know, and
           I told him that yall was out there, and that yall thought
           you'd found the jaw bone, I'd seen it on the news, and he
           thought that was funny.  And he said that she wasn't out
           there, yall could stay out there all night if you wanted
           to.  And he, the way he made it sound to me, and this
           is my own opinion from what he's told me, but that she's
           cut up, she's not in one, you know, your not going to
           find one body.

TURNER:    What did he, what did say in regards to this.

TERRY:     Well he said they stabbed her and cut her up and burned
           her.

TURNER:    Ok

TERRY:     You know, so and I asked him what the difference was,
           because alot of people refer to cutting as stabbin, you know,

TURNER:    Uh huh

TERRY:     And he told me it's when you cut parts of the body off. Thats
           what he told me.  And then, like I say when they found

47

55

AGE 3
11-8-84
INTERVIEW OF TERRY MCCARTHEY

TERRY:    out they picked up this Odell, he denied even knowning
          Odell.

TURNER:   Oh, he did?.

TERRY:    Uh huh, and said that ah Odell was the one that stabbed
          her, cause thats what Tommy told him.  And then as things
          rocked along there, you know, and days went by?

TURNER:   Yeah,

TERRY:    He'd deny it one day and then he'd more less you know,
          tell me he did it the next.  And he'd go back and forth, and

TURNER:   Did he ever change his story, I mean from, how was he changing
          his story each time?

TERRY:    Oh, several times, see like, Ok at the end he told me that
          she was buried under water in the North Canadian river.
          He told me she was down in the middle of this big cement
          thing something a retired container retainer, something
          like that.

TURNER:   Uh huh

TERRY:    Ah, I don't, there five or six different stories he told
          me you know, there's not just one.  He told me that
          this was a dream that Tommy had and that's what Tommy
          just told me to, it was a dream.  (Inaudible) asked
          him why he confessed to it, he told me he had confessed
          you know on tape to the and I asked him why, and he
          didn't know, you know, and he said that ah, I told him
          I said well you know if you can find the body they will
          go alot easier on you, you know, if somebody can come up
          with the body.  He laughed and told me that was bullshit.
          Whoever found that body was going to hang, you know, and
          that he knew that.  He asked me about the death penalty
          asked me if I thought he would get the electric chair
          or by (inaudible) get the lethal injection, and then

TURNER:   Yeah,

TERRY:    kind laughed about it, you know, because he's not scared
          of dying, he thinks it's funny, you know, he's, he ain't
          got no sense.  I spent a long time with him, you know, not
          a lot of time, but when you spend two weeks with somebody
          day in and day out,

TURNER:   Yeah,

48

PAGE 4
11-8-84
INTERVIEW OF TERRY MCCARTHEY

TERRY:    its a lot of time.

TURNER:   Your cell was just across from his?

TERRY:    Uh huh, (Inaudible) was in the corner. Then he had
          me lookin up Bible verses that he could memorize

TURNER:   Yeah,

TERRY:    before he died. (Inaudible)sure that he was, you know,
          going to get the death penalty.

TURNER:   Could he tell you anything at all, Terry, anything
          that

TERRY:    He told me one night about these two houses that were
          way off out here past this store. And I told Rick about
          'em. You know, and Rick said he thought he knew where
          the houses were and he was gonna check 'em out. But
          and that's where they were, you know, where they done
          all there partying mostly, and he more less let me think
          that thats where the girl was.

TURNER:   Yeah,

TERRY:    You know, and where these two houses are for sure,
          I don't know, you know, I just off the wall directions
          you know, I don't know my way around anyhow. And then
          he said what happens if you put a body in water?.
          You know, like in the river? And I said well, there's
          enough water; it'll carry it on down stream. And he
          said like in the Canadian. And I thought he's talking
          the South Canadian, you know, like under the bridge.

TURNER:   Yeah,

TERRY:    And I said all it would do out there is hit dirt,
          if you throw her off the bridge. He goes not in the
          North Canadian. And he told me there was a flood in
          April when this all happened and that the water would
          carry the body down the river and if you buried it under
          water it wouldn't surface. You know, and this was just
          goes back and forth.

TURNER:   Yeah,

TERRY:    You know, and then like the next he's not guilty no
          more, he didn't do nothing. And I can say well Karl,
          you told me and he'll say Yeah, but that a way I'm
          just thinkin' I'm trying to get out of it.



49

PAGE 5
11-8-84
INTERVIEW OF TERRY MCCARTHEY


TERRY:    You know, what I'm saying?

TURNER:   Yeah,

TERRY:    And, it goes back and forth.  I don't know of
          anything consistant he said to me that he ain't
          already said to everybody else, you know.  He told
          me that ah, when he raped her, or was supposedly
          of, or he said when I supposedly raped her,

TURNER:   Yeah,

TERRY:    She was already dead.  Now,

TURNER:   Did he say anything about anything, any marks on the
          body or anything?

TERRY:    They cut her down the arm.

TURNER:   Did he say which arm?

TERRY:    No, and Tommy bit her on the titty.

TURNER:   Ok,

TERRY:    Before she was dead, she was trying to get away
          from 'em.  And I said, well you know, I said
          what you just told me you know, that yall didn't
          do it?.  And he said that was in Tommy's dream.
          So, but anything, you know, she tried to fight, and,

TURNER:   What did he say about her trying to get away?

TERRY:    Just that she kept trying to get away, and she was
          screaming and holloing but, they put a stop to it.
          You know, and then when I was talking to Tommy just
          now, he told me something about this chick name Rhonda,
          that said she knew who done it.

TURNER:   Rhonda?

TERRY:    She used to go with ah, Andy Anders, is what he said.

TURNER:   Uh huh,

TERRY:    And this Rhonda girl knows who done it, but they're
          not tellin'.

5 0

PAGE 6
11-8-84
INTERVIEW OF TERRY MCCARTHEY

TURNER:  How does, does he think Rhonda,

TERRY:   She told him, Rhonda told Tommy that she knew who done it.
         She told him apparently that she knew he couldn't have
         is what he told me.

TURNER:  Yeah,

TERRY:   But as far as I know, he ain't seen her, you know,
         since he's been locked up and picked up for it.  But still
         she knows who did it.

TURNER:  That's what Tommy just told you a few minutes ago?

TERRY:   Yeah, just a few minutes ago, he's standing there talking
         to me, and I told him that I had to go, If I get
         back there, they'll lock me back up, you know.

TURNER:  Did he tell me anything else?

TERRY:   Just that he wanted to talk to his lawyer and that ah,
         he was suing for false arrest if he got out of this.
         And ah,

TURNER:  Ok,

TERRY:   He's scared, and, who wouldn't be.  Now he's scared
         and then Karl's not.  You know, there just the opposite
         of each other.  You know, Tommy acts like, ah,
         like he's afraid of whats happening to him.
         And Karl acts like its OK, its neat, you know, look
         at me, I did this, you know.  Karl told me about a
         brother of his that just went to prison for murder or
         ah, self defense, but it was murder, he killed the guy.
         Stabbed several times in the heart,

TURNER:  Yeah,

TERRY:   And, you know, he was telling me how neat that was, you
         know that his brother would do that, ah,

TURNER:  Did he mention his brother's name?

TERRY:   Something Corvin.

TURNER:  Something Corvin?

TERRY:   Ah, not Dennis, yeah, Dennis, Dennis Corvin.

TURNER:  Dennis Corvin?

19

PAGE 7
11-8-84
INTERVIEW OF TERRY MCCARTHEY

TERRY:   Uh huh, and he was out here at this Jonas Hart, Jonas

TURNER:  Joseph Harp

TERRY:   Joseph Harp, and he supposedly was doin' forty to life,
         and then the other day, right before they took him out,
         he told me that his brother had just got out, the
         day he got picked up for something, so, I don't
         know how much truth is to anything he said.

TURNER:  Do you remember anything else Terry?  Anything at all
         that Fontenot might have said?

TERRY:   I don't know, that first day he had me pretty shook
         up.  You know, because all he could talk about was the
         way she died and her dying and you know, him dying like
         that.

TURNER:  Well, could you run that, can you go back over that
         and everything he told you?

TERRY:   Ok, this is what he told me.  We was sittin' there
         and I said, what did you do?  He said well they got me
         for this Donna Denise Haraway, is that her name?

TURNER:  Yes,

TERRY:   Ok, and ah, I said who's that?  And he said the girl
         at that was at McAnally's.  And I said, Oh yeah, the
         one that was kidnapped, and he goes yeah.  And ah,
         I said, why what did yall do?  He said well we went in
         the store, we got her, you know, and we took her out
         here to this old house, and ah, that where they raped
         her, and then they stabbed her, cut her up, put her
         in the floor and burned her, in a rotted part of the
         floor.  But then he laughed when he said, you know,
         when I told him they was out there looking for the body,
         he said that ah, they took him out there and showed
         where they were diggin', and wanted to know where the
         body was,

TURNER:  Yeah,

TERRY:   And, he said he told him he couldn't tell
         them he couldn't tell 'em, he had never been there
         before.  But then he told me that you know, that
         he had been out there several times partying, but
         he didn't want to tell them that.  He told me that
         she was buried along side the fence one time, of the
         electrical plant, the light plant, what ever is out here?

PAGE 8
11-8-84
INTERVIEW OF TERRY MCCARTHEY

TURNER:  Uh huh,

TERRY:   That she was buried outside the fence of the plant.  You
         know, but that goes along with the under the water and
         down the container, you know, it just, it goes on
         from one story to another.

TURNER:  Can you think of anything else?

TERRY:   Not nothing, you know, different, nothing, mostly just
         bull, you know, just.

TURNER:  Was you promised anything Terry to make this statement?

TERRY:   Nope,

TURNER:  You done it of your own free will?

TERRY:   Yes sir.


         Ok, It is now 1245 hours, it will be the end of this
statement for right now.

CASE # 84-094
OFFENSE ROBBERY & KIDNAPPING
VICTIM DONNA DENISE HARAWAY

ON NOVEMBER 5,1984 DISTRICT ATTORNEY INVESTIGATOR
GEORGE L. BOND INTERVIEWED LEONARD KEITH MARTIN, WHITE
MALE, DATE OF BIRTH MAY 21, 1957, SOCIAL SECURITY NUMBER,
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, HOME ADDRESS 927 EAST 9TH STREET ADA,OK.
APARTMENT #C. HE IS EMPLOYED BY THE PIT BARBECUE LOCATED
AT 1212 NORTH BROADWAY IN ADA,OK. THE BUSINESS PHONE
NUMBER IS (405)436-2120. HE HAS NO HOME TELEPHONE
NUMBER.

ON NOVEMBER 5, 1984 LEONARD KEITH MARTIN ADVISED HE HAD
BEEN INCARCERATED IN THE PONTOTOC COUNTY JAIL FROM
OCTOBER 15, 1984 TO OCTOBER 24,1984, MARTIN SAID HE WAS
A TRUSTEE AND HAD ACESS TO TO ALL PARTS OF THE JAIL.

MARTIN SAID A TERRY MCCARTNEY, A FEMALE JAIL INMATE
TALKED WITH KARL FONTENOTAND THAT HE, MARTIN, WAS
PRESENT WHEN KARL FONTENOT TOLD TERI MCCARTNEY THAT THEY
( WARD AND FONTENOT ) HAD GOT THE GIRL FROM THE
CONVENIENCE STORE, DROVE HER TO AN OLD HOUSE, RAPED AND
KILLED HER, THEN, PUT HER BODY IN THE MIDDLE OF THE
FLOOR AND TORCHED THE OLD HOUSE.

MARTIN SAID ON OCCASIONS, HE HEARD KARL FONTENOT
TALKING TO HIMSELF IN HIS CELL. MARTIN SAID KARL
FONTENOT SAID" I KNEW I'D GET CAUGHT SOONER OR LATER"
AND I WISH THEY WOULD BRING TOMMY WARD OVER HERE SO I
COULD TALK TO HIM .

MARTIN SAID THIS WAS ALL HE COULD REMEMBER BUT HE,
MARTIN, WOULD BE WILLING TO TESTIFY IF NECESSARY.

MARTIN COULD OFFER NO FURTHER INFORMATION CONCERNING
KARL FONTENOT THE VICTIM.

REPORTING OFFICER
GEORGE L. BOND/MDB

0:7.BOREN/PAULA

### HARAWAY CASE

SUBJECT- TOMMY WARD
W/M DOB/ 9-21-60
422 ELM NORMAN,OK.
SSN 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

SOURCE- PAULA BOREN
W/F DOB/ 2-21-41
225 MAYFAIR DR. ADA,OK.
PHONE- 332-1469   (MATRON COUNTY JAIL)

INTERVIEWED BY DEPUTY TOM TURNER 11-5-84 AT 10:30 AM

ON OCTOBER 25,1984 AT 10:00 AM PAULA BOREN WENT BACK
TO TOMMY WARD'S CELL TO GET THE PHONE NUMBER OF
TOMMY'S SISTER. TOMMY WANTED PAULA TO CALL HIS SISTER
AND HAVE HER BRING HIM SOME CIGARETTES. WHEN PAULA
WENT BACK TO GET THE NUMBER TOMMY SAID HE WAS INNOCENT
AND WAS LOCKED UP BECAUSE HE TOLD THEM ABOUT A DREAM.
PAULA TOLD TOMMY SHE WAS NOT INTERESTED IN HEARING
ABOUT HIS DREAMS AND IF HE HAD KILLED HER HE SHOULD
COOPERATE WITH THE POLICE. TOMMY THEN TOLD PAULA HE
HAD CUT HER ON THE ARM AND ON THE TIT. PAULA THEN LEFT
HIS CELL TO CALL HIS SISTER.
ON NOVEMBER 1, 1984 AT 8:30 AM PAULA WAS DOING A
MORNING JAIL CHECK AS SHE LOOKED IN ON TOMMY WARD AND
SAID GOOD MORNING TOMMY LOOKED AT HER AND SAID LOOKING
FOR THAT GIRL'S BODY OVER THERE IS LIKE LOOKING FOR A
NEEDLE IN A HAYSTACK WITHOUT THE NEEDLE. PAULA JUST
SHRUGGED HER SHOULDER AND WENT ON WITH HER JAIL CHECK.

DEPUTY TOM TURNER/MDB

O:T.WILLIAM/HAMMON

HARAWAY CASE
INTERVIEW

ON 10/24/84 AT 1900 WILLIAM FRANKLIN HAMMONS CAME TO
THE POLICE STATION AND WAS INTERVIEWED BY DETECTIVE
BASKIN IN THE DETECTIVES OFFICE.

WILLIAM FRANKLIN HAMMONS  218 1/2 N CHERRY ADA,OK.
74820. 332-4165. HIS DOB IS 10/17/64. HIS SSN IS
440-782-660.

INTERVIEW

WILLIAM HAMMONS SAID HE HAS KNOWN TOMMY WARD FOR 6
YEARS AND KARL FONTENOT FOR ABOUT A YEAR AND A HALF. HE
SAID AFTER THE DISAPPEARANCE OF DONNA DENISE HARAWAY ON
APRIL 28,1984 THAT HE NOTTICED A DRASTIC CHANGE IN
TOMMY'S BEHAVIOR. HE ALSO SAID HE SAW TOMMY AND KARL A
FEW DAYS AFTER THE CRIME AND THEY HAD BOTH GOTTEN RECENT
HAIRCUTS. HE SAID THEIR HAIR WAS SHORTER THAN HE HAD
EVER SEEN IT BEFORE. HE ALSO SAID HIS MOTHER NOTICED THE
HAIR LEGNTH. WILLIAM SAID HIS MOTHER TOLD HIM THAT THE
PICTURES THAT APPEARED IN THE ADA NEWS WERE PICTURES OF
KARL AND TOMMY.
WILLIAM SAID HE HAD SEEN TOMMY CARRY A BUCK KNIFE THAT
WAS ABOUT 5" IN LEGNTH WHEN OPENED. HE SAID THAT KARL
CARRIED A REGULAR POCKET KNIFE.
HE SAID THAT TOMMY AND HIM USED TO PARTY AT THE OLD
SUB-STATION UNTIL ABOUT A YEAR AND A HALF AGO WHEN THE
SHERIFFS DEPUTIES STARTED PATROLING THE AREA REGULARY.
TOMMY ALMOST GOT ARRESTED AND HE TOLD WILLIAM THAT IT
WASN'T A GOOD PLACE TO PARTY. HE SAID TOMMY STARTED
PARTYING ON SOME LAND OWNED BY WHITEY WILBURN. THE TURN
OFF TO THE LAND IS ON THE LEFT JUST EAST OF THE OLD
BRIDGE ON SANDY CREEK TRAVELLING WEST. HE SAID THERE WAS
A FIELD ALONG THE CREEK THAT THEY PARKED IN.
WILLIAM SAID MELVIN HARDIN TOLD HIM THAT TOMMY HAD
CONFESSED THE CRIME TO HIM AND WAS SORRY HE HAD DONE IT.
HE SAID HE HAS DISCUSSED THE CASE WITH ; MELVIN HARDIN,
BARRY LESLIE, DAVID ROSS, JOHNNY DANIELS, RONNIE YORK,
AND NIKI LINDSEY. HE SAID TOMMY AND LEO NORMAN WERE GOOD
FRIENDS.
HE SAID THAT TOMMY HAD NEVER CONFESSED THE CRIME TO
HIM.
WILLIAM SAID THAT THE ONLY REAL STRANGE THING ABOUT KARL
AND TOMMY IS THAT KARL TOLD HIM THAT THEY HAD JOINED
SOME DEVIL WORSHIPERS IN NORMAN AND TOLD ABOUT THE MAN
THAT WAS IN CHARGE OF THEM.

56

91

WILLIAM SAID HE WILL CALL BACK IF ANYTHING ELSE CROSSES HIS
MIND ABOUT THE INCIDENT. HE SUGGESTED WE TALK TO THE PEOPLE
HE GAVE US AS THEY MIGHT HAVE SOME FURTHER INFORMATION ABOUT
TOMMY AND THE CASE.

MIKE BASKIN
REPORTING OFFICER
10/24/84   2030

3

90

Janet Lynn Weldon

AUGUST OF 1984.

JANET SAID SHE GAVE DONNA A <u>LIGHT LAVENDER BLOUSE</u>
THAT WAS VERY LIGHTLY TINTED. IT HAD <u>BLUE FLOWERS ON IT</u>
AND HAD LACE AROUND THE COLLAR WITH ELASTIC AROUND THE
SLEEVES. THE SHIRT WAS MADE OF THIN MATERIAL AND
BUTTONED DOWN THE FRONT. JANET SAID IT WAS A SHIRT THAT
WAS WORN WITH BLUE JEANS. JANET CHECKED DONNA'S CLOTHES
AND COULD NOT FIND THE SHIRT. SHE CHECKED HER OWN
CLOTHES TO MAKE SURE THAT SHE HAD GIVEN IT TO DONNA AND
<u>SHE IS POSITIVE SHE GAVE THE SHIRT TO DONNA.</u>

JANET SAID THAT DONNA'S LIFE WAS CENTERED MOSTLY
AROUND SCHOOL AND STEVE AND THE REST OF HER FAMILY.

STEVE HARAWAY SAID THE HE AND DONNA WENT JOGGING
AROUND NOON ON THE DAY HIS WIFE DISAPPEARED. HE WENT TO
WORK AROUND 1:00 PM AND DONNA WENT TO WORK AROUND 2:00
PM THAT AFTERNOON. STEVE SAID HE TALKED TO HIS WIFE
AROUND 7:30 PM WHEN SHE CALLED THE HOUSE FROM WORK AND
WANTED HIM TO LOOK A WORD UP IN THE DICTIONARY AND GIVE
HIM THE CORRECT SPELLING AND USAGE OF THE WORD. SHE
NEEDED THE INFORMATION BECAUSE SHE WAS WORKING ON HER
SCHOOL LESSON FOR THE FOLLOWING WEEK. STEVE SAID HE
COULDN'T DETECT ANYTHING WRONG IN HER VOICE.

STEVE SAID THAT THEY WERE PLANNING A VACATION
TOGETHER SO THEY COULD LOOK FOR JOBS IN THE SAME AREA
BECAUSE THEY WERE BOTH GOING TO GRADUATE FROM COLLEGE.
STEVE SAID HIS WIFE WOULD NOT LEAVE AND LEAVE HER
PURSE, CLOTHES AND PERSONAL HYGENE PRODUCTS BEHIND IF
SHE WAS GOING TO LEAVE WILLINGLY.

STEVE SAID THAT HE GOT THE MONEY OWED TO DONNA FROM
HIS FATHER. HE SAID SOMEONE FROM THE STORE BROUGHT HER
CHECK TO HIS FATHER BECAUSE SHE HAD SEVERAL DAYS PAY
COMMMING.

DETECTIVE MIKE BASKIN

page 107 + 109

58

105

CC: FRAME/NORMAN

HARAWAY CASE
INTERVIEW

ON NOVEMBER 13TH, 1984 I INTERVIEWED DR. NORMAN FRAME, EDUCATION DEPT HEAD, OF EAST CENTRAL UNIVESITY AT 10:45 AM.

ACCORDING TO DR. FRAME HE HAD DONNA DENISE HARAWAY IN HIS CLASS THIS SPRING SEMESTER. THE TITLE OF THE CLASS WAS THE ELEMENTARY SCHOOL #4332. DR. FRAME REMEMBERED DONNA AND HE DESCRIBED HER AS BEING VERY DEPENDABLE AND PROMPT. HE SAID THAT SHE WAS A GOOD STUDENT THAT APPEARED WELL ADJUSTED TO HER ENVIORNMENT. HE SAID SHE WAS THOUGHT OF HIGHLY BY THE INSTRUCTORS AND HER PEERS. HE SAID SHE COMPLETED HIS CLASS AND WAS IN THE PROCESS OF DOING HER PRACTICE TEACHING AT THE TIME OF HER DISAPPEARANCE.
DR. NORMAN FRAME
223 N HIGHLAND ADA,OK.
332-5559

DETECTIVE MIKE BASKIN

/ó3

911.HOWARD/DONNA

## HARAWAY CASE
### INTERVIEW

ON NOVEMBER 6, 1984 DONNA HOWARD GAVE A STATEMENT
TO DETECTIVE MIKE BASKIN OVER THE TELEPHONE IN
REFERENCE TO THE DONNA DENISE HARAWAY CASE.

DONNA HOWARD LIVES AT 621 ANN STREET IN ADA,OK. HER
PHONE NUMBER IS 332-8928. HER BUSINESS ADDRESS IS 500
SOUTH MISSISSIPPI AT HAYES ELEMENTARY SCHOOL. HE WORK
NUMBER IS 332-2180. SHE WAS DONNA DENISE HARAWAYS
SUPERVISOR WHILE DONNA WAS DOING HER PRACTICE
TEACHING.

DONNA DENISE HARAWAY WAS DOING HER PRACTICE
TEACHING AT HAYES ELEMENTARY SCHOOL. SHE HAD EIGHT
WEEKS TO PRACTICE TEACH. ACCORDING TO MRS. HOWARD
DONNA HAD COMPLETED SIX OF THE EIGHT WEEKS WITH ONLY
ONE ABSCENCE. THIS ABSCENCE WAS EARLY IN THE SEMESTER
AND WAS DUE TO A SEVERE COLD. SHE SAID THAT THE WEEK
PRIOR TO APRIL 28, 1984 DONNA HAD TAUGHT HER CLASS ON
A FULL TIME BASIS. THE CLASS WAS A SECOND GRADE
CLASS.

MRS. HOWARD SAID THAT DONNA HAD ALREADY DISCUSSED
THE NEXT WEEKS CLASS PLAN WITH HER AND TOOK HOME
SOME STUDY MANUALS WITH HER TO FINISH PREPARING THE
THE LESSONS.

DONNA HARAWAY DIDN'T DO ANYTHING OUT OF THE
ORDINARY OR ANYTHING TO MAKE HER BELIEVE SHE WOULDN'T
BE IN SCHOOL ON MONDAY APRIL 30, 1984. MRS. HOWARD
SAID THAT DONNA DID NOT SHOW UP FOR SCHOOL ON MONDAY
AND SHE HAS NOT SEEN OR HEARD FROM HER SINCE THE 27TH
OF APRIL ON FRIDAY.

                              MIKE BASKIN
                              DETECTIVE
                              11/6/84 0955

94

HARAWAY CASE

INTERVIEW WITH MR.AND MRS.O.A.MCANALLY

O.A.MCANALLY OWNER OF MCANALLY'S CONVENIENCE STORE AT
2727 ARLINGTON ADA,OK.HOME ADDRESS BOX A COYLE,OK.HOME
PHONE 466-2615 OFFICE PHONE 466-2256.

