# EXHIBIT

# 44

CASE NUMBER: CR# 094          CHARGE: Robbery / Missing Person

SUBJECT: UNK

VICTIM: DONNA DENICE HARAWAY

RA: ADA PD          CA: GARY Rogers

| | | |
|---|---|---|
| HARAWAY, Steve 58 | | J's Convenience Store 67 |
| Lynch, Gerald Denall 53 | | Okmulgee Vocational Technical 57 |
| LYONS, Janet 51 | | Wanda's Mexican Restaurant 56 |
| Okmulgee | | We-Pak-um Store |
| POORMAN, Gene | | Apple Creek Apartment Complex 96 |
| TIMMONS ... Jean | | |
| TIMMON ... eds 55 | | |
| TURNER, Sheila Dawn 56 | | |
| Virgin, Pat | | |
| Whitchil, Dana 62 | | |
| Wise, Karen Sue | | |
| FAULK, John H. | | |
| SORRELL, Albert Roy 63 | | |
| SORRELL, B... Lee 2 | | |
| SORRELL, Delores Jean 65 | | |
| SORRELL, Elmer Martin 82 | | |
| TACCHIO, Bill FRANK 98 | | |
| BEIGE, MAR 94 | | |
| DONNA (LNU) 95 | | |
| EA...BESSIE 95 | | |
| EAST, GARY 95 | | |
| EAST, Georgie 95 | | |
| EAST, Jerry DWANE 96 | | |
| EAST, Oleta 95 | | |
| EMINGER, MARVIN 94 | | |
| JENKINS, Quinton 94 | | |

OSBI 0001

CASE NUMBER: CR89-094     CHARGE: Robbery / Missing Person

SUBJECT: UNK

VICTIM: Donna Denice Haraway

RA: Ada PD                    CR: Gary Rogers

| | | | | | |
|---|---|---|---|---|---|
| ALKESON, MONROE | 6 | Willett, Sami Jan | 17 | McNally's Convenience Store | |
| Guess, Leslie | 8 | White, Barbara Juanita | 21 | Charlie Conners Bar | 14 |
| Timmons, Lennie | 6 | Haraway, Donna | 26 | First City Bank | 16 |
| Wells, Robert | 8 | Hill, Bill Dale | 20 | Howard Johnson Motor Lodge | 21 |
| Whelchel, Gene | 6 | Vanleeuward | | Wal-gram, USS Jonas | 17 |
| akers, Becky | 21 | Carter, Jerry Ya | 11 Carter | ● Johnson, Jeffery | 14 |
| AKERS, Floyd Ray | 21 | anderson, Doug | 48 | Kathy (LNU F) | 14 |
| AMERICAN Express | 15 | Barber, Brian | 51 | Oklahoma State Bank | 1 |
| BARBER, R.E. | 17 | Barber, Lester J (mu+) | 51 | Veteran's Administration | 17 |
| Blackwood, Brad Charles | 16 | Barber, Marie A. | 51 | Williams Exploration | 16 |
| Brian (LNU) | 17 | Chandler, Russell Clem | 49 | Western Sizzlin Restaurant | 43 |
| Brown, Keith | 15 | Ford, A.C. | 47 | | |
| Bryan (LNU) | 20 | Berman, Richard | 49 | | |
| Degraw, Floyd | 21 | Harber, Kathy | 52 | | |
| Lenn, Benjamin | 15 | Hill, Billy Dale | 47 | | |
| Eden, Paul | 21 | Hill, Norma | 47 | | |
| Elliott "Jerly" Jadon | 15 | Jone, Jerry | 48 | | |
| Ellis, Donna Kiren | 12 | King, Jana | 47 | | |
| Goodwin, Pat | 12 | Louden, David (mu) | 51 | | |
| Hamm, Brian | 17 | Mahaffey, Michell | 48 | | |
| Michael, (1 NUE) | 17 | McKerwan, Darrell | 22 | | |
| miller, mary jane | 12 | Milligan, Jerry | 43 | | |
| Newman, Carol | 21 | Oliver, Seaman | 51 | | |
| Parish, Su | 17 | Parsons, Dan Cody | 48 | | |
| Scott, Rebecca Lynn | 17 | Saulson, Jerald | 52 | | |
| Sim, (LNU F) | 20 | Schroeder, Jerry | 48 | | |
| Stapp, Jerry Lynn | 24 | | | | |

