CR #84-094
Investigation and Interviews
Page 9

his credit card, he notified Visa at P.O. Box 50601 in
Dallas, Texas, 75250. The number on the Visa credit card
was 4682-0030-1801-2675. BLACKWOOD had also lost an
American Express credit card at that same time. BLACKWOOD
had purchased his American Express credit card through the
First City Bank in Houston, Texas, and BLACKWOOD notified
American Express at 777 American Expressway in Ft. Lauderdale,
Florida, directed to KEVIN BROWN. The American Express
credit card number was 3728-082238-1107. BLACKWOOD's
records reflect that these notifications were mailed on
September 15, 1983, after the lost of his wallet.

On May 4, 1984, Agent DAVIS was informed by chief
of police at Shamrock, Texas, that his officer, RANDY BOND
had inventoried the stolen Renault and that he had found the
credit card which was the Diamond Shamrock credit card under
the driver's seat and the two purses were in a bag in the
trunk, which it was later determined it was in the red gym
bag which was in the trunk.

On May 9, 1984, from inform      that Agent DAVIS
received from the Shamrock, Texas, Police partment,
Officers RANDY BOND and Deputy JOE STEWART, Telephone #806/256-
2136, Agent DAVIS ran a check on BENJAMIN DUNN and received
the following information:

BENJAMIN Y. DUNN, Business Telephone #313/493-2577,
WM, DOB: 7/26/33, 6401 Coleman, Dearborn, Michigan, Michigan
DL #D500085946587. DUNN had told officers at Shamrock,
Texas, that his Renault was taken on April 25, 1984.

On May 10, 1984, Agent DAVIS talked by telephone
to "GORDY" GORDON ELLIOTT, 4421 Flamingo Cove, Memphis,
Tennessee, 38117, Telephone #901/683-6447. ELLIOTT informed
Agent DAVIS that he has known JEFF JOHNSON since about
April 18, 1984. JOHNSON had gone to Detroit from Memphis,
Tennessee. after ELLIOTT had met JOHNSON. After JOHNSON had
returned to Detroit from Memphis, JOHNSON had called ELLIOTT
and told ELLIOTT that he was planning on coming back to
"Memphis. Later, JOHNSON called ELLIOTT again and stated
r  and his brother-in-law (DEGRAW) were enroute to Memphis
that at their water pump had gone out on their car. JOHNSON
wanted ELLIOTT to send him some money. ELLIOTT had told
JOHNSON that he did not have any money to give him.

On  Friday afternoon, April 27, 1984, JOHNSON and
DEGRAW arrived at ELLIOTT's house and stayed there until
approximately 2300 hours that Friday night. When they arrived
at ELLIOTT's house at approximately 1600 hours on Friday,
JOHNSON was driving a "'83 silver or gray Renault." JOHNSON
said that the Renault belonged to his brother-in-law, FLOYD
DEGRAW, who was with JOHNSON at this time. JOHNSON and DEGRAW

OSBI  0021

CR #84-094
Investigation and Interviews
Page 10

took a shower at ELLIOTT's house and ELLIOTT washed their
clothing for them. DEGRAW's clothing was in the same
suitcase as was JOHNSON's. Both JOHNSON and DEGRAW were
broke when they arrived at ELLIOTT's place and they were
wanting a bottle, so ELLIOTT took DEGRAW to a liquor store
and bought them a bottle. DEGRAW had to move his Renault
out of the driveway so ELLIOTT could get his car out, then
when they returned to ELLIOTT's residence from getting the
bottle, DEGRAW asked ELLIOTT if it would be okay for him
to park his car back in the driveway as he did not want
someone to steal the hubcaps or something. ELLIOTT stated
that at this time he thought something was funny that as
he lived in this cove and there wasn't but about six houses
in this cove and never had any problems with anyone
bothering the automobiles there, but DEGRAW did park his
car back in the driveway at ELLIOTT's house.

JOHNSON was acquainted with a guy named ERIK and
a girl named KATHY. KATHY worked at a bar in Memphis and
JOHNSON had become acquainted with ERIK and KATHY when he
was in Memphis at a prior time. ELLIOTT does not know anything
about the individual named ERIK, but KATHY is a WF, mid-30's,
who works at Charlies Corners Bar at 3411 Maken Road, Memphis,
Tennessee, Telephone #901/324-6197.

JOHNSON and DEGRAW left ELLIOTT's house at about
2300 hours and at the time they left they said they were going
to find someone to get them another bottle. ELLIOTT told them
that the door would be locked as he was going to bed and they
would not be able to get back in. That is the last ELLIOTT
saw of DEGRAW and JOHNSON.

