## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE ____ OF ____

| Case: CR#84-094 | Reporting Date: MAY 7, 1984 | Reporting Agent(s): DARREL WILKINS | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: MISSING PERSON | | Case Agent: GARY ROGERS | Office: MRO | Typed By: DKB | Date: 5/23/84 |
| Subject: UNKNOWN | | Activity: CITIZEN'S REPORT OF A GREY PICKUP | | | |

On May 4, 1984, at 1320 hours, Mrs. ARTHUR SILVERMAN, telephone number: 721-5743, Oklahoma City, Oklahoma, who resides ___ ___ Drive, Landsbrook Addition, reported that she had observed painters at a neighbor's residence driving a dull grey, older model, Fleetside pickup. The painter's first arrived on Thursday, May 3, 1984, at Mrs. STONE's residence, ___ Burnham Drive, Oklahoma City, Oklahoma, telephone number: 722-0170. Mrs. SILVERMAN reported that the license on this truck is Oklahoma T156-29_.

This license is registered to a 1974 Chevrolet Fleetside pickup owned by STEVE C. BARNES, 35_6 Garden Place, Oklahoma City, Oklahoma.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0041



OSBI 0042

R-84 (Rev. 6-29-71)

**FINAL DISPOSITION REPORT**

Leave Blank

Note: This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI Identification Division without final disposition noted thereon. If no final disposition is available to arresting agency, also obtain subject's right four finger impressions on this form, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: Director, FBI, Washington, D. C. 20537, Attention: Identification Division.

(See instructions on reverse side)

PAGE 1 OF 1

**FBI No.** 280362CA0

**Final Disposition & Date** (If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.)

05 15 83
CARRYING FIREARMS AFTER FELONY CONVICTI
DISPOSITION: PLED GUILTY AS CHARGED
SENTENCED:  5 YRS  0 DAYS
04 29 83
DRIVING W/LICENSE CANC., SUSP., REVOKED
DISPOSITION: DISMISSED
REASON: INSUFFICIENT EVIDENCE

**Name on Fingerprint Card Submitted to FBI**
Last: CARTER  First: JERRY  Middle: PAUL

If FBI No. Unknown, Furnish

Date of Birth: 07 21 57   Sex: M

Fingerprint Classification: 131000C108

**State Bureau No.** 50762eJ

**This Form Submitted By:** (Name, Title, Agency, City & State)

**Contributor of Fingerprints**

OK0100000 SO CARTER CO ARDMORE, OK

Signature _____ Date _____
Title _____

☐ CONSIDERED EXPUNGEMENT:
Return Arrest Fingerprint Card to Contributing Agency;
Certified or Authenticated Copy of Court Order Attached.

**Arrest No.** 083415   **Date Arrested or Received** 04 05 83

**Offenses Charged at Arrest**
5202 CARRYING CONCEALED
7999 TRAFFIC OFFENSE (FREE TEXT)

Right Four Fingers Taken Simultaneously

OSBI
THIS INFORMATION IS FURNISHED TO
_Jackie Roberts_ OSBI
Date Released: 5-31-84   Initial: JR

OSBI 0043

DATE RELEASE _____



## OKLAHOMA STATE BUREAU OF INVESTIGATION
### IDENTIFICATION DIVISION
P.O. BOX 11497
OKLAHOMA CITY, OKLAHOMA

Page

OSBI #507626

FBI # 280 362 CA0

The following OSBI record is furnished for Official Use Only. Information shown on this identification record represents data furnished OSBI by fingerprint contributors. Where Disposition Data is not shown or further explanation of charge or disposition is desired, communicate with agency contributing those fingerprints. This information is complete and accurate to the maximum extent feasible as of the date of dissemination. It should not be considered valid ninety days after its release. Use and further dissemination of this information is restricted. CIVIL AND CRIMINAL PENALTIES EXIST FOR MISUSE.

| CONTRIBUTOR: IDENTIFIER (ORI) NAME CASE NUMBER (OCA) | SUBJECT: NAME | ARRESTED OR RECEIVED | C - CHARGED D - DISPOSITION |
|---|---|---|---|
| OK0350000 SO Tishomingo, OK #--- | CARTER, Jerry Paul | 3-30-83 | C-Armed Robbery D-Jailed |
| OK0100000 SO Ardmore, OK 83-465 | CARTER, Jerry Paul | 4-5-83 | C-Fel Carry F/A C-DUS |
| OK0550250 Dept of Corr Okla City, OK 33168 | CARTER, Jerry Paul | 10-11-83 | C-Robb w/Firearms D-10 Years |

