CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE FOUR


Arlington Boulevard and parked on the west end of the convenient
store and his nephews pulled in beside him.  WHELCHEL advised
that he stayed in his pickup and his nephew DAVID stayed in the
car, while his other nephew LENNY went inside McAnally's to get
some charge.  WHELCHEL had company at his house and they were
expecting him back pretty soon and as he looked at his watch he
noticed that it was 2045 hours.

WHELCHEL said that he waited for his nephew for ap-
proximately five minutes and noticed him come to the front door
and open and close it a couple of times apparently to activate
the door buzzer because he could not find a store clerk.  It
was at that time that he was summoned by his nephew to come in-
to the store because the store clerk was missing and the cash
register was left open.  WHELCHEL said it was at that time that
they notified the police.

WHELCHEL said while sitting in his pickup waiting for
his nephew to come back outside, he observed a light colored,
full size pickup, possibly early 70's model, and he was pretty
sure that it was not a narrow bed type pickup setting in the
driveway of the convenient store between the gas pumps and the
front door of the store, facing east.  WHELCHEL said when they
first pulled in the convenience store he observed two people
come out of the convenience store and get into the pickup and
the pickup drive off.  He described the one subject as being a
white male, approximately 5'8" tall, 150 pounds, blonde hair,
possibly ear length, being twenty to twenty-five years of age,
appearing to be dressed neatly and possibly wearing tan or
white jeans.  WHELCHEL said that the white male subject was
accompanied by a white female, close to the same height as the
subject and possibly fitting the same physical appearance as
the missing store clerk DONNA HARAWAY.

WHELCHEL said that he was vaguely familiar with the
HARAWAY girl because he had stopped in at the convenient store
on a couple of occasions when she was working her shift.

WHELCHEL could offer no further information concern-
ing the description of the vehicle or either one of the subjects
that came out of the store at this time.

OSBI  0061

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE FIVE

On May 1, 1984, Agent ROGERS interviewed DAVID ALAN
TIMMONS, White Male, Date of Birth: June 28, 1967, Home
Address: 405 North Norman, Moore, Oklahoma, Home Telephone
Number: (405) 794-0687.  TIMMONS is a Junior at Moore High
School.

TIMMONS advised that on May 28, 1984, he was riding
in a car with his brother LENNY,  following his uncle GEORGE
WhELCHEL and they stopped at McAnally's Convenient Store on
Arlington, between 2030 and 2045 hours.  After pulling into
the convenient store, they parked on the west edge next to the
telephone on the outside.  TIMMONS said that he stayed in the
car and his uncle stayed in his pickup, while his brother went
inside the store to get some change.  While sitting there
TIMMONS observed the back end of a possibly 1972 Chevrolet
pickup, possibly being a dull dark blue, with gray primer spots
and he thought that it was a conventional straight side type
pickup.  He said the pickup was parked between the gas pumps
and the front door of the store  facing east.

As he was sitting there, he observed a white male,
short stocky build, dishwater blonde hair, with the hair being
cut a little shorter than ear lobe length, coming out of the
store and he was being accompanied by a white female, which he
said looked similar to the photograph of the store clerk which
he was shown.  As best as TIMMONS could remember, the white
male possibly had his arm around the female's waist and she was
between him and the white male subject that she was walking out
with.

TIMMONS said that they immediately got into the
passenger side of the pickup and the pickup pulled away from
the store and headed east on the four lane.  TIMMONS said that
the female didn't appear to be afraid or apprehensive about
getting into the pickup and that he didn't notice anything
unusual during the short time that he observed them.  TIMMONS
said that the female individual got into the pickup first with
the subject who was accompanying her get in behind.  TIMMONS
said that he did not observe a second individual who was driv-
ing the pickup.

TIMMONS said he could not recall anything unusual
about the pickup, as far as loud exhaust, bumper stickers or
window stickers,  concerning the pickup.  He said that he
doesn't think that he would be able to recognize the white male
individual that came out of the store if he ever saw him again.

OSBI  0062

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE SIX


On May 1, 1984, Agent ROGERS interviewed LENNY LEWIS TIMMONS, White Male, Date of Birth: September 8, 1959, Social Security Number: 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, Home Address: 604 North Morgan, Moore, Oklah... . TIMMONS is employed as Radiologist at Presbyterian Hospital. in Oklahoma City, Business Telephone Number: (405) 271-7460, Home Telephone: (405) 799-3136.

