

OSBI 0081

**IMPORTANT NOTICE**

Each purchaser... [illegible]

**ASSIGNMENT OF TITLE**

Registration No. _____

Attached to this vehicle when _____

For value received the _____

C & C _____

Address Rt 1 Box 312 _____

County _____

Kind _____

In favor of _____

Whose address is _____

Marlin Motors by Earl _____

Subscribed and sworn to before me _____

My Commission Expires _____

---

**RE-ASSIGNMENT OF...**

Registration No. _____

Attached to this vehicle when _____

Dealer's License No. MD1064-87

_____

Last _____

Address _____

County Will C_____

Kind _____

Subscribed and sworn to _____

Beverly _____
17-30-85

OSBI 0082

## State of Oklahoma — VEHICLE CERTIFICATE OF TITLE

ORIGINAL OKLAHOMA TITLE NO 1925526C

PICKUP    W 77    CCL2473114768

CHEVROLET    02 23 82    4088.00

20903 FLEET    3203    02 15 77    705 00

MARKLAND MOTORS
1404 N MAIN
MCALESTER    OK    74501

OSBI 0083



OSBI 0084

```
TITLE                            P9255?    SUFFIX D LESSEE
VIN                              CCL???????8768    NAME     CLIFTON P
CLASS CODE                       ST                ADRS     BX 634*
MODEL YEAR                       7?                CITY     PURCELL            OK  ZIP 73080
MAKE                                       LIEN 1 FARMERS STATE BANK   ALLEN OK
MODEL                            CU2?      STATUS I DATE 071480 TIME 0350 R/S 00606005852
BODY TYPE                        9?                LIEN 2 FARMERS STATE BANK ALLEN
TITLE REEL/SEQ                   19180941300       STATUS I DATE 102180 TIME 1045 R/S 00608203371
DATE FIRST SOLD                  02157?    TAG RETIRES       87         TITLE RESEARCHED
DATE LAST ISSUED                 041982    PREVIOUS STAT?    OK         SCHOOL DIST
FACTORY DEL PRICE                4493      PRIOR AGENT       3293       REG-AGENT         0000
TOTAL DEL PRICE                  7050      PRIOR BATCH       95901      BATCH             00000
EXCISE NUMBER                    V1510205  FEE ADJUSTMENT    0.00       ACCT DATE         000000
EXCISE AMOUNT                    0         PRIOR REG DATE    022382     REG               000000
UNLADEN WEIGHT                   0         PRIOR COUNTY      14         COUNTY R S        14
LOAD CAPACITY                    0         PRIOR FEE         13.10      FEE               13.00
LADEN WEIGHT                     5500      TAX EXEMPT STATUS I          PENALTY           0.00
ODOMETER READING                           PART YEAR         MAIL       TOTAL FEE         0.00
CURRENT TAG                      2T601835  SPEC REG          LSM        EXPIRATION        1292
PREVIOUS TAG                     1 ??1835  BASE STATE        LIAB       REMITTANCE        000000
DECAL NUMBER                     20598277  AXLES       00    TRAILER    YEARS REG         07
SALVAGE CODE/DATE                000000    SEAT CAP    000   PID PV     NOTIFY DATE       1282
MIGRATE T  STOP FLG 00000  LAST UPDT 080282  AGENT 04   RM DE98  TRANS MVTE
MASTER FILE                                                              OPERATOR 060
```

OSBI 0085

```
NLET      2359 14:23
PURC      0092 14:23 05/15/84
POSSIBLE DUPLICATE

RR.CALIC0000
12:22 05/15/84 03745
12:22 05/15/84 01671 OK0440200
TXT


DATE: 05/15/84 TIME: 12:25
EXP #07/31/83 LIC##2C60248 YRMD#77 MAKE#CHEV BTM #PU
VIN #CCL247S116768
R/O #HARTLEY DONALD W, OR SHIRLEY L, 1089 FIRST AVE CITY#NAPA
C.C.#28 ZIP#94558
RCID#10/25/82 LOCD#3 SUBP#2E37672


NOTICE OF TRANSFER RECEIVED
RECEIPT DATE: 11/04/82  TRANSFER DATE#10/25/82
BUYER#DOWNTOWN FORD 2000, 525 16TH ST
CITY#SACRAMENTO   SELLER#NOT THE SAME AS ON FILE

002 TOTAL RECORDS

MORE




DATE: 05/15/84 TIME: 12:25
EXP #07/31/84 LIC##2E37672 YRMD#77 MAKE#CHEV BTM #PU
VIN #CCL247S116758
R/O #MID CAL EL CO, 6797 ORLEANS AY CITY#SACRAMENTO C.C.#34
ZIP#95331
RCID#02/15/84 OCID#02/15/84 LOCD#3

01/24/83 PREV LIC 2C60248

END
```

