**Traffic Citation and Information** — COURT COPY

IN THE MUNICIPAL CRIMINAL COURT OF NORMAN, OKLAHOMA

State of Oklahoma
County of Cleveland } ss.
City of Norman

No. 99279

The undersigned, being duly sworn, upon his oath states

ON THE 29 DAY OF MAY 19 84 AT APPROX 1:20 A.M.
NAME: IACCHIO, BILL FRANK
STREET: 426 #A SANTA FE
CITY: NORMAN   STATE: OK
RACE: (  )   SEX: M   BIRTH DATE: 09-15-46   AGE: 37   HT: 5'7"   WT: 129
EYES: BL   HAIR: BN   OCCUPATION: FRAMER CARP.
DR. LIC: NO D.L.

Did unlawfully operate a motor vehicle
BEARING 19 84 STATE OK LICENSE T569637
MAKE CHEV YR 53 STYLE P-U COLOR GRAY
UPON A PUBLIC STREET OR HIGHWAY: 100 BLK
AND COUNTY, NAMELY: CITY

AND THERE COMMITTED THE OFFENSE OF:
— FAILURE TO CARRY SECURITY VERIF —
AND IN VIOLATION OF SECTION 20-543 / 20-116
OF THE TRAFFIC CODE OF THE CITY OF NORMAN, OKLAHOMA: OPERATING M/V

Arresting Officer (Complainant): D.R. BURNETTE #60   NPD

OTHER DRIVER(S) INVOLVED IN ACCIDENT:
Name: STEWART, NAOMI LEONA
Address: 1223 W. DAKOTA
Phone: 329-82__

OTHER WITNESSES:
Name: STEWART, BARBARA L.
Address: 1223 W. DAKOTA
Phone: 329-82__

Name: KERR, DEBBIE L.
Address: 426 #A SANTA FE
Phone: NO PHONE

ARREST REPORT OR SUMMARY OF OCCURRENCE:
A WAS INVOLVED IN A MINOR INJURY ACCIDENT AT 100 BLK S. UNIVERSITY. A DID NOT HAVE SECURITY VERIFICATION FORM TO SHOW OFFICER. A ADVISED HE DID HAVE INSURANCE.

E-09278
99280

5

OSBI 0101


**Traffic Citation and Information — COURT COPY**

IN THE MUNICIPAL CRIMINAL COURT OF NORMAN, OKLAHOMA

State of Oklahoma
County of Cleveland } ss.
City of Norman

**No. 99278**

The undersigned, being duly sworn, upon his oath states

ON THE **29** DAY OF **MAY** 19**84** AT APPROX **1:20 A**M.
NAME: **TACCHIO, BILL FRANK**
STREET: **426 #A SANTA FE**
CITY: **NORMAN** STATE: **OK**
RACE: **C** SEX: **M** BIRTH DATE: **01-18-46** AGE: **37** HT: **5-9** WT: **129**
EYES: **BL** HAIR: **BR** OCCUPATION: **FRAME CARP**
DR. LIC.: **NO D.L.**

Did unlawfully operate a motor vehicle
BEARING 19**54** STATE **OK** LICENSE **T569637**
MAKE **CHEV** VR **53** STYLE **PU** COLOR **GRAY**

UPON A PUBLIC STREET OR HIGHWAY, IN THE AFORESAID CITY AND COUNTY NAMELY AT
**100 BLK S. UNIVERSITY**

AND THERE COMMITTED THE OFFENSE OF:
Other violation: **NO D.L.**
AND IN VIOLATION OF SECTION **20-527** OF THE TRAFFIC CODE OF THE CITY OF NORMAN, OKLAHOMA.

