

REQUEST FOR BLACK & WHITE PHOTO
NAME ROBINS, DARYL PATRICK    DATE 7-17-84
LIC. # 06763756
CODE #
PHOTO DATE 5-20-82
STA. # 205
REQUESTED FOR:
Inv. Jackie Roberts
OSBI
P.O. Box 1497
Oklahoma City, OK 73136
OFFENSE
CRIME ANALYSIS SERVICE

OSBI 0121

DEPARTMENT OF PUBLIC SAFETY

5

21402852

ROBINS, DARYL PATRICK
PO BOX 177
CHINA, TX 77613

ROBINS, DARYL PATRICK
PO BOX 177
CHINA, TX 77613

OSBI 0122



OSBI 0123

```
TCIC SUMMARY SID/TX02548554 FBI/              07/17/84
EH  ROBINS*DARYL PATRICK M W DOB/052160 POB TX HGT 507
WGT 140 EYE/BRO HAI/BRO FPC/POFMPMPO1214PIPIPI10
DRL 01       DOLT 07-13-84
     ADDITIONAL IDENTIFIERS
   /TN6
   /449041077
SMT/SC NOSE
AKA/ROLLIN,DARYL
TOTAL ARRESTS -         2
CHARGES  CONVICTIONS  OFFENSE
    1         0         ROBBERY
    1         0         DANGEROUS DRUGS
LAST ARREST STATUS (INCLUDED ABOVE) -
  062884 TX1230100 BEAUMONT PD
   01  ROBBERY                  TOT COUNTY
END

CRD DPS AUSTIN TX SLH 17 1007CDT


NLET      0917 10:19
ZOBI      0046 10:14  07/17/84

CR.T W0000 0
08:0  07/17/84 02098
08:07 07/17/84 00714 OKOBI0001
TXT
PUF C
SVC CRD DP. AUSTIN T        REPLY

    *DENVER



NLET      0858 09:51
              0039 09:51 07/17/84

DP.TXDPC0000
07:48 07/17/84 01979
07:48 07/17/84 00655 OKOBI0001
TXT
ROBINS*DARYL PATRICK
PO BOX 177, CHINA, TEX
RAC/W.   M. DOB/052160. HGT/510. WGT/120.   T*/BRO. EYE/BRO.
 N/0678 756. OLT/OPERMIOR. EXP 052186
F TR:NONE
ST+FL SECLEAR
```

OSBI 0124

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE _____ OF _____

| 84-094 | Reporting Date: 7-10-84 | Reporting Agent(s): J. ROBERTS | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: ABDUCTION/KIDNAPPING | | Case Agent: G. ROGERS | Office: MRO | Typed By: HK | Date: 7-31-84 |
| Object: VICTIM: DONNA DENISE HARAWAY SUBJECTS: UNKNOWN | | Activity: INVESTIGATIVE LEAD_DENVER RUSSELL DAVIS | | | |

On June 29, 1984, Detective BARROW, Beaumont Police Department, telephone 409-838-0731 advised Depty. Insp., ROBERTS his department had taken into custody on June 28, 1984 at _____ a white male who resembled one of the subjects _____ site. The suspect, and two other individuals attempted to steal a purse from a car but the owners caught the subjects. Subjects then attempted to run over the owners. The subjects were in a '70's blue chevrolet pickup with primer spots, bearing Oklahoma License ATF1975, which was impounded by Beaumont P.D. Before Det. BARROW could check the pick-up for evidence the pick-up and subjects were released. BARROW identified the subjects as follows:

(1) DENVER RUSSELL DAVIS
    WM/DOB 2-13-62, worked in the Oilfields of Oklahoma and mentioned Ada.

(2) DARYL PATRICK ROBINS,
    DOB: 5-21-60

(3) CHRISTOPHER LYNN HAMMOCK,
    DOB: 1-5-60
    With tattoos both arms

Background investigations of the subject provided the following information:

(1) DENVER RUSSEL DAVIS
    WM   DOB: 2-13-62
    Texas DL# 00388609 Expires 2-13-88
    P.O. Box 43
    China, Texas
    5'11"   125   Blonde hair, green eyes
    No record of Oklahoma Drivers License

-CONTINUED-

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0125

PAGE TWO                    -CONTINUED-          INVESTIGATIVE REPORT
                                                 OFFENSE: ABDUCTION/
                                                          KIDNAPPING

Photo as appears on TX D/L-DENVER DAVIS   This polaroid was
                                          Removed & retained
                                          in the investigation
                                          Records Section

Criminal Record:  FBI# 649323W5
                  Texas Criminal # TX02C 737 indicates four (4)
                  charges including Robbery, Burglary, Larceny,
                  Dangerous Drugs. Record also shows tattoo
                  on right and left arm.

No outstanding NCIC warrants.

                              -CONTINUED-

OSBI 0126

(2) DARYL PATRICK ROBINS
    WM/DOB: 5-21-60
    Texas DL# 06763756  Expires 5-21-86
    P.O. Box 177
    China, Texas
    5'10-120  Brown hair, Brown eyes
    No record of Oklahoma Drivers License

Photo attached on Texas D/L-DARYL ROBINS     THIS POLAROID WAS
                                             Removed + Returned
                                             IN THE INVESTIGATING
                                             _____

Criminal Record: FBI-None given. TX02548534 indicates two
Texas Criminal _____ ____ _____
(2) charges including Robbery and Dangerous
Drugs. Record also shows scar on nose.

