# OKLAHOMA STATE BUREAU OF INVESTIGATION
## INVESTIGATIVE REPORT

| Case: CR# 84-094 | Reporting Date: 9-10-84 | Reporting Agent(s): J. ROBERTS | | Reviewed By: |
|---|---|---|---|---|
| Offense: ABDUCTION/KIDNAPPING | | Case Agent: G. ROGERS | Office: MRO | Typed By: hk  Date: 9-13-84 |
| Subject: (V) DONNA HARAWAY  (S) UNKNOWN | | Activity: INTERVIEW OF LARRY AND ANITA MORRISON, REFERENCE SUBJECT BRUCE ARMS | | |

On 9-7-84, LARRY and ANITA MORRISON telephonically contacted Deputy Inspector Roberts and requested additional information on the subject in the abduction of HARAWAY. Based on a bulletin comparing the suspect's composites, the MORRISONS thought they knew one of the subjects.

On 9-10-84, Deputy Inspector ROBERTS interviewed LARRY and ANITA MORRISON at their residence, 3400 Fairway Dr., Moore, home telephone 794-7082, business telephone, 794-2777 and they provided the following information:

A friend of the family, BRUCE ARMS, resembles the subject in composite #1. ARMS a white male fits the physical description except his hair is dark brown, and is dark complected due to Indian blood. He does not have a dimple in his chin and has never had any facial hair. ARMS is employed by Hester's Mobile Homes and has been in the Ada area delivering Mobile Homes. The MORRISONS could not recall ARMS owning a 60 or 70's Chevrolet pick-up, light colored with primer spots.

Although ARMS has been in trouble before and would be capable of kidnapping HARAWAY, the MORRISONS do not feel BRUCE ARMS is the subject due to the descrepancies in the physical description.

OSBI Criminal records reflect a record # 506801 on a BRUCE EDWIN ARMS, DOB: 3-3-62 for charges of possession of CDS by MOORE PD on 2-8-83. A copy of the criminal record is included in this report.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0131

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR#84-094 | Reporting Date: OCTOBER 22, 1984 | Reporting Agent(s): JOE COLLINS | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: HOMICIDE | | Case Agent: GARY ROGERS | Office: ERO | Typed By: TAB | Date: 10/22/84 |
| Subject: S – ODELL BRUNO TITSWORTH, KARL ALLEN FONTENOT, TOMMY WARD | | Activity: ARREST OF KARL ALLEN FONTENOT | | | |

On October 19, 1984, OSBI Senior Agent GARY ROGERS contacted OSBI Inspector JOE COLLINS and advised that warrant number CRF84-198 had been issued in Ponotoc County, Oklahoma, for KARL ALLEN FONTENOT, charging him with First Degree Murder, First Degree Rape and Kidnapping.

According to ROGERS, FONTENOT was supposed to be living with a correctional officer in Hominy, Oklahoma. ROGERS requested Agents from the NERO arrest FONTENOT.

On October 19, 1984, at approximately 1000 hours, COLLINS and Senior Agent JAMES OTTE travelled to the mobile home of Correctional Officer CRAVENS where FONTENOT was arrested by the Agents. FONTENOT was advised of his rights under the Miranda Decision by OTTE and was then transported to the Stroud Police Department, Stroud, Oklahoma, where he was released to the custody of the Ada Chief of Police.

11-2-84  EB
Copy of case file (p '04-1) was made for the use on the Task Force in Ada

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0132

# OKLAHOMA STATE BUREAU OF INVESTIGATION
## INVESTIGATIVE REPORT

PAGE 1 OF 4

| Case: CR #84-094 | Reporting Date: NOVEMBER 9, 1984 | Reporting Agent(s): GARY ROGERS | | Reviewed By: BMK |
|---|---|---|---|---|
| Offense: ROBBERY AND KIDNAPPING | | Case Agent: GARY ROGERS | Office: ERO | Typed By: kc | Date: 11-13-84 |

Subject:
(S) TOMMY JESSE WARD
W.M., DOB: 09-21-60

KARL ALLEN FONTENOT
W.M., DOB: 08-_-64

(V) DONNA DENISE HARAWAY

Activity: INTERVIEWS OF LISA LEIGH LAWSON
KENNY LYNN LYDA
BARRY LESLIE

On October 26, 1984, LISA LEIGH LAWSON, White Female, Date of Birth: July 5, 1964, Social Security Number: 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, Home Address: 231 East Fourteenth, Ada, Oklahoma, Home Telephone: (405) 436-6375, Business Phone: East Central University Snack Bar (405) 332-8000, was interviewed by Agent GARY ROGERS and she provided the following information:

LAWSON first met WARD in 1979, and she dated him from December 19, 1979 through August 28, 1983. While they were dating, LAWSON had been employed by the McAnally's Store on Arlington Street in 1982 and it was just for a short period of time.

