**WHAT VEHICLE WAS DOING**

| Unit 1 | Unit 2 | |
|---|---|---|
| X | X | 1. Going straight |
| | | 2. Turning left |
| | | 3. Turning right |
| | | 4. Making U-turn |
| | | 5. Slowing or stopping |
| | | 6. Stopped in traffic |
| | | 7. Starting from parking |
| | | 8. Changing lanes |
| | | 9. Overtaking or passing |
| | | 10. Backing |
| | | 11. Starting in traffic lane |
| | | 12. Parked |

**WHAT VEHICLES DID**

| Unit 1 | Unit 2 | |
|---|---|---|
| X | X | 1. Kept straight |
| | | 2. Turned left |
| | | 3. Turned right |
| | | 4. Entered U-turn |
| | | 5. Stopped |
| | | 6. Slowed |
| | | 7. Started from park |
| | | 8. Entered other lane |
| | | 9. Overtaking |
| | | 10. Backed |
| | | 11. Started forward |
| | | 12. Rolled, stopped, parked |

**TRAFFIC CONTROL**

| Unit 1 | Unit 2 | |
|---|---|---|
| | | 1. Stop sign |
| X | X | 2. Traffic signal |
| | | 3. Flashing signal |
| | | 4. Yield sign |
| | | 5. Warning sign |
| | | 6. RR gates, signals |
| | | 7. No-passing zone |
| | | 8. Officer |
| | | 9. No control |
| | | 10. Abnormal control |

**ROAD CHARACTER**

| Unit 1 | Unit 2 | |
|---|---|---|
| | | 1. Straight-level |
| | | 2. Straight-upgrade |
| | | 3. Straight-downgrade |
| | | 4. Straight-hillcrest |
| | | 5. Curve-level |
| | | 6. Curve-upgrade |
| X | X | 7. Curve-downgrade |
| | | 8. Curve-hillcrest |
| | | 9. Sharp curve (add to above if applicable) |

**CONDITION OF DRIVERS AND PEDESTRIANS**

| Unit 1 | Unit 2 | |
|---|---|---|
| X | X | 1. Apparently normal |
| | | 2. Drinking-ability impaired |
| | | 3. Odor of alcoholic beverage |
| | | 4. Very tired |
| | | 5. Sleepy |
| | | 6. Sick |
| | | 7. Condition not known |

Body defects (arm, leg, eyes, etc.)

**POINT OF FIRST CONTACT ON VEHICLES**

| Unit 1 | Unit 2 | TOP | Unit 1 | Unit 2 | BOTTOM |
|---|---|---|---|---|---|
| X | | 1. Front-center | | | 7. Right-side-center |
| | | 2. Front-right | | | 8. Right-side-forward |
| | | 3. Front-left | | | 9. Right-side-aft |
| | | 4. Rear-center | | | 10. Left-side-center |
| | X | 5. Rear-right | | | 11. Left-side-forward |
| | | 6. Rear-left | | | 12. Left-side-aft |

**LIGHT**: X 1. Daylight; 2. Darkness; 3. Lighted; 4. Dawn; 5. Dusk

**WEATHER**: 1. Clear; X 2. Partly cloudy; 3. Overcast; 4. Raining; 5. Snowing

**WHAT PEDESTRIAN WAS DOING**: 1. Crossing at intersection; 2. Crossing not at intersection; 3. Crossing at other crosswalk; 4. Getting on or off vehicle; 5. Walking with traffic; 6. Walking against traffic; 7. Push/work on vehicle; 8. Playing; 9. Other working

**ROAD CONDITION**: X X 1. Dry; 2. Wet; 3. Ice-Snow; 4. Muddy

**ROAD SURFACE**: 1. Concrete; X X 2. Asphalt; 3. Gravel; 4. Dirt

**LOCALITY**: 1. Residential; X 2. Business; 3. Industrial; 4. School; 5. Open country

**VEHICLE CONDITION**: X X 1. Apparently normal; 2. Brakes; 3. Steering; 4. Headlights; 5. Headlights; 6. Tires — TIRE CHECK

Indicate North by Arrow — DIRECTION OF TRAVEL

Veh. 1: N S E W X
Veh. 2: N S E W X

N/A — visibility obscured by

COLLISION DIAGRAM

Concrete Divider
S Memorial Dr.
Ok Hwy 51 west
184
Off ramp west bound from Hwy 51 to Memorial

5/27/76

POI: ... N of N edge of roadway OK Hwy 51, 18 ft E of E curb S. Memorial Dr.

