# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

Page 1 of 2

| Case | Reporting Date | Reporting Agent(s) | Reviewed By |
|---|---|---|---|
| CR #84-094 | SEPTEMBER 19, 1985 | K. P. LARSH | |

| Offense | Case Agent | Office | Typed By | Date |
|---|---|---|---|---|
| HOMICIDE | GARY ROGERS | ERO | kc | 09-23-85 |

Subject:
(S) TOMMY JESSE WARD
    KARL ALLEN FONTENOT

Activity: INTERVIEW OF STEVEN BEVILL

(V) DONNA DENICE HARAWAY

September 19, 1985, STEVEN WAYNE BEVILL, an Indian Male, Date of Birth: March 22, 1956, General Delivery, Connerville, Oklahoma, was interviewed at his home by Agent K. LARSH and District Attorney Investigator LOYD BOND. BEVILL provided the following information:

In 1976, BEVILL had lung surgery at South Community Hospital in Oklahoma City, Oklahoma. BEVILL did not use drugs or alcohol. BEVILL drove an Oldsmobile Cutlass ... was registered to WILLIAM PORTER. In December 1983, BEVILL purchased a trailer house from Goodyear Mobile Home then in January 1984, the trailer was "set up" at 1600 Southeast Eighty-Third Street, Oklahoma City, Oklahoma. BEVILL and his wife, LILLY (SIMPSON) BEVILL, lived there until July 13, 1984, at which time it was moved to the Brook Trailer Park, Ada, Oklahoma.

BEVILL worked for Ramos Chrome Plating Company at 1320 South Walker in Oklahoma City and for Mills Roofing Truss Company during that time.

BEVILL built a roof over a trailer house just before he began working for Mills Roofing.

He became sick in fall 1983 and did not work for several months and was under the care of BILLY CHOATE, M.D..

BEVILL'S son, ANDY BEVILL, a nine year old white male, had a birthday party late in the afternoon of April 29, 1984. BEVILL, AND BEVILL, grandmother MARGIE STOLZENBACH and a friend, JOHNNY MILLS, were at the party.

On April 29, 1984, JOHNNY MILLS, LILLIAN BEVILL and STEVEN BEVILL went to Paris Flea Market, Fifteenth and Eastern, Oklahoma City, Oklahoma, and purchased a pair of boots for ANDY'S birthday.

BEVILL had known TOMMY WARD for about ten years. BEVILL'S wife LILLIAN grew up about two blocks from TOMMY WARD.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0181

CR #84-094
OFFENSE - HOMICIDE
SUBJECT(S) - TOMMY JESSE WARD
             KARL ALLEN FONTENOT
VICTIM - DONNA DENICE HARAWAY
PAGE TWO

During the first part of 1984, while STEVEN BEVILL lived in Oklahoma City, his trailer was located near Interstate 35 highway. JIMMY WARD, who was TOMMY'S brother, lived in Pauls Valley, Oklahoma, and JIMMY made frequent trips to the Veteran's Administration Hospital in Oklahoma City. WARD occasionally stopped at BEVILL'S trailer for ten or fifteen minutes on those trips. JIMMY told BEVILL that JOEL WARD had a gray pickup with "big old tires" and that he gave or sold it to JIMMY. JIMMY traded the pickup to TOMMY WARD for the brown Mercury Cougar that JIMMY drove to BEVILL'S trailer.

During the summer 1984, while BEVILL was living at the Brook Trailer House, at about 0630 hours, TOMMY WARD and CARL FONTENOT came to BEVILL'S trailer house. Their red and white 360 Yamaha motorcycle had broken down west of Asher, Oklahoma. They wanted BEVILL to haul the motorcycle for them. BEVILL, WARD and FONTENOT went to Asher and got the motorcycle and returned to BEVILL'S trailer. BEVILL attempted to fix the motorcycle, but failed and then took it to SUSSIE WARD'S house. During the trip, WARD said about two weeks earlier he was working in Norman and the Ada police questioned him about the death of DONNA HARAWAY, but he did not know anything about it.

Both CARL FONTENOT and TOMMY WARD'S hair was about collar length.

