Items Submitted                                    S86-48

① 2 socks + 2 coin envelopes cont. cloth and clothing label.
  ANALYSIS: Determine type of cloth; brand from
  label (if possible)

② 1 ... an earring
   ANALYSIS: Match w/earring previously found

③ 1 large sack cont. cloth, cloth...
   ANALYSIS: ... old bloodstains,
            possible ID of suspect; determine ...
            if ...

④ 1 sack cont. hair removed from ... scene
   ANALYSIS: Determine if human

⑤ 1 roll of film
   ANALYSIS: ... latent prints

OSBI 0191

OKLAHOMA STATE BUREAU OF INVESTIGATION
MEMORANDUM

TO: DONALD A. FLYNT, CHIEF CRIMINALIST

FROM: David Dixon   DATE: 01-3/86   SUBJECT: CRIME SCENE HTML

LAB #: 586-98

TYPE OF OFFENSE: Homicide   DATE OF OFFENSE: ?

VICTIM: Jane Doe   SUSPECT: ?

REC'D CALL FOR ASSISTANCE: Date 8-3/86   Time 16:38
From (OSBI personnel) Ann Reed
Name of agency requesting assistance: Holdenville S.O.

NAMES OF OSBI PERSONNEL RESPONDING TO SCENE: Dixon, Rick Spence

DATE & TIME OSBI PERSONNEL LEFT FOR SCENE: Date 01-3/86   Time 16:50
AGENT IN CHARGE: None
LOCATION OF SCENE: County Hughes   City Gerty
Address Rural Route 60
Atmospheric Conditions of Scene: Sun
People at the Scene (Agencies represented): ...

SUMMARY OF WHAT CHEMISTS DID AT SCENE (processed house, car, etc., a very short summary)(include description of scene) photos & lab collecting

TIME LEFT SCENE: Date 01-3/86   Time ...
TIME RETURNING TO BUREAU FROM SCENE: Date 01-3/86   Time 5:57
TOTAL TIME OUT: six hours   TOTAL MILEAGE OUT: ?
UNIT # USED FOR TRANSPORTATION: 605

DISTRIBUTION OF COPIES OF MEMO:   SPECIAL NOTES:
1. Original (to be attached to your weekly activities report and turned in the following Monday)
2. Copy (to be placed in the lab case folder)
3. Copy (for the chemist's personal file)(optional)

5

OSBI 0192

TO: DIRECTOR
Oklahoma State Bureau of Investigation
Attention: Criminalistics Division

DATE:

The evidence described below is ( ) enclosed, forwarded under separate cover for examination. This evidence is submitted in connection with an official investigation of a criminal matter. It was not, nor will it be subjected to the same type of technical examination by other experts.

SUBMITTED BY: David Dixon
(Officer's Name -- Type or Print)

_____ (Agency)   _____ (Phone No.)

TRANSPORTED BY: (If different than submitted by)
_____ OSBI   LAB #: S86-48
(Officer's Name -- Type or Print)   (Agency)   (Phone No.)

## CASE RECORD INFORMATION

Has there been any previous evidence submitted in this case
REF: _____

Type of Offense: Homicide
Date of Offense:
County of Offense: Hughs
SUSPECT(S) NAME, (DOB, race, sex):

VICTIM(S) NAME, (DOB, race, sex):

DESCRIPTION OF EVIDENCE (attach additional page if necessary):

1 bps - Strand of hair
1 bps - Boyd's card

STATEMENT OF FACTS: (Please attach a copy of Police officer's report--Burglary/Theft cases ONLY

TYPE OF EXAMINATION:

SEND A COPY OF REPORT TO:
(Full Address Please)

FOR LABORATORY USE ONLY
For transporting from Central Lab to Regional Lab and/or from Regional Lab to Central Lab.
Transp. To: _____

**5**

OSBI 0193



## OKLAHOMA STATE BUREAU OF INVESTIGATION

P.O. Box 11497
Oklahoma City, OK 73136
(405) 427-5421

CRIMINALISTICS DIVISION

*Transported from Crime Scene to M.E. Off. only*

*4 sacks of bones including shoes & socks*

**5**

Re: Case No. _____

Evidence pertaining to the above case number (see attached report) is being returned to _M.E._____ *Property Center*

by the Oklahoma State Bureau of Investigation.

Received by: _____ Date: 1-21-86

Returned by: _____ Date: 1-21-86

Remarks:

OSBI 0194



## OKLAHOMA STATE BUREAU OF INVESTIGATION

P.O. Box 11497
Oklahoma City, OK 73136
(405) 427-5421

CRIMINALISTICS DIVISION



Evidence pertaining to the _____

Is being released to _____

by the Oklahoma State Bureau of Investigation

Received by _____ Date _____

Returned by _____ _____

Remarks

OSBI 0195

# OKLAHOMA
## STATE BUREAU OF INVESTIGATION

Date:   January 22, 1988

District Attorney
District #22
Hughes County Courthouse
Holdenville, OK 74848

Re:   Homicide
      Victim - Jane DOE
      OSBI Lab #588-48

The OSBI Laboratory has received evidence for examination in the above entitled case. A laboratory report will be sent to you when the examination has been completed. Since we have to conduct examinations on a priority basis, please allow us a court date to be established if you need the results expedited.

We are constantly striving to shorten the time between the receipt and analysis of evidence. Your patience and cooperation is greatly appreciated.

If any developments occur in this case such as the dismissal of charges or guilty pleas which would eliminate the necessity for conducting the requested examinations, please advise the OSBI Laboratory immediately.

Sincerely,

Donald A. Flynt
Chief Forensic Chemist

DAF:jj

Attachment

OSBI 0196

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## CRIMINALISTICS INVESTIGATION REPORT

Sheriff Deville Rose
Hughes County Courthouse
Holdenville, Oklahoma 74848

Case No.: LP-86-050

Date Received:
Date Reported:
Investigation of: case number

Suspect(s):
Unknown

Description of Evidence:
Item #1: Two (2) rolls of film, taken at scene

Analysis of Evidence:
The film was developed at the OSBI Photography Laboratory and photographs were produced.

5

OSBI 0197

CRIME SCENE [illegible]

| | | | |
|---|---|---|---|
| Rec'd Call | 1245 | [illegible] | Plank |
| Arrived OSBI | | [illegible] | 1654 |
| Arrived Scene | 1341 | Left Scene | 1502 |
| Arrived [illegible] | 1744 | [illegible] | 1258 |

People in Car: [illegible]
Location of Scene: [illegible] S 3/4 [illegible]
Agent in Charge: [illegible]
People at Scene: [illegible]

5

[illegible]
Victim: 
Suspect: 
[illegible]
[illegible]

[many blank lines]

Disposition of [illegible]: 

OSBI 0198

CRIME SCENE INFORMATION

Date: 1-24-86

Rec'd Call: 0830 1045                           Gary Rogers
Arrived OSBI:                                   0443
Arrived Scene: 10:31                            1010
Arrived OSBI: 426                               7055
People in Car: 3 units
Location of Scene: Arapaho, OK

5

Disposition of Evid:

OSBI 0199



OSBI 0200