# TABLE OF CONTENTS

| INTERVIEWS | PAGE |
|---|---|
| DONNA HOWARD | 60 |
| O. A. McANALLY | 61 - 62 |
| JACK PASCAL | 63 |
| CYNTHIA WEAVER | 64 |
| YOCKEY | 65 - 66 |
| JIM BOB HOWARD | 67 - 68 |
| AGNES LUMPMOUTH | 69 |
| MICHELL WHEELER | 70 |
| GORDON CALHOUN | 74 |
| THAD SELLERS | 75 |
| TRIP HALL | 76 |
| MELVIN HARDEN (Taped Statement) | 77 - 87 |
| MIKE ROBERTS | 88 |
| GENE HOOD, Et. Al. | 89 |
| JO ANN PRICE | 90 - 93 |

## WITNESSES NOT LISTED IN INTERVIEWS

GARY ROGERS, OSBI, Ada, Oklahoma.
(Assisted in interviewing WARD, FONTENOT, WISE, DAVID TIMMONS, LENNY TIMMONS, GENE WHELCHEL, and took photographs of WARD'S and FONTENOT line-ups and PRICE'S car.)

RUSTY FEATHERSTONE, OSBI, Oklahoma City, Oklahoma.
(Assisted in interviewing WARD, FONTENOT, TITSWORTH.)

OSBI 0231

TABLE OF CONTENTS

**WITNESSES NOT LISTED IN INTERVIEWS**

JOE COLLINS, OSBI, Tulsa, Oklahoma.
(Arrested KARL FONTENOT.)

JAMES OTTE, OSBI, Tulsa, Oklahoma
(Arrested KARL FONTENOT.)

DALE SPARKS, OSBI, Oklahoma City, Oklahoma.
(Interviewed ROBERT CAVINS.)

AL SALMON, OSBI, Oklahoma City, Oklahoma.
(Interviewed JANETTE BLOOD ROBERTS.)

LYDIA KIMBALL, OSBI, Oklahoma City, Oklahoma.
(Assisted in checks on DONNA HARAWAY, Hospitals, Driver's License, Social Security etc..)

DEE COURDRAY, OSBI, Oklahoma City, Oklahoma.
(Video taped WARD'S statement admitting HARAWAY'S robbery, kidnapping rape and murder.)

JANIE ENOS, OSBI, Oklahoma City, Oklahoma.
(Assisted in examining TITSWORTH'S pickup and the burned out house near Reeves Road. Also she examined some shovels found near Reeves Road.)

RICK SPENCE, OSBI, Oklahoma City, Oklahoma.
(Fingerprinted TITSWORTH'S pickup.)

DENNIS SMITH, Ada Police Department, Ada, Oklahoma.
(Assisted in interviewing WARD, FONTENOT and TITSWORTH and helped search the burned out house near Reeves Road.)

OSBI 0232

# TABLE OF CONTENTS

## WITNESSES NOT LISTED IN INTERVIEWS

MIKE BASKIN, Ada Police Department, Ada, Oklahoma.
(Did background checks on HARAWAY and ROBERT CAVINS; interviewed HAMMONS, WELLDON, FRAME, HOWARD, SELLERS, TRIP HALL and was first detective to arrive at McAnally's store.)

DANNY BARRETT, Ada Police Department, Ada, Oklahoma.
(Assisted in the search of the burned out house on Reeves Road; interviewed O.A. McANALLY, LUMPMOUTH, HOOD and MOYER.)

JAMES FOX, Ada Police Department, Ada, Oklahoma.
(Assisted in searching burned out house on Reeves Road and interviewed PASCAL.)

TOM TURNER, Pontotoc County Sheriff's Office, Ada, Oklahoma.
(Interviewed McCARTNEY, BOREN, WARD, HARDEN and WHEELER.)

LOYD BOND, Pontotoc County District Attorney's Investigator, Ada, Oklahoma.
(Assisted in searching burned out house on Reeves Road; Interviewed WARD, LUMPMOUTH and BARTON.)

MONROE ATKESON, Ada, Oklahoma.
Manager of McAnally's, Ada, Oklahoma, on April 28, 1984.

JEFF MILLER, Ada, Oklahoma.
(Gave statement to Detective SMITH and BASKIN about WARD.)

Dr. JOHN BURKE, Ada, Oklahoma.
(Psychologist East Central University.)

Dr. FRED PATRIZZI, Ada, Oklahoma.
(Professor of Psychology at East Central University.)

OSBI 0233

# TABLE OF CONTENTS

| ATTACHMENTS | PAGE |
|---|---|
| Descriptive Data Sheet on TOMMY WARD. | 1 |
| Descriptive Data Sheet on KARL FONTENOT. | 2 |
| PROSECUTORIAL SUMMARY | 3 - 13 |

LIST OF EXHIBITS NOT ATTACHED
AND IN POSSESSION OF GARY ROGERS

Video taped statement of TOMMY WARD.

Tape-recorded statement of TOMMY WARD.

Video taped statement of KARL FONTENOT.

Tape-recorded statement of KARL FONTENOT.

Video taped statement of TERRI McCARTNEY.

