CR #84-094
INTERVIEW OF HARVEY PHILLIPS, 04/30/84/kc
PAGE TWO


At about 2100 hours, MONROE ATKESON arrived
at the store and ATKESON audited the cash register.
ATKESON determined the register was short $167, not
including a five dollar sale which was registered on
a gasoline pump. PHILLIPS looked inside the brown
vinyl purse and found an Oklahoma driver's license
for DONNA DENICE HARAWAY. There was a small Plymouth
or Dodge car parked near the east side of the store
. PHILLIPS later learned from DONNA's husband, STEVE
HARAWAY, that the car was owned by DONNA.

15

OSBI  0251

OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription ___12/31/84/kc___

GENE WHELCHEL, White Male, Date of Birth: October 6, 1945, Route Four, Box 396, Ada, Oklahoma, Telephone Number: (405) 332-2955, provided the following information:

On April 28, 1984, at 2045 hours, WHELCHEL, who was alone in his pickup truck, stopped at McAnally's Convenience Store on West Arlington Boulevard and parked on the west end of the convenience store. His nephew, DAVID and LENNY TIMMONS, followed him to the store in their car and parked beside WHELCHEL. WHELCHEL stayed in his pickup and DAVID stayed in the car while LENNY went inside McAnally's to get some change. WHELCHEL had company at his house and they were expecting him back pretty soon so he looked at his watch and it was 2045 hours.

WHELCHEL waited for LENNY for about five minutes and saw him come to the front door and open and close it a couple of times, apparently to activate the door buzzer. LENNY then summoned WHELCHEL to enter the store and when he entered he noticed that the store clerk was missing and the cash register was open. WHELCHEL then notified the police.

While WHELCHEL sat in his pickup waiting for LENNY to come outside, WHELCHEL saw a light colored, full size pickup, maybe early 70's model, setting in the driveway of the convenience store between the gas pumps and the front door of the store, facing the east. He thought it was not the narrow bed type. When WHELCHEL first stopped at the convenience store, he saw a man and woman come out of the convenience store and get into that pickup and drive off. WHELCHEL described the man as a white male, 5'8" tall, 150 pounds, blonde hair, about ear length, twenty to twenty-five years of age. He appeared to be dressed neatly and was possibly wearing tan or white jeans. The white male was accompanied by a white female, close to the same height as the man and fit the same physical appearance as DONNA HARAWAY, the missing store clerk.

Interviewed on ___04/30/84___ at ___Ada, Oklahoma___ File # __CR #84-094__

by _Agent GARY ROGERS_ &lt;br&gt; Date dictated ___05/31/84___

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

16

OSBI 0252

CR #84-094
INTERVIEW OF GENE WHELCHEL, 04/30/84/kc
PAGE TWO


        WHELCHEL was not too familiar with the
HARAWAY girl because he had only stopped at the
convenience store a couple of occasions when he was
working there.

17

OSBI  0253

OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription __12/31/84/kc__

LENNY LEWIS TIMMONS, White Male, Date of Birth: September 8, 1959, 604 North Morgan, Moore, Oklahoma, Home Telephone Number: (405) 799-4136, provided the following information:

On May 28, 1984, LENNY and DAVID TIMMONS, riding in LENNY'S car, stopped at McAnally's Convenience Store to get some change. Their uncle, GEORGE WHELCHEL, followed them in a pickup and he too stopped at McAnally's Store. They parked on the west end of the store and LENNY went in the store while DAVID and WHELCHEL remained in their car and pickup.

As LENNY walked toward the door to the store, he saw a white male, about five feet eight inches tall, medium build, with blonde hair cut to about the middle of the ear and a white female exit the front door of the store. She was about the same height as the male and had blonde shoulder length, curly hair. The man and woman got into an older, late 60's or early 70's model pickup, which was parked between the gas pumps and the front door of the store. The man and woman got into the passenger side. LENNY thought the man had on a light colored t-shirt and faded blue jeans. LENNY did not notice the driver of the pickup.

LENNY went into the store and noticed that there was no one behind the counter. He looked around in the store for the attendant, but did not find anyone. LENNY returned to the front portion of the store and saw that the cash register drawer was open and all the money, except for the one's and the change was missing. LENNY then summoned his uncle and brother into the store and called authorities.

