CR #84-094
INTERVIEW OF KAREN SUE WISE, 04/30/84/kc
PAGE TWO

(a) Continued

    Possibly blue eyes
    Kid face
    Possibly some facial hair
    on upper lip
    Protruding Adam's apple
    Fairly neat
    Light blue tee-shirt with
    possible small design on
    right side
    Blue jeans (possibly new)
    Possibly wearing tennis
    shoes.

WISE was not sure, but she thought the two men could have left the store then a short time later they returned to the store. She thought that GENE POORMAN had already left and it was ␣␣␣␣␣ thereafter that the two men came in the second time. The men got two more dollars worth of quarters for the pool table and the game room, and also bought one small bottle of coke.

WISE got busy then noticed that the two men were standing in the check out line and the tall man bought a six pack of tall boy Budweiser beer. She asked him if he wanted it in a sack and he told her no they would drink it on the road and it would be gone too fast. The men then told WISE they would see her on the other side (meaning the package store which was connected to the convenient store).

The men entered the Package Store and the tall man asked WISE where was the wine and she showed them. They bought a half a gallon of Red Reunite Wine and she had trouble fitting it in a sack. The men left the store and went to their pickup. WISE described it as an older model pickup, possibly with a step side, short bed, light color spots on the driver's side door and bed. Also it had a darker color possibly reddish-brown primer on it. Most of the pickup, as best WISE could recall, was primered and had wide back tires and possible had a loud exhaust.

The men left the store driving toward the west toward town. WISE thought the taller man drove. She thought both taillights were working and it could have had Oklahoma license plates. WISE thought the men looked familiar to her but she was not sure. She thought

25

OSBI 0261

CR #84-094
INTERVIEW OF KAREN SUE WISE, 04/30/84/kc
PAGE THREE

they had been in the store the week before to play pool after it had gotten dark outside and that they were driving the same pickup. They again bought a six pack of tall boy Budweiser beer and at that time she said she checked the tall subject's driver's license and she feels that he was possibly twenty-four years old or close to it. She said that the reason she recalls this is because it was similar to her birthday. She said that she believes the driver's license possibly had a Stonewall, Oklahoma, address on it, but she couldn't be sure.

On April 30, 1984, WISE furnished descriptive information to OSBI Agent HARVEY PRATT who drew a composite drawing of the two men.

26

OSBI 0262

OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription  12/31/84/kc

BARRY LYNN LESLIE, White Male, Date of Birth: January 30, 1961, 519½ West Nineth, Ada, Oklahoma, provided the following information:

LESLIE had known TOMMY WARD since they were in the second grade at Latta School. During the past few years LESLIE ran around with WARD two or three times a week.

LESLIE met KARL FONTENOT about one and one half years ago through WARD. LESLIE ran around with FONTENOT, but not much, usually FONTENOT was with WARD.

LESLIE did not know ODELL TITSWORTH.

After the clerk at McAnally's Convenience Store disappeared, WARD started acting different. WARD acted depressed, almost to the point of being despondent.

On or about June 18, 1984, LESLIE and WARD were driving down Main Street in Ada during the evening hours when LESLIE saw a girl that he knew and he whistled at her. WARD then told LESLIE, "I would like to knock her fucking teeth out and fuck her in the bloody mouth."

LESLIE was always leary of WARD and really did not trust WARD. WARD would try to provoke an incident between WARD and LESLIE just so that WARD could have an excuse to try and start a fight with LESLIE.

After McAnally's Store opened up, WARD told LESLIE that WARD would like to rob the store. Then about one or two years ago, WARD told LESLIE that he (WARD) stole a safe from McAnally's Store on North Broadway in Ada and he got a considerable amount of money out of it.

---

Interviewed on  10/23/84  at  Ada, Oklahoma  File # CR #84-094

by Agent GARY ROGERS  Date dictated  11/09/84

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

27

OSBI 0263

CR #84-094
INTERVIEW OF BARRY LYNN LESLIE, 10/23/84/kc
PAGE TWO

About one year ago, WARD told LESLIE that he (WARD), and a heavy set truck driver named DUSTY (Last Name Unknown), pulled either a robbery or burglary of a hospital in South Carolina and took a large amount of narcotics. As WARD and the truck driver were leaving, a police officer got after them and WARD said he either shot or shot at the officer.

