CAVINS
Page Four

around the first weeks of October, 1984, FONTENOT had an argument with ROBERTS and as a result of that argument, FONTENOT came to Hominy to live with CAVINS. When the Oklahoma State Bureau of Investigation first called Conners Correctional Center and asked CAVINS if FONTENOT was living with him, CAVINS gave FONTENOT the Oklahoma State Bureau of Investigation phone number. FONTENOT told CAVINS he would go to Ada the following weekend to talk to the Oklahoma State Bureau of Investigation. He then became very depressed and said to CAVINS, regarding the abduction, "I didn't do it but if they keep hasseling me to some get me I'll confess to it." CAVINS did not go into detail with FONTENOT about the subject any more after that. CAVINS did ask him why he would confess to something so serious if he wasn't involved and FONTENOT replied, "so they quit hasseling me."

CAVINS recalls that sometime after the abduction, one of TOMMY WARD'S ex-girlfriends came over to his house with a composite sketch of the subjects she had gotten, from the newspaper and confronted WARD saying, "your picture's in the paper." WARD reacted with shock. For this reason, coupled with CAVIN'S knowledge of WARD'S whereabouts on April 28, 1984, he does not feel WARD has any knowledge or involvement in this case. CAVINS is not so certain about FONTENOT and that he may have been involved, due to his extreme lack of concern and indication that he would confess to it.

On April 28, 1984, at 2300 hours, CAVINS returned home from his ambulance job and found TOMMY WARD to be asleep on the couch and WARD had not been drinking. At midnight, CAVINS woke up WARD due to a water pipe that broke under the house. CAVINS knows it was about that time because the TV show "Saturday Nite Live" was halfway over. CAVINS and WARD worked on repairing the pipe until 0300 hours April 29, 1984. After that time they both showered and went to bed.

CAVINS knows that sometime between April 20 and April 22, 1984, he went to Collins Lumber Company Ada and purchased with cash some PVC pipe glue, a seal, and a toilet and destroyed the receipt. Sometime afterwards, SUSIE and TOMMY WARD went to COLLINS and exchanged a piece of piping or fitting to be used for a hot water heater. On April 28, 1984, CAVINS and WARD may have returned to COLLINS for something, but CAVINS is uncertain of that.

35

OSBI 0271

CAVINS
Page Five

CAVINS knows of a vehicle in Ada which is primer
green in color, is mid 70's or later model, has U. S. mags
and a cut off "front nose" and a "jacked up rear end". He
sees the car as a Dodge Charger and associates it in his mind
with a dark skinned Indian with long black hair.  Additionally,
CAVINS has seen this vehicle in the parking lot of first Baptist
Church of Ada across from CA____ apartment.

Also, a few days a___ ___ He knows that a female has
made telephone calls to LATRI____ ___D and said something to the
effect that she was "out to ge___ ___OMMY WARD and if she couldn't
she'd get someone who could.

36

OSBI  0272

# OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription November 8, 1984/mdm

On October 30, 1984, ROBERT ANTHONY CAVINS, white male, date of birth: June 7, 1957. 1101 Cedar, Hominy, Oklahoma, provided the following information telephonically:

CAVINS recalls a BARRY LESLIE, who lives in Ada and works for ..D.'S Cafe. LESLIE is a close friend of TOMMY WARD and he drives a red Toyota.

...arding a primer green Dodge Charger, LaTRICIA WOLF, T......... sister owns such a vehicle, and so does JOHNNY D........ white male who lives in Ada with his grandmother on 5... and Cherry. DANIELS served time in prison for robbery and sold the vehicle to one of the COX brothers either prior to entering prison or upon his release. DANIEL was released from prison four (4) months ago and was in prison six (6) to eight (8) months.

RHONDA (INU) an ex-girlfriend of TOMMY WARD who has lots of tattoos, has telephoned MIKE ROBE........ SHILUBY COX, and LILLY MCFELL within the last week and threatened to kill TOMMY WARD to each of them.

