LEAD SHEET CA-24-094

DATE:

SOURCE:

  Name:
  Address:
  Phone #:

LEAD ASSIGNED:

LEAD SUMMARY:

45

OSBI 0281

OKLAHOMA STATE BUREAU OF
INVESTIGATION

This is Deputy Turner with the Pontotoc County Sheriff's Office.
I am with TERRY MCCARTNEY, Ada Police Department, the time
is 12:35 pm. The date is November 6, 1984.

TURNER: Terry, what can you tell me about ah, when you was in the jail over, the county jail and your cell was next to Karl Fontenot?

TERRY: I can tell you what he told me. And ah, more less when he first come in, he talked about them being picked up, you know, and the charges that were against them.

TURNER: What was the date that you first talked to Karl?

TERRY: October the 19th.

TURNER: The day before?

TERRY: They brought him Friday morning.

TURNER: Ok, what did Karl have to tell you?

TERRY: He told me about they would, ok, what he told me is that they went to the store, and they got her, and then

TURNER: Ok, did he name the store, the name of the store

TERRY: No

TURNER: He just they,

TERRY: He was just telling me about the girl, herself

TURNER: Uh huh

TERRY: And that they went and they got her, and apparently they took her out to this old house and they raped her and when they got through with it (Inaudible) raped her and she was dead, and he told me that Tommy stabbed her,

TURNER: Tommy Ward?

TERRY: Uh huh

TURNER: Ok

TERRY: And then they put her off in this rotty part of the floor, and him and Tommy poured gas on her and they burned her. But the story, it changes alot, you know like when yall picked up Odell?

TURNER: Yeah,

TERRY: He told me that Odell done the stabbin, and that all him

46

OSBI 0282

PAGE 2
11-8-84
INTERVIEW OF TERRY MCCARTHEY

TERRY: and Tommy done was burn her and he asked me or he thought it was funny because they didn't kill ya, you know today like they used to. Because he said he if he had to face a death penalty like she did, they'd pour gas on them and burn 'em. And then it went where he was going to turn against Tommy and tell 'em that Tommy told him all this and that's when I wrote it all done on paper, and give a copy of it to Paul. I wrote it down for him to, you know I was helping him make this story up, so he would really trust me, more less.

TURNER: you talk to Paul previous to this?

TERRY: I gave him the paper and told him what was up.

TURNER: Ok, did ah, did Paul ask you to ask Fontenot any questions or anything?

TERRY: No, he just, all Paul did was call over here and talk to one of the OSBI Agents.

TURNER: Ok, you was doing this without,

TERRY: All by myself

TURNER: Ok

TERRY: Nobody asked me to do nothin.

TURNER: Ok

TERRY: I just, I was trying to find the body. You know, and I told him that yall was out there, and that yall thought you'd found the jaw bone, I'd seen it on the news, and he thought that was funny. And he said that she wasn't out there, yall could stay out there all night if you wanted to. And he, the way he made it sound to me, and this is my own opinion from what he's told me, but that she's cut up, she's not in one, you know your not going to find one body.

TURNER: What did he, what did say in regards to this.

TERRY: Well he said they stabbed her and cut her up and burned her.

TURNER: Ok

TERRY: You know, so and I asked him what the difference was, because alot of people refer to cutting as stabbin, you know,

TURNER: Uh huh

TERRY: And he told me it's when you cut parts of the body off. Thats what he told me. And then, like I say when they found

47

OSBI 0283

AGE 3
11-8-84
INTERVIEW OF TERRY MCCARTHEY

TERRY: out they picked up this Odell, he denied even knowning Odell.

TURNER: Oh, he did?

TERRY: Uh huh, and said that ah Odell was the one that stabbed her, cause thats what Tommy told him. And then as things rocked along there, you know, and days went by?

TURNER: Yeah,

TERRY: He'd deny it one day and then he'd more less you know, tell me he did it the next. And he'd go back and forth, and

TURNER: Did he ever change his story, I mean from, how was he changing his story each time?

TERRY: Oh, several times, see like, Ok at the end he told me that she was buried under water in the North Canadian river. He told me she was down in the middle of this big cement thing something a retired container retainer, something like that.

TURNER: Uh huh

TERRY: Ah, I don't, there five or six different stories he told me you know, there's not just one. He told me that this was a dream that Tommy had and that's what Tommy just told me to, it was a dream. (Inaudible) asked him why he confessed to it, he told me he had confessed you know on tape to the and I asked him why, and he didn't know, you know, and he said that ah, I told him I said well you know if you can find the body they will go alot easier on you, you know, if somebody can come up with the body. He laughed and told me that was bullshit. Whoever found that body was going to hang, you know, and that he knew that. He asked me about the death penalty asked me if I thought he would get the electric chair or by (inaudible) get the lethal injection, and then

TURNER: Yeah,

TERRY: kind laughed about it, you know, because he's not scared of dying, he thinks it's funny. You know, he's, he ain't got no sense. I spent a long time with him, you know, not a lot of time, but when you spend two weeks with somebody day in and day out,

TURNER: Yeah,

48

OSBI 0284

PAGE 4
11-8-84
INTERVIEW OF TERRY MCCARTHEY

TERRY:  its a lot of time.

