O:T.BOREN/PAULA

HARAWAY CASE

SUBJECT- TOMMY WARD
W/M DOB/ 9-21-60
422 ELM NORMA...OK.
SSN 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

SOURCE- PAULA BOREN
W/F DOB/ 2-21-41
225 MAYFAIR DR. ADA,OK.
PHONE- 332-1459   (MATRON COUNTY JAIL)

INTERVIEWED BY DEPUTY TOM TURNER 11-5-84 AT 11:30 AM

ON OCTOBER 25.1984 AT 10:00 AM PAULA BOREN WENT BACK
TO TOMMY WARD'S CELL TO GET THE PHONE NUMBER OF
TOMMY'S SISTER. TOMMY WANTED PAULA TO CALL HIS SISTER
AND HAVE HER BRING HIM SOME CIGARETTES. WHEN PAULA
WENT BACK TO GET THE NUMBER TOMMY SAID HE WAS INNOCENT
AND WAS LOCKED UP BECAUSE HE TOLD THEM ABOUT A DREAM.
PAULA TOLD TOMMY SHE WAS NOT INTERESTED IN HEARING
ABOUT HIS DREAMS AND IF HE HAD KILLED HER HE SHOULD
COOPERATE WITH THE POLICE. TOMMY THEN TOLD PAULA HE
HAD CUT HER ON THE ARM AND ON THE TIT. PAULA THEN LEFT
HIS CELL TO CALL HIS SISTER.
ON NOVEMBER 1, 1984 AT 8:30 AM PAULA WAS DOING A
MORNING JAIL CHECK AS SHE LOOKED IN ON TOMMY WARD AND
SAID GOOD MORNING TOMMY LOOKED AT HER AND SAID LOOKING
FOR THAT GIRL'S BODY OVER THERE IS LIKE LOOKING FOR A
NEEDLE IN A HAYSTACK WITHOUT THE NEEDLE. PAULA JUST
SHRUGGED HER SHOULDER AND WENT ON WITH HER JAIL CHECK.

DEPUTY TOM TURNER/MDB

55

57

OSBI  0291

O:T.WILLIAM/HAMMON

HARAWAY CASE
INTERVIEW

ON 10/24/84 AT 1900 WILLIAM FRANKLIN HAMMONS CAME TO THE POLICE STATION AND WAS INTERVIEWED BY DETECTIVE BASKIN IN THE DETECTIVES OFFICE.

WILLIAM FRANKLIN HAMMONS  219 1/2 N CHERRY ADA,OK. 74820. 332-4165. HIS DOB IS 10/17/64. HIS SSN IS 440-782-660.

INTERVIEW

WILLIAM HAMMONS SAID HE HAS KNOWN TOMMY WARD FOR 3 YEARS AND KARL FONTENOT FOR ABOUT A YEAR AND A HALF. HE SAID AFTER THE DISAPPEARANCE OF DONNA DENISE HARAWAY ON APRIL 28,1984 THAT HE NOTTICED A DRASTIC CHANGE IN TOMMY'S BEHAVIOR. HE ALSO SAID HE SAW TOMMY AND KARL A FEW DAYS AFTER THE CRIME AND THEY HAD BOTH GOTTEN RECENT HAIRCUTS. HE SAID THEIR HAIR WAS SHORTER THAN HE HAD EVER SEEN IT BEFORE. HE ALSO SAID HIS MOTHER NOTICED THE HAIR LEGNTH. WILLIAM SAID HIS MOTHER TOLD HIM THAT THE PICTURES THAT APPEARED IN THE ADA NEWS WERE PICTURES OF KARL AND TOMMY.

WILLIAM SAID HE HAD SEEN TOMMY CARRY A BUCK KNIFE THAT WAS ABOUT 5" IN LEGNTH WHEN OPENED. HE SAID THAT KARL CARRIED A REGULAR POCKET KNIFE.

HE SAID THAT TOMMY AND HIM USED TO PARTY AT THE OLD SUB-STATION UNTIL ABOUT A YEAR AND A HALF AGO WHEN THE SHERIFFS DEPUTIES STARTED PATROLING THE AREA REGULARY. TOMMY ALMOST GOT ARRESTED AND HE TOLD WILLIAM THAT IT WASN'T A GOOD PLACE TO PARTY. HE SAID TOMMY STARTED PARTYING ON SOME LAND OWNED BY WHITEY WILBURN. THE TURN OFF TO THE LAND IS ON THE LEFT JUST EAST OF THE OLD BRIDGE ON SANDY CREEK TRAVELLING WEST. HE SAID THERE WAS A FIELD ALONG THE CREEK THAT THEY PARKED IN.

