RE: T.SELLERS/THAD

RUNAWAY CASE

THAD SELLERS
1635 ASHLAND AVENUE
ADA, OK 332-1460

I SPOKE WITH THAD SELLERS ON DECEMBER 17TH 1984 AT HIS HOME LOCATED IN PORTLAND PARK. HE HAS LIVED IN THE SAME LOCATION FOR 42 YEARS. HE SAID THAT TOMMY WARD WAS BORN AND RAISED ACROSS THE STREET FROM HIM.
HE SAID THE WARDS HOUSE WAS BUILT AND LEFT UNFINISHED. HE SAID THAT MR WARD WAS GOING TO PUT A SEPTIC TANK AND THE PLUMBING IN THE HOUSE HIMSELF. HE SAID FOR YEARS THE OUTSIDE HYDRANT WAS THE ONLY SOURCE OF WATER TO THE HOUSE. HE SAID THAT FINALLY ONE OF THE BOYS RAN THE WATER INSIDE THE HOUSE. HE SAID THAT THE BATHROOM WAS NEVER FINISHED AND THEY CARRIED THEIR _____ THE
_____ THAT HAD A SEPTIC TANK FROM _____ PRIOR HOME _____ IN THE SEPTIC TANK.
_____ ABOUT 1 WEEK AGO JIMMY WARD, TOMMY'S BROTHER, MOVED INTO THE HOUSE. THERE IS A OLD BEN _____ JUBAR IN THE FRONT YARD THAT BELONGED TO TOMMY AND JIMMY. MR. SELLERS SAID IT HAD BEEN THERE AROUND _____ WEEK.

MIKE BASKIN
12/21/84

139

75

OSBI 0311

INTERVIEW

ON 12/12/84 I SPOKE WITH BELINDA IN THE CONTINUING EDUCATION DEPARTMENT AT VALLEY VIEW HOSPITAL. SHE HAD BEEN CHECKING ON THE INFORMATION ON JOYCE CAVINS ATTENDANCE RECORD AT THE E.E.T. SCHOOL VALLEY VIEW WAS HOLDING. THE INSTRUCTOR OF THE CLASS HAD LEFT THE HOSPITAL AND SHE HAD CONTACTED HIM AND OBTAINED THE FOLLOWING INFORMATION.

SHE SAID THAT TRIPP HALL WAS THE INSTRUCTOR. THE CLASS WAS SCHEDULED TO RUN FROM 8:00 AM TO 3:00 PM ON APRIL 28TH, 1984. SHE SAID THAT THE RECORDS INDICATED THAT JOYCE CAVINS WAS PRESENT ON THIS DATE. THE CLASS SOMETIMES IS RELEASED EARLY AND THEY GOT OUT AROUND 1:00 OR 2:00 PM. THEY RARELY STAYED PAST THE 3:00 SCHEDULE. THE EXACT TIME CLASS WAS DISMISSED ON APRIL 28TH IS NOT KNOWN.

TRIPP HALL
2825 NW 58TH APT. #4
OKLAHOMA CITY, OKLAHOMA 73112
(405)-840-4340

MIKE BASTIN
12/15/84

76

139

OSBI 0312

OKLAHOMA STATE BUREAU OF INVESTIGATION

This is Deputy Turner, Pontotoc County Sheriff's Office, I've got Melvin Lee Hardin with me. The date is 11-16-84. The time is 1020 hours.

TURNER: Melvin how old are you?

HARDIN: 28

TURNER: What is your date of birth?

HARDIN: 4-10-56

TURNER: Do you still live at 221 West 14th, Ada?

HARDIN: Yes sir.

TURNER: What's your social security number?

HARDIN: 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

TURNER: Ok, Melvin how long have you known Tommy Ward?

HARDIN: Oh, about 4 or 5 years.

TURNER: Ok, ah, what can you tell me, or what information did you get that Tommy, has Tommy told you anything about the McAnally robbery?

HARDIN: Yes, ah, he told me that ah, he did it. And I asked him, you know, (inaudible). He told me that he did it. In a kiddin' manner, (inaudible) I told him I seen his picture out there at McAnally's and they drew him out I was just kiddin' with him, and he told me he did it. But they would never find her.

TURNER: Never find the body?

HARDIN: Well, he just said they'll never find her, like that, he didn't say nothin' about a body (inaudible).

TURNER: When was you talkin' to Tommy about this first time?

HARDIN: Ah, I believe is was in sometime late in last of May or first of June, I'm not for sure.

77

OSBI 0313

```
PAGE 2
MELVIN HARDIN
11-16-84
```

TURNER: Did your brother used to run around with Tommy?

HARDIN: Yeah, he sure did.

TURNER: What was your brother's name?

HARDIN: Barry Leslie

TURNER: Ok, did Barry tell you anything that Tommy had to say or anything?

HARDIN: Yes, ah, we was talki' the other day, and ah, well here while back, he was, I was askin' him about Tommy, and, he said, ah, he thought, he thought he did it, and ah, thought his attitude changed.

