PAGE 9
MELVIN HARDIN
11-16-84

HARDIN: He thought that, Billy said that he thought that ah, Tommy probably burned it, you know, cause he was well known about burning things. Ol Tommy burned, he's well known about burning things.

TURNER: Do you know things that he has burned? Rumors or anything that he's burned or any knowledge you have that he,

HARDIN: Oh, that he's burning things?

   : Yeah,

HARDIN: Oh, no, I never heard of him burning anything, and, you never can tell, he might, but, thats what Billy way saying, that he's well known about burnin' things, you know, but I never heard of him. he never did tell me nothin' about burnin' things (inaudible) but ah, have you talked to ol' Billy Hammons (inaudible), see I don't know Tommy that good, when I see him, you know, ah, really I, I don't know him that good at all. I'd kid with him all the time, played football with him (inaudible) but ah, other than that I don't know him that good. Barry, and ol' ah Billy Hammons, they know him real good. Have you talked to Billy Hammons?

TURNER: I haven't, no I haven't talked to Billy.

HARDIN: You ought to talk to ol' Billy, he (inaudible) say something about he told me he was well known about burning things, and see what he'd say (inaudible) that's what he said to me, that Tommy was well known for burnin' things. But in my opinion, I think he did it.

TURNER: Just from what his actions was when you was talkin' to him about it?

HARDIN: Yeah, his whole attitude changed when I'd tell him that I had seen his picture at McAnally's and they was goin' to get him this time (inaudible)

85

OSBI 0321

PAGE 10
MELVIN HARDIN
11-16-84

HARDIN: But his whole attitude changed.

TURNER: Did he, did he ever just mention, did he ever just say yeah, I robbed McAnally's or did he just say ah,

HARDIN: No, he never just say nothin' like that, he just told me, he said ah, when I'd say you did it this time (inaudible), and he say yeah I did it, I did it (inaudible), but they will never find her, thats all i, thats all he ever said to me (inaudible) he never did say McAnallys or what ever the name was,

TURNER: What would you say, you just tell him where you'd just seen his picture, did you ever mention McAnallys yourself?

HARDIN: No,

TURNER: Ok, you just say

HARDIN: I seen his picture out there at McAnallys you know, we worked for (inaudible) Taylors, we'd go out there and get a coke all the time,

TURNER: Yeah,

HARDIN: And I see ol' Tommy Wards picture, and ah, I didn't recognize that one guy, he don't look like him on that picture. Oh, the one guy you got in jail, but thats the same guy that was with Tommy that's in jail now. That I seen down at Loves, you know, her I seen his picture at McAnallys, I couldn't recognize the other guy but ah, cause it really don't look like him to me, does it to you?

TURNER: Yeah, in a way,

HARDIN: It does?

TURNER: Yeah,

HARDIN: Well, I don't know him that good, just from seeing at Loves, and seeing him on TV, it looks identical you know, but that one there in the picture doesn't, but Tommy (inaudible) Tommy to a "T", man that is weird. Wonder how they do that?

86

OSBI 0322

PAGE 11
MELVIN HARDIN
11-16-84

TURNER: They've got an artist in Oklahoma City, thats all he does, you can

HARDIN: You mean you can tell him somebodys picture, he'll just draw it?

TURNER: He'll just draw it.

HARDIN: God, thats something, they did draw Tommy out to a "T", boy thats Tommy Ward. Everybody knows thats Tommy Ward, now he drew that out something else.

TURNER: Can you think of anything else Melvin? Before we end this tape.

HARDIN: Ah, no, but I'll tell you, I tell you what I'll go over and talk to Barry and Billy Hammons myself and I'll ah, I'll them about Billy Hammons mentioned about cause they might tell me more than they would you.

TURNER: Yeah,

HARDIN: (Inaudible) but man if he did it he needs to burn (inaudible) I shouldn't be saying that on tape, but if he did something like that, I'll talk to Barry and Billy if you want me to.

