# EXHIBIT 13

## AFFIDAVIT OF KAREN WISE

I, Karen Wise, being first sworn, do hereby attest to the following:

1. On April 28, 1984, I was working at J. P.'s convenience store in Ada Oklahoma.

2. That evening, after reports that Denice Haraway was missing, I was interviewed by the police. They asked me to help them construct composite drawings of two young men who were in J.P's that night. At first, I didn't want to help with the drawings. I told police that just because they were in J.P's didn't mean they had hurt Ms. Haraway or taken her anywhere. I said they were just kids.

3. Another reason I didn't want to help with the drawings at first was that there were four men who were at J.P.'s at the same time. The police wanted drawings of only two men. I told police that there were two other men present, but police insisted that there were only two men.

4. I was careful in checking licenses on the liquor store side of J.P's because I was concerned that I would get in trouble if I ever sold alcohol to a minor. I first determined if the license appeared to be authentic; I then compared the photograph on the license with the person trying to buy alcohol; next I checked the birth date on the license to make sure the person was at least twenty-one years old.

5. I had called the police earlier on April 28, 1984, because some young men in the store were making me nervous. The store was very busy that day, so there was lots of money in the store. I thought some of the young men were paying too much attention to the money. I was afraid they might be after the money. Those two men in the composite drawing were not aggressive in any way.

6. I was particularly nervous because of two other men in the store that evening. I knew them. They were in the store that night during approximately the same time as the men who were later reported to be Tommy Ward and Karl Fontenot. I told police – on April 28, 1984 – that there were four men hanging out around the store for an extended period of time, instead of two. I told police that I recognized two of the men and knew their names and did not know the names of the other two.

7. Prior to the first trial (the trial at which Tommy Ward and Karl Fontenot were tried together), I met with Bill Peterson, at his request, to discuss the case with him in preparation for my testimony. I told Bill Peterson that the other two men were in J.P's at the same time as the two persons in the sketches. I told him I was afraid of the other two men because of the way they were behaving in the store. Bill Peterson said he already had the "ones who did it." I told him the names of the two men I knew were in the store. Those two men were Bubba Daggs and Jim Bob Howard. Bill Peterson said that Jim Bob Howard couldn't have committed the murder because he "didn't have the I.Q. of a grub worm."

8. Bill Peterson said that I couldn't bring up in Court that Jim Bob Howard and Bubba

Daggs were with the other two men. He said it couldn't be mentioned because it wasn't relevant. I was not at all comforted by that because I didn't think Peterson had all of the people that might have been involved.

9. It bothers me that I couldn't discuss the other two men, because I don't think all of the truth came out. I never mentioned to the defense directly anything about the other two men, except to the extent my June 8, 1988 testimony made reference to them. (See paragraph 10). I got the impression from law enforcement that I wasn't supposed to talk about the other two men. It was not until a number of years after all the trials were over that I finally mentioned the other two men to representatives of Ward and Fontenot.

10. Because I was convinced by Mr. Peterson that it was the right thing to do, I testified at times as though there were only two young men hanging around JP's together when in fact there were four who were together at the store and to stayed for a long time. In 1988, at the retrial of Karl Fontenot, in spite of the prosecutor's advice not to mention them, I made a reference to the additional persons who were with the two suspects:

> Q. And would it be safe to say, Mrs. Wise, that you are very touchy about this circumstance and situation to the point that you have already reacted or told us how you reacted in two circumstances, wouldn't it be safe to say that you are reacting the way that you are because you are not sure that the State of Oklahoma has the second man in this case? Is that true?
> A. I'm not sure that two is all there were.

Volume II, p. 202 of Transcript of Jury Trial Proceedings, June 8, 1988, in Hughes County Case CRF-88-43 – State of Oklahoma vs. Karl Fontenot. Attachment A.

11. I have heard that a defense investigator, Richard Kerner, unsuccessfully tried to talk to me while Mr. Fontenot and Mr. Ward were awaiting trial. Although I don't recall being approached by Mr. Kerner, I do not doubt that he tried to interview me. I know that I would not have talked to any defense investigator or defense attorney prior to any of the three trials at which I testified. This is because police suggested that I not talk to the defense and because the prosecutor, Bill Peterson, said that the defense was the enemy.

12. I have viewed a photograph of Billy Charley and I have compared that photograph (Attachment B) with a suspect sketch (Attachment C) which was prepared at my direction. I am not making an identification of Billy Charley. I cannot be certain that I have ever seen Billy Charley. Nevertheless I find it striking that the detail in the hair is almost identical in the photograph and in the sketch. I often notice detail in hair and did notice – on April 28, 1984 – the detail of the hair of the two persons whose sketches I assisted in making. In addition, to the hair being unusually similar between Attachment B and Attachment C, the facial features of Billy Charley are similar to the features of one of the men I saw in JP's on April 28, 1984. They may be the same features I saw on that night in 1984. I cannot be certain now that the young man I previously identified as Tommy Ward was not actually Billy Charley.

13. I was reluctant to sign this affidavit. I know it is the right thing to do. I have worried that the people who did this crime would do something to me. My belief is that if Tommy Ward and Karl Fontenot committed this crime (and I don't know that they did), they didn't do it alone. I'm still very afraid someone will come after me. Because of my fears, the process of agreeing to provide the information in this affidavit was gradual. First, I was unwilling to talk to the defense at all. Later, I was willing to talk to the defense and let them know I had some concerns about the outcome of the case, but did not mention the names of Jim Bob Howard and Bubba Daggs. At a third point, I did tell representatives of Mr. Ward and Mr. Fontenot the names of Howard and Daggs, but I said then that I would not sign an affidavit if those names were mentioned and would not mention the names publicly. Finally, I have now agreed to not only provide, but also mention publicly, all information that I recall about what I saw on April 28, 1984.

Karen S. Wise
KAREN WISE

Subscribed to and sworn to me this 23rd day of September 2009.

Sara L. Bonnell
NOTARY PUBLIC
Commission #07001067

My Commission expires: January 30, 2011





SUSPECT NO. 2 - [illegible] 20's, 5'[?], medium [build?], no beard, [hair?] blondish [?], collar length straight, fair complexion, [?] [freckles?] on cheeks, wearing [?] jersey type [?] shirt, faded blue jeans.


