# EXHIBIT
# 15

# AFFIDAVIT

State of _Oklahoma_ )
                            )
County of _Haskell_ )

     I, _James D Watts_, first being duly sworn, on my oath state the following facts:

     In April of 1984, I was 28 years old, a student at East Central University in Ada and a day shift clerk at the McAnally's Store on Arlington.

     I knew Denice Haraway as a co-worker at McAnally's because she worked the night shift, often following my day shift. I also knew her to be married to Steve Haraway and to be a dedicated college student who was determined to gain her degree and start a teaching career.

     Denice and I had probably been co-workers at McAnally's nearly a year before her disappearance on April 28, 1984. I worked the day shift that day. She came into the store about 2 pm on April 28, 1984 acting friendly as usual. We exchanged our normal pleasantries as she did her prep work for her evening shift. After turning the register over to Denice, I stayed and completed my paperwork, leaving McAnally's about 3 pm.

     Later that night of April 28, 1984, I received a call at home from, either the store owner, Mr. McAnally, or the store manager, Monroe Atkeson, who asked me to return to the store. I can't recall exactly why he asked me to come in, but I did.

     When I arrived at McAnally's later that night I recall seeing a lot of police, more than I could count. I recall seeing Ada police, Pontotoc County Sheriff's Deputies and Oklahoma Highway Patrolman. Inside the store, I recall seeing police officers standing at the counter and looking at the register tape. I remember hearing one of those officers saying that the last purchase made on the register tape was a tallboy can of beer.

     I was recently contacted by Mr Dan Grothaus, an investigator with the Oklahoma Innocence Project. He read to me parts of my trial testimony from 1985. That trial transcript is attached.

     Under oath I had been asked about seeing Officer Holkum at McAnally's that night when I returned to the store. I still recall seeing Richard Holkum in the store with all of the other police that night. I knew officer Holkum because he was a regular customer at McAnally's. I don't recall if he was dressed in plain clothes or in uniform. I do not recall speaking to Officer Holkum that night, but I recall seeing him at the store.

I am positive that none of the police or investigators spoke to me that evening about Denice Haraway. Since none of them spoke to me, I have no understanding of their investigation, or what they were looking at, or what they were looking into related to Denice's disappearance.

On July 25, 1985, more than a year after Denice Haraway's disappearance, police asked me to give a handwritten statement. Mr Grothaus read to me parts of the handwritten statement I gave to police that day. A copy of that handwritten statement is attached.

I know for a fact that my contact with police on July 25, 1985 was the first and only time I was interviewed by anyone with law enforcement or any attorneys for the state or the defense regarding the disappearance of Denice Haraway.

In the third paragraph of this written statement, I described the obscene phone calls Denice had told me about receiving when she worked at McAnally's. I recall that it was Denice who used the word, "obscene" to describe the phone calls she had been getting at work. She said she did not recognize the male voice. She said she did not get these calls at home, but only when she worked at the store, which was normally, Thursday, Friday, Saturday and Sunday evenings.

Denice never discussed with me the content of these obscene phone calls, or when they started, or how often she got them. From my conversations with Denice about these calls, it was clear to me that she could not identify the person making these calls. From our conversations, I had speculated that the caller was probably a regular McAnally's customer.

I could also tell from conversations with Denice, that these calls were very upsetting to her.

I have read this affidavit consisting of _2_ page(s) and make this statement of my own free will without promise or threat. Further affiant saith not.

_James D. Watts_
James David Watts

Subscribed and sworn to before me this 20 day of ___July___ , 20 13

_Daniel J Grothaus_
Notary Public in and for
The State of Oklahoma

DANIEL J GROTHAUS
Notary Public
State of Oklahoma
Commission # 13005664
My Commission Expires Jun 19, 2017

PONTOTOC COUNTY SHERIFF'S OFFICE, ADA, OKLAHOMA
## WITNESS — VOLUNTARY STATEMENT
### (NOT UNDER ARREST)

I, _James D. Watts_ _____ am not under arrest for, nor am I being detained for any criminal offenses concerning the events I am about to make known to _Loyd Bond D.A. Inv_ Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will, for whatever purposes it may serve. _Employed by We-Pak-um_

I am _28_ years of age, and I live at _909 E. 14TH Ada, Okla._

I David Watts new Denise Haraway for 9 month from working with her at McAnally's. She was one of the nicest person I have every worked with. Denise was one of the hardest most decent I have very know. She was always to work on time and willing to do everything to help fellow workers. She was always bright and cheerful and well like by the customers. She was a very happy and loving wife to here husband Steve.

I always worked the morning, on weekends and Denise worked evenings. On the Saturday of April 28, 1984 Denise arrived at work at 2:15 P.m. to go to work at 2:30. To the best of my knowlege she was wearing a white blouse with a floral print, blue jeans, white tennis shoes, and caring a gray purse. She was also was caring two school books and a note book. When she relieved me she seemed to be her normal and happy self.

Denise had told me of some obsene phone she had recieved at the store for a while, those call up set her a great deal. She could not reconize the voice over th phone the calls stopped about 1 month before she disapeard.

I have read each page of this statement consisting of ___1___ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at _Pontotoc District Attorneys off, ADA, OK_ this _25th_ day of _Jucy_, 19 _85_

WITNESS: _Loyd Bond_ _____

WITNESS: _____

_James David Watts_
Signature of person giving voluntary statement

Federal Ptng. — Ada

1989
6

29
14
75    78    1918    5    15    10  38

124

1   A.   No, sir.

2   Q.   They didn't ask you for any other information at that time?

3   A.   They told me they would question me later.

4   Q.   And the first time they talked to you, you say, was two

5   months before the trial?

6   A.   Yes, sir.

7   Q.   But, you don't know when that was?

8   A.   Not the exact date, no, sir.

9   Q.   Did you make any notes or anything about that day when they

10   told you to wait, they would talk to you later?

11   A.   No, sir.  I did not.

12   Q.   You didn't write down anything?

13   A.   No, sir.

14   Q.   Did you ever talk to .... Did you ever talk to a police

15   officer named Holkum?

16   A.   Holkum?

17   Q.   Yes.

18   A.   He was there that night, but I did not talk to him.

19   Q.   You didn't talk to him?

20   A.   No, sir.

21   Q.   Did you ever talk to Holkum about that evening?

22   A.   Not that I remember, sir.

23   Q.   Do you remember what you wore to work that day?

24   A.   No, sir.

25   Q.   Was there something especially attractive about this shirt