UNITED STATES DISTRICT COURT

Eastern District of Oklahoma

**KARL FONTENOT,**
   Petitioner,

vs.

**JOE ALLBAUGH, DIRECTOR,**

   Respondent.

                 **ENTRY OF APPEARANCE**

                 **CASE NUMBER:** CIV-16-69-JHP-KEW

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for Defendant, State of Oklahoma.

  I certify that I am admitted to practice in this court.

  I am registered in this Court's Electronic Filing System.

<u>August 30, 2017</u>

                 <u>S/ THEODORE M. PEEPER</u>
                 **THEODORE M. PEEPER, OBA #19909**
                 **ASSISTANT ATTORNEY GENERAL**
                 313 NE 21st Street
                 Oklahoma City, OK 73105
                 (405) 521-3921
                 (405) 522-4534 Fax
                 Service email:  fhc.docket@oag.ok.gov
                 **ATTORNEYS FOR RESPONDENT**

## CERTIFICATE OF SERVICE

     I hereby certify that on the 30th day of August, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Tiffany R. Murphy
Robert Ridenour

                                            s/ THEODORE M. PEEPER