# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KARL FONTENOT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-16-69-JHP-KEW |
| | ) |
| JOE ALLBAUGH, Director, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Now on this 30th day of October, 2017, before the Court is Respondent's Motion for Extension of Time to File Response to the Amended Petition for Writ of Habeas Corpus and Motion for Evidentiary Hearing (Doc. # 90). For good cause shown, the Court hereby grants Respondent an extension of time of thirty (30) days to and including November 29, 2017, in which to file a responsive pleading.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma