IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KARL FONTENOT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-16-69-JHP-KEW |
| | ) |
| JOE ALLBAUGH, Director, | ) |
| | ) |
| Respondent. | ) |

## MOTION TO STRIKE DOCUMENT 95

Comes now Respondent, and respectfully moves this Court to strike document 95 as it was inadvertently filed without the supporting attachments. Document 96 is the same pleading but has the exhibits attached.

Wherefore, Respondent respectfully request this Court strike document 95 as filed in error.

Respectfully submitted,

**MIKE HUNTER**
**ATTORNEY GENERAL OF OKLAHOMA**

**s/ MATTHEW D. HAIRE**
**MATTHEW D. HAIRE, OBA #14916**
**ASSISTANT ATTORNEY GENERAL**

**s/ THEODORE M. PEEPER**
**THEODORE M. PEEPER, OBA #19909**
**ASSISTANT ATTORNEY GENERAL**

313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
(405) 522-4534 Fax
Service email:  fhc.docket@oag.ok.gov

**ATTORNEYS FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert Ridenour
Tiffany R. Murphy

**s/ MATTHEW D. HAIRE**