Tiffany Murphy
AR Bar No. #2015057
790 N. Cliffside Drive
Fayetteville, AR  72701

Robert Ridenour
Assistant Federal Defender
OBA #16038
One West Third Street, Ste. 1225
Tulsa, OK  74103

Attorneys for Petitioner
KARL FONTENOT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| KARL FONTENOT, Petitioner, v. JOE ALLBAUGH, Department of Corrections Interim Director Respondent. | **PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE** <br><br> Case No. CIV 16-069-JHP-KEW <br> District Judge James Payne <br> Magistrate Judge Kimberly West |
|---|---|

*MOTION FOR EXTENSION OF TIME TO FILE*
*REPLY TO RESPONDENT'S MOTION TO DISMISS*
*<u>AND TO CONSOLIDATE DATES</u>*

Karl Fontenot, Petitioner, by and through undersigned counsel, requests an extension of

time to file his Reply to Respondent's Motion to Dismiss Habeas Corpus Petition as Procedurally

Barred by the Statute of Limitations and the State Bar of Laches, and Because it Includes

1

Unexhausted Claims. In support of Petitioner's Motion for Extension of Time, he submits the following:

1. Respondent requested an extension of time to file his Responses to Petitioner's Amended Petition and Motion for Evidentiary Hearing on November 27, 2017. *See* Docket No. 93. That same day, this Court issued a Minute Order granting the extension and setting all Replies to be submitted by January 20, 2018. *See* Docket No. 94.

2. Respondent's Motion Dismiss Habeas Corpus Petition as Procedurally Barred by the Statute of Limitations and the State Bar of Laches, and Because it Includes Unexhausted Claims and Brief in Support were both filed on December 8, 2017. *See* Docket No. 98 & 99.

3. The Court set a due date for the Reply to Respondent's Motion to be filed by today, December 22, 2017. *See* Docket No. 98.

4. Petitioner anticipated replying to all of Respondent's pleadings at one time by the January 30, 2018, date. At this time, Petitioner is unable to reply to the Motion without also addressing the claims raised in the Brief in Support.

THEREFORE, Petitioner request that this Court extend the time to file the Reply to Respondent's Motion and Brief until the January 30, 2018, date.

Respectfully submitted,

/S/ *Tiffany R. Murphy*
Tiffany R. Murphy
Attorney-at-Law
Arkansas Bar No. 2015057

/S/ *Robert Ridenour*
Robert Ridenour
Assistant Federal Defender
OBA #16038

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Oklahoma by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: /S/ Tiffany R. Murphy<br>
TIFFANY R. MURPHY