IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KARL FONTENOT,** )<br>        Petitioner, )<br>)<br>vs. )<br>)<br>**JOE ALLBAUGH, WARDEN**, )<br>        Respondent. ) | Case No. 16-CV-069-JHP-KEW |

## ENTRY OF APPEARANCE

Counsel for the Petitioner requests a one week continuance of the filing due date from today to February 6, 2018. In support of this request Counsel states the following:

1. Counsel for Respondent, Mr. Matthew D. Haire, has informed Counsel he has no objection to this request.

2. Some family illness has kept Counsel from work and he needs additional time to complete the Petitioner's responses to the Respondent's filings.

Therefore, premises considered, Counsel requests a one week continuance. .

                              OFFICE OF THE FEDERAL PUBLIC DEFENDER
                              Julia L. O'Connell, Federal Public Defender

                              By:    Rob Ridenour
                                       Assistant Federal Defender
                                       OBA #16038
                                       One West Third Street, Ste. 1225
                                       Tulsa, OK 74103
                                       918.581.7656
                                       rob_ridenour@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Tiffany R. Murphy
790 N Cliffside Dr
Fayetteville, AR 72701

Matthew D. Haire
Office of the Attorney General - OKC
313 NE 21st St
Oklahoma City, OK 73105

                s/ Rob Ridenour