# EXHIBIT

# 2

IN THE DISTRICT COURT OF PONTOTOC COUNTY
STATE OF OKLAHOMA

KARL FONTENOT,

    Petitioner,

v.

STATE OF OKLAHOMA,

    Respondent.

Case No. CR-88-43

FILED SEP 27 2013
KAREN DUNNIGAN, Court Clerk
Pontotoc County, Oklahoma
By_____ Deputy

CF-84-183

## MINUTE ORDER

This case comes on for hearing the State's motion for an extension of time to respond to Petitioner's *Application for Post-Conviction Relief* and Petitioner's *Motion for Discovery* in the above-captioned case. Present on behalf of the State are James Tillison, Assistant District Attorney for Pontotoc County, and Robert Whittaker, Assistant Attorney General for the State of Oklahoma. Present on behalf of the Petitioner is Tiffany R. Murphy, Director of Oklahoma Innocence Project. The Petitioner is not present.

By agreement of the parties, the State's response to Petitioner's *Application for Post-Conviction Relief* and *Motion for Discovery* is to be filed on or before March 17, 2014.

On motion of Petitioner, it is further ordered that the Ada Police Department, the Pontotoc County Sheriff's Office, and the Oklahoma State Bureau of Investigation maintain the records and evidence, in their respective possession, that was generated at any time in connection with their investigation of the April 28, 1984, murder of Donna Denice Harraway. Furthermore, each of these

agencies shall provide to this Court a complete inventory of the records and evidence in their possession by December 31, 2013.

THEREFORE, IT IS ORDERED:

1. The responses to the *Application for Post-Conviction Relief* and *Motion for Discovery* is due March 17, 2014.

2. The Ada Police Department, the Pontotoc County Sheriff's Office, and the Oklahoma State Bureau of Investigation must provide a complete inventory of the records and evidence, relating to their investigations of the murder of Donna Denice Harraway, to this Court on or before December 31, 2013.

Decided in open court this 16th day of September, 2013.

**THOMAS S. LANDRITH**
**DISTRICT JUDGE**

Approved as to form:

TIFFANY R. MURPHY OBA #30816
Director, Oklahoma Innocence Project

ATTORNEY FOR PETITIONER

ROBERT L. WHITTAKER OBA #9570
Assistant Attorney General

ATTORNEY FOR THE STATE OF OKLAHOMA