# EXHIBIT

# 3



**CITY OF ADA**
A Municipal Corporation

Frank Stout
City Attorney
231 S. Townsend
Ada, OK 74820
580.436.8135

March 7, 2017

Robert Ridenour
Assistant Federal Public Defender
1 West 3rd St., Suite 1225
Tulsa, OK 74103

      Re:    Fontenot vs. Allbaugh, CIV-16-069-JHP-KEW
             Eastern District of Oklahoma

Dear Mr. Ridenour:

     This is in response to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action that was received by the Ada Police Department on the above referenced case.

     I inquired of Chief Miller regarding the requested documents, and he has informed me that the City of Ada Police Department no longer has any of the documents requested.

                                    Sincerely,

                                    Frank Stout