# EXHIBIT

# 6

| | |
|---|---|
| **From:** | Tiffany R. Murphy |
| **To:** | "Matthew Haire" |
| **Cc:** | "Rob Ridenour" |
| **Subject:** | Fontenot: Ada Police Reports |
| **Date:** | Thursday, January 31, 2019 4:49:00 PM |

Matt,

It has come to my attention that the Ward defense team received the Ada Police Reports recently in state post-conviction discovery. As you may remember, I requested these reports in Karl's state post-conviction proceedings and again in federal habeas. Would you please provide me a copy of all of the Ada Police Reports disclosed to Ward's defense? If you have any questions, please let me know.

Tiffany R. Murphy
Associate Professor of Law
University of Arkansas School of Law
Law School Legal Clinic
1045 W. Maple Street
Waterman Hall – Room 107
Fayetteville, Arkansas 72701
(479) 575-3056