# EXHIBIT

# 7

| | |
|---|---|
| **From:** | Rob Ridenour |
| **To:** | Matthew Haire; Tiffany R. Murphy |
| **Subject:** | RE: Fontenot: Ada Police Reports |
| **Date:** | Friday, February 01, 2019 3:53:44 PM |
| **Attachments:** | Ada city letter re federal subpoena.pdf |

Dear Matt,

This should help you in your inquiry

Thanks, Rob.

**From:** Matthew Haire <matthew.haire@oag.ok.gov>
**Sent:** Friday, February 1, 2019 1:45 PM
**To:** Tiffany R. Murphy <tiffanym@uark.edu>
**Cc:** Rob Ridenour <Rob_Ridenour@fd.org>
**Subject:** RE: Fontenot: Ada Police Reports

Tiffany –

We are not aware of any subpoena being served on the Ada Police Department during your habeas corpus action. It may have been one of your sealed subpoenas two years ago. I've contacted Frank Stout, the city attorney. He is out of town right now, but he will look into whether they were ever served with a federal subpoena and he will get back with me next Tuesday.

Matthew

**From:** Tiffany R. Murphy [mailto:tiffanym@uark.edu]
**Sent:** Thursday, January 31, 2019 4:50 PM
**To:** Matthew Haire
**Cc:** Rob Ridenour
**Subject:** Fontenot: Ada Police Reports

Matt,

It has come to my attention that the Ward defense team received the Ada Police Reports recently in state post-conviction discovery. As you may remember, I requested these reports in Karl's state post-conviction proceedings and again in federal habeas. Would you please provide me a copy of all of the Ada Police Reports disclosed to Ward's defense? If you have any questions, please let me know.

Tiffany R. Murphy
Associate Professor of Law
University of Arkansas School of Law
Law School Legal Clinic
1045 W. Maple Street
Waterman Hall – Room 107

Fayetteville, Arkansas 72701
(479) 575-3056