# EXHIBIT

# 8

| | |
|---|---|
| **From:** | Frank Stout |
| **To:** | Tiffany R. Murphy; Rob_Ridenour@fd.org |
| **Cc:** | matthew.haire@oag.ok.gov |
| **Subject:** | FW: Ward vs. State, Pontotoc County Case No. CRF-84-183; Fontenot vs. Allbaugh, CIV-16-069-JHP-KEW |
| **Date:** | Wednesday, February 06, 2019 3:20:54 PM |
| **Attachments:** | Haraway 10.pdf |
| | Haraway Case 1.pdf |
| | Haraway Case 2.pdf |
| | Haraway Case 3.pdf |
| | Haraway Case 4.pdf |
| | Haraway Case 5.pdf |
| | Haraway Case 6.pdf |
| | Haraway Case 7.pdf |
| | Haraway Case 8.pdf |
| | Haraway Case 9.pdf |

Mr. Ridenour and Ms. Murphy,

As you know, I responded in March, 2017 to a subpoena in the above referenced Fontenot case that the Ada police department informed me they no longer had documents/evidence regarding Mr. Fontenot's case. Recently, the City of Ada received another subpoena regarding Mr. Ward. I again inquired of the Ada Police Department and after searching, some reports/evidence were located. I am now supplementing my response and forwarding the email with attached reports/evidence in the possession of the Ada Police Department which I previously sent to Mr. Barrett and Mr. Haire in response to Mr. Barrett's subpoena in the Ward case. Due to the size of the files, I will be sending another email with attachments.

Additionally, it is my understanding that Mr. Barrett and Mr. Haire are seeking a court order to open/unseal and examine the physical evidence. You may want to contact them regarding that issue.

If you have further questions or desire to discuss further, please contact me.

Frank Stout
Ada City Attorney
231 S. Townsend
Ada, OK 74820
(580) 320-3200 (cell)


**From:** Matthew Haire [mailto:matthew.haire@oag.ok.gov]
**Sent:** Tuesday, February 5, 2019 4:22 PM
**To:** Frank Stout <Frank.Stout@adaok.com>
**Subject:** FW: Ward vs. State, Pontotoc County Case No. CRF-84-183


**From:** Frank Stout [mailto:Frank.Stout@adaok.com]
**Sent:** Monday, January 07, 2019 11:58 AM
**To:** barrettlawoffice@gmail.com
**Cc:** Matthew Haire; Ted Peeper

**Subject:** Ward vs. State, Pontotoc County Case No. CRF-84-183

Mr. Barrett, pursuant to the subpoena to the Ada Police Department and our phone conversations last week, attached are the documents which comply with your subpoena.

Also, as we discussed, we are in possession of a box of 6 sealed envelopes with evidence that appears to have been tested at the lab. I will attach by separate email (this email it to large): (1) pictures of the sealed envelopes, (2) the box holding the envelopes and (3) a letter from the police department when the envelopes were submitted to the lab which describes the envelopes. I'm assuming you have seen or are aware of this evidence. At such time as the parties desire to examine this evidence, and prior to opening, I believe it would be appropriate get both parties and the Court's direction.

Please let me know if you wish to discuss.

Frank Stout
Ada City Attorney
580-320-3200 cell
580-436-6300, ext. 227

| | |
|---|---|
| From: | Frank Stout |
| To: | Rob_Ridenour@fd.org; Tiffany R. Murphy |
| Cc: | matthew.haire@oag.ok.gov |
| Subject: | FW: Ward vs. State, Pontotoc County, Case No.: CRF-84-183 |
| Date: | Wednesday, February 06, 2019 3:21:00 PM |

Mr. Ridenour and Ms. Murphy,

This is the 2nd email with additional attachments that I mentioned in the previously email.

Frank Stout
Ada City Attorney

**From:** Frank Stout [mailto:Frank.Stout@adaok.com]
**Sent:** Monday, January 07, 2019 12:04 PM
**To:** barrettlawoffice@gmail.com
**Cc:** Matthew Haire; Ted Peeper
**Subject:** Ward vs. State, Pontotoc County, Case No.: CRF-84-183

Mr. Barrett,

Per my previous email, attached are the following: ):  (1) pictures of the sealed envelopes, (2) the box holding the envelopes and (3) a letter from the police department when the envelopes were submitted to the lab which describes the envelopes.


Frank Stout
Ada City Attorney
580-320-3200 cell
580-436-6300. ext. 227