# EXHIBIT

# 9

OSBI CASE # _____

OTHER AGENCY # _____

WITNESS: _____

ADDRESS: _____   CITY: _____

TELEPHONE: _____

TYPE OF CRIME: _____   DATE COMMITTED: 4-28-84

LOCATION OF INTERVIEW: _____   DATE: _____

INTERVIEWING AGENT: _____

WITNESSES PRESENT: _____

DESCRIPTION OF SUSPECT: II

RACE: white    SEX: male    AGE: 22/23

HEIGHT: 5'8"   WEIGHT: _____    muscular arms, narrow waist, larger shoulders

FRAME: SMALL _____ MEDIUM _____ ATHLETIC ✓ LARGE _____

EYES: blue probably    GLASSES: none

HAIR: COLOR: blond    LENGTH: collar length - partially covered ears, neat cut

TEXTURE: medium    STYLE: straight

COMPLEXION: fair

SIDEBURNS: none

SCARS/MARKS: acne scars not real bad

HANDS: I know he was right handed

UNUSUAL CHARACTERISTICS: _____

SPEECH PATTERN: _____   ACCENT: Okla

QUOTE: " _____ "

TEETH: straight - white had all his teeth (apparently)

BREATH: ?

JEWELRY: ? wristwatch maybe?

CLOTHING: _____

SHIRT: athletic white jersey tee shirt    SHOES: tennis shoes nike wht/blue trim

TROUSERS: faded blue jeans    BELT: none

OTHER: neat clothing

OSBI CASE #: _____

OTHER AGENCY #: _____

WITNESS: Earl Eugene Whelchel  w/m 10-6-45-

ADDRESS: Rt 4 box 306 Ada.   CITY: Ada. Okla

   Mc Anally's Store

TELEPHONE: _____

TYPE OF CRIME: _____   DATE COMMITTED: 4-28-84 — 842 pm / 845 pm

LOCATION OF INTERVIEW: Ada P.D.   DATE: 4-30-84

INTERVIEWING AGENT: V Ratt

WITNESSES PRESENT: _____

(ID. similarity to Karen's suspect #2.

DESCRIPTION OF SUSPECT:

RACE: white   SEX: male   AGE: 20/25

HEIGHT: 5'8   WEIGHT: 150

FRAME: SMALL ___   MEDIUM athletic   LARGE ___

EYES: ___   GLASSES: none

HAIR: COLOR: blond   LENGTH: partially covered ears

TEXTURE: thick   STYLE: straight (possibly down and

COMPLEXION: fair

SIDEBURNS: none

SCARS/MARKS: undetermined

HANDS: probably right

UNUSUAL CHARACTERISTICS: _____

SPEECH PATTERN: undetermined   ACCENT: ___

QUOTE: " _____ "

TEETH: ? undetermined

BREATH: _____

JEWELRY: undetermined

CLOTHING:

SHIRT: lt color tee shirt probably   SHOES: ?

TROUSERS: lt pants faded jeans or white color   BELT: ?

OTHER: neat looking guy

## ADA, OKLAHOMA—POLICE DEPARTMENT
## OFFENSE REPORT

Complaint: Gene Whelchel  Case No. _____

Address: RT #4 Box 306  Phone: 332-2955

Offense: Robbery & Abduction  Place of Occurance: McAnelly's 2722 Arlington

Report received by: Unit 27 at 2050 M. Date _____, 19__ How reported: Disp

Date and time offense committed: 4-28-84 Between 730 & 815  Officer Assigned: Phillips

Time of investigation: 2100  M. Date: 4-28-84

Suspects and/or persons arrested: None

**DETAIL OF OFFENSE** (State fully all other circumstances of this offense and its investigation)

Recived a report from the above Person That he walked into McAnelly's on Arlington and The Attend was gone. after investigation found That The Person That was Working was a Donna Denice Haraway her Purse and her Keys and her Car was at the Store. Lennie Timmons & Gene Whelchel found That she was missing. The Register was open $167.00 Dollars was missing

older chev P.U. Gray or Silver was Seen leaving The Store.

Signature of Officer: Phillips  Date: 4-28-__