# EXHIBIT

# 10

SUPPLEMENT REPORT

E ✗✗ _CR 84-094_ ____ DATE ____ —

_CALLER_

OF ~~VICTIM~~ _JAMES BOARDMAN_

DRESS _501 PRICE (EMP. ADA NEWS)_

LEPHONE _332-2073_

TE   INCIDENT REPORTED _____

ARRATIVE SECTION _MR Boardman Advised he went to McAnullys about 5 PM 4-28-84. THERE WERE 2 MEN AT THE store and in his opinion WERE ACTING funny. Subj #1 was 6', BRN Hair BRN Shirt, Blue Jenns Subj #2 was 6' Blond, Blue Plaid Flannel shirt He thought They WERE in A light colored PK MR Boardman was Pretty Sure that Hitsworth was covering a Blue Short sleeve T Shirt_

_Boardman Picked #1 out of words folder_
_NO ID Fontenot + Titsworth —_

REPORTING OFFICER _W J Barrett_    DATE ____

O:T.BOARDMAN/JAMES

HARAWAY CASE

INTERVIEW WITH JAMES BOARDMAN

JAMES BOARDMAN 501 PRICE ADA OKLA.332-2073 EMPLOYEE OF
ADA NEWS.

A FEW DAYS AFTER DENISE HARAWAY DISAPPEARED
MR.BOARDMAN CALLED THE POLICE DEPT. AND AVVISED HE WAS
AT THE MCANALLY STORE ON ARLINGTON ABOUT 5 PM ON 4-28-84
THERE WERE TWO MEN IN THE STORE THAT IN HIS OPINION WERE
ACTING FUNNY.

SUBJ.#1 6 FT.BRN HAIR,BRN SHIRT,BLUE JEANS.
SUBJ.#2 6 FT.BLOND HAIR,BLUE PLAID FLANNEL SHIRT.

HE THOUGHT THEY WERE IN A LIGHT COLORED PICKUP.
BOARDMAN WAS PRETTY SURE DENISE WAS WEARING A BLUE
SHORT SLEEVE T SHIRT

AROUND THE FIRST OF NOVEMBER 1984 JAMES BOARDMAN CAME
TO THE POLICE DEPT. AND WAS SHOWN A PICTURE
LINEUP.BOARDMAN PICKED #1 OUT OF THE WARD FOLDER
AND COULD NOT IDENTIFY ANYONE FROM THE FONTENOT AND
TITSWORTH FOLDERS. AGENT ROGERS AND LLOYD BOND WERE
PRESENT AT THIS LINEUP.

                                        D.W.BARRETT
                                        REPORTING OFFICER