# EXHIBIT

# 11

4-29-84

3:15 PM..

Guy Keys.. 436-2790

There at 8:25 PM she was behind counter cleaning finger nails. No one else at store. Bill came to $5.01. Wearing jeans..

3:20 PM..

John McKennis 8:05 PM bought pop. Man studing at counter. He purchased Liter bottle of Pepsi 50¢ - 1.69 + tax. Large guy with full beard. WM 5'11", 195-200 26 30 years old. nothing. Didn't see any other vehicles parked outside..

dark jeans buttoned up shirt.