# EXHIBIT LIST

1) Federal subpoena to the Ada Police Department

2) District Court of Pontotoc County Minute Order file stamped 9-27-2013

3) City Attorney of Ada letter from Frank Stout to Robert Ridenour dated 3-7-2017.

4) District Court of Pontotoc County Agreed Order Regarding Discovery in Thomas Jesse Ward v. The State of Oklahoma file stamped 11-16-2018

5) District Court of Pontotoc County Petitioner's Notice of Subpoenas Duces Tecum in Thomas Jesse Ward v. The State of Oklahoma file stamped 11-27-2018

6) Email from Tiffany R. Murphy to Matthew Haire dated 1- 31-2019

7) Email correspondence between Tiffany R. Murphy, Matthew Haire, and Robert Ridenour dated 2-1-2019

8) Email from City Attorney for Ada Frank Stout to Tiffany Murphy & Robert Ridenour dated 2-6-2019

9) Ada police report regarding Gene Whelchel

10) Ada police reports regarding James Boardman

11) Ada police report notes on register tape witnesses

12) Karl Fontenot letters to Defense attorney George Butner