# Matthew Haire

| | |
|---|---|
| **From:** | Rob Ridenour <Rob_Ridenour@fd.org> |
| **Sent:** | Wednesday, May 10, 2017 2:50 PM |
| **To:** | Matthew Haire |
| **Cc:** | Tiffany R. Murphy |
| **Subject:** | ▓▓▓▓▓▓▓▓▓▓ subpoena |
| **Attachments:** | Filed Subpoena Returns.pdf |

*(See attached file: Filed Subpoena Returns.pdf)*

Dear Matt,

Here's copies of the returned and filed subpoenas for ▓▓▓, ▓▓▓▓▓▓▓▓, and ▓▓▓. These are copies of sealed documents so please don't disseminate. Hope this suffices but let me know if you have any questions.

Thanks,

Rob.



EXHIBIT 1