# Matthew Haire

| | |
|---|---|
| **From:** | Matthew Haire |
| **Sent:** | Friday, February 01, 2019 4:18 PM |
| **To:** | 'Rob Ridenour'; Tiffany R. Murphy |
| **Cc:** | Ted Peeper |
| **Subject:** | RE: Fontenot: ▓▓▓▓▓▓▓ |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'Rob Ridenour' | |
| | Tiffany R. Murphy | |
| | Ted Peeper | Read: 2/1/2019 4:23 PM |

Rob –

Thanks. We've never seen that letter before. When Mr. Stout returns on Tuesday and contacts me, I'll provide him with it and he can respond to you appropriately in accordance with the previous sealed subpoena.

Matthew

---

**From:** Rob Ridenour [mailto:Rob_Ridenour@fd.org]
**Sent:** Friday, February 01, 2019 3:54 PM
**To:** Matthew Haire; Tiffany R. Murphy
**Subject:** RE: Fontenot: ▓▓▓▓▓▓▓

Dear Matt,

This should help you in your inquiry

Thanks, Rob.

---

**From:** Matthew Haire <matthew.haire@oag.ok.gov>
**Sent:** Friday, February 1, 2019 1:45 PM
**To:** Tiffany R. Murphy <tiffanym@uark.edu>
**Cc:** Rob Ridenour <Rob_Ridenour@fd.org>
**Subject:** RE: Fontenot: ▓▓▓▓▓▓▓

Tiffany –

We are not aware of any subpoena being served on ▓▓▓▓▓▓▓ during your habeas corpus action. It may have been one of your sealed subpoenas two years ago. I've contacted Frank Stout, ▓▓▓▓▓▓▓. He is out of town right now, but he will look into whether they were ever served with a federal subpoena and he will get back with me next Tuesday.

Matthew

---

**From:** Tiffany R. Murphy [mailto:tiffanym@uark.edu]
**Sent:** Thursday, January 31, 2019 4:50 PM

EXHIBIT 2