## FONTENOT v. ALLBAUGH

*LIST OF EXHIBITS SECOND AMENDED PETITION*

*\*\*the exhibit numbers continue from the Amended Petition Exhibit Numbers\*\**

| No. | Name |
|---|---|
| 91 | Ada Police Reports |
| 92 | Ada Police Report of Dorothy Edwards dated 11-27-84 |
| 93 | Ada police reports regarding James Boardman |
| 94 | Ada police report notes on register tape witnesses |
| 95 | Karl Fontenot letters to Defense Attorney George Butner |
| 96 | Ada police report regarding Gene Whelchel |
| 97 | Letter from Terry Hull |
| 98 | Letter from George Butner |
| 99 | Ada Police Reports of people in McAnally's on 4-28-84 |
| 100 | Ada Police Report of Jimmy Simpson undated |
| 101 | Ada Police Report of Duney Alford 11-28-84 |
| 102 | Ada Police Reports of Jim Moyer |
| 103 | Ada Police Report of Carrie McClure dated 11-28-84 |