# EXHIBIT

# 91

E-392

**NORMAN POLICE DEPARTMENT**

# OFFENSE REPORT

SHEET 1 of 1

☐ ARREST MADE ☐ VICTIM O.U. STUDENT
☐ JUVENILE SUSP. INVOLVED ☐ SUPPLEMENTAL (FOLLOW-UP)

| UCR | OSEC | CASE NO. |
|---|---|---|
| 2926 | 144 | 26322 | 8429 |

LOCATION OF OCCURRENCE: 630 W Main  CRIME: Missing Person - Runaway  DISTRICT: E

OCCURRED ON OR BETWEEN 9/12/84 0900 AND 9/12/84 0905  REPORTED 9/12/84 1810

VICTIM'S NAME (LAST, FIRST, MIDDLE) OR FIRM NAME: Lindsey Niki  RES. ADDRESS: 422 Elm

OCC. ADDRESS: Arbor 440 72'/49

SEX F  RACE W  AGE 16  DATE OF BIRTH 12-10-67

CODE: RP  Roberts, Jennette  RES. ADDRESS: 422 Elm  RACE C  SEX F

NARRATIVE:

Niki wearing - faded Levi Blue Jeans, Blue & Grey Tennis shoes 5'3 112, shoulder length brown hair.

RP stated that Victim (her daughter) and she an argument before she took her to school. RP took Niki off at school. Niki was seen at the J-Bottes at Flood & Main by a friend. Niki told him she was not going to school and she was going to try to find a ride to Del City. Niki used to live in Del City. RP has not heard from Niki since then.

Niki could possibly be at:

Boyd Lindsey (father) - 3813 SE 27th Del City 672-7886
Sharon (friend) 3807 SE 27th Del City
Joyce Jones (aunt) - 2012 Candy Lane Del City 670-4953

Victims mother called in rs'd she found her daughter

OFFICER: Egan 85  ON

SIGNATURE OF PERSON REPORTING: Jennette Roberts

LEAD SHEET   CR84-094

DATE: _11-7-84_____

SOURCE:

    Name: _____

    Address: _____

    Phone: _____

LEAD ASSIGNED: _Smith/Turner_____

LEAD SUMMARY: _Recieved information from Rhonda Harden_
_that mike Roberts had told her that Tommy Ward_
_has made statements to him Concerning that he_
_would Like to "Knock a girls teeth out and_
_fuck her in the bloody mouth."_

_Interview Roberts concerning these and other possi-_
_Statements of this nature._

_____

_____

CONCLUSION SUMMARY: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

002

OSBI CASE #_____

OTHER AGENCY #_____

WITNESS:_____

ADDRESS:_____  CITY:_____

TELEPHONE:_____

TYPE OF CRIME:_____  DATE COMMITTED: *4-28-84*

LOCATION OF INTERVIEW:_____  DATE:_____

INTERVIEWING AGENT:_____

WITNESSES PRESENT:_____

_____

DESCRIPTION OF SUSPECT: *II*

RACE: *white*          SEX: *male*          AGE: *22/23*

HEIGHT: *5'8"*         WEIGHT:_____   *Muscular arms*
                                            *narrow waist, larger shoulders*

FRAME: SMALL_____  MEDIUM *✓ ATHLETIC*   LARGE_____

EYES: *blue probably*      GLASSES: *none*

HAIR: COLOR: *blond*       LENGTH: *collar length - partially covered ear*
                                    *neat cut*

      TEXTURE: *medium*    STYLE: *straight*

COMPLEXION: *fair*

SIDEBURNS: *✓ none*

SCARS/MARKS: *acne scars not real bad*

HANDS: *I think he was right handed*

UNUSUAL CHARACTERISTICS:_____

SPEECH PATTERN:_____  ACCENT: *Okla*

QUOTE: "_____"

TEETH: *Straight - a bite Bad all his teeth (apparently)*

BREATH: *?*

JEWELRY: *? undetermined*

CLOTHING:_____   *nike, white/blue*
                                     *stripe*

SHIRT: *athletic white jersey tee shirt*   SHOES: *tennis shoes*

TROUSERS: *faded blue jeans*          BELT: *none*

003

OTHER: *neat clothing*

OSBI CASE #: _____

OTHER AGENCY #: _____

WITNESS: *Earl Eugene Whelchel*  wm 10-6-45-

ADDRESS: *Rt4 box 306 Ada.*   CITY: *Mc Anallis Store*  Ada. Okla

TELEPHONE: _____

TYPE OF CRIME: _____   DATE COMMITTED: *4-28-84* — 842 pm to 845 pm

LOCATION OF INTERVIEW: *Ada P.D.*   DATE: *4-30-84*

INTERVIEWING AGENT: *V Rhatt*

WITNESSES PRESENT: _____

(ID. similarity
To Karen's
suspect #2.

DESCRIPTION OF SUSPECT:

RACE: *White*   SEX: *Male*   AGE: *20/25*

HEIGHT: *5'8*   WEIGHT: *150*

FRAME: SMALL ___   MEDIUM *athletic*   LARGE ___

EYES: ___   GLASSES: *none*

HAIR: COLOR: *blond*   LENGTH: *partially covered ears*

TEXTURE: *thick*   STYLE: *straight (possibly down and*

COMPLEXION: *fair*

SIDEBURNS: *none*

SCARS/MARKS: *undetermined*

HANDS: *probably right*

UNUSUAL CHARACTERISTICS: ___

SPEECH PATTERN: *undetermined*   ACCENT: ___

QUOTE:" ___ "

TEETH: *? undetermined*

BREATH: ___

JEWELRY: *undetermined*

CLOTHING: ___

SHIRT: *lt color tee shirt probably*   SHOES: *?*

TROUSERS: *lt pants-fade jeans or weat color*  BELT: *?*

OTHER: *neat looking guy*

OF ADA, OKLAHOMA—POLICE DEP. MENT

# OFFENSE REPORT

Complaint _Gene Whelchel_____ Case No. _____

Address _RT #4 Box 306_____ Phone _332-2955_

Offense _Robbery & Abduction_____ Place of Occurance _McAnelly's 2227 Arlington_

Report received by _Unit 27_ at _2050_ M. Date _____, 19_____ How reported _Disp_

Date and time offense committed _4-28-84 Between 2304815_ Officer Assigned _Phillips_

Time of investigation _2100_ M. Date _4-28-84_____

Suspects and/or persons arrested _None_____

## DETAIL OF OFFENSE (State fully all other circumstances of this offense and its investigation)

Recived a report from the above Person that he walked into McAnally's on Arlington and the Attend was gone. after investigation found That The Person That was working was a Donna Denice Haraway her Purse and her keys and her Car was at the Store. Lennie Timmons & Gene whelchel found that she was missing. The Register was open $167.00 Dollars was missing

older chev P.U. Gray or Silver was Seen leaving The store.