MR.MCANALLY STATED THAT DENISE HARAWAY WAS A VERY
DEPENDABLE EMPLOYEE.SHE WAS THE TYPE THAT WOULD WORK WHEN
SHE WAS SICK INSTEAD OF CALLING IN SICK.THE NIGHT OF THE
ROBBERY THERE WAS A LARGE SUM OF MONEY IN A DEPOSIT BAG
UNDER THE COUNTER PLUS ABOUT 500 DOLLARS IN THE SAFE.THIS
MONEY WAS STILL AT THE STORE AFTER THE ROBBERY.
    DENISE HAD A CHECK COMING WHEN SHE WAS
ABDUCTED.MRS.MCANALLY SAID,STEVE'S FATHER,DR.HARAWAY CAME
BY AND PICKED UP HER CHECK AND SIGNED FOR IT.
    MR.MCANALLY SAID HE BOUGHT THIS STORE JULY 15TH
1980.AS FAR A MCANALLY KNOWS THERE IS NOTHING TO CONNECT
TOMMY WARD WITH THE NOV.15TH 1981 BURGLARY.
    MR.MCANALLY SAID THERE WAS ANOTHER INCIDENT ABOUT
THREE DAYS AFTER NOV 15TH 1981 WHERE SOME MONEY CAME UP
MISSING.LISA LAWSON TOOK A POLYGRAPH TEST REFERANCE TO
THIS THEFT.TOMMY WARD WAS DATING LISA AT THIS TIME AND
WAS SUPPOSED TO TAKE A POLYGRAPH,BUT REFUSED WHEN IT CAME
TIME FOR THE TEST.

                                    D.W.BARRETT
                                    REPORTING OFFICER
                                    11-16-84

*when did DOH*

*began working at McAnally's*

*when did Steve Haraway*

*quite working at McHaralleys*

*Did they ever work together*

61

HARAWAY CASE

INTERVIEW WITH JACK PASCHALL

JACK PASCHALL WM 41 435 N.MONTA VISTA ADA,OKLA.436-1611
TEACHES AT EAST CENTRAL UNIVERSITY ADA,OKLA.

MR.PASCHALL SAID THAT ON APRIL 28TH 1984 WE WAS COMING
INTO TOWN AND DECIDED TO STOP AT JP'S QUICK STOP.HE WORKS
THERE SOMETIME WHEN THEY ARE SHORT HANDED.HE SAID THE
TIME WAS PRIOR TO 8PM,ABOUT 20 MINUTES TILL 8.KAREN WISE
WAS THE GIRL THAT WAS WORKING THAT EVENING.WHEN HE WALKED
IN AND WAS TALKING TO KAREN,SHE TOLD HIM THAT SHE WAS
NERVOUS ABOUT TWO YOUNG MEN THAT WAS IN THE BACK IN THE
POOL ROOM AREA.KAREN SAID EVERY TIME SHE LOOKED IN THE
BACK,ONE OF THE GUYS WOULD BE LOOKING OR WATCHING
HER.MR.PASCHALL SAID HE WALKED TO THE BACK ROOM AND
CHECKED THE BACK DOOR AND THE STOREROOM TO MAKE SURE NO
ONE WAS HIDING BACK THERE.HE SAID HE DOSE NOT REMEMBER IF
HE DID THIS ON HIS OWN OR WHEATHER KAREN ASK HIM TO.

WHEN HE GOT BACK UP TO THE FRONT OF THE STORE HE WAS
TALKING TO KAREN ONE OF THE GUYS CAME OUT OF THE BACK AND
ASK KAREN FOR SOME QUARTERS.THIS YOUNG MAN WAS SLENDER
BUILT,MEDIUM TO LIGHT BROWN HAIR,HIS HAIR CAME DOWN JUST
BELOW THE EAR,HE WAS 5'10 TO 5'11",WITH A SLIM FACE,HIS
CHEEKS HAD A HOLLOW APPEARANCE.WHEN KAREN GAVE HIM THE
QUARTERS,HE WENT TO THE BACK AND A SHORT TIME LATER,BOTH
YOUNG MEN CAME OUT AND LEFT THE STORE.THEY GOT IN AN
OLDER MODEL PICKUP.MR.PASCHALL SAID"MY IMPRESSION WAS
THAT THE PICKUP WAS A CHEVORLET IN THE MID 60'S TO EARLY
70'S MODEL AND HAD PRIMER PAINT ON IT".

HE SAID THERE WAS SOMETHING ABOUT THE TAILGATE THAT
STICKS IN HIS MIND.EITHER IT WAS BENT UP BADLY OR IT WAS
MISSING.HE SAID HE COULD'NT REMEMBER WHICH.MR.PASCHALL
SAID THEY LEFT THE STORE ABOUT TEN MINUTES AFTER HE
ARRIVED AT THE STORE.

THE OTHER YOUNG MAN HAD A RUDDY COMPLECTION,WITH SANDY
BLOND HAIR WITH A REDDISH TINT,HE WAS HUSKY BUILT AROUND
5'9" TO 5'11" AND, WEIGHED ABOUT 185LBS.

JAMES FOX (DWB)
11-8-84

HARAWAY CASE

INTERVIEW

ON OCTOBER 30, 1984 CYNTHIA WEAVER CAME TO THE
POLICE DEPARTMENT AND GAVE A STATEMENT TO FLOYD BOND
INVESTIGATOR FOR THE DISTRICT ATTORNEY. THE STATEMENT
WAS GIVEN AT 12:00 PM.
CYNTHIA KAY WEAVER LIVES AT 500 E. 20TH UNIT H3 IN
ADA, OKLAHOMA. HER PHONE NUMBER IS (405)-436-2412.

STATEMENT

I WORKED AT THE U-TOTEM CONVIENCE STORE AT MAIN
STREET AND MISSISSIPPI STREET FOR ABOUT ONE MONTH, FROM
FEB 4 TO APR 9 OF 1984 DURING THIS PERIOD OF TIME AND
INCIDENT HAPPENED ON THE NIGHT OF                 1984 ON OR
AFTER MIDNIGHT. I WORKED THE 10PM TO 6AM SHIFT.
ON THE ABOVE NIGHT TOMMY WARD, WHOM I HAVE KNOWN FOR
7 OR 8 YEARS CAME INTO THE STORE WITH ANOTHER WHITE
MALE ABOUT 5'9", 150 LBS.. DARK BROWN HAIR AND BROWN
EYES. THEY WERE BOTH INTOXICATED AND APPEARED TO BE ON
DRUGS. TOMMY WARD DIDN'T SAY ANYTHING HE JUST STOOD
AND STARED AT ME. THE OTHER PERSON WAS YELLING AND
SCREAMING LIKE HE WAS CRAZY AND KNOCKED SOME STUFF OFF
THE SHELVES. HE CAME UP TO ME AND SAID" HOW ABOUT IF
WE ROB YOU?" I SAID "HOW ABOUT IF YOU DON'T?". THEY
STOOD AROUND FOR A COUPLE OF MORE MINUTES AND WALKED
OUTSIDE. I HAD A BARRELL FULL OF CANNED ICED SODA
SITTING OUTSIDE DRAINING THE WATER OUT AND THE OTHER
ONE SAID" WE ARE GOING TO STEAL THIS BARRELL" HOWEVER
THEY DIDN'T AND GOT INTO THE CAR. TOMMY WARD WAS
DRIVING A BROWN FORD POSSIBLY A 1976 TORINO. THE OTHER
MALE CUSSED ME AND CALLED ME A BITCH AND A WHORE. HE
WAS REALLY MAD. THEY LEFT AND I HAVEN' SEEN EITHER ONE
OF THEM SINCE.
I KNOW TOMMY WARD BECAUSE I HAVE BABYSITTED FOR
HELEN SLAUGHTER AS A LIVE IN BABYSITTER AT 424 W 8TH
IN ADA, OKLAHOMA. HER SON         LESLIE AND TOMMY WARD
ARE GOOD FRIENDS AND RUN AROUND TOGETHER. TOMMY WARD
SPENT A LOT OF TIME AT THE SLAUGHTERS HOME WITH BARRY. BERRY
SINCE LEAVING THE EMPLOYMENT OF HELEN SLAUGHTER I
WOULD OCCASIONALLY SEE TOMMY WARD JUST TO SAY HI.
LOYD BOND SHOWED ME SIX PHOTO PICTURE LINE UP OF
SUSPECTS IN THE HARAWAY CASE. THE FIRST SET OF PHOTOS
NUMBER 5 WAS TOMMY WARD. THE SAME TOMMY WARD THAT CAME
INTO U-TOTEM THAT NIGHT. HE SHOWED ME ANOTHER SIX

PHOTO LINE UP OF SUSPECTS IN THE HARAWAY CASE AND
PHOTO NUMBER 3 WAS MORE THAN LIKELY THE OTHER MALE WITH
WARD THAT NIGHT AT U-TOTEM. AFTER I HAD PICKED SUSPECT
# 3 LOYD BOND IDENTIFIED THE SUSPECT AS KARL FONTENOT.

THE ABOVE IS THE TRUTH TO THE BEST OF MY

113

HARAWAY CASE
INTERVIEW

ON NOVEMBER 14TH, 1984 AT 12:45 PM DETECTIVE MIKE
BASKIN AND DETECTIVE CAPTAIN DENNIS SMITH INTERVIEWED
JOHNNY DAVID YOCKEY AT THE LEXINGTON ASSESSMENT AND
RECIEVING CENTER WHERE HE IS CURRENTLY SERVING TIME.
HIS DATE OF BIRTH IS 11/16/65.

INTERVIEW

DAVID YOCKEY SAID HE HAD KNOWN TOMMY WARD FOR QUITE
SOME TIME. HE SAID THE LAST TIME HE SAW TOMMY WAS AT
LOVES COUNTRY STORE ON WEST MAIN ABOUT 3 DAYS BEFORE
THE KIDNAPPING OF DENISE HARAWAUY. HE WAS ABLE TO PIN
DOWN THE TIME BECAUSE HE HAS A RELATIVE THAT HAS A
BIRTHDAY ON THE 27TH OF APRIL. HE SAID THAT TOMMY WAS
ACCOMPANIED BY ROBERT CAVINS AND KARL FONTENOT. HE
SAID THEY WERE DRIVING AN OLD BROWN DODGE THAT HE
THOUGHT BELONGED TO CAVINS.
HE SAID THAT CAVINS HAD TRIED TO SELL HIM SOME
MARIJUANNA AT SOME TIME IN THE PAST.
HE SAID THAT WHEN HE SAW TOMMY AT LOVES TOMMY'S HAIR
WAS FIXED LIKE THE GUY IN THE COMPOSITE PICTURE THAT
WAS DISTRIBUTED IN THE AREA. HE SAID THAT HE WAS WITH
RABBIT LYDA A FEW DAYS AFTER THE ROBBERY AND THEY SAW
A COMPOSITE PICTURE. HE ASKED LYDA WHO IT LOOKED LIKE
AND LYDA TOLD HIM IT LOOKED LIKE TOMMY WARD.
HE SAID THAT TOMMY HAD THE FOLLOWING FRIENDS THAT HE
KNEW OF; CHRIS BOWLES, DAVID YOCKEY, KARL FONTENOT,
BRIAN COX, JOE (RABBIT) LYDA, MIKE TAYLOR, RONNIE
SMITH, KENNY LYDA, KERRY COX, DONNIE COLLINS, WOODY
STICK, J C BUTTONS AND JIM BOB HOWARD.
HE SAID ONE DAY HIM, J.B. STINSON, JOE LYDA AND TOMMY
WARD WENT TO TALAHINA TO A BAR. HE SAID THAT WARD
PULLED A KNIFE ON A MAN AT THE BAR. THEY LEFT BEFORE
THE POLICE CAME.
HE SAID TOMMY WARD CARRIES A BUCK KNIFE IN HIS REAR
POCKET. HE DESCRIBED IT AS BEING ABOUT 6 INCHES IN
LEGNTH.
HE SAID THAT ONCE HIM, JIM BOB HOWARD AND TOMMY WARD
WERE AT A OLD HOUSE BY THE EVANGELISTIC TEMPLE
DRINKING. THEY WERE BROKE. WARD SAID HE HAD SOME
MONEY. THEY WENT TO KENS PIZZA AND ATE SOME PIZZA THEN
WARD TOLD THEM HE DIDN'T HAVE ANY MONEY. THEY LET WARD
GO GET SOME MONEY. WARD DID NOT EVER COME BACK TO GET
THEM.
HE SAID THAT HE NEW WHERE GORDON CALHOUN LIVED BUT
HE NEVER ATTENDED ANY PARTIES AT THE HOUSE. HE SAID HE
DID NOT KNOW JANNETTE ROBERTS.

85   1

119

HE SAID THAT ON ONE OCCASION IN APRIL THAT TOMMY WARD,
JIM BOB HOWARD AND RABBIT LYDA WENT TO A LIQUOR STORE ON
WEST MAIN. THEY WENT INSIDE. THEY STOLE A BOTTLE OF
WHISKEY. THE LADY WORKING CAME TOWARD THEM AND TOMMY
WARD PUSHED HER DOWN. THEY GOT INTO THE CAR AND LEFT.
  HE KNEW OF TWO CARS OWNED BY TOMMY WARD ONE WAS A BROWN
COUGAR WHICH TOMMY SOLD TO A MAN THAT LIVES BEHIND
WANDA'S MEXICAN RESTAURANT. THE OTHER WAS A BLUE DATSUN
S/W THAT RABBIT LYDA RAN INTO A HOUSE AT 9TH & FRANCIS
THEN RAN OFF AND LEFT THE CAR. THE CAR WAS IMPOUNDED BY
BRUNDRIDGE WRECKER SERVICE.
  HE SAID THAT TOMMY HAD DRIVEN MICHAEL K. TAYLOR'S 79
GMC TRUCK BEFORE. IT WAS DAMAGED IN FRONT BECAUSE MIKE
HIT A CONCRETE ISLAND AT A GAS STATION. HE SAID TOMMY
USED IT TO MOVE A WATER BED.
  HE SAID HE DID NOT KNOW ODELL TITSWORTH.
  HE SAID THAT WHEN JIM BOB HOWARD GOT MESSED UP HE LIKED
TO ROB THINGS.
  HE SAID THAT THE COMPOSITE DRAWINGS LOOKED LIKE TOMMY
WARD AND CHRIS BOWLES.
  HE SAID THAT THEY HAD KEG PARTIES UNDER THE BRIDGE ON
THE CANADIAN RIVER THAT TOMMY WARD ATTENDED. HE SAID
THAT SOMETIMES MIKE TAYLOR WOULD BORROW A 4-WHEEL DRIVE
VEHICLE TO GO FURTHER DOWN THE RIVER TO PARTY.
  HE SAID THAT ONCE WHEN TOMMY HAD BEEN SMOKING DOPE THAT
THEY WERE RIDING IN TOMMY'S CAR. HE SAID THAT TOMMY WAS
ON MAIN STREET WEAVING AROUND DRIVING LEFT OF CENTER ON
PURPOSE.
  HE SAID THAT TOMMY HAD TOLD HIM ONCE ABOUT STEALING GAS
FROM MCANNALEY'S STORE.
  HE SAID THAT BRIAN COX HAD A GREY PRIMERED PICK-UP AND
PAINTED IT RED AFTER THE ROBBERY TO KEEP THE POLICE FROM
STOPPING HIM BECAUSE HE DIDN'T HAVE A LICENSE OR
INSURANCE.
  YOCKEY SAID HE DATED A SHEILA TURNER WHO LIVES AT
FRANCIS. SHEILA'S PHONE NUMBER IS 436-6034.
  HE SAID HE DATED TOMMY WARD'S SISTER KAY AT ONE TIME.
  HE SAID THAT EVERYONE WAS AFRAID OF TOMMY INCLUDING
HIMSELF BECAUSE WHEN TOMMY GETS MAD HE GOES CRAZY AND
COULD HURT SOMEONE. HE SAID THAT TOMMY WAS NOT AFRAID OF
ANYONE OR ANYTHING.
  HE TOLD US ABOUT THE RUINS OF AN OLD ABANDONED HOUSE
THAT IS SOUTHWEST OF THE EVANGALISTIC TEMPLE AND CLOSE
TO THE CONVEYOR BELT OF THE CEMENT PLANT.
                                    DETECTIVE MIKE BASKIN
                                    11/15/84

HARAWAY CASE

INTERVIEW WITH JIM BOB HOWARD

JIM BOB HOWARD RT.2 ADA OK.332-1082 DOB 3-7-64 6'2"
155LBS.BROWN HAIR BLUE EYES.WENT TO VANOSS SCHOOL THROUGH
THE ELEVENTH GRADE,DID NOT GRADUATE,PRESENTLY UNEMPLOYED.
LIVES WITH PAUL AND LEOTA HOWARD,HIS PARENTS.

HOWARD STATED THE LAST TIME HE SAW TOMMY WARD WAS IN
COURT WHEN TOMMY WAS CAHRGED WITH DUI,HOWARD WAS CHARGED
WITH POSSESSION OF MARIHUANA.HOWARD FIRST MET TOMMY WARD
ABOUT A YEAR AND A HALF AGO AT SHELLY MANTZSKY'S HOUSE ON
N.HIGHLAND.HOWARD THINKS TOMMY WAS GOING WITH SHELLY AT
THE TIME.HOWARD SAID HE NEVER THOUGHT TOO HIGHLY OF TOMMY
AND THOUGHT HE ACTED CRAZY.HOWARD SAID TOMMY USED TO GO
TO A GIRLS HOUSE A LOT THAT LIVED BEHIND THE SKELLY
STATION AT MAIN AND HOPE.HOWARD SAID HE HAS GONE RIDING
AROUND WITH TOMMY AND DAVID YOCKEY DRINKING WHISKEY
BEFORE.HOWARD SAID TOMMY USED TO RUN AROUND WITH DAVID
YOCKEY,JOE(RABBIT)LYDA AND STEVE CAPPS SOME.HOWARD SAID
HE HAS NEVER BORROWED BRYAN COX'S PICKUP,BUT HAS RIDDEN
IN IT SEVERAL TIMES.HOWARD SAID HE AND BRYAN WERE GOOD
FRIENDS.HOWARD SAID HE AND BRYAN WENT TO OKLAHOMA CITY 6
OR 7 MONTHS AGO.HOWARD SAID HE,SHELTON,LYDA AND COX WERE
STOPPED IN THE PICKUP BACK IN THE SPRING.HOWARD SAID HE
HAS BEEN IN MCANALLYS SEVERAL TIMES MAINLY AT
NIGHT.HOWARD SAID HE HEARD ABOUT THE KIDNAPPING ABOUT A
DAY AFTER IT HAPPENED.HE SAID SOMEONE TOLD HIM ABOUT IT
BUT,HE DOSE'NT KNOW WHO.HOWARD SAID HE DID'NT KNOW WHERE
HE WAS ON APRIL 28 1984,BUT,HE WAS PROBABLY AT
HOME.HOWARD SAID HE HAD BEEN IN JP'S STORE BEFORE TO GET
A SANDWITCH OR SOMETHING,BUT HE NEVER PLAYED POOL
THERE.HE SAID HE DID'NT EVEN KNOW THEY HAD A POOL TABLE.
HOWARD SAID HE,WARD AND DAVID YOCKEY DROVE AROUND
DRINKING ONE NIGHT AND WENT DOWN BEHIND THE EVANGELESTIC
TEMPLE BY THE OLD SMITH LAKE.THEY STOPPED AT THE OLD ROCK
HOUSE AND DRANK SOME WHISKEY AND COKE.
WHEN HOWARD SAW THE COMPOSITE ON TV HE THOUGHT IT
LOOKED LIKE TOMMY WARD.HOWARD SAID TOMMY USED TO CARRY A
LOCK BLADE KNIFE THAT HAD A 4 OR 5 INCH BLADE.HOWARD SAID
HE HAD NEVER GONE OUT OF TOWN WITH TOMMY.HOWARD SAID HE
HAD NEVER BEEN WITH WARD AND COX AT THE SAME TIME.JACKIE
MANTZSKY THAT TOMMY USED TO LIVE WITH HAS MOVED OUT OF
TOWN.HOWARD SAID WHOEVER DID THE KIDNAPPING AND KILLING
OF HARAWAY SHOULD GET THE ELECTRIC CHAIR.HOWARD SAID HE
WOULD TAKE A POLYGRAPH IF HE WERE ASK TO.

HOWARD STATED HE DRIVES HIS PARENTS 82 WHITE LINCOLN
OR 82 BLUE CHEVORLET PICKUP.HOWARD SAID HE HAS NEVER HAD
A DRIVERS LICENSE.HE HAS TAKEN THE TEST TWICE AND FAILED
IT BOTH TIMES.HE DOSE HAVE A DRIVERS PERMIT RESTRICTED TO
A LICENSED DRIVER IN THE FRONT SEAT.

DENNIS SMITH
REPORTING OFFICER
11-16-84 (DWR)

3

88

130

HARAWAY CASE

AGNUS LUMPMOUTH INTERVIEW

ON 10-24-84 DET.BARRETT INTERVIEWED AGNUS LUMPMOUTH AT HER
RESIDENCE AT 913 W.24TH ADA,OKLA.MRS.LUMPMOUTH ADVISED THE
FOLLOWING:
MICHELLE CAME HOME THE DAY ODELL BROKE HIS ARM.LATER THAT DAY
ODELL CAME TO HER HOUSE AFTER HE GOT OUT OF JAIL.ODELL STAYED
FOR ABOUT 2 WEEKS.MICHELLE AND ODELL WERE THERE FOR SEVERAL
DAYS WITHOUT GOING ANYWHERE BECAUSE ODELLS ARM WAS
HURTING.MRS.LUMPMOUTH DOSE NOT REMEMBER MICHELLE AND ODELL
GOING TO BLUE RIVER THAT NEXT SUNDAY BUT THEY COULD HAVE LEFT
WITHOUT HER KNOWING BECAUSE SHE SLEEPS DAYS.MRS.LUMPMOUTH WAS
WORKING 12-8 AT THE INDINA HOSPITIAL AT THAT TIME.

WHEN ODELL CAME TO THE HOUSE SOMEONE BROUGHT HIM,HE DID NOT
HAVE A CAR. AFTER ODELL LEFT SHE THOUGHT HE WENT TO HIS
FATHERS HOUSE BUT SHE DOSE NOT KNOW WHERE HE LIVES. NO ONE
CAME TO SEE ODELL WHILE HE WAS STAYING AT HER HOUSE.

*W Barrett*
*10-24-84*

):*

HARAWAY CASE
INTERVIEW


DETECTIVE MIKE BASKIN AND DEPUTY TOM TURNER WENT TO TALEQUAH,
OKLAHOMA ON OCTOBER 23,1984 TO INTERVIEW MICHELLE WHEELER IN
REFERENCE TO THE DISAPPEARANCE OF DONNA DENISE HARAWAY.

THE INTERVIEW TOOK PLACE AT THE CAMPUS SECURITY OFFICE ON THE
NORTHEASTERN UNIVERSITY CAMPUS AT 4:45 P.M.

MICHELLE WHEELER INDIAN FEMALE  DOB/ 3/16/54. HER MAILING
ADDRESSIS BOX 948, TALEQUAH,OK. HER PHONE NUMBER IS
(918)-456-9959. HER SOCIAL SECURITY NUMBER IS 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.

STATEMENT

MICHELLE WHEELER SAID SHE MET ODELL BRUNO TITSWORTH APPROX.
THE MIDDLE OF MAY 1983. SHE MET HIM AT THE ORBIT CLUB IN ADA ON
N. MISSISSIPPI. SOME TIME LATER SHE MOVED IN WITH HIM AT HIS
MOTHERS HOUSE AT 1209 N. BOLTON. SHE SAID SHE LIVED THERE WITH
HIM FOR SOME TIME.
ON APRIL 26TH 1984 ODELL WAS PUSHING HER AROUND AT 1209 N.
BOLTON. ODELL'S SISTER CAME HOME AND GOT MAD AT ODELL AND
CALLED THE POLICE. HIS SISTER FILED CHARGES AGAINST ODELL IN
CITY COURT. WHEN THE POLICE ARRESTED ODELL HIS ARM WAS BROKEN.
SHE SAID ODELL WAS TAKEN TO THE HOSPITAL AND GOT A CAST THAT
REACHED FROM HIS WRIST TO HIS SHOULDER. SHE SAID ODELL GOT OUT
OF JAIL ON THURSDAY APRIL 26TH AND CAME TO HER HOUSE AT 913 W
24TH IN ADA. THEY WENT TO THE POLICE STATION TO FILE CHARGES
AGAINST ODELL'S SISTER AND THEN TO THE INDIAN HEADQUARTERS TO
PICK UP HER W.I.C. VOUCHERS. SHE SAID THEY WENT BACK TO HER
HOUSE ON 24TH STREET AND DIDN'T LEAVE UNTIL APRIL SUNDAY 29TH
WHEN ODELL AND HER WENT SWIMMING AT BLUE RIVER . SHE SAID THEY
WENT WITH HER BROTHER TRUPHMAN LUMPMOUTH JR. IN HIS T-BIRD.
THEY ALSO TOOK HER YOUNGER SISTER WITH THEM. SHE SAID THERE WAS
SOME OTHER PEOPLE FROM ADA THERE BUT SHE DIDN'T KNOW THEM. SHE
SAID ODELL COULDN'T GO SWIMMING BECAUSE OF HIS CAST. SHE SAID
THEY WERE IN ADA BY 9:00 PM AND WENT STRAIGHT BACK TO HER HOUSE
ON 24TH AND DIDN'T LEAVE. SHE SAID ODELL LIVED WITH THEM FOR
ABOUT THREE WEEKS UNTIL HE TOOK HIS CAST OFF EARLY. SHE SAID
SHE GOT MAD AT HIM AND HE MOVED BACK HOME WITH HIS MOTHER AT
1209 N. BOLTON. SHE SAID SHE MOVED TO TALEQUAH ON JULY 11TH AND
ODELL MOVED UP AT THE SAME TIME. SHE ENTERED THE JOB CORPS
PROGRAM AND ODELL WENT TO WORK FOR THE MAINTNENCE DEPT. AT THE
COLLEGE. ODELL WAS EMPLOYED BY THEM UNTIL HIS ARREST ON
10/19/84. MICHELLE SAID SHE PAWNED A RING ODELL GAVE HER AT A
LOCAL PAWN SHOP.