OSBI 0002

# COMPLAINT FORM

NOTE: HANDPRINT NAMES LEGIBLY — HANDWRITING SATISFACTORY FOR REMAINDER

| SUBJECTS NAME AND ALIASES | | | ADDRESS | | CHARACTER OF CASE | |
|---|---|---|---|---|---|---|
| UNKNOWN SUBJECT(S) | | | | | ROBBERY AND MISSING PERSON | |
| RACE | SEX | DOB | HEIGHT | WEIGHT | HAIR | EYES |
| | M____ F____ | | | | | |

| VICTIMS NAME AND ALIASES | | | ADDRESS | | COUNTY OF OCCURRENCE | |
|---|---|---|---|---|---|---|
| DONNA DENICE HARAWAY | | | ADA, OKLAHOMA | | PONTOTOC | |
| RACE | SEX | DOB | HEIGHT | WEIGHT | HAIR | EYES |
| WHITE | F X | 08-19-59 | 5'5" | 110 | SANDY | BROWN |

| COMPLAINANT | COMPLAINANT'S ADDRESS & TELEPHONE NO. | COMPLAINT RECEIVED |
|---|---|---|
| MIKE HASKINS DETECTIVE | POLICE DEPT.-ADA, OKLA (405) 332-4466 | ☐ PERSONAL ☐ TELEPHONIC DATE 04-29-84 TIME 1330 Hrs |

FACTS OF COMPLAINT

SUSPECT NO. 1                                    PAGE 1 OF 2 PAGES

    White Male, 22 - 24 Years of Age
    5'8" to 5'10"
    Blonde Hair, Ear Lobe length
    Wearing blue jeans, tennis shoes
    and white tee shirt.

SUSPECT NO. 2

    White Male, __ - 24 Years of Age
    6'
    Light brown, shoulder length hair
    Slim build
    Wearing a white tee shirt, faded
    jeans and tennis shoes

       On April 29, 1984, at 1330 hours, HASKINS reported
that HARAWAY was reported missing at about 2030 hours, April
28, 1984, from her job, clerk at McAnally's Convenience
Store, 2727 East Arlington, Ada, Oklahoma. The cash register
was found open and $167 was missing. HARAWAY clerked alone.

OBA: GARY ROGERS

EL: 05/21/84

CR NO: CR #84-094

M NO: _____

ASSIGNED BY: B. G. JONES

DATE: 04/30/84

ABA

| ACTION RECOMMENDED: |
|---|
| B. G. JONES AGENT |

OSBI 0003

CR #84-094
COMPLAINT FORM
CHARACTER OF CASE - ROBBER AND MISSING PERSON
SUBJECT(S) - UNKNOWN
VICTIM      - DONNA DENICE HARAWAY
PAGE TWO

Two men were seen at another convenience store across the street from McAnally's about ten minutes before the robbery. They were driving an early model Chevrolet pickup truck with light gray primer color, narrow bed with oversized tires on rear. The rear end was jacked up.

A potential customer met HARAWAY accompanied by two white males leave McAnally's as the customer entered the store. One male walked closely to HARAWAY and she got into a pickup truck, on the driver's side, that fit the description of the one above.

The Ada Police are treating this as a robbery and kidnapping. HASKINS requested OSBI assistance.

OSBI  0004

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 2

| Case: CR #84-094 | Reporting Date: MAY 7, 1984 | Reporting Agent(s): JOE HOGAN | | | Reviewed By: Tg 5-8-89 |
|---|---|---|---|---|---|
| Offense: ROBBERY AND MISSING PERSON | | Case Agent: GAPY ROGERS | Office: MRO | Typed By: kc | Date: 05-07-84 |
| Subject: (S) UNKNOWN SUBJECT(S) (V) DONNA DENICE HARAWAY | | Activity: INTERVIEW OF MONROE ATKESON | | | |

On April 30, 1984, Agent JOE HOGAN interviewed MONROE ATKESON, White Male, Date of Birth: July 11, 1948, Route Six, Box Twenty-Seven, Ada, Oklahoma, Telephone Number: (918) 436-2267. ATKESON provided the following information:

Since April 1983, DONNA DENICE HARAWAY had been employed at McAnally's Convenience Store and since September of 1983, ATKESON had been the manager of the store. ATKESON described HARAWAY as a "a great employee" and HARAWAY'S work hours were Sunday 2:30 P.M. to 9:00 P.M., Thursday 2:30 P.M. to 10:00 P.M. and Friday and Saturday 2:30 P.M. to 11:00 P.M..

At about 2100 hours on April 28, 1984, ATKESON was at his home when he received a telephone call from GEO WHELCHEL. WHELCHEL told ATKESON that the cash register at the McAnally Store was open, the store had been robbed and there was no employee inside the store. DONNA was the employee who was scheduled to be at the store.

ATKESON drove to the store where he saw WHELCHEL three or four men and an Ada Police Officer. ATKESON searched inside and outside the store then ATKESON telephoned DONNA'S husband, STEVE HARAWAY.

ATKESON compared the cash register tape to the amount of money inside the cash register and ATKESON determined that the cash register was short $167.76. The last item registered on the cash register tape was for seventy-five cents and ATKESON believed that the item was a tall boy beer because ATKESON knew of no other item in the store that sold for seventy-five cents.

WHELCHEL told ATKESON that someone who WHELCHEL did not know had put five dollars worth of gasoline in their vehicle and WHELCHEL told them that there was not a store employee present. WHELCHEL said that the person drove away from

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0005

CR #84-094
OFFENSE - ROBBERY AND MISSING PERSON
SUBJECT - UNKNOWN SUBJECT(S)
VICITIM - DONNA DENICE HARAWAY
PAGE TWO

the store without paying for the gasoline.