ELLIOTT described JOHNSON as being JEFFERY JOHNSON,
WM, DOB: 7/4/53, age 30, 6'2", black curly hair. 180 lbs.,
well built, and large hands, but is in proportion with the
size of his body. JOHNSON was wearing cowboy boots, a western
type shirt which was solid color, and blue jeans which were
slightly faded. JOHNSON is bi-sexual, but is a "lady's man
with an ego thing."

ELLIOTT described DEGRAW as at the time when he
saw him was wearing green khaki pants, a white shirt with
some kind of a name on it, either DEGRAW's name or some company
name, and was wearing black boots, and DEGRAW is also bi-sexual.
DEGRAW had mentioned that he had lost his driver's license
from a DWI charge or something.

Since DEGRAW and JOHNSON left ELLIOTT's house,
ELLIOTT has received a telephone call from DEGRAW and DEGRAW
stated that he was calling from Albuquerque, Arizona, but
ELLIOTT was sure that he meant Albuquerque, New Mexico. DEGRAW
stated that he had arrived in Albuquerque the following
Tuesday after they had left ELLIOTT's residence which was

OSBI  0022

CR #84-094
Investigation and Interviews
Page 11

a week ago this past Tuesday. DEGRAW stated that he left California the afternoon prior to this telephone call which would have been on Monday, May 1, 1984. DEGRAW told ELLIOTT on the telephone that he had picked up a hitchhiker and the hitchhiker had about 70 dollars and that they were trying to get back. DEGRAW also stated that he and JOHNSON had gotten into it over using some stolen credit cards and JOHNSON did some other things that DEGRAW did not like, so he said that he and JOHNSON got into it in California, and that he had left JOHNSON in California.

DEGRAW again called ELLIOTT about a week ago last night (May 2, 1984). DEGRAW told ELLIOTT that he was in jail in Canyon, Texas, on aggravated rape charges and that someone was trying to pin a murder charge on him.

ELLIOTT stated that he thinks that JOHNSON had come through Oklahoma prior to coming to Memphis the first time, but that he was not sure that JOHNSON had been in Oklahoma and had no knowledge as to whether DEGRAW had been in Oklahoma previously.

This telephone conversation was recorded and the copy of the tape will be mailed to OSBI Agent GARY ROGERS. The original tape will be kept in possession of Deputy JOEL RICHARDSON at the Randall County Sheriff's Department in Canyon, Texas.

A driver's license check on JEFFERY W. JOHNSON, DOB: 7/4/53, Mississippi DL #587504105 with the expiration date of 7/31/81, 5'8", 165 lbs., brown hair, green eyes, corrective lenses, P.O. Box 883, Laurel, Mississippi. No criminal record was found on JOHNSON in Oklahoma, and no driver's license information was found. JOHNSON has FBI #427419X3 in the name of JEFFERY WAYNE JOHNSON. A copy of his rap sheet will be mailed to Agent DAVIS by the FBI at a later date.

On May 10, 1984, Ada Police Officer DENNIS SMITH, telephone #332-4466, stated that the purse belonging to REBECCA LYNN SCOTT had come up missing in the last part of 1983 from a garage sale which was being held in Oklahoma City, Oklahoma. SCOTT is presently living in Poteau, Oklahoma. At the time the purse came up missing, it was thought that a neighbor boy had stolen the purse from this garage sale.

Driver's license check on REBECCA LYNN SCOTT reflects the following: Oklahoma DL #441727034, expires 10/84, registered to REBECCA LYNN SCOTT, 604 Rogers, Poteau, Oklahoma, 74953, DOB: 10/1/62, WF, 5', 125 lbs., brown eyes, corrective lenses, previous name-REBECCA LYNN FOUT.

OSBI 0023

CR #84-094
Investigation and Interviews
Page 12

Officer DENNIS SMITH also stated that the wallet
which belonged to TAMI WILLETT had been lost February 3,
1984, in Ada, Oklahoma. WILLETT had been riding around
with a friend named PAT GOODWIN in GOODWIN's automobile and
WILLETT had left her purse in the automobile and it came
up missing from there.

A driver's license check of WILLETT reflects that
TAMI JEAN WILLETT, Oklahoma DL #443742772, expires 3/85,
Rt. #1, Ada, Oklahoma, 74820, DOB: 3/14/67, WF, 5'4", 120
lbs., brown eyes.