OSBI THIS INFORMATION IS FURNISHED TO
_____
Date Released _____ Initial _____

tj tj

OSBI 0044

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

| Case: CR84 094 | Reporting Date: 5-31-84 | Reporting Agent(s): J. Roberts | | Reviewed By: |
|---|---|---|---|---|
| Offense: KIDNAPPING | | Case Agent: GARY ROGERS | Office: MRO | Typed By: HK   Date: 5-31-84 |
| Subject: VICTIM: DONNA HARAWAY SUBJECT: UNKNOWN | | Activity: INVESTIGATIVE LEAD-JERRY PAUL CARTER | | |

On 5-31-84, Chief HUTCHINS, Tishomingo Police Department, 405-37_-2319 advised a relative, JERRY PAUL CARTER, DOB: 7-1-57 resembled the composite drawing # 1 of the suspect involved in the abduction of HARAWAY.

OCIC clerk JUDY RUTHERFORD provided the Drivers' License and Criminal Records Data. A copy of the records and photograph are included in this report.

JERRY PAUL CARTER is a White Male, Social Security Number 447 60 9947, Date of Birth: July 1, 1957, 6'0" in length, and 140 pounds in weight. His Oklahoma drivers license # 447 60 9947, expired in 1979 and is also under suspension. CARTER Oklahoma Criminal record # 507676 reflects a conviction for Robbery with firearm and carrying a concealed firearm.

Authorities at the Stringtown Correctional Facilities, 405-346-7301, advised CARTER has been incarcerated there since October 28, 1983 and does not receive any passes.

His case worker is Mr. WALTER HAMILTON.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0045

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR#84-049 | Reporting Date: May 21, 1984 | Reporting Agent(s): RICK ZIMMER AND JOHN GREGG | | Reviewed By: |
|---|---|---|---|---|
| Offense: ROBBERY/KIDNAPPING | | Case Agent: GARY ROGERS | Office: MRO | Typed By: saa | Date: 5-29-84 |
| Subject: DONNA DENISE HARAWAY (V) | | Activity: INFORMATION FROM DON MILLARD, JACKSON CO. | | |

On May 19, 1984, Jackson County Deputy DON MILLARD received an anonymous telephone call with information about Suspect #1 in the HARAWAY kidnapping.

The caller said he had given a ride to a white male to the Lawton Bus Station a few days ago (week of May 14-18). The caller thought the man's name was ROBERT (LNU). ROBERT (LNU) told the caller he lived near the bus station with a woman. The caller did not say where he picked the man up. The caller did say that ROBERT (LNU) was Suspect #1 in the composite drawings.

MILLARD did not recognize the caller's voice. MILLARD was sure the telephone call was a local call.

On May 24, 1984, Agent GREGG met with RONNIE SMITH, Lawton Police Detective, Vice Division, and briefed SMITH on the abduction of HARAWAY and subsequent anonymous information that the suspect might have been located in the Lawton area. SMITH stated that he would focus his attention near the bus station area and would also speak with several of his people in that area. A photograph of the victim and copies of the composite drawings of the suspects were given to SMITH.

*corrected case #*

*6-11-84*

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0046

## OKLAHOMA STATE BUREAU OF INVESTIGATION
### INVESTIGATIVE REPORT

| Case: CR#84-094 | Reporting Date: May 21, 1984 | Reporting Agent(s): RICK ZIMMER | Reviewed By: |
|---|---|---|---|
| Offense: ROBBERY/KIDNAPPING | Case Agent: GARY ROGERS | Office: MRO | Typed By: mdm  Date: 5-21-84 |
| Subject: DONNA DENISE HARAWAY (V) | | Activity: INFORMATION FROM DON MILLARD, JACKSON COUNTY DEPUTY | |

On May 19, 1984, Jackson County Deputy DON MILLARD received a anonymous phone call with information about suspect number ___ the HARAWAY kidnapping.