... ...j advised that on May 28, 1984, he and his young.. br... .er were visiting his uncle, GEORGE WHELCHEL, in Ada, Oklahoma, and while enroute to their uncle's house, he and his brother, DAVID riding in LENNY'S car, were being followed by their uncle, GEORGE WELCHEL, who was driving his pickup. They needed to stop at the convenience store, known as McAnally's, to get some change. And when they pulled in the convenience store they parked on the west end of it. LENNY TIMMONS got out of the vehicle and his br... DAVID stayed inside, and his ur. le, GEORGE WHELCHEL, staye. in the pickup truck, which he was driving.

As TIMMONS was going from his vehicle to the store, he observed a white male, approximately 5'8" tall, medium build, with blonde hair cut to about the middle of the ear, exit the front door of the store, accompanied by a white female, who was approximately the same height with blonde curly hair  coming down to just about her shoulders, get into an older, late 60's or early 70's model pickup, which had been parked between the gas pumps and the front door of the store and leave.  TIMMONS said that the two individuals got in on the passenger side and he did not notice the driver of the vehicle.

TIMMONS said he went in the store and noticed that there was no one behind the counter. And so at this time he look...d around the store for the attendant, but could find no one.  He said as he was returning to the front portion of the store, he observed the cash register drawer being opened and all the money, except for the one's and the change missing. It was at this time that TIMMONS summoned his uncle and brother into the store and called authorities.

Also during the questioning concerning the subject and his description, TIMMONS said that he was possibly wearing a light colored tee-shirt and faded blue jeans.

TIMMONS could offer no further information regarding the individuals that he saw coming from the store or the vehicle that they left in.

OSBI  0063

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE SEVEN


AGENT'S NOTE

On May 17, 1984, TIMMONS was hypnotized by Agent JACKIE ROBERTS, but no data was retrieved from TIMMONS while under hypnosis concerning this case.

It should also be noted that TIMMONS was shown the composite drawings done by Agent HARVEY PRATT using information he received from KAREN WISE, the store clerk at J.P.'S Convenience Store and TIMMONS said the number two subject or the blonde headed subject looks si... .... . the individual he saw coming out of McAnall . on April 28 .984.

It should further be noted that it is doubtful that TIMMONS would be able to pick the individual he saw out of a photo line-up or a live line-up should the occasion arise again.


April 30, 1984, Agent ROGERS interviewed STEVE HARAWAY, White Male, Date of Birth: June 10, 1958, Home Address: 202 East Fourteenth Street, Apartment D, Ada, Oklahoma, Home Ph. e Number: (405) 332-8957, Student at East Central University in Ada, Okla- homa, Employed: We-Pak-Um Store, Ada, Oklahoma, Telephone Number: (405) 332-1744 and he provided the following information:

HARAWAY is the husband of DONNA DENICE HARAWAY and he stated that they had been married for     months.  HARAWAY stated that his wife DONNA was raised around the Purcell, Okla- homa, area and she has been in Ada, Oklahoma. while going to school at East Central University.      that her maiden name was LYON.

HARAWAY said that on April 28, 198  he was working at the We-Pak-Um Store until 1900 hours and after he got off work, he went home.  He said that at approximately 1930 hours, h  re- ceived a phone call from DONNA while she was working at McAnall 's Store.  HARAWAY said that she wanted him to look up a word in the dictionary for her and indicated that she was studying for her teacher's examination.  He said their conversation last approxi- mately five or ten minutes and at that time everything appeared to be all right.

HARAWAY said that the next phone call he received was sometime after 2100 hours, when he was informed by the Police

OSBI   0064

CR #74-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM   - DONNA DENICE HARAWAY
PAGE EIGHT

Department that his wife was missing. He said that he knew of
no one that DONNA was having problems with at the store, other
than she had received two to three obscene phone calls at the
store, the last one being approximately two or three weeks
prior to her disappearance.

HARAWAY said that the only person his wife ever men-
tioned about being strange, that came into the store, was an
individual, supposedly a Vietnam Veteran, who drove a
Chevrolet Corvette and apparently from what he could determine
was going to the Okmulgee Vocational Technical School and would
sometimes drive through Ada going to Sulphur, Oklahoma. But
from what he could learn, the subject was never aggressive or
ever caused any problems in the store other than carrying on
some strange conversations.

He said that MONROE ATKINSON, who was the Manager of
McAnally's, knew about this individual.

HARAWAY said that he could provide no information at
this time concerning his wife's disappearance, but if he came
up with anything at a later date he would contact investigators
concerning that.

He said that he would be willing to take a polygraph
if the need arises concerning his wife's disappearance.


AGENT'S NOTE

On June 6, 1984, Agent ROGERS received a call from
Seminole County Sheriff CHARLES SISCO concerning STEVE HARAWAY.
SISCO learned, through a Confidential Source, that STEVE HARAWAY
had sold DONNA DENICE HARAWAY'S step-father a $50,000 dollar
life insurance policy on DONNA DENICE HARAWAY and SISCO felt
that this should be looked into.