OSBI 0086

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE ____ OF ____

| Case: CR #84-094 | Reporting Date: May 21, 1984 | Reporting Agent(s): ALAN SALMON | | Reviewed By |
|---|---|---|---|---|
| Offense: ROBBERY/MISSING PERSON | | Case Agent: G. ROGERS | Office: MRO | Typed By: bsh  Date: 5/31/84 |
| Subject: (S) UNKNOWN  (V) DONNA DENISE HARAWAY | | Activity: INTERVIEWS RE: T 601-835 | | |

On May 15, 1984, Special Agent SALMON interviewed P. D. CLIFTON, ___ S. 2nd, Purcell, Oklahoma, at his office, Clifton ___ Agency, 111 W. Main, Purcell, Oklahoma, regarding a 1977 ___ pickup, VIN #CCL247S11 3768, that CLIFTON registered in ___ 82. CLIFTON related he purchased the vehicle from CLAUDE POWERS, Lexington, Oklahoma, on May 12, 1982. When CLIFTON bought the vehicle, it had a wench on it, but CLIFTON removed it before it was sold. CLIFTON drove the pickup to Oklahoma City and "blew up" the motor. Afterwards, he replaced the motor and DICK TUCKER, CLIFTON'S former salesman, sold the vehicle for seventeen hundred and fifty dollars ($1,750.00), possibly to a man from Texas. CLIFTON'S records show only the vehicle was sold for cash. CLIFTON described the vehicle as in very good condition when ___ sold it. CLIFTON remembered the vehicle was white and maroon.

On May 15, 1984, Special Agent SALMON interviewed CLYDE "DICK" TUCKER, 231 Gross Ventre, Purcell, Oklahoma, at his residence. At first, TUCKER stated he had never sold any vehicles for CLIFTON. When confronted with CLIFTON'S information, TUCKER recalled selling the vehicle and admitted being a salesman for CLIFTON. TUCKER could not recall who he sold the truck to but might re___ber after discussing it with CLIFTON. TUCKER recalled ___ing the truck without a motor and described the truck as in "___ rough" condition.

On May 21, 1984, Special Agent SALMON contacted JOHN STRIKE, Oklahoma Tax Commission. STRIKE will run a title history on VIN #CCL247511 8768. Special Agent SALMON also requested NCIC Clerk DOUG FEEZOR to send a teletype requesting a title history in the state of California. No replies have been received at this time. Also attached to this report is a copy of the most rec___ regi___ation check on that vehicle.

NOTE: The information from the Oklahoma Tax Commission was received on May 25, 1984 and will be attached to this report.

Leads:



## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

| Case: CR#84-094 | Reporting Date: JUNE 6, 1984 | Reporting Agent(s): PERRY UNRUH | | Reviewed By: |
|---|---|---|---|---|
| Offense: MISSING PERSON | | Case Agent: ROGERS | Office: ADA R/O | Typed By: DKB  Date: 6/17/84 |
| Subject: DONNA D. HARAWAY | | Activity: INTERVIEW WITH JOHN MARION BRUCE, JR. | | |

On June 6, 1984, JOHN MARION BRUCE, Jr., white male, DOB: 5-1-57, SSN: 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, Home Address: 725 Southwest 17, Moore, Oklahoma, telephone number: 794-3021, approximately 5'8" to 5'9" tall, 148 lbs., blonde hair, blue eyes, was interviewed and gave the following information in regards to this investigation:

BRUCE reported to Agent PERRY UNRUH that he did own a Chevrolet van which was parked in the front of the driveway at his residence. He reported the van was primered to its present color approximately four weeks ago. He reported this van was primered a dark grey color and the van used to be white. He advised his father-in-law assisted him in priming the vehicle.

BRUCE advised he worked for the Garrett Brothers Trucking Company in Oklahoma City located at 189th and South Meridian, and his supervisor's name is LARRY HARRIS. He reported that he has not been in Ada, Oklahoma, for the past six years. He advised his wife's name is CINDY and she is from the Seminole area. He reported he has been at Tecumseh on numerous times, however has not gone into the Seminole area itself.