Area: ☒ business
Accident: ☒

Arresting Officer (Complainant): **D. L. BARNETTE #60 NPD**

Signature of Alleged Violator: **Bill F Tacchio**
☐ D.L.  ☐ Bond Card
BOND POSTED
FORM NO. 163

---

**OTHER DRIVER(S) INVOLVED IN ACCIDENT:**
Name: **STEWART, NAOMI LEONE** Phone: **329-8214**
Address: **1223 N. DAKOTA**

**OTHER WITNESSES:**
Name: **STEWART, BARBARA L** Phone: **329-8214**
Address: **1223 N. DAKOTA**
Name: **KERR, DARREL**
Address: **426 #A SANTA FE N** — No phone

**ARREST REPORT OR SUMMARY OF OCCURRENCE**

L WAS INVOLVED IN A MINOR INJURY ACCIDENT AT 100 BLK S. UNIVERSITY AND DID NOT HAVE A D/L TO SHOW OFFICER. Stated he does have a valid MO. D.L. but he does not know where it is.

Officer checked through Missouri by L's name. O2B came back negative on file.

#99280
#99279


OSBI 0102

OSBI 0103



**KANSAS BUREAU OF INVESTIGATION**
**ABSTRACT OF RECORD**
IDENTIFICATION/INFORMATION SERVICES SECTION
3420 VAN BUREN     TOPEKA, KS. 66611

KBI #
FBI #

The following abstract is furnished FOR OFFICIAL USE ONLY. Information shown on this abstract has been furnished by contributing agencies (K.S.A. 21-2501). To obtain missing disposition information, contact the contributing agency directly. Please supply any obtained dispositions to the KBI for completion of the abstract.

| CONTRIBUTOR OF FINGERPRINTS | NAME AND NUMBER | ARRESTED OR RECEIVED | CHARGE | DISPOSITION |
|---|---|---|---|---|
| PD San Diego CA | Marc Steve Tacchio #241004 | 7-9-65 | auto theft | rel |
| PD Los Angeles CA | Bill Frank Tacchio #LA 646 723-T | 8-8-67 | 11530 Health & Safety Code (poss marij) | Insufficient evidence to prosecute |
| PD Los Angeles CA | Bill Frank Tacchio #LA 646 723-T | 4-11-68 | 487.3 PC (Grand theft auto) Fel | Dismissed |
| PD Lynwood CA | Howard Mitcaler #28858 | 12-9-68 | 86.3 of GTA- susp of GTA 12951 VC-no drivers lic | guilty to 12951 CVC guilty $50 plus PA |
| PD Lynwood CA | Bill Frank Tacchio #28858 | 3-24-68 | 484 PC Petty Theft | Guilty 1 yr Sum Pro 5 days Co Jail |
| PD Los Angeles CA | Bill Frank Tacchio #1920057/ 646723-T SID#229262-1 | 3-25-72 | forg | no recpt to dep neg 5-2-74 |
| SO Los Angeles | Bill Frank Tacchio #1963 211 | 4-30-72 | suspicion of bur. | No disp ound 3-24-83 |
| PD Los Angeles CA | Bill Frank Tacchio #2063 773 646 723-T | 7-24-72 | A w/intent to commit rape | PG 2C 'as CJ susp on chg of 242 PC dism on chg of 4.5 PC |

\* FPC Returned (Historical reference only)     \*\* No FPC Submitted

OSBI 0104



## KANSAS BUREAU OF INVESTIGATION
### ABSTRACT OF RECORD
IDENTIFICATION INFORMATION SERVICES SECTION
3420 VAN BUREN      TOPEKA, KS 66611

KBI # 319 133

FBI # 659 094 E

The following abstract is furnished FOR OFFICIAL USE ONLY. Information shown on the abstract has been furnished by contributing agencies. K.S.A. 21-2501. To obtain missing disposition information, contact the contributing agency directly. Please supply any obtained dispositions to the KBI for completion of the abstract.