No outstanding NCIC warrants.

-CONTINUED-

OSBI 0127

PAGE FOUR                    -CONTINUED-          INVESTIGATIVE REPORT
                                                  OFFENSE: ABDUCTION/
                                                  KIDNAPPING

    (3) CHRISTOPHER LYNN HAMMOCK
        WM/DOB: 1-5-60
        No record of Oklahoma nor Texas D.L.

Criminal Record: FBI# 707022V8
        Texas Criminal # TX02683587 indicates six (6)
        charges including assualt, 2 for burglary,
        2 for larceny, 2 for Dangerous Drugs and 2
        for Weapon offenses.
        Record show HAMMACK-5'10-175, Brown hair,
        brown eyes, scar on left arm, tattoos on
        left hand and arm, and tattoo right arm.

No outstanding NCIC warrants.

    (4) Oklahoma License Tag # ATF 1975 issued 6-8-84 is
        registered to:
        RICKY PAUL HOGAN
        Rt. 5, Atoka, Oklahoma 74525
        1969 Chevrolet Pick-up.
        VIN: CE149S833390

        Oklahoma DL# 003220244 Expires 3-86
        RICKY PAUL HOGAN    DOB: 3-12-54
        RT. 5, Box 166, Atoka
        W/M, 6', 180 brown h___
        License is currently under suspension, copy of
        traffic record is attached to report.

No Criminal record Oklahoma nor Texas.

No outstanding NCIC Warrants

A check through NCIC shows No stolen report of License Tag
ATF1975.

OSBI 0128

# OKLAHOMA STATE BUREAU OF INVESTIGATION
## INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR #84-094 | Reporting Date: AUGUST 10, 1984 | Reporting Agent(s): TOMMY GRAHAM | | Reviewed By: TG 8-16-89 |
|---|---|---|---|---|
| Offense: ROBBERY AND MISSING PERSON | | Case Agent: GARY ROGERS | Office: ERO | Typed By: kc  Date: 08-14-84 |
| Subject: (S) UNKNOWN SUBJECT(S) | | Activity: INFORMATION FROM DEPUTY INSPECTOR ROGER CHRISCO | | |
| (V) DONNA DENICE HARAWAY | | | | |

August 10, 1984, Deputy Inspector ROGER CHRISCO, Northeast Regional Office, provided the following information:

On the early morning hours of August 9, 1984, Tulsa Police Department arrested DENNIS and ORVEL REEVES for the robbery and abduction of a convenience store clerk in Tulsa, Oklahoma.

## MODUS OPERANDI

During the early morning hours of August 9, 1984, ORVEL REEVES drove a silver, 1984, Datsun passenger car to a Circle "K" Convenience Store in Tulsa. DENNIS REEVES entered the store, robbed the female clerk at knife point and then abducted the clerk from the store. A Tulsa Police Department Patrolman was sitting across the street from the store and saw DENNIS REEVES walk out of the store arm and arm with the female clerk. The patrolman became suspicious and followed the car a short distance then stopped it. As the patrolman was approaching the car, the female convenience store clerk alerted the patrolman to the fact that she had been robbed and abducted. Patrolman then took DENNIS and ORVEL REEVES into custody.

DENNIS REEVES is described as a white male, DOB: 09-08-53, six feet tall, 175 pounds, blondish brown hair  TPD Number: 126194.

ORVEL REEVES is described as a white male, DOB: 05-26-52, six foot tall, 175 pounds, dark brown hair, TPD Number: 118420.

Deputy CHRISCO advised that Robbery/Homicide Detectives FRED PARK or DICK BISHOP could be contacted for further details of the robbery.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0129

DATE OF RELEASE _____



# OKLAHOMA STATE BUREAU OF INVESTIGATION
## IDENTIFICATION DIVISION
P.O. BOX 11497
OKLAHOMA CITY, OKLAHOMA

OSBI # 506801

FBI # 739 374 AA8

Page

The following OSBI record is furnished for Official Use Only. Information shown on this identification record represents data furnished OSBI by fingerprint contributors. Where Disposition Data is not shown or further explanation of charge or disposition is desired, communicate with agency contributing those fingerprints. This information is complete and accurate to the maximum extent feasible as of the date of dissemination. It should not be considered valid ninety days after its release. Use and further dissemination of this information is restricted.
CIVIL AND CRIMINAL PENALTIES EXIST FOR MISUSE.

| CONTRIBUTOR: IDENTIFIER (ORI) NAME CASE NUMBER (OCA) | SUBJECT: NAME | ARRESTED OR RECEIVED | C-CHARGED D-DISPOSITION |
|---|---|---|---|
| OK0140100 PD Moore, OK 7918 | ARMS, Bruce Edwin | 2-8-83 | C-Poss CDS D-8-24-83 PG as chgd 2 yrs Deferred date:8-21-85 |

5

sh

OSBI 0130