LAWSON broke up with WARD on August 28, 1982, because she started living in Seminole and he lived in Ada, and she had caught him dating other girls, and because of his continued use of marihuana. On the day they broke up, they got into a fight and she slapped him and he hit her and broke her glasses.

LAWSON knew KARL FONTENOT because she went to school at Latta with him during her Senior year.

## AGENT'S NOTE

An Ada Police Department Officer report reflected that LISA LAWSON worked at the McAnally's Store on Arlington Street in November 12, 13, 19 and 20th, 1981. It was during the 20th of November 1981, that $278.50 came up missing from the store safe. Her interview with Detective D. W. BARRETT of the Ada Police Department disclosed that on the night of the 20th, TOMMY WARD came to the store and was there when LAWSON closed up.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0133

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - TOMMY JESSE WARD
          KARL ALLEN FONTENOT
VICTIM  - DONNA DENISE HARAWAY
PAGE TWO

AGENT'S NOTE, continued:

WARD'S statement to BARRETT disclosed that WARD was at the store on that night but he denied taking any money. He helped LAWSON sweep, mop and stock up while she closed.

On December 14, 1981, Agent BILL SPARKS gave LAWSON a polygraph regarding the loss of the money and his report reflected that she was deceptive concerning the theft.

WARD was also requested to take a polygraph concerning the incident and he agreed to, but failed to show up for the test.

---

On November 7, 1984, KENNY LYNN LYDA, Indian Male, Date of Birth: July 16, 1968, Home Address: 425 West Seventh, Ada, Oklahoma, Home Telephone: (405) 332-2997, was interviewed by Agent ROGERS and he provided the following information:

LYDA, a resident of the Ada Youth Shelter, was accompanied by his social worker, STEVE HAWER, during the interview. Pontotoc County Jail Inmate TERRY MCCARTNEY, who was in jail at the same time LYDA and FONTENOT were, told LYDA that FONTENOT said, "They would never find HARAWAY'S body because she was not all in one place."

LYDA had known WARD for three for four years and FONTENOT for two or three years. He had partied with WARD and FONTENOT at MICHELLE ROBERTS house located at Twelfth and Hope in Ada, Oklahoma. The parties that he attended were around the first part of March and April.

LYDA had seen WARD take drugs, but he was not specific about dates.

About one year ago, WARD occasionally ran around with JOHNNY DANIELS.

OSBI 0134

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - TOMMY JESSE WARD
          KARL ALLEN FONTENOT
VICTIM  - DONNA DENISE HARAWAY
PAGE THREE

AGENT'S NOTE

LYDA was reluctant to give much detail about his association with WARD and FONTENOT. It should be noted that LYDA is in almost constant trouble with the law and is in custody of the Youth Shelter. ROGERS suspected LYDA was minimizing his knowledge of the two suspects and their activities.

---

On October 23, 1984, BARRY LYNN LESLIE, White Male, Date of Birth: January 30, 1961, Social Security Number: 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, Home Address: 519½ West Nineth, Ada, Oklahoma, Employed at J.D.'S Cafe, Business Phone: (405) 332-____, was interviewed by Agent ROGERS and he provided the following information:

LESLIE had known TOMMY WARD since they were in the second grade at Latta School. During the past few years LESLIE ran around with WARD two or three times a week.

LESLIE met KARL FONTENOT about one and one-half years ago through WARD. LESLIE ran around with FONTENOT, but not much, usually FONTENOT was with WARD.

LESLIE did not know ODELL TITSWORTH.

After the robbery of McAnally's, WARD started acting different. WARD acted depressed, almost to the point of being despondent.

On or about June 18, 1984, LESLIE and WARD were driving down Main Street in Ada during the evening hours, when LESLIE saw a girl that he knew and he whistled at her. At that time WARD told LESLIE, "I would like to knock her fucking teeth out and fuck her in the bloody mouth."

LESLIE was always leary of WARD and really didn't trust WARD. WARD would try to provoke an incident between WARD and LESLIE just so that WARD could have an excuse to try and start a fight.

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - TOMMY JESSE WARD
          KARL ALLEN FONTENOT
VICTIM  - DONNA DENISE HARAWAY
PAGE FOUR

WARD told LESLIE that about one or two years ago, he (WARD) stole a safe from McAnally's Store on North Broadway in Ada, and got a considerable amount of money. WARD told LESLIE about one and one-half years ago, after the McAnally Store on Arlington Street in Ada, opened that he would like to rob it.