Did Location of FIRST Damage or Injury Producing Event Occur on Travel Portion of Trafficway? Yes X No

N/A

MAY 26 1976

Driver #2 states he started from stop at light and was bumped from behind by veh #1.

Driver #1 states he started from stop at light and bumped veh #1 in right rear.

**UNSAFE, UNLAWFUL, OR OTHER ACTION** (this section — primarily for general statistics and administrative purposes)

| Unit 1 | Unit 2 | | Describe | Unit 1 | Unit 2 | | Describe |
|---|---|---|---|---|---|---|---|
| X | | 1. Other (describe) | improper start | | | 6. Changed Lanes Unsafely | |
| | | 2. Failed to Yield/Stop | | | | 7. Unsafe Vehicle | |
| | | 3. Followed too Closely | | | | 8. Left of Center/Passing | |
| | | 4. Unsafe Speed | | | X | 9. No Improper Action | |
| | | 5. Made Improper Turn | | | | 10. Pedestrian Bicycle Action | |

OSBI 0171

# OFFICIAL POLICE TRAFFIC COLLISION REPORT

**OKLAHOMA**  Reporting Agency: TULSA POLICE DEPT

FATALITY: yes

Date: 03 04 82  Day of Week: THUR  Hour: 2050 PM  County: TULSA
MTR VEH INVOLVED: 2

In: TULSA
On: S MEMORIAL
Not at intersection: 62 ft North of E 37 ST

Time Notified: Date 030482 Hour 2056 PM
Arrived At Scene: Date 030482 Hour 2100 PM

County No: 72  City No: 50

## Unit 1
N185753  Occupants: 2
Driver: PALMER, PAUL S  342/636
Address: 2002 MEADOW RD, CLAREMORE, OK 74017
License: 82 WV E210303  Operator
Age: 17  Race: C  Sex: M  DOB: 06 19 64
Vehicle: RD 81 DG 2DR COLT
Veh. S No: JB3-543-5BU709486
License Plate: 6-82 TK VNT541
Owner: PALMER WILLIAM  342/636
Address: SAME AS DRIVER
Legal speed: 40 MPH  Before contact: 30-35 MPH  Contact: 5-30 MPH
Estimated damage: $500.00
Veh. removed to: CARED FOR by DRIVER

## Unit 2
N185754
Driver: WARD, JOEL WAYNE  6228270
Address: 10740 E. 41 #903, TULSA, OK 74145
License: 82 OK 441627862  Operator
Age: 26  Race: C  Sex: M  DOB: 09 24 55
Vehicle: BB/W/BR 79 GMC PU 15
Veh ID No: TCL145S512340
License Plate: 12 82 OK T602489
Owner: SAME
Address: SAME
Legal speed: 40 MPH  Before contact: 40 MPH  Contact: 35-40 MPH
Estimated damage: $450.00
Veh. removed to: CARED FOR by DRIVER

## Injured / Witness
1. BRASFIELD, SHARRON — RT. 4 BOX 644, CLAREMORE, OK 34335

Citation: PALMER, PAUL S — F.T.Y. LANE CHANGE T-77 266B — 3253745

OSBI 0172



VEH #1 HAD BEEN M-ED ON THE ST. P.O.I VEH. 1 & #2 WAS 9 FT. E. OF THE W. CURB LINE OF MEMORIAL & 62 FT. N. OF THE N. CURB LINE OF 37 ST. DRIVER OF VEH. #1 STATED HE WAS CHANGING LANES & WAS E-B. VEH #2 WAS IN A BLIND SPOT ACCT. HE DIDN'T SEE VEH. #2 TILL THEY HIT. DRIVER OF VEH. #2 STATED ALL AT ONCE VEH. #1 CAME OVER INTO HIS LANE & HIT.

VEH #1 - R.O.W. CHANGING LANES

VEH #2 - SWERVED LEFT TRYING TO AVOID COLLISION.