In 1983, STEVEN BEVILL lived in Coal County, Oklahoma and SUSSIE WARD delivered BEVILL'S newspaper. SUSSIE WARD drove a blue Datsun car.

At about September 16, 1985, a man served BEVILL a subpoena and asked if BEVILL would talk to Attorney DON WYATT in Ada, Oklahoma. BEVILL and the man went to Ada and talked to WYATT. WYATT did not say much. WYATT listened as BEVILL and the man talked. They asked if BEVILL, who usually wore his hair in a ponytail, would wear his hair down and shave his goatee for his court appearance. They also suggested BEVILL wear other clothing, but BEVILL told them he would not wear other clothing. They asked BEVILL to call in to WYATT' office daily. BEVILL expected to testify Friday, September 20, 1984.

OSBI 0182

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case | Reporting Date | Reporting Agent(s) | | | Reviewed By |
|---|---|---|---|---|---|
| CR# 84-094 | September 26, 1985 | GARY ROGERS | | | |
| Offense | HOMICIDE ROBBERY KIDNAPPING and RAPE | Case Agent GARY ROGERS | Office ERO | Typed By km | Date 09/26/85 |
| Subject (S) | TOMMY JESSE WARD KARL ALLEN FONTENOT | Activity | REPORTING DISPOSITION AND CLOSING OF CASE | | |
| (V) | DONNA DENICE HARAWAY | | | | |

CLOSING OF CASE

On September 25, 1985, a jury in Pontotoc County, Oklahoma found defendants THOMAS JESSE WARD and KARL ALLEN FONTENOT guilty of Robbery with a Dangerous Weapon, their punishment was assessed at 20 years each, guilty of Kidnapping, 10 years each and guilty of Murder in the First Degree, for which they assess death for both. The trial was conducted before retired Judge DON POWERS of Chandler, Oklahoma. He set a formal sentencing date of October 25, 1985.

On October 25, 1985, Judge POWERS sentenced WARD and FONTENOT each to 20 years for Robbery, 10 years for Kidnapping and Death for Murder First Degree.

I recommend this case be closed

CLOSED
DATE: 9/26/85

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0183

**OKLAHOMA STATE BUREAU OF INVESTIGATION**
O. BOX 11497
OKLAHOMA CITY, OKLAHOMA 73136

HEADQUARTERS — 3303 S. MERIDIAN
LABORATORY — NORTHEAST 36TH AT EASTERN

TED R. LIMKE
DIRECTOR

PHONE (405) 682-6724
PHONE (405) 427-5421

CARL H. CLOUD
DEPUTY DIRECTOR

December 17, 1985

Gary Sloper
New Hampshire State Police
Hazen Drive
Concord, N.H. 03305

Dear Sir:

Enclosed are photographs, descriptive data, and dental information on 1) Josephine Yvette Cogburn, W/F DOB: 4/10/67, and 2) Carla Denise Sandusky, W/F, DOB: 3/12/59. Due to similarities, the dental records from each should be compared to the unidentified female, discovered 11/10/85, Allenstown, N.H., NIC/U175666372.

I have also eliminated the following missing persons through a preliminary comparison of dental records:

Donna Denise Haraway
W/F, DOB: 8/19/59

Melody Ann Jones
W/F, DOB: 11/27/63

Lisa Farmer
W/F, DOB: 2/1/65

Patricia Arlene Hamilton
W/F DOB: 6/12/64

Joyce Irene Cogburn
W/F, DOB 5/10/68

Results of the dental comparisons should be forwarded to the letterhead address, attention: Lydia Kimball, Criminal Analyst.

Should you require further information or assistance, please feel free to contact this office.

Sincerely,

TED R. LIMKE
Director

*Lydia R. Kimball*

By: Lydia Kimball
    Management Services

TRL:LK:ph

CR84-094

OSBI
— A 60 YEAR TRADITION —
1925 — 1985

OSBI 0184

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: | Reporting Date: | Reporting Agent(s): | Reviewed By: |
|---|---|---|---|
| CR-84-094 | JANUARY 22, 1986 | LYDIA KIMBALL | |

| Offense: | Case Agent: | Office: | Typed By: |
|---|---|---|---|
| MISSING PERSON | ROGERS | ERO | ph |

| Subject: | Activity: |
|---|---|
| DONNA D. HARAWAY | DENTAL COMPARISON |

On 1/22/86, at the request of Agent ROGERS, dental charts on DONNA HARAWAY were taken to NICK GRAHAM, Medical Examiner's office, for comparison to the unidentified female, located in Hughes County, Oklahoma on 1/21/86. If similarities exist, the original charts will be obtained from her dentist, Dr. HARAWAY.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0185

REF. OR84-094

## OKLAHOMA STATE BUREAU OF INVESTIGATION
### PROPERTY RECEIPT

DATE: 1-30-86

TIME: 1521 HRS.