Video taped statement of JEFF MILLER.

Tape-recorded statement of initial interview of JEFF MILLER.

Photographs of TOMMY WARD'S line-ups.

Photographs of KARL FONTENOT'S line-ups.

Photographs of car belonging to JO ANN PRICE.

Long handled shovel found by DENNIS SMITH near Sandy Creek.
(In possession of JANE ENOS, OSBI, Oklahoma City, Oklahoma.)

Military entrenching tool found by DENNIS SMITH near Sandy Creek.

5

OSBI 0234

TABLE OF CONTENTS

| | PAGE |
|---|---|
| **LIST OF EXHIBITS NOT ATTACHED AND IN POSSESSION OF GARY ROGERS** | |
| Short handled rake found by DENNIS SMITH near Sandy Creek. | |
| | |
| **LIST OF EXHIBITS NOT ATTACHED BUT CONTAINED IN AN UNATTACHED ENVELOPE** | |
| Photograph of TOMMY WARD taken May 1, 1984, by DENNIS SMITH, Ada Police Department Initial Report and teletype of incident. | 94 |
| Ada Police Department Radio Log. | 97 |
| Ada Police Department Incident Report on party. | 98 |
| Ada Police Department Report on search of burned out house on Reeves Road. | 99 |
| Receipts from Medical Examiner's Office on bones submitted from burned out house. | 100 |
| Ada Police Department Report on report from Medical Examiner's results on bones found. | 101 |
| Ada Police Department Summary of Search Warrant of TITSWORTH'S pickup. | 102 - 104 |
| OSBI Lab Report Number LP 84-642 on items submitted from TITSWORTH pickup. | 105 - 106 |
| Background check on DONNA HARAWAY, college transcript and traffic record teletype. | 107 - 115 |

OSBI 0235

# TABLE OF CONTENTS

| | PAGE |
|---|---|
| **LIST OF EXHIBITS NOT ATTACHED BUT CONTINED IN AN UNATTACHED ENVELOPE** | |
| Status check on DONNA HARAWAY, Welfare benefits, income tax returns, unemployment benefits and Social Security paid, NCIC and OSBI search for unidentified bodies. | 116 - 117 |
| Letter sent to all Health Care and mental facilities in Oklahoma. | 118 - 120 |
| ROBERT CAVINS' background check. | 121 - 129 |
| Letter written by TERRI McCARTNEY for KARL FONTENOT. | 130 |
| Work time cards from Wendy's for KARL FONTENOT. | 131 - 132 |
| Copy of arrest warrant for KARL FONTENOT and ODELL TITSWORTH. | 133 |
| Line-up report on TOMMY WARD and KARL FONTENOT. | 134 - 139 |
| TOMMY WARD'S interview conducted by RUSTY FEATHERSTONE. | 140 - 141 |
| KARL FONTENOT'S interview conducted by RUSTY FEATHERSTONE. | 142 - 143 |
| ODELL TITSWORTH'S interview conducted by RUSTY FEATHERSTONE. | 144 - 146 |

OSBI 0236

OKLAHOMA STATE BUREAU OF INVESTIGATION

DESCRIPTIVE DATA

NAME: THOMAS JESSIE WARD                ALIASES: TOM, TOMMY

ADDRESS: 1616 Ashland Dr., Ada, OK

PREVIOUS ADDRESS:

TELEPHONE: _____ LIVES WITH: _____

DOB: ?-?-?160 Ada, OK                SEX: M   SSN#: 660668226

RACE: "    HEIGHT: 5'8"   WEIGHT: 145    HAIR: Brown    EYES: Blue

SPOUSE (MAIDEN NAME):

ADDRESS:

PARENTS: Susi Ward - Mot

ADDRESS: 1615 Ashland Dr., Ada OK

EMPLOYED: All Siding                    ADDRESS: Oklahoma City, OK

HOW LONG: 1-2 Months                    TRADE:

MILITARY SERVICE: _____       SERIAL NUMBER:

ASSOCIATES: KARL ALLEN FONTENOT

OSBI #: _____                 CASE FILE #: CR84-094

FBI #: _____                  AGENT: CARY ROGERS

POLICE DEPT. #: 190-414

OTHER REMARKS:

1

OSBI 0237

OKLAHOMA STATE BUREAU OF INVESTIGATION

DESCRIPTIVE DATA

NAME: KARL ALLEN FONTENOT       ALIASES: _____

ADDRESS: 509½ S. Townsend, Ada, Ok

PREVIOUS ADDRESS: 509 S. Stockton, Ada, Ok

TELEPHONE: _____ LIVES WITH: _____

DOB & POB: 081063, Ada, Ok       SEX: m    SSN#: 444666189

RACE: W   HEIGHT: 5'8   WEIGHT: 132   HAIR: Dk Brn   EYES: Green

SPOUSE (MAIDEN NAME): _____

ADDRESS: _____

PARENTS: FATHER: CHARLES IRVING FONTENOT    MOTHER: DOTTIE ALICE BAGWELL -DECEASED

ADDRESS: FATHER: Pampa, Tx

EMPLOYED: Wendy's       ADDRESS: Ada, OK

HOW LONG: One month    TRADE: _____

MILITARY SERVICE: ARMY NATIONAL GUARD   SERIAL NUMBER: 444666189

ASSOCIATES: THOMAS J. WARD

OCT: _____       CASE FILE #: CR84-

FBI#: _____      AGENT: GARY ROGERS

POLICE DEPT. #: 190-415

OTHER REMARKS: _____

2

OSBI 0238

## PROSECUTORIAL SUMMARY

On April 29, 1984, at 1330 hours, Ada Police Detective MIKE BASKIN reported to OSBI Inspector B. G. JONES that DONNA DENISE HARAWAY, a store clerk for McAnally's Convenience Store at 2727 East Arlington in Ada, was missing. Also reported missing was $167 in cash from the cash register. BASKIN requested the assistance of the Oklahoma State Bureau of Investigation.

April 30, 1984, Ada Police Sergeant HARVEY PHILLIPS told OSBI Agent GARY ROGERS that on April 28, 1984, PHILLIPS was dispatched to McAnally's Store at 2727 East Arlington where the store clerk was reported missing.

PHILLIPS, who was the first officer to arrive at McAnally's Store, arrived at about 2100 hours and met GENE WHELCHEL, LENNY TIMMONS and two other men that PHILLIPS did not know. TIMMONS told PHILLIPS that when he and WHELCHEL arrived at the store they could not find an employee so WHELCHEL telephoned the McAnally Store on North Broadway in Ada and Store Manager MONROE ATKESON and the Ada Police Department.

PHILLIPS saw that DONNA HARAWAY, the store clerk, was missing and the cash register was open and that it contained no five, ten or twenty dollar bills. PHILLIPS also saw a brown vinyl purse and a set of car keys behind the cash register counter. HARAWAY'S car, a Plymouth or Dodge, was parked on the east side of the store.

GENE WHELCHEL told ROGERS that on April 28, 1984, at about 2045 hours, he and his nephews, LENNY and DAVID TIMMONS, stopped at McAnally's Store on East Arlington. LENNY went inside the store but DAVID stayed in LENNY'S car and WHELCHEL stayed in his pickup. WHELCHEL saw a light colored, early model pickup, maybe a 1970's model, parked between the gas pumps and front door of the store. WHELCHEL saw a white male and a white female come out of the front door of the store and get into the parked pickup and drive away.

WHELCHEL described the man as about five feet, eight inches tall, 150 pounds, ear length blonde hair and between twenty and twenty-five years of age. The male was accompanied by a white female with the same physical appearance as DONNA HARAWAY. Later, WHELCHEL identified TOMMY WARD from a line-up as the man who accompanied HARAWAY from the store.

3

OSBI 0239

Prosecutorial Summary
Page Two

On April 28, 1984, at about 2045 hours, DAVID ALLEN TIMMONS sat in LENNY'S car at McAnally's Store. DAVID saw the back end of a pickup truck, thought to be a 1972 model, parked between the gas pumps and front door of the store. The pickup was, he thought, a dull blue with gray primer spots and straight side bed. DAVID saw a short, stocky built, white male, with dishwater blonde hair, walk out of the store, accompanied by a white female. The female looked similar to the photograph of the missing store clerk. The male had his arm around the waist of the female as they walked out of the store and she and the male got into the passenger side of the pickup and rode away. TIMMONS did not see the driver of the pickup.

On April 28, 1984, at 2045 hours, LENNY LEWIS TIMMONS stopped at McAnally's Store and he saw a white male, about five feet, eight inches tall, medium build, blonde hair, leave the store with a white female, who was about five feet, eight inches in height, with blonde, shoulder length, curly hair. The man and woman got into a '60's to early '70's model pickup that was parked between the gas pumps and front door of the store then the pickup left traveling east. TIMMONS found no store clerk in the store and noticed the cash register open and most of the money was missing. LENNY identified an OSF composite drawing as a look alike of the blonde headed man he saw leave McAnally's Store with the white female on April 28, 1984.

On October 29, 1984, LENNY TIMMONS identified TOMMY WARD from a line-up as looking like the person he saw leaving the store with a blonde headed woman.

KAREN SUE WISE worked the 1500 to 2300 hour shift on April 28, 1984, at J.P.'S Convenience Store about two blocks east of McAnally's Store on East Arlington. At around 1915 hours, April 29, 1984, she saw two white males come into J.P.'s and play pool. WISE described one of the white males as having dishwater blonde hair, light colored eyes, five feet, seven inches to five feet, eight inches tall, 130 to 145 pounds, early twenties, and scars on cheek bones, hair neat, feathered cut, light colored t-shirt, faded blue jeans, tennis shoes. The other white male was about six feet tall, early twenties, brown collar length hair, slender build, possibly blue eyes, kid face with some facial hair on upper lip, protruding Adam's apple, fairly neat, light blue t-shirt with possibly a small design on the right side, blue jeans and tennis shoes. The two men drove an older model pickup, thought to be a step side type, with light colored spots on the driver's door and bed.

4

OSBI 0240