LENNY TIMMONS was shown the composite drawings drawn by Agent HARVEY PRATT from information given by KAREN WISE and he said the blond headed man looked similar to the man he saw coming out of the store with the blonde headed woman on the evening of April 28, 1984.

Interviewed on __05/01/84__

by Agent GARY ROGERS

OSBI Headquarters
at Oklahoma City, Oklahoma File # __CR #84-094__

Date dictated __05/31/84__

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

18

OSBI 0254

OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription   12/31/84/kc

    DAVID ALAN TIMMONS, White Male, Date of Birth: June 28, 1967, 405 North Norman, Moore, Oklahoma, Home Telephone Number: (405) 794-0687, provided the following information:

    On May 28, 1984, DAVID and LENNY rode in a car and followed their uncle, GEORGE WHELCHEL, to McAnally's Convenience Store on Arlington.  When they stopped it was between 2030 and 2045 hours. parked on the west side next to the outside telephone.  DAVID stayed in the car and his uncle stayed in his pickup, while LENNY went inside the store to get some change.  While sitting there, DAVID saw the back end of a what he thought was a 1972 Chevrolet pickup parked facing east between the gas pumps and the front door of the convenience store. The pickup was a dull dark blue with gray primer spots and had conventional side type bed.

    DAVID also saw a white male, short, stocky build, dishwater blonde hair, with hair shorter than ear lobe length, come out of the store and he was accompanied by a white female. DAVID had seen DONNA HARAWAY'S photograph and the female looked similar to HARAWAY.  DAVID thought the white male had his arm around the female's waist.  The white male walked with HARAWAY between him and DAVID.

    The man and woman immediately got into the pickup from the passenger side then the driver drove the pickup away from the store traveling east on the four lane.  The female did not act like she was afraid to get into the pickup and DAVID did not notice anything unusual during the short time that he watched them.  DAVID noticed the female got into the pickup first.  DAVID did not see the driver of the pickup.

---

Interviewed on __05/01/84_____ at _Moore, Oklahoma_____ File # _CR #84-094_

by _Agent GARY ROGERS_____ Date dictated _05/31/84_

This document contains neither recommendations nor conclusions of the OSBI.  It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

19

OSBI  0255

OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription   12/31/84/kc

STEVE HARAWAY, White Male, Date of Birth: June 10, 1958, 202 East Fourteenth Street, Apartment D, Ada, Oklahoma, provided the following information:

STEVE HARAWAY was a student at East Central University and was employed at the Wee Pack Um Store in Ada, Oklahoma.

HARAWAY and DONNA DENICE HARAWAY had been married for nine months. DONNA was reared around the Purcell, Oklahoma, area but she had been in Ada, Oklahoma, while attending East Central University.

On April 28, 1984, STEVE worked at the Wee Pack Um Store until 1900 hours then he went home. At about 1930 hours, he received a phone call from DONNA while she was working at McAnally's Store. DONNA wanted him to look up a word in the dictionary for her and indicated that she was studying for her teacher's examination. Their conversation lasted approximately five or ten minutes and at that time everything appeared to be all right.

Sometime after 2100 hours, April 28, 1984, STEVE received a phone call from the police who told him that his wife was missing. He knew of no one that DONNA was having problems with at the store, other than she had received two to three obscene phone calls at the store. The last phone call was two or three weeks prior to her disappearance.

The only person his wife ever mentioned as acting strange in the store was a Vietnam Veteran, who drove a Chevrolet Chevette and apparently from what he could determine was going to the Okmulgee Vocational Technical School. He sometimes drove through Ada going to Sulphur, Oklahoma. But the Veteran was never aggressive or ever caused any problems in the store other than carry on some strange conversations. MONROE ATKINSON, who was the Manager of McAnally's, knew about the Veteran too.

---

Interviewed on   04/30/84   at   Ada, Oklahoma   File #  CR #84-094

by  Agent GARY ROGERS   Date dictated  05/31/84

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

20

OSBI 0256

CR #84-094
INTERVIEW OF STEVE HARAWAY, 04/30/84/kc
PAGE TWO

HARAWAY had no knowledge of what could have
happened to his wife. DONNA had a $50,000 term life
insurance policy, which was taken out on her by her
step-father, BOB VIRGIN, about one and one-half years
ago. STEVE sold insurance then and he bought VIRGIN
took the policy out because STEVE was dating DONNA.
VIRGIN was the beneficiary.