The power station on Reeves Road west of Ada, was probably WARD'S favorite spot to go party. LESLIE had been there numerous times partying with WARD and most of the time they parked behind the power station.

The last time that LESLIE partied with WARD was about two months ago, when LESLIE, WARD and BILLY HAMMONS went to the power station at about 2330 hours and stayed there for about two hours. They drank a twelve pack of beer and smoked some marihuana.

LESLIE said WARD and FONTENOT had a good relationship, were good friends and that FONTENOT would do anything WARD asked FONTENOT to do.

Sometime after LESLIE was interviewed on June 19, 1984, by the police, LESLIE and some of his friends were talking about the HARAWAY case and FONTENOT joined into the conversation. FONTENOT said that he and WARD were fishing on the Blue River when the robbery took place.

28

OSBI 0264

OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription __12/31/84/kc__

J. T. McCONNELL, White Male, Date of Birth: September 28, 1925, Home Address: 1302 Ashland, Ada, Oklahoma, Home Telephone Number: (405) 332-4333, Business Telephone: (405) 332-9271, provided the following information:

McCONNELL has known TOMMY WARD since WARD was a small child. McCONNELL lived next door to the WARDs for about twenty-five years. WARD worked for McCONNELL at McCONNELL's septic tank business four or five years ago, but only lasted about one month. McCONNELL had to fire WARD because he would not work.

For years McCONNELL had trouble with WARD and some of the people WARD ran around with. WARD and WARD'S friends stole gas and other items from McCONNELL'S place of business located next to the WARD'S residence. Since WARD has been in jail McCONNELL has not missed any gas or anything else from his business.

McCONNELL had seen WARD and FONTENOT and some of the people that they ran with in an early 1960's model Chevrolet pickup truck that had a long wide bed with a tailgate and raised in the rear. The pickup was a spotted gray with a lot of gray primer on it. It had an off color door, but he could not recall whether it was on the driver's side or passenger side of the truck.

McCONNELL first saw the gray pickup a month or so prior to McAnally's robbery and the last time he saw WARD and FONTENOT in it was about a week before McAnally's robbery. On a couple of occasions, McCONNELL saw the gray pickup speeding on Ashland Street in front of McCONNELL'S home. On one occasion the pickup was speeding toward WARD'S house at a high rate of speed and when the driver applied the brakes, one of the rear wheels locked and it slid for about half a block. The pickup appeared to McCONNELL to have only one rear brake working. McCONNELL yelled at

Interviewed on __12/14/84__ at __OSBI Office Ada, Oklahoma__   File # __CR #84-094__

by __Agent GARY ROGERS__   Date dictated __12/21/84__

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

29

OSBI 0265

CR #84-094
INTERVIEW OF J. T. McCONNELL, 12/14/84/kc
PAGE TWO

the people in the pickup and told them that if they did not slow down that he was going to throw a brick through their windshield. After that the driver drove to WARD'S house from the other direction.

About two weeks after McAnally's robbery, the WARDS started moving out of their house.

On numerous occasions, McCONNELL saw WARD when he appeared to be on dope or alcohol. McCONNELL'S daughter, JACULINE BURKE, who managed Love's Convenience Store, told McCONNELL that when WARD'S mother worked, WARD beat his mother and took either her money or car keys from her.

A few days after the composite drawings were made of the persons suspected of robbing McAnally's Store, which appeared in the newspaper and gave the description of the suspects pickup, McCONNELL saw WARD in that pickup truck on several occasions sitting parked at some old apartments across from old Mary's Package Store on Sandy Creek Drive.

McCONNELL went back to work and mentioned the pickup to his son-in-law, who told McCONNELL that he too had seen the pickup parked their earlier that morning. It was at that time that McCONNELL called the police and reported about seeing WARD'S pickup truck. McCONNELL was not sure, but he thought the pickup was possibly gone by the time the police arrived to check on it.