Interviewed on October 30, 1984 at Telephonic File # CR#84-094

by Agent DALE SPARKS Date dictated November 1, 1984

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

37

OSBI 0273

# OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription __12/17/84/kc__

RONALD GENE TISDALE, White Male, Date of
Birth: April 7, 1951, 102 South Roy, Coalgate, Okla-
homa, provided the following information:

TISDALE was released from the Federal
Corrections Center at El Reno, Oklahoma, on March 27,
1984. He went to his mother's home in Coalgate, and
stayed there with her for five or six weeks. He then
went to Mannsville, Oklahoma, where he lived and worked
with a friend, LARRY ENGLISH. He and ENGLISH cut fire-
wood and picked up pecans to make money. He described
ENGLISH as a white male, thirty-seven years old, six
feet tall, 140 pounds and had brown hair.

ROGERS asked if he had been in the Ada, Okla-
homa area during the last part of April, and TISDALE
said that it was possible. During that time for about
three weeks he drank and stayed drunk on Tequila almost
every day. He stayed with a friend, CHARLES JARMAN,
who lived at the Brook Trailer Park, Lot Number Six, in
Ada. JARMAN worked at M and R Transmission Service in
Ada. Also TISDALE was acquainted with a man named
"RED" Last Name Unknown, who had M and R Transmissions
leased, but was now working at the RCA Service Center
in Ada.

TISDALE knew WOODY STICK who he had met through
NANCY PULLMAN from Coalgate. However, TISDALE had not
seen STICK in a long time.

TISDALE asserted that if during those weeks
he had not been in the Ada area, he would have either
been in Kingston or Coalgate.

TISDALE claimed he did not know TOMMY WARD or
KARL FONTENOT, neither did their names sound familiar
to him.

Interviewed on __12/03/84__ at Federal Probation and Parole office __Durant, Oklahoma__ File # __CR #84-094__

by __Agent GARY ROGERS__ Date dictated __12/11/84__

This document contains neither recommendations nor conclusions of the OSBI. It is the
property of the OSBI and is loaned to your agency; and its contents are not to be dis-
tributed outside your agency.

38

OSBI 0274

CR #84-094
INTERVIEW OF RONALD GENE TISDALE, 12/03/84/kc
PAGE TWO


TISDALE owned and drove a light brown, 1969
GMC half ton, long bed pickup truck he bought from
JIMMY LAMBERT of Coalgate, about two weeks ago
(November 19, 1984).  However, the truck's engine now
had a rod thrown in it and it would not operate.
TISDALE had not owned or driven any other pickup
since his release from the penitentiary, March
1984.

TISDALE claimed he knew nothing about the
robbery of McAnally's Store in Ada, other than what
he had heard on the news.

TISDALE would be willing to take a polygraph
examination concerning the incident.


39

OSBI 0275

HARAWAY CASE

INTERVIEW OF TOMMY WARD

On 5-1-84, THOMAS JESSIE WARD, 1616 Ashland, Ada, Oklahoma,
SSN: 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, 5'8", 148, Blue eyes, Sandy blonde hair,
DOB: 9-21-60 was interviewed by Capt. Dennis Smith.

WARD stated it had been six months since he was in McAnally's.
WARD also stated that he has known Haraway for about a year, he
thinks. WARD said he and KARL FONTENOT went fishing on Richardson
Loop at a pond. They were there a little after dark and they left.
He drove Karl home and then took the car back to his mother's
house. He walked to Karl's around 10:00 pm. He said
Karl's next door neighbor were having a party and the police
were called out to the apartment. He saw Janette Roberts,
her daughter, and some Mike. He went to Karl's and spent the party around 11:00 pm
and went to Karl's and spent the night. TOMMY stated he normally
combs his hair down the middle.

                                    CAPT. DENNIS SMITH
                                    REPORTING OFFICER

40

OSBI  0276

011.WARD/TOMMY

HAKAWAY CASE

INTERVIEW WITH TOMMY WARD

ON OCTOBER 31, 1984 AT 1345 HOURS, INVESTIGATOR BAND AND DEPUTY TURNER INTERVIEWED TOMMY WARD IN THE PONTOTOC COUNTY JAIL AT HIS REQUEST. TOMMY WARD WAS ADVISED OF HIS MIRANDA RIGHTS AT 1355 HOURS (1:55PM) ON OCTOBER 31, 1984. TOMMY WARD VOLUNTARILY SIGNED AN ACKNOWLEDGMENT AND ... OF RIGHTS AS WITNESSED BY DEPUTY TURNE...