TURNER: Your cell was just across from his?

TERRY:  Uh huh, (Inaudible) was in the corner. Then he had me lookin up Bible verses that he could memorize

TURNER: Yeah,

TERRY:  before he died. (Inaudible) sure that he was, you know, ...ng to get the death penalty.

U..:    Could he tell you anything at all, Terry, anything that

TERRY:  He told me one night about these two houses that were way off out here past this store. And I told Rick about 'em. You know, and Rick said he thought he knew where the houses were and he was gonna check 'em out. But and that's where they were, you know, where they done all there partying mostly, and he ... less let me think that thats where the girl was.

TURNER: Yeah,

TERRY:  You know, and where these two houses are for sure, I don't know, you know, I just off the ... directions you know, I don't know my way around ... . And then he said what happens if you put a body in water? You know, like in the river? And I s... well, there's enough water, it'll carry it on down s...m. And he said like in the Canadian. And I thou... e's talking the South Canadian, you know, like under the bridge.

TURNER: Yeah,

TERRY:  And I said all it would do out there is hit dirt, if you threw her off the brid... . He goes not in the North Canadian. And he told me there was a flood in April when this all happened and that the wa... would carry the body down the river and if you buried it under water it wouldn't surface. You know, and this was just goes back and forth.

TURNER: Yeah,

TERRY:  You know, and then like the next he's not guilty no more, he didn't do nothing. And I can say well Karl, you told me and he'll say Yeah, but that a way I'm just thinkin' I'm trying to get out of it.

49

OSBI 0285

PAGE 5
11-8-84
INTERVIEW OF TERRY MCCARTHEY

TERRY: You know, what I'm saying?

TURNER: Yeah,

TERRY: And, it goes back and forth. I don't know of anything consistant he said to me that he ain't already said to everybody else, you know. He told me that ah, when he raped her, or was supposedly of, or he said when I supposedly raped her,

TURNER: Yeah,

TERRY: She was already dead. Now,

TURNER: Did he say anything about anything, any marks on the body or anything?

TERRY: They cut her down the arm.

TURNER: Did he say which arm?

TERRY: No, and Tommy bit her on the titty.

TURNER: Ok,

TERRY: Before she was dead, she was trying to get away from 'em. And I said, well you know, I said what you just told me you know, that yall didn't do it?. And he said that was in Tommy's dream. So, but anything, you know, she tried to fight, and,

TURNER: What did he say about her trying to get away?

TERRY: Just that she kept trying to get away, and she was screaming and hollering but, they put a stop to it. You know, and then when I was talking to Tommy just now, he told me something about this chick name Rhonda, that said she knew who done it.

TURNER: Rhonda?

TERRY: She used to go with ah, Andy Akers, is what he said.

TURNER: Un huh,

TERRY: And this Rhonda girl knows who done it, but they're not tellin'.

50

OSBI 0286

PAGE 6
11-8-84
INTERVIEW OF TERRY MCCARTHEY

TURNER: How does, does he think Rhonda,

TERRY: She told him, Rhonda told Tommy that she knew who done it. She told him apparently that she knew he couldn't have  what he told me.

TURNER: Yeah,

TERRY: But as far as I know, he ain't seen her, you know, since he's been locked up and picked up for it. But still she knows who did it.

TURNER: That's what Tommy just told you a few minutes ago?

TERRY: Yeah, just a few minutes ago, he's standing there talking to me, and I told him that I had to go. If I get back there, they'll lock me back up, you know.

TURNER: Did he tell me anything else?

TERRY: Just that he wanted to talk to his lawyer and that ah, he was suing for false arrest     out of this. And ah,

TURNER: Ok,

TERRY: He's scared, and, who wouldn't be. Now he's scared and then Karl's not. You know, there just the opposite of each other. You know, Tommy acts like, ah, like he's afraid of whats ha       to him. And Karl acts like its OK, i          you know, look at me, I did this, you know.       told me about a brother of his that just went    rison for murder or ah, self defense, but it was mu        he killed the guy. Stabbed several times in the he

TURNER: Yeah,

TERRY: And, you know, he was telling   how neat that was, you know that his brother would do that, ah,

TURNER:   he mention his brother's name?

TERRY: Something Corvin.

TURNER: Something Corvin?

TERRY: Ah, not Dennis, yeah, Dennis, Dennis Corvin.

TURNER: Dennis Corvin?