WILLIAM SAID MELVIN HARDIN TOLD HIM THAT TOMMY HAD CONFESSED THE CRIME TO HIM AND WAS SORRY HE HAD DONE IT. HE SAID HE HAS DISCUSSED THE CASE WITH ; MELVIN HARDIN, BARRY LESLIE, DAVID ROSS, JOHNNY DANIELS, RONNIE YORK, AND MIKE LINDSEY. HE SAID TOMMY AND LEO NORMAN WERE GOOD FRIENDS.

HE SAID THAT TOMMY HAD NEVER CONFESSED THE CRIME TO HIM.

WILLIAM SAID THAT THE ONLY REAL STRANGE THING ABOUT KARL AND TOMMY IS THAT KARL TOLD HIM THAT THEY HAD JOINED SOME DEVIL WORSHIPERS IN NORMAN AND TOLD ABOUT THE MAN THAT WAS IN CHARGE OF THEM.

56

91

OSBI 0292

WILLIAM SAID HE WILL CALL BACK IF ANYTHING ELSE CROSSES HIS
MIND ABOUT THE INCIDENT. HE SUGGESTED WE TALK TO THE PEOPLE
HE GAVE US AS THEY MIGHT HAVE SOME FURTHER INFORMATION ABOUT
TOMMY AND THE CASE.

Mike Baski

MIKE BASKIN
REPORTING OFFICER
10/24/84    2030

57

90

OSBI  0293

Janet Lynn Weldon

AUGUST OF 1984.

JANET SAID SHE GAVE DONNA A LIGHT LAVENDER BLOUSE THAT WAS VERY LIGHTLY TINTED. IT HAD BLUE FLOWERS ON IT AND HAD LACE AROUND THE COLLAR WITH ELASTIC AROUND THE SLEEVES. THE SHIRT WAS MADE OF THIN MATERIAL AND BUTTONED DOWN THE FRONT. JANET SAID IT WAS A SHIRT THAT WAS WORN WITH BLUE JEANS. JANET CHECKED DONNA'S CLOTHES AND COULD NOT FIND THE SHIRT. SHE CHECKED HER OWN CLOTHES TO MAKE SURE THAT SHE HAD GIVEN IT TO DONNA AND SHE IS POSITIVE SHE GAVE THE SHIRT TO DONNA.

JANET SAID THAT DONNA'S LIFE WAS CENTERED MOSTLY AROUND SCHOOL AND STEVE AND THE REST OF HER FAMILY.

STEVE HARAWAY SAID THE HE AND DONNA WENT JOGGING AROUND NOON ON THE DAY HIS WIFE DISAPPEARED. HE WENT TO WORK AROUND 1:00 PM AND DONNA WENT TO WORK AROUND 2:00 PM THAT AFTERNOON. STEVE SAID HE TALKED TO HIS WIFE AROUND 7:30 PM WHEN SHE CALLED THE HOUSE FROM WORK AND WANTED HIM TO LOOK A WORD UP IN THE DICTIONARY AND GIVE HIM THE CORRECT SPELLING AND USAGE OF THE WORD. SHE NEEDED THE INFORMATION BECAUSE SHE WAS WORKING ON HER SCHOOL LESSON FOR THE FOLLOWING WEEK. STEVE SAID HE COULDN'T DETECT ANYTHING WRONG IN HER VOICE.

STEVE SAID THAT THEY WERE PLANNING A VACATION TOGETHER SO THEY COULD LOOK FOR JOBS IN THE SAME AREA BECAUSE THEY WERE BOTH GOING TO GRADUATE FROM COLLEGE. STEVE SAID HIS WIFE WOULD NOT LEAVE AND LEAVE HER PURSE, CLOTHES AND PERSONAL HYGENE PRODUCTS BEHIND IF SHE WAS GOING TO LEAVE WILLINGLY.

STEVE SAID THAT HE GOT THE MONEY OWED TO DONNA FROM HIS FATHER. HE SAID SOMEONE FROM THE STORE BROUGHT HER CHECK TO HIS FATHER BECAUSE SHE HAD SEVERAL DAYS PAY COMMMING.

DETECTIVE MIKE PASKI!!

105

OSBI  0294

...IT.FRAME/NORMAN

HARAWAY CASE
INTERVIEW

ON NOVEMBER 15TH, 1984 I INTERVIEWED DR. NORMAN FRAME,
EDUCATION DEPT HEAD, OF EAST CENTRAL UNIVESITY AT 10:45
AM.