TURNER: Tommy's attitude changed?

HARDIN: Yeah, and ah, that ah, he said ah, he said that he was ridin' around and gettin' drunk with him one night, and said that Tommy ah, he said Tommy said that ah, he ought to go up there and get one of them college girls and knock her teeth out. And ah, you want me to say it?

TURNER: Yeah, go ahead and lets say it on tape.

HARDIN: And ah, he to fuck her in the bloody mouth.

TURNER: Ok, do you know about when this was? When Tommy was telling your brother this?

HARDIN: No sir, I don't, it, it ah, I don't know, I couldn't tell you when it was (Inaudible) me and Barry, and ah, Billy Hammons was talkin' here while back, and that's when he, he was tellin' me about that, I don't know wh... (inaudible) know, that he did say that.

TURNER: Did you ever used to party with Tommy?

HARDIN: Yeah, Yeah, I sure did. But ah, you know, we never did talk about stuff like this.

TURNER: Where did you party with him?

HARDIN: Oh, ah, over at my mom's house on ah, West 8th. He'd come over there, ah, you know.

78

OSBI 0314

PAGE 3
MELVIN HARDIN
11-16-84


TURNER: What was your mother's name?

HARDIN: Ah, Helen Schillings.

TURNER: Ok, she, she still live around here.

HARDIN: No, she moved to ah, to ah, Missouri.

TURNER: How along ago she move Missouri.

HARDIN: Oh, it's been about ten months ago, or so, ten, eleven months ago, maybe a year.

TURNER: Who all used to, ah, party over at your mother's house?

HARDIN: Well, ah, me and Barry and Tom Ward, and ah, let's see, Billy Hammons, can I have a cigarette, and ah, my dad's friends, ya know, (inaudible) Cindy Mannuels, Renee Latiter, and a bunch of 'em from the Brandin' Iron, I don't know who all.

TURNER: Did you ever party with Tommy down here at the Townsend Apartments?

HARDIN: No, I sure didn't.

TURNER: Did you ever know of Tommy partying down there?

HARDIN: A, no, I ah, you know, he told me to ah, come down to a party when I first seen down at Loves, you know, he ah, that when I seen him and that guy and ah, they was tellin' me, they was tryin' to get me to come to a party down here at the little apartments on 15th,

TURNER: Yeah,

HARDIN: In the alley or somethin', you know, that's, that's the only time, I never did go down there and party though.

TURNER: You don't, you don't know who the guy was that was with Tommy down at Loves?

HARDIN: Yeah, he's that same guy I seen on TV.

79

TURNER: Ok, but you don't know him personally?

HARDIN: No.

TURNER: You never met him before?

HARDIN: Well, I met down there at Loves, and you know, he was just standin' there with Tommy, I didn't, I didn't ask him his name, or nothin'. But I know it was him.

TURNER: How many times did you ask Tommy about the McAnally?

HARDIN: Oh, 'bout two or three times, every, 'bout I see him, I'd ask him, I'd kid him, I'd say, man you did it this time. And, and the last time that I ask him though, he said ah, he was more nervous, you know, he was gettin' real nervous about it, he was sayin' ah, he was sayin', Melvin, you know that wasn't me, said, you know I wouldn't do nothin' like that, he said, and anyway, that guy don't look like me, he's got a scar somewhere (inaudible). And then I said, I kept sayin' no Tommy, you did it this time, there goin' to get you, this time (inaudible), and ah, I said you just did to much, and then he said ah, Yeah, I did it, I did it, (inaudible). that's the last time that I talked to him, that's when he said that.

TURNER: Did he ever tell your brother anything about it? Did he ever make mention of it to your brother?

HARDIN: I don't know if ever mentioned it to (inaudible) Barry or not. Have you asked Barry?

TURNER: No I haven't talked to Barry.

HARDIN: He might have, I don't know, cause Barry and him hang around alot.

TURNER: Pretty close friends? Or just, you know,

HARDIN: I know, I always tell Barry to quit runnin' around with him man, cause I knew he was bad.

80

PAGE 5
MELVIN HARDIN
11-16-84

TURNER: Did you ever know any trouble Tommy had been in? Or you know, or something that you might have known he was doin'?

HARDIN: Well, no, he ah, he'd, you know, he'd sometimes he'd tell me about he'd steal a motorcycle or somethin' other than that, you know, (inaudible).

TURNER: He never talked about any of the

HARDIN: Not killin' somebody, no.

TURNER: He never talked about any other robberies or anything? Or plannin' on doin' any kind of robberies or anything like that?

HARDIN: (sniff)

TURNER: You never had heard him talk about, talk about maybe doin a robbery before this happened?

HARDIN: No,

TURNER: He never said anything about that? What kind of vehicle, that you know, that Tommy drove? When you knew him?

HARDIN: Well, I just knew him drivin' that little blue car of his mom's, and ah, but he was always with somebody, you know, in other cars, most of the time he was always with somebody, he wasn't never drivin' (inaudible), when I seen him drivin', he'd be in his mom's little blue car, I don't know what it is, but then sometimes he drive ah, his brother's pickup, that Chevrolet pickup.