TURNER: Well, ah, like I say, I haven't talked to him, maybe some of the other officers because we, you know, were assigned you know different people to talk to and that you know, they might have talked to them or they might not have, you know, but if you come up with anything else

HARDIN: Well, Barry, OK, I'll let you know.

TURNER: Ok, so were going to go ahead and end the tape, it is 10:37, Melvin, and Deputy Turner are the only two present. This will be the end of this interview.

87

OSBI 0323

O:T.ROBERTS,MIKE

## HARAWAY CASE
## INTERVIEW

ON 10/23/84 AGENT AL SALMON AND CAPT. DENNIS SMITH MET WITH MICHAEL STEVEN ROBERTS AT THE ALL SIDING COMPANY THAT IS LOCATED ON NW 10TH IN OKLAHOMA CITY. THE PURPOSE OF THE MEETING WAS TO INTERVIEW ROBERTS ABOUT THE DONNA DENISE HARAWAY CASE.

## STATEMENT

MIKE ROBERTS SAID HIS WIFE AND CHILDREN WERE STAYING WITH HER MOTHER, GEORGIA ESTEP, WHO LIVES NORTH OF STRATFORD. MIKE SAID THE EASIEST WAY TO FIND ESTEPS HOUSE IS TO TURN OFF ON HIGHWAY #59 TOWARD BYARS. HER HOUSE IS A RED BRICK TRIMMED WITH CEDAR ON THE COUNTY LINE. IT HAS OF HAY AND A CENTURY 21 REAL ESTATE SIGN IN THE FRONT YARD. ESTEPS PHONE NUMBER IS (405)-759-3508.

MIKE SAID HE OWNS A 1977 BEIGE CHEVROLET 1/2 PICK-UP WITH TAG NUMBER T169-925. HE SAID HE PURCHASED THE PICK-UP OVER A YEAR AGO FROM HIS BROTHER IN LAW CLIFFORD AND JOYCE JONES WHO LIVES IN DEL CITY, OK. THE VIN IS CCL4475118213.

MIKE SAID HE COULD NOT BELIEVE THAT TOMMY WARD IS ENVOLVED IN THE HARAWAY CASE. HE SAID TOMMY WARD TOLD HIM HE DREAMED ABOUT THE HARAWAY CASE AFTER SMITH AND BASKIN TALKED TO HIM ON 10/12/84. HE SAID WARD COULDN'T HURT ANYONE. MIKE SAID WARD TOLD HIM HE WOULD BLACK OUT WHEN HE GOT DRUNK AND COULD NOT REMEMBER WHAT HE HAD DONE. HE SAID THIS BLACKOUT PERIODS WOULD LAST A COUPLE OF HOURS.

REPORTING OFFICER
CAPT. DENNIS SMITH

88

OSBI 0324

O:T.HOOD/GENE

HARAWAY CASE

GENE HOOD INTERVIEW

GENE HOOD AT COLLINS LUMBER CO.ADVISED THAT ON 4-28-84 HE HAD 2 CASH TICKETS FOR PLUMBING SUPPLIES.ONE TICKET WAS FOR SOME GALVANIZED PIPE AND A GALVANIZED NIPPLE.THE SECOND TICKET WAS FOR 27 FOOT OF PVC PIPE.GENE SAID SINCE THEY WERE CASH TICKETS THERE WAS NO NAME ON THEM.GENE SAID HE DID NOT KNOW TOMMY WARD OR ROBERT CAVINS AND DID NOT KNOW IF THEY WERE IN THE LUMBER CO. ON APRIL 28TH 1984.