Signature of Officer _Phillips_____ Date _4-28_

005

INTERVIEWS
HARAWAY CASE

| OFFIC. | NAME | ADDRESS | CITY |
|--------|------|---------|------|
| *Smith* | JESSICA ROBERTS | 422 ELM | NORMAN |
| | MICHAEL ROBERTS | 422 ELM | NORMAN |
| *L. Bond* | MICHAEL SHANE LINDSAY | | BYNG |
| | MARIE TITSWORTH | 1209 BOLTON | ADA |
| *Baskin* | NICOLE KELLY SUMMERFIELD | ~~717 SECOND RTRC~~ *BENTREE LN.* | ADA |
| *Baskin* | TITSWORTH DOCTOR (ER) | VALLEY VIEW | ADA |
| *Twelvec* | MICHELLE WHEELER | JOB CORP | TALEQUAH |
| *Barrett* | TRUPHMAN LUMPMOUTH | *913 926* W 24TH | ADA |
| *Rogers* | GORDON CALHOUN | | USMC |
| *Smith* | JANNETTE ROBERTS | 422 ELM | NORMAN |
| | RHONDA ? (WARD'S STATEMENT) | | ADA |
| *Barrett* | WARD'S MOTHER *Susie!* | 1616 ASHLAND | ADA |
| | ROBERT CAVINS | | HOMMINY |
| | BRENDA CARMICHAEL | 114 E 14TH | ADA |
| | KENNY ? (CARMICHAEL'S BOYFRIEND) | 114 E 14TH | ADA |
| *Barrett* | GENE HOOD | COLLINS LUMBER | ADA |
| *Rogers* | BARRY LESLIE | J D 'S CAFE | ADA |
| *Sparks* | WOODY STICK | | ADA |
| *L. Bond* | BRUCE *BEPRATER* | | KONAWA |
| *L. Bond* | JOHNNY ? (AKA DUCK) | | KONAWA |
| *L. Bond* | OG&E (CHECK LIGHTS AT SUBSTATION) | OG&E | ADA |
| *L. Bond* | EVERETT REEVES | REEVES PACKING | ADA |
| *Baskin* | *William Hammons 2* | *218 1/2 N-Cherry* | *ADA* |
| *Barrett* | ~~*Steve Ward*~~ | | |
| | *CLARENCE GREENWOOD* | | *A D A* |

006

HARAWAY CASE

INTERVIEW WITH CHRIS DUNN

CHRIS DUNN WM 15 718 W.5TH ADA OKLA.436-2818 STUDENT
ADA HIGH SCHOOL.

ON 11-7-84 DETECTIVES BARRETT AND FOX WENT TO 718 W.5TH
ADA OKLA NAD TALKED WITH CHRIS EUGENE DUNN.CHRIS
STATED TAHT HE COULD'NT REMEMBER EXACTLY WHAT THE DATE
WAS,BUT IT COULD HAVE BEEN AROUNG THE TIME DENISE HARAWAY
WAS KIDNAPPED THAT HE WENT TO A PARTY.THE PARTY WAS SOUTH
EAST OF WINTERSMITH LAKE ON THE ROAD THEY CALL
"ROLLERCOASTER HILL".HE SAID HE DID NOT KNOW TOMMY WARD
OR KARL FONTENOT AND DID NOT SEE ANYONE WITH BLOOD ON
THEM.HE SAID IT WAS LATE WHEN HE GOT TO THE PARTY,AROUND
11:30 PM.

JAMES FOX

LEAD SHEET    884-094

DATE: 11-6-84

SOURCE:

Name: Chris Ross

Address: DA's office

Phone: _____

LEAD ASSIGNED: Fox / Barrett          Flo Dunn (mother)
                                        436-2818

LEAD SUMMARY: ON 11-5-84 Chris Ross recieved an anonymos call stating that an ADA Highschool student Chris Dunn was supposedly at a party with Ward & Fontenot, on the Evening of the McAnallys robbery, he saw them later and they had blood on them and also there was supposedly b in the back of the pickup that they were driving.

_____

_____

_____

_____

CONCLUSION SUMMARY: On Nov. 11th, 1984, Detective Barrett & Fox went to 718 West 5th and talked with Chris Eugene Dunn Chris said that he couldn't remember exactly what the date was, but it could have been around the date that Donna Haraway was kidnapped that he did go to a party, but the party was Southeast of Wintersmith Park on a road they call Roller Coaster Hill. He said he didn't know Tommy Ward or Karl Fontenot and he didn't see anyone with blood on them. He said it was late when he got to the party, About 11:30 PM.

O:T.BOARDMAN/JAMES

HARAWAY CASE

INTERVIEW WITH JAMES BOARDMAN

JAMES BOARDMAN 501 PRICE ADA OKLA.332-2073 EMPLOYEE OF
ADA NEWS.

A FEW DAYS AFTER DENISE HARAWAY DISAPPEARED
MR.BOARDMAN CALLED THE POLICE DEPT. AND AVVISED HE WAS
AT THE MCANALLY STORE ON ARLINGTON ABOUT 5 PM ON 4-28-84
THERE WERE TWO MEN IN THE STORE THAT IN HIS OPINION WERE
ACTING FUNNY.

SUBJ.#1 6 FT.BRN HAIR,BRN SHIRT,BLUE JEANS.
SUBJ.#2 6 FT.BLOND HAIR,BLUE PLAID FLANNEL SHIRT.

HE THOUGHT THEY WERE IN A LIGHT COLORED PICKUP.
BOARDMAN WAS PRETTY SURE DENISE WAS WEARING A BLUE
SHORT SLEEVE T SHIRT

AROUND THE FIRST OF NOVEMBER 1984 JAMES BOARDMAN CAME
TO THE POLICE DEPT. AND WAS SHOWN A PICTURE
LINEUP.BOARDMAN PICKED #1 OUT OF THE WARD FOLDER
AND COULD NOT IDENTIFY ANYONE FROM THE FONTENOT AND
TITSWORTH FOLDERS. AGENT ROGERS AND LLOYD BOND WERE
PRESENT AT THIS LINEUP.

D.W.BARRETT<br>REPORTING OFFICER

009

HARAWAY CASE

INTERVIEW WITH JIMMY SIMPSON

JIMMY SIMPSON WM 23 713 E.7TH ADA,OKLA.332-2965
WORKS FOR B.C.BUILDERS NORTH OF ADA.

JIMMY SIMPSON SAID HE WENT TO MCANALLY'S ON ARLINGTON
SOMETIME AROUND THE TIME THAT DENISE HARAWAY DISAPPEARED.
JIMMY COULD NOT RECALL IF THIS WAS THE SAME NIGHT OR NOT.
JIMMY SAID THE EVENING HE WAS THERE HE GOT THERE JUST
AFTER DARK.JIMMY PARKED TEN OR FIFTEEN FEET WEST OF THE
ICE BOX.JIMMY WENT INTO THE STORE AND THERE WAS NO ONE
THERE.JIMMY WENT TO THE POP BOX AND GOT A COKE AND WALKED
BACK TO THE COUNTER.JIMMY THEN WALKED TO THE BACK OF THE
STORE TO THE DOOR GOING TO THE BACK ROOM AND SAID"THERE
IS SOMEONE UP FRONT".NO ONE EVER CAME OUT OF THE BACK
ROOM SO JIMMY LEFT THE STORE.
THERE WAS A CAR,POSSIABLY A GM W/GR.,AT THE GAS PUMPS
WITH THREE OR FOUR PEOPLE AROUNG IT.THERE WAS A PICKUP ON
THE EAST SIDE OF THE STORE WITH A MAN IN THE DRIVER SIDE
AND A WOMAN NEXT TO HIM.IT WAS DARK AND JIMMY COULD NOT
IDENTIFY THEM.JIMMY DID NOT SEE A CAR ON THE EAST SIDE OF
THE BUILDING(HARAWAY'S VEHICLE).JIMMY SAW A MAN STANDING
OUTSIDE THE STORE AS HE WANT IN HE THOUGHT WAS ODELL
TITSWORTH.JIMMY HAD GONE TO SCHOOL WITH TITSWORTH AT BYNG
SEVERAL YEARS EARLIER.JIMMY WAS UNABLE TO PICK TITSWORTH
OUT OF A PICTURE LINEUP.
CONCLUSION:JIMMY MAY HAVE CAME TO THE STORE DURING THE
TIME GENE WELCHEL AND HIS NEPHEWS WERE WAITING FOR THE
POLICE AT ARRIVE AFTER THE CRIME WAS COMMITTED.