SHE SAID THAT SHE HAD QUIT SEEING ODELL ABOUT A MONTH AGO
AND HADN'T HEARD FROM HIS FAMILY IN ADA FOR THE PAST FEW
WEEKS.

70   4

REPORTING OFFICER                    125

CR-84-094

Offense:  Robbery, Kidnap, Homicide

Victim:  Donna Denise Harraway

On November 13, 1984, D.A. Investigator George L. Bond interviewed
Gordon Douglas Calhoun, white male, date of birth, April 6, 1965, Social
Security Number 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.  Home address 7584 Woodsboro Avenue, Anaheim,
California.  Employed by Disneyland, Anaheim, California.  Business Phone
(714) 999-4453, Home Phone (714) 970-2131.

On November 13, 1984, Calhoun advised that he was born in La Mesa,
California on April 6, 1965 and that he grew up an attended high school
in Konawa, Oklahoma and at present time he is attending Santa Ana Junior
College, Santa Ana, California.

Calhoun said that at the present time he works as a custodian for
Disneyland, Anaheim, California.  He said that in Ada, Oklahoma, he was
employed by Bowie Ballard Ford and also did some plumbing work.

Calhoun said he moved in to the apartment on South Townsend, Ada,
Oklahoma in latter part of March, 1984 and lived there until June of 1984.
He lived alone and paid his rent to Jim Lee Enterprises, Ada, Oklahoma.

Calhoun said he knew Tommy Ward, Karl Fontenot, and Bruce DePrater.
He did not know Ronnie Tisdale or Odell Titsworth.

Calhoun said he and Bruce DePrater were close friends.  He has talked
to Bruce DePrater since Johnny Duck, Konawa, Oklahoma, was interviewed on
October 24, 1984.  He said Bruce DePrater had been friendly with Duck until
Duck called him after the interview and told him about the story of the body
in the car at the apartments and asked him to go along with the story if he

was interviewed. Calhoun said this made DePrater mad at Duck.

Calhouhsaid that DePrater did have a older 60 model Ford Pick-up with
a short bed. He can't remember when DePrather got rid of it. He said
that DePrater would not have loaned it to Ward or Fontenot.

Calhoun said DePrater has a brother, Billy DePrater living in Konawa,
Oklahoma.

Calhoun said he met Tommy Ward in April, 1984. They were not friends
because Ward was quiet and a strange person. In his association with Ward,
Ward talked about robbing or stealing. Most people didn't like him (Ward)
Knew very little about Ward and Fontenot.

Calhoun said Ward would attend the parties but wouldn't stay long
because people didn't like him.

Calhoun said he couldn't remember a party on the 27th or 28th of April,
1984. He said that he would normally get to the parties about 8 p.m. and
could not remember Ward or Fontenot leaving at any particular time.

Calhoun said he didn't like Fonenot becuase he was always running off
at the mouth. Calhoun said that once Fontenot said he knew who did it.
(re: Harraway disappearance) and some one, he didn't know who, told Fontenot
to shut his mouth. He could remember no other statements about Harraway.

Calhoun said that Jeanette Blood partied alot and that Fontenot was living
with her and that Jeanette Blood kicked Fontenot out of the apartment about the
time he moved in next door. Because they were always arguing.

Calhoun said that they had a keg party at the Canadian River Bridge in May,
1984. Everyone went to it except Jeanette Blood. Robert Cavins, Tommy Ward,
Karl Fontenot and many others from Ada and Konawa attended.

Calhoun said that in May, 1984, Ward changed his hair style. He started
wearing it shorter, but could see no other physical or mental changes in Ward.
No change in Fontenot's appearance.

Calhoun said Ward liked to hang out East and South of the old Sandy Creek Bridge. He said Ward showed him the area from the road once. Calhoun said it was down past Roberts Auto Salvage just before you cross the old bridge on Sandy Creek.

Calhoun said that he had never seen Ward or Fontenot wearing or displaying a knife. Calhoun said that he didn't know anyone that would loan Ward or Fontenot a vehicle to drive. Calhoun said Tommy Ward did own a faded old green datsun.

Calhoun said he came back to California in June, 1984, and could offer not further information.

Harraway Case

On December 11, 1984 at 11:00 p.m., Loyd Bond telephonically re-interviewed Gordon Douglas Calhoun, who lives with his father, Bill Steinehert in Anahiem, California. Home telephone number 714-970-2131.

On December 11, 1984, Gordon Calhoun advised that he went to Texas to purchase a keg of beer to be used for a "Keg Party" at his apartment. He can not remember exactly, however, he did feel that it could have been about the 27 or 28 of April, 1984, when they had the keg party at his apartment.

Calhoun said that a friend by the name of Brad, last name unknown, student at East Central State University went with him. He said Brad was from Konawa.

Calhoun said they went thru Tishomingo and Madill to Texas. Couldn't remember what town in Texas, other than it was the first big town south of the river on Hwy. 377.

Calhoun said he did not know the name of the business that the purchase was made from other than the fact that they owned 4 or 5 stores and the main wholesale outlet for keg beer was on the south side of town. He had an empty keg that he traded for the new keg and paid cash for the transaction. Calhoun said that there was a party almost ever weekend at one or the other apartments.

Calhoun said that he never went to Texas with Jeanette Roberts at any time.

REPORTING OFFICER
GEORGE L. BOND
DA INVESTIGATOR

74   A

110

OKLAHOMA STATE BUREAU OF INVESTIGATION

This is Deputy Turner, Pontotoc County Sheriff's Office,
I've got Melvin Lee Hardin with me.  The date is 11-16-84.
The time is 1020 hours.

TURNER:   Melvin how old are you?

HARDIN:   28

TURNER:   What is your date of birth?

HARDIN:   4-10-56

TURNER:   Do you still live at 221 West 14th, Ada?

HARDIN:   Yes sir,

TURNER:   What's your social security number?

HARDIN:   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

TURNER:   Ok, Melvin how long have you known Tommy Ward?

HARDIN:   Oh, about 4 or 5 years.

TURNER:   Ok, ah, what can you tell me, or what information
          did you have that Tommy, has Tommy told you any-
          thing about the McAnally robbery?

HARDIN:   Yes, ah, he told me that ah, he did it.  And I asked
          him, you know, (inaudible).  He told me that he did it.
          In a kiddin' manner, (inaudible) I told him I seen his
          picture out there at McAnally's and they drew him out
          I was just kiddin' with him, and he told me he did it.
          But they would never find her.

TURNER:   Never find the body?

HARDIN:   Well, he just said they'll never find her, like that,
          he didn't say nothin' about a body (inaudible).

TURNER:   When was you talkin' to Tommy about this first time?

HARDIN:   Ah, I believe is was in sometime late in last of May
          or first of June, I'm not for sure.

PAGE 2
MELVIN HARDIN
11-16-84

TURNER:    Did your brother used to run around with Tommy?

HARDIN·    Yeah, he sure did.

TURNER:    What was your brother's name?

HARDIN:    Barry Leslie

TURNER:    Ok, did Barry tell you anything that Tommy had
           to say or anything?

HARDIN:    Yes, ah, we was talkin' the other day, and ah,
           well here while back, he was, I was askin' him about
           Tommy, and, he said, ah, he thought, he thought he
           did it, and ah, thought his attitude changed.

TURNER:    Tommy's attitude changed?

HARDIN:    Yeah, and ah, that ah, he said ah, he said that he
           was ridin' around and gettin' drunk with him one night,
           and said that Tommy ah, he said Tommy said that ah,
           he ought to go up there and get one of them college
           girls and knock her teeth out.  And ah, you want me
           to say it?

TURNER:    Yeah, go ahead and lets say it on tape.

HARDIN:    And ah, he to fuck her in the bloody mouth.

TURNER:    Ok, do you know about when this was? When Tommy was telling
           your brother this?

HARDIN:    No sir, I don't, it, it ah, I don't know, I couldn't
           tell you when it was.  (Inaudible) me and Barry, and ah,
           Billy Hammons was talkin' here while back, and that's
           when he, he was tellin' me about that, I don't know
           when (inaudible) you know, that he did say that.

TURNER:    Did you ever used to party with Tommy?

HARDIN:    Yeah, Yeah, I sure did.  But ah, you know, we never did
           talk about stuff like this.

TURNER:    Where did you party with him?

HARDIN:    Oh, ah, over at my mom's house on ah, West 8th.  He'd
           come over there, ah, you know,

PAGE 3
MELVIN HARDIN
11-16-84


TURNER:     What was your mother's name?

HARDIN:     Ah, Helen Schillings.

TURNER:     Ok, she, she still live around here.

HARDIN:     No, she moved to ah, to ah, Missouri.

TURNER:     How along ago she move to Missouri.

HARDIN:     Oh, it's been about ten months ago, or so, ten, eleven
            months ago, maybe a year.

TURNER:     Who all used to, ah, party over at your mother's house?

HARDIN:     Well, ah, me and Barry and Tommy Ward, and ah, let's see,
            Billy Hammons, can I have a smoke?, and ah, my mom's
            friends, you know, (inaudible) Cindy Mannuels, Renee
            Lasiter, and a bunch of 'em from the Brandin' Iron,
            I don't know who all.

TURNER:     Did you ever party with Tommy down here at the
            Townsend Apartments?

HARDIN:     No, I sure didn't.

TURNER:     Did you ever know of Tommy partying down there?

HARDIN:     Ah, no, I ah, you know, he told me to ah, come down to
            a party when I first seen down at Loves, you know,
            he ah, that when I seen him and that guy and ah, they
            was tellin' me, they was tryin' to get me to come to
            a party down here at the little apartments on 15th,

TURNER:     Yeah,

HARDIN:     In the alley or somethin', you know, that's, that's
            the only time, I never did go down there and party
            though.

TURNER:     You don't, you don't know who the guy was that was
            with Tommy down at Loves?

HARDIN:     Yeah, he's that same guy I seen on TV.

PAGE 4
MELVIN HARDIN
11-16-84


TURNER:    Ok, but you don't know him personally?

HARDIN:    No,

TURNER:    You never met him before?

HARDIN:    Well, I met down there at Loves, and you know,
           he was just standin' there with Tommy, I didn't,
           I didn't ask him his name, or nothin'.  But I
           know it was him.

TURNER:    How many times did you ask Tommy about the McAnally?

HARDIN:    Oh, 'bout two or three times, every, 'bout I see
           him, I'd ask him, I'd kid him, I'd say, man you
           did it this time.  And, and the last time that I
           ask him though, he said ah, he was more nervous,  you
           know he was gettin' real nervous about it, he was
           sayin' ah, he was sayin', Melvin, you know that wasn't
           me, said, you know I wouldn't do nothin' like that, he
           said, and anyway, that guy don't look like me, he's
           got a scar somewhere (inaudible).  And then I said,
           I kept sayin' no Tommy you did it this time, there goin'
           to get you, this time, (inaudible), and ah, I said
           you just did to much, and then he said ah, Yeah, I did
           it, I did it, (inaudible), that's the last time that
           I talked to him, that's when he said that.

TURNER:    Did he ever tell your brother anything about it?
           Did he ever  make mention of it to your brother?

HARDIN:    I don't know if ever mentioned it to (inaudible)
           Barry or not.  Have you asked Barry?

TURNER:    No I haven't talked to Barry.

HARDIN:    He might have, I don't know, cause Barry and him hang
           around alot.

TURNER:    Pretty close friends?  Or just, you know,

HARDIN:    I know, I always tell Barry to quit runnin' around
           with him man, cause I knew he was bad.

PAGE 5
MELVIN HARDIN
11-16-84

TURNER:     Did you ever know any trouble Tommy had been in?
            Or you know, or something that you might have known
            he was doin'?

HARDIN:     Well, no, he  ah, he'd, you know, he'd sometimes
            he'd tell me about he'd steal a motorcycle or somethin'
            other than that, you know, (inaudible).

TURNER:     He never talked about any of the

HARDIN:     Not killin' somebody, no.

TURNER:     He never talked about any other robberies or anything?
            Or plannin' on doin' any kind of robberies or anything
            like that?

HARDIN:     (sniff)

TURNER:     You never had heard him talk about, talk about maybe
            doin a robbery before this happened?

HARDIN:     No,

TURNER:     He never said anything about that? What kind of vehicle,
            that you know, that Tommy drove? When you knew him?

HARDIN:     Well, I just knew him drivin' that little blue car of
            his mom's, and ah, but he was always with somebody, you
            know, in other cars, most of time he was always with
            somebody, he wasn't never drivin' (inaudible), when
            I seen him drivin', he'd be in his mom's little
            blue car, I don't know what it is, but then sometimes
            he drive ah, his brother's pickup, that Chevrolet
            pickup.

TURNER:     What did it look like?

HARDIN:     It was dark brown, somethin', I'm not for sure.

TURNER:     Know if it was a long wheel base, short wheel base,

HARDIN:     Yeah, I think it was a long wheel base.

TURNER:     You never noticed what kind of tires it had on it?

HARDIN:     Big tires

TURNER:     Big tires, all the way around? Or just,

PAGE 6
MELVIN HARDIN
11-16-84

HARDIN:     I don't remember, just

TURNER:     Big ones on the back, little Ones on the front, or

HARDIN:     Big ones on the back, I know, I think that it had
            big tires on it.  His mom used to drive it up there
            to Loves, you know (inaudible).

TURNER:     Did his mom work at Loves?

HARDIN:     She used to, she quit.

TURNER:     (Inaudible), is there anything else you can think
            of Tommy had mentioned to you?

HARDIN:     No, you know, but just what, what I was telling
            you about askin' his brother-in-law and sister,
            you know.  And his brother-in-law was sayin' that
            he couldn't have done it cause he was under the house
            plumbin', and then ah, I passed, I seen his sister
            and she said no he couldn't have done it cause he
            was in the house babysittin' with me, you know.
            That was two different stories right there.

TURNER:     Did, did you tell them what Tommy had tell you?

HARDIN:     No, (inaudible), I just always kidded his brother-
            in-law and them everytime I'd say to 'em, yeah,
            ol' Tommy did it this time, didn't he.  And his
            brother-in-law and them would, you know, they acted
            funny to, you know.  And ah, they'd always say, no
            Thomas couldn't have done that, he was under the
            house plumbin' with me, and then I would see his
            sister, and I would say the same thing, 'ol Tommy
            did it this time, didn't he?  She said no, he was
            in the house babysittin'.  So,

TURNER:     Well, actually you've known Tommy four years?

HARDIN:     Yeah,

TURNER:     Ok, when Tommy was tellin' you that he had did it,
            you think Tommy was serious?  You, you know the boy,
            you've know for four years,

HARDIN:     Well, if ah, I serious, in my opinion, I, I think he's
            serious.

PAGE 7
MELVIN HARDIN
11-16-84


TURNER:     You know, you think that really, that deep down
            he was,

HARDIN:     Deep down I think he did it.

TURNER:     But he was telling you,

HARDIN:     Deep down I think he was tellin' me the truth.
            But, he, he probably didn't mean to do it, you know,
            ah, he was probably messed up or somethin' and ah,
            now he regrets it and he's (inaudible).

TURNER:     Would Tommy get messed up pretty often?

HARDIN:     Oh, yeah, Tommy used get plum wiped out of his head.

TURNER:     What was he using?

HARDIN:     But you know, he (inaudible), I used to work with him
            on the railroad, (inaudible) the railroad, he always
            see I, I got saved at ah, the Evangelistic Temple,
            and I was always preachin' to him about Jesus, you know,
            and everything and now I go, go Oak Avenue cause, cause
            my ah mother-in-law and them go to Oak Avenue, and ah,
            I'd always preach to him about ah, Jesus and everything
            and he'd always say, (inaudible) there isn't nothin'
            wrong with smokin' pot and everything and ah, and
            God made that, and I'd say, Tommy if that messes you up
            that, you know, it has to be wrong, you know, but then,
            but I, I'd seen him totally plum out of his head.


TURNER:     Well, he wasn't just using pot then was he?

HARDIN:     Oh, no, you know, any kind of pill he could take
            he'd take it.  You know,

TURNER:     Use any acid?

HARDIN:     Acid? Yeah, I guess, I don't know, probably,
            (inaudible)

PAGE 8
MELVIN HARDIN
11-16-84


TURNER:     Whatever Tommy, whatever he'd come across the time
            he had the money for,

HARDIN:     He'd do it, he'd buy it, I guarantee you, he'd
            he'd get plum messed up.

TURNER:     Tommy use any paint?

HARDIN:     Paint?

TURNER:     Yeah, sniff any paint?

HARDIN:     I don't know, he ah, I, I wouldn't doubt it, I wouldn't
            put it past him, cause ah, you know Eddie Files?

TURNER:     No, I'm not familiar with Eddie,

HARDIN:     You have to Eddie Files, he's in the joint now,
            (inaudible) comes home on the weekends, my little
            brother is rentin' from his dad ah, or his step-dad
            or what ever takes of him you know, he went to the
            joint for somethin', I don't know.  And ah, him
            and ah, this other old boy, I don't know his name
            was sniffin' paint and I walked in there to get
            Barry, I went over there to get Barry, Barry wasn't
            sniffin' paint, but ah, he was in there with 'em
            smokin' pot, and ah, man they was, they had that
            stuff on there mouths, and that shit drippin' on
            their shoes, you know, that, gol it was awful,
            I told Barry if I ever caught him doin' that I would
            break his neck.

TURNER:     Did you tell me something earlier about ah, ah,
            your brother sayin' something about that he could
            have burnt the body or something, what was you saying
            about that?

HARDIN:     Well, no, that was what Billy Hammons was saying that
            Tommy was well known about burning things.

TURNER:     Oh, it was Billy,


84   4

PAGE 9
MELVIN HARDIN
11-16-84

HARDIN:     He thought that, Billy said that he thought that ah,
            Tommy probably burned it, you know, cause he was well
            known about burning things. Ol Tommy burned, he's well
            known about burning things.

TURNER:     Do you know things that he has burned?
            Rumors or anything that he's burned or any knowledge
            you have that he,

HARDIN:     Oh, that he's burning things?

TURNER:     Yeah,

HARDIN:     Oh, no, I never heard of him burning anything, and,
            you never can tell, he might, but, thats what Billy
            way saying, that he's well known about burnin' things,
            you know, but I never heard of him, he never did tell
            me nothin' about burnin' things (inaudible) but ah,
            have you talked to ol' Billy Hammons (inaudible), see
            I don't know Tommy that good, just when I see him,
            you know, ah, really I, I don't know him that good at all.
            I'd kid with him all the time, I played football with him
            (inaudible)but ah, other than that, I don't know him
            that good.  Barry and ol' ah, Billy Hammons, they
            know him real good. Have you talked to Billy Hammons?

TURNER:     I haven't, no I haven't talked to Billy,

HARDIN:     You ought to talk to ol' Billy, he (inaudible)
            say something about he told me he was well known
            about burning things, and see what he'd say (inaudible)
            that's what he said to me, that Tommy was well  known
            for  burnin' things.  But in my opinion, I think
            he did it.

TURNER:     Just from what his actions was when you was talkin' to
            him about it?

HARDIN:     Yeah, his whole attitude changed when I'd tell him that
            I had seen his picture at McAnally's and they was goin'
            to get him this time (inaudible)

85

PAGE 10
MELVIN HARDIN
11-16-84


HARDIN:    But his whole attitude changed.

TURNER:    Did he, did he ever just mention, did he ever just
           say yeah, I robbed McAnally's or did he just say
           ah,

HARDIN:    No, he never just say nothin' like that, he just told
           me, he said ah, when I'd say you did it this time
           (inaudible), and he  say yeah, I did it, I did it
           (inaudible), but they will never find her, thats all
           I, thats all he ever said to me (inaudible) he never
           did say McAnallys or what ever the name was,

TURNER:    What would you say, you just tell him where you'd
           just seen his picture, did you ever mention McAnallys yourself?

HARDIN:    No,

TURNER:    Ok, you just say

HARDIN:    I seen his picture out there at McAnallys you know,
           we worked for (inaudible) Taylors, we'd go out there
           and get a coke all the time,

TURNER:    Yeah,

HARDIN:    And I see ol' Tommy Wards picture, and ah, I didn't
           recognize that one guy, he don't look like him on
           that picture. On, the one guy you got in jail, but
           thats the same guy that was with Tommy thats in jail
           now.  That I seen down at Loves, you know,  hen I seen
           his picture at McAnallys, I couldn't recognize that
           other guy but ah, cause it really don't look like him
           to me, does it  to you?

TURNER:    Yeah, in a way,

HARDIN:    It does?

TURNER:    Yeah,

HARDIN:    Well, I don't know  him that good, just from seeing
           at Loves, and seeing him on TV, it looks identical
           you know, but that one there in the picture doesn't, but
           Tommy (inaudible) Tommy to a "T", man that is weird.
           Wonder how they do that?

PAGE ]]
MELVIN HARDIN
11-16-84


TURNER:     They've got an artist in Oklahoma City, thats all he
            does, you can

HARDIN:     You mean you can tell him somebodys picture, he'll
            just draw it?

TURNER:     He'll just draw it.

HARDIN:     God, thats something, they did draw Tommy out to a "T",
            boy thats Tommy Ward.  Everybody knows thats Tommy Ward,
            how he drew that out something else.

TURNER:     Can you think of anything else Melvin?  Before we end
            this tape.

HARDIN:     Ah, no, but if I tell you, I tell you what I'll go over
            and talk to Barry and Billy Hammons myself and I'll
            ah, I'll ask them about Billy Hammons mentioned about
            cause they might tell me more than they would you,

TURNER:     Yeah,

HARDIN:     (Inaudible)but man if he did that he needs to burn
            (inaudible)I shouldn't be saying that on tape, but
            if he did something  like that.  I'll talk to Barry
            and Billy if you want me to.

TURNER:     Well, ah, like I say, I haven't talked to them, maybe
            some of the other officers cause we  just, were assigned
            you know different pe ple to talk to and that
            you know, they might have talked to them or they
            might not have, you know, but if you come up with
            anything else

HARDIN:     Well, Barry, OK, I'll let you know,

TURNER:     Ok, so were going to go ahead and end this tape, it is
            10:37, Melvin, and Deputy Turner are the only two present.
            This will be the end of this interview.

HARAWAY CASE
INTERVIEW

ON 10-23/84 AGENT AL SALMON AND CAPT. DENNIS SMITH MET
WITH MICHAEL STEVEN ROBERTS AT THE ALL SIDING COMPANY
THAT IS LOCATED ON NW 10TH IN OKLAHOMA CITY. THE PURPOSE
OF THE MEETING WAS TO INTERVIEW ROBERTS ABOUT THE DONNA
DENISE HARAWAY CASE.


STATEMENT

MIKE ROBERTS SAID HIS WIFE AND CHILDREN WERE STAYING
WITH HER MOTHER, GEORGIA  ESTEP, WHO LIVES NORTH OF
STRATFORD. MIKE SAID THE EASIEST WAY TO FIND ESTEPS HOUSE
IS TO TURN OFF ON HIGHWAY #59 TOWARD BYARS. HER HOUSE IS
A RED BRICK TRIMMED WITH CEDAR ON THE COUNTY LINE. IT HAS
OF HAY AND A CENTURY 21 REAL ESTATE SIGN IN THE FRONT
YARD. ESTEPS PHONE NUMBER IS (405)-759-3509.
MIKE SAID HE OWNS A 1977 BEIGE CHEVROLET 1/2 PICK-UP
WITH TAG NUMBER TI67-725. HE SAID HE PURCHASED THE
PICK-UP OVER A YEAR AGO FROM HIS BROTHER IN LAW CLIFFORD
AND JOYCE JONES WHO LIVES IN DEL CITY, OK. THE VIN IS
CCL4475116213.
MIKE SAID HE COULD NOT BELIEVE THAT TOMMY WARD IS
INVOLVED IN THE HARAWAY CASE. HE SAID TOMMY WARD TOLD HIM
HE PASSED ABOUT THE HARAWAY CASE AFTER SMITH AND ROSKITH
TALKED TO HIM ON 10/13/84. HE SAID WARD COULDN'T HURT
ANYONE. MIKE SAID WARD TOLD HIM HE WOULD BLACK OUT WHEN
HE GOT DRUNK AND COULD NOT REMEMBER WHAT HE HAD DONE. HE
SAID THIS BLACKOUT PERIODS WOULD LAST A COUPLE OF HOURS.