There was $440 in twenty dollar bills and twenty-five, one dollar bills in a bank bag beneath the cash register counter and there were three, one dollar bills and two quarters on top of the bag. The bag did not appear to have been disturbed. A pair of gloves, normally used by DONNA to stock the beer/soda cooler, lay on top of the counter. DONNA attended East Central University and her books lay open on top of the counter.

STEVE told ATKESON that a Vietnam Veteran had been harassing DONNA and DONNA had received several obscene telephone calls. ATKESON had seen the veteran that STEVE spoke of and ATKESON described the veteran as a white male, six feet, 190 pounds, black hair, brown eyes, mustache, light complexion, usually drove a white Chevrolet Chevette and bought a soft drink. ATKESON believed that the veteran attended a rehabilitation school in Okmulgee.

ATKESON had seen a gray 1957 Chevrolet pickup truck several times at the convenience store. The truck had Texas license plates and was driven by a twenty-three - twenty-four year old white male. The man was about five feet, six inches tall, 150 - 160 pounds, black hair, brown eyes, medium complexion, possibly part Mexican and the man never had much money. The truck was a step side truck with large tires and ATKESON described the truck as, "pretty slick."

ATKESON had twice seen the man in the convenience store. The first time, the man had sixty-three cents and wanted ATKESON to pay the difference in the cost for a twelve ounce Coors Light beer which cost seventy-five cents. The second time, the man did not have any money and the man said that he was from Sulphur. The man asked ATKESON to buy him two Coors LIG.

OSBI 0006

## OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE 1 OF 2

| Case: CR #84-094 | Reporting Date: MAY 7, 1984 | Reporting Agent(s): JOE HOGAN | | | Reviewed By: 79 58-84 |
|---|---|---|---|---|---|
| Offense: ROBBERY AND MISSING PERSON | | Case Agent: GARY ROGERS | Office: MRO | Typed By: kc | Date: 05-07-84 |
| Subject: UNKNOWN SUBJECT(S) | | Activity: INTERVIEW OF HARVEY PHILLIPS | | | |
| (V) DONNA DENICE HARAWAY | | | | | |

On April 30, 1984, Agents JOE HOGAN and GARY ROGERS interviewed HARVEY PHILLIPS, Sergeant, Police Department, Ada, Oklahoma. PHILLIPS provided the following information:

At about 2050 hours on April 28, 1984, PHILLIPS was at the Ada Police Station when Dispatcher KYLE GIBBS received a telephone call reporting that there was not an employee inside McAnally's Convenience Store on Broadway in Ada. GIBBS told the caller that he would notify the Pontotoc County Sheriff's Office because the store was outside the Ada city limits.

About two minutes later, GIBBS received another telephone call and the caller reported that there had been a mistake and the caller reported that no employee was inside the McAnally Convenience Store on Arlington Street in Ada. PHILLIPS got into a police cruiser and drove toward the McAnally Store on Arlington Street on the east side of Ada.

After about ten minutes, PHILLIPS arrived at the store where he saw GENE WHELCHEL, DONNIE TIMMONS and two men who PHILLIPS did not know. TIMMONS told PHILLIPS that when TIMMONS and WHELCHEL had arrived at the store, they did not find any store employee inside the store so WHELCHEL telephoned the McAnally Store on Broadway in Ada, Store Manager MONROE ATKESON and the Ada Police Department.

PHILLIPS saw that the store's cash register drawer was open and there were no five, ten or twenty dollar bills in the register. There were one dollar bills and coins inside the register and there was a brown vinyl purse and keys behind the cash register counter. The store's interior appeared orderly and WHELCHEL told PHILLIPS that neither WHELCHEL nor TIMMONS had disturbed anything inside the store except the telephone.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0007

CR #84-094
**OFFENSE - ROBBERY AND MISSING PERSON**
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE TWO


At about 2100 hours, ATKESON arrived at the store and ATKESON audited the cash register.  ATKESON said the register was short $167 not including a five dollar sale which was registered on a gasoline pump.  PHILLIPS looked inside the brown vinyl purse and found an Oklahoma Driver's License for DONNA DENICE HARAWAY.  There was a small Plymouth or Dodge car parked near the east side of the store and PHILLIPS later learned from DONNA'S husband, STEVE HARAWAY, that the car was owned by DONNA.

OSBI  0008



DATE OF RELEASE _____

OKLAHOMA STATE BUREAU OF INVESTIGATION
IDENTIFICATION DIVISION
P.O. BOX 11497
OKLAHOMA CITY, OKLAHOMA .