The victim that DEGRAW is charge with raping is
DONNA VIVIAN ELLIS, WF, Age 23, 1116 N. Wilson, Amarillo, Texas,
Telephone #806/381-1703.

On May 10, 1984, DEGRAW was run on polygraph by
Amarillo Police Detective Lieutenant JIMMY M. STEVENS. Lieutenant
STEVENS stated that if he were to grade the polygraph that he
would have to grade it as inconclusive, but he had a gut
feeling that DEGRAW did not rob and kidnap the victim from
Ada, Oklahoma. Lieutenant STEVENS stated that he thought that
an OSBI polygraph examiner should check the charts over and
determine the results of the charts. He did state that questions
#3, which was "Concerning the kidnapping of the girl in Ada,
Oklahoma, do you intend to be truthful about?", DEGRAW was
very deceptive on this question. Also on question #6, which
was, "About ten days ago did you participate in a kidnapping
in Ada, Oklahoma?", Lieutenant STEVENS stated that DEGRAW was
deceptive in this. Also question #10 which was, "Have you ever
seen the girl whose picture is on the wall in front of you
now?", was deceptive, but other questions that were asked, the
response was very flat and Lieutenant STEVENS felt that overall
DEGRAW was not involved in the kidnapping of this girl from
Ada. A copy of the polygraph charts, the questions, and the
data sheet, along with the polygraph examination warning, was
received by Agent DAVIS to be transferred to Deputy Inspector
LEWADE LANGLEY for his evaluation.

After conferring with Deputy Inspector LANGLEY, it
was determined that Agent DAVIS should interrogate DEGRAW.
During this interrogation on May 10, 1984, at approximately
1716 hours, Agent DAVIS read DEGRAW a Miranda Warning from a
card carried by Agent DAVIS and DEGRAW stated that he understood
what his rights were.

During this interrogation, Agent DAVIS inquired of
DEGRAW why he had told previously that he had left Detroit,
Michigan, with 1100 dollars in his possession, when in fact,
he did not have that kind of money with him. DEGRAW stated
that he told a lie because he did not want to get in trouble
over the credit cards used. DEGRAW stated that he actually had

OSBI 0024

Ch #84-094
Investigation and Interviews
Page 13

12 dollars when he arrived in Memphis, Tennessee, at GORDY
ELLIOTT's residence, but that no one knew about the amount
of money that he had.

DEGRAW stated that on the trip from Detroit to
Los Angeles, that they would steal gasoline and jump lines.
DEGRAW stated that what he meant by jumping line was that
th v would fill up the car with gasoline close to the
state line a . then drive off without paying, going across
the state line knowing that law enforcement would not go
across the state line after them for stealing gasoline.

D .... also stated that they would steal items and
sell them along the way in order to get money.  DEGRAW
denies ever participating in any robberies along the way,
but did state that maybe one of the reasons he was having
problems with the questions or the polygraph that or he
asked would it make any difference if the robbery occurred
six years ago.  Agent DAVIS asked him as to what robbery he
was talking about which he refused to tell', and Agent DAVIS
informed DEGRAW that he didn't believe that would have any
effect on this polygraph today.  DEGRAW stated that his
fingerprints should not be on any cash register any place,
but that another problem that he may have had on the polygraph
was that when he was asked questions about the woman in Ada,
he was thinking about his sister who had been kidnapped and
raped by his cousin when she was 12 years old, and that this
was many years ago.  DEGRAW stated that his sister looked
like that picture, pointing to the victim of the kidnapping
and robbery in Ada, Oklahoma.  DEGRAW stated that he was
looking at that picture which was pinned on the wall in front
of him while he was taking the polygraph test in Amarillo.

DEGRAW also stated that JEFF JOHNSON had lived in
Mississippi, that a police officer had checked his driver's
license, but DEGRAW was in the patrol car at the time the
officer was checking JOHNSON's driver's license and doesn't
know how close he looked at the driver's license to see that
it had expired in 1981.  DEGRAW stated that they were in the
state of Tennessee around Memphis when the officer checked
the driver's license.  DEGRAW stated that he had gone into
Charlies Corner Bar in Memphis while he and JOHNSON were
at ELLIOTT's residence in Memphis, Tennessee.  DEGRAW went
into the bar to get "a broad" to come out and talk to
JOHNSON.