The caller said he had given a ride to a white male to the Lawton Bus Station a few days ago (week of May 14 - 1_). The caller thought the man's name was ROBERT. ROBERT (LNU) told the caller he lived near the bus station with a woman. The caller did not say where he picked the man up. The caller did say that ROBERT (LNU) was suspect number one in the composite drawings.

MILLARD did not recognize the caller's voice. MILLARD was sure the phone call was a local call.

*Corrected Case #*

*Wrong #*

*6-11-84*

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0047

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR #84-094 | Reporting Date: JUNE 11, 1984 | Reporting Agent(s): JOE HOGAN | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: ROBBERY AND MISSING PERSON | | Case Agent: GARY ROGERS | Office: MRO | Typed By: kc | Date: 06-13-84 |
| Subject: (S) UNKNOWN SUBJECT(S) | | Activity: | | | |
| (V) DONNA DENICE HARAWAY | | | | | |

On May 4, 1984, Seminole County Deputy Sheriff JOE CRAIG reported that he had seen a primer gray, late 1960 - early 1970, pickup truck parked at a residence northeast of Seminole. The truck had a Missouri tag, numbered JS-2149.

On May 22, 1984, Agents JOE HOGAN and RICK SWIAT met Deputy CRAIG in Seminole. CRAIG said that the gray primered truck was parked in the parking lot of the Seminole Western Sizzlin Restaurant and JERRY MILLIGAN owned the truck.

HOGAN and SWIAT interviewed MILLIGAN, who said that from 1700 to 2330 hours on April 28, 1984, he worked at the Western Sizzlin Restaurant. A time card for MILLIGAN showed that MILLIGAN worked from 1700 to 2305 hours on April 28, 1984, and the manager of the restaurant said that once employees clocked in for work, the employee did not leave the building until his work shift was completed.

*a copy has been mailed to Case Agent Gary Rogers.*

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0048

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

| Case: CR #84-094 | Reporting Date: June 4, 1984 | Reporting Agent(s): DANCER | | Reviewed By: |
|---|---|---|---|---|
| Offense: KIDNAPPING/ROBBERY | | Case Agent: ROGERS | Office: MRO | Typed By: bm | Date: 6/12/84 |
| Subject: UNKNOWN | | Activity: Request from Agent SWIAT, Interviews of MONTY LEE SWENN, MACHELL MAHAFFEY, DAVID ANDERSON, JERRY SCHRODER, and BILLY DALE HILL | | |

VICTIM: DONNA HARAWAY

On May 21, 1984, OSBI Agent DICK SWIAT, McAlester, OK, Telephone #918/423-6672, requested this Agent to contact Detective RAY KUKOO, Enid Police, about two subjects that match the composites. These two are GARY CODY PARSONS, WM, DOB: 3/17/64, and MONTY LEE SWENN, WM, DOB: 12/11/63, both of Enid. SWIAT wanted these two interviewed as to their whereabouts on April 28, 1984.

On May 21, 1984, MONTY LEE SWENN, WM, DOB: 12/11/63, 1822½ N. 2nd, Enid, Oklahoma, Telephone #display 3999, provided the following information:

SWENN works at the Enid Beauty College, 1601 East Broadway, Enid, Oklahoma, Telephone #237-6677.

SWENN believes he was in Stillwater that night watching a local Enid band perform for some fraternity. SWENN was with his girlfriend, MACHELL MAHAFFEY. SWENN also spoke with two of the band members, DAVID ANDERSON and JERRY SCHROEDER. GARY PARSONS was also at the dance. SWENN was charged with DUI in January in Enid, so he does not drive anymore. MAHAFFEY was driving that night and has a 1980 white Mustang. SWENN does own a brown Ford LTD, but his foster parents, TERRY JONE, 5513 Arrowhead, Enid, Oklahoma, Telephone #234-3003, have the car.

SWENN has never been to Ada and does not know anyone who drives a pickup. SWENN has his hair cut in a shag (short in front, shoulder length on sides and back) with a blonde streak down the back. The blonde has been there since the week of April 14, 1984.

SWENN advised he would take a polygraph.