On June 6, 1984, Agent ROGERS contacted STEVE HARAWAY
concerning this matter and he stated that approximately a year
to a year and a half ago, he had quit school and started selling
insurance for New York Life Insurance Company. He said that he
sold BOB VIRGIN (DENICE HARAWAY'S step-father) two term life
insurance policies on DONNA HARAWAY and JANET LYONS, with the
policies being worth $50,000 dollars. HARAWAY said as best he
could remember that it was a straight benefit life insurance
policy, as best he could recall, with no double indemnity or

OSBI   0065

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE NINE


accidental clause attached.

The company that HARAWAY was working for was out of
Oklahoma City.  HARAWAY said that his wife's step-father,
BOB VIRGIN was made the beneficiary of the policies and he
felt that at that time the only reason that VIRGIN bought the
policies was to help him out in the insurance business.
HARAWAY said that at the time he sold the policies, that he
and DONNA were engaged.

---

On May 7th, 1984, Agent ROGERS interviewed SHELIA
DAWN TURNER, White Female, Date of Birth: January 16, 1967,
Route Seven, Box 451-H, Ada, Oklahoma, Home Telephone Number:
(405) 436-6034.  She was employed at Wanda's Mexican Restaurant,
Business Telephone: (405) 332-9659.  She provided the following
information:

TURNER stated that she was at the McAnally's Store on
Arlington on April 28, 1984, at approximately 1730 or 1800
hours, and talked with DONNA HARAWAY.  TURNER said that she
bought one large bottle of Coke and a large cup of ice, and also
got a coke to go.  TURNER and HARAWAY talked about a large heavy
set man standing at the magazine rack reading.  HARAWAY told
TURNER that he had been standing there for about forty-five
minutes.  TURNER said that HARAWAY seemed to feel uneasy about
the individual that was standing at the magazine rack, but did
not offer any specific reasons, other than him just being in
the store for a lengthy period of time.

TURNER described the individual as being a white male,
in his late thirties or early forties, exceptionally heavy set,
light brown or blonde hair thinning on top, cut short, wearing
a light colored tee-shirt, blue jeans and rough cowboy boots.
TURNER did not see the subject's face, because he kept his back
to her all the time she was in the store.  TURNER said that as
best she could recall, HARAWAY was wearing a gray sweatshirt
type shirt, a colored bandana tied around her neck and possibly
blue jeans.  TURNER did not see any vehicles in the parking lot
other than her's while she was there.

---

OSBI  0066

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE TEN


On May 1, 1984, GERALD DONALD LYNCH, White Male,
Date of Birth: January 4, 1947, Home Address: 1611 North
Billen Street, Oklahoma City, Home Telephone Number: (405)
524-4646, Employed: Oklahoma Tax Commission, Business Tele-
phone: (4   ) 521-3270, was interviewed by Agent ROGERS and
he provided the following information:

pril 29, 1984, at around 1830 hours, LYNCH
an          were leaving their residence for church, when
the/ no    ed a late 60's or early 70's model, Chevrolet
pickup  with gray primer on it, which contained two white
male subjects.  LYNCH described the passenger in the vehicle
as rough looking, sandy blonde haired, white male, in his
late twenties, with shoulder length hair.  LYNCH said that
he didn't get a good look at the driver, but he felt that he
possibly had darker hair than the passenger.

LYNCH said the vehicle was setting in front of his
residence and that it backed up and set between his residence
and the duplex that sets next to his house.  LYNCH said that
the people in the pickup were acting rather suspicious.  So
as he left for church he circled the block and wrote down the
tag number, which was Oklahoma license 190542T.  When LYNCH
and his wife returned from church that evening, at approxi-
mately 2010 hours, the pickup was gone.  LYNCH said that he
had never seen the vehicle in the area before that he could
recall.  He further stated that the pickup had several card-
board boxes in the back of it and also had a piece of
machinary with a handle on it next to the cardboard boxes.
And this is all the information that LYNCH could offer at that
time.


AGENT'S NOTE

Oklahoma License Tag 190542T was ran for 1982, 1983
and 1984, Oklahoma and the tag came back not in file.