He reported his brother-in-law whose name is JERRY WILSON, approximately 5'10" tall, 150 lbs., currently unemployed, lives in the Shawnee area and he has visited him, but he does not recall ever going into the Shawnee limits or to any small mini-market and confronting a female with a weapon.

BRUCE advised he took a vacation about the 2nd week of April and in no way was in the Ada vicinity on April 28, 1984. After continued questioning, BRUCE stated he could have been in Shawnee on November 30, 1983, but he didn't think so. BRUCE reported he would be willing to submit to a polygraph examination in regards to the alleged abduction of the store clerk in Seminole, as well as the missing store clerk in the City of Ada.

AGENT'S NOTE:

As this interview was coming to a conclusion, a white male,

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0088

CR#84-094
JOHN MARION BRUCE, JR
PAGE 2

approximately 5'7" tall, 165 lbs., blonde hair, blue eyes, entered the residence and introduced himself as BRETT BRUCE, brother of subject JOHN MARION BRUCE. It was noted by this agent that this individual closely matched the description of the one given by the female store clerk who was abducted in Shawnee on November 30, 1983.

5

OSBI 0089

WANTED FOR QUESTIONING CONCERNING THE ABDUCTION AND ROBBERY OF DONNA DENISE HARAWAY, FROM MCANALLY'S CONVENIENCE STORE IN ADA, OKLAHOMA ON APRIL 28, 1984.





SUSPECT No. 1: White male, early 20's, 6'-6'2", slender build, sandy brown hair, shoulder length, slightly wavey, blue or green eyes, fair complexion, noticeable armhair, wearing a light blue tee shirt, and blue jeans.

SUSPECT No. 2: White male, early 20's, 5'8", medium athletic build, light blonde hair, collar length straight, fair complexion, slight acne on cheeks, wearing white jersey type tee shirt, and blue jeans.

VEHICLE: POSSIBLY LATE 60's OR EARLY 70's CHEVY PICKUP, ROUGH CONDITION, LIGHT COLOR, GRAY PRIMER SPOTS.

ANY INFORMATION REGARDING THE SUBJECTS MAY BE DIRECTED TO THE

OKLAHOMA STATE BUREAU OF INVESTIGATION
P. O. BOX 11497, OKLAHOMA CITY, OKLAHOMA 73136
TELEPHONE: 405/682-6724 or 405/427-5421

OSBI 0090

ROCIC
SUBMISSION CARD

PICTURE XX
SUPPLIMENTS ____

AGENCY ___183___
OFFICER __KIMBALL__
DATE __JUNE 11, 1984__
CASE # __CR-84-094__

ID # __912__
PAGE __1__

NAME:    last        first       middle      Jr/Sr/II/III
         HARAWAY     DONNA       DENISE

*(Asian/Or... al, Black, Indian-Am, Mexican, White, Other) (State)
RACE*: W...e        SEX: Female     DOB: 08/19/59  POB: ____    AGE 24
HEIGHT: 5'5"        WEIGHT: 110     HAIR: Blonde/Brown  EYES: Brown
SS#: ____           FBI#: ____      DL#: 003082392      STATE: OK
...A:       ...th                   CITY: Ada           STATE: OK
PHONE: ____
VEHICLE MAKE: ____   MODEL: ____     TOP COLOR: ____    BOTTOM: ____
STYLE: ____  YEAR: ____  LICENSE: ____   STATE: ____   DAMAGE: ____
IS SUBJECT THE REGISTERED OWNER? __ Y/N

LINKS
       name                              type*    *choose alias,
1. _____           associate, company,
2. _____           gang, family (only
3. _____           if involved in the
                                                  subject's criminal
       SCARS/MARKS/TATTOOS/DEFORMITIES             activity).
1. _____
2. _____

       OTHER ID#/ALIAS DOB & SS#
1. _____

INFORMATION
(Briefly summarize why this person has been the subject of a criminal
investigation within the last two years. Include the subject's area of
operation and specify how the links are connected to this person. Use
the back if necessary and attach any pertinent material).

Haraway was working at a convenience store in Ada, Oklahoma. On
April 28, 1984, during the commission of a robbery, Haraway was
taken by suspects at approximately 2040 hours.

Attached is a bulletin which includes composite drawings of
the suspects.

If this bulletin is included in the ROCIC Bulletin, please notify
this agency, and original photographs will be provided if necessary.