| CONTRIBUTOR OF PRINTS/FINGERPRINTS | NAME AND NUMBER | ARRESTED OR RECEIVED | CHARGE | DISPOSITION |
|---|---|---|---|---|
| PD Los Angeles CA | Bill Frank Tacchio #LA 646 723-T | 2-12-63 | 602WIC-10851VC (dr W/O owners consent delinq) | without wardship home of Mother for 6 mos on chg of 602 WIC/ 487.3 PC TTA) |
| SO Amarillo TX | Bill F. Tacchio #43341 | 10-1?-63 | T C/50 | 10-24-63 3 yrs prob on of Theft |
| PD Amarillo TX | Bill Frank Tacchio #12372 | 10-16-63 | inv auto T | trans to Co 3 yrs Adult Prob 10-16-63 |
| PD Los Angeles CA | Bill Frank Tacchio #LA 646 723-T | 11-5-64 | 459 PC burg auto | 50 X 10 committed |
| SO Los Angeles CA | Bill Frank Tacchio #C-159020 | 11-9-64 | T | LAPD Arrest |
| PL Los Angeles CA | Bill Frank Tacchio # LA 646 723-T | 2-9-65 | 487.3 PC (GT auto) | DA reject |
| PD Glendale CA | Bill Frank Tacchio #G-18594 | 4-27-65 | 459 PC (burg) | Not Guilty |
| SO Los Angeles CA | Frank Tacchio #C-159020/ C-228577 | 4-30-65 | burg | No disp found 3-24-83 |

* FPC Returned (Historical reference only)      ** No FPC Submitted

OSBI 0105



**KANSAS BUREAU OF INVESTIGATION**
**ABSTRACT OF RECORD**
IDENTIFICATION INFORMATION SERVICES SECTION
3420 VAN BUREN    TOPEKA, KS. 66611

KBI # 319133
FBI # 659 094 E

The following abstract is furnished FOR OFFICIAL USE ONLY. Information shown on this abstract has been furnished by contributing agencies (K.S.A. 21-2501). To obtain missing disposition information, contact the contributing agency directly. Please supply any obtained dispositions to the KBI for completion of the abstract.

| CONTRIBUTOR OF FINGERPRINTS | NAME AND NUMBER | ARRESTED OR RECEIVED | CHARGE | DISPOSITION |
|---|---|---|---|---|
| SO Santa Ana CA | Bill Frank Tacchio 246171 | 10-1-72 | susp lic Warr TC46359 2 FTA Traffic Warr CHW 0682676 CHWN359908 | No disp found 3-24-83 |
| PD Baldwin Park CA | Bill Frank Tacchio 500AR73-0567 SID 2 292 621 | 3-26-73 | 459 PC-burg 22450 VC/12951a VC stop sign/ no d. ... ... poss | BURG:wrnt iss PT: 2Y Prob,60D SS;NO DL: Fine $63.50 End of file,no further |
| SO Los Angeles CA | Jim Davis 2657 463 SID 2 292 621 | [5]-73 | grand theft auto | Jail time served in custody on chg of 12951A VC |
| PD Miami OK | Bill Frank Mathney | 9-10-75 | Discharging of Firearm with intent to injury | Dismissed |
| PD Miami OK | Bill Frank Mathney 02541 | 8-2-76 | 2nd deg burg | 9-22-76 Grand Larceny 3 yrs suspended |
| SO Olathe KS | Bill Frank Tacchio 67154 | 6-27-80 | Sol theft .I.C 31 2308 | r/G1t 1 ct* 1 ct GT Dism 3-9-83 Sent 1-5 /st prob denied |
|  |  |  | ... TE TO THE ...SPTL ...GRLI ... IGNORY ... OF T.S. ...CLASS ... IN THE OF ... SHOCK 5-31-84 |  |

* FPC Returned (Historical reference only)    ** No FPC Submitted

OSBI 0106

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR#84-094 | Reporting Date: JUNE 18, 1984 | Reporting Agent(s): ALAN SALMON | | Reviewed By: |
|---|---|---|---|---|
| Offense: KIDNAPPING | | Case Agent: GARY ROGERS | Office: MRO | Typed By: jkj  Date: 6/21/84 |
| Subject: VICTIM: DONNA DENISE HARAWAY | | Activity: INFORMATION FROM NORMAN POLICE DEPARTMENT | | |

...in Darian Debolt, Norman Police Department, ..., related his office had received a call from a ...... of HARAWAY'S stating that Officer Burns.... had contacted an individual that matched a composite description of one of the possible kidnappers. Lebolt had a ... check ran on the individual and found that he has an extensive record. Debolt related the individual was driving a pickup similar to the one described in the release about the abduction.