WARD told LESLIE about one year ago that he (WARD), and a heavy set truck driver named DUSTY (Last Name Unknown), pulled either a robbery or burglary of a hospital in South Carolina and took a large amount of narcotics. As WARD and the truck driver were leaving, a police officer got after them and WARD either shot or shot at the officer.

The power station on Reeves Road west of Ada, was probably WARD'S favorite spot to go party. LESLIE has been there numerous times partying with WARD and most of the time they parked behind the power station.

The last time that LESLIE partied with WARD was about two months ago, when LESLIE, WARD and BILLY HAMMONS went to the power station at about 2330 hours and stayed there for about two hours. They drank a twelve pack of beer and smoked some marihuana.

When asked about WARD'S and FONTENOT'S relationship, LESLIE said they were good friends and that FONTENOT would do anything WARD asked him to.

Sometime after LESLIE was interviewed on June 19, 1984, by the police the first time, LESLIE and some of his friends were talking about the HARAWAY case when FONTENOT joined into the conversation and said that he and WARD were fishing on the Blue River when the _____ took place.

---

OSBI 0136



Medical Record Dept.
**WESTERN STATE HOSPITAL**
1 Mile East Highway 270 Box 1
Fort Supply, Oklahoma 73841

State of Oklahoma
OFFICIAL MAIL
PRIVATE USE ILLEGAL
HB 1724 (1976)

Mr. Al Abernathy
Chief Investigator
Oklahoma State Bureau of Investigation
P. O. Box 11497
Oklahoma City, Ok 73136

OSBI 0137



# WESTERN STATE HOSPITAL

TELEPHONE
405-766-2311

FORT SUPPLY, OKLAHOMA 73841

November 19, 1984

Gary Rogers
Special Agent
Oklahoma State Bureau of Investigation
Route 3, Box 307
Ada, Ok 74820

Re: Donna Denise Haraway

Dear Sir:

I have checked our records at Western State Hospital and also at the Northwest Oklahoma Mental Health Center, and have found no indication that Mrs. Haraway (Lyon) has ever been in either facility. I have sent a copy of her picture and description to our Admissions Office Supervisor so they will be on the look-out for her as a possible admission. They have been instructed to advise the hospital Superintendent or the Medical Record Dept. if she does arrive, so we can let you know.

Sincerely,

Ida C. Hunter, ART

Ida C. Hunter, ART
Medical Records Supervisor
For the Superintendent

cc: Al Abernathy, Chief Inspector
    Glen Wallace, Acting Superintendent

ich

*Put in Haraway file, Send copy up to Sophia*   ABA 11-20-84

OSBI 0138

## OKLAHOMA STATE BUREAU OF INVESTIGATION
### INVESTIGATIVE REPORT

| Case: CR #84-094 | Reporting Date: October 30, 1984 | Reporting Agent(s): ALAN SALMON | | Reviewed By: |
|---|---|---|---|---|
| Offense: KIDNAPPING/HOMICIDE | | Case Agent: ROGERS | Office: ERO | Typed By: bsh  Date: 11/5/84 |
| Subject: (V) DONNA DENICE HARAWAY | | Activity: INTERVIEW OF JANNETTE ROBERTS | | |

_____ 19, 1984, JANNETTE ARLENE ROBERTS, WF, DOB: _____, _____: 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, residing at 422 Elm Street, Norman, Oklahoma, was interviewed at her residence by Special Agent SALMON. Also present was Detective E. DAVENPORT, Norman Police Department. ROBERTS provided the following information:

ROBERTS resided at 509 S. Townsend, #4, Ada, Oklahoma, in the spring of 1984. One Saturday evening, GORDON CALHOUN (possible spelling) had a keg party in his apartment, next door in Apartment #3. ROBERTS began drinking in CALHOUN'S apartment in the afternoon.

CALHOUN had gone to Texas to get the two kegs used for the party. ROBERTS had gone in with CALHOUN on the beer.

TOMMY WARD was at the apartment that afternoon but left to put plumbing in for his mother. KARL FONTENOT may have helped WARD work on the plumbing. WARD returned for the party about the time the party started, approximately 1900 to 2100 hours. ROBERTS was in and out most of the time the party was going on. ROBERTS never saw FONTENOT or WARD leave the party after it started. According to ROBERTS, the party lasted until approximately daylight.

According to ROBERTS, others at the party included a male named "BRUCE" from Konawa; several individuals from Konawa; and possibly a male called "BLUE" that ROBERTS met at the Blue River. "BRUCE" and the bunch from Konawa would leave periodically to get others to come to the party and return to the party.

In conclusion, ROBERTS related her husband, MICHAEL ROBERTS, was in Bartlesville the weekend of the party. Additionally, ROBERTS recalled neither FONTENOT or WARD had transportation at that time because they both lived in her apartment.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0139