OSBI 0173

# OKLAHOMA STATE BUREAU OF INVESTIGATION
## INVESTIGATIVE REPORT

| Case: CR 84-094 | Reporting Date: June 21, 1985 | Reporting Agent(s): Lydia Kimball | Reviewed By: |
|---|---|---|---|
| Offense: HOMICIDE/KIDNAPPING | Case Agent: ROGERS | Office: ERO | Typed By: rb  Date: 6/24/85 |
| Subject: THOMAS JESSE WARD  KARL ALLEN FONTENOT | Activity: TRAFFIC REPORTS ON JOEL WARD | | |

On June 20, 1985, traffic reports were obtained from Tulsa Police Department on JOEL WARD, W/M, DOB: 9/24/55. WARD was driving a 1979 Tan/Brn, GMC pickup, Tag #609489. JOEL WARD is the brother of TOMMY WARD, who is charged in the kidnapping of DONNA DENISE HARAWAY. Since this vehicle possibly was seen in Ada, Oklahoma, background information was obtained from JOHN STRIECH, Oklahoma Tax Commission. STRIECH advised this vehicle was purchased new from Marian Finton GMC, Ada, OK on March 2, 1979 by JAMES FRANKLIN WARD. The pickup came with the Sierra package, bally wheels, air conditioning, tinted glass, power steering, power brakes.

The vehicle was mortgaged at the Oklahoma State Bank, Ada, until it was sold to JOEL WARD in 1982. JOEL WARD financed the vehicle with the First National Bank and Trust, Ada, OK.

The insurance verification card presented to obtain the most recent tag, reflects the insurance is carried by Frontier Insurance, 3908 E. 31st, Tulsa, OK, 918-742-5826.

Frontier Insurance records reflect the insurance was obtained July 1, 1984, liability coverage only. JOEL WARD is the sole insured, and did not list previous insurance agencies that have carried that vehicle.

Since this vehicle has been in at least two accidents, Detective MIKE BASKINS, Ada, OK, will be checking with the First National Bank and Trust to obtain the insurance company's name, as well as any adjuster's photographs of the damage to the vehicle.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0174

# OKLAHOMA STATE BUREAU OF INVESTIGATION
## INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: | Reporting Date: | Reporting Agent(s): | | Reviewed By: |
|---|---|---|---|---|
| CR84-094 | JULY 22, 1985 | JAMES OTLE | | |
| Offense: | | Case Agent: | Office | Typed By | Date |
| HOMICIDE | | GARY ROGERS | ERO | tab | 7-26-85 |
| Subject: | | Activity: | | | |
| S) TOMMY WARD  V) DANNA HARAWAY | | INTERVIEW OF WAYNE GIRDNER | | | |

On July 19, 1985, WAYNE GIRDNER, WM, employed as insurance agent with Farmer's Insurance Group, 301 South [illegible], Oklahoma, (918) 299-0945, provided the following:

GIRDNER stated that he had as an insured one JOEL WARD who worked at a Datsun dealership in Tulsa, Oklahoma. GIRDNER recalled that on one occasion WARD had driven a 1967-1973 gray primer Chevrolet pickup truck to GIRDNER'S office regarding insuring the vehicle. GIRDNER could not recall the date on which WARD was at the office with the pickup only that it was approximately one to one and one-half years prior to this interview. GIRDNER remembered the pickup because GIRDNER owned a pickup similar to that one and remembered looking at the truck because of the change of body styles between his truck and WARD'S truck. WARD at that time made mention that he was working on the pickup to make repairs on it and when the repairs were completed the truck was supposed to go to a relative down in the southern Oklahoma area of Durant or Ada.

GIRDNER'S information was sketchy due to his not being able to remember the exact date or even an approximate date as to when he saw the pickup truck and spoke to WARD about it. WARD'S residence was given as 9133 East Marshall Place, Tulsa, Oklahoma, home telephone number (918) 743-1792. GIRDNER advised that he kept no records on vehicles owned by individual's insured by his company once the vehicles were traded or sold and no longer insured with his company. His records only reflected current vehicles insured with the company and did not show any past records of vehicles previously insured. Past records of previously insured vehicles for an individual could possibly be obtained from the regional office of the Farmers Insurance Group in Overland Park, Kansas, at telephone number (913) 469-3100. GIRDNER could provide no further information in regard to this case at this time.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0175