LOCATION: 901 N. STONEWALL

The below described property was received by OFFICE OF CHIEF MEDICAL EXAMINER, address: 901 N. STONEWALL, City of OKLAHOMA CITY, State of OKLAHOMA, telephone 239-7141, from Agent R. ISSE FEATHERSTONE of the OSBI.

DESCRIPTION OF PROPERTY:

2 BLEACHED BONES IN BROWN PAPER SACK
UNK. SOURCE

RECEIVED BY: [signature]
RELEASED BY: [signature] Featherstone
WITNESS:

OSBI 0186

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE ____ OF ____

| Case: CR#84-094 | Reporting Date: JANUARY 31, 1986 | Reporting Agent(s): RUSTY FEATHERSTONE | | Reviewed By |
|---|---|---|---|---|
| Offense: HOMICIDE | | Case Agent: ROGERS | Office: ERO | Typed By: dc | Date: 2/27/86 |
| Subject: (V) DONNA HARAWAY (S) TOMMY WARD     KARL FONTENOT | | Activity: AGENT'S RECEIPT OF POSSIBLE HUMAN REMAINS | | |

On January 30, 1986, MIKE EVETT, a private investigator employed through Professional Investigations, P. O. Box 1704, Oklahoma City, Oklahoma, business phone 341-1793, residence phone 341-4439, office address 315 West Edmond Road, Edmond, Oklahoma, came to the Headquarters building of the OSBI carrying articles found east of Ada, Oklahoma on January 29.

EVETT and his father, W. B. EVETT, of Route 1, Allen, were on the elder EVETT'S property east of Ada. The EVETT property abuts the property previously owned by BUD GULLEY, who is now deceased. The property is believed to be owned now by GULLY'S daughters, who have leased the property to ALLEN TATOM. EVETT believes it is TATOM who found the remains recently identified as DONNA HARAWAY on his property. On the 29th, EVETT and his father were walking across their property when they made a decision to go on to TATOM'S leased land to look at the area where the remains had been found. The EVETTS were accompanied by a cattle dog, which as they entered the TATOM property, jumped up a "pack rat." The rat was seen to run and jump into a hollow tree and later was run out of the tree by the dog. EVETT walked over and looked into the hollowed out portion of the tree and observed a pack rat's nest. Based on previous experience, EVETT knows that pack rats will retrieve anything of a shiny nature or unusual nature and return it to their nest. Based on this, EVETT began to probe the nest and shortly found what appeared to be a human bone. EVETT removed the bone from the nest and continued to dig further into the paper, straw, nuts, and other debris of the nest. EVETT soon found a gold ladies' wrist watch with a leather band and upon probing a little deeper, found another bone which appeared to be a bone similar to a part of a human spine. EVETT secured these articles along with bits of remnant paper found in the nest into a sack and brought it to the Oklahoma City office of the OSBI.

EVETT described the location of the pack rat nest to be about six feet off of a path that runs behind a pond generally southwest of where he believes the HARAWAY remains

Leads:

OSBI 0187

CR#84-094
AGENT'S RECEIPT
PAGE TWO

to have been found. EVETT estimates the distance from where the remains had previously been found as thirty to fifty feet southwesterly. EVETT indicated he was using as a reference point an area that appeared to have been raked and also where a used rubber glove was left behind, apparently by crime scene investigators.

EVETT said that his father could be reached at 405/857-2696 if investigators needed to return to the scene for any reason. If investigators attempt to contact the father at that number, they should be aware that this is EVETT'S grandmother's number, and she is somewhat reclusive. If they do not find themselves successful in reaching the father very quickly after contacting the grandmother, investigators should then contact EVETT at his place of employment.