21

OSBI 0257

OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription ___12/31/84/kc___

MONROE ATKESON, White Male, Date of Birth:
July 11, 1948, Route Six, Box Twenty-Seven, Ada,
Oklahoma, Telephone Number: (918) 436-2267, provided
the following information:

Since April 1983, DONNA DENICE HARAWAY had
been employed at McAnally's Convenience Store and
since September of 1983, ATKESON had been the manager
of the store. ATKESON described HARAWAY as a "a great
employee" and HARAWAY'S work hours were Sunday 2:30
P.M. to 9:00 P.M., Thursday 2:30 P.M. to 10:00 P.M.
and Friday and Saturday 2:30 P.M. to 11:00 P.M..

At about 2100 hours, April 28, 1984, ATKESON
was at his home when he received a telephone call from
GEORGE WELCHEL. WHELCHEL told ATKESON that the cash
register at the McAnally's Store was open, the store
had been robbed and there was no employee inside the
store. DONNA was the employee who was scheduled to
be at the store.

ATKESON drove to the store where he saw
WHELCHEL, three or four men he did not know and an Ada
Police Officer. ATKESON searched inside and outside
the store then ATKESON telephoned DONNA'S husband,
STEVE HARAWAY.

ATKESON compared the cash register tape to
the amount of money inside the cash register and deter-
mined that the cash register was short $167.76. The
last item registered on the cash register tape was for
seventy-five cents and ATKESON believed that the item
was a tall boy beer because he knew of no other item
in the store that sold for seventy-five cents.

WHELCHEL told ATKESON that someone, whom
WHELCHEL did not know had put five dollars worth of
gasoline in their vehicle and WHELCHEL told the person
who got the gasoline that there was not a store employee
present WHELCHEL told ATKESON that the person drove
away from the store without paying for the gasoline.

Interviewed on ___04/30/84___ at ___Ada, Oklahoma___ File # __CR #84-094__

by _Agent JOE HOGAN_ Date dictated __05/07/84__

This document contains neither recommendations nor conclusions of the OSBI. It is the
property of the OSBI and is loaned to your agency; it and its contents are not to be dis-
tributed outside your agency.

22

OSBI 0258

CR #84-094
INTERVIEW OF MONROE ATKESON, 04/30/84/kc
PAGE TWO

There was $440 in twenty dollar bills and
twenty-five, one dollar bills in a bank bag beneath
the cash register counter and there were three, one
dollar bills and two quarters on top of the bag.
The bag did not appear to have been disturbed.  A
pair of gloves, normally used by DONNA to break the
beer/soda cooler, lay on top of the counter.  DONNA
attended East Central University and her books lay
on top of the counter.

23

OSBI  0259

OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription __12/31/84/kc__

KAREN SUE WISE, White Female, Date of Birth: August 13, 1959, Social Security Number: 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, Home Address: 223½ West Thirteenth, Apartment Number: Seventeen, Ada, Oklahoma, Home Telephone Number: (405) 436-1452, provided the following information:

WISE had been employed for about two months at J.P.'S Convenient Store in Ada, Oklahoma, which was located on East Arlington about two blocks east of McAnally's Convenience Store.

On April the 28th, 1984, WISE worked the 3:00 P.M. to 11:00 P.M. shift on Saturday night. GENE POORMAN also worked at the store until 2000 hours, April 28, 1984. Around 1915 hours, two white males came into the store and asked to use the telephone, but WARD refused to let them because it was a business phone. The two men then asked for two dollars worth of quarters to play the pool table. She described the two men as follows:

(1) White Male
Dishwater blonde hair
Light colored eyes
5'7" to 5'8" tall
130 to 145 pounds
Early twenties
Possible Acne Scars on
cheek bones
Hair neat, feathered cut
Light colored tee-shirt
Faded blue jeans
Tennis shoes

(2) White Male
Approximately 6' tall
Early twenties
Sandy brown collar length
hair
Slender build

Interviewed on __04/30/84__ at Ada Police Department
Ada, Oklahoma _____ File # __CR #84-094__
by __Agent GARY ROGERS__ _____ Date dictated __05/31/84__

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

24

OSBI 0260