30

OSBI 0266

OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription ___12/31/84/kc___

JANNETTE ARLENE ROBERTS, White Female, Date of Birth: July 17, 1946, 422 Elm Street, Norman, Oklahoma, provided the following information:

ROBERTS resided at 509 South Townsend, Number Four, Ada, Oklahoma, in the spring of 1984. One ___ay evening, GORDON CALHOUN had a keg party ___ apartment, next door in Apartment Number Three. RO___S began drinking in CALHOUN'S apartment in the afternoon. CALHOUN had gone to Texas to get the two kegs used for the party. ROBERTS had gone in with CALHOUN on the beer.

TOMMY WARD was at the apartment that afternoon but left to put plumbing in for his mother. KARL FONTENOT may have helped WARD work on the plumbing. WARD returned for the party about the time the party started, which was about 1900 to 2100 hours. ROBERTS was in and out most of the time the party was going on. ROBERTS never saw FONTENOT or WARD leave the party after it started. The party lasted until about daylight.

Others at the party included a male named "BRUCE" from Konawa; several individuals from Konawa; and possibly a male called "BLUE" that ROBERTS met at the Blue River. "BRUCE" and the bunch from Konawa left periodically to get others to come to the party and returned to the party.

ROBERTS' husband, MICHAEL ROBERTS, was in Bartlesville the weekend of the party. ROBERTS recalled that FONTENOT and WARD did not have transportation at that time because they both lived in her apartment.

Interviewed on __10/19/84__ at __Norman, Oklahoma__ File # __CR #84-094__

by __Agent ALAN SALMON and Detective__   Date dictated __10/30/84__
    E. DAVENPORT, Norman Police Department

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

31

OSBI 0267

OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription November 8, 1984/mdm

On October 29, 1984, ROBERT ANTHONY CAVINS, white male, date of birth: June 7, 1957, Social Security number: 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, 1101 Cedar, Hominy, Oklahoma, no telephone, provided the following information:

CAVINS is a National Guardsman and has been so since 1980. He is assigned to the Reconisance Unit in Allen, Oklahoma. His physical description is 6'4", 250 pounds, hazel eyes, blond hair with long sideburns and moustache. He is also a Correctional Officer at Conners Correctional Center in Hominy, telephone number 885-2192. He has been employed there three (3) months and works full time 12 to 8 a.m. with Thursday and Friday's off, normally. His supervisor is Lieutenant GARZA.

From the last week of March, 1984, until August 6, 1984, CAVINS lived in Ada with his wife, JOYCE, and his three (3) small children, at the residence of his mother-in-law, SUSIE WARD. Her address was 1616 Ashland Avenue and also residing with her was TOMMY WARD and his other sister, KAY. During the time CAVINS lived with the WARD'S, he did some odd jobs in plumbing and maintenance work with TOMMY WARD. TOMMY was sub-contracting at the time for Winingham Siding Company and his supervisor was MIKE ROBERTS. CAVINS can not recall the exact dates WARD worked for ROBERTS. CAVINS has known TOMMY WARD for approximately ten (10) years. He met WARD at the same time he met his wife at WARD'S house. CAVINS would consider himself a good, close friend of TOMMY WARD. CAVINS heard on the news about the abduction of a convenience store clerk in Ada. He heard the news on April 29, 1984, a day after the incident took place. He did not know the victim, however CAVINS knows most of TOMMY WARD'S friends but he does not know ODELL TITSWORTH. He alludes to the possibility that he may know TITSWORTH if he saw him but at least the name is not familiar to him. CAVINS does know KARL FONTENOT. FONTENOT ran around with WARD quite a bit. CAVINS was not real close to FONTENOT but he had no problems associating with him. In fact, he got to know FONTENOT pretty well. CAVINS has heard the name of JOHNNIE AROLD DUCK but doesn't know from where and doesn't know DUCK at all. CAVINS knows GORDON CALHOUN and recalls that CALHOUN lived in the Townsend Apartments in Ada. These apartments were yellow in color and CALHOUN lived next door

---

Interviewed on October 29, 1984 at Hominy, Oklahoma   File # CR#84-094

by Agent DALE SPARKS   Date dictated November 1, 1984

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

82

OSBI 0268

CAVINS
Page Two

to MIKE ROBERTS. CAVINS has, on occasion, in March or April, 1984, has been to CALHOUN'S apartment to party, but can not recall exact dates.