OCTOBER 31, 1984, WARD SAID HE WANTED TO TELL HIS ... ABOUT HIS ACTIONS BEFORE DURING AND AFTER THE TIME OF THE HARAWAY GIRL DISAPPEARANCE.

WARD SAID THAT ON APRIL 26, 1984, THAT HE (WARD) AND FONTENOY HAD GONE FISHING. THEY HAD DRIVEN HIS MOTHERS CAR, A BLUE DATSUN, AND GONE TO A POND NORTH OF RICHARDSON LOOP ON THE WEST SIDE OF ADA.

WARD SAID THAT ON APRIL 27, 1984, FRIDAY NIGHT, HIM AND FONTENOY WENT TO A "KEG PARTY" AT JEANNIE LINDSEY'S PLACE. THEY WERE THERE ALL NIGHT DRINKED AND SMOKING POT.

WARD SAID HE WENT HOME ABOUT 4AM AND WENT TO BED AND DIDN'T GET UP UNTILL 9 OR 1AM THE MORNING OF APRIL 28, 1984. HE WAS SICK AND WENT OUTSIDE TO THROW-UP, THEN HE WATCHED T.V. FOR AWHILE. AT ABOUT 1PM HIS SISTER HAD TO ... SOMEWHERE AND ASK HIM TO GET HER ... DOWN TO SLEEP. HE PUT THE KIDS TO SLEEP AND WENT BACK TO SLEEP HIMSELF UNTILL 6PM. HE WATCHED TELEVISION UNTILL ... TIME.

WARD SAID THAT HE WASN'T PAYING ... ATTENTION TO HE HEARD SOMETHING ON THE NEWS ABOUT ... MISSING FROM MCANALLY'S CONVENIENCE STORE. HE WAS ... AT RES. OF THE NIGHT.

WARD SAID THAT AT ABOUT MIDNIGHT, ... BROTHER-IN-LAW, ROBERT GAVINS, WOKE HIM UP TO SHUT THE WATER OFF, BECAUSE A PIPE HAD BROKE UNDER THE HOUSE AND TO HELP HIM FIX IT. BOTH OF THEM WENT UNDER THE HOUSE AND HE HELD FLASHLIGHT WHILE CRAWING STUCK THE PIPE BACK ... A JOINT AND TIED IT UP WITH RAGS. HE SAID THA. ON TUESDAY IT BROKE AGAIN AND HE (WARD) WENT TO COLLINS LUMBER CO. AND BOUGHT P... S AND FIXED THE LEAK.

WARD SAID THAT ON SUNDAY, APRIL 29, 1984, BILL TO DO AND THAT TATUM CAME TO THE HOUSE AND TOLD HIM THAT THEY HAD SEEN AN OSBI DRAWING OF THE SUSPECTS THAT SAW THE HARAWAY GIRL, AND TOLD HIM ONE LOOKED JUST LIKE HIM. THEY TALKED A WHILE, THEN ASKED IF HE WANTED TO HELP HAUL HAY, WARD AND ONE OF THE TATUM WENT TO A WHITE HOUSE SOUTH OF ECHO RANCH, SOUTH OF ADA, AND HAULED HAY. COULD NOT BE ANY MORE SPECIFIC ABOUT LOCATION OR NAME OF PARTY WHOM THEY HAULED HAY FOR.

41

72

OSBI 0277

WARD SAID THAT HE HAS KNOWN KARL FONTENOT ABOUT 1
YEAR. HE MET HIM AT BILL HARRONS. KARL FONTENOT WAS
LIVING WITH JANETTE LINDSEY AND STAYED AT HER PLACE ON
THE NIGHT OF APRIL 28, 1984.

WARD SAID HE USED TO OWN A BROWN COUGAR AND HE HAD
TRADED IT TO HIS BROTHER. JAMES WARD, LIVING IN PAULS
VALLEY, FOR A GREEN DATSUN.