51

OSBI 0287

PAGE 7
11-8-84
INTERVIEW OF TERRY MCCARTHEY

TERRY: Uh huh, and he was out here at this Jonas Hart, Jonas

TURNER: Joseph Harp

TERRY: Joseph Harp, and he supposedly was doin' forty to life, and then the other day, right before they took him out, he told me that his brother had just got out, the day he got picked up for something, so, I don't know how much truth is to anything he said.

TURNER: Do you remember anything else Terry? Anything at all that Fontenot might have said?

TERRY: I don't know, that first day he had me pretty shook up. You know, because all he could talk about was the way she died and her dying and you know, him dying like that.

TURNER: Well, could you run that, can you go back over that and everything he told you?

TERRY: Ok, this is what he told me. We was sittin' there and I said, what did you do? He said well they got me for this Donna Denise Haraway, is that her name?

TURNER: Yes,

TERRY: Ok, and ah, I said who's that? And he said the girl at that was at McAnally's. And I said, Oh yeah, the one that was kidnapped, and he goes yeah. And ah, I said, why what did yall do? He said well we went in the store he got her, you know, and we took her out here to his old house, and ah, that where they raped her, and then they stabbed her, cut her up, put her in the floor and burned her, in a rotted part of the floor. But then he laughed when he said, you know, when I told him they was out there looking for the body, he said that ah, they took him out there and showed where they were diggin', and wanted to know where the body was,

TURNER: Yeah,

TERRY: And, he said he told him he couldn't tell them he couldn't tell 'em, he had never been there before. But then he told me that you know, that he had been out there several times partying, but he didn't want to tell them that. He told me that she was buried along side the fence one time, of the electrical plant, the light plant, what ever is out here?

52

OSBI 0288

PAGE 8
11-8-84
INTERVIEW OF TERRY MCCARTHEY

TURNER: Uh huh,

TERRY: That she was buried outside the fence of the plant. You know, but that goes along with the under the water and down the container, you know, it just, it goes on from one story to another.

TURNER: Can you think of anything else?

TERRY: Not nothing, you know, different, nothing, mostly just hell, you know, just.

TURNER: Was you promised anything Terry to make this statement?

TERRY: 

TURNER: You done it of your own free will?

TERRY: Yes sir.

Ok, It is now 1245 hours, it will be the end of this statement for right now.

53

CASE # 84-094
OFFENSE ROBBERY & KIDNAPPING
VICTIM DONNA DENISE HARAWAY

ON NOVEMBER 5, 1984 DISTRICT ATTORNEY INVESTIGATOR GEORGE L. BOND INTERVIEWED LEONARD KEITH MARTIN, WHITE MALE, DATE OF BIRTH MAY 21, 1957, SOCIAL SECURITY NUMBER, 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, HOME ADDRESS 927 EAST 9TH STREET ADA, OK. APARTMENT #C. HE IS EMPLOYED BY THE PIT BARBECUE LOCATED AT 1212 NORTH BROADWAY IN ADA, OK. THE BUSINESS PHONE NUMBER IS (405)436-2120. HE HAS NO HOME TELEPHONE NUMBER.

ON NOVEMBER 5, 1984 LEONARD KEITH MARTIN ADVISED HE HAD BEEN INCARCERATED IN THE PONTOTOC COUNTY JAIL FROM OCTOBER 15, 1984 TO OCTOBER 24, 1984. MARTIN SAID HE WAS A TRUSTEE AND HAD ACESS TO TO ALL PARTS OF THE JAIL.

MARTIN SAID A TERRY MCCARTNEY, A FEMALE JAIL INMATE TALKED WITH KARL FONTENOT AND THAT HE, MARTIN, WAS PRESENT WHEN KARL FONTENOT TOLD TERI MCCARTNEY THAT THEY ( WARD AND FONTENOT ) HAD GOT THE GIRL FROM THE CONVENIENCE STORE, DROVE HER TO AN OLD HOUSE, RAPED AND KILLED HER, THEN, PUT HER BODY IN THE MIDDLE OF THE FLOOR AND TORCHED THE OLD HOUSE.

MARTIN SAID ON OCCASIONS, HE HEARD KARL FONTENOT TALKING TO HIMSELF IN HIS CELL. MARTIN SAID KARL FONTENOT SAID" I KNEW I'D GET CAUGHT SOONER OR LATER" AND I WISH THEY WOULD BRING TOMMY WARD OVER HERE SO I COULD TALK TO HIM .

MARTIN SAID THIS WAS ALL HE COULD REMEMBER BUT HE, MARTIN, WOULD BE WILLING TO TESTIFY IF NECESSARY.

MARTIN COULD OFFER NO FURTHER INFORMATION CONCERNING KARL FONTENOT THE VICTIM.

REPORTING OFFICER
GEORGE L. BOND/MCS

54

OSBI 0290