ACCORDING TO DR. FRAME HE HAD DONNA DENISE HARAWAY IN
HIS CLASS THIS SPRING SEMESTER. THE TITLE OF THE CLASS
WAS THE ELEMENTARY SCHOOL #4332. DR. FRAME REMEMBERED
DONNA AND HE DESCRIBED HER AS BEING VERY DEPENDABLE AND
PROMPT. HE SAID THAT SHE WAS A GOOD STUDENT AND
... WELL ADJUSTED TO HER ENVIORMENT. ... SAID SHE
... ...GHT OF HIGHLY BY THE INSTRUCTORS ... HER PEERS.
... ...D SHE COMPLETED HIS CLASS AND WAS I... PROCESS
OF DOING HER PRACTICE TEACHING AT THE TIME ... ...ER
DISAPPEARANCE.
DR. NORMAN FRAME
223 N HIGHLA... ADA OK.
332-5959

DETECTIVE MIKE BASKIN

59

103

OSBI  0295

0:1.HOWARD/DONNA

HARAWAY CASE
INTERVIEW

ON NOVEMBER 6, 1984 DONNA HOWARD GAVE A STATEMENT
TO DETECTIVE MIKE BASKIN OVER THE TELEPHONE IN
REFERENCE TO THE DONNA DENISE HARAWAY CASE.

DONNA HOWARD LIVES AT 621 ANN STREET IN ADA,OK. HER
PHONE NUMBER IS 332-8928. HER BUSINESS ADDRESS IS 500
SOUTH MISSISSIPPI AT HAYES ELEMENTARY SCHOOL. HE WORK
NUMBER IS 332-2180. SHE WAS DONNA DENISE HARAWAYS
SUPERVISOR WHILE DONNA    DOING HER PRACTICE
TEACHING.

DONNA DENISE HARAWAY WAS DOING HER PRA    TO
TEACHING AT HAYES ELEMENTARY SCHOOL. SHE HAD EIGHT
WEEKS TO PRACTICE TEACH. ACCORDING TO MRS. HOWARD
DONNA HAD COMPLETED SIX OF THE EIGHT WEEKS WITH ONLY
ONE ABSCENCE. THIS ABSENCE WAS EARLY IN THE SEMESTER
AND WAS DUE TO A SEVERE COLD. SHE SAID THAT THE WEEK
PRIOR TO APRIL 28, 1984 DONNA HAD TAUGHT HER CLASS ON
A FULL TIME BASIS. THE CLASS WAS A SECOND GRADE
CLASS.

MRS. HOWARD SAID THAT DONNA HAD ALREADY DISCUSSED
THE NEXT WEEKS CLASS PLAN WITH HER AND TOOK HOME
SOME STUDY MANUALS WITH HER TO FINISH PREPARING THE
THE LESSONS.

DONNA HARAWAY DIDN'T DO ANYTHING OUT OF THE
ORDINARY OR ANYTHING TO MAKE HER BELIEVE SHE WOULDN'T
BE IN SCHOOL ON MONDAY APRIL 30, 1984. MRS. HOWARD
SAID THAT DONNA DID NOT SHOW UP FOR SCHOOL ON MONDAY
AND SHE HAS NOT SEEN OR HEARD FROM HER SINCE THE 27TH
OF APRIL ON FRIDAY.

                              MIKE BASKIN
                              DETECTIVE
                              11/6/84 0955

60

9LI

OSBI  0296

HARAWAY CASE

INTERVIEW WITH MR.AND MRS.O.A.MCANALLY

O.A.MCANALLY OWNER OF MCANALLY'S CONVENIENCE STORE AT
2727 ARLINGTON ADA,OK.HOME ADDRESS BOX A COYLE,OK.HOME
PHONE 466-2615 OFFICE PHONE 466-2256.

MR.MCANALLY STATED THAT DENISE HARAWAY WAS A VERY
DEPENDABLE EMPLOYEE.SHE WAS THE TYPE THAT WOULD WORK WHEN
SHE WAS SICK INSTEAD OF CALLING IN SICK.THE NIGHT OF THE
ROBBERY THERE WAS A LARGE SUM OF MONEY IN A DEPOSIT BAG
UNDER THE COUNTER PLUS ABOUT 500 DOLLARS IN THE SAFE.THIS
MONEY WAS STILL AT THE STORE AFTER THE ROBBERY.
DENISE HAD A CHECK COMING WHEN SHE WAS
ABDUCTED.MRS.MCANALLY SAID STEVE'S FATHER,DR.HARAWAY CAME
... ...D UP HER CHECK AND SIG. D FOR I..
... ALLY SAID HE BOUGHT THIS STORE J...
WHO... EAR A MCANALLY KNOWS THERE IS NOTH... CONNECT
TOM..Y WARD WITH THE NOV.15TH 1981 BURGLARY.
MR.MCANALLY SAID THERE WAS ANOTHER INCID... ...UT
THREE DAYS AFTER NOV 15TH 1981 WHERE SOME M... ...RE UP
MISSING.LISA LAWSON TOOK A POLYGRAPH TEST RE... ...NG TO
THIS THEFT.TOMMY WARD WAS DA'ING LISA AT THIS ... AND
WAS SUPPOSED TO TAKE A POLYGRAPH,BUT REFUSED WHEN IT CAME
TIME FOR THE TEST