TURNER: What did it look like?

HARDIN: It was dark brown, somethin', I'm not for sure.

TURNER: Know if it was a long wheel base, short wheel base,

HARDIN: Yeah, I think it was a long wheel base.

TURNER: You never noticed what kind of tires it had on it?

HARDIN: Big tires

TURNER: Big tires, all the way around? Or just,

81

OSBI 0317

PAGE 6
MELVIN HARDIN
11-16-84

HARDIN: I don't remember, just

TURNER: Big ones on the back, little ones on the front, or

HARDIN: Big ones on the back, I know, I think that it had big tires on it. His mom used to drive it up there to Loves, you know (inaudible).

TURNER: Did his mom work at Loves?

HARDIN: She used to, she quit.

TURNER: (Inaudible), is there anything else you can think of Tommy had mentioned to you?

HARDIN: No, you know, but just what, what I was telling you about askin' his brother-in-law and sister, you know. And his brother-in-law was sayin' that he couldn't have done it cause he was under the house plumbin', and then ah, I passed, I seen his sister and she said no he couldn't have done it cause he was in the house babysittin' with me, you know. That was two different stories right there.

TURNER: Did, did you tell them what Tommy had tell you?

HARDIN: No, (inaudible), I just always kidded his brother-in-law and them everytime I'd say to 'em, yeah, ol' Tommy did it this time, didn't he. And his brother-in-law and them would, you know, they acted funny to, you know. And ah, they'd always say, no Thomas couldn't have done that, he was under the house plumbin' with me, and then I would see his sister, and I would say the same thing, 'ol Tommy did it this time, didn't he? She said no, he was in the house babysittin'. So,

TURNER: Well, actually you've known Tommy four years.

HARDIN: Yeah,

TURNER: Ok, when Tommy was tellin' you that he had did it, you think Tommy was serious? You, you know the boy, you've know for four years,

HARDIN: Well, if ah, I serious, in my opinion, I, I think he's serious.

82

OSBI 0318

PAGE 7
MELVIN HARDIN
11-16-84

TURNER: You know, you think that really, that deep down he was,

HARDIN: Deep down I think he did it.

TURNER: But he was telling you,

HARDIN: Deep down I think he was tellin' me the truth. But, he, he probably didn't mean to do it, you know, ah, he was probably messed up or somethin' and ah, now he regrets it and he's (inaudible).

TURNER: Would Tommy get messed up pretty often?

HARDIN: Oh, yeah, Tommy used get plum wiped out of his head.

TURNER: What was he using?

HARDIN: But you know, he (inaudible), I used to work with him on the railroad, (inaudible) the railroad, he always see I, I got saved at ah, the Evangelistic Temple, and I was always preachin' to him about Jesus, you know, and everything and now I go, ya know  venue cause, cause my ah mother-in-law and them  to Oak Avenue, and ah, I'd always preach to him about  Jesus and everything and he'd always say, (inaudible)  there isn't nothin' wrong with smokin' pot and ev    g and ah, and God made that, and I'd say, Tomm     that messes you up that, you know, it has to be wrong, you know, but then, bu  , I'd seen him totally plum out of his head.

TURNER: Well, he wasn't just using pot then was he?

HARDIN: Oh, n , y        , any kin  of pill he could t ke he'd take it.  You know.

TURNER: Use any acid?

HARDIN: Acid? Yeah, I guess, I don't know, probably, (inaudible)

83

OSBI 0319

PAGE 8
MELVIN HARDIN
11-16-84

TURNER: Whatever Tommy, whatever he'd come across the time he had the money for,

HARDIN: He'd do it, he'd buy it. I guarantee you, he'd he'd get plum messed up.

TURNER: Tommy use any paint?

HARDIN: Paint?

TURNER: Yeah, sniff any paint?

HARDIN: I don't know, he ah, I, I wouldn't doubt it, I wouldn't put it past him, cause ah, you know Eddie Files?

TURNER: No, I'm not familiar with Eddie,

HARDIN: You have to Eddie Files, he's on the joint now, (inaudible) comes home on the weekends, my little brother is gettin' from his dad ah, or his step-dad or whatever takes of him you know, he went to the joint for somethin', I don't know. And ah, he and ah, this other old boy, I don't know his name was sniffin' paint and I walked in there to get Barry, I went over there to get Barry. Barry wasn't sniffin' paint, but ah, he was in there with 'em smokin' pot, and ah, man they was, they had that stuff on there mouths, and that shit drippin' on their shoes, you know, that, god it was awful, I told Barry if I ever caught him doin' that I would break his neck.

TURNER: Did you tell me something earlier about ah, ah, your brother sayin' something about that he could have burnt the body or something, what was you saying about that?

HARDIN: Well, no, that was what Billy Hammons is saying that Tommy was well known about burning things.

TURNER: Oh, it was Billy,

84

OSBI 0320