D.W.BARRETT
REPORTING OFFICER
10-29-84

ON FRIDAY NOV.9TH ALL BUSINESSES INSIDE THE CITY OF ADA WERE CHECKED BY DET.BARRETT FOR PLUMBING SUPPLIES PURCHASED BY TOMMY WARD,SUSIE WARD AND ROBERT CAVINS. THE PLUMBING SUPPLIES WERE A COMMODE AND SHOWER FIXTURES.THE FOLLOWING BUSINESSES WERE CHECKED:BRANSCUM LUMBER,COLLINS LUMBER,GOODSTIEN CO., LOCKE PLUMBING,ADA HEATING AND AIR,AND FOSTER LBR CO., THERE WAS NO RECORD FOUND WHERE WARD,WARD OR CAVINS BOUGHT ANY PLUMBING SUPPLIES AT ANY OF THESE BUSINESSES.

D.W.BARRETT
REPORTING OFFICER
11-9-84

89

OSBI 0325

Communications to:
___ GRAY Chief of Police

ADA, OKLAHOMA 74820

5-17-84

The enclosed statement was given to Detective Captain Smith of the Ada Police Department by JoAnn Price, A citizen of this city. The Ada Police Department thinks there are similarities in this case and the, "Donna Denice ___ y kidnapping Case", that occured on 4-28-84 in Ada, Oklahoma. If your Department has any suspects in either of the mentioned cases please contact ___ Dennis Smith Ada Police Dept. 332-4466
O.S.B.I. agent Gary Rogers  332-4466 or 1-800-522-8017

90

OSBI 0326

8/17/84
8:30AM

JoAnn Price came to the station and reported she took her Baby to [a] doctor in Holdenville on July 30, 1984. She said she started home [that] afternoon and when she was south of Holdenville a silver pickup with grey primer marks on the right side pulled out of Coy's bar and fol[lowed her]. She said the pickup passed her several times then would pull o[ver and] let her pass. She said she pulled off the highway at Allen and [tried] to report them to the Town Marshall but was unable to find him. She continued to Ada and the two men got behind her again. She said they bumped into her car and would honk at her trying to get her to pull over. About five miles west of Allen the pickup pulled up beside her and forced her off the road. The driver got out and walked to her car and cursed at her and told her to get out of the car. She had her doors locked and the windows rolled up. She told the man to leave her alone that she had a gun and would use it. He told her if she had a gun to show it to him he wanted to see it. The man took a board out of the bed of the pickup and broke her windshield with it. As the man walked to the passenger side of the car Price put her Baby in the back seat of the car and backed up. The man came toward her as she was backing and she pulled foreward and struck the man in the hip with the front of her car and knocked him down as she pulled off. She said the passenger sat in the pickup and laughed at what was going on. She said the two men followed her toward Ada and turned off south at the Kalahoma turn off on highway #1.

Suspect # 1
Was a tall white male about 5'11" 160lbs sandy blonde hair, wear[ing] a red T-Shirt, Levis, Cowboy Boots, sun Glasses, and had a medium complexion.

Suspect # 2
Was a white male Brown Hair and a Moustache, and a medium complex[ion]

Coy's bar is located ½to¾ mile south of Holdenville on the highway [to] Allen.