D.W.BARRETT
REPORTING OFFIER

010

8:47AM
11-6-84
check After 10 ??

7/3 E 7??

LEAD SHEET    CR84-094

DATE: 11-5-84

SOURCE:

　　Name: FRANK BREWER

　　Address: Tupelo, OK

　　Phone: (B) 405-845-2381 (H) 405-845-2298

LEAD ASSIGNED: BARRELE/Fox

LEAD SUMMARY: FRANK BREWER, Supt. of Schools at Tupelo

AdA　WAS told by Sonya Newberry who is Employeed Also at

　　the Tupelo Schools that She had HEARD that Jimmy

2'
22　Simpson Ans/or his wife WERE Supposely in McAnallys

　　the night of April 28, 1984 AND Saw one of the suspects

　　in there.

　　Rebecca Simpson on Mail at 713 E 7½

　　4:50Pm   11-7-84

CONCLUSION SUMMARY: Jimmy Simpson went to McAnally's around the
time Denise Haraway disappeared, but he does not remember if
it was the same night. He went into the store and no one
was there. There was a car parked at the gas pumps
with 3 or 4 people around it. There was a pickup parked
at the east side of the building with a man and woman
in it. It was concluded that Jimmy may have drove up
after the crime and these ~~were~~ people were Gene Welcheh
and his nephews waiting for the police to arrive.

011

SUPPLEMENT REPORT

~~E~~ ~~#~~ _CR 84-094_          DATE _____—_____

~~ME~~     OF ~~VICTIM~~ Caller _James Boardman_ _____

~~DRESS~~ _501 Price   (Emp. Ada News)_ _____

~~LEP~~HONE _332-2073_ _____

~~ATE~~     INCIDENT REPORTED _____

~~ARRAT~~IVE SECTION _Mr Boardman  Advised   he  went  To  McAnnllys_

_About  5PM  4-28-84.  There  were  2 Men  AT The  Store_

_and  in  his  opinion  were  Acting  Funny._

_Subj #1  was  6', Brn  Hair,  Brn  Shirt,  Blue Jennis_

_Subj #2  was  6'  Blond,  Blue  Plaid  Flannel  Shirt_

_He  thought  They  were  in  A  Light  colored  P/K_

_Mr Boardman  was  Pretty  Sure  that  Hartway  was_

_wearing  a  Blue  Short  Steeve  T.  Shirt._

_Boardman  Picked #1  out of  wards  folder_

_No ID Fontenot  + Titsworth -_

REPORTING OFFICER _AW Barrett_          DATE _____

012

SUPPLEMENT REPORT

CASE# CR-84-094               DATE _____

NAME OF ~~VICTIM~~ SUSPECT   BRIAN COX

ADDRESS 418 W 4th

TELEPHONE —

DATE INCIDENT REPORTED _____

NARRATIVE SECTION  Someone called and said Brian Cox had a Pickup that matched The Description of Suspect Veh Brians mother Shirley Cox was Contacted and she said She would Have Brian come in.

Brian came to the P.D. and talked to Det Smith and Advised The Following:

- Brian came Home From OKC Around 8PM Friday 4-27-84

- went to Terry millers house at Latta that night and spent the night

- Next Day went to His mothers House and worked on his Pickup-

- Around 6 PM 4-28-84 went back to Terry millers and spent the night

- Has 1969 Chev Thats Primered

- Veh has been broke Down For a week and has been sitting behind his mothers house —

REPORTING OFFICER _____   DATE 5-23-84

013

## GRAY COUNTY SHERIFF'S DEPARTMENT

NAME *Forrest, James B.* W/M DATE 6/9/84 TIME 2:14 A.

MARRIED ( ) SINGLE (✓) ADDRESS 25 Laurel Dr. Wichita Ks

D.O.B. 3/8/66 EYES Blu HAIR Bro WT 150 HT 5'7" AGE /

OFFENSE *Unauthorized Use MV* EMERGENCY NOTIFY C.B. Forrest / 684-1685 (316)

ARRESTING OFFICER Jim McDonald SEARCHED BY Minatrea ARRESTING AGENCY Gray C

RELEASING OFFICER | DATE | TIME

VEHICLE INFORMATION: YEAR | MAKE | LIC.

PLACE STORED | REQUEST OF

OWNER, OR DRIVER | HELD ( ) YES ( ) N

WRECKER NOTIFIED BY: | DATE

RELEASED TO: | DATE

ARRAIGNING JUDGE: *Parker* | FINED | BOND 1000

REMARKS:

---

## GRAY COUNTY SHERIFF'S DEPARTMENT

NAME *Nault, Richard Leo* W/M DATE 6/9/84 TIME 2:18 A.

MARRIED ( ) SINGLE (✓) ADDRESS 3150 S. Broadway Wich

D.O.B. 7/27/65 EYES Blu HAIR Bro WT 5'9" HT 135 AGE / (316)

OFFENSE *Unauthorized Use MV* EMERGENCY NOTIFY Noel Nault 522-40

ARRESTING OFFICER Jim McDonald SEARCHED BY Minatrea ARRESTING AGENCY Gray C

RELEASING OFFICER | DATE | TIME

VEHICLE INFORMATION: YEAR | MAKE | LIC.

PLACE STORED | REQUEST OF

OWNER, OR DRIVER | HELD ( ) YES ( ) N

WRECKER NOTIFIED BY: | DATE

RELEASED TO: | DATE

ARRAIGNING JUDGE: *Parker* | FINED | BOND $1000

REMARKS:

014

HARAWAY CASE

INTERVIEW WITH JIM MOYER

ON 11-6-84 DETS BARRETT AND FOX WENT TO MARTINS PHILLIP
66 STATION ON ARLINGTON AND TALKED TO  JIM MOYER.
MR.MOYER SAID HE WENT TO MCANALLYS ON ARLINGTON ABOUT
7:30 PM ON 4-28-84.MOYER SAID THERE WAS A DARK HAIRED
MALE AT THE BACK OF THE STORE,BUT HE DID NOT GET A VERY
GOOD LOOK AT HIM. WHILE MOYER WAS AT THE COUNTER TALKING
WITH DENISE HARAWAY A SECOND MALE CAME IN THE DOOR AND
WALKED PAST HIM. THIS PERSON HE DESCRIBED AS BEING BLOND
HEADED AND OF AVERAGE HEIGHT AND WEIGHT.MOYER SAID HE
STAYED IN THE STORE ONLY A MINUTE OR TWO AFTER THE SECOND
SUBJ. CAME IN. AS HE WAS LEAVING HE SAW A PICKUP PARKED
INTO THE CURB FACEING THE STORE. HE ONLY KNEW IT WAS
PRIOR TO A 1971 MODEL AND WAS A FORD OR A CHEVY. MOYER
LOOKED AT THE PICTURE LINEUPS AND SAID THE PICTURES THAT
MOST RESEMBLED THE MEN HE SAW WAS #1 IN THE WARD FOLDER
AND #2 IN THE TITSWORTH FOLDER.

D.W.BARRETT
REPORTING OFFICER

Haraway Case                                    DATE 11-6-84

NAME  Jim Moyer

ADDRESS  Arlington Phillips 66 Sta.