REPORTING OFFICER
CAPT. DENNIS SMITH
OSBI

Communications to:
GRAY, Chief of Police                    ADA, OKLAHOMA 74820

5-17-84

enclosed statement was given to Detective Captain Smith of the Ada
ce Department by JoAnn Price , A citizen of this city. The Ada Police
rtment thinks there are similaritiss in this case and the,"Donna Denice
y kidnapping Case", that occured on 4-28-84 in Ada, Oklahoma. If your
rtment has any suspects in either of the mentioned cases please contact
. Dennis Smith Ada Police Dept. 332-4466

.I. agent Gary Rogers   332-4466 or 1-800-522-8017

9/17/84
8:30AM

JoAnn Price came to the station and reported she took her Baby to a doctor in Holdenville on July 30, 1984. She said she started home the afternoon and when she was south of Holdenville a silver pickup with grey primer marks on the right side pulled out of Coy's bar and followed her. She said the pickup passed her several times then would pull up and let her pass. She said she pulled off the highway at allen and to report them to the Town Marshall but was unable to find him. She continued to Ada and the two men got behind her again. She said they bumped into her car and would honk at her trying to get her to pull over. About five miles west of Allen the pickup pulled up beside her and forced her off the road. The driver got out and walked to her car and cursed at her and told her to get out of the car. She had her car locked and the windows rolled up. She told the man to leave her alone that she had a gun and would use it. He told her if she had a gun to show it to him he wanted to see it. The man took a board out of the bed of the pickup and broke her windshield with it. As the man walked to the passenger side of the car Price put her baby in the back seat of the car and backed up. The man came toward her as she was backing and she pulled foreward and struck the man in the hip with the front of her car and knocked him down as she pulled off. She said the pass sat in the pickup and laughed at what was going on. She said the two men followed her toward Ada and turned off south at the Kalahoma turn off on highway #1.

Suspect # 1

Was a tall white male about 5'11"  160lbs sandy blonde hair, wearing a red T-Shirt, Levis, Cowboy Boots, sun Glasses, and had a medium complexion.

Suspect # 2

Was a white male Brown Hair and a Moustache, and a medium complexion

Coy's bar is located ½to½ mile south of Holdenville on the highway Allen.

# 1

RADIO LOG                                    SHERIFF
                                             Pontotoc Co.

                                    MDT 6 a.m.        5 a.m./4 p.m

                        DISPATCHER: PAYNE:    HODGE:
KOR-323                              WALKER:   BOREN        WIN

        DATE:   JULY 30, 1984

| TIME | DEPUTY | MESSAGE |
|------|--------|---------|
| 00;00 | | Jail check OK SP |
| 02;00 | | Jail check OK SP |
| 04;00 | | Jail check OK SP |
| 06;00 | | Jail check OK SP |
| 06;30 | CO 14 | 10-8 |
| 06;40 | CO 14/17 | Alma Black, 3115 Kirby Dr. wants deputy to standby wh gets dressed, having problems with husband. |
| 07;45 | CO 1 | 10-8 |
| 08;00 | CO 9 | 10-8 |
| 08;10 | CO 14/17 | 10-8 from Kirby Dr |
| 08;15 | | Jail check OK RS |
| 09;15 | CO 15 | 10-8 |
| 09;30 | CO 14 | 10-8 to Konawa |
| 10;30 | | Jail check OK RS |
| 10;56 | CO 14 | Advised to get statement from Barbara Cully if she ca |
| 10;57 | CO 17 | 10-6 out of unit |
| 11;12 | CO 17 | 10-8 |
| 12;00 | CO 9/17 | 10-10 Holiday |
| 13;00 | | Jail check OK RS |
| 13;00 | CO 2 | 10-6 |
| 13;10 | CO 17/9 | 10-8 |
| 13;10 | | Jail check OK RS |
| 14;03 | CO 14 | 10-8 back in CO |
| 14;14 | CO 2 | 10-8 |
| 15;00 | CO 15 | 10-6 on Rt 6 with eviction notice |
| 15;06 | CO 15 | Advised he gave subject of eviction 48 hrs, he was adv subject was going to call Chickasaw Housing Authority get something worked out. |
| 15;40 | | Jail check OK RS |
| 15;30 | CO 14/17 | 10-8 to Roff |
| 15;43 | CO 14 | Call next wrecker on list to pick up yellow Camaro PC gate of City park in Roff |
| 15;45 | S.O. | CO 14 Brandridge Wrecker is in route |
| 16;04 | CO 14 | 10-8 10-15 two times, W/F starting milage 072701 |
| 16;20 | CO 77 | Has veh at Roff, hold for ins verification |
| 16;26 | CO 14 | Ending milage 07285 |
| 17;13 | F 47 | Johanna Price advised a silver/black Plymoth followed Holdenville, bumped the back of her car almost knockin in ditch, pulled up beside her threw beer bottle at he in front of her, made her stop. Driver Sandy blond ha glasses, red T shirt, bl jeans, br boots. classring. P stayed in veh. happened at B & L Ranch. 436-2798. |
| 18;19 | CO 15 | 10-8 to Stonewall |
| 18;25 | CO 14 | 10-7 |
| 18;55 | CO 17 | Lawrence Golden advised his 3 wheel 84 Kowasaki was to last house before you hit Francis cut off. |
| 19;07 | CO 17 | 10-97 |
| 19;26 | CO 17 | want next wrecker on list to pick up 3 wheeler, Rag' is enroute. |
| | | 10-15 B & B Cafe Stonewall |

Photograph of TOMMY WARD taken by Detective DENNIS
SMITH on May 1, 1984 at the Ada Police Department.

## Left Card

NAME _Karl Fontenot_

NO._____ DATE _5-27-84_

| | | | A.M. | | |
|---|---|---|---|---|---|
| 24 | | 1 ST DAY | IN | 422 | TU 6 00 |
| | | | OUT NOON | | TU 11 10 |
| | | | IN | 415 | TH 6 95 |
| | | | OUT P.M. | | TH 11 10 |
| 25 | | 2 ND DAY | A.M. IN | | FR 6 40 |
| | | | OUT NOON | | FR 11 22 |
| | | | IN | 58 | FR 11 42 |
| | | | OUT P.M. | | FR 10 18 |
| 26 | | 3 RD DAY | A.M. IN | | SA 6 25 |
| | | | OUT NOON | 744 | SA 7 96 |
| | | | IN | | SA 8 42 |
| | | | OUT P.M. | | SA 10 15 |
| 6 | | 4 TH DAY | A.M. IN | 540 | SU 6 05 |
| | | | OUT NOON | 5 | SU 11 95 |
| | | | IN | | |
| | | | OUT P.M. | | |

Reg. Hrs. _____ Rate. _____
Extra Hrs. _____ Rate. _____ Amount
Fed. Old Age Ben. _____
Fed. Withholding Tax. _____
State Withholding Tax. _____
Insurance _____
Government Bonds. _____
Miscellaneous _____ Amount

Net Wages _____ Total

TOTAL "OUT" Registrations
TOTAL "IN" Registrations
*Subtract "IN" from "OUT" = Net Time Worked _28.29_

Method works only if clock prints 0-24 Hrs. and 100ths (or 10ths) of hour

QUILL Corporation Lincolnshire, IL 60069   RE-ORDER NO 700-90003

## Right Card

NAME _Karl_

NO._____ DATE _____

| | | | A.M. | |
|---|---|---|---|---|
| | | 1 ST DAY | IN | 705 |
| | | | OUT NOON | 1118 |
| | | | IN | 426 TU 11 82 |
| | | | OUT P.M. | TU 11 95 |
| | | 2 ND DAY | A.M. | |
| | | | OUT NOON | |
| | | | IN | |
| | | | OUT P.M. | |
| | | 3 RD DAY | A.M. | |
| | | | OUT NOON | |
| | | | IN | |
| | | | OUT P.M. | |
| | | 4 TH DAY | A.M. IN | |
| | | | OUT NOON | |
| | | | IN | |
| | | | OUT P.M. | |

Reg. Hrs. _____ Rate. _____
Extra Hrs. _____ Rate. _____ Amount
Fed. Old Age Ben. _____
Fed. Withholding Tax. _____
State Withholding Tax. _____
Insurance _____
Government Bonds. _____
Miscellaneous _____ Amount

Net Wages _____ Total

TOTAL "OUT" Registrations
TOTAL "IN" Registrations
*Subtract "IN" from "OUT" = Net Time Worked _466_

Method works only if clock prints 0-24 Hrs. and 100ths (or 10ths) of hour

QUILL Corporation, Lincolnshire, IL 60069   RE-ORDER NO 700-90003

**Left card:**

NAME _KARL FONTENOT_

NO. _____ DATE _515-84_

|  |  | IN/OUT |  |
|---|---|---|---|
| 1 ST DAY | IN | A.M. |  |
|  | OUT | NOON |  |
|  | IN | | |
|  | OUT | P.M. |  |
| 2 ND DAY | IN | A.M. |  |
|  | OUT | NOON |  |
|  | IN | | |
|  | OUT | P.M. |  |
| 3 RD DAY | IN | A.M. | _DS w/L50_ |
|  | OUT | NOON | _11.64_ |
|  | IN | | |
|  | OUT | P.M. |  |
| 4 TH DAY | IN | A.M. | _I-KAF 600_ |
|  | OUT | NOON | _11.72_ |
|  | IN | | _10_ |
|  | OUT | P.M. |  |
| 5 TH DAY | IN | A.M. | _FR 6.25_ |
|  | OUT | NOON | _7.25 FR 13.50_ |
|  | IN | | _KAF 5.65_ |
|  | OUT | P.M. | _KAF_ |
| 6 TH DAY | IN | A.M. | _KAF 11.34_ |
|  | OUT | NOON | _164 SA 11.30_ |
|  | IN | | |
|  | OUT | P.M. |  |
| 7 TH DAY | IN | A.M. |  |
|  | OUT | NOON |  |
|  | IN | | |
|  | OUT | P.M. |  |

Reg. Hrs. .......... Rate ........ Amount
Extra Hrs. ......... Rate ........ Amount
Fed. Old Age Ben. ...
Fed. Withholding Tax
State Withholding Tax
Insurance ..........
Government Bonds ...
Miscellaneous ......

Net Wages ....... Total

TOTAL "OUT" Registrations _74.70_

TOTAL "IN" Registrations _51.77_

* Subtract "IN" from "OUT" = Net Time Worked _22.93_

Method works only if clock prints 0 – 23 Hrs. and 100ths (or 10ths) of hour.

QUILL Corporation, Lincolnshire, IL 60069       RE-ORDER NO. 700-90003

**Right card:**

NAME _KARL FONTENOT_

NO. _____ DATE _____

|  |  | IN/OUT |  |
|---|---|---|---|
| 1 ST DAY | IN | A.M. |  |
|  | OUT | NOON |  |
|  | IN | | |
|  | OUT | P.M. |  |
| 2 ND DAY | IN | A.M. |  |
|  | OUT | NOON | _462 3 11 12_ |
|  | IN | | |
|  | OUT | P.M. |  |
| 3 RD DAY | IN | A.M. | _K.A.F 15.65_ |
|  | OUT | NOON | _KAF 10.72_ |
|  | IN | | _KAF 11.64_ |
|  | OUT | P.M. | _7.78 14.35_ |
| 4 TH DAY | IN | A.M. | _7.02_ |
|  | OUT | NOON | _8.56_ |
|  | IN | | _642 9.06_ |
|  | OUT | P.M. | _9.94_ |
| 5 TH DAY | IN | A.M. | _215_ |
|  | OUT | NOON | |
|  | IN | | _7_ |
|  | OUT | P.M. |  |
| 6 TH DAY | IN | A.M. | _SA 6.75_ |
|  | OUT | NOON | _3.75_ |
|  | IN | | _19_ |
|  | OUT | P.M. | _13.32_ |
| 7 TH DAY | IN | A.M. | _SA 14.12_ |
|  | OUT | NOON | _R 54 3.40_ |
|  | IN | | _11.66_ |
|  | OUT | P.M. |  |

Reg. Hrs. .......... Rate ........ Amount
Extra Hrs. ......... Rate ........ Amount
Fed. Old Age Ben. ...
Fed. Withholding Tax
State Withholding Tax
Insurance ..........
Government Bonds ...
Miscellaneous ......

Net Wages ....... Total

TOTAL "OUT" Registrations _118.93_  _13.76_

TOTAL "IN" Registrations _149.15_

* Subtract "IN" from "OUT" = Net Time Worked _30.26_

Method works only if clock prints 0–23 Hrs. and 100ths (or 10ths) of hour.

QUILL Corporation, Lincolnshire, IL 60069       RE-ORDER NO. 700-90003

ADA POLICE DEPART...
ADA, OKLAHOMA ...

REPORT NUMBER
84-98

CRIME DEFINITION: Robbery and Kidnaping

CRIME CLASS

LAST NAME, FIRST, MIDDLE: Haraway, Donna Denice

FIRM NAME (IF CRIME AGAINST BUSINESS): McAnally's on Arlington

RESIDENCE ADDRESS: 902   East 14th   Ada   state OK  74820   RESIDENCE PHONE: 332-8957

BUSINESS ADDRESS (IF STUDENT) NAME OF SCHOOL: 2727   street East Arlington   Ada   state OK  74820   BUSINESS PHONE: 332-8331

SEX: F   W   AGE: 24   IF VICTIM WAS INJURED INDICATE CASUALTY DISPOSITION CHECK APPROPRIATE BOX:
A TAKEN TO SMC   B TAKEN HOME   C CORONER   D REFUSED AID   E OTHER (SPECIFY)

DATE OF BIRTH: 8/15/59

SPECIFY EXTENT OF INJURY

TRANSPORTING UNIT OR AGENCY

IF REPORTING PERSON IS SAME AS VICTIM AND DO NOT COMPLETE THIS SECTION

LAST NAME, FIRST, MIDDLE: Whitchel, Gene   SEX: M   W   AGE   DATE OF BIRTH   RESIDENCE PHONE: 332-2955   BUSINESS PHONE

RESIDENCE ADDRESS: RT 4 Box 306  Ada, Okla. 74820   BUSINESS ADDRESS

LOCATION OF OCCURRENCE (INCLUDE CROSS STREETS): 2727 E Arlington  Ada, Okla.   LOCATION CODE

DATE OCCURRED: 4/28/84   TIME OCCURRED: 2030-2050   DAY OCCURRED: Saturday   DATE REPORTED: 4/28/84   TIME REPORTED: 2050   DAY REPORTED: Saturday

ROBBERY/ASSAULTS ONLY   MEANS OF ATTACK (CHECK APPROPRIATE BOX):
A FIREARM   B KNIFE   C PHYSICAL/NO WEAPON   D OTHER WEAPON: (SPECIFY)   Unknown at this time

CHECK WHERE APPLICABLE

| RESIDENCE | BUSINESS | PUBLIC PREMISES |
|---|---|---|
| A HOUSE | A BANK/SAVINGS & LOAN   J DEPARTMENT STORE   S THEATER/DRIVE IN | A STREET/HIGHWAY/ALLEY |
| B APARTMENT/CONDOMINIUM | K CLOTHING STORE   T GAS STATION/GARAGE | B SCHOOL |
| C HOTEL/MOTEL ROOM | B OFFICE BUILDING   L JEWELRY STORE   U MOTEL/HOTEL | C PARK/PLAYGROUND |
| D DUPLEX/QUADPLEX | C MEDICAL OFFICE   M SPORTING GOODS/GUNS   V WAREHOUSE | D PARKING LOT |
| E MOBILE HOME | D DRUG STORE   N TV/RADIO/APPLIANCES   W MANUFACTURING FIRM | E PUBLIC BUILDING |
| F GARAGE ATTACHED | E BAR   O CAR/MOTORCYCLE OR   X CONSTRUCTION SITE | F CHURCH |
| G GARAGE DETACHED | F LIQUOR STORE   BICYCLE SALES   Y FENCED STORAGE | G HOSPITAL |
| H OTHER | G RESTAURANT/FAST FOODS   P PAWN SHOP/SECONDHAND   Z BOX CAR | H DOWNTOWN MALL |
| | H SUPERMARKET   Q LAUNDROMAT/CLEANERS   1 LONGHAUL TRAILER | I OTHER |
| | X CONVENIENCE STORE   R COIN OPERATED MACHINES/   2 OTHER | |
| | PHONE BOOTH | |

VEHICLE -- IF CRIME AGAINST VICTIMS VEHICLE OR INCIDENT OCCURRED IN A VEHICLE, COMPLETE THE FOLLOWING BOXES

A AUTO   C MOTORCYCLE   MAKE: Possibly Chev   MODEL   YEAR   LICENSE NO   STATE YEAR   VEHICLE COLOR(S): Grey
B TRUCK   D OTHER

POINT OF ENTRY

| WINDOW | DOOR | OTHER |
|---|---|---|
| A NONMOVABLE   F SINGLE SWING   K FLOOR | |
| B SLIDING   G DOUBLE SWING   L ROOF | |
| C CRANK TYPE   G SLIDING   M WALL | |
| D DOUBLE HUNG   H OVERHEAD GARAGE   N ALREADY ON PREMISES | |
| E LOUVERED OR   I OTHER   O UNKNOWN | |
| WIND WING | |

LOCATION OF ENTRY:
A UNLOCKED/OPEN   B FRONT   C REAR   D SIDE   E OTHER

METHOD OF ENTRY:
G CUT PADLOCK   A REMOVED   B PRIED   H EXPLOSIVE   C BROKE GLASS   I VEHICLE FORCE   D CHANNEL LOCKS   J UNKNOWN   E PASS KEY/SLIP LOCK   K OTHER   F BODY FORCE

ALARMS:
A NONE   B RINGER   C SILENT   D SILENT/RINGER   E NOT SET   F BYPASSED   G DISABLED

| | CURRENCY/COIN | JEWELRY/METALS | CLOTHING/FURS | OFFICE EQUIPMENT | TV/RADIO ETC. | FIREARMS | HOUSEHOLD GOODS | CONSUMABLE GOODS | LIVESTOCK | MISC |
|---|---|---|---|---|---|---|---|---|---|---|
| STOLEN | 167.76 | | | | | | | | | |
| RECOVERED | | | | | | | | | | |

ACTIONS TAKEN WHEN INCIDENT REPORTED:
1 CLEARED BY ARREST   3 MEDICAL RELEASE (BACK OF P.3)   5 EVIDENCE BOOKED-PROPERTY RECORD NO
2 CLEARED BY CITATION   4 VEHICLE STORED/IMPOUNDED   6 FIELD EVIDENCE RELEASE (BACK OF P.3)

IF INCLUDED IN REPORT:
1 SUSPECT(S)   3 ADDITIONAL VICTIM(S)   5 PROPERTY DESCRIPTION(S)   7 VICTIM STATEMENT(S)   9 SUSPECT STATEMENT(S)
2 WITNESS(ES)   4 SUSPECT VEHICLE(S)   6 PHYSICAL EVIDENCE   8 WITNESS STATEMENT(S)   10 OBSERVATIONS

REPORT PREPARED BY: Mike Baskin   BADGE: 219   DIV: Det   APPROVED BY

REPORTING OFFICER   BADGE   DIV   BADGE   DATE   TIME

FOR RECORDS DIVISION USE ONLY

CLEARED BY: ARREST   OTHER   RECOVERY   UNFOUNDED   RECLASSIFICATION   CONNECT-UP NUMBERS

DATE   DATE   DATE   DATE

ADA POLICE DEPARTMENT
ADA, OKLAHOMA 74820

84-08

| Harraway, Tonna Denice | | 332-8957 | 332-8331 |
| 2727 E Arlington    Ada, Oklahoma | | | 4/28/84 |

| | PROPERTY DESCRIPTION | DOLLAR VALUE |
|---|---|---|
| 1 | Unit 27 recieved a call to go to 2727 Arlington that the building was open and | |
| 2 | the clerk was missing. Gene Whelchel who lives at RT. # 4 box306 Ada, found the | |
| 3 | building unoccupied around 8:45 pm. He was accompanied by Lennie Timmons who lives | |
| 4 | at 604 E Morgan in Moore, Okla. Hi phone number is 799-9136. Mr Whelchel said when | |
| 5 | he pulled into the parking lot of the bussiness a brown haired white male and a blonde | |
| 6 | white female got into the drivers side of a Grey older model pick-up and drove away | |
| 7 | travelling East on Arlington. Mr Whelchel said he didn't notice anything out of the | |
| 8 | ordinary about their actions. He went into the building and found the clerk missing | |
| 9 | and called the police station. | |
| 10 | The store manager Monroe Atkinson was called to the store. He determined that | |
| 11 | 167.00 was missing from the register. The 10s and 5s and 20s were taken. There was | |
| 12 | a bag under the drawer that contained most of the large bills. Mrs. Harraway's | |
| 13 | purse was found undisturbed behind the counter with her identification and car keys | |
| 14 | in it. There was no evidence of a struggle inside or outside the store. According | |
| 15 | to the register tape the last item rang up was a Tall Boy beer. The Beer was valued at | |
| 16 | 75¢ plus tax equaled 80¢. Mr Atkinson added the missing bills to the change and money | |
| 17 | in the bag and determined that the amount of the beer was missing. The credit Card | |
| 18 | slips were checked and the latest one was Judge Miller who was at the store around | |
| 19 | 7:00 pm. | |
| 20 | Karen Wise who lives at 223½ E/13th Phone number 436-1452 is a clerk at JP's | |
| 21 | convenience store which is located at 2904 E Arlington. Ms. wise said that 2 men | |
| 22 | were in JP's earlier that night playing the coin operated machines. They were driving | |
| 23 | a primer grey colored pick-up. the pick-up was possibly a narrow bed truck. The | |
| 24 | description of the people was as follows- | |

| 10 REPORTING OFFICER | 11 BADGE | 12 DIV | 13 DATE | 14 APPROVED BY | | |
|---|---|---|---|---|---|---|
| 12 ASSISTING OFFICER | 14 BADGE | 15 DIV | 17 TIME | 18 BADGE | 20 DATE | 21 TIME |

DATE INCIDENT REPORTED
4/28/04

| ITEM | PROPERTY FOLLOWING ITEM | | | DOLLAR VALUE |
|---|---|---|---|---|
| 1 | Suspect # 1 | | | |
| 2 | White Male Approx. 6', slender, Collar length brown hair, smoothe facial | | | |
| 3 | complexion; appeared to be 22-24. He was wearing a Blue T-Shirt and faded blue | | | |
| 4 | jeans and white Tennis shoes. | | | |
| 5 | Suspect # 2 | | | |
| 6 | White Male 5-8  5-10, light brown hair shorter than #1, appeared to be 22-24. He | | | |
| 7 | was wearing a white T-Shirt and faded blue jeans and also Tennis shoes. | | | |
| 8 | Ms. wise said the suspects were in the store for approximately 1½ hours and they | | | |
| 9 | left approx. at 8:30 pm. She said she had seen the men before and if she sees the | | | |
| 10 | again she will call. | | | |
| 11 | The PD and county units checked the surrounding county roads and were unable to | | | |
| 12 | locate anything. A statewide broadcast was issued and ms. harraway was listed in ncic | | | |
| 13 | as a missing person. The OSBI was contacted. The investigation is continuing at | | | |
| 14 | this time. | | | |

| 10 REPORTING OFFICER | | 11 BADGE | 12 DIV | 13 DATE | 14 APPROVED BY | | | |
|---|---|---|---|---|---|---|---|---|
| 12 ASSISTING OFFICER | | 13 BADGE | 14 DIV | 17 TIME | 19 BADGE | 20 DATE | 21 TIME |

WLEI

AM.OKU620TWO.KS.MO.AR.LA.TX.
TXT

:: ALL STATIONS

REF:--------------------------ROBBERY & ABDUCTION--------------------------

BETWEEN 2030 AND 2045 HRS 4-28-84 TWO SUBJECTS ROBBED THE MCANALLY'S
CONVENIENCE STORE LOCATED AT 2727 E ARLINGTON HERE IN ADA OK. 187-00 MISING
THE CLERK IS MISSING AND ASUMED ABDUCTED BY THE ROBBERS. HER INFO IS AS FOLLOWS:
NAM/HARAWAY,DONNA DENICE  RAC/W  SEX/F  DOB/081969  HGT/505  WGT/110  EYE/BRO
HAI/SDY  SKN/LGT   ENTERED NCIC  NIC/W121488116  SHE HAS AN OK DRIVERS LIC/
003082392

THE TWO SUSPECTS WERE SEEN IN ANOTHER CONVEINENCE STORE ACROSS THE STREET
FROM THE ONE THAT WAS ROBBED ABOUT 10 MINUTES PRIOR TO THE ROBBERY.

SUBJECT #1  WHITE MALE 22-24  5-8 TO 5-10  BLOND EAR LOBE LENGTH HAIR
LIGHT COMPLEXION  WEARING FADED JEANS,TENNIS SHOES,WHITE T-SHIRT

SUBJECT #2   WHITE MALE 22-24  SHOULDER LENGTH LT. BROWN HAIR, SLIM BUILD
BLUE T-SHIRT,FADED JEANS,TENNIS SHOES,SMOOTH COMPLEXION.

SUSPECT VEH IS A EARLY MODEL PICKUP PUSS CHEV WITH LIGHT GRAY PRIMER COLOR,
OVERSIZE TIRES(MAGS OR WIDE RIMS)  REAR END WAS JACKED UP, WITH NARROW BED.

THIS ROBBERY ABDUCTION FOLLOWS THE M.O. OF OTHER ROBBERIES IN OUR AREA WHERE
THE FEMALE CLERKS HAVE BEEN DISCOVERED MISSING, AND NOT FOUND TO THIS DATE.