OSBI 280 419

FBI #614 241 K1

Page

The following OSBI record is furnished for Official Use Only. Information shown on this identification record represents data furnished OSBI by fingerprint contributors. Where Disposition Data is not shown or further explanation of charge or disposition is desired, communicate with agency contributing those fingerprints. This information is complete and accurate to the maximum extent feasible as of the date of dissemination. It should not be consider valid ninety days aft its release. Use and further dissemination of this information is restricted.
CIVIL AND CRIMINAL PENALTIES EXIST FOR MISUSE.

| CONTRIBUTOR FINGERPRINT | NAME AND NUMBER | ARRESTED OR RECEIVED | CHARGE | DISPOSITION |
|---|---|---|---|---|
| PD Bis... | Leslie Guess 4912 | 12-23-72 | DWI | $165.00 bond |
| 30 Bisbee AZ | Lesie Lee Guess 4912 | 2-1-75 | DWI Driv on susp revoked or refused lic | 3yrs susp sent fined $250 + $25 surcharge |
| 30 Bisbee AZ | Leslie L Guess 0094-77 | 8-1-77 | prob vio | deft did viol cond of prob 8-22-77 crt did not . revoke prob but modified the same deft incarcerated on hardship basis in Cochise CJ from 8-1-77 thru 11-4-77 together with add . cond |
| PD Midwest City OK | Leslie Lee Guess 18951 | 7-19-81 | 1290-A ith Deadly Weapon 1L04-Driving Under the Influ | |

STATE BUREAU

OSBI THIS INFORMATION IS FURNISHED TO

OSBI

5-1-84   Initial

OSBI 0099



OSBI 0010

```
NLET        1289 13:34
OSBI        0219 13:24 05/01/84

RR.OK0000000
11:36 05/01/84 00533
11:36 05/01/84 00581 OKOBI0000
TXT        INQUIRY BY:NLET

TITLE/R130792    REG DATE/000000         EX   DATE/1283
LAST UPDATED DATE/011284    LAST ISS     DA E/1C0383
L.C/T328657.    LIY/1983.  LIT/ST.            454062
VIN/85602569. VMA/FORD. VYR/40. VMO/          VST/F
FEE PAID/ 000000   RES COUNTY/55             EO/0000
LEASOR: DM
NAME: GUESS LESLIE &OR AVIS
ADDR: 3810 OUTPOST, SPENCER, OK 73084
UNLADEN WGT/000000   LOAD CAP/000000    LADEN WGT/005500  BASE STATE/  NLET

*** END OF RESPONSE
```

OSBI 0011

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE _____ OF _____

| Case: CR 84 094 | Reporting Date: 5-3-84 | Reporting Agent(s): J. Roberts | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: Robbery/Kidnapping | | Case Agent: G. Rogers | Office: MRO | Typed By: hk | Date: 5-4-84 |
| Subject: Victim: Donna Haraway  Subject: Unknown | | Activity: Elimination of Investigative Lead on suspects vehicle. | | | |

On May 1, 1984, Okla County Dpty. RANDY SMITH advised he had been stopped while on patrol by a citizen who had seen the vehicle involved in the abduction of DONNA HARAWAY.

ROBERT WELLS, 9700 Rhythum Rd., Midwest City, telephone 732-1815, advised he saw the pick-up that morning, Tuesday, May 1, at 1120 hours at S.E. 15th and Post Rd. The pick-up bearing Okla license T328-657 is registered to LESLIE GUESS, 3810 Outpost, Choctaw, Okla, 1940 Ford, VIN 86602659 and Title # R130792.

LESLIE GUESS' Okla Drivers License # 537743613, which expires March 1936, identifies him as White, Male, Date of Birth 3-8-49, 5'10" in height, 160 lb., in weight, and address of 5304 Peeble Lane, Choctaw, Okla. A copy of GUESS OSBI criminal record # 280419 is included in this report.

On May 1, 1984, Agents PRATT AND JORDAN located the pick-up at 5304 Peeble Lane. They verified the license tag T328 657 was on a pick-up; however the pick-up was a 1940 Ford, black with Grey primer spots.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

**OSBI   0012**

## OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE _1_ OF _15_

| Case: CR #84-094 | Reporting Date: May 11, 1984 | Reporting Agent(s) GARY DAVIS | | | Reviewed By |
|---|---|---|---|---|---|
| Offense: KIDNAPPING/ROBBERY | | Case Agent: GARY ROGERS | Office: MRO | Typed By bm | Date 5/16/84 |
| Subject: UNKNOWN | | Activity: Investigation and Interviews | | | |

VICTIM:   DONNA DENISE HARAWAY

On April 28, 1984, at approximately 2040 hours, DONNA DENISE HARAWAY, WF, 24yoa, DOB: 8/19/59, 5'5", 110 lbs., blonde hair, was robbed and abducted from McAnally's ___ ___ence Store in Ada, Oklahoma.   Two white male subjects, ___ly in a late '60 or early '70 Chevrolet pickup, rough condition, light color, with gray primer spots, are possible suspects in this abduction and robbery.

Suspect #1 is described as WM, early 20's, 6'-6'2", slender build, sandy brown hair, shoulder length, slightly wavy, green or blue eyes, fair complexion, noticeable arm hair, wearing a light blue t-shirt and blue jeans.

Suspect #2 is described as ___ ___ ___ly 20's, 5'8", medium athletic build, light blonde hair, ___liar length, straight, fair complexion, slight acne on cheeks, wearing white jersey type t-shirt and faded blue jeans.