DEGRAW also met ERIK who was a friend of JOHNSON's
in Memphis, Tennessee.  ERIK is a t.v. repairman.  DEGRAW
again stated that BRIAN is a hitchhiker whom DEGRAW had picked
up about 1/2 way between the New Mexico/Texas state line and
Amarillo, Texas.  BRIAN was going to Florida and came from an
unknown location.  DEGRAW stated that he does not know, nor

OSBI  0025

CR #84-094
Investigation and Interviews
Page 14

has he heard of a J. PAULSON. DEGRAW stated that BLACKWOOD
is a guy out of Texas and that the deputy in Canyon, Texas,
had said that his driver's license was gotten out from
under the seat of the automobile which DEGRAW had. DEGRAW
stated that he did not know where the driver's license came
from and that he did not know BLACKWOOD. DEGRAW admitted
that he did make a telephone call from Albuquerque to GORDON
ELLIOTT, and DEGRAW stated that he had picked up a hitchhiker
in Arizona and that the hitchhiker was with DEGRAW in
Albuquerque, but that DEGRAW does not know his name. This
came from questioning by Agent DAVIS about DEGRAW telling
ELLIOTT that the hitchhiker was with him and they had about
75 dollars to get back on.

DEGRAW stated that he has been in a mental institution
which was the Mercer County, West Virginia, Mental Health
Center. DEGRAW stated that he did not know what the diagnosis
was, but that he was put in there because he would "fly off
the handle."

DEGRAW also stated that the credit cards, a Visa
credit, a Gulf credit card, and a Texas driver's license, which
belonged to BLACKWOOD were in the possession of a hitchhiker
that JOHNSON and DEGRAW had picked up at the same location
where they had let the man and woman hitchhikers out. (DEGRAW
previously had pointed out on the map that he had let the
man and woman hitchhikers out in Gallop, New Mexico, and that
they were enroute to Las Vegas, Nevada.)

DEGRAW admits that he did not leave with 1100 dollars
as he had previously stated, and that he only had a few bucks,
and when he got to Memphis, Tennessee, he had approximately 12
dollars with him. DEGRAW stated that as he and JOHNSON
traveled from Memphis, Tennessee, toward California, that they
had stopped at a church in Arkansas and had gotten gasoline
from them and that JOHNSON had sold blood in Arkansas for
money. DEGRAW could not sell blood because he did not have
any identification with him except for his birth certificate.

The first place DEGRAW recalls that a credit card
was used was the Visa credit card which belonged to BLACKWOOD
and it was used in a small town in Texas at a small store.
JOHNSON used the Visa credit card because the hitchhiker
stated that he did not want to use it because BLACKWOOD would
be able to identify him. JOHNSON could use credit cards
easily because he looked good and everyone trusted him.
DEGRAW stated that the hitchhiker did end up using the Visa
credit card at a liquor store by the beach in Los Angeles,
California. DEGRAW describes the hitchhiker as about his
(DEGRAW's) size, wearing a hat, a beard, and sunglasses,
and that he said his name was TOM. TOM told JOHNSON and
DEGRAW to call him SCULL something. On questioning DEGRAW
about the necklace and ring which are in his personal property

OSBI 0026

CR #84-094
Investigation and Interviews
Page 15

at the Randall County Sheriff's Department, DEGRAW first
denied having possession of a necklace and ring. When Agent
DAVIS informed him that the officers had taken it off of
him in Shamrock, Texas, DEGRAW then stated that he does not
know where it came from. "It could be DONNA's in Amarillo
or TIM's." DEGRAW stated that TIM could have left it on
the front seat and he picked it up and put it in his pocket
as TIM was riding in the front seat.

DEGRAW denies ever being involved in any robberies
.. the trip from Detroit to Los Angeles and back, denies
being in Ada, Oklahoma, although he had originally insisted
that they had never left I-40 in the state of Oklahoma, but
at that time, DEGRAW never inquired as to where Ada, Oklahoma,
was, not knowing whether it was located on I-40 or away from
I-40. At one time during the conversation and as Agent DAVIS
put the picture of the victim from Ada before DEGRAW, DEGRAW
held his head in his hands and appeared about to break down,
but after recomposing himself, lifted his head with his eyes
very red and stated that he did not know anything about the
woman who was abducted in Ada, but said we would find her
alive. DEGRAW then became very irritable, pacing the floor,
saying he did not want to answer any more questions and
continued doing this while Agent DAVIS continued talking.
DEGRAW then insisted on being taken back to his jail cell
and not answering any more questions, which at that time, the
conversation with DEGRAW was terminated at approximately 2000
hours.