On May 21, 1984, MACHELL MAHAFFEY, WF, DOB: 5/15/60, 1702 E. Cherokee, Enid, Oklahoma, Telephone #237-2853, provided the following information:

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0049

CR #84-094
Interviews
Page 2

    MAHAFFEY works for Showboat Youth Fashions, Sunset Plaza, Enid, Oklahoma, Telephone #237-4379.

    MAHAFFEY has known SWENN three years. She and SWENN left the 28th of April around 1900 hours to "The Lighthouse" in Stillwater in her white 1980 Mustang. They left the dance around 0100 to 0200 hours on Sunday, April 29th. She saw the people in the band, SHELLEY (LNU) who works at the Hair Machine, and JANA KING, who works at Dillards. GARY PARSONS was also there.

    On May 25, 1984, DAVID ANDERSON, WM, DOB: 8/7/64, SSN: 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, 2718 Constitution, Enid, Oklahoma, Telephone #234-0897, provided the following information:

    ANDERSON remembers playing at a club in Stillwater during the last weekend in April. He is not sure of the time they arrived or left, but both SWENN and PARSONS were at the dance.

    On May 25, 1984, JERRY SCHROEDER, WM, DOB: 11/9/64, SSN: 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, 3102 Willowbrook, Enid, Oklahoma, Telephone #234-3028, provided the following information:

    SCHROEDER is the leader of the band and stated they played at a bar in Stillwater on the 27th and 28th of April. SCHROEDER knows for sure PARSONS and SWENN were there Satruday night (4/28/84). They left around 0130 hours. He also believes they were there Friday night (4/27/84).

    <u>Agent's Note</u>: Been unable to contact PARSONS, but will keep trying if you think it is needed.

    On May 26, 1984, this agent contacted OSBI Agent SWIAT and advised him of the above information. SWIAT requested to find BILL HILL and interview him.

    On June 4, 1984, BILLY DALE HILL, WM, DOB: 10/11/57, SSN: 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, 2832 N. Madison, Enid, Oklahoma, provided the following information:

    HILL has no phone or job and can be contacted through his mother, NORMA HILL, 254 W. Quincy, Enid, Oklahoma, Telephone #234-8165.

    HILL thinks he was working for an A.C. FORD 2602 N. Quincy. FORD is an elderly man who is crippled and HILL helps him around the house.

    HILL does not know if he was with anyone that night, but does know he was in town. He does not have a car; his only method of travel is a 10-speed bicycle. HILL sometimes borrows his brother's girlfriend's car, '60 model

OSBI 0050

CR #84-094
Interviews
Page 3

Ford, light brown, to go to the store, but he does not have insurance, so he usually rides his bike.

HILL thinks he has been to Ada once, maybe six to seven years ago, but he is not sure.

HILL has long brown hair, to the middle of his back : a mustache and goatee.

HILL advised he would take a polygraph if needed.

<u>Agent's Note</u>:  . check with FORD and HILL did not   k on the 28th.



OSBI  0051

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR #84-094 | Reporting Date: MAY 31, 1984 | Reporting Agent(s): TOMMY GRAHAM | | | Reviewed By: BY |
|---|---|---|---|---|---|
| Offense: ROBBERY AND MISSING PERSON | | Case Agent: GARY ROGERS | Office: MRO | Typed By: kc | Date: 06-13-84 |
| Subject: (S) UNKNOWN SUBJECT(S) (V) DONNA DENICE HARAWAY | | Activity: RUSSELL CHANDLER LEAD | | | |

On May 21, 1984, Seminole County Deputy Sheriff BART STINSON contacted Agent GARY ROGERS and provided the following information:

A couple of years ago, the Seminole County Sheriff's Office, Wewoka, Oklahoma, handled RUSSELL CLEVE CHANDLER, White Male, Date of Birth: June 15, 1957, on Larceny charges. In 1979, CHANDLER had been convicted in Oklahoma County District Court for Kidnapping and Rape. CHANDLER resembled one of the composite sketches circulated in the DONNA HARAWAY case and STINSON recently learned that CHANDLER is out of the penitentiary on parole.