OSBI  0067

OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT                                PAGE ____ OF ____

| Case: CR#84-094 | Reporting Date: MAY 14, 1984 | Reporting Agent(s) ALAN SALMON | | Reviewed By |
|---|---|---|---|---|
| Offense: MISSING PERSON/ARMED ROBBERY | | Case Agent G. ROGERS | Office MRO | Typed By Date: DKB 5/17/84 |
| Subject: UNKNOWN | | Activity: | | |
| (V) DONNA DENICE HARAWAY | | AGENT'S ACTIVITY | | |

On May 2, 1984, SHEILA VILIA, 131 S. Beach, P.O. Box 609, Lexington, Oklahoma, telephone number: 527-6908, contacted Special Agent SALMON regarding a suspicious old primer colored pickup that had been at her business, The Energy Store, also located at 131 W. Beech. Around 1430 hours on May 2, 1984, two white males that appeared to be deaf and mute came into her business to rent one of the storage units behind her store. They did not rent a unit, but left in a multicolored, mainly primer, old GMC pickup. VILIA wrote down the Tag, T_____-318, 84 Oklahoma. Special Agent SALMON found the vehicle parked at the residence on the Southeast corner of West Beech and Fifth Street in Lexington. Captain LARRY DOVER, _____ Police Dept. recognized one of the occupants as a deaf/mute from _____ named JAMES QUINEY. A check of the tag showed a 196_ _____ JIM LANSDALE, General Delivery, Stringtown, Oklahoma. The other white male appeared approximately six foot three inches in height, _____ had a _____ mustache.

On May 4, 1984, MIKE RUCKMAN, _____ Box 520, Moore, Oklahoma, telephone number: 794-5030, contacted Special Agent SALMON by telephone regarding the missing clerk. RUCKMAN, a truck driver for Fred Jones Manufacturing, Oklahoma City, Oklahoma, telephone number: 272-9261, was in Longview, Texas, between Midland and at 0100 hours on May 4, 1984, at the Waffle House, I-20 at the 259 junction. RUCKMAN saw a white male resembling the composite marked Number One in the restaurant. RUCKMAN noticed the individual was alone, but doesn't recall a vehicle driven by the person or what he was wearing. RUCKMAN could provide no further information.

On May 11, 1984, PAT VIRGIN, mother of _____ victim, telephone number: (405) 527-6853, contacted Special Agent SALMON. VIRGIN related her daughter, DONNA DENICE HARAWAY, _____ and dated WESLEY "_____" WIESENGER, white male, approximately 2_ - 26 years of age, from Conroe, Texas, at East Central State University, _____ Oklahoma. HARAWAY and WIESENGER became engaged and moved in together in Beaumont, Texas, in January of 1980 or 1981. WIESENGER and HARAWAY lived together until May of that same year. One day in May, VIRGIN received a telephone call from HARAWAY. HARAWAY was hysterical when she called and moved home the next day. On three occasions, WIESENGER contacted HARAWAY after that

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0068

CR#84-094
AGENT'S ACTIVITY
PAGE 2

time.  HARAWAY refused to tell VIRGIN what happened and only would say
that WIESENGER had become involved in drugs.  VIRGIN characterized
WIESENGER as extremely jealous.  VIRGIN is aware that WIESENGER has
friends in the Ada area.  VIRGIN described WIESENGER as 5'10", stocky
build, and was last known to be working off shore in Texas.

OSBI  0069

217 W Paul          Pauls Valley

ba

| 1977 CHEVROLET | PICKUP 3/4 TON FLEETSIDE | CCL247S118768 | 7050.00 | ORIGINAL |
|---|---|---|---|---|
| 1976 | CC----- FLEET | 2-15-77 | X A1241 | NO. P 929476 |

**STATE OF OKLAHOMA**
CERTIFICATE OF TITLE OF VEHICLE

0 7 0          687-57 4 9 7

1312 W BROADWAY          WILL          76,820

NRL                          City

550 :24                    Date of Lien

SILVER CHEVROLET CO.

1301 L BROADWAY          RD          State

ANN COCKE  TAG AGENT

OSBI   0070



OSBI 0071



OSBI 0072



OSBI   0073



**IMPORTANT NOTICE**

**ASSIGNMENT OF TITLE**

WHICK ESTES

R 4                  ADA

PONT.              OKLA 74 - 20

Date 7-21-76

Date 21   28

OSBI 0074



OSBI   0075



OSBI  0076



OSBI  0077



OSBI  0078



OSBI   0079

State of Oklahoma — VEHICLE CERTIFICATE OF TITLE

PICKUP        77        CCL.24781210768

CHEVROLET                02 23 82        4488.69

CC 20985 FLEET   3205    02 13 77        7058.00

T 601 635         MAINLAND MOTORS
K
   2498988         2404 S MAIN
                    MCALESTER

ROGER DAVIS

State of Oklahoma — VEHICLE CERTIFICATE OF TITLE

OSBI   0080