TEXT CODE _____

SOURCE: 1. completely reliable   INFO: 1. confirmed       DISSEMINATION: 1. restricted
        2. usually reliable            2. possibly true                  2. members
        3. unknown                     3. unknown                        3. need to

OSBI 0091

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE _____ OF _____

| Case: | Reporting Date: | Reporting Agent(s): | | Reviewed By: |
|---|---|---|---|---|
| CR84 094 | June 15, 1984 | J. ROBERTS | | |

| Offense: | Case Agent: | Office: | Typed By | Date |
|---|---|---|---|---|
| KIDNAPPING | G. ROGERS | MRO | hk | 6-15, 1984 |

| Subject: | Activity: |
|---|---|
| VICTIM: DONNA HARAWAY<br>SUBJECTS: UNKNOWN | CASE ENTRY TO ROCIC |

On June 11, 1984 OSBI Analyst LYDIA KIMBALL submitted a copy of bulletins and case background to ROCIC for entry into their system and bulletin.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0092

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE ____ OF ____

| Case: CR#84-094 | Reporting Date: July 2, 1984 | Reporting Agent(s): JOHN GREGG | Reviewed By: |
|---|---|---|---|
| Offense: ROBBERY/KIDNAPPING | | Case Agent: ROGERS | Office: MRO | Typed By: mdm | Date: 7-2-84 |
| Subject: DONNA DENISE HARAWAY (V) | | Activity: CASE LEAD | |

On June 5, 1984, LINDA MARILYN GROTKER, Oklahoma State Bureau of Investigation Laboratory Secretary, Lawton, Oklahoma, provided the following information:

On approximately the 19th day of May, 1984 at approximately 1700 hours, GROTKER was traveling West on Lee Boulevard, Lawton, Oklahoma with her mother, IRENE GROTKER, and her sister, JENNIFER GROTKER. While traveling West on Lee Boulevard, an older model Chevrolet pickup began traveling next to the GROTKER'S vehicle for approximately three miles until the GROTKER'S turned North on 82nd Street. The Chevrolet pickup continued West on Lee Boulevard. GROTKER described the vehicle as an older model Chevrolet pickup truck, green-yellow color, dirty, dented, no license tag on the vehicle, faded red cowboy scene in rear window.

There were two occupants in the truck. The driver appeared to be taller than the passenger, very slender, blond hair parted in the middle, no beard or moustache, red t-shirt, later put on a straw cowboy hat, resembled composite drawing number One.

GROTKER provided the following description of the passenger: shorter than the driver, stocky, brown-blond hair just over the ears, no beard or moustache. The passenger resembled composite suspect number Two.

GROTKER had seen the composite drawings posted at the laboratory facility and felt that the occupants of the truck resembled the composites. The information was not received from GROTKER until approximately two weeks after she had seen the individuals.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0093

## OKLAHOMA STATE BUREAU OF INVESTIGATION
### INVESTIGATIVE REPORT

| Case: CP#84-094 | Reporting Date: June 2, 1984 | Reporting Agent(s): JOHN GREGG | | Reviewed By: |
|---|---|---|---|---|
| Offense: ROBBERY/KIDNAPPING | | Case Agent: ROGERS | Office: MRO | Typed By: mdm   Date: 7-2-84 |
| Subject: DONNA DENISE HARAWAY (V) | | Activity: LEAD FOLLOWUP | | |

On June 5, 1984, Detective RON SMITH, Lawton Police Department, was recontacted by Agent GREGG. SMITH advised that he had consulted his sources in the area near the Lawton bus terminal and had shown the composite drawings to individuals in that area. None of SMITH'S sources were familiar with the subjects or the vehicle.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0094

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 2

| Case | Reporting Date | Reporting Agent(s) | | | Reviewed By: |
|---|---|---|---|---|---|
| CR#84-094 | JULY 3, 1984 | COLEMAN TOWNSEND | | | |
| Offense | | Case Agent | Office | Typed By | Date |
| ROBBERY/KIDNAPPING | | ROGERS | MRO | pb | 7/09/84 |
| Subject | | Activity | | | |
| (S) UNKNOWN | | INTERVIEW OF ELMER MARTIN SORRELL | | | |
| (V) DONNA DENISE HARAWAY | | AND ALBERT ROY SORRELL | | | |

MARTIN SORRELL, white male, DOB: 9/30/65, 52█ ██ ██ ██, Durant, Oklahoma, Telephone: 924-6453, provid█ ███ following information:

SORRELL had been living in Durant, Oklahoma for approximately thirty days; although his mother, father, and brother have been living there for approximately two months. The family moved to the Durant area from Claremore, Oklahoma.