Attached are copies of the traffic complaint and the F.B.I. sheet on BILL FRANK TACCHIO, WM, DO. ..,..5/46, 426 #.. Santa Fe, Norman, Oklahoma.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0107

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 3

| Case: CR#84-094 | Reporting Date: May 31, 1984 | Reporting Agent(s): RICK ZIMMER | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: KIDNAPPING/ROBBERY | | Case Agent: ROGERS | Office: MRO | Typed By: mdm | Date: 6-4-84 |
| Subject: DONNA DENISE HARAWAY (V) | | Activity: INTERVIEW WITH JERRY EAST, MARY BEIGE, QUINTON JENKINS AND MARVIN EMINGER | | | |

On May 30, 1984, JERRY DWANE EAST, WM, DOB: 1-13-59, SSN: 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, address 311 Gary, Mangum, Oklahoma, telephone number 782-3444, provided the following information:

EAST was 5'7", 145 pounds, blond hair, green eyes. EAST had a tattoo of a red rose with green leaves on his left upper arm. On his right shoulder was the tattoo of the name DEBBIE. EAST wore a earring in his left ear. EAST was convicted in Ada County for a burglary in May of 1983. EAST received a three year suspended sentence. EAST'S probation officer is PAUL MORRIS out of Sayre, Oklahoma.

EAST was currently working for MARVIN EMINGER as a brick layer/rock layer at Apple Creek Apartment Complex in Altus, Oklahoma. The Apple Creek Apartment Complex is located at Ridgecrest and Park Lane.

EAST worked for QUINTON JENKINS in Mangum, Oklahoma in March and April of 1983. EAST thought he was let go about the first of May, 1983.

EAST was driving a 1981 Chevrolet Citation, four door, white in color, with tag number SE-4153, the VIN 1G1AX68X1B635107. The Chevrolet Citation checks to MARY BEIGE, Route 1, Box 151, Sasakwa, Oklahoma. MARY BEIGE is JERRY EAST'S sister. MARY BEIGE now lives at 311 Gary, Mangum, Oklahoma.

On April 27, 1984, EAST said he was working at the Apple Creek Apartment Complex and did not get off work until 1800 or 1830 hours. EAST then drove straight home to Mangum, approximately 25 miles north, northwest of Altus, Oklahoma. After getting home to Mangum, EAST took a shower and then went and drove around town by himself. EAST was not with anybody. EAST did not see anybody in town that he knew.

On April 28, 1984, EAST was in Mangum. EAST spent most of his off time with his sister, MARY BEIGE. EAST thought that he and his sister and her children went to Altus lake for the day. EAST said they used the beach on the southwest side near the dam. After getting home from the beach about 2000 or 2100 hours, EAST got cleaned up and went riding around Mangum. EAST did not see anybody he knew. EAST did not know anybody in Mangum.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0108

CR#84-209
INTERVIEWS
Page Two

The last time EAST was in Ada was three or four weeks ago. EAST went with his sister MARY BEIGE to see their grandmother who was very sick. EAST'S grandmother is BESSIE EAST, 425 West 7th, Ada, Oklahoma. EAST also saw two other sisters, OLETA EAST and GEORGIA EAST.

EAST did not know DONNA DENISE HARAWAY. EAST said he knew a DONNA from Stringtown, but did not know if it was the same as DONNA HARAWAY. Agent ZIMMER showed EAST a photograph of HARAWAY. EAST c_____ ___y one way or the other if HARAWAY was a witness who was _ __ testify against him in his burglary charge.