# OKLAHOMA STATE BUREAU OF INVESTIGATION
## INVESTIGATIVE REPORT

| Case: CR 84-094 | Reporting Date: JULY 22, 1985 | Reporting Agent(s): LYDIA KIMBALL | | Reviewed By: |
|---|---|---|---|---|
| Offense: KIDNAPPING/HOMICIDE | | Case Agent: ROGERS | Office: Ada | Typed By: rb   Date: 7/22/85 |
| Subject: DONNA D. HARAWAY (V)  KARL FONTENOT (S)  TOMMY WARD (S) | | Activity: Background Information on JOEL WARD, SUSIE WARD etc... | | |

The following is a compiled list of relatives of TOMMY WARD. This list was compiled by Detective MIKE BASKINS, Ada Police Department.

JOEL WAYNE WARD
W/M, DOB: 09/24/55
SSN: 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
(brother)

JAMES FRANKLIN WARD
W/M, DOB: 10/2?/5?
SSN: 443527586
1119 Smith, Odessa, Tx (Previous address)
1616 Ashland Ave, Ada, OK
(brother)

LATRICIA JANICE WOLF
W/F, DOB: 12/02/53
Ada, OK
(Sister)

JOYCE CAVINS
W/F
Ada, OK
(Sister)

VIRGINIA K. WARD
W/F, DOB: 06/28/66
Traffic citation on 04/21/85 Ada PD
Driving '79 Chevrolet pickup 1602-489, belonging to JOEL WARD
(Sister)

-continued-

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0176

CR 84-094
PAGE TWO

        FNUK, HOWELL
        W/F
        1616 Ashland, Ada, OK
        (Sister)

        MELVIN LEON WARD
        W/M, DOB 06/29/59
        5'10", 165, Brn/Grn
        1119 Smith, Odessa, Tx (Previous address)
        1616 Ashland Ave, Ada, OK (previous address)
        SSN: 440669487
        Tx DL# 10422589
        no traffic or criminal record
        (surrounding states were checked for DL and
        criminal with negative results. Subject
        cannot be located at this time.)
        (brother)

        SUSIE PEARL WARD
        W/F, DOB: 06/10/20
        SSN: 441181017
        No Traffic
        1616 Ashland Ave, Ada, OK
        (mother)

    BONNIE WHITE Oklahoma Employment Securities Commission, (405) 521-3726, was contacted reference wage records for JOEL WARD, SUSIE WARD and MELVIN LEON WARD. WHITE advised MELVIN WARD has no wage record in Oklahoma; SUSIE WARD has one record for 1983-1984, Musket Corp., Oklahoma City, (405) 751-9000. Musket Corporation owns a chain of convenience stores in which SUSIE WARD worked as cashier for Love's in Ada, OK. JOEL WARD has two wage records; third quarter of 1983 to first quarter of 1984, Henderson Datsun, now known as Tate Datsun, Tulsa, OK; and WARD is currently employed at Pemberton Nissan, Broken Arrow, OK, (918) 250-5581.

    TOMMY WAYNE WARD currently lives at 9133 E. Marshall Place, Tulsa, OK., (918) 835-9907. JOEL WARD previously lived at 10740 E. 41st, #903, Tulsa, OK, 7135 E. 7th, Tulsa, and 1616 Ashland Ave, Ada, OK. These addresses were reflected on WARD's application for Silver Creek Apartments, 10740 E. 41st, Tulsa. The only vehicle the application lists is a 1979 Chevy pickup, T-602-489.

    JOHN CULLEN, Farmers Insurance Group, (913) 469-3200, was contacted on 07/18/85, in reference to SUSIE WARD or TOMMY WARD possibly having insurance with Farmers Insurance. CULLEN advised SUSIE WARD, and TOMMY WARD have never been a client of Farmer's Insurance.

OSBI 0177



**OKLAHOMA STATE BUREAU OF INVESTIGATION**
P.O. BOX 11497
OKLAHOMA CITY, OKLAHOMA 73136

HEADQUARTERS — 3303 S. MERIDIAN
LABORATORY — NORTHEAST 36TH AT EASTERN

PHONE (405) 682-6724
PHONE (405) 427-5421

TED R. LIMKE
DIRECTOR

CARL H. CLOUD
DEPUTY DIRECTOR

September 15, 1985

Mr. Bill Peterson
District Attorney
P. O. Box 146
Ada, OK 74820

Dear Sir:

Pursuant to your request, the following is the testimony that was given by myself on Friday, September 13, 1985, reference: OSBI CR84-094, WARD, FONTENOT:

Driver's License checked in Oklahoma for DONNA DENISE HARAWAY, AKA: LYON, in November, 1984, July, 1985, and September, 1985.