On January 30, 1986, FEATHERSTONE took the two bones submitted by EVETT to the Office of the Chief Medical Examiner, where they were turned over to Medical Examiner Field Investigative Agent NICK GRAHAM. GRAHAM quickly looked at the bones and described the two bones as definitely human and believed them to have been part of the clavicle and what he described as a c-spine joint. GRAHAM signed a property receipt showing reception of the bones turned over to his office. This receipt is attached to this report.

FEATHERSTONE took the watch to ANN REED, OSBI Serologist, who upon examining the watch, suggested that there'd be very little value in examining the remains for any type of serology comparison due to the time of exposure of the watch and the fact that it is believed that when pack rats drag new items to the area of their nest, the nest is continually urinated on in order to drive off other rats in the area. This would cause confusing antigen results in a serology study.

OSBI 0188



OKLAHOMA STATE BUREAU OF INVESTIGATION
P.O. Box 11497
Oklahoma City, OK 73136
(405) 427-5421

## CRIMINALISTICS EXAMINATION REPORT

| | | | |
|---|---|---|---|
| LAB NO.: | S86-48 | Reported To: | District Attorney |
| | REF: S84-203 | Address: | District #22 |
| | | | Hughes County Courthouse |
| Date Received: | SEE BELOW | | Holdenville, OK 73848 |
| Date Reported: | 2-4-86 | | |
| Classification of Case: | Hair Comparison | Submitted By: | SEE BELOW |

Suspect(s): Karl FONTENOT        Victim(s): Donna Denise HARAWAY
Tommy Jesse WARD

**Description of Evidence:**

The following items were submitted on 1-21-86 by D?? ??? OSBI:
#1  Clump of hair
#2  Three (3) cups and two (2) cans

The following items were submitted on 1-24-86 by B??? ??? OSBI:
#3  Hair found west of body
#4  Sawdust
#5  Pieces of cloth
#6  Clothing from ???

The above were submitted in reference to a case of Homicide.

**Analysis of Evidence:**

| ITEMS: | ANALYSIS: |
|---|---|
| #1, #3 | No human hairs observed |
| #2, #4, #5, #6 | Not analyzed |

David D. Dixon
Criminalist

DDD:jj

cc: Sheriff, Hughes County S.O.

OSBI 0189

TO: OSBI
Oklahoma State Bureau of Investigation
Attention: Criminalistics Division

The evidence described below is ( ) enclosed, forwarded under separate cover for examination. This evidence is submitted in connection with an official investigation of a criminal matter. It was not, nor will it be subjected to the same type of technical examination by other experts.

SUBMITTED BY: Bruce R. Scracee
(Officer's Name -- Type or Print)

OSBI Central Lab
(Agency)                    (Phone No.)

DATE: 5-86-4

TRANSPORTED BY: (If different than submitted by)

LAB #: LP84-62

(Officer's Name -- Type or Print)   (Agency)   (Phone No.)

CASE RECORD INFORMATION

Has there been any previous evidence submitted on this case? ✓ yes no   Approximate Date: 10-18-84
REF: Haraway case

Type of Offense: Homicide / Kidnapp ?
Date of Offense: April 84
County of Offense: Pontotoc / Hughes
SUSPECT(S) NAME, (DOB, race, sex):
(1) Karl Fontenot  (2) Tommy Ward

VICTIM(S) NAME, (DOB, race, sex):
Donna Denise Haraway

5

DESCRIPTION OF EVIDENCE (attach additional pages if necessary):
See attached sheets

STATEMENT OF FACTS: (Please attach a copy of Police Offense Report—Serology/Trace cases ONLY)
Collected in Hughes Co. where victim's body (skeletal remains) were recovered

TYPE OF EXAMINATION: See attached sheet

SEND A COPY OF REPORT TO: SA Gary Rogers, Sheriff's Office
(Full address Please)  OSBI Ada,  Ada and Holdenville

FOR LABORATORY USE ONLY
For transporting from Central Lab to Regional Lab and/or from Regional Lab to Central Lab.
Transp. TO: _____ on _____ by _____
            (Office)      (Date)    (Name -- no initials)

OSBI 0190