CALHOUN possessed a set of drums and CAVINS enjoyed listening to them. Whenever CAVINS went there he went with either his wife or TOMMY WARD. He always went there after J___'s wife, JOYCE, occasionally drove their vehicle to ___'S apartment in the daytime since she was a close friend o. JANETTE (LNU) who also lived in those apartments. The vehicle that CAVINS used for all of this was a 1972 canary yellow with white top Dodge Dart. That vehicle was eventually repossessed by Broadway Motors in Ada, and the title of the car is probably in the name of that company. For the last four (4) months, CAVINS has owned and driven an orange Ford Pinto.

CAVINS does not know BRUCE D___. He does recall a beat-up, old, red Toyota that often would be driven by WARD'S house and the driver would be looking for WARD, but CAVINS does not know who drove the vehicle.

CAVINS recalled the chain of events on April 28, 1984 well because on April 29, 1984, he recalled an Ada Police Officer having come to WARD'S house to question WARD on a matter probably unrelated to the abduction.

On April 28, 1984, CAVINS was working for the Konewah Ambulance Service. He had worked there a year and a half and worked the 1500 to 2300 hours shift on April 28. On that day, CAVINS may have had an ambulance run to Ada but he does not recall. His supervisor was a female administrator named TRIVA BOUNDS. CAVINS was an Emergency Technician/Certified Medical Assistant and he terminated his own position at the end of April, 1984 in a clash over medication given to a patient.

On April 28, 1984, CAVINS woke up at 0800 to 0900 hours. Until noon, he probably watched TV or did yard work, which would have consisted of hauling away trash or cleaning the yard up in preparation for mowing. The entire Wednesday prior to April 28, 1984, he and WARD had done plumbing work for SUSIE WARD at her house. Installed were a toilet, shower, and hot water heater. CAVINS thinks the entire job was probably done prior to April 28 and so on that day, he and WARD did not do any plumbing work. At 1400 hours, CAVINS would have

OSBI 0269

CAVINS
Page Three

gone to Konewah to his ambulance job. WARD had been to a keg party on the night of April 27, 1984 at an unknown location. CAVINS had been invited to that party but declined due to the fact that he had to work that evening also. There was no keg party to CAVINS knowledge on April 28, 1984. CAVINS' wife told him that WARD only went to a keg party on April 27, 1984. WARD was at his residence all Saturday afternoon, April 28 and the evening. WARD only left the house for approximately an hour to buy a pack of cigarettes. This was sometime before dusk and he would have walked. The closest and most logical place for WARD to go to, in CAVINS opinion, for the cigarettes was Snappy Foods Consumer's Gas Station on West Main Street and that is where WARD probably went, although WARD did not say. WARD had and drove two (2) to three (3) junker cars around his residence property, including a chocolate brown, Pontiac Tempest which was later sold to ROBERTS. WARD had no other vehicles. On the evening of April 28, 1984, no other persons were at WARD'S residence except WARD and CAVINS wife, JOYCE. MELVA PYLES, of Lawton, Oklahoma, who was JOYCE'S sister was being visited in Lawton then by SUSIE WARD. SUSIE returned to Ada on the evening of April 29, 1984 to return to her job at an Ada Love's Country Store and had been in Lawton on the nights of April 27 and April 28, 1984.

KARL FONTENOT has no vehicle and travels on foot all the time. TOMMY WARD would have walked to CALHOUN'S apartment whenever he went there or possibly ROBERTS would pick him up. CALHOUN drove and owned a fir tree or pine green Vega or Pinto.

The only gray pickup truck that CAVINS can relate to is a primer gray pickup owned by GRANT or GREY COX of Ada, and that truck was old and beat-up. TOMMY WARD and COX occasionally worked on this pickup outside WARD'S house. CAVINS had the impression that COX was the town "thug". WARD may have driven this pickup and the only other vehicle WARD would ever have driven was SUSIE WARD'S blue Toyota, which she still owns. Occasionally, CAVINS would ride around with WARD in the Toyota. The grey pickup truck presently in the rear of SUSIE WARD'S house in Ada belongs to JOEL WARD, who lives in Tulsa. The truck has been there for approximately ten (10) years and does not run. JOEL WARD also has an old blue pickup also behind the house that does not run either.

34

OSBI 0270