WARD SAID THAT THE NIGHT OF THE KEG PARTY ODELL
TITSWORTH WAS THERE. SAID TITSWORTH WAS WEARING
PRESCRIPTION GLASSES, AN EAR RING IN HIS LEFT EAR. IS 6
FEET TALL, 175 POUNDS AND WAS PART INDIAN. WARD SAID THAT
ON THE NIGHT OF THE PARTY APRIL 27, 1984, THAT ODELL
TITSWORTH WAS SOBER AND IN GOOD PHYSICAL SHAPE WHEN HE
SAW HIM.

WARD SAID THAT HE USED TO GO WITH LISA LAWSON. LAWSON
WORKED PART TIME FOR MCNALLYS CONVENIENCE STORE. BEFORE
THEY BROKE UP, A LARGE SUM OF MONEY DISAPPEARED FROM THE
STORE ONE NIGHT, AND THAT LISA LAWSON LHAD TO TAKE A
POLYGRAPH. HOWEVER, [SHE WAS CLEARED OF THE LOSS/THEFT.
EDNA LAWSON, MANAGER OF MCNALLS, FORMER KURRAL IS LISA
LAWSON'S MOTHER.

WARD SAID THAT HIS GRANDMOTHER, LAST NAME HUDSON,
DID NOT KNOW FRIST NAME LIVES IN TULAK, OKLAHOMA. HAS
NOT VISITED HER IN OVER A YEAR.

WARD SAID THAT IN THE EARLY MONTH HE BORROWED A
MOTORCYCLE AND HIM AND A FRIEND WENT TO ST. LOUIS,
MISSOURI. ON THE WAY BACK THE MOTORCYCLE BROKE DOWN IN
SOUTHWEST MISSOURI. WARD SAID HE HITCHED A RIDE BACK TO
ADA AND BORROWED A PICKUP AND DROVE BACK TO MISSOURI AND
GOT THE MOTORCYCLE. WARD SAID THAT THIS WAS EARLY SUMMER
BECAUSE IT WAS COLD.

WARD COULD OFFER NO OTHER INFORMATION AND THE
INTERVIEW WAS TERMINATED AT 3PM OCTOBER 31, 1984.

                                        GEORGE L. BOND

42

71

OSBI 0278

Place C.O. JAIL

Date 10-31-84

Time 1:55 PM

# STATEMENT OF RIGHTS

Before you answer any questions or make any statement, you must fully understand your rights.

1. You have the right to remain silent.

2. Anything you say can and will be used against you in a court of law.

3. You have the right to consult with a lawyer before you answer any question or make any statement and to have him present during questioning.

4. If you cannot afford a lawyer, one will be appointed for you before questioning or at any time during questioning, if you so desire.

5. If you answer questions or make any statement without consulting a lawyer or without having a lawyer present during questioning, you will still have the absolute right to stop answering questions or making any statement or to stop answering questions or making any statement until you consult with a lawyer or have a lawyer present during further questioning.

_(signature)_
Name of Officer

# ACKNOWLEDGMENT AND WAIVER OF RIGHTS

The above statement of my rights has been read and explained to me and I fully understand what my rights are. I am ready and willing to answer questions or to make a statement without first consulting with a lawyer or without having a lawyer present during questioning. In waiving my right to remain silent, I wish to state that no promises or threats have been made to me and no persuasion or coercion has been used against me.

_(signature)_

Witness Tom Lura

Witness                                     43

Time 1:59 PM                                                    70

OSBI  0279

HARAWAY CASE
INTERVIEW

SUBJECT: TOMMY WARD
WHITE MALE, DOB/9-21-60
422 ELA, NORMAN OK.
SSN  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

ON OCTOBER 31, 1984 TOMMY WARD A REED TO TALK TO LOYD
BOND AND TOM TURNER. AT 1:55 PM THIS DATE TOMMY WARD
WAS READ THE MIRANDA WARNING BY LOYD BOND AND SIGNED A
WAIVER OF THESE RIGHTS. DURING THE COURSE OF THE
INTERVIEW TOMMY WARD WAS SHOWN A PICTURE OF A BLACK?
GENE TISDALE BY DEPUTY TURNER. TOMMY WARD SAID THAT
THE PHOTO WAS TITSWORTH. DEPUTY TURNER ASKED TOMMY
WARD HOW LONG HE HAD KNOWN TITSWORTH AND HE SAID ABOUT
ONE YEAR.

DEPUTY TOM TURNER/ADB

44

79 A

OSBI 0280