D.W.BARR
REPORTING OFFICER
11-1-84

OSBI  0297

HARAWAY CASE

I SPOKE WITH BONNIE HARRISON AT THE MCANALLY'S STORE
ON ARLINGTON TO FIND OUT THE EXACT DATES OF DONNA
HARAWAY AND LISA LAWSONS EMPLOYMENT. SHE DID NOT HAVE
THE EXACT INFORMATION BUT DID KNOW THAT AT NO TIME
DID THE TWO GIRLS EVER WORK THERE AT THE SAME TIME.
SHE SAID SHE WOULD HAVE MRS. J.A. MCANALLY BRING THE
INFORMATION INTO THE STATION.

DENNIS SMITH TALKED WITH MRS MCANALLY AND SHE TOLD
HIM THAT DENISE HARAWAY STARTED WORKING FOR THEM IN
JULY OF 1984. SHE INDICATED THAT LISA LAWSON WAS NOT
WORKING FOR THEM AT THIS TIME. SHE ALSO INDICATED
THAT AT NO TIME DID THE TWO GIRLS WORK FOR THEM AT
THE SAME TIME.

                    G.R. BASKIN
                    12/11/84

141

OSBI  0298

HARAWAY CASE

INTERVIEW WITH JACK PASCHALL

'CK PASCHALL WM 41 435 N.MONTA VISTA ADA.OKLA.436 1611
TEACHER AT EAST CENTRAL UNIVERSITY ADA.OKLA.

. .PASCHALL SAID THAT ON A..... 28TH 1984 WE WAS COMING
       TOWN AND DECIDED TO STOP AT JP'S QUICK STOP.HE WORKS
ERE SOMETIME WHEN THEY ARE SHORT HANDED.HE SAID THE
TIME WAS PRIOR TO 8PM.ABOUT 20 MINUTES TILL 8.KAREN WISE
WAS THE GIRL THAT WAS WORKING THAT EVENING.WHEN HE WALKED
IN AND WAS TALKING TO KAREN.SHE TOLD HIM THAT SHE WAS
NERVOUS ABOUT TWO YOUNG MEN THAT WAS IN THE BACK IN THE
POOL ROOM AREA.KAREN SAID EVERY TIME SHE LOOKED IN THE
BACK.ONE OF THE GUYS WOULD BE LOOKING OR WATCHING
HER.MR.PASCHALL SAID HE WALKED TO 'HE    . ROOM AND
CHECKED THE BACK DOOR AND THE STOREROOM TO ..KE SURE NO
ONE WAS HIDING BACK THERE.HE SAID HE DOSE NOT REMEMBER IF
HE DID THIS ON HIS OWN OR WHEATHER KAREN ASK HIM TO.
  WHEN HE GOT BACK UP TO THE FRONT OF THE STORE HE WAS
TALKING TO KAREN ONE OF THE GUYS CAME OUT OF THE BACK AND
ASK KAREN FOR SOME QUARTERS.THIS YOUNG MAN WAS SLENDER
'UILT MEDIUM TO LIGHT BROWN HAIR.HIS ... .AME DOWN JUST
BELOW THE EAR.HE WAS 5'10 TO 5'11.WI...    IM FACE.HIS
CHEEKS HAD A HOLLOW APPEARANCE.WHEN K.... GAVE HIM THE
QUARTERS HE WENT TO THE BACK AND A SHO...   WAY LATER.BOTH
YOUNG MEN CAME OUT AND LEFT THE STORE. ....     IN AN
OLDER MODEL PICKUP.MR.PASCHHALL SAID"MY ...  ESSION WAS
THAT THE PICKUP WAS A CHEVROLET IN THE ...60'S TO EARLY
70'S MODEL AND HAD PRIMER PAINT ON IT".
  HE SAID THERE WAS SOMETHING ABOUT THE TAILGATE THAT
STICKS IN HIS MIND.EITHER IT WAS BENT UP BADLY OR IT WAS
MISSING.HE SAID HE COULD'NT REMEMBER WHICH.MR.PASCHALL
SAID THEY LEFT THE STORE ABOUT TEN MINUTES AFTER HE
....ED AT THE STORE.
  .HE OTHER YOUNG MAN HAD A RUDDY COMPLECTION.WITH SANDY
.LOND HAIR WITH A REDD SH TINT.HE WAS HUSHY BUILT AROUND
5'9" TO 5'11" AND WEIGHED ABOUT 185LBS.