91

OSBI 0327

RADIO LOG   SHERIFF  
Pontotoc C

KQR-323  
DISPATCHER: PAYNE:   HODGE:  
DATE: JULY 30, 1984   WALKER:   BOREN   WI

| TIME | DEPUTY | MESSAGE |
|---|---|---|
| 00:00 | | Jail check OK SP |
| 02:00 | | Jail check OK SP |
| 04:00 | | Jail check OK SP |
| 06:00 | | Jail check OK SP |
| 06:30 | CO 14 | 10-8 |
| 06:40 | CO 14/17 | Alma Black, 3115 Kirby Dr. wants deputy to standby while gets dressed, having problems with husband. |
| 07:45 | CO 1 | 10-8 |
| 08:00 | CO 9 | 10-8 |
| 08:10 | CO 14/17 | 10-8 from Kirby Dr |
| 08:15 | | |
| 09:15 | CO 15 | Jail check OK RS |
| 09:30 | CO 15 | 10-8 |
| 10:30 | | 10-8 to Onawa |
| 10:56 | CO 14 | Jail check OK RS |
| 10:57 | CO 17 | Advised to get statement from Barbara Cully if she c |
| 11:12 | CO 17 | 10-6 out of unit |
| 12:00 | | 10-8 |
| 12:00 | CO 9/17 | 10-10 eating |
| 13:00 | | Jail check OK SS |
| 13:10 | CO 9 | 10-8 |
| 13:10 | CO 17/9 | 10-8 |
| 14:03 | CO 14 | Jail check OK RS |
| 14:14 | CO 2 | 10-3 busy in CO. |
| 15:00 | CO 15 | 10-8 |
| 15:06 | CO 15 | Job on RT 6 with eviction no ice Advised he gave subject of eviction 48 hrs. he was subject was going to call Chickasaw Housing Auth. get something worked out. |
| 15:40 | | Jail check OK RS |
| 15:30 | CO 14/17 | 10-8 to |
| 15:43 | CO 14 | Call next wrecker on list to pick up yellow Camaro gate of City Park in Roff |
| 15:43 | S.O. | CO 14 Brundidge Wrecker is in route |
| 16:04 | CO | |
| 16:20 | CO 7 | 10-15 two times, W/F starting milage 072701 Has vehicle hold for ins verification |
| 16:26 | CO | ending milage 072785 |
| 17:13 | F 47 | Johanna Price advised a silver/black Plymouth followed Holdenville, bumped the back of her car almost knock in ditch, pulled up beside her threw beer bottle at in front of her, made her stop. Driver Sandy blond glasses, red T shirt, bl jeans, br boots. class ring. stayed in veh. happened at B & L Ranch. 436-2798. |
| 18:19 | CO 15 | 10-8 to Stonewall |
| 18:25 | CO 14 | 10-7 |
| 18:55 | CO 17 | Lawrence Golden advised his 3 wheel 84 Kowasaki was at to last house before you hit Francis cut off. |
| 19:07 | CO 17 | 10-97 |
| 19:26 | CO 17 | want next wrecker on list to pick up 3 wheeler, Ragl is enroute. |
| 19:30 | CO 17 | 10-25 at B Cafe Stonewall |

OSBI 0328

Photograph of TOMMY WARD taken by Detective DENNIS SMITH on May 1, 1984 at the Ada Police Department.



94

OSBI 0329

# ADA POLICE DEPARTMENT
## ADA, OKLAHOMA 74820

**Report Number:** 84-98

**7 Crime Definition:** Robbery and kidnaping

**9 Last Name, First, Middle:** Haraway, Donna Denice
**10 Firm Name (if crime against business):** McAnally's on Arlington
**11 Residence Address:** 202 East 14th, Ada, OK 74820
**12 Residence Phone:** 332-8957
**13 Business Address:** 2727 East Arlington, Ada, OK 74820
**14 Business Phone:** 332-8331
**15 Sex:** F  **16 Desc:** W  **17 Age:** 24
**18 Date of Birth:** 8/19/59

**22 Last Name, First, Middle:** Whelchel, Gene
**23 Sex:** M  **24 Desc:** W
**27 Residence Phone:** 332-2955
**29 Residence Address:** RT 4 Box 306, Ada, Okla. 74820

**31 Location of Occurrence:** 2727 E Arlington, Ada, Okla.
**33 Date Occurred:** 4/28/84
**34 Time Occurred:** 2030-2050
**35 Day Occurred:** Saturday
**36 Date Reported:** 4/28/84
**37 Time Reported:** 2050
**38 Day Reported:** Saturday

**39 Means of Attack:** Other weapon — Unknown at this time

**42 Make:** Possibly Chev
**48 Vehicle Color:** Grey

**Currency stolen:** $157.76

**65 Report Prepared By:** Mike Baskin  **66 Badge:** 219  **67 Div:** Det

**78 Reclassification:** 94

OSBI 0330