TELEPHONE#

DATE INCIDENT REPORTED

NARRATIVE  On 11-6-84 Dets Barrett and Fox went to
Martens Phillips 66 station on Arlington and
talked with Jim Moyer. Mr. Moyer said he
went into McAnallys on Arlington about 7:30 PM
on 4-28-84. Moyer said there was a dark haired
male at the back of the store but he did not
get a very good look at him. While Moyer
was at the counter talking to Denice Haraway
a second male came in the door and walked
past him. This person he described as
being blond headed, average height & weight.
Moyer said he stayed in the store only a
minute or two after the second subj. came in.
As he was leaving he saw a pickup parked
straight into the curb in front of the store
The pickup was facing the store. Moyer looked
at the line ups and said the people he saw
looked more like picture #1 in wards folder and
Picture #2 in the Titsworth folder -

REPORTING OFFICER  Det Barrett  DATE 11-6-84  TIME

016

6-84

Dr. Starns

RS: ADA

D: Barrett

Jim Moyer who is employeed at Jim Martins service station was in McAnallys on April 28th observed two suspicious persons in there. He stated the people were acting strange enough for him to outside the store and observe their vehicle also.

SUMMARY: Jim Moyer said he went to McAnallys on Arlington at 7:30 PM on april 28, 1984. There was one person already in the store. He (moyer) was at the counter talking to Denise Haraway. A second subj. came into the store and walked past him. A pickup was parked straight into the curb facing the store. On 11-6-84 Moyer was shown a picture lineup. The pictures he picked that looked most like the 2 men he saw was #1 out of wards folder and #2 out of ~~Fontenot's~~ Titsworths folder.

017

SUPPLEMENT REPORT

CASE# _CR 84-094_          DATE _5-3-84_

NAME OF ~~VICTIM~~ WITNESS _DAVID WATTS_

ADDRESS _821½ E 7th_

TELEPHONE _332-7871_

DATE INCIDENT REPORTED _4-28-84_

NARRATIVE SECTION _David said he got off work_
_4-28-84 when Denise came in at 2:30PM_
_He advised he thought she had on a_
_Gray Jogging Jacket with a hood. Blue Jeans_
_white T. Shoes David said He thought she may_
_have had a Pink Shirt on under the Jacket_
_but he was not sure._
_David said he did not know of any_
_Trouble she had with anyone._
_She never said Anything About_
_Anything unusual_

REPORTING OFFICER _[signature] W. Barrett_   DATE _5-23-84_

018

HARAWAY CASE

INTERVIEW WITH STEVE BROWN REF MIKE TAYLOR

STEVE BROWN WM 22 DOB/7-27-62 715 E.17TH ADA,OKLA.NO
PHONE,WORKS DUTCH'S GROCERY ON 14TH ST.PH.332-1385,STEVE
IS MIKE TAYLOR'S FIRST COUSIN.STEVE AND MIKE LIVED
TOGETHER AT 716 E.7TH BEFORE THEIR GRANDMOTHER
DIED.STEVES MOTHER IS BRENDA BLANCHARD TUPELO OK.485-2347
MIKE TAYLOR'S MOTHER IS ANN WOOD(MRS.JOE WOOD)IN MOORE
OK.

STEVE BROWN WAS CONTACTED BY DET.BARRETT WHILE TRYING
TO FIND MIKE TAYLOR.STEVE BROWN ADVISED THE FOLLOWING:
BROWN WAS AT THE MCANALLY'S STORE ABOUT 7:00PM ON
4-28-84.HE WENT IN TO BUY SOMETHING AND BACK OUT AGAIN.
DENISE HARAWAY WAS THE ONLY ONE IN THE STORE.HE KNEW
HER,BUT NOT PERSONALLY,HE GRADGUATED HIGH SCHOOL WITH
DENISE'S SISTER JANET.THERE WERE NO OTHER VEHICLES AT THE
STORE AT THE TIME.
STEVE AND MIKE'S GRANDMOTHER WENT TO THE HOSPITIAL ON
THE MORNING OF APRIL 29TH 1984.THAT EVENING STEVE WAS AT
THE HOSPITIAL UNTIL ABOUT 8:00PM.STEVE LEFT THE HOSPITIAL
AND WENT HOME (716 E.7TH).WHEN HE ARRIVED THERE WAS A
PARTY IN PROGRESS.THERE WAS SFVERAL PEOPLE THERE,BUT THE
ONLY ONES HE CAN REMEMBER IS DAVID THURMAN,NEIL SUMMERS
AND MIKE TAYLOR.STEVE LEFT AND WENT TO RICHARD JOPLIN'S
TO SPEND THE NIGHT.THE NEXT DAY STEVE AND HIS MOTHER WENT
TO THE HOUSE AND CLEANED IT UP.STEVE SAID HE HEARD THERE
WAS A COUPLE OF FIGHTS AT THE PARTY,BUT HE DID'NT SEE ANY
BLOOD OR HAIR WHEN HE CLEANED UP.
STEVE SAID HE DOSE NOT KNOW TOMMY WARD OR KARL
FONTENOT.

D.W.BARRETT
REPORTING OFFICER
11-20-84

019

HARAWAY CASE

INTERVIEW WITH JIM BOB HOWARD

JIM BOB HOWARD RT.2 ADA OK.332-1082 DOB 3-7-64 6'2"
155LBS.BROWN HAIR BLUE EYES.WENT TO VANOSS SCHOOL THRUOGH
THE ELEVENTH GRADE,DID NOT GRADUATE,PRESENTLY UNEMPLOYED.
LIVES WITH PAUL AND LEOTA HOWARD,HIS PARENTS.

    HOWARD STATED THE LAST TIME HE SAW TOMMY WARD WAS IN
COURT WHEN TOMMY WAS CAHRGED WITH DUI.,HOWARD WAS CHARGED
WITH POSSESSION OF MARIHUANA.HOWARD FIRST MET TOMMY WARD
ABOUT A YEAR AND A HALF AGO AT SHELLY MANTZSKY'S HOUSE ON
N.HIGHLAND.HOWARD THINKS TOMMY WAS GOING WITH SHELLY AT
THE TIME.HOWARD SAID HE NEVER THOUGHT TOO HIGHLY OF TOMMY
AND THOUGHT HE ACTED CRAZY.HOWARD SAID TOMMY USED TO GO
TO A GIRLS HOUSE A LOT THAT LIVED BEHIND THE SKELLY
STATION AT MAIN AND HOPE.HOWARD SAID HE HAS GONE RIDING
AROUND WITH TOMMY AND DAVID YOCKEY DRINKING WHISKEY
BEFORE.HOWARD SAID TOMMY USED TO RUN AROUND WITH DAVID
YOCKEY,JOE(RABBIT)LYDA AND STEVE CAPPS SOME.HOWARD SAID
HE HAS NEVER BORROWED BRYAN COX'S PICKUP,BUT HAS RIDDEN
IN IT SEVERAL TIMES.HOWARD SAID HE AND BRYAN WERE GOOD
FRIENDS.HOWARD SAID HE AND BRYAN WENT TO OKLAHOMA CITY 6
OR 7 MONTHS AGO.HOWARD SAID HE,SHELTON,LYDA AND COX WERE
STOPPED IN THE PICKUP BACK IN THE SPRING.HOWARD SAID HE
HAS BEEN IN MCANALLYS SEVERAL TIMES MAINLY AT
NIGHT.HOWARD SAID HE HEARD ABOUT THE KIDNAPPING ABOUT A
DAY AFTER IT HAPPENED.HE SAID SOMEONE TOLD HIM ABOUT IT
BUT,HE DOSE'NT KNOW WHO.HOWARD SAID HE DID'NT KNOW WHERE
HE WAS ON APRIL 28 1984,BUT HE WAS PROBABLY AT
HOME.HOWARD SAID HE HAD BEEN IN JP'S STORE BEFORE TO GET
A SANDWITCH OR SOMETHING,BUT HE NEVER PLAYED POOL
THERE.HE SAID HE DID'NT EVEN KNOW THEY HAD A POOL TABLE.
    HOWARD SAID HE,WARD AND DAVID YOCKEY DROVE AROUND
DRINKING ONE NIGHT AND WENT DOWN BEHIND THE EVANGELESTIC
TEMPLE BY THE OLD SMITH LAKE.THEY STOPPED AT THE OLD ROCK
HOUSE AND DRANK SOME WHISKEY AND COKE.
    WHEN HOWARD SAW THE COMPOSITE ON TV HE THOUGHT IT
LOOKED LIKE TOMMY WARD.HOWARD SAID TOMMY USED TO CARRY A
LOCK BLADE KNIFE THAT HAD A 4 OR 5 INCH BLADE.HOWARD SAID
HE HAD NEVER GONE OUT OF TOWN WITH TOMMY.HOWARD SAID HE
HAD NEVER BEEN WITH WARD AND COX AT THE SAME TIME.JACKIE
MANTZSKY THAT TOMMY USED TO LIVE WITH HAS MOVED OUT OF
TOWN.HOWARD SAID WHOEVER DID THE KIDNAPPING AND KILLING
OF HARAWAY SHOULD GET THE ELECTRIC CHAIR.HOWARD SAID HE
WOULD TAKE A POLYGRAPH IF HE WERE ASK TO.