ANY INFO ON THIS CASE OR ONES IN YOUR AREA OF SIMULAR NATURE, PLEASE CONTACT

DET MIKE BASKINS  (405) 332-4466

ADA POLICE DEPARTMENT
ADA OK  74820

PD ADA OK TIM 04/29/84 15:39

MESSAGE ACCEPTED - ADAP 0042 15:32 04/29/84

| Time | Entry |
|---|---|
| 1919 | 25 10-8 J on 14 O at 14 traffic |
| 1932 | 35 10-12 Time |
| 1935 | 10L |
| 1920 | 29.02 at 1 e Switzer & Rumm |
| | 29 10-97 415-9F |
| 1950 | 35 10-8 |
| 1950 | 26 Main & Turner   FN-2726 |
| 1955 | 27 out in the Alley behind Anthony's on Main |
| 1935 | 26 10-8 |
| 1940 | 29 10-8 |
| 1941 | 27 10-8 |
| 1946 | 27 10-10 at 332-2588 |
| 1950 | 26 out in front of KTEN   traffic |
| 1955 | 900 N. Rennie ref: fight |
| 1955 | 26 10-8 |
| 1956 | 35 10-97 fight at 200 13k. B. KTEN S/will be out checking subjects |
| 2000 | TEST |
| 2000 | 35 10-8 subjects responsible have left |
| 2002 | 514 S. Center ref: Shirley Smith rep. that she was having more trouble with the same ol as before |
| 2005 | 29 10th & Miss.  SM-535 |
| 2005 | 35 10-97 514 S. Center |
| 2006 | 29 10-8 |
| 2006 | 26 out wi th  35 |
| 2007 | 29 out with 35 |
| 2020 | 35 10-8 |
| 2021 | 26 27 10-8 |
| 2026 | 29 600 W. 14th 181165T |
| 2032 | 29 10-8 10-15 |
| 2050 | McAnallys on rl. rerf:Gene Welchel rep. that when he came into the store that the cash drawer was open and that no one was in the store. |
| 2052 | 26 32nd & Cradduck  SMF-43 |
| 2100 | TEST |
| 2100 | 27 10-97 McAnallys |
| 2120 | 310 W. 15th ref: Loud party |
| 2122 | 27 10-8 from McAnallys  will be out at J.P!S pak-to-go |
| 2122 | 26 10-8 |
| 2124 | 29 out 310 W. 15th. |
| 2126 | 29 10-8 |
| 2132 | 27 10-8 |
| 2137 | 26 8th & Miss.  traffic |
| 2145 | 26 10-8 |
| 2155 | McAnallys truck poss. seen going south frce Tweele's Church |
| 2200 | TEST |
| 2200 | T-36 car with the truck FI54696  by Man Lesue |
| 217 | Wilson Reeber req. that we try to catch her son in a Red Camaro PNA-213 and send ntm back |
| 2222 | 35 located the vehicle at bloss on 12th |
| 2225 | 35 14th & Tennie  ST-1100 |
| 2232 | 35 10-8 |
| 2240 | 35 care ark of Homer |
| 2236 | 26 14th & Tennie   PC-2480 |
| 2240 | 26 10-8 |
| 2241 | 24 16 B. Main |
| 2300 | TEST |
| 2301 | 26 10-8 10-15 |
| 2400 | 26 out ar ... getting possible discription or suspects at McAnallys |
| 2502 | 28 subj ... 1) 6ft 22-24 shldr. length brown hair  slim clear complexion ... other subj ... unts shoes ... h lair  5 8-5-10  22-24  faded jeans no shirt colts |
| 2245 | unkrepbr ... |
| 2347 | ... out Welo's |
| 2550 | 26 & Cc |

| | |
|---|---|
| 0109 | ... ; Auld rep 74 positive whi/bro 14r ... ... r off rned ... ... ... 09 north, last seen going east on F... ... ... 09n ... ... ... ified |
| 0110 | 29 c... Main & Constant w/T423599 |
| 0211 | 29 10-8 |
| 0215 | 35 out Main & Stockton w/FN9305 |
| 0117 | 29 rep Darren Martin rep stolen p/u fm LaFraque 0015-0100 whi/tan/whi 308541T |
| 0118 | 35 10-8 |
| 0123 | Wyndell Godwyn rep naked WF passed out in vehicle in Knight Hall parklot HCU  24 o.k. |
| 0125 | 29 out, w/24 |
| ... | 29 10-8 |
| ... | 29 out w/... ... Aries 400 blk N. ... |
| 0248 | 29 10-8 |
| 0259 | TEST |
| 0207 | Chris S... s, 453-4185, ... g 4000 ... ... een 512 ... ... ... ... ... , pat in relor, ddr |
| 0... | PN cape, at ... ... now ... to ... ... ... ... ... .. y GM & WF |
| 0227 | ... s Jackson rep Ron Cahler in Butler ... ... yell ... ... |
| 0259 | 25 out-Butler's |
| 0234 | 25 10-8 |
| 0239 | unk rep group of people at 700 blk N. Hickory |
| 0243 | 35 adv group at 700 N. Hickory just visiting, getting ready to head home |
| 0256 | Mrs. Cornish, rep loud roaring noise in 500 blk W. 15th |
| 0... | 35 adv trains at the end of W. 15th, running  poss noise |
| 0300 | TEST |
| 0400 | TEST |
| 0413 | Larry Watts, C... l ... t plant rep kids vandalizing the plant, ... ... officer meet ... him at ... st gate ... county notified |
| 0415 | Glen Harris, Harlee Donuts, rep p/u broke into |
| 0416 | 25 out Harlee Donuts |
| 0417 | Phillip Thompson, Cir K/Arl rep 3 TM, drunk, trvl north on Highland on foot had been in store causing trouble  will call back if they come back in |
| 0425 | 25 10-8 |
| 0500 | TEST |
| 0534 | Nancy, Herbert House Motel, rep subj trying to break in rm 29  all units o.k. |
| 0535 | Nancy adv subj just broke window and is in the rm 29 now |
| 0536 | all units ... Herbert House Motel |
| 0540 | 39 10-95 ... HC 5 |
| ... | 25 10-8 ... ... |
| 0600 | TEST |
| 0627 | Abbott ... ... ry, 6th & Oak, ... g ... ... ... ... lli s |
| ... | EMS ... ... 3 ... north on ... r 160 Rd, ... dy 7471 ... ... ... ... head |
| ... | Sig 49 Western Uniform ... ... E ... 2633 35 & 29 ... ... ... t's Grocery ... Ub37  35 & 39 ... ... ... ... d of Sig ... ... ... ... t and check ... ... es not need to st... ... |
| ... | 35 ... e 3 to 1124 N. Stockton, unconscious |
| ... | 29 out 1124 N. Stockton |
| ... | 35 out Western Uniform |
| ... | TEST |
| ... | 35 adv window open at Western Uniform |
| ... | Div John Mainord of open window, 35's on his way, req officer stand by  25 o.k. |
| 0710 | Paula Atwood, Gregory Pest Control, 301 E. Main, req officer, possible breakin ... ... ... r night  35 o.k. |
| 0715 | 29 10-8  EMS code 3 back to VV |
| 0717 | 35 will be inside Western Uniform w/John Mainord |
| 0719 | 29 out Gregory Pest Control |
| 07... | 35 10-8 ... |
| 07... | 35 10-8 all secure |
| ... | 29 ... ... ... off West on |

April 2, 1984

```
...
...
...            F ...  ...  ...
...   26 10-8
...   Test
...   2 10-8
...   26 checked radar 45/22mph   410 S.15th
...   26 out at 15 E. 16th
...   29 10-8
...   Test
...   21 10-15, 2 with Stevens
...   ... 29 ... ... ... Flagg etc.
...   29 ...
1434  26 out 725
1527  26 & 29 10-8
1536  C1 10-8, 26 10-10 Bowling Alley
1550  Test
1706  26 10-5,  29 10-10 Big Ed'S
1442  29 10-8
1900  Test
1905  Disturbance reported at 732 W.15th
1321  C1 checked on west 15th and east 15th but could not locate the house
1322  Had report of manhole cover sticking out in the roadway on N. Oak
1323  26 advised that the cover is not in place.
1340  C1 out at 1209 S.11th
1342  C1 10-8
1400  Test
1446  Possible break-in at Irving Gym reported by Dixie Sullivan
1451  29 10-97
1452  C1 out W/29
1500  Test
1507  29 & C1 10-8
1530  Vogt June Gibbs on
1535  514 S. Center ref:Shirley Smith request officer to investigate earlier disturbance
1557  35 10-8 from 514 S. Center
1600  TEST
1602  2 blks. south of Abbott's Grocery on Oak ref:313A wearing white T Shirt & Blk. pants
1605  26 & 35 didn't see the 313A on 4th or Oak
1610  26 radar check 25/25  700 blk. W. 10th
1629  915 E. 8th ref: Elvin Gurley rep. that he found a bicycle in his bushes
1633  26 out at 915 E. 8th
1635  26 10-8
1641  29 400 W. 13th  radar check  25/25
1654  29 out with  N-1963
1655  29 10-8
1559  29 Main & Ash     T876285
1700  TEST
1702  29 10-8
1708  29 Main & Ash  WB-3532
1711  76 10-10 Home
1718  29 10-5
1744  35 Miss. Cntrd. CnR-1787
1745  26 10-8
1748  35 10-8
1755  900 W. 8th ref: used to deliver death message
1800  TEST
1801  26 10-8 1:00 Kerr Lab  traffic
1804  Kerr station at 200 N. Miss.  ref:have found lost child
1807  35 10-97 Fire station
1808  35 10-8 10-43
1814  26 out Kerr Lab & Craddock  traffic  4
1819  35 10-8 got the child home
1820  26 10-8
1823  Sig.99 at Music World  515 N. Miss.
1823  27 out at 430 W. 5th
1824  27 10-8 no one was at home
1826  35 29 10-97 sig.99
1828  29 will be out with the owner of Music World
1830  35 10-8
```

3

9 7

Received by _____ at _____ M. Date _____ 19 ___ How _____
Date and time offense committed _____ Summer _____ Officer Assign _____

IO

HARAWAY CASE
SEARCH OF BURNED HOUSE REMAINS
10/19/84

1      SUMMARY

WE WERE INSTRUCTED TO SEARCH THE BURNED OUT REMAINS OF A ABANDONED
HOUSE LOCATED WEST OF TOWN ABOUT 1/4 MILE WEST OF THE OLD SUBSTATION
WHICH IS OFF THE RICHARDSON LOOP WEST OF ADA. AGENT ROGERS AND CAPT.
SMITH HAD INFORMATION THAT DONNA DENISE HARAWAY'S BODY COULD BE
LOCATED THERE. A SEARCH WAS CONDUCTED.

2      INVESTIGATION

THE DEBRIS WAS CLEARED AND CHECKED VERY CAREFULLY. THE LOOSE EARTH
AND ASHES WERE RAN THROUGH A SCREEN AND THE OBJECTS CAUGHT WERE
LOOKED AT CAREFULLY. SEVERAL PIECES OF WHAT APPEARED TO BE BONE WERE
RECOVERED AND SUBMITTED TO THE STATE MEDICAL EXAMINERS OFFICE FOR
IDENTIFICATION BY THE OSBI CRIME SCENE UNIT. THE OWNER OF THE PROPERTY
FORREST SIMPSON JR. SAID HE TORE THE OLD HOUSE DOWN AND BURNED WHAT
WAS LEFT OF IT OVER A YEAR AGO. HE SAID ON APRIL 28, 1984 THERE
WASN'T ANY PORTION OF THE HOUSE STANDING. THE SEARCH WAS CONTINUED
AFTER FONTENOT CAME TO THE SCENE AND SAID THE BODY WOULD HAVE TO BE
LOCATED IN THE NORTH WEST 1/4 OF THE HOUSE. THE AREA IN THE NORTHWEST
1/4 OF THE HOUSE WAS COMPLETLY TAKEN TO THE SUB-SOIL AND BEDROCK AND
SIFTED FOR DEBRIS.

3      WITNESSES

ADA POLICE DEPT; MIKE BASKIN, JAMES FOX, DENNIS SMITH, DENNIS CORVIN,
WILLIE MARION, RICK HOLKUM, MIKE KIESEWETTER, RICHARD GRAY, DANNY
BARRETT.
PONTOTOC COUNTY SO; RICK JOHNSON, JEFF GLASE, WESLEY EDENS, DANNY RAY
OKLAHOMA HIGHWAY PATROL; TIM STONE
OSBI; JANE ENOS, BRUCE SPENCE, GARY ROGERS

4      EVIDENCE

SEVERAL PIECES OF CLOTH, BONE, AND OTHER FORIEGN MATTER THAT CANT BE
IDENTIFIED. IT WILL ALL BE SUBMITTED TO THE OSBI CRIME LAB AND THE
STATE MEDICAL EXAMINERS OFFICE. ALL EVIDENCE WAS RECOVERED IN THE 1/4
OF THE BURNED OUT HOUSE.

5      CONCLUSION

IT IS THE CONCLUSION AT THIS TIME THAT THE BODY OF DONNA DENISE
HARAWAY IS NOT IN THE BURNED OUT HOUSE AS FIRST THOUGHT.

MIKE BASKIN

REPORTING OFFICER

45

BOARD OF MEDICOLEGAL INVESTIGATIC

OFFICE OF THE CHIEF MEDICAL EXAMINER

# MORGUE REGISTER

PRINT ALL INFORMATION

NAME OF DECEDENT

U/I BONES

CASE NO.

8-404304

PLACE OF DEATH

ADA, OK. Pontotoc Co.

NAME OF MEDICAL EXAMINER

Dale V. Sparby

More Bones Brought To Office By Agent on 10-26-84

PERSONAL EFFECTS OTHER THAN CLOTHING?   ☐ YES   ☒ NO   (IF YES, COMPLETE CME—16)

## RECEIPT OF BODY

| DATE | HOUR | PERSON DELIVERING BODY (Signature) |
|------|------|-----------------------------------|
| 10-22-84 | 12:32 PM | Jane A. Enos - OSBI |

REPRESENTING (Firm Name and City)

Oklahoma State Bureau of Investigation

TELEPHONE NO.

427-5421 ext 3

RECEIVED BY (Signature)

Donna S. Bigue / Mik Stm9

NOTE:   IDENTIFICATION TAG MUST BE PLACED ON BODY OR POUCH

## RELEASE OF BODY

AUTHORITY FOR RELEASE (Name and address of next of kin or other person lawfully claiming remains for burial or other accepted means of disposition).

| DATE | HOUR |
|------|------|
|      |      |

I, the undersigned, assume custody of the body herein designated and affirm that I am properly and legally authorized to do so by the next of kin or other person who has lawful custody of the body for purposes of burial or other recognized means of disposition of the remains and whose name and ad—dress appear immediately above. The chief medical examiner and/or his employees or representatives are hereby relieved of all liability in releasing said body and such liability and responsibility are assumed by the undersigned.

SIGNATURE (Person removing remains)

REPRESENTING (Firm Name)

RELEASED BY (Signature)

CME—20  (8-78)

100

8'

84-98                                               DATE 11-21-84

NAME State Medical Examiners Office
ADDRESS Oklahoma City, Oklahoma
TELEPHONE#
DATE INCIDENT REPORTED

NARRATIVE The state medical Examiners office called
11-22-84 at 1430 hrs and advised the bones
brought to their office 11-20-84 were non-
human bones -

REPORTING OFFICER _____ Barrett   DATE 11-21-84   TIME 1440

**101**

7

SEARCH WARRANT
TITSWORTH PICKUP

1. SUMMARY

AGENT GARY ROGERS SAID THAT TOMMY WARD HAD IDENTIFIED A
PICKUP PARKED AT 1209 BOLTON IN ADA AS THE PICKUP THAT THEY USED
IN THE ABDUCTION, RAPE AND FIRST DEGREE MURDER OF DONNA DENISE
HARAWAY ON APRIL 28, 1984. AGENT ROGERS ASKED THAT I OBTAIN A
SEARCH WARRANT FOR THAT VEHICLE.

2. VEHICLE OWNER

THE OWNER OF THE PICKUP IS MELBA F. TURNER OF ADA. HER
ADDRESS IS P O BOX 1744 ADA,OK. SHE ALSO CAN BE REACHED AT 1209
N. BOLTON IN ADA.

3. WITNESSES

JANE ANN ENOS        OSBI          OKLAHOMA,CITY
BRUCE R SPENCE       OSBI          OKLAHOMA,CITY
GARY L ROGERS        OSBI          ADA
MIKE BASKIN          DETECTIVE     ADA POLICE DEPT.

4. INVESTIGATION

I WENT TO 1209 BOLTON TO GET A DESCRIPTION OF THE PICKUP. A
GIRL STAYING AT THE HOUSE SAID HER MOTHER HAD THE PICKUP AT
WORK. MS. TITSWORTH WORKS FOR DON WYATT AS A HOUSEKEEPER. I WENT
TO 111 MAYFAIR WAY AND FOUND THE TRUCK PARKED IN FRONT OF DON
WYATT'S HOUSE. IT WAS FACING SOUTH ON THE WEST SIDE OF THE ROAD.
I SPOKE WITH MS. TITSWORTH AND SHE SAID HER DAUGHTER MELBA
TURNER WAS THE OWNER. I TOLD HER WE WERE GOING TO OBTAIN A
SEARCH WARRANT FOR THE VEHICLE. I HAD OFFICER CARSON SECURE THE
VEHICLE WHILE THE WARRANT WAS OBTAINED. GEORGE SMITH'S WRECKER
TOWED THE VEHICLE TO THE STATION WHERE IT WAS SECURED IN A
WAREHOUSE. JANE ENOS AND BRUCE SPENCE OF THE OSBI PROCESSED THE
VEHICLE ON THE SAME DAY, 19 OCT 84.

5. VEHICLE DESCRIPTION

1968 CHEVROLET PICKUP WHITE IN COLOR. THE VIN IS
CE148ST32752. IT IS A SHORT WHEELBASE WITH A NARROW STEP SIDE
BED. IT HAS A SPARE TIRE MOUNTED ON THE LEFT SIDE. THE
WINDSHIELD IS CRACKED ALL OF THE WAY ACROSS. IT HAS A IN DASH 8
TRACK STEREO. IT IS EQUIPPED WITH A DOME LIGHT. THE BED HAS A
STEEL PLATE FOR A BOTTOM. THE FRONT END IS PAINTED BLACK. IT IS
DAMAGED ON THE LEFT SIDE FOREWARD AND SEVERLY DAMAGED ON THE
RIGHT SIDE. THE METAL IS TORN ON THE RIGHT SIDE.

THE TAG NUMBER IS 84 OK 375-032T. THE DECAL NUMBER IS
4C940822.

6. EVIDENCE

HAIR SAMPLES AND LATENT PRINTS REMOVED BY THE OSBI LAB TEAM.
THE HAIR WAS RECOVERED BY ENOS AND THE PRINTS BY SPENCE. IT WAS

192



TRANSPORTED TO THE STATE CRIME LAB. BY ENOS AND SPENCE.

7. CONCLUSION

    THE WARRANT WAS SERVED ON MELBA TURNER ON 10/18/84 AT 11:45
AM IN THE DA'S OFFICE BY DETECTIVE MIKE BASKIN. THE WARRANT
NUMBER IS SW-84-7. WE WILL HAVE TO WAIT FOR PROFESSIONAL
EVALUATION OF THE EVIDENCE.

                              REPORTING OFFICER
                              MIKE BASKIN

                              *Mike Baskin*

3

**103**

10

IN THE DISTRICT COURT WITHIN AND FOR PONTOTOC COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA   )
COUNTY OF PONTOTOC  )                 Case No. __SW-84-7__

S E A R C H   W A R R A N T

In the name of the State of Oklahoma:

To any Sheriff, Constable, Marshall, Policeman or Agent of the
Oklahoma State Bureau of Investigation in the County of Pontotoc:

Proof by Affidavit having been made before me by Mike Baskin
that he is positive that on the premises known as 111 Mayfair Way
in the City of Ada, Pontotoc County, Oklahoma, more completely
described as being south on Crownpoint Drive from the intersection
of Arlington Boulevard and Crownpoint Drive in the City of Ada,
Pontotoc County, Oklahoma, to Woodland Drive, then east on Woodland
Drive to Mayfair Way then south approximately 1 block on Mayfair Way to
the property on which a red brick two story house with blue trim is
situated.  The said house bears numbers in cursive writing "one hundred
eleven", all in the County of Pontotoc State of Oklahoma, there is now
a white, narrow bed pick up truck with a black front end having damage
to the left front fender, the right side and a cracked front windshield
bearing 1984 Oklahoma License No. 375-032T and sticker No. 4C 940822
which was believed to have been used in the abduction, rape and murder
of Donna Denise Haraway in which there is now being concealed hair,
fibers and blood of Donna Denise Haraway.

I am satisfied that there is probable cause to believe that the
property so described is being concealed on the premises above described
in the pick up above described and that the foregoing grounds for
application for issuance of the search warrant exist.

YOU ARE HEREBY COMMANDED to search forthwith the place named for
the property specified, serving this warrant and making the search at
anytime of the day or night and if the property be found there to seize

9

OKLAHOMA STATE BUREAU OF INVESTIGATION

P.O. Box 11497
Oklahoma City, OK 73136
(405) 427-5421

## CRIMINALISTICS EXAMINATION REPORT

LAB NO.:                 LP 84-642                 Reported To:   Agent Gary L. Rogers
                                                   Address:       Route Three, Box 307
                                                                  Ada, Oklahoma 74820
Date Received:           10-19-84
Date Reported:           10-24-84
Classification of Case: Kidnapping/Rape/Homicide Submitted By: Bruce R. Spence, OSBI

---

Suspect(s):                                        Victim(s):

Odell Bruro TITSWORTH, WM, DOB: 4-17-59, OSBI #223023    Donna Denise HAROWAY, WF, 24 year
Thomas Jesse WARD, WM, DOB: 9-21-60
Karl FONTENDT, WM, DOB: 8-10-64

Description of Evidence:

Items colleted from a 1968 Chevrolet pickup December, 1984, Oklahoma license #375-032T, V.I.N. CE148S132752, located at the police pound in Ada, Oklahoma, on October 19, 1984, by Bruce R. Spence.

Item #1:   One (1) empty ten-ounce Coca-Cola bottle, obtained from passenger side of dashboard.

Item #2:   One (1) Diet Seven-UP bottlecap, obtained from passenger side of dashboard.

Item #3:   Three (3) iodized salt packets, obtained from passenger side of dashboard.

Item #4:   One (1) Carefree gum wrapper, obtained from passenger side of dashboard.

Item #5:   One (1) Bureau of Indian Affairs letter, addressed to Melba F. Turner, 1209 Bolton Avenue, Ada, Oklahoma, regarding school tuition, fees, and books, obtained from passenger side of dashboard.

Item #6:   One (1) metal belt buckle, depicting crossed pistols, obtained from center of dashboard.

Item #7:   One (1) paper towel, obtained from passenger side of seat.

Item #8:   One (1) copy of the Ada "Evening Star", dated October, 1984, obtained from floorboar

Items obtained from bed of vehicle:

Item #9:   One (1) empty twelve-ounce Budweiser beer can.

Item #10:  One (1) empty twelve-ounce Coors beer can, bent in the middle.

Item #11:  One (1) empty sixteen-ounce Sweetheart paper cup, white with yellow flower design.

Item #12:  One (1) plastic tray, bearing no markings.

**105**

13

Page 2 of

# OKLAHOMA STATE BUREAU OF INVESTIGATION
P.O. Box 11497
Oklahoma City, OK  73136
(405) 427-5421

## CRIMINALISTICS EXAMINATION REPORT

LAB NO.:          LP 84-642              Reported To:
                                        Address:

Date Received:
Date Reported:
Classification of Case:                 Submitted By:

Suspect(s):                             Victim(s):

Description of Evidence:  (continued)

Item #13:  Two (2) empty twelve-ounce Michelob beer bottles.

Item #14:  One (1) empty ten-ounce Dr. Pepper bottle.

Item #15:  One (1) empty ten-ounce Sugar-Free Dr. Pepper bottle.

Item #16:  One (1) empty sixteen-ounce Dr. Pepper bottle.

Item #17:  One (1) Pixie 1½" putty knife.

Item #18:  One (1) red one-gallon jug Dowgard anti-freeze, partially filled.

Item #19:  One (1) torn brown paper sack, containing:

Item #20:  One (1) empty twelve-ounce Michelob bottle.

Item #21:  One (1) empty Michelob six-pack carton.

Item #22:  One (1) Lipton tea-bag wrapper envelope.

Item #23:  Two (2) rolls of film.

Item #24:  Four (4) lifts of latent prints developed on vehicle.

Analysis of Evidence:

Items #1 through #22 were processed for latent prints, with negative results.  The above
described vehicle was, also, processed, and four latent prints were developed.  Please
submit inked finger and palm impressions from all suspects, if comparison is desired.

Bruce R. Spence
Crime Scene Specialist

BRS:jh

106

HARAWAY CASE
BACKGROUND ON HARAWAY

DONNA DENISE HARAWAY WAS BORN AUGUST 19TH, 1959 IN HOLDENVILLE, OK. TO PATRICIA 'VIRGIN' LYON AND JIMMIE CHARLES LYON. SHE WAS DELIVERED BY DOCTOR TROW.

AT THE TIME OF HER BIRTH HER PARENTS WERE LIVING IN WEWOKA. HER FATHER WORKED FOR THE HENRYETTA CONSTRUCTION COMPANY AND AS A RESULT OF HIS EMPLOYMENT THE FAMILY MOVED AROUND QUITE A LOT.

DENISE HARAWAY HAD A OLDER BROTHER, RON LYON, BORN ON APRIL 8, 1956. SHE HAD A YOUNGER SISTER, JANET MARIE LYON, BORN NOVEMBER 17, 1961.

DONNA ATTENDED SCHOOL IN HER EARLY YEARS IN SEVERAL DIFFERENT CITIES.