On May 3, 1984, Deputy Inspector DEWADE LANGLEY contacted Special Agent GARY DAVIS and requested that Agent DAVIS contact Special Agent GARY ROGERS to receive information in regard to conducting an interview of a subject in custody in Amarillo, Texas.

On May 3, 1984, Agent GARY ROGERS informed Agent DAVIS that FLOYD LEE DEGRAW, WM, 6'2", 15_ lb_., brown hair, hazel eyes, was in custody in Amarillo, Texas, after being arrested in a stolen car from Michigan, and at the time of arrest, DEGRAW had identification belonging to a lady in Ada, Oklahoma.   Agent ROGERS informed Agent DAVIS that Randall County, Texas, Deputy JOEL RICHARDSON, Telephone #806/352-3215, or #806/655-2073, would have the details and information in regard to the arrest of DEGRAW.   Agent ROGERS requested that Agent DAVIS interview DEGRAW and determine where DEGRAW was on Saturday, April 28, 1984, at approximately 2000 hours and to obtain photographs, major case prints from DEGRAW, and to determine how DEGRAW came into possession of the lady's identification from Ada, Oklahoma.   The identification is of a

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0013

CR #84-094
Investigation and Interviews
Page 2

person unrelated to the victim in this case.

On May 4, 1984, Agent DAVIS traveled to Canyon, Texas, to interview FLOYD LEE DEGRAW.  Agent DAVIS read DEGRAW his Miranda Rights from a card in possession of Agent DAVIS, and DEGRAW provided the following information after being advised of his rights:

DEGRAW identified himself as FLOYD LEE DEGRAW, WM, DOB: 6/16/62, 6'2", 178 lbs., hazel eyes, brown hair, with several tattoos.  Some of the tattoos are as follows: "FD" right lower outside arm; "MJ" left outer lower arm; "BA" upper left arm; a drawing of an eagle on upper right arm; "JONI" right groin area.  His social security number is 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, POB: Detroit Michigan.  He is divorced and has one son.  DEGRAW stated that his hair is normally a lighter brown than it is at this time.  DEGRAW's father is FLOYD DEGRAW, deceased, mother is BARBARA JUANITA WHITE, 416 Union Drive, Princeton, West Virginia.  His ex-wife is BECKY AKERS, son is FLOYD RAY AKERS, age 2 years, 4 months.  DEGRAW stated that he has felony charges in West Virginia, and has served three years for malicious wounding, and is not wanted at this time.

DEGRAW stated he left home (his mother's address in Princeton, West Virginia) on March 31, 1984, and traveled to Detroit, Michigan, by bus.  DEGRAW started out hitchhiking and then decided to take a bus to Detroit, Michigan.  DEGRAW stayed in Detroit for a few weeks, staying with a CAROL NEWMAN on Seldon Avenue, which is located off of 2nd Street. DEGRAW also stayed with PAUL EDEN who was living at Howard Johnson Motor Lodge in Monroe, Michigan.  DEGRAW then stayed with BENJAMIN DUNN in Detroit.  DEGRAW described DUNN as being a 'queer".  DEGRAW took DUNN's 1984 Renault and drove it from Detroit toward Memphis, Tennessee.

DEGRAW picked up a hitchhiker at Toledo, Ohio, and the hitchhiker, JEFF JOHNSON, had a friend who lived in Memphis, Tennessee, by the name of GORDY.  GORDY's telephone number, which DEGRAW has, who is in town, is 682-6447.  DEGRAW and JOHNSON stayed at CORDY house most of the day on Friday, April 27, 1984.  DEGRAW and JOHNSON left GORDY's house about midnight on that Friday.

DEGRAW stated that JOHNSON had been planning on going to Florida and DEGRAW was just driving around, possibly going to Florida, but they decided to go to California as JOHNSON had never been west and DEGRAW had never been to California.

From Memphis, Tennessee, DEGRAW and JOHNSON traveled I-40 all the way to California.  DEGRAW was stopped by the

OSBI  0014

CR #84-094
Investigation and Interviews
Page 3

police somewhere in Arkansas, but DEGRAW did not receive a
traffic ticket.  The officer made the hitchhiker, JEFF
JOHNSON, drive as JOHNSON had a Mississippi driver's
license and DEGRAW did not have a driver's license as he
had ? * it on a DWI charge.