On May 10, 1984, Agent DAVIS received copies of a
traffic ticket which DEGRAW had received in California, and
registration papers for the 1984 Renault, vehicle certificate
of title for the Renault, a Michigan driver's license for
BENJAMIN DUNN, and a business card for BENJAMIN DUNN. The
traffic ticket was issued on April 30, 1984, at 4:05 p.m.
which was on a Monday, to FLOYD LEE DEGRAW, 416 Union Drive,
Lilly, West Virginia. The Michigan registration for the 1984
Renault was in the name of American Motors Sales Corporation
in Detroit, Michigan. The Michigan driver's license was in
the name of BENJAMIN Y. DUNN, 6403 Coleman, Dearborn, Michigan,
Michigan DL #D 500 085 946 587, expiration on birth date of
1987. The business card was for BEN DUNN, manager, Production
Technical Communications, Public Relations Department, American
Motors Corporation, 14250 Plymouth Road, Detroit, Michigan,
48232, Telephone #313/493-2577. The vehicle certificate of
title had an issue date of 11/7/83, title #12033080531, for
a 1984 Renault, VIN #1XMDC9562EK157692, body style-4-door,
owner's name, American Motors Sales Corporation, same address
in Detroit, Michigan.

OSBI  0027

## OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT                                    PAGE __1__ OF __1__

| Case: CR #84-094 | Reporting Date May 1, 1984 | Reporting Agent(s): STEVE MYERS | | | Reviewed By |
|---|---|---|---|---|---|
| Offense: ROBBERY/MISSING PERSON | | Case Agent G. ROGERS | Office MRO | Typed By psh | Date 5/11/84 |
| Subject: (S) UNKNOWN (V) DONNA DENICE HARAWAY | | Activity: ANONYMOUS PHONE CALL | | | |

On May 1, 1984, an anonymous caller provided information which indicated that TERRY MOUNT, W/M, age 22, was arrested the evening of April 30, 1984 by the Moore Police Department for the armed robbery of a local convenience store. The caller advised that MOUNT fits the physical description of the suspect in the HARAWAY kidnapping/armed robbery, and MOUNT is allegedly an avid video game player. The caller had no other information which might connect MOUNT to the Ada robbery/kidnapping, and refused to provide any personal information concerning himself.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0028

## OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR#84-094 | Reporting Date: MAY 11, 1984 | Reporting Agent(s): GREG GLENN | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: ROBBERY/KIDNAPPING | | Case Agent ROGERS | Office :4RO | Typed By pb | Date 5/11/84 |
| Subject: (S)   UNKNOWN (V)   DONNA DENISE HARAWAY | | Activity: ACTIVITY OF STAGGS AND DECKER | | | |

On May 6, 1984, McCurtain County Sheriff ALAN
MARSTON advised that he had telephoned the STAGGS resi-
...allas, Texas. MARSTON talked to a sister of
... ...GGS. The sister told MARSTON that TERRY STAGGS
...n ..CKER had arrived at the STAGGS residence in Dallas,
... May 1, 1984. DECKER and STAGGS stayed a few hours
until TERRY STAGGS' mother made them leave the residence.
The sister did not know where STAGGS and DECKER had been
prior to arriving in Dallas.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0029

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR#84-094 | Reporting Date: MAY 7, 1984 | Reporting Agent(s): GREG GLENN | | Reviewed By: |
|---|---|---|---|---|
| Offense: ROBBERY/KIDNAPPING | | Case Agent: ROGERS | Office: MRO | Typed By: pb   Date: 5/09/84 |
| Subject: (S)  UNKNOWN (V)  DONNA DENISE HARAWAY | | Activity: INTERVIEW OF BRUCE EDWARD DECKER, JR. | | |

On May 6, 1984, at 1630 hours, BRUCE EDWARD DECKER, JR., white male, DOB: 06/07/65, SSN: 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 or 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, no current address, was interviewed by RUSSELL WELSH, Arkansas State Police and Agent GLENN. DECKER provided the following information after being advised of his Miranda Rights.