On May 21, 1984, Agent GRAHAM contacted WILLIE WATKINS, Supervisor, Probation and Parole Office, McAlester, Oklahoma. WATKINS provided the following information:

RUSSELL CLEVE CHANDLER, DOC Number: 102982, was convicted in 1979 in Oklahoma County District Court of First Degree Rape. CHANDLER received a ten year sentence (six in and four out). CHANDLER was paroled from the Department of Corrections on March 13, 1981. CHANDLER was removed from supervisory parole on November 22, 1983. At that time he was living at 9 0 East Madison, McAlester, Oklahoma, and was working at the R & S Conoco, Main and Seminole, McAlester, Oklahoma. CHANDLER'S last known vehicle was in 1983, blue Honda passenger car.

On May 22, 1984, Agent GRAHAM contacted RICHARD GERMAN, owner R & S Conoco, McAlester, Oklahoma. GERMAN provided the following information:

RUSSELL CLEVE CHANDLER was still employed by GERMAN as a service station attendant. CHANDLER drives a Grand Prix passenger car and lives on East Chickasaw in McAlester. GERMAN closes his service station at 3:00 P.M. on Saturdays.

Leads: CC has been mailed to Agent H. Rogers

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0052

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 3

| Case: CR #84-094 | Reporting Date: MAY 31, 1984 | Reporting Agent(s): TOMMY GRAHAM | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: ROBBERY AND MISSING PERSON | | Case Agent: GARY ROGERS | Office: MRO | Typed By: kc | Date: 06-12-84 |
| Subject: (S) UNKNOWN SUBJECT(S) (V) DONNA DENICE HARAWAY | | Activity: TRACING OF PROPERTY FOUND IN CAR DRIVEN BY FLOYD DEGRAW | | | |

On May 23, 1984, Agent GARY ROGERS assigned Agent ... to attempt to trace down two items of property that were found in a vehicle driven by FLOYD DEGRAW when he was arrested in Amarillo, Texas, in the early part of May 1984. One item was a container of baby powder with a prescription attached to it from the Veteran's Administration Medical Center, Oklahoma City, Oklahoma, Prescription Number: 04546, Dated: 01-20-84, Issued to: J. PAULSON, By: Doctor PARRISH.

On May 24, 1984, Agent GRAHAM contacted DARRELL McKEOWAN, Pharmacist, Veteran's Administration Medical Center, Phone Number: (405) 272-9876, Extension 5475. McKEOWAN provided the following information:

The above described container of baby powder was issued on January 20, 1984, to JERALD PAULSON, ... South Main, Newkirk, Oklahoma.

On May 25, 1984, the Dispatcher from the Newkirk Police Department reported that the address 416 South Main, Newkirk, Oklahoma, was that of HAZEL WOOD, the Kay County District Court Clerk.

On May 25, 1984, Agent GRAHAM phoned HAZEL WOOD at Phone Number (405) 362-3350, WOOD provided the following information:

JERALD PAULSON, White Male, Date of Birth: July 12, 1922, was adopted by WOOD'S aunt and uncle when he was an infant. PAULSON was raised in the Newkirk, Oklahoma, area. PAULSON was an alcoholic, who frequently traveled throughout the country by hitchhiking. The last contact that WOOD had with PAULSON was around last Christmas when PAULSON was in the Veteran's Administration Hospital in Oklahoma City. PAULSON did not maintain a permanent address and WOOD did not know how to contact PAULSON.

Leads: CC: Has been mailed to case agent A. Rogers

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0053

```
CR #84-094
OFFENSE - ROBBERY AND MISSING PERSON
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE TWO
```

On May 25, 1984, NCIC Clerk JUDY RUTHERFORD reported that JERALD PAULSON, White Male, July 12, 1932, had a lengthy arrest record according to the OSBI files. PAULSON'S last arrest reflected on OSBI files was in the early 1970's. PAULSON'S arrest record reflected various minor felony arrests throughout the country over the last twenty years.

The second item of property to be traced from DEGRAW'S car was a green, military type, duffle bag, with the following information stenciled on it:

"B.E. BARBER  SSN 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"

A cigarette lighter was found inside the duffle bag bearing the following inscription:

"USS JONAS INGRAM  BRIAN  MARIE and MICHAEL"

On May 24, 1984, an NCIC Criminal History Check of BRIAN E. BARBER revealed the following information:

BRIAN E. BARBER, White Male, Date of Birth: November 6, 1960, 5'9", 130 pounds, brown eyes, brown hair, FBI Number: 154954W5, Social Security Number: 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, POB: Michigan, Address: USS Jonas Ingram, United States Navy, May Port, Florida, was arrested on July 2, 1980, for Disorderly Conduct and Intoxication at Jacksonville Beach Police Department, Jacksonville Beach, Florida.