SORRELL was returning from a job in███ ██ when he was arrested by the Oklahoma Highway Patrol. The pickup truck SORRELL was driving was a 1968 G.M.C., gray with red primer, and belonged to his father, BOBBY JOE SORRELL, white male, DOB: 4/11/26, SSN: 225-24-█163. The pickup truck was purchased from JOHN H. FAULK in Claremore, Oklahoma, but BOBBY JOE had to travel to Dearing, Kansas to pick up the title.

SORRELL had no knowledge of the HARAWAY kidnapping and had not been in Ada, Oklahoma in two months. SORRELL has a sister that lives in Shawnee, Oklahoma, and they sometimes travel State Highway 48 when they go to visit her.

SORRELL was charged with Second Degree Burglary approximately one year ago in Shawnee, Oklahoma.

SORRELL is not sure, but thinks on April 28, 1984, he was fishing at Lake Murray near Ardmore, Oklahoma. SORRELL had been fishing the last four weekends either at Lake Murrey, Lake Texoma, or Blue River.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0095

CR#84-094
INTERVIEW OF ELMER MARTIN SORRELL
and ALBERT ROY SORRELL

ALBERT ROY SORRELL, white male, DOB: 5/18/64, 524 West Olive, Durant, Oklahoma.

The information provided by ALBERT ROY SORRELL was essentially the same as that provided by his brother, ELMER MARTIN SORRELL, with the exception that ALBERT was convicted of Second Degree Burglary in Tulsa, Oklahoma, and received a two year deferred sentence.

Agents Note: Photographs and fingerprints of both SORRELL brothers were hand carried to case Agent GARY ROGERS by Agent COLEMAN TOWNSEND.

ELMER MARTIN SORRELL and ALBERT ROY SORRELL were interviewed on May 11, 1984, in the Bryan-County Jail.

OSBI 0096

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR#84-094 | Reporting Date: JULY 3, 1984 | Reporting Agent(s): COLEMAN TOWNSEND | | Reviewed By: |
|---|---|---|---|---|
| Offense: ROBBERY/KIDNAPPING | | Case Agent: ROGERS | Office: ERO | Typed By: pb  Date: 7/09/84 |
| Subject: (S) UNKNOWN  (V) DONNA DENISE HARAWAY | | Activity: INTERVIEW OF DELORES JOAN SORRELL | | |

DELORES JOAN SORRELL, white female, DOB 9/23/34, 53? West Olive, Durant, Oklahoma, provided the following information:

DELORES and her husband, BOBBY JOE SORRELL moved to Durant, Oklahoma from Claremore, Oklahoma approximately two months ago. DELORES and BOBBY JOE SORRELL are the parents of ELMER MARTIN SORRELL and ALBERT ROY SORRELL. Both boys still live at home.

Since ELMER and ALBERT got into trouble, DELORES and BOBBY JOE have watched them carefully. They require the boys to be home before 2300 hours and most of the time when the boys are out of the house, either DELORES or BOBBY JOE will be with them.

BOBBY JOE has taken the boys fishing the last four weekends and there is no doubt the boys were with him on April 28, 1984.

DELORES JOAN SORRELL was interviewed on May 12, 1984, at the SORRELL residence.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0097

Iacchio, Bill

CITY OF NORMAN
VS.                 Case# 99280
                          99279
                          99278

Continue _____
At the Request of _____
Attorney _____
Related Case _____
Penalty   R. J. Boyd, Const
Remarks  5115 E. Cedar Ln,
          329-7625
_____
_____

Phil Gilstrap
Probation Officer
360-1007

OSBI 0098

# OFFICIAL POLICE TRAFFIC COLLISION REPORT

**OKLAHOMA**

Reporting Agency: NORMAN POLICE DEPT

Date: 05-29-84   Day of Week: TUESDAY   Hour: 11:20 AM   County: CLEVELAND

In: NORMAN
On: 100 BLK S. UNIVERSITY
At: W. MAIN

Notified: 05-29-84  1131
Arrived at Scene: 05-29-84  1136

**Driver 1:** TACCHIO BILL FRANK
Address: 426 ½ SANTA FE, NORMAN, OK 73069
Age 37, DOB 2-13-46
Veh: 53 CHEVY P-U 2 TON
VIN: H53K025755
License Plate: 84 OK T569637
Owner: SAME