Agent's note: EAST is very poor in remembering times and dates. EAST matches the description of the number two suspect in the HARAWAY disappearance, being fair complected with blond hair and green eyes. EAST also has a small amount of acne on his face. However, EAST'S hair is cut left long in the back and cut right at the middle of the ear. It is a light blond color.

On May 30, 1984, Agent ZIMMER contacted ___ E. BEIGE, WF, DOB: 9-21-49, 311 Gary, Mangum, Oklahoma. Ms. BEIGE provided the following information:

Ms. BEIGE is the sister of GARY EAST. ___ BEIGE drives a 1983 Chevrolet van, brown in color, VIN 1GCEG2_H9__17133. The address on the NCIC registration check was Box 15__ Sasakwa, Oklahoma. However, Ms. BEIGE now resides at 311 Gary Street, Mangum, Oklahoma.

BEIGE and her brother JERRY EAST were in Mangum at the end of April, 1983. Ms. BEIGE can not remember if they went to the lake or not. However, Ms. BEIGE does go to the lake almost every day with her kids and almost every day on the weekend also. When JERRY EAST is not working, he is usually around the house with MARY BEIGE.

The last time MARY BEIGE was in Ada was when her grandmother was in the hospital. Her grandmother's name is BESSIE EAST, address 425 West 7th Ada, Oklahoma. The first part of May was when BEIGE was in Ada. It was on a Saturday and MARY and JERRY came back on Monday because on Tuesday, JERRY EAST was to see his parole officer in Mangum, Oklahoma. MARY believes it was the second Tuesday of the month of May which would have been May 8 when JERRY was to see his parole officer. Prior to being in Ada in May of 1984, MARY BEIGE was in Ada on April 3, 1984 to take her girls to the dentist. MARY does not remember if JERRY was with her or not.

INTERVIEWS
Page Three

On May 31, 1984, MARVIN EMINGER, WM, DOB: 3-16-47, SSN: 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, address Route 1, Box 15A, Cashion, Oklahoma, provided the following information:

EMINGER is currently living in a camper on the north shore of Lake Altus near Lone Wolf, Oklahoma. EMINGER is the superviser of the rock laying and brick laying crews at the Apple Creek Apartment Complex, located at Ridgecrest and Park Lane in Altus, Oklahoma.

JERRY EAST came to work for MARVIN EMINGER when the rock laying started on May 14, 1984. EMINGER described EAST as very dependable, always at work on time and a good hard worker. EMINGER has had no problems with EAST on the job.

On May 25, 1984, QUINTON JENKINS, an auctioneer in Mangum, Oklahoma, telephone number 782-3069, provided the following information:

JERRY EAST worked for Mr. JENKINS for about one month. EAST worked the last part of March and the first part of April. JENKINS described EAST as not very dependable. EAST came to work with the smell of alcohol on his breath on many occasions. EAST was sent to Mr. JENKINS for a job by the Oklahoma State Employment office from Altus. Mr. JENKINS terminated EAST on April 7, 1984. JENKINS told EAST that the reason he was terminated was because he did not have a valid Oklahoma State Drivers License. However, Mr. JENKINS terminated EAST because he was not dependable and had showed up at work on many occasions with the smell of alcohol on his breath.

Mr. JENKINS had seen EAST driving a little white car. However, Mr. JENKINS did not know the make or the model. Mr. JENKINS never saw EAST driving an old pickup truck.