Traffic citations checked for HARAWAY in November, 1984, July, 1985, and September, 1985.

Criminal Record checked in Oklahoma for HARAWAY, in November, 1984, July, 1985, and September, 1985.

Driver's License, and Criminal Records checked for HARAWAY in all 50 states in November, 1984, July 1985, and September, 1985.

Department of Human Services, Welfare department checked for HARAWAY receiving any benefits.

Oklahoma Employment Securities Commission checked for any records on HARAWAY.

Oklahoma Tax Commission checked for income tax records on HARAWAY.

Photograph of HARAWAY published in the Kansas Bureau of Investigation Bulletin, Texas Crime Analysis Bulletin, Florida Department of Law Enforcement Bulletin, and Regional Organized Crime Information Center Bulletin (ROCIC). ROCIC submitted HARAWAY's photograph to five sister agencies who in turn published HARAWAY's photograph in there respective bulletins. All of the above mentioned bulletins are then distributed to numerous law enforcement agencies throughout the United States.

OSBI
— A 60 YEAR TRADITION —
1925 — 1985

OSBI 0178

PAGE 2
September 15, 1985

Photograph of HARAWAY published in the Oklahoma State Bureau of Investigation Missing Person/Unidentified Deceased bulletin in May, 1984, and February, 1985. This bulletin is distributed to 500 law enforcement agencies throughout the United States.

Photograph distributed to Stillwater newspaper, Daily Oklahoman, Ada newspaper, Tulsa World.

Photograph distributed to all major media networks in the Oklahoma City area.

Photograph distributed to the Elks Lodge in Durant for publication in bulletin that is disseminated to 1000 members in Oklahoma.

Photograph distributed to the representative in Oklahoma City for the FTD Florists Association for dissemination to 23,000 agency members throughout the United States.

Photograph distributed to a Ham Operators organization in Oklahoma City for viewing at a rest area on I-40 over the 4th of July weekend, 1985.

Criminal and Driver's License checked for HARAWAY in all surrounding states.

Letter/Photograph mailed to all state certified institutions, and hospitals requesting any information on HARAWAY or any person matching her description being treated or admitted to that institution since the time of her disappearance.

The Oklahoma State Bureau of Investigation is one of the only states that keep all information on unidentified deceased located in the United States since the beginning of the program two years ago. HARAWAY has been compared to all Unidentified deceased matching a percentage of her descriptive data.

The FBI administers the Missing Person/Unidentified Deceased program for the National Crime Information Center, (NCIC). Any time an unidentified deceased is located, the law enforcement agency enters the information. The information is then compared to all missing persons listed in NCIC. Any descriptive data that matches a percentage of the data listed for the missing person, will be considered as a possible location of that missing person, and the originating agency will respond to the originating agency for the missing person. The OSBI did an off-line search of unidentified deceased matching a percentage of HARAWAY's descriptive data. An off-line search is a search by any agency, at any time, to determine if any unidentified deceased somewhat matches a missing person's descriptive data. Five responses were received, all were eliminated through the date the body was found, or by dental records.

OSBI 0179

PAGE 3
September 15, 1985

Of all the inquires made, as of this date, no positive responses as to the location of HARAWAY have been received.

As far as if clothing is a determining factor in the identity of an unidentified deceased, the answer is as follows:

Clothing serves a useful purpose of giving investigators leads as to the identity of the person, but the ultimate identification is made through dental records and body x-rays. The OSBI does not at this time have body x-rays, but dental records have been submitted to the OSBI.

If at any time, a possible location of HARAWAY was obtained, I would be notified. As of this date, I know nothing about a possible sighting of HARAWAY in Texas.

Should you require additional information, or if I think of any thing else, I will get in contact with you.

Sincerely,

TED LIMKE
Director

By:  Lydia Kimball
     Criminal Intelligence Analyst

TL:LRK:lk

OSBI 0180