                         JAMES FOX (DWB)
                         11-8-84

                    63

//7

OSBI  0299

HARAWAY CASE

INTERVIEW

ON OCTOBER 30, 1984 CYNTHIA WEAVER CAME TO THE
POLICE DEPARTMENT AND GAVE A STATEMENT TO LOYD BOND
INVESTIGATOR FOR THE DISTRICT ATTORNEY. THE STATEMENT
WAS GIVEN AT 12:00 PM.
CYNTHIA KAY WEAVER LIVES AT 500 E. 20TH UNIT #3 IN
ADA, OKLAHOMA. HER PHONE NUMBER IS (405)-436-2412.

STATEMENT

I WORKED AT THE U-TOTEM CONVIENCE STORE AT MAIN
STREET AND MISSISSIPPI STREET FOR ABOUT ONE MONTH, FROM
FEB. 4 TO MARCH 9 OF 1984 DURING THIS PERIOD OF TIME AND
INCIDENT HAPPENED ON THE NIGHT OF ██████ 1984 ON OR
AFTER MIDNIGHT. I WORKED THE 10PM TO 6AM SHIFT.
ON THE ABOVE NIGHT TOMMY WARD, WHO I HAVE KNOWN FOR
7 OR 8 YEARS CAME INTO THE STORE WITH ANOTHER WHITE
MALE ABOUT 5'9", 150LBS., DARK BROWN HAIR AND BROWN
EYES. THEY WERE BOTH INTOXICATED AND APPEARED TO BE ON
DRUGS. TOMMY WARD DIDN'T SAY ANYTHING HE JUST STOOD
AND STARED AT ME. THE OTHER PERSON WAS YELLING AND
SCREAMING LIKE HE WAS CRAZY AND KNOCKED SOME STUFF OFF
THE SHELVES. HE CAME UP TO ME AND SAID" HOW ABOUT IF
WE ROB YOU?" I SAID"HOW ABOUT IF YOU DON'T?". THEY
STOOD AROUND FOR A COUPLE OF MORE MINUTES AND WALKED
OUTSIDE. I HAD A BARRELL FULL OF CANNED ICED SODA
SITTING OUTSIDE DRAINING THE WATER OUT AND THE OTHER
ONE SAID" WE ARE GOING TO STEAL THIS BARRELL" HOWEVER
THEY DIDN'T AND GOT INTO THE CAR. TOMMY WARD WAS
DRIVING A BROWN FORD POSSIBLY A 1976 TORINO. THE OTHER
MALE CUSSED ME AND CALLED ME A BITCH AND A WHORE. HE
WAS REALLY MAD. THEY LEFT AND I HAVEN' SEEN EITHER ONE
OF THEM SINCE.
I KNOW TOMMY WARD BECAUSE I HAVE BABYSITTED FOR
HELEN SLAUGHTER AND I WAS IN BABYSITTER AT 424 '1 8TH
IN ADA, OKLAHOMA. HER SON ██████ LESLIE AND TOMMY WARD
ARE GOOD FRIENDS AND RUN AROUND TOGETHER. TOMMY WARD
SPENT A LOT OF TIME AT THE SLAUGHTERS HOME WITH BARRY ██████
SINCE LEAVING THE EMPLOYMENT OF HELEN SLAUGHTER I
WOULD OCCASIONALLY SEE TOMMY WARD JUST TO SAY HI.
LOYD BOND SHOWED ME SIX PHOTO PICTURE LINE UP OF
SUSPECTS IN THE HARAWAY CASE. THE FIRST SET OF PHOTOS
NUMBER 5 WAS TOMMY WARD. THE SAME TOMMY WARD THAT CAME
INTO U-TOTEM THAT NIGHT. HE SHOWED ME ANOTHER SIX

PHOTO LINE UP OF SUSPECTS IN THE HARAWAY CASE AND
PHOTO NUMBER 3 WAS MORE THAN LIKELY THE OTHER MALE WITH
WARD THAT NIGHT AT U-TOTEM. AFTER I HAD PICKED SUSPECT
# 3 LOYD BOND IDENTIFIED THE SUSPECT AS KARL FONTENOT.

THE ABOVE IS THE TRUTH TO THE BEST OF MY
KNOWLEDGE.

113

OSBI 0300