HOWARD STATED HE DRIVES HIS PARENTS 82 WHITE LINCOLN
OR 82 BLUE CHEVORLET PICKUP.HOWARD SAID HE HAS NEVER HAD
A DRIVERS LICENSE.HE HAS TAKEN THE TEST TWICE AND FAILED
IT BOTH TIMES.HE DOSE HAVE A DRIVERS PERMIT RESTRICTED TO
A LICENSED DRIVER IN THE FRONT SEAT.

                              DENNIS SMITH
                              REPORTING OFFICER
                              11-16-84 (DWB)

HARAWAY CASE

INTERVIEW WITH MR. AND MRS. O.A. MCANALLY

O.A. MCANALLY OWNER OF MCANALLY'S CONVENIENCE STORE AT
2727 ARLINGTON ADA, OK. HOME ADDRESS BOX A COYLE, OK. HOME
PHONE 466-2615 OFFICE PHONE 466-2256.

MR. MCANALLY STATED THAT DENISE HARAWAY WAS A VERY
DEPENDABLE EMPLOYEE. SHE WAS THE TYPE THAT WOULD WORK WHEN
SHE WAS SICK INSTEAD OF CALLING IN SICK. THE NIGHT OF THE
ROBBERY THERE WAS A LARGE SUM OF MONEY IN A DEPOSIT BAG
UNDER THE COUNTER PLUS ABOUT 500 DOLLARS IN THE SAFE. THIS
MONEY WAS STILL AT THE STORE AFTER THE ROBBERY.
   DENISE HAD A CHECK COMING WHEN SHE WAS
ABDUCTED. MRS. MCANALLY SAID STEVE'S FATHER, DR. HARAWAY CAME
BY AND PICKED UP HER CHECK AND SIGNED FOR IT.
   MR. MCANALLY SAID HE BOUGHT THIS STORE JULY 15TH
1980. AS FAR A MCANALLY KNOWS THERE IS NOTHING TO CONNECT
TOMMY WARD WITH THE NOV. 15TH 1981 BURGLARY.
   MR. MCANALLY SAID THERE WAS ANOTHER INCIDENT ABOUT
THREE DAYS AFTER NOV 15TH 1981 WHERE SOME MONEY CAME UP
MISSING. LISA LAWSON TOOK A POLYGRAPH TEST REFERANCE TO
THIS THEFT. TOMMY WARD WAS DATING LISA AT THIS TIME AND
WAS SUPPOSED TO TAKE A POLYGRAPH, BUT REFUSED WHEN IT CAME
TIME FOR THE TEST.

                              D.W. BARRETT
                              REPORTING OFFICER
                              11-16-84

022

HARAWAY CASE

INTERVIEW WITH JACK PASCHALL

JACK PASCHALL WM 41 435 N.MONTA VISTA ADA,OKLA.436-1611
TEACHES AT EAST CENTRAL UNIVERSITY ADA,OKLA.

MR.PASCHALL SAID THAT ON APRIL 28TH 1984 WE WAS COMING
INTO TOWN AND DECIDED TO STOP AT JP'S QUICK STOP.HE WORKS
THERE SOMETIME WHEN THEY ARE SHORT HANDED.HE SAID THE
TIME WAS PRIOR TO 8PM,ABOUT 20 MINUTES TILL 8.KAREN WISE
WAS THE GIRL THAT WAS WORKING THAT EVENING.WHEN HE WALKED
IN AND WAS TALKING TO KAREN,SHE TOLD HIM THAT SHE WAS
NERVOUS ABOUT TWO YOUNG MEN THAT WAS IN THE BACK IN THE
POOL ROOM AREA.KAREN SAID EVERY TIME SHE LOOKED IN THE
BACK,ONE OF THE GUYS WOULD BE LOOKING OR WATCHING
HER.MR.PASCHALL SAID HE WALKED TO THE BACK ROOM AND
CHECKED THE BACK DOOR AND THE STOREROOM TO MAKE SURE NO
ONE WAS HIDING BACK THERE.HE SAID HE DOSE NOT REMEMBER IF
HE DID THIS ON HIS OWN OR WHEATHER KAREN ASK HIM TO.
WHEN HE GOT BACK UP TO THE FRONT OF THE STORE HE WAS
TALKING TO KAREN ONE OF THE GUYS CAME OUT OF THE BACK AND
ASK KAREN FOR SOME QUARTERS.THIS YOUNG MAN WAS SLENDER
BUILT,MEDIUM TO LIGHT BROWN HAIR,HIS HAIR CAME DOWN JUST
BELOW THE EAR.HE WAS 5'10 TO 5'11",WITH A SLIM FACE,HIS
CHEEKS HAD A HOLLOW APPEARANCE.WHEN KAREN GAVE HIM THE
QUARTERS HE WENT TO THE BACK AND A SHORT TIME LATER,BOTH
YOUNG MEN CAME OUT AND LEFT THE STORE.THEY GOT IN AN
OLDER MODEL PICPUP.MR.PASCHHALL SAID"MY IMPRESSION WAS
THAT THE PICKUP WAS A CHEVORLET IN THE MID 60'S TO EARLY
70'S MOLEL AND HAD PRIMER PAINT ON IT".
HE SAID THERE WAS SOMETHING ABOUT THE TAILGATE THAT
STICKS IN HIS MIND.EITHER IT WAS BENT UP BADLY OR IT WAS
MISSING.HE SAID HE COULD'NT REMEMBER WHICH.MR.PASCHALL
SAID THEY LEFT THE STORE ABOUT TEN MINUTES AFTER HE
ARRIVED AT THE STORE.
THE OTHER YOUNG MAN HAD A RUDDY COMPLECTION,WITH SANDY
BLOND HAIR WITH A REDDISH TINT,HE WAS HUSKY BUILT AROUND
5'9" TO 5'11" AND WEIGHED ABOUT 185LBS.