FIRST AND SECOND GRADE      ARDMORE,OK.
THIRD GRADE                 SAPULPA
FOURTH AND FIFTH GRADE      WEWOKA
SIXTH THROUGH GRADUATION    PURCELL

SHE ATTENDED THE PURCELL SCHOOL SYSTEM WHERE IN HIGH SCHOOL SHE WAS A ACTIVE MEMBER OF THE PEP CLUB,FHA, AND THE NATIONAL HONOR SOCIETY. SHE WORKED FROM THE TIME SHE WAS THIRTEEN UNTIL SHE GRADUATED FROM HIGH SCHOOL AT THE DAIRY QUEEN IN PURCELL AFTER SCHOOL AND ON WEEKENDS. SHE GRADUATED FROM PURCELL HIGH SCHOOL ON MAY 17TH, 1977.

DENISE TOOK HER ACT TEST AND APPLIED FOR ADMISSION TO THE OKLAHOMA STATE UNIVERSITY IN STILLWATER. SHE FOUND A JOB AND WORKED TO PAY HER WAY THROUGH SCHOOL. SHE HAD TO DROP OUT OF SCHOOL AFTER THE FIRST SEMESTER BECAUSE THE EXPENSES WERE TOO HIGH IN STILLWATER FOR HER TO EARN ENOUGH MONEY TO PAY FOR HER SCHOOLING AND LIVING EXPENSES.

SHE MOVED HOME AND WENT TO WORK TO SAVE UP ENOUGH MONEY TO RETURN TO COLLEGE BECAUSE SHE WANTED TO BE A TEACHER.

DENISE ATTENDED THE SEMINOLE JUNIOR COLLEGE AND WHEN HER SISTER JANET GRADUATED IN 1979 THEY MOVED TO ADA WHERE DONNA'S MOTHER BECAME THE MANAGER OF LOVES COUNTRY STORE. DONNA WENT TO WORK FOR HER MOTHER AND WAS SAVING MONEY SO SHE COULD CONTINUE TO GO TO COLLEGE. IN THE LAST OF 1980 DONNA'S MOTHER MOVED TO SULPHUR AND DONNA WAS ATTENDING EAST CENTRAL UNIVERSITY, SHE WENT TO WORK AT WALL'S BARGAIN CENTER. SHE WOULD DRIVE TO SULPHUR ON WEEK ENDS AND HOLIDAYS TO WORK FOR HER MOTHER TO EARN EXTRA MONEY FOR SCHOOL.

SHE SHARED AN APARTMENT WITH HER SISTER JANET AT 202 E. 14TH IN ADA. DONNA QUIT WORKING AT WALLS AND TOOK A JOB AT MCANALLYS ON ARLINGTON ST. SO HER JOB WOULD NOT

**107**

*108*

CONFLICT WITH HER CLASS SCHEDULE. SHE MET STEVE HARAWAY AND DATED HIM ABOUT 1 YEAR BEFORE THEY WERE MARRIED IN THE FIRST CHRISTIAN CHURCH ON AUGUST 6TH, 1983. AFTER THEY WERE MARRIED THEY RENTED AN APARTMENT AT 202 E 14TH IN ADA. DR HARAWAY WAS THEIR LANDLORD.

DENISE COMPLETED HER BLOCK COURSES AT EAST CENTRAL UNIVERSITY EARLY IN THE SPRING SEMESTER 1984 AND WAS DOING HER PRACTICE TEACHING AT HAYES ELEMENTARY SCHOOL BEFORE HER GRADUATION. SHE WAS IN THE PROCESS OF DOING HER PRACTICE TEACHING AT THE TIME OF HER DISAPPEARANCE. SHE HAD TOLD FAMILY MEMBERS THAT SHE ENJOYED TEACHING MORE THAN ANYTHING ELSE THAT SHE HAD DONE IN HER LIFE.

DONNA'S BROTHER RON AND HIS WIFE ELIZABETH LIVE IN SHAWNEE WITH THEIR FOUR CHILDREN. THEY HAVE THREE BOYS NAMED, TAYLOR, CALEB AND AARON. THEY HAVE A GIRL NAMED JORDAN. DONNA WAS VERY FOND OF THE CHILDREN. SHE WOULD MAKE FREQUENT TRIPS TO SHAWNEE TO VISIT THE CHILDREN. RON SAID EVERY TIME SHE CAME TO SEE THE CHILDREN SHE WOULD BRING THEM HOME-MADE PRESENTS THAT SHE MADE FOR THEM. ON HER LAST VISIT TO SHAWNEE SHE BROUGHT HER NEICE, JORDAN, A GREY SWEATSHIRT THAT SHE PAINTED HER NAME ON IT IN PUFF PAINT. RON SAID HE TALKED TO DONNA AT LEAST ONCE EVERY TWO WEEKS AND USUALLY AFTER 10:00 P.M., AND SOMETIMES ONCE A WEEK. HE TALKED TO HER THE LAST TIME ON THE WEEK BEFORE, WHEN HE TALKED TO HER SHE WAS EXCITED ABOUT HER PRACTICE TEACHING AND GETTING HER TEACHING CERTIFICATE. SHE TOLD HIM THAT SHE DIDN'T LIKE MOVING AROUND WHEN THEY WERE LITTLE. SHE SAID THAT SHE WAS VERY HAPPILY MARRIED AND ENJOYED BEING SETTLED DOWN AND KNOWING THAT SHE HAD PERMANANT ROOTS THAT WOULD NOT BE CHANGING. HE SAID THAT DONNA, JANET AND HIMSELF WERE PLANNING TO TAKE THEIR PARENTS ON A TRIP IN THE SUMMER TIME. DONNA VISITED RON AND HIS FAMILY ON THE TWO WEEKS PRIOR TO HER DISAPPEARANCE. ON THE LAST VISIT PAT VIRGIN, DONNA'S MOTHER, WAS THERE BUT HAD TO LEAVE BECAUSE HER MOTHER WAS ILL BEFORE DONNA ARRIVED. RON AND DONNA WERE PLANNING TO GO TO THE PURCELL HIGH SCHOOL REUNION. IT WOULD HAVE BEEN THE FIRST TIME EITHER OF THEM HAD ATTENDED A REUNION. IT WAS SCHEDULED FOR THE SUMMER OF 84. DENISE TOLD RON THAT SHE WAS AFRAID ON HER FIRST DAY OF TEACHING, BUT THINGS WARMED UP AND SHE LOVED THE KIDS AND TEACHING. RON THINKS TAHT DONNA WAS HAPPIER AFTER HER MARRIAGE TO STEVE THAN SHE WAS EVER BEFORE IN HER LIFE. RON SAID HIS SISTER WANTED TO BE A TEACHER AND HE DOSEN'T THINK SHE WOULD DO ANYTHING TO JEOPARDIZE THAT WITH HER GRADUATION SO NEAR. HE SAID THAT DONNA'S GOAL HAD BEEN TEACHING SINCE SHE GRADUATED FROM HIGH SCHOOL.

JANET SAID DONNA DIDN'T HAVE MANY BOYFRIENDS BECAUSE SHE WOULD ONLY DATE ONE PERSON AT A TIME AND WHEN SHE

(handwritten left margin) Have not heard

**108**

(handwritten bottom right) 107

WASN'T IN CLASS SHE WAS USUALLY WORKING. HER BOYFRIENDS
OVER THE PAST FEW YEARS ARE.

MIKE CARLTON            ECU
JAMES BOND              NOBLE
JOHNNY SITTER           MCALESTER
WES WEISSINGER          CONROE, TEXAS

DONNA HARAWAY AND HER SISTER SOMETIMES ATTENDED A LOCAL
BIBLE STUDY WITH A FRIEND OF STEVE HARAWAY NAMED BRAD
GOSS.

JANET WAS SUPPOSED TO DRIVE DOWN ON SATURDAY APRIL
28,1984 AND SHE WAS GOING SHOPPING WITH DONNA. DONNA
CALLED HER AND TOLD HER THAT SHE HAD TO WORK ON
SATURDAY. JANET THEN DECIDED TO COME DOWN ON MONDAY
APRIL 30TH TO SPEND THE WEEK WITH HER. JANET SPOKE WITH
DONNA ON THE PHONE ABOUT 7:30 PM ON APRIL 28TH. JANET
WAS AT WORK IN SHAWNEE AND DONNA WAS AT WORK IN ADA AT
MCANALLYS ON ARLINGTON BLVD. SHE SAID DONNA TOLD HER SHE
HAD TO GO BECAUSE SHE WAS GETTING BUSY, BUT SHE WOULD
CALL BACK IN ABOUT 20 MINUTES. JANET SAID THEY
FREQUENTLY CALLED EACH OTHER WHEN THEY WERE AT WORK TO
VISIT FOR A FEW MINUTES. JANET SAID DONNA NEVER RETURNED
THE CALL.

ACCORDING TO JANET DONNA TOLD HER ON THE PHONE SHE
HATED WORKING AT THE STORE BECAUSE IT DID NOT HAVE AN
ALARM AND A LOT OF WEIRDO'S COME IN AND OUT OF THE
STORE. SHE TOLD JANET THAT SHE WAS GOING TO LOOK FOR
ANOTHER JOB BECAUSE SHE FELT UNEASY WORKING AT THE STORE
ALONE AT NIGHT. SHE TOLD JANET THAT THE PHONE CALLS HAD
STARTED AGAIN BUT DIDN'T GO INTO THE STORY. JANET SAID
THAT EARLIER DONNA HAD BEEN RECIEVING SOME CALLS AT WORK
FROM A MAN THAT SAID HE WAS GOING TO COME OUT TO THE
STORE SOME NIGHT AND WAIT OUTSIDE WHILE SHE WAS WORKING.
SHE SAID THAT DONNA WAS UPSET BECAUSE SHE HAD ASKED FOR
THE NIGHT OFF AND A GUY REFUSED TO WORK AND SHE HAD TO
WORK ANYWAY.

JANET SAYS SHE KNOWS THAT SOMETHING HAPPENED TO DONNA
BECAUSE SHE WOULD NOT LEAVE LIKE SHE DID AND NOT TAKE
HER HOT ROLLERS, PURSE, CAR, AND NIGHT GOWNS AND CHANGES
OF CLOTHING. SHE SAID THAT DONNA WAS ESPECIALLY FUNNY
ABOUT HER PURSE. SHE SAID THAT DONNA TOOK HER PURSE WITH
HER EVERY WHERE SHE WENT. SHE SAID THAT DONNA WAS TIGHT
WITH HER MONEY AND DIDN'T LIKE TO SPEND MONEY WITHOUT
THERE BEING A GOOD REASON TO.

THE MANAGER OF ANTHONY'S, CHARLES YAHOLA, SAID THAT
THEIR RECORDS INDICATED THAT DONNA CAME INTO THE STORE
ON APRIL 28, 1984 AND MADE A PAYMENT ON A LAY-A-WAY THAT
SHE HAD THERE. SHE NEVER RETURNED TO MAKE ANOTHER
PAYMENT ON THE LAY-A-WAY AND NEVER CAME BACK FOR A
REFUND. THE MERCHANDISE WAS RETURNED TO THE SHELVES IN

**109**

106

| | | | | | |
|---|---|---|---|---|---|
| SSN 444 62 0106 | | | | SEX | |
| NAME (REV.) HARAWAY LYON DONNA Denice | | | | F | DEGREE AN  MAJOR (S) |
| HOME Ada OK | | | | BIRTH 8 19 59 H...enville OK | |
| ENTRANCE 8 24 79  LAST SCH ATTD  SJC | | | | Parent/Gdn. Pat Lyon | |

| HIGH SCH Purcell OK HS | | | | GRAD 1977 |
|---|---|---|---|---|
| English | 4 | cssa | 20 | |
| OK Hist | ½ | | | |
| Algebra | 1 | | | |
| Spanish | 1 | | | |
| Typing | 2 | | | |
| Biology | 1 | | | |
| Shorthand | 1 | | | |
| Others | 12½ | | TOTAL UNITS | 23 |

| COURSE | TITLE | GR | SEM HRS |
|---|---|---|---|
| 4 25 79 | Oklahoma State Univ  Stillwater OK | | |
| | 1-77-78 | I | |
| BiSc 1114 | Biological Sciences I | I | |
| Eng 1113 | Freshman Comp | I | 3 |
| Hist 2483 | Amer Hist 1492 to 1865 | I | |
| Leis 1322 | Bowling | I | |
| Psych 1113 | Intro Psychol | I | 3 |
| | Total hrs  0 | | |
| 8 30 79 | Seminole Junior College  Seminole OK | | |
| | SS-79 | | |
| Eng 1113 | Prin Eng Comp I | B | 3 |
| Psy 1113 | Gen Psychology | A | 3 |
| | Total hrs  6 | | |
| | I-79-80 | | |
| BUS 1113 | INTRO TO BUS | A | 3 |
| MATH 1213 | INTERM ALG | A | 3 |
| SOC 1113 | INTRO SOCIOL | A | 3 |
| HIST 2493 | AM HIST SURV SNC 1877 | B | 3 |
| | I-80-81 | | |
| EDUC 2113 | INTRO TO TCHG | B | 3 |
| EDUC 2211 | INITIAL TCHG EXPERIEN | P | 1 |
| GOV 1113 | AMER FED GOV & POL | A | 3 |
| | 2-80-81 | | |
| BIOL 1114 | GENL BIOL | B | 4 |
| LIBSC 4913 | CHILD LIT | B | 3 |
| MATH 4723 | MATH ELEM TCHRS II | C | 3 |
| PSYCH 3413 | DEVELOP PSYCH I | B | 3 |
| 37 1 114 3.08  38, 13 0 36 2.77 13 | | | |
| | I-81-82 | | |
| EDUC 3312 | EDUC TESTS & MEASRMTS | C | 2 |
| HUM 2113 | GENERAL HUMANITIES I | B | 3 |
| GEOG 1113 | ELEM HUM GEOG | B | 3 |
| PHSCI 1114 | GENL PHYS SCI | D | 4 |
| 49 1 140 2.86  50, 12 0 26 2.17 12 | | | |
| | 2-81-82 | | |
| ART 1113 | FUNDS OF ART | C | 3 |
| EDLBS 3362 | AUD-VIS EDUC | RF | 2 |
| 54 1 146 2.70  53,  5 0  6 1.20 3 | | | |
| | SS-82 | | |
| EDUC 3412 | METHODS EL LANG ARTS | B | 2 |
| EDUC 3512 | METHODS IN ELEM MATH | B | 2 |
| | Continued next column | | |

| COURSE | TITLE | GR | SEM HRS |
|---|---|---|---|
| EDUC 3463 | METHODS READG GRS K-3 | C | 3 |
| PSYCH 4112 | PSYCH OF EXCEPT CHILD | B | 2 |
| 63 1 170 2.70  62,  9 0 24 2.67  9 | | | |
| | FALL 1985 | | |
| EDLBS 3362 | AUD-VIS EDUC | IP | 2 |
| SPCH 1113 | FUNDS OF SPCH | F | 3 |
| 64 3 170 2.66  64,  5 0  0 0.00  0 | | | |
| | SPRING 1983 | | |
| | Withdrew 4 29 83 | | |
| | FALL 1983 | | |
| ART 4413 | ART ELEM TCHRS | B | 3 |
| GOV 3613 | AMER POLIT THOUGHT | B | 3 |
| HPER 3553 | MTHD OF ELEM PHYS ED | W | 0 |
| IET 4763 | HANDWORK FOR ELEM SCH | A | 3 |
| SOC 2613 | SOCIOL OF SEX ROLES | A | 3 |
| 76 3 212 2.79  76, 12 0  0 2.75  9 | | | |
| | SPRING 1984 | | |
| EDUC 3612 | METHODS ELEM NAT SCI | C | 2 |
| EDUC 3712 | METHODS ELEM SOC STU | B | 2 |
| EDUC 3958 | DIR OBS&STU TCH EL GR | I | |
| EDUC 4332 | THE ELEMENTARY SCHOOL | B | 3 |
| PSYCH 3512 | EDUC PSYCH | A | 2 |
| 92 3 236 2.57  84,16  0 24 1.50  8 | | | |
| | STATE TEACHERS CERTIFICATES ISSUED | | |

Obtain written consent of student before permitting a third party access to this document. (Family Education Rights and Privacy Act of 1974 PL 93-380).   NOV  5 1984

Name Changed To East Central Oklahoma State University — August, 1974.

6.75

Beginning 2-79-80 G denotes graduate credit; Passing Grades — A, B, C, D; P—Pass, no definite grade; F-Failure; W-Authorized Withdrawal; IF-Withdrawal Failure; I-Incomplete, becomes F at 5 weeks; E-Conditional, becomes F at one year; NC-No Credit; REV-Review; DUP-Duplication. semesters indicated by 1-, and 2-; Summer Sessions by SS. K-Correspondence

110

An official transcript when dated, signed and sealed on front or back. Student is eligible to re-enroll or remain in attendance

6:16-cv-00069-JHP   Document 7-32   Filed in ED/OK on 02/24/16   Page 126 of 157

COLLEGE COPY — STUDENT PROFILE REPORT

**ACT** 1976-77 73080

TYPE OF TESTING: NATL
DATE TESTED: 11/76
ED. LEVEL WHEN TESTED: SENIOR

SOC. SEC. NO.: 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
COUNTY: MCCLAIN
PHONE NUMBER: 405 627-3992

LTUN UONNA D
717 N 4TH STREET
PURCELL OK 73080
FEMALE
08/19/759

H.S. ATTENDED: 372-965   PURCELL HIGH SCHOOL   PURCELL   OK   73080

## SCORES AND PREDICTIVE DATA

| SUBJECT AREA | H.S. STANDING (PCTL) | CHOICE | ACT NORMS (MALES) LOCAL | NATIONAL | 9th GRADE |
|---|---|---|---|---|---|
| ENGLISH | A | 16 | 31 | 35 | CUL |
| MATHEMATICS | C | 14 | 31 | 29 | |
| SOCIAL STUDIES | B | 24 | 78 | 75 | |
| NATURAL SCIENCES | B | 24 | 73 | 68 | BND |
| COMPOSITE SCORE | B | 20 | 62 | 58 | |

DASH (—) INDICATES INFORMATION NOT PROVIDED

### OVERALL GPA PREDICTIONS

| NAME OF GROUP | FRESHMAN | | | | PROB ≥ 1 |
|---|---|---|---|---|---|
| WOMEN SUMMARY ANALYSIS | 74/5 | B | 61 | 88 | |
| | 74/5 | B | 53 | 80 | |

RES. (RESEARCH) PLAN: B = BASIC, S = STANDARD

### SPECIFIC COURSE PREDICTIONS

| NAME OF COURSE | FRESHMAN YEAR | GRP NO | GROUP NAME | NAL BLANK | PROB ≥ 1 | TYPE 1 |
|---|---|---|---|---|---|---|

*TRUNCATED FIELD. FOR COMPLETE NAME SEE YOUR PREDICTIONS SHEET

### HIGH SCHOOL INFORMATION

| ADMISSION/ENROLLMENT DATA | | | |
|---|---|---|---|
| 3394 | 3RD | FALL | 77 | YES |

TYPE OF SCHOOL: PUBLIC   76-90   COLL

SIZE OF SENIOR CLASS: 25-99   1977   2ND QTR   AND AVERAGE: 2.5-2.9

SELF-REPORTED RANK:   YEARS CERTAIN SUBJECTS STUDIED AND ADVANCED PLACEMENT IN HIGH SCHOOL

| IN H.S. | | ADV. PLACEMENT IN H.S. |
|---|---|---|
| 4 | 1 | 3+ | 1 | ENG | 0 | 0 | 0 | 4 | 0 |
| NO | NO | NO | NO | | NO | NO | NO | NO | NO |

| SUBJECT AREA | | | |
|---|---|---|---|

AVERAGE

### H.S. EXTRACURRICULAR ACTIVITIES AND COLLEGE EXTRACURRICULAR PLANS

| SECOND | SIXTH | FIFTH | THIRD | DAY | YES | YES | — | NO | NO | FIRST | SEVENTH |
| PUB-4YR | COED | OKLAHOMA | UND 1000 | 5-10,000 | | | | | | | |
| EDUCATIONAL MAJOR | | | | | | | | | | |

ELEMENTARY EDUCATION   FAIRLY SURE   BACHELORS   2.5-2.9
FIRST VOCATIONAL CHOICE
ELEMENTARY EDUCATION   FAIRLY SURE   SECONDARY EDUCATION, GENL

SPECIAL EDUCATIONAL NEEDS AND INTERESTS

INDICATED NEED FOR HELP IN:

PLANS TO SEEK FINANCIAL AID: YES   NEEDS HELP TO FIND WORK: YES   HOURS/WEEK: 11-20

### OUT-OF-CLASS ACCOMPLISHMENTS

| LEADER | MUSIC | SPEECH | ART | WRITING | SCIENCE | ATHL | COMM SERVICE | WORK EXP |
|---|---|---|---|---|---|---|---|---|
| N | N | AV | HI | N | N | AV | HI | HI |
| H = HIGH | | AV = AVERAGE | | | HI = HIGH | | YH = VERY HIGH |

### BACKGROUND INFORMATION (OPTIONAL)

ETHNIC BACKGROUND: CAUCASIAN AMER/WHITE
RELIGIOUS PREFERENCE:
ENG. MOST FREQ. SPOKEN IN HOME: YES

SPECIAL MESSAGES: 09

SOCIAL SECURITY NUMBER NOT REPORTED BY STUDENT
H.S. GRADES FOR TWO OR MORE SUBJECT AREAS NOT REPORTED AND/OR ONE OR MORE SUBTESTS NOT TAKEN. NO PREDICTIVE INFORMATION POSSIBLE.

### INTEREST INVENTORY

WORLD-OF-WORK MAP REGION: 09

| STANDARD (20-80) | BASIC INTEREST AREA |
|---|---|
| 48 | SCIENCE | 43 |
| 51 | CREATIVE ARTS | 53 |
| 42 | SOCIAL SERVICE | 22 |
| 47 | BUSINESS CONTACT | 37 |
| 39 | BUSINESS DETAIL | 13 |
| 49 | TECHNICAL | 47 |

MAP OF COLLEGE MAJORS—COORDINATES:  48  46

111

55341

**Name** LYON (LAST)   DONNA (FIRST)   DENICE (MIDDLE)   **Sex** F   **Date of Birth** 8  19  1959   **Place of Birth** Holdenville (CITY)   Oklahoma (STATE)

**Home Address** 218 North Canadian (STREET ADDRESS)   **Name of Parent or Guardian** (MARK OUT ONE) Jim Lyon

**Date of Entrance** 8-27-73   Transferred from ____

**Graduated** May 17, 1977 (DATE)   O.S.U., Stillwater, OK   6-1-77

Transcript Sent   Rt. 1, Lot 100, Ada, OK   (DATE) 1-25-79

PURCELL HIGH SCHOOL IS ACCREDITED BY THE STATE BOARD OF EDUCATION AND IS ACCREDITED BY NORTH CENTRAL ASSOCIATION OF COLLEGES AND SECONDARY SCHOOLS

**NINTH Grade 19 73 -19 74**

| Course | Sem. 1 | 2 | Credit |
|---|---|---|---|
| English I | A | A | 1 |
| Home Econ. I | A | B | 1 |
| Okla. History I | B | | ½ |
| P.E. | A | A | 1 |
| Gen. Science | C | C | 1 |
| Algebra I | C | D | 1 |
| Civics | | C | ½ |

**TENTH Grade 19 74 -19 75**

| Course | Sem. 1 | 2 | Credit |
|---|---|---|---|
| English II | B | B | 1 |
| Spanish I | B | B | 1 |
| Typing I | C | B | ½ |
| Driver Educ. | | B | ½ |
| Biology | C | B | 1 |
| Home Econ. II | B | B | 1 |

**ELEVENTH Grade 19 75 -19 76**

| Course | Sem. 1 | 2 | Credit |
|---|---|---|---|
| Gen. Business | C | | ½ |
| Bus. Math | | B | ½ |
| Economics | C | | ½ |
| Bookkeeping | B | C | 1 |
| English III | A | B | 1 |
| Family Living | B | B | 1 |
| U.S. History | B | A | 1 |
| Prob. of Dem. | | B | ½ |

**TWELFTH Grade 19 76 -19 77**

| Course | Sem. 1 | 2 | Credit |
|---|---|---|---|
| Home Econ. IV | B | A | 1 |
| Chemistry I | D | C | 1 |
| Shorthand I | C | C | 1 |
| English IV | C | A | 1 |
| Typing II | A | A | 1 |
| Art I | B | B | 1 |

**TEST RECORD**

(INCLUDE RAW OR STANDARD SCORES IN ADDITION TO PERCENTILE SCORES IF POSSIBLE)

Student ranks No. 44 in a class having 83 students.

Signature of School Official _Joe Bartlow_ Date 4-11-77

PURCELL HIGH SCHOOL, Purcell, Oklahoma

December 17, 1974

Jackie McKee
Petunia McKee     2nd cousins
1009 Fairmont
1-918 687 4250
Muskogee, Oklahoma

Ruth Rains (Ralph)   Great Aunt
1411 Aberdeen
1-918 683 5960
Muskogee, Oklahoma

Jenny Rains   2nd cousin
2900 Oklahoma Ave.
1-918 682 1648
Muskogee, Oklahoma

Brenda Buster   2nd cousin
803 South S. Street
No phone
Muskogee, Okla.