JOHNSON had told DEGRAW that he had just gotten
son in Michigan approximately a month ago.  While
Los Angeles, California, DEGRAW stated that they
ne.    got off I-40.  DEGRAW also stated that he had received
. traffic ticket in California for speeding on April 30,
1984.  DEGRAW stated that as he traveled from Memphis to
Los Angeles, he had picked up a man and woman hitchhiker
who were coming from Florida.  The man and woman were picked
up on I-40 and DEGRAW believes he picked them up around the
Pampa, Texas, area.  DEGRAW stated that prior to leaving
Arkansas they had stopped at Little Rock, Arkansas to buy
gasoline and DEGRAW was asleep before the ... into Oklahoma
and did not wake until they were leaving 0. lah ma.  JOHNSON
was driving the car at this time and when DEGRAW woke up,
he asked JOHNSON where they were and JOHNSON said they were
just leaving Oklahoma.  DEGRAW stated that the Renault they
were driving could travel about 300 miles on one tank of gas,
and DEGRAW stated that he was not sure where they bought
gasoline in Oklahoma.  DEGRAW further stated that it took
four days to drive from Detroit to California, and the route
they took they drove across Texas to Gallop, New Mexico, and
at a big truckstop in Gallop, New Mexico, along I-40, DEGRAW
let the man and woman off.  The man and woman were both
white and in their mid 40's and were not carrying any luggage.
They were going to Las Vegas, Nevada, as the female had a
brother who lived in Las Vegas and they were going to get
work.  DEGRAW denies ever being in Oklahoma before and stated
that JOHNSON said he had never been west before.  DEGRAW
stated that he and JOHNSON stayed in rest areas for a few
minutes at a time and that they were stopped at "little
stores to get sandwich makings.  DEGRAW is sure JOHNSON
never left I-40 because of the way JOHNSON drove, that when
he took the exit ramp off the interstate, he would go at a
high speed, and DEGRAW knows this would have woken him up,
therefore, he is sure they did not leave I-40 at any time in
Oklahoma.

DEGRAW denies that he or JOHNSON had any weapons
and they both carried their personal clothing in the same
bag which was a brown "satchel".  DEGRAW described the
satchel as being like a brown gym bag that belonged to
JOHNSON.  DEGRAW also stated that after he and JOHNSON split
in Los Angeles, California, he (DEGRAW) took his clothing out
of JOHNSON's bag and put it in a box in the trunk of the car.
DEGRAW stated that he and JOHNSON split in California because
he and JOHNSON got into a fight and JOHNSON hit DEGRAW in

OSBI  0015

CR #84-094
Investigation and Interviews
Page 4

the side of the head with a full can of beer and DEGRAW
had hit JOHNSON several times with his fist.

DEGRAW stated that they arrived in California
on April 30th, the same day he received the traffic citation,
and after they split, DEGRAW left California on that same
day. DEGRAW stated that he traveled I-40 from California
and that he had picked up an Indian male hitchhiker with a
sleeping bag and a "gym bag." The Indian male said his name
was TIM and that he was from Raleigh, North Carolina,
traveling from the state of Washington where his mother
lived and was going back to Raleigh, North Carolina, where
his father lives. DEGRAW picked this Indian male up in
New Mexico close to the Texas/New Mexico state line.

DEGRAW then picked up another hitchhiker between
New Mexico state line and Amarillo, Texas. This hitchhiker's
name was BRYAN and he was a white male going to Florida.
BRYAN had a green army duffle bag and was wearing a pair of
blue jeans which were bloody. BRYAN told DEGRAW that he had
gotten into a fight with a female and that she had cut his
finger, and BRYAN had scratches all over him. DEGRAW made
BRYAN change his clothing, and BRYAN then put on a pair of
coveralls.

DEGRAW described JEFF JOHNSON as being 6'2", 190 lbs.,
age 31, brown short wavy hair, and had a tattoo of an eagle
on his lower arm, but he does not remember which arm, and
JOHNSON talked like a "high class college person." JOHNSON
was a body builder and weight lifter. JOHNSON wore blue jeans,
a jean jacket, and tennis shoes. DEGRAW is certain that he
would have woken up if JOHNSON had left the interstate or had
gone into Ada, Oklahoma. DEGRAW stated that the items in
the car from Oklahoma would have to have been in possession
of one of the hitchhikers, either BRYAN or TIM. TIM did have
a woman's credit card. The card had three green or red
diamonds on it. DEGRAW then stated the name of the card
was Diamond Shamrock or something. TIM tried to get DEGRAW
to use the credit card, but DEGRAW refused. TIM said he had
found the credit card.

DEGRAW described TIM as being an IM, in his 30's,
5'1", 100 lbs., black hair down to shoulder blades. He
wore a baseball cap and the cap is still in the car and TIM
wore a flannel shirt type jacket and grayish blue hue
corduroy pants, and a blue slip-on tennis shoes, not the type
with shoestrings.

DEGRAW described BRYAN as a WM, short, approximately
150-160 lbs., stocky, 23-24yoa, mustache, wore tennis shoes,
blue jeans, had light colored hair about ear length, and BRYAN
had talked about being in Oklahoma not too long ago.

OSBI 0016

CR #84-094
Investigation and Interviews
Page 5

DEGRAW stated that he himself wore either blue jeans or corduroy pants and his size is 31/32 or 32/34, that he could wear both, and that his shirts were medium size and his shoes were either size 10 or 10 1/2. DEGRAW stated that he wears a baseball cap and sometimes wears a bandana, sometimes blue in color and sometimes red in color, and he usually wears a Timex watch, but was not wearing one when he made this trip. DEGRAW also stated that he had two shirts, one striped long sleeve shirt, and one t-shirt, blue in color, he thought. He thought the t-shirt had rat on it. DEGRAW had one pair of blue jeans with very acid on them and one pair of light blue corduroy pants, and he was wearing a pair of black boots.