About one and one-half weeks ago, DECKER was hitch-hiking between El Paso, Texas and Ft. Worth, Texas when he met STAGGS. DECKER and STAGGS went to STAGGS' mother's house in Dallas, but stayed only a few hours. DECKER and STAGGS decided to hitchhike to Florida, but at Texarkana, Texas, decided to go to Arkansas. They hitchhiked north on State Highway 71 to State Highway 70 and turned east toward Hot Springs. It was decided at that point to go to Oklahoma. DECKER and STAGGS walked through Dequeen, Arkansas and to a beer joint on the Oklahoma/Arkansas line. After leaving the beer joint, DECKER and STAGGS got involved in robbing and beating an elderly man and were arrested. DECKER did not know where Ada, Oklahoma was and said the last time he was in Oklahoma was about three months ago when he was arrested and jailed in Elk City, Oklahoma for shoplifting. At that time DECKER was hitchhiking from his home in Williston, Maine to California. DECKER left Maine on New Years Eve. DECKER denied any knowledge of the missing girl and stated he never had access to any vehicles, he always hitchhiked every place.

AGENTS' NOTE: It is this agents opinion that DECKER has no knowledge of the disappearance of HARAWAY, and that his statement is truthful as the facts of DECKER's travels over the last one and one-half weeks. It should be noted DECKER has a noticeable speech problem bordering on a stutter. A photograph of DECKER will be forwarded to Agent ROGERS for investigative purposes.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0030

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case CR#84-094 | Reporting Date: MAY 7, 1984 | Reporting Agent(s): GREG GLENN | | Received By |
|---|---|---|---|---|
| Offense ROBBERY/KIDNAPPING | | Case Agent ROGERS | Office MRO | Typed By pb  Date 05/10/84 |
| Subject (S)   UNKNOWN (V)   DONNA D'.NISE HARAWAY | | Activity INTERVIEW OF TERRY LYNN STAGGS | | |

On May 8, 1984, at 1500 hours, TERRY LYNN STAGGS,
white 7/22/59  SSN: 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, no current
add. interviewed by RUSSELL WELSH, Arkansas State
Police agent GLENN, and provided the following infor-
mation after being advised of his Miranda Rights.

STAGGS had been living in the Hollywood, Califor-
nia area during the winter and had hitchhiked to Dallas,
Texas about one month ago. At Dallas, STAGGS met BRUCE
DECKER at United Truck Stop in Dallas. DECKER and STAGGS
decided to hitchhike to Florida. In east Texas both decided
to travel to Arkansas. DECKER and STAGGS hitch   to
Texarkana, then into Arkansas. They turned west and hitchhiked
to the Oklahoma/Arkansas State line to a beer joint. Soon
thereafter they robbed and beat a man on May 5, 1984 and
subsequently were arrested south of Broken Bow, Oklahoma on
State Highway 259 by the McCurtain County Sheriff's Office,
and jail. 4. STAGGS did not know where Ada, Oklahoma was and
denied knowing anything about the HARAWAY girl. STAGGS said
he and DECKER had left Dallas within the last two weeks, but
could not give the exact date of departure.

AGENTS' NOTE:   STAGGS has a past criminal history including
a two year term in Ferguson State Prison in
Midway, Texas for auto theft. STAGGS has also been a resident
at several mental institutions in California. In interviewing
STAGGS it is apparent he does have some mental problems. Agent
LNN does not believe that STAGGS is involved in the HARAWAY
kidnapping and had infact not entered into Oklahoma until May
5, 1934  photograph of STAGGS will be forwarded to Agent
ROGERS for investigative purposes.

Leads

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0031

## OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT                    PAGE 1 OF 3

| Case:<br>CR #84-094 | Reporting Date:<br>MAY 11, 1984 | Reporting Agent(s):<br>SAM SPARKS | | Reviewed By: |
|---|---|---|---|---|
| Offense:<br>KIDNAPPING | | Case Agent:<br>GARY ROGERS | Office:<br>MRO | Typed By:<br>kc | Date:<br>05-15-84 |
| Subject:<br>(S) UNKNOWN SUBJECT(S)<br><br>(V) DONNA DENICE HARAWAY | | Activity:<br>LOCATING AND INTERVIEWING<br>REBECCA LYNN SCOTT | | | |

On May 8, 1984, Agent SAM SPARKS, Poteau, Oklahoma, received a request for assistance from Detective BARRETT, Police Department, Ada, Oklahoma, and Agent GARY ROGERS, Oklahoma State Bureau of Investigation, Ada, Oklahoma, to attempt to locate and interview REBECCA LYNN SCOTT regarding a purse belonging to her that had been found in a stolen vehicle being operated by FLOYD L. DEGRAW, who had been arrested in Shamrock, Texas, and charged with Abduction and Rape of a Female in Amarillo, Texas, just before his arrest. At the time DEGRAW was arrested, he was driving a stolen automobile from Detroit, Michigan, and SCOTT'S purse was in the vehicle, along with some identification papers from other females that were missing or had been assaulted.