On May 25, 1984, Agent GRAHAM phoned the United States Navy, Records Section, Washington D.C  Phone Number: (202) 694-2983 and talked to Seaman OLIVER. Seaman OLIVER provided the following information:

BRIAN E. BARBER, Social Security Number: 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, was discharged from the United States Navy on July 26, 1984. At the time of BARBER'S enlistment, BARBER'S parents, name and address were: Mr. and Mrs. LESTER L. BARBER, 4207 Costa Ne Grand Rapids, Michigan, Zip: 49504. BARBER'S wife's name and her last known address was MARIE A. BARBER, Maiden Name: LOUDEN, Address: 120 May Port Road, Lot Five, Atlantic Beach, Florida. MARIE LOUDEN BARBER'S father's name and address was DAVID LOUDEN, Box 165, Laurens, New York, Zip: 13796.

On May 26, 1984, Agent GRAHAM phoned Mrs. DAVID LOUDEN, Phone Number: (607) 432-2699. Mrs. LOUDEN provided the following information:

CR #84-094
OFFENSE - ROBBERY AND MISSING PERSON
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE THREE

Mrs. LOUDEN'S daughter, MARIE BARBER, was married to BRIAN BARBER.

the summer of 1982, BRIAN told MARIE that he was scheduled to take a six month tour on a ship. However, MARIE later found out that BRIAN discharged from the Navy and MARIE has          from BRIAN since that time.

On May 26, 1984, Agent GRAHAM telephonically talked to M*k. & A. BARBER in Laurens, New York. MARIE provided the following information:

In July of 1982, BRIAN told MARIE that he was scheduled to take a six month tour on a ship. MARIE, who was pregnant, went to Laurens, New York, to live with her parents until BRIAN'S return. MARIE had her baby in New York and then later found out that BRIAN had discharged from the United States Navy without contacting her. MARIE has not had any contact with BRIAN since that time. BRIAN'S parents have moved to the following address: 3632 Lake Bay Shore Drive, Bradenton, Florida, Zip: 33505.

On May 31, 1984, Agent GRAHAM phoned Mrs. LESTER BARBER at Bradenton, Florida, Phone Number: (813) 753-7761. Mrs. BARBER provided the following information:

Mrs. BARBER has not seen or heard from her son BRIAN for a "long time". BRIAN drifts from town to town doing nothing. BRIAN frequently travels by hitchhiking. Mrs. BARBER recently talked to BRIAN'S sister, KATHY HARBERS, in Lawton, Oklahoma, Phone Number: (405) 536-4168. KATHY told Mrs. BARBER that BRIAN was at her house in Lawton during the early part of May 1984. BRIAN was carrying only a small nap sack and he mentioned to KATHY that he had lost his duffle bag. KATHY refused to let BRIAN stay at her house with her and he left.

On May 30, 1984, Mrs. BARBER talked to her nephew, who told her that the nephew had seen BRIAN in Grand Rapids, Michigan, during the week of May 20 thru May 26, 1984. Mrs. BARBER did not have any idea who BRIAN could be staying with in Michigan or whether BRIAN was still in Michigan or not.

AGENT'S NOTE

During Agent GARY DAVIS' interview of FLOYD DEGRAW, DEGRAW said that he had picked up a hitchhiker named BRIAN in New Mexico or Arizona and took him to some place in Texas. BRIAN had mentioned to DEGRAW that he was traveling to Florida.