**Driver 2:** STEWART NAOMI LEONA
Address: 1223 W. DAKOTA, NORMAN, OK 73069
DL: 05-85 OK 461-27-679
DOB 05-12-29
Veh: 78 FORD LTD 4-D
VIN: 8IFI18226F
Plate: 85 OK XW 076
Owner: SAME

**Witnesses/Occupants:**
1. STEWART, BARBARA L.   1223 W. DAKOTA   329-8214   16 F C 2
2. KERR, DEBBIE LYNN   426 ½ A SANTA FE   31 F C 1
3. STEWART, NAOMI LEONA   1223 W. DAKOTA   329-8214   55 F C 1

Driver 1: TACCHIO, BILL FRANK   NO DL   OC-509   #44278
Driver 2: TACCHIO, BILL FRANK   FOLLOWING TOO CLOSELY   OC-508   #44280

Investigator: PATROLMAN DR BARNETT #60   E-1
Date of Report: 05-29-84

OSBI 0099

## Traffic Citation and Information — COURT COPY

**IN THE MUNICIPAL CRIMINAL COURT OF NORMAN, OKLAHOMA**

State of Oklahoma  
County of Cleveland } ss.  
City of Norman

No. 99280

The undersigned, being duly sworn, upon his oath states

ON THE 29 DAY OF MAY 19 84 AT APPROX 1120 A.M.
NAME: TACCITIO, BILL FRANK
STREET: 426 #A SANTA FE
CITY: NORMAN  STATE: OK
RACE: C  SEX: M  BIRTH DATE: 04-15-46  AGE: 37  HT: 5-9  WT: 129
EYES: BL  HAIR: BR  OCCUPATION: FRAME CARP
DR. LIC.: NO D.L.

Did unlawfully operate a motor vehicle
BEARING 19 84 STATE OK LICENSE T569637
MAKE CHEV YR 53 STYLE P-U COLOR GRAY

UPON A PUBLIC STREET OR HIGHWAY IN THE AFORESAID CITY AND COUNTY, NAMELY AT
100 BLK S. UNIVERSITY

AND THERE COMMITTED THE OFFENSE OF:
(checkbox) Following too Closely

AND IN VIOLATION OF SECTION 20-508
OF THE TRAFFIC CODE OF THE CITY OF NORMAN, OKLAHOMA.

Type of Accident: (X) Accident

Area: (X) Business
Highway type: (X) 3 lane

D/L BURNETTE #60 NPD
Arresting Officer (Complainant)   Address   Phone

Sworn to and subscribed before me this ___ day of ___ 19 ___
(Deputy) Clerk, Municipal Criminal Court

I hereby promise to appear before the clerk of the Traffic Violations Bureau of the MUNICIPAL CRIMINAL COURT OF NORMAN, OKLAHOMA, 201 W. GRAY, BUILDING B. (Corner of Daws & Front), PHONE 321-5334, to answer this traffic complaint within five days of the day of issuance of this citation, Saturdays, Sundays, and Holidays excluded, during the hours of 8:00 A.M.–5:00 P.M., as required by Section 20-211 of the Traffic Code of the City of Norman.

BOND POSTED: ☐ D.L. ☐ Bond Card

Signature of Alleged Violator: V. Bill F. Taccito

FORM NO. 103

---

OTHER DRIVER(S) INVOLVED IN ACCIDENT:
Name: TACCITO, BILL FRANK  Address: 426 A SANTA FE  Phone: (scratched out)

OTHER WITNESSES:
STEWART, NAOMI LEONA  1223 W. DAKOTA  329-8214
STEWART, BARBARA L  1223 W. DAKOTA  329-8214
KERR, DEBBIE L  426 #A SANTA FE  NO PH

### ARREST REPORT OR SUMMARY OF OCCURRENCE

A N/B AT 100 BLK S UNIVERSITY STRUCK THE REAR END OF STOPPED STEWART'S CAR. STEWART ADVISED SHE WAS STOPPED FOR TRAFFIC LIGHT ON N.B. UNIVERSITY AT MAIN ST WHEN CAR STRUCK HER IN THE REAR END.

A ADVISED THE CAR IN FRONT OF HIM WAS STOPPING WHEN THE TRAFFIC LIGHT AT UNIVERSITY & MAIN TURNED YELLOW. A ADVISED HE COULD NOT STOP TO AVOID STRIKING THE REAR END OF CAR.

A WAS ALSO ISSUED CITATIONS FOR NO DL & FAILURE TO CARRY SECURITY VERIFICATION FORM WHILE OPERATING A.M.V.

# 99279
# 99278

(circled "5")

90

OSBI 0100