OSBI 0110

```
OLETS NETWORK

NERABBHMM
NLET         URY 11:
ZOBI              6 07/30/84

CR.  00
09:3          02453
09:3       4 003    KCI
  T
PUR C
RD DPS AUSTIN TX 073084 REPLY
SVC MSG


NO RECORD RICKY P. HOGAN.


CRD DPS AUSTIN TX SLH 30 1131CDT
```



OSBI 0111

```
SCOM       1659 09:55
ZOBI       0042 09:56 07/17/84

REFERENCE:                 INQUIRY BY: ZOBI
                    DRIVER LICENSE MASTER RECORD

**FLAGGED**

TYPE:OPERATOR              003220244           EXPIRES: 03-86
HOGAN,RICKY PAUL           RT 5 BOX 166    ATOKA      OK 745259000
DOB 03/12/56  SEX/M  RAC/W  HGT/600  WGT/180  EYE/BR  HAI/XX
FR FLAG-NONE                            DONOR ID/NONE
DI FLAG-SUSPENSION                      TRAFFIC RECORD-YES
 *RESTRICTIONS*
NONE
 *PREVIOUS NAMES*
NONE
                    --- END OF RECORD ---
ASCOM&QD.DLN/003220244.TYP/CCD


SCOM       1661 09:56
ZOBI       0043 09:56 07/17/84

INVALID INQUIRY - CHECK FORMAT AND RESUBMIT

SCOM       1662 09:56
ZOBI       0044 09:56 07/17/84

REFERENCE:                 INQUIRY BY: ZOBI
NO CROSS REFERENCE RECORD FOUND FOR IDENTIFIERS GIVEN
NAM/HOGAN,RICKY P               .DOB 000000.SEX/M
```

5

OSBI  0112

```
                          06/17/84
REFERENCE:            QUIRY BY:ZOB1

TITLE/P449258    PCS DATE/000000    EXP DATE/0784
LAST UPDATED DATE/060884    LAST ISSUED DATE/060884
LIC ATF1975.   LIY/1984.  LIT/AT.   DECAL/4X689805
VIN CE149S833390.  VMA/CHEV. VYR/69. VMD/      .   VST/PK
FEE PAID/  000000    RES COUNTY/03    AGENT NO/0000
NAME:  HOGAN, RICKY PAUL
ADDR:  RT 5, ATOKA, OK
UNLADEN WGT/000000    LOAD CAP/000050    LADEN WGT/000000    BASE STATE
D LIEN: DATE/052083 TIME/1025 HOLDER/ATOKA STATE BK ZOB1
  END OF RESPONSE

EG      1303 09:44
```

5

OSBI 0113

```
NCIC.IL01ZOBI.OY.OKOBI0001.LIC/ATF1975.LIS/OK
MESSAGE ACCEPTED - ZOBI 0086 11:08 07/17/84


NCIC         2432 11:08
ZOBI         0055 11:08 07/17
IL01Z0BI23 10
OKOBI0001
NO RECORD    LIC/ ATF1975 LIS/OK
```