JAMES FOX (DWB)
11-8-84

HARAWAY CASE

INTERVIEW WITH JOHNNY DANIELS

JOHNNY DANIELS WM 21 400 W.5TH ST.ADA OK.332-3172

JOHNNY ADVISED HE HAD KNOWN TOMMY WARD ALL HIS LIFE.HE
SAID IN 1980 HE RAN AROUND WITH TOMMY A LOT,BUT HE HAS'NT
RAN WITH HIM MUCH SINCE THEN.JOHNNY SAID TOMMY CAME BY
HIS HOUSE ABOUT THREE MONTHS AGO WHILE HE WAS STAYING AT
NORMAN.TOMMY WAS IN HIS MOTHERS CAR.WE WENT RIDING AROUND
OUT IN THE COUNTRY.THE BACK ROADS AT LATTA.JOHNNY ASK
TOMMY IF HE WAS THE ONE THAT KILLED THAT GIRL,BECAUSE HE
LOOKED LIKE THE COMPOSITE.TOMMY SAID"NO I WOULD'NT DO
SOMETHING LIKE THAT".JOHNNY SAID THEY WERE CLOSE ENOUGH
HE FIGURED TOMMY WOULD TELL HIM IF HE DID IT.
TOMMY STOPPED BY JOHNNYS HOUSE ABOUT TWO DAYS BEFORE HE
WAS ARRESTED.HE JUST STOPPED TO SAY HI.HE AND HIS BROTHER
WERE IN THE CAR.HE SAID HE HAD TO GET BACK TO HOMINY,THAT
IS THE LAST TIME JOHNNY SAW TOMMY.
JOHNNY SAID HE HAD KNOWN KARL FONTENOT ALL HIS
LIFE.JOHNNY SAID KARL WAS A LITTLE DINGY AND THAT HE
DID'NT CARE FOR KARL.JOHNNY SAID HE WAS OUT WITH TOMMY
AND KARL A FEW TIMES LAST SUMMER.JOHNNY SAID HE NEVER
WENT TO ANY PARTIES AT JANETTE'S,BECAUSE HE DID NOT LIKE
THE PEOPLE.
JOHNNY SAID THE VEHICLE HE SOLD TO ALBERT COX WAS A
SILVER FORD,BUT ALBERT NEVER GOT IT TO RUN.THIS WAS QUIET
A WHILE BEFORE HE WENT TO THE PEN.
JOHNNY SAID HE DID NOT KNOW RONALD E.YORK OR DAVID
ROSS.

D.W.BARRETT
REPORTING OFFICER
11-13-84

024

DATE: _11-9-84_

SOURCE:

    Name: _Phil Kirk_

    Address: _Durant, Okla._

    Phone: _924-0664_

    Ref: _Tisdale, Ronald Gene._

LEAD ASSIGNED: _D. Smith_

LEAD SUMMARY: _Check status of Ronald Gene Tisdale from federal parole officer Phil Kirk. Obtain photo of suspect._

CONCLUSION SUMMARY: _On 11-9-84  D. Smith received a photo of Ronald Gene Tisdale from P.O. Phil Kirk, U.S. probation officer assigned the Durant area. Kirk stated the suspect did not have a moustache or beard on April 16, 1984. He went on to say Tisdale did not own a vehicle, but he thought he was driving his mother's vehicle. He did not know the description of the vehicle or type. He said he thought Tisdale was cutting wood for a living when he worked. He said he would contact Tisdale next week and let us know where he can be reached._

025

DATE: 11-9-84

Eric Roberts
1129 S. Cherry Apt. a. 436-0813
work 332-3848

SOURCE:

Name: _Eric Roberts & Gregg Armstrong_

Address: _____

Phone: _____

Gregg Armstrong
921 E. 13th St
436-0813

LEAD ASSIGNED: _____

LEAD SUMMARY: Roberts & Armstrong were at a Keg party below the Canadian bridge on Hdwy #99 after the abduction of Harraway. Ward & a tall slim boy came to the party uninvited. Ward stated he looked like composite but it wasn't him.

CONCLUSION SUMMARY: 11-21-84 Eric Roberts and Gregg Armstrong came to the P.D. and gave the following statement. They said they were at a keg party (Friday night) at the Canadian River bridge the first part of May. They were only there about 20-30 minutes. Tommy Ward and a shorter WM who may have been Karl Fontenot walked up to them. Tommy blurted out that he was a suspect in the Harraway case and the police told him not to leave town. He went on to state the composite looked like him, but it wasn't him. Eric noticed a 68-70 dull white GMC or chev. P.U. short bed with large tires and mag wheels parked at the bridge but did not know who drove it there. There was 25-30 people at the party

26

over

HARAWAY CASE

INTERVIEW WITH SONNY LOWRY

INTERVIEW WITH SONNY LOWERY, 410 ORANGE ST. ADA, OK., 11-27-84. MR LOWERY SAID HE DID NOT KNOW ANY TOMMY WARD AND THE ONLY TIME HE STOPPED AT MCANALLEY'S WAS TO BUY GAS AND MONROE ATKINSON WAS WORKING THEN.

SGT JAMES D. FOX
11-27-84

SONNY LOWRY--410 ORANGE ST. ADA, OK.
HOME PH.#332-5047
WORKS:IDEAL CEMENT CO.
1100 W. 18TH
PH.#332-1512

027

HARAWAY CASE

INTERVIEW WITH DOROTHY EDWARDS

DOROTHY LUCYLLE EDWARDS WF DOB 8-11-64 RT.1 BOX 24F
PERRY,OKLA.405-336-3270 SSN/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 WORKS AT
GARBER MINI MART GARBER,OKLA PH/863-2237.DATED KARL
FONTENOT FIRST PART OF MAY 1984.

DET BARRETT TALKED TO DOROTHY EDWARDS BY TELEPHONE ON
11-27-84 AT 8:00PM,WHILE SHE WAS A WORK.SHE SAID SHE
DATED KARL FONTENOT ABOUT THREE OR FOUR TIMES AROUND THE
FIRST OF MAY 1984.SHE SAID THEY WENT RIDING AROUND TWO OR
THREE TIMES AND WENT TO BLUE RIVER ONCE.WHEN THEY WENT
RIDING AROUND THEY WENT IN HER FORD TORINO.WHEN THEY WENT
TO THE RIVER THEY WENT IN JANNETTE'S PICKUP.JANNETTE AND
MIKE ROBERTS,SHE AND KARL AND TOMMY WARD ALL WENT TO THE
RIVER TOGETHER.DOROTHY SAID SHE DATED KARL TWO AND A HALF
OR THREE WEEKS AT THE MOST.SHE SAID ONE OF THE REASONS
SHE STOPPED DATING KARL WAS WHEN HE TOLD HER THAT THE
OSBI HAD CAME AND TALKED TO HIM ABOUT DENISE HARAWAY.SHE
SAID SHE HAD  TALKED TO KARL RIGHT AFTER HE TALKED TO THE
OSBI.KARL TOLD HER HE WAS NOT IN ON IT AND HAD NO
KNOWLEDGE OF IT.DOROTHY DOES NOT REMEMBER IF SHE WAS
DATING KARL ON 4-28-84.SHE DID GO WITH HIM WHILE HE WAS
LIVING WITH JANNETTE.SHE MOVED TO PERRY THE LAST PART OF
MAY 1984.
    DOROTHY SAID SHE NEVER SAW KARL OR TOMMY IN A PICKUP
OTHER THAT JANNETTE'S.SHE SAID SHE WENT TO SCHOOL WITH
BRYAN COX,BUT DID'NT KNOW IF HE OWNES A PICKUP.SHE SAID
SHE HAS HEARD OF ODELL TITSWORTH BUT DOES NOT KNOW
HIM.SHE WENT TO SCHOOL AT ADA HIGH WITH HIS SISTER KATHY.
DOROTHY SAID SHE DID NOT KNOW OF A RONALD TISDALE.SHE
SAID SHE DID NOT GO TO ANY PARTIES AT JANNETTE'S.
    DOROTHY SAID SHE MET KARL THROUGH JANNETTE WHEN SHE
WORKED AT TACO TICO.SHE SAID HE SEEMED FRIENDLY,HE HAD
HIS OWN PROBLEMS,HIS PARENTS WERE DEAD AND HE WAS STILL
COPEING WITH THAT,HE WAS DOWN BECAUSE HE COULD'NT FIND A
JOB,SHE SAID"HE WAS JUST A SWEET GUY".
    DOROTHY SAID SHE WENT TO SCHOOL WITH TOMMY WARD AND
NEVER LIKED HIM.SHE TRIED NOT GO AROUND KARL IF TOMMY WAS
THERE.SHE WAS AROUND HIM THE DAY THEY WENT TO THE RIVER
BUT SHE DID NOT LIKE HIM AT ALL.
                              D.W.BARRETT
                              REPORTING OFFICER
                              11-27-84