Pam Virgin          Grandmother
1203 Illinois
1-918 687 1973
Muskogee, Okla.

Sue Vaughn   2nd cousin
Rt. 2, Box 250
1-918 321 3122
Sapulpa, Okla.

Joyce Leach   2nd cousin
(Husband Clifford)
Rt 2, box 497
Fort Gibson, Okla.

Allen Wilks   3rd cousin
(wife Sherry)
Rt. 2, Box 1010

Margaret Horner   Great Aunt
Rt. # 1
Welcetka, Okla.
Phone- Henryetta

Francis   2nd cousin
Jeanie    "     "
C/o Above

Melanie Coman   3rd cousin
C/o Chick Phillips
1-918 683 5247
Muskogee, Okla.

Roy & Leslie Brandon   2nd cousin
225 Columbine Path
Petosma, Alaska
Ak. 99665
1-907 262 7990

Steve Virgin   3rd cousin
3rd freshet S. Co. Gre
Co. D, 2nd Bn. 1st Inf
Ft. Gordon, Ga 30905

Johnny Horner   2nd cousin
C/o Margaret Horner (Above)

Jackie & Nancy Horner   2nd cousin
413 S. Washington
Shelby, North Carolina

Robert Hodler   2nd cousin
1-816 947 5937
Box 212
Unionville, Mo.   Zip 63565

Jerry Virgin   3rd cousin
112 S.W. Fifth
Moore, Oklahoma 73160

Zarrah Lou Virgin 2nd cousin
C/o Virgin Lumber Co.
Highway 81 So.
Chickasha, Okla.
                        Dungan
Former Ann Virgin (Brandon) 2nd co
C/o Virgin Lumber Co.
Highway 81 So.
Chickasha, Okla.

Karen Harlan   Best Friend
1-405 527 5716
Purcell, Okla.

Patti Christian (Tony) Best Friend
Rt # 1
1 405 527 6001
Purcell, Oklahoma

Mrs. Dan Virgin   Great Aunt
C/o Virgin Lumber Co.
Highway 81 South
Chickasha, Okla.

113

99

Linda Neely   Aunt (Calvin)
1 405 332 6746
Rt. 2  Box 350
Ada, Okla 74820

Joe Delozier (Earl)  1st cousin
Ada Ring School # 405 436 3020

KEN LYON - CHEROKEE
1718 N. MINNESOTA
SHAWNEE, OKLA,
1 405 225 6377

GAYLEST LYON NELSON  SISTER
RR RT. AZDEN
RR 3.
LEXINGTON, OKLA.
1 405 527-6873

PAT VIRGIN (BOB) MOTHER
R F D 2
LEXINGTON, OKLA.
1 - 905  527 - 6853

1 14

98

RELATIVES OF DENISE HARAWAY

ESTELLE LYON (GRANDMOTHER)
610 S. BROWN
WEWOKA,OK.
257-5273

HAROLD AND CONNIE LYON
SASAKAWA,OK
941-3508

HAROLD AND RUTH OLSEN (UNCLE)
614 S. MEKUSUKEY ST.
WEWOKA,OK.
257-2727

SAVILLA HARROD (AUNT)
907 S. WEWOKA AVE.
WEWOKA,OK.
257-2522

BILL UPTON (UNCLE)
1004 MCKINLEY
SEMINOLE,OK.
382-2181

RUTH HOUSTON
226 E. 8TH
WEWOKA,OK.
257-5633

JIMMY AND MARY LYON (FATHER)
1403 S. OCHSEE
WEWOKA, OK.
257-2356

TROY BARKER (UNCLE)
111 W. 5TH
WEWOKA,OK.
257-5731

JOY AND ALICE HOUSTON (UNCLE)
ADA,OK.
332-7080

CECIL MOORE COUSIN
1502 SOUTH SEMINOLE
WEWOKA,OK.
257-5521

PAUL LYON (UNCLE)
924 W. LEE
SEMINOLE,OK.
382-4096



97

On November 5, 1984, OSBI Agent GARY ROGERS requested various background checks on DONNA DENISE HARAWAY, Date of Birth: August 19, 1959, Social Security Number: 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, to determine past and present activities.

On November 5, 1984, JOE NICHOLSON, Program Director, Department of Human Services, Oklahoma City, Oklahoma, (405) 521-2577, advised that DONNA DENISE HARAWAY, AKA DONNA LYON, had not received any welfare benefits since April 28, 1984.

On November 7, 1984, JOE HUDSON, Director of Withholding and Excise Tax Division, Oklahoma State Tax Commission, advised that HARAWAY filed Income Tax Returns for 1981 and 1982, but not for 1983.

On November 7, 1984, CHARLES REAGAN, Investigator, Oklahoma Employment Securities Commission, advised that HARAWAY had no record of receiving unemployment benefits since April 28, 1984. REAGAN also advised the last record of HARAWAY paying in Social Security was for the second quarter, April - June of 1984, while employed at McAnally's in Ada, Oklahoma.

On November 13, 1984, JUDY RUTHERFORD, OSBI Communications Supervisor, advised that an NCIC off-line search was conducted to determine if there were any unidentified deceased that might match the description of DONNA D. HARAWAY. Only one possibility was obtained, but the date of discovery was in 1982, which would not apply to HARAWAY.

On November 8, 1984, an OSBI unidentified deceased comparison was made against DONNA D. HARAWAY. All unidentified white females with similar descriptions entered into the OSBI Program have been eliminated.

116

SCDM QD.NAM/HARANAY,DONNA D    .DOB/000000.SEX/F..YP/C.REF/215

SCDM        4103 15:47
ADAP        0119 15:47 11/27/84

REFERENCE: 215              INQUIRY BY: ADAP
                DL NUMBER      DOB      SEX    RACE       NAME
SCDMJD.DLN/448582291  073156  . F    WHITE    HARMI,DONNA DAY
SCDMJD.DLN/003082392  038959  . F    WHITE    HARAMAY,DONNA DENICE
                --- END OF RECORD ---

**3**

SCDM QD.NAM/HARAMAY,DONNA D    .DOB/031959.SEX/F..YP/C.REF/215

SCDM        4105 15:45
ADAP        0129 15:45 11/27/84

REFERENCE: 215              INQUIRY BY: ADAP
                DRIVER LICENSE TRAFFIC RECORD
NAM/HARAMAY,DONNA DENICE        DLN/003082392        DOB/08/19/57
                ***FOR LAW ENFORCEMENT USE ONLY***
                ---ARREST CONVICTIONS---

OFFENSE                                                   DISP
  DATE /   OFFENSE                                        DATE  CNT  LOCATION
120451  FAILURE TO YIELD TO VEHICLE ON RIGHT            120781 ADM  ADA
102552  AFFIXING IMPROPER LICENSE PLATE TO M.V.         110182 NOW  ADA
102552  OPERATING M/O CURRENT INSPECTION STICKER        110182 ADM  ADA
032234  SPEED IN EXCESS OF POSTED MAXIMUM (11-301)      032384 ADM  ADA
                ---ACCIDENTS---
  DATE    CITY             COUNTY        STATE
120451  ADA              PONTOTOC       OK

**117**

*** CURRENT POINT LEVEL ---> .02
                --- END OF RECORD ---

93



## OKLAHOMA STATE BUREAU OF INVESTIGATION
P.O. BOX 11497
OKLAHOMA CITY, OKLAHOMA 73136

HEADQUARTERS — 3303 S. MERIDIAN
LABORATORY — NORTHEAST 36TH AT EASTERN
TED R. LIMKE
DIRECTOR

PHONE (405) 682-6724
PHONE (405) 427-5421
CARL H. CLOUD
DEPUTY DIRECTOR

November 8, 1984

Attention:  Office of the Adminstrator

Dear Sir/Madam:

The Oklahoma State Bureau of Investigation is conducting
an investigation on the disappearance of an individual
and needs your assistance in determining whether or not
she may have admitted herself to a hospital or other
institution within the state.

Please check your records for the individual below or
any Jane Doe's fitting her description:

DONNA DENISE HARAWAY

Maiden name:  LYON
White female.  Date of birth:  August 19, 1959
5' 5"/110 pounds.  Eyes:  Brown  Hair:  long, sandy brown
Identifying marks:  Mole on back/scapula area.  Mole on
abdomen.  She was last seen wearing a size "7" plaid blouse,
blue jeans, size "6 1/2" canvas tennis shoes, her bra is a
"32 B".  In her possession was a gray zip-up, warm-up top
with hood.  At the time of her disappearance she was working
evenings at a convenience store.

If you find you have the individual we are attempting to locate, someone fitting her description, or require additional information please contact the Oklahoma State Bureau of Investigation's Special Agent Gary Rogers, Route 3, Box 307, Ada, Oklahoma, 74820, or telephone number 405/3324466.

Thank you very much for your cooperation.

Sincerely,

TED LIMKE Director

By:  Al Abernathy
     Chief Inspector

TL:AA:ss

Enclosure

3



DONNA DENISE HARAWAY

August 19, 1959

HARAWAY CASE
BACKGROUND ON ROBERT ANTHONY CAVINS

NAME: CAVINS,ROBERT ANTHONY
DOB/ JUNE 7,1957
ADDRESS: 1101 CEDAR STREET HOMINY,OK.
PHONE: NONE
DL#: 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
PHYSICAL: HGT. 6'4", WGT. 250LBS., EYES HZ, HAIR BLONDE,
-----------------------------------------------------------

PRIOR EMPLOYMENT

| 1981 | VALLEY VIEW HOSPITAL | ADA,OK. | 332-2323 |
| 1981 | BURGER KING OF ARDMORE | ARDMORE,OK | 223-1154 |
| 1981 | COX TOMATO CO. INC. | OKC,OK. | 634-4252 |
| | | | |
| 1982 | VALLEY VIEW HOSPITAL | ADA,OK. | 332-2323 |
| 1982 | NEW HORIZIONS NURSING H. | KONAWA,OK. | 925-3645 |
| | | | |
| 1983 | NEW HORIZIONS NURSING H. | KONAWA,OK. | 925-3645 |



**121**

8 3

## PERSONAL CONTACTS

1.     BARBARA WINGO AN EMPLOYEE OF MEDICAL X-RAY CONSULTANTS
       INC. SAID THAT ROBERT AND JOYCE CAVINS HAD MEDICAL BILLS
       TOTALING AROUND $117.00 THAT WERE TURNED OVER TO RETAIL
       MERCHANTS DUE TO LACK OF PAYMENT. THEY CURRENTLY OWE 2
       BILLS THAT HAVENT BEEN PAID AS OF YET.
       MEDICAL X-RAY CONSULTANTS
       1300 E. 6TH  ADA,OK. 332-0023

2.     GAIL SLEIGH OF THE ADA CITY WATER DEPARTMENT SAID THAT
       ROBERT AND JOYCE CAVINS HAD WATER SERVICE AT 511 E. NINTH
       STREET IN ADA. THEY MOVED AND DIDN'T PAY A $52.85 WATER
       BILL. THE CITY TURNED THIS COLLECTION OVER TO RETAIL
       MERCHANTS OF ADA
       CITY OF ADA
       231 S. TOWNSEND ADA,OK.
       436-6300

3.      JIM GRAY OF THE ARKLA GAS COMPANY SAID ROBERT AND JOYCE
       CAVINS LEFT OWING A $135.00 GAS BILL AT 322 N. ASH WHEN
       THEY MOVED AWAY. HE SAID THE BILL HAD BEEN TURNED OVER TO
       RETAIL MERCHANTS FOR COLLECTION.
       ARKLA GAS COMPANY
       105 W. 13TH
       332-5702

4.      DONAGHEY GREENHOUSE SAID ROBERT CAVINS OWES THEM $23.40
       AND THE ACCOUNT WAS TURNED OVER TO RETAIL MERCHANTS FOR
       COLLECTION DUE TO NON-PAYMENT.
       DONAGHEY GREENHOUSE
       401 W. COTTAGE ADA,OK.
       332-1581

5.     JIM SHARPE RENTED ROBERT AND JOYCE CAVINS A HOUSE AT 511
       EAST NINTH IN ADA. HE BELIEVED THIS TO BE APPROX. TWO
       YEARS AGO. HE SAID THAT THEY MOVED AWAY WITHOUT PAYING HIM
       THE RENT THAT WAS OWED TO HIM. HE SAID THEY LEFT THE HOUSE
       IN SUCH A MESS THAT IT TOOK AROUND $200.00 TO GET THE
       HOUSE BACK IN SHAPE TO RENT. HE SAID HE HAD TROUBLE
       COLLECTING THE RENT FROM THEM. THEY WOULD PROMISE TO PAY
       ON ONE DAY THEN NOT KEEP THEIR PROMISE. MR SHARPE WAS VERY
       DEFINATE IN SAYING HE WOULD NOT RENT TO THEM AGAIN IN THE
       FUTURE.
       JIM SHARPE
       NW OF CITY  ADA,OK.
       332-8384

6.      DARLA ROBERTS AT THE ADA HOUSING AUTHORITY SAID THAT JOYCE
WARD CAME INTO THE OFFICE AND MADE APPLICATION FOR HELP
WITH THEIR HOUSING ON 11/1/80 . THEY WERE APPROVED AND AND
RENTED A HOUSE AT 511 EAST NINTH ON 10/15/81. AT THE TIME
THEY MOVED IN ROBERT WAS WORKING AT BURGER KING. ON 7/27/82
HE CALLED AND TOLD THE HOUSING AUTHORITY HE WAS MOVING
BECAUSE HE DIDN'T LIKE THE NEIGHBORHOOD. HE MOVED OUT ON
 7/31/82 AND LEFT THE HOUSE TORN UP AND IN A MESS.
ADA HOUSING AUTHORITY
1100 N. STOCKTON ADA,OK.
436-1613

7.      ON 11/9/84 I SPOKE WITH PAULINE LOVE ON THE PHONE. PAULINE
IS THE MANAGER OF THE GOLDEN TRIANGLE APARTMENTS IN KONAWA
OKLAHOMA. SHE SAID JOYCE AND ROBERT CAVINS RENTED AN
APARTMENT FROM HER AND WHEN THE OWNERS CAME TO INSPECT THE
PREMISIS THERE WAS A TREMENDOUS AMOUNT OF DAMAGE DONE TO
THE WARD'S APARTMENT AND THE HOME OFFICE SENT THEM A
EVICTION NOTICE. SHE DOSEN'T KNOW WHWN THEY MOVED BUT SHE
THOUGHT IT WAS AROUND THE END OF APRIL BECAUSE THEIR RENT
WAS PAID UP TO THE END OF APRIL.
PAULINE LOVE
GOLDEN TRIANGLE APTS.
KONAWA,OK.
925-3246

8.      ON 11/9/84 I SPOKE WITH JANIE RATTAN OF RDC MANAGEMENT CO.
THEY OWN THE GOLDEN TRIANGLE APARTMENTS IN KONAWA,OK. SHE
SAID THAT IN EARLY APRIL THE COMPANY REPS. CONDUCTED AN
INSPECTION OF THE PROPERTY. THERE WA A LOT OF TENNANT
DAMAGE TO THE CAVIN'S APT. SHE SAID SHE TYPED THEM AN
EVICTION NOTICE ON APRIL 10,1984. SHE SAID IT WAS MAILED
ABOUT THE SAME DAY. SHE ALSO SAID THAT THE RENT WAS PAID
THROUGH THE 31ST OF APRIL.
JANIE RATTAN
R.D.C. MANAGEMENT CO.
BOX 1224
MCALESTER,OK.
1-918-423-3302

81

INTERVIEW
HARAWAY CASE

ON NOVEMBER 7, 1984 I INTERVIEWED PATRICIA WOODS THE
ADMINISTRATOR OF THE NEW HORIZIONS NURSING HOME IN
KONAWA. THE INTERVIEW TOOK PLACE IN HER OFFICE AT 2:10
PM.

PATRICIA WOODS
RT. #4 BOX 46
HOLDENVILLE,OK.
HOME PHONE # 379-5809

MS. WOODS SAID SHE HAD WORKED AT THE NURSING HOME FOR
SEVERAL YEARS THEN LEFT FOR A YEAR AND A HALF. SHE HAS
STARTED BACK AT THE HOME. SHE REMBERED JOYCE AND ROBERT
CAVINS. SHE SAID SHE THOUGHT THEY WERE FAIRLY GOOD
EMPLOYEES. SHE SAID THAT THEY DID NOT HAVE A PHONE AND
LIVED ACROSS THE STREET FROM THE HOME IN A APARTMENT
COMPLEX. THE MANAGER OF THE APARTMENT COMPLEX IS
PAULINE LOVE. MS. WOODS GAVE ME A COPY OF THE WORK
SCHEDULES AND TIME SHEETS FOR JOYCE AND ROBERT CAVINS.
SHE SAID THAT JOYCE CAVINS SHOULD HAVE ATTENDED THE EMT
SCHOOL IN ADA AT VALLEY VIEW HOSPITAL ON APRIL THE
28TH. THE WORK SCHEDULE SHOWED ROBERT BEING ON DUTY
FROM 3:00PM TO 11:00 PM. ACCORDING TO CAROLYN CHEEKS,
DIRECTOR OF NURSING. THE EARLYEST ROBERT CAVINS COULD
HAVE LEFT WORK WOULD HAVE BEEN 11:15PM.
THE REASON CITED FOR THEIR LEAVING THE NURSING HOME
WAS SELF TERMINATION FOR PERSONAL REASONS.

DETECTIVE MIKE BASKIN

124

80

HARAWAY CASE
INTERVIEW


ON NOVEMBER 7, 1984 GWENDOLYN JONES WAS INTERVIEWED
BY DETECTIVE  MIKE BASKIN AT THE NEW HORIZIONS
NURSING HOME IN KONAWA WHERE SHE IS EMPLOYED AS A
SECRETARY.

INTERVIEW

ROBERT CAVINS CALLED AND I ANSWERED THE PHONE
SOMETIME IN THE RECENT PAST. HE WANTED TO KNOW IF HE
WAS WORKIN ON THE NIGHT OF APRIL 28,1984. HE TOLD ME
" I TOLD MY ATTORNEY I WAS WORKING THAT NIGHT AND I
NEED TO VERIFY IT." I LOOKED UP THE INFORMATION ON
THE LOG OF DAILY NURSING HOURS. I ASKED CAROLE IF I
COULD GIVE THE INFORMATION HIM AND SHE SAID I COULD.
I GAVE HIM THE INFORMATION AND HE SEEMED TO BE IN A
HURRY TO GET OFF THE PHONE.
I DID SOME MORE WORK AND THE PHONE RANG AGAIN. IT
WAS ANSWERED BY CAROLE. ROBERT WANTED TO KNOW IF HIS
WIFE WAS OFF THAT NIGHT. THE SCHEDULE SHOWED HER TO
BE OFF.

GWENDOLYN JONES
301 COLONIAL DRIVE
KONAWA,OK.
925-2252                                    DET. MIKE BASKIN

**125**

HARAWAY CASE
INTERVIEWS

ON NOVEMBER 7, 1984 DETECTIVE MIKE BASKIN INTERVIEWED
CAROLE MENN AT THE NEW HORIZIONS NURSING HOME IN KONAWA
OKLAHOMA AT 2:30 PM. MS. MENN IS AN EMPLOYEE OF THE
NURSING HOME.


INTERVIEW


MS. MENN SAID ROBERT CAVINS CALLED THE NURSING HOME IN
THE PAST THREE OR FOUR WEEKS AND WANTED HER TO CHECK
AND SEE IF HE WAS ON DUTY THE NIGHT OF APRIL 28, 1984.
SHE SAID THAT SHE PULLED THE DAILY LOG OF NURSING
HOURS AND FOUND THAT ROBERT WORKED THE 3:00 TO 11:00 PM
SHIFT ON APRIL 28TH 1984. SHE SAID THAT ROBERT ASKED IF
HIS WIFE WAS ALSO OFF THAT NIGHT. WHILE SHE WAS LOOKING
UP THE INFORMATION ON HIS WIFE SHE ASKED HIM WHY HE
NEEDED IT. ROBERT TOLD HER THAT SOMEONE HAD BEEN KILLED
AND HE NEEDED AN ALABI FOR THE DEFENSE ATTORNEY. JOYCE
CAVINS WAS OFF WORK ON APRIL 28, 1984. SHE SAID THAT
ROBERT SEEMED NERVOUS ABOUT THE CALL AND IN A HURRY TO
GET OFF THE PHONE.

3

DETECTIVE MIKE BASKIN


CAROLE MENN
401 N EAST
KONAWA, OK.
925-2228

126

78

# NEW HORIZON HOME
### Konawa, Oklahoma

## Time and Attendance

NAME _Carol's Ashmore _____

|  | Mon. | Tue. | Wed. | Thur. | Fri. | Sat. | Sun. | Total |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (5) 3-11 | (6) 3-11 | 6 |
|  | 8 |  |  |  |  | 1/1 | 1/1 | 24 |
|  | 3-11 | (3) 3-11 | off | (2) 3-11 | (2) 3-11 | (2) 3-11 | 4 | 39½ |
|  | off | off | (12) 3-11 | (2) 3-350 |  |  |  |  |
|  | 31 | 27 | 27 | 27 | 25 | 24 | 27 |  |

4-29  ambulance run - out @ 3³⁰ʳ·ᵐ/hr 30 min.
         returned @ 5⁰⁰ p.m.

5 - (4,5,6) guards                4-16 - 5-12 —

5 - 13 - 84  Called in about 10 ⁵⁰ p.m - car trouble in Ada

5 - 13 - 84  Didn't get in.

_Check_ _____   5 - 17 - 84  Self Termination

I certify that the reported information is correct:

| Employee | Date | Department | Supervisor |
|---|---|---|---|
| Carol's | 5 - 16  84 | Nursing |  |

5-13 — 5-27 — 6½

3240          2.51   6 05    + 30

Total wages 2767

A 27

77

# NEW HORIZON HOME
### Konawa, Oklahoma

## Time and Attendance

NAME _____

_4-28 thru 5-27_

|  | Mon. | Tue. | Wed. | Thur. | Fri. | Sat. | Sun. | Total |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 3 9/ 11 | 3 11 (9:3) 3-11 | 9 1/2 |
|  | 9 7 1/2 5-11 | 7 1/2 5 11 |  |  |  | 5 1/2 5 30 11 | A | 30 |
|  | 7 1/2 5-11 | 7 1/2 3-11 |  |  | 7 1/2 3-11 | 7 3 30 3 -11 | A | 30 |
|  | 14 9 1/2 5-11 | 15 off | 16 off | 17 7 1/2 5-3 26 |  |  |  |  |

5-5-84 - Returned from  attended EMT /EMT school to work (5 30 - 11pm )  School

5-6-84 - Called in went to to work  letter gurl sick - Dr requested her  to stay home with child.

5-12-84 - to EMT school during day  5-12-84 to work @ 3 30 pm  5-13-84 Called in about 10 30 a off the trouble in acho  5-13-84 - Didn't get in }  5-17-84 Self-Terminated

4 25 5-12 — 67 1/2

I certify that the reported information is correct:

| Employee | Date | Department | Supervisor |
|---|---|---|---|
|  |  | Nursing | |

28.49 - 1.91 + 85

Net 16.97

128

This letter was written by Terri
McCartney, inmate in the Pontotoc Co. jail.
Terri wrote it for Karl Fontenot. The
letter was brought to Ada P.D. by a jailer
from the Pontotoc Co. jail.   DWBarrett

CRF 84-22 &

**DATE**

**SUBJECT**   The reason I (Carl) didn't go with Tommy & Odea
is because I was to drunk & pilled up.
Tommy & Odeal left. Apts (keg-party) and were
gone all night. Tommy came back the next day
and we went fishing. Tommy was acting funny
He had alot of money and a bag of high pricer
weed. He acted mad or upset all day long.
About 2 weeks ago Tommy and I drove to Ad
from Norman. Tommy was suppose to talk to a
Police officer Mr. Baskins. On the way to town the
motor bycle broke down and we had to hitch-h
into town. - When it come time to talk to this
officer Tommy didn't want to go - he acted scared
so we didn't go.

out a month ago Tommy told me about
Robbing Mac-Nalleys, + kidnapping Donna, how
they sat outside the apartments (behind the church), in between the
shopping center or Arlington Dr. more and planned all of
this. About Tommy + Odeal taking her out to th
old house and raping her, then how Odeal stab
ed her. Then they put the body in a rotter
place in the floor, poured gas all over her &
burned her. ——————————————   At firs
I wasn't sure then that Tommy was telling the
truth. Tommy always lied alot. Tommy and I
have always been real close friends. We've liv
gether the past 5 years. I don't want to get Tomm
in any trouble, I care about what happens to hi
But I don't want to go to prison for something I
didn't do either.

2- He's gonna tell you that Tommy took alot of drugs
& stayed messed up all the time.
All of this is bullshit - he asked me to write it down so
he could remember what to say 1-30 on each subject
he's also gonna tell you that Tommy told him if he didn't confes
so he was gonna tell on him anyway.