DEGRAW denies ever riding in a pickup or driving a pickup between Detroit and California. DEGRAW thinks that on Saturday, April 28, 1984, they were in Arkansas. DEGRAW sold two guitars: one was an electric guitar and the other was a flat guitar, at a service station off I-40 in Little Rock, Arkansas. DEGRAW stated that he sold these two guitars to a truck driver for 80 dollars.

As DEGRAW and JOHNSON traveled across the state of Oklahoma, JOHNSON was driving and they drove all the way across the state of Oklahoma. DEGRAW reiterated that they never did leave I-40 as they crossed Oklahoma, and that the item from Ada, Oklahoma, were put in DEGRAW's car by one of the hitchhikers.

Upon pressing DEGRAW with answering questions in regard to buying gasoline, DEGRAW stated that the Renault would travel approximately 300 miles to a tank of gas and that they would have bought gasoline in Oklahoma right after they entered Oklahoma from the state of Arkansas.

Deputy JOEL RICHARDSON from the _____ County Sheriff's Department was with Agent DAVIS during this interview, and Deputy RICHARDSON asked DEGRAW the location they bought gasoline in Oklahoma could have been in the Muskogee, Oklahoma, area. DEGRAW stated, "Yes it was Muskogee, Oklahoma. I remember the name of the town now." As Agent DAVIS quizzed DEGRAW how he knew it was Muskogee, Oklahoma, DEGRAW stated that he was positive it was Muskogee, Oklahoma. When Agent DAVIS informed DEGRAW that Muskogee was over 20 miles off I-40, DEGRAW stated then, "Yeah, we must have left Interstate 40 to buy gasoline in Muskogee."

DEGRAW stated that he had 1100 dollars from tax refund and a few other people had given him money prior to leaving home enroute to California. DEGRAW then stated that he had been robbed in Detroit by four black males the same day that he had purchased his birth certificate in Detroit. Upon quizzing DEGRAW about how he could have 1100 dollars

OSBI  0017

CR #84-094
Investigation and Interviews
Page 6

after being robbed by the blacks, at which time DEGRAW
stated that they took everything he had and even tried to
take his boots, DEGRAW stated, "Well, I received my tax
refund the day after I was robbed, and an ex-girlfriend
of mine named MARY JANE MILLER sent the tax refund to me."
Upon questioning, DEGRAW stated that MARY JANE MILLER
lived in Connecticut, but he did not know her address nor
even what town she lived in. DEGRAW stated that actually
it was her tax refund, but that she had claimed DEGRAW
as a dependent as he had been living with her in Florida
and in Georgia, and it was the money that she had
received from her tax return by claiming him as a dependent
that she sent to DEGRAW. DEGRAW described her as being
approximately 41yoa, and also said that she mailed the
money to him general delivery in Detroit.

Upon questioning DEGRAW as to how she would have
known where he was, DEGRAW stated that MILLER had called
his mother and found out where he was. When Agent DAVIS
informed DEGRAW that he had stated his mother did not have
a telephone, then DEGRAW stated that MILLER wrote a letter
to his mother and his mother wrote a letter back to MILLER
telling her that he was in Detroit.

DEGRAW also stated that JEFF JOHNSON had approxi-
mately 50 dollars with him as they traveled from Memphis
to the state of California. DEGRAW denies ever committing
any robberies along the way and stated that he had the money
with him when he left the Detroit area.

On May 4, 1984, at approximately 1410 hours, DEGRAW
signed a consent to obtain samples of hair and blood. Samples
of head hair and pubic hair were received from DEGRAW and
Deputy RICHARDSON took DEGRAW to a clinic and had blood
drawn which was later turned over to Agent DAVIS.

Also on May 4, 1984, the 1984 Renault which was
being held by the Shamrock, Texas Police Department, was
processed by OSBI personnel JANE ENOS. This 1984 silver
AMC Renault 4-door, with 1985 Michigan license plate #773-PYG,
VIN #1XMDC9562FX157692, was registered to American Motors
Sales Corporation, 1425 Plymouth Road, Detroit, Michigan.
The Shamrock Police Department recovered this automobile
at the time they arrested DEGRAW on rape charges out of
Randall County, Texas, on May 3, 1964. The Renault was
reported stolen from BENJAMIN DUNN to the Detroit Police
Department. The Detroit Police Department refused to enter
it in NCIC or make a stolen report as DUNN had given the keys
to DEGRAW and allowed him to drive the car and DEGRAW failed
to return the car.