On May 9, 1984, REBECCA LYNN SCOTT, White Female, Date of Birth: October 1, 1962, 604 Rogers Street, Poteau, Oklahoma, Telephone: 647-4798, was interviewed at her residence by Agent SAM SPARKS in the presence of her husband, HAMILTON SCOTT. REBECCA SCOTT related that she was originally from the Poteau, Oklahoma, area as well as her husband HAMILTON and during 1983 they lived in Oklahoma City, Oklahoma, at 2701 Southwest Thirty-Fifth Street and she worked at a Seven-Eleven Store Number Eighty-Three on South Walker Street, Oklahoma City, Oklahoma.

During the last part of January 1984 - the early part of February 1984, she and her husband were preparing to move from Oklahoma City back to Poteau, Oklahoma, and they set up and had a garage sale prior to moving. During the garage sale, they only had one negro family consisting of a husband and wife and three children, and a young sixteen or seventeen year old white male, that came into their home and would of had an opportunity to steal REBECCA'S purse. The negro family was only there for a few minutes looking around then left, the young white male was there almost everyday for several days and after she found her purse missing, he did not show up again. She describes the white male as about sixteen or seventeen year old,

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0032

CR #84-094
OFFENSE - KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE TWO


about five feet, eleven inches in height, 110 to 115 pounds.
He had a round baby face fair complexion, light long blonde
hair that was dirty looking and had indicated that he lived
with his father and had a grandfather either living with
them or lived nearby.

On second day of the sale, he came by riding a
bicycle that her husband bought the bicycle from the boy and
the next day he came back on another bicycle and wanted to
sell it. Her husband would not buy the second bicycle be-
cause he thought there was something wrong. The boy also
said he had some tools he would sell her husband, but her
husband would not buy anything further from him. The boy was
not in school and on the second day when he came around, he
had been beaten up and had black and blue marks on his face
and a patch on his forehead where he said his grandfather had
beaten him up. He told her he had to go to the Presbyterian
Hospital on North Lincoln Street and get stitches put in the
gash on his forehead, which she stated had a gash about two
inches long running up and down almost in the center of his
forehead.

The boy had a black, small, short haired dog that
followed him around all the time and he stated that he could
not part with the dog. She cannot remember his name, but
related that his first name was a common name that many
people use. She could not recall every hearing a last name
and related that besides coming by their residence, he hung
out at a store located at South Agnew and Thirty-Fourth
Street, which she could not remember the name of the store.

The boy told her at sometime while he was around
that he had lived in her neighborhood but had moved to the
south side of town and was planning on moving out of Oklahoma
City and she believes he may have been going to some place
in Texas.

SCOTT could give no information and has no idea
how her purse could wind up in the DEGRAW'S vehicle in
Shamrock, Texas, unless the young boy that she talked to took
it and it later came into possession of DEGRAW.

After her purse was stolen, she had all the credit
cards cancelled and her checking account closed out and the
bank notified the following day about the theft of the purse.
There was no cash money in the purse and nothing else of
value blank checks and credit cards. Since that time, nothing
has come back to her indicating that anyone had used the credit
cards or the checkbook.

OSBI  0033

CR #84-094
OFFENSE - KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE THREE


        SCOTT and her husband HAMILTON both stated that they
would be available for interview at any time in the future and
would like to help if they can.

OSBI  0034

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR #84-094 | Reporting Date: May 11, 1984 | Reporting Agent(s): DANCER | | | Reviewed By |
|---|---|---|---|---|---|
| Offense: KIDNAPPING/ROBBERY | | Case Agent: ROGERS | Office: MRO | Typed By: bm | Date: 5/21/84 |
| Subject: UNKNOWN | | Activity: Information from LEVERNON YOUNG | | | |

On May 11, 1984, LEVERNON YOUNG, Detective, Enid
Police Department, Enid, Oklahoma, Telephone #405/234-0400,
-d the following information:

YOUNG believes an Enid man, BILL DALE HILL, wM,
DOB: 10/11/57, SSN: 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, or 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, matches
the description of suspect #1. HILL is 5'9", 160 lbs.,
brown hair and hazel eyes. He possibly had his hair in a
ponytail a couple of weeks ago. HILL'S last known address
was 2527 N. Quincy in Enid (no such address). His father
lives at 111 W. Maine, Enid, Telephone #234-8311.

HILL was arrested on 8/23/7?-b Enid Police
for public drunk and curfew violation (posted $75 bond). HILL
is also into drugs. Prints are available.