OSBI 0055

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE ____ OF ____

| Case | Reporting Date | Reporting Agent(s): | Reviewed By: |
|---|---|---|---|
| CR #84-094 | June 6, 1984 | DALE SPARKS | |
| Offense | | Case Agent | Office | Typed By | Date |
| MISSING PERSON | | G. ROGERS | MRO (Ada) | bsh | 6/6/84 |

Subject: (V) DONNA D. HARAWAY

Activity: INTERVIEW OF CYNTHIA ELIZABETH WILLSON BRUCE

On June 5, 1984, CYNTHIA ELIZABETH WILLSON BRUCE, WF, DOB: 8/27/61, commercial chauffeur's license #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, 725 S.W. 17th, Moore, Oklahoma, telephone 794-3021, provided the following information:

BRUCE has lived at this address for three years with her husband, JOHN BRUCE, JR. He does own a van bearing Oklahoma license XBT-139. The van was white in color, but three to four weeks ago it was painted black by her father, WILLIAM WILLSON, Box 4, Route 461, Seminole, Oklahoma. The elder WILLSON is approximately 48 years of age, is a white male, and is employed at Kelsey Hayes Axle Company in Seminole as a forklift operator. The van was purchased by BRUCE in June 1982 from BOB and MARTY DESHIELDS, 6934 N.W. 16th, Oklahoma City 73127. The DESHIELDS have a musical group called "The Phoenix" and have played at the Liberty Club in Shawnee and another club in Ada, the name of which BRUCE does not know.

JOHN BRUCE, JR. does not take the van anywhere that CYNTHIA is not aware of, and nobody else uses his van for any reason. In January or February of 1984, BRUCE installed a stereo in the van, and prior to that time, he always kept it unlocked. CYNTHIA BRUCE feels it is possible that the DESHIELDS brothers may have retained a key to the van and possibly could have taken it and used it for any length of time without her husband's knowledge, but she knows of no specific incidents where such activity occurred. She and her husband have never suspected such an incident as having ever taken place. JOHN BRUCE, JR. is employed full time and has been for the past three years at Garret Brothers Trucking Company, 13900 S. Meridian, Oklahoma City. He works or is on call seven days weekly and CYNTHIA feels certain he was at work both on November 30, 1983 and April 28, 1984. She is certain that he was never involved in any rape or kidnapping and said she has 'tabs' on her husband constantly.

CYNTHIA and her husband did own a small pit bull dog at one time but sold it approximately a month ago. She did recall having been stopped in her vehicle, a 1972 2-door Oldsmobile,

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION



OSBI 0056

CR #84-094
Cynthia Bruce
Page 2

CLL-149, in Tecumseh and did have the dog with her at that time. Also, at the time of her traffic stop, JOHN BRUCE, JR. was driving in front of her in the white van.

Agent's Note:   NCIC checks on June 5, 1984 revealed no criminal history on CYNTHIA BRUCE.

On June 5, 1984, LARRY HARRIS, Manager, Garrett Brothers Trucking Company, 13900 S. Meridian, Oklahoma City, advised JOHN BRUCE, JR. worked the following dates and

| | | |
|---|---|---|
| 11-29-83 | 0500 - 2000 hours | |
| 11-30-83 | 0700 - 1700 hours | |
| 12-01-83 | 0800 - 0400 hours | 12-2-83 |
| 4-28-84 | 0900 - 1500 hours | |

All of BRUCE'S work time would have been spent driving a truck locally for the company.

OSBI  0057

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 10

| Case: CR #84-094 | Reporting Date: MAY 31, 1984 | Reporting Agent(s): GARY ROGERS | | | Reviewed By |
|---|---|---|---|---|---|
| Offense: ROBBERY AND KIDNAPPING | | Case Agent: GARY ROGERS | Office: NRO | Typed By: kc | Date: 06-22-84 |
| Subject: (S) UNKNOWN SUBJECT(S) (V) DONNA DENICE HARAWAY | | Activity: INTERVIEW OF KAREN SUE WISE INTERVIEW OF GENE WHELCHEL INTERVIEW OF DAVID ALAN TIMMONS INTERVIEW OF LENNY LEWIS TIMMONS INTERVIEW OF STEVE HARAWAY INTERVIEW OF SHEILA DAWN TURNER INTERVIEW OF GERALD DONALD LYNCH | | | |

On April 30, 1984, KAREN SUE WISE, White Female, Date of Birth: August 13, 1959, Social Security Number: 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, Home Address: 223½ West Thirteenth, Apartment Number Seventeen, Ada, Oklahoma, Home Telephone Number: (405) 436-1452, Business Telephone: (405) 332-4426, was interviewed by Agent ROGERS at the Ada Police Department and she provided the following information:

WISE has been employed at ___'S Convenient Store in Ada, Oklahoma for approximately two months.