5

OSBI 0114

```
NCIC1L01ZOBI.OW.OKOBI0001.NAM/HOGAN,RICKY P.DOB/031256
MESSAGE ACCEPTED - ZOBI 0037 11:20 07/30/84


SCOMOD.DLN/003220244.TYP/C
MESSAGE ACCEPTED - ZOBI 0038 11:21 07/30/84


NLETCO.OKOBI0001.TX.TXTPUR/C
NAM/HOGAN,RICKY P.DOB/031256.SEX/M
MESSAGE ACCEPTED - ZOBI 0039 11:21 07/30/84



NCIC       2475 11:20
ZOBI       0052 11:21 07/30/84
1L01ZOBI03830W
OKOBI00
TO NCIC NO          1006 NAM/HOGAN,RICKY P



SCOM       1746 11:21
ZOBI       0053 11:21 07/30/84

REFERENCE:                    INQUIRY BY ZOBI
                    DRIVER LICENSE TRAFFIC RECORD
NAM HOGAN,RICKY PAUL          DLN 003220244         DOB 03/12/56
                    ***FOR LAW ENFORCEMENT USE ONLY***
                    ---ARREST CONVICTION---
OFFENSE                                              DISP
DATE     OFFENSE                                     DATE
020577   RADAR CHECKED SPEEDING VIOLATION            020577 DIST
031078   25 MPH OVER POSTED LIMIT                    031078 DIST BRYAN
060279   RADAR CHECKED SPEEDING VIOLATION            060879 DIST ATOKA
070779   OPERATING A M.V. AT A SPEED OTHER THAN PROPER  071179 MUN ATOKA
020280   RADAR CHECKED SPEEDING VIOLATION            020480 DIST MCINT
111680   SPEEDING (MUNICIPAL) (NOT 11-801)           120580 MUN KREBS
101081   SPEEDING (MUNICIPAL) (NOT 11-801)           110581 MUN MUSTANG
032482   SPEEDING (MUNICIPAL) (NOT 11-801)           042782 MUN UNION CITY
041382   FAILURE TO HONOR NOTICE TO APPEAR           042782 MUN UNION CITY
051283   CARELESS DRIVING (11-901A)                  051283 MUN ATOKA
031583   SPEED IN EXCESS OF POSTED MAXIMUM (11-80    121483 MUN    CITY
122483   SPEED IN EXCESS OF POSTED MAXIMUM (11-80    010484 DIST   PITTSBURG
                    ---ACCIDENTS---
DATE     CITY            COUNTY          STATE
031883   OKLAHOMA C.T.   OKLAHOMA        OK
071583                   ATOKA           OK
                    ---DEPARTMENTAL ACTION---
DATE                                                 STATUTE CASE NO
040680   WARNING LETTER (? POINTS)                   6206    000000000
031582   D.L. SUSPENSION FOR POINTS                  6206    291940065
081982   PRE-                                                291940065
081982   REINSTATEMENT                                       000000000
051982   REINSTATED
071983   WARNING LETTER                              6206    291640
121583   COMPLETED MV COURSE FOR DRIVING             
032584   D.L. SUSPENSION FOR POINTS                          000000000
*** CURRENT PRINT LEVEL                                      180610
                    --- END OF RECORD ---    SUSPENSION NOT REINSTATED
```

OSBI 0115

```
DR.TXDPS0000
05:04 07/17/84 02585
00:04 07/17/84 00904 OKOBI0001
TXT
NOT ON FILE  NAM/HAMMACK,LYNN C.DOB/010560.SEX/M


NLETA       0BI0001.TX.TXTNAM/HAMMACK,RICHARD.DOB/010560.SEX/M
MESS        EPTED - ZOBI 0085 11:05 07/17/84



NLET        1113 11:05
ZOBI        0094 11:05 07/17/84

DR.TXDPS0000
09:05 07/17/84 02591
09:05 07/17/84 00905 OKOBI0001
TXT
NOI ON FILE  NAM/HAMMACK,RICHARD.DOB/010560.SEX/M
```

5

OSBI 0116

```
OLETS NETWORK

********
MLET            0911 11:07
              0045 10:40    17/84

CR/TX0000000
09:05 07/17/84
06:     07/17/84                    01
T
P1
RE         USTIN TX 071784 REPLY
SVC


TCIC SUMMARY SID/TX02683587 FBI/707022VE    07/17/84
EH   HAMMACK,LYNN CHRISTOPHER M W DOB/010560 POB/TX HGT/510
WGT/175 EYE/BRO HAI/    FPC/PO-1PICO1218PO-1PI17
DRE 01-08-80 DOLT 05-07-84
III S/S
    ADDITIONAL IDENTIFIERS
SMT/SC L ARM /TAT L HND /TAT L ARM  TAT R ARM
AKA/HAM     /LYNN HAMMACK,RICHARD CHRISTOPHER
/HAMMACK,CHRISTOPHER LY:IN/HAMMACK,CHRISTOPHER LYNN /HAMMACK,CHRIS
TOTAL ARRESTS -
CHARGES CONVICTIONS OFFENSE
    1       0       ASSAULT
    2       2       BURGLARY
    2       0       LARCENY
    2       0       DANGEROUS DRUGS
    2       0       WEAPON OFFENSES
LAST ARREST STATUS (INCLUDED ABOVE) -
  051483 TX1230100 BEAUMONT PD
  01   ASSAULT                 TUT COUNTY
EARL          JEFFERSON COUNTY JAIL 2-10-9   031683
CHT
```