HARAWAY CASE

YVONNE REED INTERVIEW

YVONNE REED SAID THAT WHEN THE PICTURES COME OUT
IN THE NEWS PAPER SHE THOUGHT THAT ONE OF THE PICTURES
LOOKED LIKE BILLY CHARLEY, THATS ALL SHE KNEW

SGT JAMES D. FOX
11-28-84

HARAWAY CASE

TELEPHONE INTERVIEW WITH CARIE MCCLURE

CARIE MCCLURE SAID SHE THINKS SHE WAS IN THE STORE
BETWEEN 8:00 AND 8:30PM. SHE WAS THE ONLY ONE IN THE
STORE WITH DENISE HARAWAY . CARIE SAID SHE HAD STOPPED
AT THE STORE TO GET MILK AND COOKIE FOR HER KIDS. SHE
REMEMBERS DENISE WORKING THAT EVENING BECAUSE SHE HAD
NOTICED THE DENISE HAD CUT HER HAIR. CARIE SAID SHE AND
DENISE TALKED FOR A WHILE AND THEN SHE LEFT THE STORE.
SHE KNOWS DENISE BECAUSE SHE SHOPPED AT THE STORE. CARIE
SAID SHE THINKS SHE REMEMBERS AN OLD BEAT UP CAR PARKED
OUTSIDE WHEN SHE LEFT THE STORE, SHE THINKS THERE WAS A
COUPLE IN THE CAR WITH SOME KIDS AND SHE THINKS THEY
WERE EATING SOMETHING.

SGT JAMES D. FOX
11-28-84

CARIE MCCLURE
3125 GAY DRIVE, ADA
PH,#436-0859
--------------------------------

030

HARAWAY CASE
TELEPHONE INTERVIEW WITH DUNEY ALFORD

ON 11-28-84, I TALKED WITH DUNEY ALFORD BY
TELEPHONE ABOUT THE HARAWAY CASE. DUNEY SAID THAT ON THE
DAY SHE WAS TAKEN, HE HAD WENT TO MCANALLEY'S TO GET
SOME SOAP. HE PULLED UP TO THE FRONT OF THE STORE AND
GOT OUT AND WENT INSIDE. HE SAID THERE WAS A GUY
STANDING BY THE FRONT DOOR ON THE INSIDE OF THE STORE,
DUNEY SPOKE TO HIM BUT THE GUY DID NOT SPEAK BACK. DUNEY
SAID ABOUT THE ONLY THING HE REMEMBERS ABOUT THE GUY WAS
THAT HE WAS DARK HAIRED, KIND OF SLICK DOWNED, AND THAT
HIS HAIR WAS PARTED ON THE SIDE. DUNEY SAID THAT WHEN HE
WALKED OUTSIDE THE STORE HE NOTICED A PICKUP PARKED ON
THE OUTSIDE OF THE STORE, AND THAT HE REMEMBERS THAT IT
WAS A CHALKY GRAY COLORED. HE SAID THAT HE KNOWS DONNA
HARAWAY BECAUSE HE SHOPPED AT THE STORE AND SHE WORKED
THERE. DUNEY SAID AS FOR AS HE CAN REMEMBER DONNA
HARAWAY WAS WEARING BLUE JEANS AND A LIGHT BLUE PULL
OVER BLOUSE THAT DAY. -----------------

                                    SGT JAMES D. FOX
                                    11-28-84

DUNEY ALFORD
2729 ARLINGTON, ADA
332-7757
DOB:12-22-24

031

HARAWAY CASE
INTERVIEW WITH BRYAN COX AT 1:45PM ON 11-14-84

BRYAN KEITH COX  19YOA
1-11-65  448629819
5'3", 150, BRN/BLUE
NO TATTOOS, 4" SCAR ON RIGHT UPPER CHEST
HOME ADDRESS IS 418 W. 4TH, BUT LIVES WITH IDA
CLEVENGER IN THE INDIAN HOUSING WEST OF LATTA SCHOOL.
BRYAN STATE HE PURCHASED A 1969 GRAY PRIMERED GMC PICKUP
FROM HIS BROTHER, GRANT COX, IN THE SUMMER OF 1983.  HE
SAID HE CHANGED THE COLOR OF THE PICKUP TO A RUST PRIMER
ABOUT TWO OR THREE WEEKS AFTER THE HARAWAY KIDNAPPING
BECAUSE OF POLICE OFFICERS STOPPING HIM.  HE SAID THE
STEERING WHEEL WAS SMALL BUT HIS BROTHER PUT A LARGER
ONE ON IT RECENTLY.  THE PICKUP HAS A PIONEER CASSETTE
PLAYER AND EQUALIZER IN IT.  HE ALSO STATED THE PICKUP
HAS A BENCH TYPE SEAT.  BRYAN SAID HE WAS WORKING FOR
VAUGHN DUNCAN AT 62ND AND S. MAY IN OKC DURING THE TIME
OF THE KIDNAPPING.  THE COMPANY TELEPHONE NUMBER IS
685-0372.  HE SAID HE MADE $6.75 AN HOUR AND WAS PAID
WEEKLY.  HE STATED HE AND BRAD WEBSTER OF ADA, WOULD
RIDE TO THE CITY TOGETHER SOMETIME WHEN HE WAS WORKING
FOR VAUGHN DUNCAN.  WEBSTER'S GRANDPARENTS OWNED THE
TOWN AND COUNTRY STORE EAST OF ADA.  BRYAN SAID HE HAD
HIS PICKUP TORN DOWN PRIOR TO 4-28-84 AND WAS PUTTING A
DIFFERENT MOTOR IN IT.  HIS UNCLE, TERRY MILLER, HELPED
HIM WORK ON THE PICKUP AND PUT THE MOTOR IN IT.  COX
SAID HE SAW TOMMY WARD AND KARL FONTENOT AT OR IN FRONT
OF EDDIE FILES HOUSE AT 10TH AND JOHNSON IN THE SPRING
AFTER THE HARAWAY KIDNAPPING.  THEY ASK IF HE WANTED TO
SMOKE A JOINT.  HE GAVE THEM A RIDE TO BEHIND DUTCH'S
SHOPPING MARKET TO AN APARTMENT TO BUY SOME MARIJUANA.
TOMMY WALKED TO THE APARTMENT AND WAS GONE ABOUT FIFTEEN
MINUTES.  HE REMEMBERED HIM SPENDING ABOUT $25.00 OR
$30.00.  TOMMY GAVE KARL SOME MONEY BACK WHEN HE
RETURNED WITH THE BAG.  TOMMY HAD A FULL HEAD OF HAIR AT
THE TIME AND KARL HAD A SHORT HAIR CUT.  HE SAID HE
REMEMBERS GOING BEHIND THE EVANGELISTIC TEMPLE CHURCH TO
SMOKE THE DOPE.  HE SAID HE NORMALLY DRINKS BUDWEISER
OUT OF A CAN.  COX STATED THAT TOMMY WARD, JOHNNY
DANIELS, EDDIE FILES,AND KARL FONTENOT, WERE RUNNING
MATES.  HE MAY HAVE RAN AROUND WITH TOMMY TWO OR THREE
TIME THIS YEAR.  BRYAN SAID AFTER THEY BOUGHT THE DOPE,
THEY DROVE AROUND FOR AWHILE THEN HE TOOK KARL BACK TO
THE APARTMENT AND LET HIM OUT.  HE SAID HE NEVER LOANS
HIS TRUCK TO ANYONE.  HE AGREED TO TAKE A POLYGRAPH TEST
IF AND WHEN HE NEEDED TO.  HE SAID HE IS CURRENTLY
WORKING FOR RONNIE SNYDER OF ADA.