WARRANT OF ARREST

Case No. CRF 84-183

THE STATE OF OKLAHOMA

TO THE SHERIFF OF PONTOTOC COUNTY

WHEREAS, Affidavit for Arrest Warrant _____ in writing and upon oath has been filed in the

District Court of Pontotoc County, charging that ODELL BRUNO TITSWORTH and KARL FONTENOT

TITSWORTH-6' tall-Dark Brown Hair-Brown Eyes-Approximately 165 pounds

FONTENOT- 5' 9" tall -Brown Hair-Green Eyes-Approximately 120 pounds



did on or about the 28th day of _____ April _____ , 19 84 , in the County of Pontotoc,

State of Oklahoma, commit the offense of MURDER, KIDNAPPING and RAPE FIRST DEGREE

You are therefore commanded forthwith to take said ODELL BRUNO TITSWORTH and KARL FONTENOT

and bring them before me or some other magistrate having cognizance of the case to be dealt with according
to law.

( BOND None ) To be set after arrest

Given under my hand and the seal of the District Court of Pontotoc County, State of Oklahoma, this

18th day of _____ October _____ , 19 84 .

_____
JUDGE

133

8(

O:T.LINEUP/MOYER

## HARAWAY CASE

### TOMMY WARD LINEUP NOV 19TH 1984

ON MONDAY NOV,19TH 1984 A SEVEN MAN LINEUP WAS HELD IN THE BASEMENT OF THE ADA POLICE DEPT.PRESENT IN THE VIEWING ROOM WERE JIM MOYER(WITNESS),CHRIS ROSS(D.A.OFFICE),DANNY BARRETT AND MIKE BASKIN(ADA P.D.),DON WYATT(DEFENSE ATT.),GARY ROGERS(OSBI)CONDUCTED THE LINEUP.RAY FARMER(ECU SECURITY) WAS SEATED OUTSIDE THE VIEWING ROOM.

SHORTLEY BEFORE 7:00PM ALL MEN WERE DRESSED IN WHITE PONTOTOC CO.PRISIOER COVERALLS.ALL MEN WERE LINED UP IN FRONT OF A ONE WAY GLASS.AT 7:20PM JIM MOYER ENTERED THE VIEWING ROOM.EACH MAN WAS ASK TO STEP UP THEN STEP BACK. ALL MEN WERE ASK TO FACE RIGHT-FACE FORWARD-FACE LEFT-FACE FORWARD.ROGERS ENTERED THE VIEWING ROOM AND ASK MR.MOYER IF HE WANTED TO SEE ANYONE CLOSER.MOYER SAID #4 ROGERS HAD #4 TO STEP FORWARD-FACE RIGHT-FACE FORWARD-FACE LEFT-FACE FORWARD-STEP BACK.

AT 7:34 MR.MOYER RE-ENTERED THE VIEWING ROOM.ROGERS ASK ALL MEN TO PULL THEIR HAIR OVER THEIR EARS.ROGERS ASK EACH MAN TO TURN RIGHT,THEN HALF LEFT-TURN RIGHT THEN HALF RIGHT-FACE FORWARD-TURN LEFT,THEN HALF LEFT-TURN RIGHT,THEN HALF RIGHT-FACE FORWARD.

AFTER THE LINEUP MOYER SAID #4 STUCK OUT AS BEING THE GUY HE SAW THAT NIGHT.HE POSSIBLY KNEW #5(MAY HAVE HAD A CLASS WITH HIM).HE PICKED #2 BECAUSE THE MAN HE SAW THAT NIGHT HAD HAIR LIKE #2'S HAIR.

D.W.BARRETT
REPORTING OFFICER
11-19-84

**134**

0:T.LINEUP/WISE

HARAWAY CASE

TOMMY WARD LINEUP NOV,19TH 1984

ON MONDAY NOV,19TH 1984 A SEVEN MAN LINEUP WAS HELD IN
THE BASEMENT AT THE ADA POLICE DEPT.PRESENT IN THE
VIEWING ROOM WERE KAREN WISE(WITNESS),CHRIS
ROSS(D.A.OFFICE),DANNY BARRETT AND MIKE BASKIN(ADA
P.D.)DON WYATT(DEFENCE ATT.),GARY ROGERS(OSBI) CONDUCTED
THE LINEUP.RAY FARMER(ECU SECURITY)WAS SEATED OUTSIDE THE
VIEWING ROOM.

SHORTLEY BEFORE 7:00PM ALL MEN WERE DRESSED IN
PONTOTOC CO.PRISONER COVERALLS. ALL MEN WERE LINED UP IN
FRONT OF A ONE WAY GLASS.AT 7:26PM KAREN WISE ENTERED THE
VIEWING ROOM.EACH MAN WAS ASK TO STEP UP THEN STEP
BACK.ALL MEN WERE ASK TO TURN RIGHT-FACE FORWARD-TURN
LEFT-FACE FORWARD.GARY ROGERS ENTERED THE VIEWING ROOM
AND ASK KAREN WISE IF SHE WANTED TO SEE ANYONE CLOSER.SHE
SAID THERE WAS A COUPLE SHE MAY HAVE WAITED ON AND ASK TO
SEE #4 CLOSER.ROGERS LEFT THE ROOM AND ASK #4 TO STEP
UP-FACE RIGHT-FACE FORWARD-FACE LEFT-FACE FORWARD-STEP
BACK.AFTER THE LINEUP WAS COMPLEATED KAREN WISE SAID
"THAT NIGHT #4 STANDS OUT IN MY MIND AS BEING ONE OF THE
GUYS THAT I SERVED THAT NIGHT.I REALLY THINK THAT'S THE
GUY".KAREN SAID"HE DOES'NT LOOK THE SAME.HE'S HOLLOWED
EYED AND HIS HAIR IS DIRTY".KAREN SAID"A MOUSTACHE,IT
DOES'NT STAND OUT IN MY MIND".

D.W.BARRETT
REPORTING OFFICER
11-19-84

**135**

8A

O:T.LINEUP/PASCHAL

HARAWAY CASE

LINEUP/PASCHALL

11-8-84 7:30PM 7 MAN LINEUP HELD IN  THE BASEMENT AT
THE ADA POLICE DEPT.PRESENT IN THE VIEWING ROOM WERE DET.
JAMES FOX,ASST.D.A.CHRIS ROSS,DON WYATT,AND JACK PASCHALL

SHORTLY BEFORE 7:30PM ALL MEN WERE DRESSED IN WHITE
COVERALLS WITH PONTOTOC CO PRISONER ON THE BACK.ALL MEN
WERE LINED UP IN FRONT OF A ONE WAY GLASS.AT 7:30PM
JACK PASCHALL ENTERED THE VIEWING ROOM.EACH MAN WAS ASK
TO STEP UP THEN STEP BACK.MR.PASCHALL SAIO THAT HE HAD
SEEN #1 ON CAMPUS,HE DID NOT KNOW HIS NAME BUT KNEW HIS
FACE.ALL MEN WERE ASK TO TURN RIGHT-FACE FORWARD-TURN
LEFT-FACE FORWARD.
GARY ROGERS THEN ENTERED THE VIEWING ROOM AND ASK
PASCHALL IF HE WANTED TO SEE ANYONE OF THEM CLOSER OR TO
DO ANYTHING.PASCHALL SAID #6,ROGERS STEPPED OUT OF THE
ROOM AND ASK #6 TO STEP FORWARD-TURN RIGHT-FACE FORWARD-
TURN LEFT-FACE FORWARD-STEP BACK.
ROGERS ENTERED THE VIEWING ROOM AND ASK PASCHALL IF HE
WANTED ANYONE ELSE TO DO ANYTHING OR IF PASCHALL WOULD
LIKE THEM TO STEP CLOSER.PASCHALL SAID HE WOULD LIKE FOR
THEM TO STEP CLOSER.ROGERS STEPPED OUT AND ASK ALL OF THE
MEN TO STEP FORWARD ABOUT 5 OR 6 STEPS.ALL STEPPED
FORWARD.ALL WERE ASK TO TURN RIGHT-FACE FORWARD-TURN
LEFT-FACE FORWARD.ROGERS ASK PASCHALL IF THERE WAS
ANYTHING ELSE.PASCHALL SAID NO.ALL MEN WERE ASK TO TURN
FACING THE WALL.AT 7:35PM JACK PASCHALL LEFFT THE VIEWING
ROOM.DET.BASKINS TOOK PICTURES OF THE SEVEN MAN LINEUP.

JAMES FOX(DWB)
11-8-84

**136**

8A

HARAWAY CASE

REFERENCE: SEVEN MAN LINE UP WITH KARL FONTENOT ON 12-11-84 AT 7:37PM. PRESENT IN THE VIEWING ROOM WAS JIM MOYER (W), GEORGE BUTNER (DEFENSE ATTORNEY), CHRIS ROSS (ASST. D.A.), GARY ROGERS (O.S.B.I.), AND JAMES FOX (DET).

MR. JIM MOYER ENTERED THE VIEWING ROOM AT 7:37PM. GARY ROGERS BROUGHT IN THE SEVEN MEN IN THE LINE UP AND HAD THEM STAND IN FRONT OF THE VIEWING MIRROW, ABOUT 15',. THEY WERE ALL WEARING WHITE COVERALLS WITH PONTOTOC CO. PRISONER ON THE BACK.

GARY ROGERS ASK EACH MAN IN THE LINE UP 1 THRU 7 TO STEP UP ONE STEP AND THEN STEP BACK IN LINE. THEN GARY ASK ALL THE MEN IN THE LINE UP TO TURN RIGHT,(PAUSE), FACE FORWARD,(PAUSE), TURN LEFT,(PAUSE), FACE FORWARD.

GARY ENTERED THE VIEWING ROOM AND ASK MR. MOYER "ANY DISTANCE YOU WANT TO SEE THEM FROM OR WALK AROUND". MR MOYER SAID "YEA, WALK AROUND".

GARY LEFT THE VIEWING ROOM AND ASK THE LINE UP TO , FACE RIGHT,(PAUSE), FACE RIGHT AGAIN AND WALK TO THE WALL, ABOUT 30' FROM THE VIEWING MIRROR, PAUSE, FACE FORWARD. GARY THEN ASKED EACH MAN IN THE LINEUP 1-7 TO STEP FORWARD ONE STEP, TURN RIGHT, PAUSE, FACE FORWARD, PAUSE BACK TO LINE UP. ALL MEN WERE TOLD TO FACE THE WALL AND GARY ENTERED THE VIEWING ROOM AND ASKED MR. MOYER, CHRIS ROSS, GEORGE BUTNER TO STEP INTO HIS OFFICE. THEY LEFT THE VIEWING ROOM AT 7:44 PM. AT 7:46 PM THEY RETURNED TO THE VIEWING ROOM AND GARY ASKED THE MEN IN THE LINEUP TO STAND IN FRONT OF THE VIEWING MIRROR ABOUT 10' TO 12' AWAY. ALL THE MEN STOOD THERE FOR A COUPLE OF MINUTES AND THEN GARY ENTERED THE VIEWING ROOM AND ASKED MR. MOYER "ANYTHING ELSE OR WILL THAT SATISFY YOU". MR. MOYER SAID "YES". THEY LEFT THE VIEWING ROOM AT 7:48 PM AND RETURNED TO GARY'S OFFICE. THE LINE UP WA OVER AT 7:50 PM AND GARY TOOK PICTURES OF THE LINE UP. MR. FONTENOT WAS #5 IN THIS LINE UP. LEFT TO RIGHT 1-7.

SGT. JAMES D. FOX
12-11-84

137

HARAWAY CASE


REFERENCE: SEVEN MAN LINE UP WITH KARL FONTENOT ON
12-11-84 AT 7:32PM. PRESENT IN THE VIEWING ROOM WAS KAREN
WISE,(W), GEORGE BUTNER (DEFENSE ATTORNEY), CHRIS ROSS
(ASST. D.A.), GARY ROGERS (O.S.B.I.), AND JAMES FOX (DET).
MS. KAREN WISE ENTERED THE VIEWING ROOM AT 7:32PM.
GARY ROGERS BROUGHT IN THE SEVEN MEN IN THE LINE UP AND
HAD THEM STAND IN FRONT OF THE VIEWING MIRROW,ABOUT 15'.
THEY WERE ALL WEARING WHITE COVERALLS WITH PONTOTOC CO.
PRISONER ON THE BACK.
GARY ROGERS ASK EACH MAN IN THE LINE 1 THRU 7 TO STEP
UP ONE STEP AND THEN STEP BACK IN LINE.
THEN GARY ASK ALL THE MEN IN THE LINE UP TO TURN
RIGHT,(PAUSE), FACE FROWARD,(PAUSE),TURN LEFT,(PAUSE),
FACE FORWARD. GARY ENTERED THE VIEWING ROOM AND ASK MS.
WISE "DO YOU WANT ANYONE OF THEM TO DO ANYTHING". MS. WISE
SAID " I CAN'T TELL ANYONE OF THEM".
GARY THEN ASK MS. WISE, GEORGE BUTNER AND CHRIS TO
STEP INTO HIS OFFICE. ALL LEFT THE VIEWING ROOM AT 7:35PM.
THE MEN IN THE LINE LUP RETURNED TO ANOTHER ROOM. LINE UP
WAS LEFT TO RIGHT 1-7. MR. FONTENOT WAS #5 IN THIS LINE
UP.

SGT JAMES D. FOX
12-11-84

**138**

HARAWAY CASE

REFERENCE: SEVEN MAN LINE UP WITH KARL FONTENOT ON 12-11-84 AT 7:24PM. PRESENT IN THE VIEWING ROOM WAS JACK PASCAL (W), GEORGE BUTNER (DEFENSE ATTORNEY), CHRIS ROSS (ASST. D.A.), GARY ROGERS (O.S.B.I.), AND JAMES FOX (DET).

MR JACK PASCAL ENTERED THE VIEWING ROOM AT 7:24PM. GARY ROGERS BROUGHT IN THE SEVEN MEN IN THE LINE UP AND HAD THEM STAND IN FRONT OF THE VIEWING MIRROW, ABOUT 20'. THEY WERE ALL WEARING WHITE COVERALLS WITH PONTOTOC CO. PRISONER ON THE BACK.

GARY ROGERS ASK EACH MAN IN THE LINE 1 THRU 7 TO STEP UP ONE STEP AND THEN STEP BACK IN LINE. THEN GARY ASK ALL THE MEN IN THE LINE UP TO TURN LEFT,(PAUSE), FACE FORWARD, (PAUSE), TURN RIGHT,(PAUSE), FACE FORWARD. DURING THE SECOND PAUSE, MR. PASCAL SAID "SORRY, I DON'T THINK I CAN BE ANY HELP."

GARY ENTERED THE VIEWING ROOM AND ASK MR. PASCAL IF HE WOULD LIKE TO SEE ANYONE DO ANYTHING OR SEE THEM ANY CLOSER. MR. PASCAL SAID MAYBE #7. GARY STEPPED OUT OF THE VIEWING ROOM AND ASK #7 TO STEP UP A LITTLE CLOSER AND THEN STEP BACK IN LINE. GARY ENTERED THE VIEWING ROOM AGAIN AND ASK MR. PASCAL IF THERE WAS ANYTHING ESLE OR WOULD HE LIKE TO SEE ALL OF THEM CLOSER. MR. PASCAL SAID YES. GARY STEPPED OUT AND ASK ALL THE MEN TO STEP CLOSER ABOUT 3 STEPS. GARY THEN ASK #7 TO TAKE ONE STEP FORWARD, TURN LEFT AND WALK TO THE END OF THE LINE UP AND BACK, STEP BACK IN LINE. GARY THEN ASK ALL THE MEN TO GO INTO ANOTHER ROOM. GARY ENTERED THE VIEWING ROOM AND ASK MR. PASCAL, GEORGE BUTNER, AND CHRIS ROSS TO STEP INTO HIS OFFICE, THEY LEFT THE VIEWING ROOM AT 7:29PM. IN THIS LINE UP MR. FONTENOT WAS #3. LEFT TO RIGHT 7-1.

SGT JAMES D. FOX
12-11-84

**139**

PG # 84-152
Page 2

### EXAMINATION PROCEDURE:

WARD was advised of his rights under the Fifth Amendment to
the Constitution of the United States and of his right to counsel.
He acknowledged that he understood his rights and signed the written
request for the polygraph examination. During the pretest interview,
WARD indicated that he was familiar with the location of the
McAnally convenience store in Ada, as well as being familiar with
DONNA DENICE HARAWAY. WARD indicated that his ex-girlfriend's
mother used to be the manager of the store and that he knew
HARAWAY on sight only and did not ever date, attempt to date, or
socialize with her. WARD was last in the store approximately six
to eight months prior to the incident under investigation.

In regards to Saturday, April 28, 1984, WARD recalled that at
approximately 1700 hours he was still at his mother's residence
finishing up a plumbing job that he and ROBERT CAVINS, who is
currently a guard at the Conners Correctional Center in Hominy,
Oklahoma, had been working on and that they didn't finish the job
until approximately 2100 hours. At this point WARD took a shower
and got cleaned up and then went over to the residence of JEANETTE
and MIKE ROBERTS. At that time a friend of WARD'S, identified as
KARL FONTENOT, was also living at that address. That night a neighbor
of the ROBERTSES, identified only by the name of GORDON who is
supposed to be in the Army and said to be transferred, was having
a keg party at his residence. WARD went over to the residence and
joined in on the party. WARD recalls that he was there with
JEANETTE ROBERTS, GORDON, KARL FONTENOT, three guys from Konawa,
and four girls who he did not know. WARD indicated he stayed
until approximately 0400 hours and then went home. MIKE ROBERTS
was supposedly at work in Oklahoma City and was not at the party.
JEANETTE ROBERTS came and left the party on numerous occasions, and
WARD believed he last saw her at approximately 0200 hours.

On Sunday, April 29, 1984, WARD was at the Blue River swimming
and partying and doing a little bit of fishing. With him were
JEANETTE ROBERTS, KARL FONTENOT, JEANETTE'S daughter JESSICA, and
FONTENOT'S girlfriend. FONTENOT and his girlfriend were driving in
the girlfriend's car, and WARD drove out to the river with JEANETTE
and her daughter. FONTENOT'S girlfriend owned a 1974 blue four-door
Torino, while JEANETTE owned a 1979 Chevrolet half-ton pickup,
beige in color, described as rough with a dent on the passenger
side all the way down the side and a dent on the driver's side on
the door. Also, the hood was crumpled and the vehicle was used as
a work truck. The group went to the Blue River near Tishomingo and
arrived in the area around noon and stayed until almost dark.
On this particular day, the group returned from the river to
JEANETTE'S apartment and shortly thereafter WARD left to go to
Love's Country Store and took JEANETTE'S daughters, JESSICA and
AMY, AMY having just arrived from Oklahoma City. FONTENOT and his

140

PG #84-152
Examination Procedure-Continued

girlfriend also returned from the river, however, must have stopped
somewhere along the way as they never arrived at JEANETTE'S until
after WARD had gone to Love's and returned to the residence.

WARD recalls that the party he had attended the night before
may have been interrupted by police officers coming to
the scene indicating the party was too loud.  There is a possibility,
however, that the police came approximately one or two nights
previous to that as they had partied several nights in a row.  He
recalled at the last keg party there was a guy playing drums and
a guitar and quite a bit of partying going on.

In response to the initial interview response of he and KARL
FONTENOT being at a local pond near Ada fishing, WARD pointed out
that this actually occurred on Friday, April 27, and that his
brother-in-law, CAVINS, straightened him out on his dates.

WARD indicated that he knew who ODELL TITSWORTH was from
school or something previously but does not recall TITSWORTH being
out at the Blue River at any time.  WARD also has since talked to
JEANETTE ROBERTS, who now recalls that it was the 29th that the
group went to the river and remembers that the keg party and WARD
doing plumbing for his mother occurred on the 28th.

WARD adamantly denied being in McAnally's on the night in
question or having any knowledge as to what happened during the
alleged robbery and abduction of DONNA DENICE HARAWAY.

141

PG # 84-154

Page 2

## EXAMINATION PROCEDURE:

FONTENOT was advised of his rights under the Fifth Amendment to the Constitution of the United States and of his right to counsel. He acknowledged that he understood his rights and signed the written request for the polygraph examination. During the pretest interview, FONTENOT indicated he has never been in the McAnally's convenience store nor even having driven by it. He has never seen DONNA DENICE HARAWAY before and does not believe he would recognize a picture of her if shown it now, although he recalls seeing a picture of a girl when she was first reported missing. FONTENOT has known WARD for approximately six to seven years but cannot recall how they first met and indicates they never have worked together although they have lived together in Norman, Oklahoma since April of this year. FONTENOT acknowledged that he had recently moved to Hominy, Oklahoma but indicated WARD was supposed to shortly move to Hominy also.

At the time in question, FONTENOT was living in 509½ South Townsend with JEANETTE BLOOD ROBERTS and her husband, MIKE ROBERTS, as well as her children, JESSICA BLOOD, NICKIE LINDSAY, and MICHAEL SHANE LINDSAY.

FONTENOT recalls on the evening of Saturday, April 28, 1984, he went to the apartment of GORDON CALHOUN, arriving there at approximately dark or shortly after the kegs arrived. CALHOUN lives adjacent to the ROBERTSES, where FONTENOT was currently staying. At the party FONTENOT recalls drinking and doing marijuana and then returning to the ROBERTS apartment where he slept on the floor all night. He believes he returned to the apartment between 2330 and 2400 hours that night and recalls that later that night TOMMY WARD also ended up spending the night at the ROBERTS apartment.

FONTENOT denies having ever met ODELL TITSWORTH before nor seeing anyone who even looked like him at the party. He does recall there were approximately twenty-five people at the party, indicating that some he knew were GORDON CALHOUN; a white male, first name BRUCE, from Konawa; another white male, first name JOHNNY, from Konawa, who has an alias of "DUCK"; JEANETTE ROBERTS; TOMMY WARD; and a couple of other guys that he had seen before but didn't know but believed they were also from Konawa, describing one of them as being 5'8" with long, blond hair parted in the middle and a husky build. One of the individuals was playing the drums during the party and had a sling on his arm. It is also possible that JESSICA BLOOD was at the party; however, NICKIE LINDSAY was supposed to have been in California at the time.

FONTENOT denies at any time during the night did he leave the residence and indicates he was joined at the residence by WARD,

142

PG #84-154
Examination Procedure-Continued

MICHAEL SHANE LINDSAY, and the white male from Konawa identified
only as BRUCE.

In regards to the statement given to investigators of his
complicity in the crime, FONTENOT denied any involvement and stated
he only gave the statement to the agent because the agent told him
the story he was supposed to have been involved in and he simply
agreed to it.  He adamantly stated that none of the statement he
gave to the agent involving him in the crime is true and that he
also lied when the video confession was taped.

FONTENOT did admit that he had on one occasion been at the
new Evangelistic Temple in Ada but only when it was just beginning
to start under construction and he was looking for a job.

FONTENOT made no further significant pretest admissions.

3

PG # 84-153

Page 2

## EXAMINATION PROCEDURE:

TITSWORTH was advised of his rights under the Fifth Amendment
to the Constitution of the United States and of his right to counsel.
He acknowledged that he understood his rights and signed the
written request for the polygraph examination.  During the pretest
interview, TITSWORTH indicated he was familiar with where the
McAnally's store was in Ada and that he may have been in the store
before when HARAWAY was working and may have seen her and possibly
even talked to her, but he does not recall her specifically, nor
does he know her by name.  TITSWORTH denied that he had gone to
high school at Latta, stating that his time in high school was
spent at Byng, Oklahoma.  As far as knowing WARD and FONTENOT,
TITSWORTH indicated he may know WARD but doesn't recall running
around with WARD at any time and does not know FONTENOT.  He
indicated he did attend Latta but only in the second grade
immediately after his parents divorced.  TITSWORTH acknowledged
knowing JEANETTE ROBERTS and stated that he met her through a
friend of hers identified as WOODY STICK.  He ultimately met
ROBERTS at a local park in Ada and the two drank some beer and
then got together on several occasions and partied the last two
weeks of May.  TITSWORTH also recalled drinking with ROBERTS at
the Blue River and indicated that the day he went to the river
they returned to ROBERTS' apartment that night and then it rained.
Next door to ROBERTS' apartment was the apartment of her daughter,
at least to the best of his knowledge, and that they had gone next
door where a party was going on and there were a lot of people
there.  TITSWORTH recalls he was drinking beer and doing crystal
and recalls leaving the party alone as he was looking to find
someone to have sex with.  He did not have an automobile;
therefore, he walked to the residence of a friend of his, who lives
at the Sherman Plaza Apartments, identified as KENNY.  TITSWORTH
could not recall KENNY'S last name but described him as a cripple
and indicated that KENNY'S girlfriend is BRENDA CARMICHAEL.  TITSWORTH
spent the night at their apartment in their bedroom while KENNY
and BRENDA slept in the front room as KENNY, due to his physical
condition, cannot sleep in a bed and had to sleep on the couch in
the front room.  TITSWORTH denied ever having sex with anyone that
night, although he indicated that he did attempt to make contact
with a girl he had slept with before that lived just down from
KENNY'S apartment.

TITSWORTH does not recall whether WARD and FONTENOT were at
the party but indicated he couldn't be sure as he is not sure he
even knows who they are.  He recalled that when at the Blue River
he had stopped with JEANETTE ROBERTS and WOODY STICK and picked
up some beer and liquor en route at a small combination convenience
and liquor store on the east side of Ada.  He believes out at
the river there was also JEANETTE'S two

PG #84-153
Examination Procedure-Continued

approximately two months prior to the interview.

TITSWORTH adamantly denied having any knowledge or involvement
in the abduction or robbery occurring at McAnally's on April 28,
1984.  He made no significant further pretest admissions.

146