As OSBI personnel ENOS processed the car in
Shamrock, Texas, the following items were discovered and taken

OSBI  0018

CR #84-094
Investigation and Interviews
Page 7

as evidence:

1. One red and white plaid flannel shirt, size 18.
2. Blood on the back window.
3. Women clothing.
4. An unused tampon.
5. Pubic hair.
6. A Diamond Shamrock credit card which was found on the front floor.
7 A brown wallet with the following identification in it: TAMI JEAN WILLETT, SSN: 443-74 2772, A.. #7 Ada, .... , 74820, Telephone #332-0803. Checking account- ... State Bank, Ada, Oklahoma, account #6431367. The t check written out of the checkbook was #243.
8. A brown purse with the following items i. it: A Continental Convenience card in the name of REBECCA SCOTT and a Dillards credit card in the name of HAMILTON R. SCOTT. Oklahoma driver's license, #441727030, in the name of REBECCA LYNN SCOTT, Female, DOB: 10/1/62, 4'11", 128 lbs., brown eyes, address-3627 "A", East 66th Place, Tulsa, Oklahoma, 74133.
9. Red gym bag with a presc... t... in the bag from the Veterans Administration Medical Center, Oklahoma City, Oklahoma, 73104, Telephone #405/272-9876, ext. 536, prescription #04546 dated 1/20/84 in the name of J. PAULSON for zbt baby powder prescribed by DR. WARRISH.
10. Green military duffle bag with the name stenciled on it, B.E. BARBER. Inside the bag is the name BRIAN. Also stenciled on the bag was SSN 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. Inside the bag among the items was a cigarette lighter with the inscription of "USS JONAS INGRAM, BRIAN MARIE, and MICHAEL."

On May 7, 1984, Agent DAVIS transported the following evidence to the OSBI Laboratory in Oklahoma City:

1. One pair of blue jeans with blood on them, brand name Sea-Port by Davis.
2. Head hair from suspect FLOYD LEE DEGRAW and pubic hair from suspect DEGRAW.
3. One set of major case prints of the suspect's l ti and right hands.
4. Four vials which contained one vial of serum which was extracted from DEGRAW's blood by the clinic in Canyon, Texas; one vial of blood from DEGRAW which had anti-coagulant in it; and two vials of blood which were extracted from suspect DEGRAW in Canyon, Texas.

On May 8, 1984, Agent DAVIS contacted the FBI in Oklahoma City and made a written request for OSBI assistance in identifying DEGRAW. Agent DAVIS took copies of fingerprints from the major case prints to FBI Headquarters in Oklahoma City and the FBI photo-faxed the fingerprints and sent them to Washington D.C. The return from Washington D.C.

OSBI 0019

CR #84-094
Investigation and Interviews
Page 8

as given to Agent DAVIS by FBI Agent TIM OGALA reflected
that the fingerprints did belong to FLOYD LEE DEGRAW, FBI
#61173X6, DOB: 6/16/62, POB: Michigan, SSN: 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.
FBI records reflect that on 9/21/79, DEGRAW was arrested
by Detroit P.D., their case #1059122, state #364720, charging
DEGRAW with fugitive from justice, and disposition showed
that he was transported to Charleston, West Virginia.

On 7/15/81 Princeton, West Virginia, Police
Department, case #909, charging DEGRAW with transferring
stolen property, no disposition.  April 24, 1983, Jacksonville,
Florida, Sheriff's Office, case #355532, Florida state case
#1873442, charging DEGRAW with disorderly intoxication, no
disposition.

A teletype record check of DEGRAW in the state
of Michigan reflects DEGRAW as having Michigan #MI01059122
and Florida #01873442.

On May 4, 1984, while OSBI Agent ENOS was processing
the stolen 1984 Renault, ENOS located a Gulf credit card and
a Texas driver's license which had been stuck down behind the
back seat in the automobile.  The Gulf credit card was issued
to Williams Exploration, Telephone #713/652-9100.  The credit
card number was 3008900323 Tex 166, expired 6/86.  The
Texas driver's license was #02290575, issued to BRAD CHARLES
BLACKWOOD, 5114 Crystal Bay, Houston, Texas, 77084, LOB:
6/23/51, 5'9", hazel eyes.

On May 4, 1984, Agent DAVIS called Williams
Exploration in Houston, Texas.  Upon making inquiry about
the Gulf credit card, Agent DAVIS was directed to PAM.  PAM
stated that they did have an employee who reported their
Gulf credit card lost and that the employee was BRAD BLACKWOOD.
PAM put BRAD BLACKWOOD on the telephone and BLACKWOOD stated
to Agent DAVIS that his wallet was lost three or four months
ago and that he had placed his wallet on top of his automobile
while putting some items in his automobile while he was
parked at Exxon parking garage in Houston, Texas.  BLACKWOOD
stated that he drove home and then realized that he left his
wallet on top of his car and upon missing the wallet, returned
to the parking garage.  The attendent at the parking garage
denied seeing the wallet, but BLACKWOOD had the impression
that the way he was acting he had, in fact, see his wallet
and possibly taken the money out of it and thrown the wallet
away.  BLACKWOOD stated that he did not report his wallet as
being lost to any law enforcement agency, but that along
with the Shell credit card, and Exxon credit card was also
lost.

On May 11, 1984, Agent DAVIS again contacted BRAD
BLACKWOOD in Houston, Texas.  BLACKWOOD stated that he had
also lost a Visa credit card which he had purchased through
the First City Bank in Houston, Texas, and at the time he lost

14

OSBI 0020