OSBI Agent ROGERS was sent the photograph and
criminal history. (photo attached)

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

**OSBI  0035**

## OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT                    PAGE ____ OF ____

| Case: CR#84-094 | Reporting Date: MAY 16, 1984 | Reporting Agent(s): DALE SPARKS | | | Reviewed By |
|---|---|---|---|---|---|
| Offense: KIDNAPPING - MISSING PERSON | | Case Agent: G. ROGERS | Office: ADA R/O | Typed By: DKB 5/16/84 | Date |
| Subject: DONNA HARAWAY(V) | | Activity: INFORMATION RECEIVED FROM MARTY McGOWAN | | | |

On May 16, 1984, MARTY McGOWAN, white female, 211 Skylark Court, Norman, Oklahoma, telephone number: 364-4247, provided the following information telephonically:

McGOWAN was, at approximately 1100 hours this date, having coffee alone at a Howard Johnson's Restaurant on W. Main Street in Norman, Oklahoma. A white female entered the restaurant alone and went into the restroom for several minutes and left. She got into what McGOWAN thought was an off-white Trans-Am or Camero and left in an unknown direction. The tag was Oklahoma XBK-87. The white female was twenty to twenty-five years of age, according to McGOWAN, and wearing a blue top and white tight "short shorts". Her hair was dark, almost deep brown, and curly, past her shoulders. She was 5'3" to 5'5" and 110 - 115 lbs. McGOWAN felt certain she was the same person whose picture she observed recently in local newspapers as having been missing from an Ada convenience store. Prior to telephoning the OSBI, McGOWAN telephoned her observations to the Norman Police Dept. and said the officer told her to call the OSBI.

### AGENT'S NOTE:

A check of that tag came back as being a 1982 Pontiac Firebird registered to MELISSA ANN FRANKS, white female, DOB: 7-2-63, SSN: 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, of 4809 N. Miller, Oklahoma City, Oklahoma, 5'6", 120 lbs., and brown eyes.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI   0036



OSBI  0037

OSBI   0038

## OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE _____ OF _____

| Case | Reporting Date | Reporting Agent(s) | | | Reviewed By |
|------|----------------|--------------------|--|--|-------------|
| CR 84-094 | 5-25-84 | Jackie Roberts | | | |

| Offense | Case Agent | Office | Typed By | Date |
|---------|-----------|--------|----------|------|
| KIDNAPPING | G. ROGERS | MRO | hk | 5-25-84 |

| Subject | Activity |
|---------|----------|
| VICTIM: DONNA HARAWAY<br>SUBJECT: UNKNOWN | INVESTIGATIVE LEAD-<br>JOEL ALAN VANLEEUWEN<br>DOB: 11-9-56 |

On 5-24-84 OHP Trooper Tomi Tatum, Troop A, 682-4343 issued a citation to W/M subject JOEL ALAN VANLEEUWEN. Trooper TATUM found a picture of a W/F in VANLEEUWEN's truck which resembles DONNA HARAWAY.

TATUM provided the picture to Agent ROBERTS, a copy of VANLEEUWEN's Iowa Drivers License # L104925, and a copy of OHP citation # L103993. The above data was forwarded to Agent ROGERS on 5-25-84.

Leads

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0039

## OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT                    PAGE _____ OF_____

| Case:<br>CR#84-094 | Reporting Date<br>MAY 3, 1984 | Reporting Agent(s)<br>DARREL WILKINS | | | Reviewed By |
|---|---|---|---|---|---|
| Offense:<br>MISSING PERSON | | Case Agent<br>GARY ROGERS | Office<br>MRO | Typed By<br>DKB | Date<br>5/23/84 |
| Subject:<br>UNKNOWN | | Activity:<br>CITIZEN'S SIGHTING OF A GREY PRIMER COLORED<br>PICKUP | | | |

On Wednesday, May 2, 1984, a Mr. BILL REED, Home Telephone Number: 524-8433, reported to the OSBI that he had observed a grey primer colored pickup traveling between Edmond and Oklahoma City. The tag was in the back window and was T151-792. This truck had side pipes and was driven by a white male, about 5'9", 160 lbs., who had medium length brown hair.

Oklahoma License T151-792 is registered to a 1979 Ford Courier Pickup owned by WILLIAM or LORENE ETHERIDGE, P.O. Box 301, Edmond, Oklahoma.

AGENT'S NOTE:

A Courier is a small size imported pickup marketed by Ford. This differs from the description given by witnesses of a full size pickup.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0040