On April the 28th, 1984, she was working the 3:00 P.M. to 11:00 P.M. shift on Saturday night. Also working with her was GENE POORMAN, who worked at the store until 2000 hours. WISE said that around 1915 hours, two white males came into the store and asked to use the telephone, but she wouldn't let them because it was a business phone. The subjects then asked for two dollars worth of quarters to play the pool table with. She described the subjects as follows:

    (1)  White Male
           Dishwater Blonde Hair
           Light Colored Eyes
           5'7" to 5'8" tall
           130 to 145 pounds
           Early Twenties
           Possibly Acne Scars on Cheek Bones
           Hair Neat, recently Cut
           Light Colored Tee-Shirt
           Faded Blue Jeans
           Tennis Shoes

    (2)  White Male
           Approximately 6' tall
           Early Twenties

Leads:

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE TWO

       (2) Continued

           Sandy Brown Collar Length Hair
           Slender Build
           Possibly Blue Eyes
           Kid Face
           Possibly Some Facial Hair o
           Upper Lip
           Protruding Adam's apple
           Fairly Neat
           Light Blue Tee-Shirt, With
           Possible Small Design on Right
           Side
           Blue Jeans (Possibly New)
           Possibly Wearing Tennis Shoes

    According to WISE there is a possibility that the subjects left and came back a second time, a short time later, which she was in the store by herself. She feels that GENE POORMAN had already left and it was shortly thereafter that the two subjects came in again. Both subjects stopped again, the second time, and got two more dollars worth of quarters for the pool table and the game room, and also bought one small bottle of coke.

    WISE stated that she got busy and noticed that they were standing in the check out line and the tall subject bought a six pack of tall boy Budweiser beer. She asked him if he wanted it in a sack and he told her "No they would drink it on the road and it would be gone too fast". They then told her they would see her on the other side (meaning the package store which was connected to the convenient store).

    Upon entering the Package Store, the tall subject asked her where the wine was and she showed them. As best as she could recall, they bought a half a gallon of red Reunite wine. The reason she remembered this was because she had trouble putting it into the sack. They left the store and went to their pickup, which was described as an older model pickup, possibly with a step side, short bed, light color spots on the driver's side door and bed. Also having a darker color, possibly reddish-brown primer on it. She said that most of the pickup, as best she could recall, was primered and possibly had wide back tires and possible had light exhaust.

    She said that the subjects left the store headed toward the west toward town, possibly the vehicle being driven by the tall subject. She also said that she thought both the taillights were working and it possibly had Oklahoma license plates

OSBI 0059

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE THREE

on it. WISE said that she thought the subjects looked familiar to her but she couldn't be sure, she thought possibly they had been in the store the week before. She said that when they came in the store the first time, the week before, she said that she thought they had come in to play pool after it had gotten dark outside and that they were possibly driving the same pickup. They again bought a six pack of tall boy Budweiser beer and at that time she said she checked the tall subject's driver's license and she feels that he was possibly twenty-four years old or close to it. She said that the reason she recalls this is because it was similar to her birthday. She said that she believes the driver's license possibly had a Stonewall, Oklahoma, address on it, but she couldn't be sure.

AGENT'S NOTE

It should be noted that J.P.'S Convenient Store is located approximately two blocks east of the McAnally's Convenient Store and that WISE was the individual who gave the information for the composite drawings regarding this case. It should further be noted that after Agent PRATT made the composite drawings of the suspects in this case that they were shown to three additional witnesses who were at the McAnally Store and they said that the number two subject in the composite or the blonde headed one looked similar to the individual they saw at the McAnally Store.

---

On April 30, 1984, Agent R____ interviewed GENE WHELCHEL, White Male, Date of Birth: October 6, 1945, Social Security Number: 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, Home Address: Route Four, Box 306, Ada, Oklahoma, employed by the Oklahoma State Highway Department, Business Telephone Number: (405) 332-2094, Home Telephone Number: (405) 332-2955.

On April 28, 1984, WHELCHEL advised that he was alone in his pickup and his two nephews, DAVID and LENNY TIMMONS, were following him in their car. WHELCHEL stated that they pulled into McAnally's Convenient Store on West

OSBI 0060