OSBI 0117

REQUEST FOR BLACK & WHITE PHOTO
DATE  7-17-8

NAME  DAVIS, DENVER RUSSELL

LIC #  00388609           CODE #   1025

PHOTO DATE  1-23-84       STA #   205
                                  U-030984

REQUESTED FOR:            1984--7 269

Inv. Jackie Roberts
OSBI
P.O. Box 11497
Oklahoma City, OK  73136

OFFENSE _____ CRIME ANALYSIS SERVICE

INQUIRY BY: ZOBI  Ok DL
REFERENCE RECORDS FOUND FOR IDENTIFIERS GIVEN
DENVER R                 .DOB/021362.SE

SUMMARY TID T0287-737 FBI 24-2945   07-17-84
DAVIS-DENVER RUSSELL  DOB 021362 FOB TX HGT 511
WGT 154 F  FLU HAI PLM SPC PMETT
DRE 01-26-    OJLT 07-16-84

ADDITIONAL IDENTIFIERS
DL TX0026
SOC 460250
SMT TFT R ARM  THT L ARM
A/A DAVIS,DENVER R  DAVIS,DENVER
TOTAL ARRESTS -
CHARGES CONVICTIONS OFFENSE
    1       0       ROBBERY
    1       0       BURGLARY
    1       0       LARCENY
    1       0       DANGEROUS DRUGS
LAST ARREST STATUS (INCLUDED ABOVE)
  070184 T 1230000 BEAUMONT SO
  01  ROBBERY

ORD DPS AUSTIN TX          CM 17 1014CDT

NCIC       2471 11:19
ZOBI       0051 11:20 07/30/84        NCIC
IL0120BI237900
OK0BI0001
NO NCIC WANT DOB/021362 NAM/DAVIS,DENVER R

REFERENCE:                  INQUIRY BY: ZOBI  OK DL
NO CROSS REFERENCE RECORD FOUND FOR IDENTIFIERS GIVEN
NAM/FORT           RVL R          .DOB/052160.SE

SCDM       1725 11:18
ZOBI       0047 11:18 07/30/84

OSBI 0118

```
        .OKOBI0001.TX.TXTNAM HAMMOCK.CHRISTOPHER L.DOB 010560. E  M
        F ACCEPTED - ZOBI 0030 09:51 07-17 84


NLET          0856 09:50
ZOBI          0037 09:51 07/17/84

DR.TXDPS0000
07:48 07/17/84 01976
07:48 07/17/84 00653 OKOBI0001
TXT
DAVIS.DENVER RUSSELL
PO BOX 41, CHINA, TEX
RAC W. SEX/M. DOB 021362. HGT 511. WGT 125. HAIR BLN. EYE GRN.
DLN  9388609. OLT CLASS C. EXP 021388
RSTR:NONE
STATUS:CLER


NLET           09 5

                 A 11:19
                044 11:50 0   3  4
                                              NCIC

            I E 05 160 NAM ROBIN. DARYL R

REFERENCE:                  INQUIRY BY: ZOBI
NO CRI   EFERENCE REC RD FOUND FOR IDENTIFICATION
NAM   MMOCK.LYNN C           JOB 000

 OM           17 3 11:19
 OBI           0046 11:18 07/30 84

                                                          5
           470 11:19
           0050 11:20 07/30 84             NCIC
                BOM

    IC WANT DOB 010560 NAM HAMMOCK.L    C
```

OSBI 0119

CLASS C

DAVIS, DENVER RUSSELL
PO BOX 41
CHINA, TEX 77613

OSBI 0120