CONCLUSION:

COX WAS NERVOUS DURING THE INTERVIEW.  HE SEEMED
UNCERTAIN ABOUT SOME OF THE ANSWERS HE GAVE, BUT
APPEARED TO BE COOPERATIVE IN HIS MANNER.  HE AGREED TO
BE RE-INTERVIEWED AT A LATER DATE.

032

HARAWAY CASE
INTERVIEW WITH BRYAN COX BY DENNIS SMITH


BRYAN COX CAME TO THE POLICE DEPARTMENT AND GAVE
THE FOLLOWING STATEMENT.
HE SAID HE HAS BEEN WORKING IN OKLAHOMA CITY AND
GOT HOME AROUND 8:00 PM FRIDAY, APRIL 27TH, 1984.  HE
SAID HE SPENT THE NIGHT AT TERRY MILLER'S HOUSE AT THE
LATTA LOW-RENT HOUSING.  THE NEXT MORNING HE WENT TO HIS
MOTHER'S HOUSE AT 418 W. 4TH AND WORKED ON HIS PICKUP
UNTIL AFTER 6:00 PM.  HE SAID HE WENT BACK TO TERRY AND
GLENDA MILLER'S AND SPENT THE NIGHT.
COX STATED HE OWNS A 1969 CHEVROLET PICKUP THAT IS
PAINTED GRAY PRIMER.  HE SAID THE PICKUP HAS BEEN BROKE
DOWN FOR THE PAST WEEK AND WAS NOT RUNNING SATURDAY,
APRIL 28, 1984.  THE TRUCK IS PARKED BEHIND HIS MOTHER'S
HOUSE LOCATED AT 418 W. 4TH.

CAPT. D. SMITH

11-8-84        6:00 Pm

Donna Haraway Case

Interview with Jack Paschall, 435 So. Monta Vista 436-1611
By Detective James D. Fox at the Ada Police Dept.


Mr. Paschall said that on April 28th, 1984,
he was comping into town and decided to stop at
J.P.'s Quick Stop, he works there sometimes when they
are short handed, he said the time was prior to 8 pm,
he thinks around 20 minutes till 8 pm. Karen Wise
was the girl that was working that evening. When
he walked in and was talking to Karen, she told
him that she was nervous about the two young
men that was in the back in the pool room area.
Karen said that everytime she looked in the back,
one of the guys would be looking or watching her.
Mr. Paschall said he walked to the back and
checked the back door and the store room, to make
sure no one was hiding back there. He does not
remember wheather he did this on his own or
wheather Karen ask him to do it.

When he got back to the front of the store
he was talking to Karen and one of the guys
came out of the back and ask Karen for some
quarters. This young man was slender build,
medium to light brown hair, his hair came down
just below the ears, he was 5'10" to 5'11", with
a slim face, his cheeks had a hollow appearance.
When Karen gave him the quarters, he went to
the back and a short time later, both young

034

men came out and left the store. They got in an older model pickup, he said "my impression was that the pickup was a chevrolet pickup in the mid 60's to early 70's model and had primer paint on it."

He said there was something about the tailgate that sticks in his mind. Either it was ~~painted~~ bent up badly or either it was missing, he said he could not remember which.

Mr. Paschall said they left about 10 minutes after he arrived at the store.

They other young man had a ruddy complexion with sandy blond hair with a reddish tint. He was husky build about 5'9" to 5'11" and weight about 185 pounds. ✱

Jack Paschall, w/m, 41 yrs old, 5'5", 180 lbs. teaches at E.C.U.

Sgt James D. Fox

Line up   11-8-84    7:30 Pm      7 man Line up

Shortly before 7:30 PM all men were dressed in white coveralls with Pontotoc Co. Prisoner on the back. All men were lined up in front of a two way mirror. At 7:30pm Jack Paschall entered the viewing room. Each man was ask to step up and then step back. Mr. Paschall said that he had seen #1 on campus, he did not know his name but knew his face. All of the men were ask to turn right - face forward - turn left - face forward.

Gary Rogers then entered the viewing room and ask Jack Paschall if he wanted to see anyone of them closer or do anything. Mr. Paschall said # 6. Gary then stepped out of the room and ask # 6 in the line up to step forward - turn right - face forward - turn left - face forward - step back.

Gary Rogers entered the viewing room and ask Jack if he wanted anyone else to do anything or would Jack like to see them step closer. Jack said he would like for them to step closer. Gary stepped out and ask all the men to step forward about 5 to 6 steps. All stepped forward All were asked to turn right - face forward - turn left face forward.

036 Gary then ask Jack if there was anything else Jack said No

All men were asked to turn facing the wall. At 7:35 PM Jack Paschall left the viewing room.

Detective Beskins then took picture of the 7 man line up. ☆

Sgt James D. Fox

People present in the viewing room were Det Fox, Asst. D.A. Chris Ross, Don Wyatt (attorney for Ward), Jack Paschall

10-24-84          2:45 PM

Johnny Dueck said he and Bruce Depratu
drove to Gordon Calhoun's apartment on South
townard on April 28, 1984 around 11:30 PM.
He said Bruce was driving a red
compact Toyota 2dr. 1981. They followed
a green chevelle, charger or challenger.
into the parking area of the lot
facing North. Both got out of the
car & Karl Fontenot stopped Johnny as
he started up the stairs. Johnny
grabbed him by the neck and shoved
him against the car, thinking he wanted
to fight. Karl said wait a minute

038

man I have something to show you.
the other two men got out of the
car as Karl opened the trunk of the
car. Karl opened the trunk and
said check this out." Johnny lifted the head up. saw a
long blond haired girl laying in
the trunk. She had a white T-shirt
on and it was covered in blood. Her jeans
was cut up at the crotch and legs.
    Janette Blood Roberts, Bruce. Deprater
Johnny Duck, Calhoun was on the
    balcony and Johnny told him
there was a body in the trunk of
his car. He shook his head and went
back in the apartment.
The body was a WF with a good build
sandy blond hair,
        The other two guys told Karl
"lets go" when Ducks become upset over
what they saw. He said they drove North
on Townsend and turned West
    He saw Karl a couple of weeks later
and ask him about the body. Karl
denied any knowledge of the incident.
Tommy Ward threatened Duck later by
saying " I guess I'm going to have to kill you.
    when he found out Duck had gone to

Duck pulled a 22 revolver on him and told him to go for it. Tommy was sharpening a knife