041

LEAD SHEET

DATE: 5-22-84

SOURCE:

Name: Dep. Houston Yeager
Address: Huges Co. S.O.
Phone: 405-379-3383

LEAD ASSIGNED: Smith

LEAD SUMMARY: On 5-22-84 Dep. Yeager telephoned
ARRESTED 5-17-84 ) Agent Rogers with information concerning two subjects
who have been arrested in Holdenville for possession of marijuana
gun. Duty they also had $6800 in cash in a box in the
trunk of their vehicle. After their release they went to a convience
store and were acting suspicious.

#1 Gary Drake w/m 1-26-62 5'7" 150 lbs Brn/Brn 554-353-603-571
Rt #4 Box 103 Holdenville, Ok. - Fathers name R.H Drake

#2 David W. Ellis w/m 6-24-59 6'1" 175 lbs Brn/Brn
current addess- 1008 Surry Dr. Wewoka - Also has 14 E. Ordinance and Box #54
in Wewoka - Vehicle gray or silver Camaro 80s ? OK. ??

CONCLUSION SUMMARY:

041

042

LEAD SHEET

DATE: MAY-3-1984

SOURCE:

   TIME:     Unknown

   DATE VS:

   BLOCK#:

LEAD ASSIGNED: ~~Em~~ BASKIN/HOGAN

LEAD SUMMARY: Caller Advised that Don Phillip Clover
w/m 6'0" Approx. 34 yrs old, 200 lbs Drives A
primer type pickup And he Lived in Tahlequah

CONCLUSION SUMMARY:

042

043

LEAD SHEET   CR-84-094

DATE: 5-12-84

NATURE:

FROM:  SHERIFF DON KAISER

Address: Pontotoc Co Sheriff Office

Phone: 405-332-4168

LEAD ASSIGNED: HOGAN - BASKIN

LEAD SUMMARY: Sheriff Kaiser was contacted by a citizen and was told that Chuck Shaw and Joe Schutte were possible look a likes to composite drawings and also they had access to an older model pickup. Subjects possibly live around the Tupelo area.



Chuck Shaw

Joe Schutte

CONCLUSION SUMMARY:

044

Rhonda Kay Hardy Herrera
323 W. 5th          no phone        DOb 12-19-66
5'4"  Br & Br.

the following
statement to
Det. Smith →

      On October 30, 1984 Rhonda Herrera gave
Rhonda said she has known Tommy Ward
for nearly a year. She met Odell Titsworth
in February of 1984 and Fontenot in
May of 1984. She was introduced to Odell
by Niki Lindsey at Glenwood Park. She
met him again on Main street one
evening while he was with a couple of girls.
She said Odell got loud when he was drunk
and tried to be maucho, but never knew
of him having any fights.

      She said she saw the composites on T.V.
and thought one of them looked like Tommy Ward.
Melvin Hardin told her Tommy Ward made
a statement one time when he saw a girl, "I
would like to knock ~~her girls to~~ her teeth out
and fuck her in ~~the~~ mouth.

      Rhonda said she lived with her brothers,
Tony and Jimmy Hardy, in Okla. City untill
April 20th. She came back to Ada and
stayed a couple of weeks with Janette Roberts.
She moved in with Mary Kyle on Mississippi
North of Arlington a short time later.
She said Sherry Kyle gave a party on April
28th for someone named Tim.

045

Rhonda said Janette Roberts had a
couple of parties that she had gone to
when Janette lived on fourth Townsend.
She said when she stayed with Janette, Karl,
Niki, Tommy, Jessica and sometimes Amy
stayed there. She did not remember going
to the Blue River untill May 1984. She
said and Janette went to the Blue River
with David Wilson. They saw Odell Titsworth
and some other people there.

HARAWAY CASE

INTERVIEW OF JIM MOYER


On 4-30-84, JAMES MOYER, 704 E. 12th, Ada, OK, work telephone number 332-6607, was interviewed by Detective Danny Barrett.  MOYER advised he went to McAnally's at 7:30 pm, Saturday, 4-28-84. A pickup pulled in faceing the building between the door and the ice machine.  A dark haired guy came in the store first, then a blond haired guy came in later.  MOYER left approximately one minute after they came in.  The pickup was about a 67-69 Chevrolet, light gray, rough looking.  MOYER glanced at the tag but cannot remember it.  The pickup may have had a trailer hitch on it.

D.W. BARRETT
REPORTING OFFICER

LEAD SHEET   CR-84-094

DATE: 4-30-84

SOURCE:

Name: Jo Ann McCullough
Address: Peach Tree Junction, Stratford, OK.
Phone#: 759-3634 (11-7)

LEAD ASSIGNED: _____

LEAD SUMMARY: JoAnn reported a Short Bed Silver Pick-up with a Orange Stripe down the Side. She thinks the 2 boys looked like the Composite drawings. She said they were in the Store around 3:30 Sunday Morning.

CONCLUSION SUMMARY: _____

047

LEAD SHEET  CR-34-094

DATE: *5-20-84*

SOURCE:

Name: *J. W. Smith*
Address: *O.H.P.*
Phone#: _____

LEAD ASSIGNED: _____

LEAD SUMMARY: *John Smith told Det Baskin that a car stopped at JP's and a young boy went into the store to make a purchase. When he got inside there wasn't anyone there and he waited a second and then left the store*

CONCLUSION SUMMARY: _____

049

LEAD SHEET  CR-84-094

DATE: _____

SOURCE:

Name: _UNKNOWN_____

Address: _____

Phone#: _____

LEAD ASSIGNED: _____

LEAD SUMMARY: JAMES WRIGHT  501 E 16ᵗʰ  MOTHER AND STEP FATHER (ROLAND SATTERFIELD).  WRIGHT OWNS A 69-71 GRAY OR GRAY PRIMER PK

_____

_____

_____

_____

_____

_____

_____

CONCLUSION SUMMARY: _____

_____

_____

_____

_____

_____

_____

_____

_____

049

LEAD SHEET   CR-84-094

DATE: _5-4-84_

SOURCE:

Name: _Rod Haynes_
Address: _Tulsa, 5925 E 24th PL_
Phone#: _918-834-5091_

LEAD ASSIGNED: _____

LEAD SUMMARY: _Advised MIKE HARRIS ~~looks~~ looks_
_Like Suspect # 1_ _____

CONCLUSION SUMMARY: _____



LEAD SHEET   CR-84-094

DATE: _5-17-84_

SOURCE:

Name: _Hohl Lyons_
Address: _Wewoka ok_
Phone#: _____

LEAD ASSIGNED: _____

LEAD SUMMARY: _MR Lyons is DENISE HARAWAYS Uncle_
_Called and Advised JERRY McDANIELS looks_
_Like one of The Composits. He Lives EAST_
_of Homer IN A 2 Story House. He Also has_
_A Paint and body Shop At his home._

CONCLUSION SUMMARY: _____

052

LEAD SHEET   CR-84-094

DATE: _5-2-84_

SOURCE:

Name: _Loyd CANNON_
Address: _____
Phone#: _889-2930_

LEAD ASSIGNED: _____

LEAD SUMMARY: _MR CANNON SAID THAT he knows 2_
_SETS OF BROTHERS THAT Looks Like the Photo_
_he SAW ON TV._
_(1) ARLey + Billy Rowell - They ARE blond And FiTs_
_description - Both hAve been to PRISON beFore - They_
_drive A Primer colored Gray PK 70's mod._
_(2) Ronnie + EVERETT DUNCAN : EVERETT hAs blond hAir_
_to bottom of EARS. Lives 3 mi S. oF CenterPoint_

CONCLUSION SUMMARY: _____
_____
_____
_____
_____
_____
_____
_____
_____

052

053

LEAD SHEET   CR-84-094

DATE: _5-2-84_____

SOURCE:

  Name: _UNKNOWN_____
  Address: _____
  Phone#: _____

LEAD ASSIGNED: _____

LEAD SUMMARY: _CALLER SAID # 1 SUSP. WAS KENNY_
_MOSGROVE from Stonewall_____

CONCLUSION SUMMARY: _____

054

LEAD SHEET   CR-34-094

DATE: _5-1-84_

SOURCE:

Name: _ARKLA GAS EMPLOYEE_

Address: _____

Phone#: _____

LEAD ASSIGNED: _____

LEAD SUMMARY: _Clinton Lackey Jr , 1500 Fairview drives_
_a gray primer P.U. SS# 443562236 DOB 9-2-52_
_wife Wilena - Solo Cup Co-_

CONCLUSION SUMMARY: _____

054

055

SUPPLEMENT REPORT

*January*

CASE# CR 84-094          DATE   4-30-84          0840

NAME OF ~~VICTIM~~ *WITNESS*   MARVALENE SILAGY

ADDRESS   McANALLYS ON N Bluy

TELEPHONE

DATE INCIDENT REPORTED   4-28-84

NARRATIVE SECTION   MRS SILAGY ADVISED ABOUT 0830 A WM-
25, TALL, SLENDER, DARK BRN HAIR TOP OF EAR length,
WHITE SHIRT, NAVY BLUE PANTS (UNIFORM TYPE),
MAN WAS IN A GRAY PRIMER PK. LEFT GOING N.
ON HY 99
A CUSTOMER IN the STORE WAS GOING to FOLLOW
him AND TRY to get TAG INFO.

REPORTING OFFICER   Barrett          DATE   4-30-84

055

056

DATE: 6-13-89

SOURCE:

Name: W A Joyce

Address: Lindsay, Okl.

Phone#:

LEAD ASSIGNED: Rogers - 6/13/14

LEAD SUMMARY: _____ advised the girl that worked
at McKinneys just before Denise quit because
of a guy bothering her. She dated 62-63
She talks with and _____ girls or 5'11 could be
broken _ a 5'10 155 blond hair - supposed to still
be in Ada. Called McKinley they advised the
girl was Kathy Wilson and had moved to
Dallas - Contacted Sammy Wilson her ex husband
he advised she worked at 2 clinics in Mesquite
and Dallas - Meo - 214-681-0477   Dallas - 214-638-1523

CONCLUSION SUMMARY: _____

Cathey Wilson (H) 214-495-7011 works at two clinics
in the DALLAS AREA  WOMENS CLINIC 214-681-0477 AND
the DALLAS LADIES MEDICAL CLINIC 214-638-1923.

    WHEN ASKED About the above SHE Said that SHE NEVER
really has any specific problems with anyone like Described Above.
SHE DID Say while working at McKinleys SHE had an individual
Steal money from the register while there were several people
in the store. SHE Adler stated that someone Attempted to rush her
Down in the store parking lot one night while emptying trash.
SHE feels that these individuals might have mistaken her for her

LEAD SHEET   CR-84-004

DATE: _5-1-84_
      6:50 PM

SOURCE:

Name: _UNKNOWN MALE_
Address: _____
Phone#: _____

LEAD ASSIGNED: _____

LEAD SUMMARY: _Caller Advised Subj that hooks #1_
_Lives 1st house on Left E. of Polk St. on Gray_
_DR. Subj has Gray Primer PK Big wheels in_
_Back, Dose not know Subjs name but Curtis_
_Lawson owns house_
_Caller may Live Across Street._
_____
_____
_____

CONCLUSION SUMMARY: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

058

5-29-84
8:30 AM

P.S. from Jeff Glaze, S.O.

He said, Bill Taylor, Stonewall Marshall, advised him two men came into the malt shop a few days ago and the manager of the shop thought two of the men looked like the composite. The two men were with Joe Tatum who drives a Chevrolet Monza. NW-7305 84 Okla.

059

LEAD SHEET   CR-34-094

DATE: _6-3-84_____

SOURCE:

   Name: _Mark Machado_____
   Address: _Seminole P.W_____
   Phone#: _382-3533 (H)  382-3434 (W)_

LEAD ASSIGNED: _Garrett_____

LEAD SUMMARY: _Officer Machado advised a man working_
_at the Carnival in Seminole 6-2-84 looked_
_similar to Susp#1. He works the T-Shirt booth._
_Machado will teletype the name of the Carnival_
_and any other information later -_
_____
_____
_____

CONCLUSION SUMMARY: _____
_____
_____
_____
_____
_____
_____
_____

060

| LAST NAME | FIRST NAME | MIDDLE NAME | ALIASES: | | | STATE | YEAR EXPIRE |
|---|---|---|---|---|---|---|---|
| | Clifford | D. | | | | None   Ok | 77 |

| RESIDENCE   Box 276 Fittstown,OK | | SEX | COLOR | AGE | DRL No. |
|---|---|---|---|---|---|
| Rt 4   Ada, Oklahoma | | M ☒ F ☐ | W ☒ c ☐ o ☐ | 20 | 441629014 |

| DATE OF BIRTH | HEIGHT | WEIGHT | BUILD | HAIR | EYES | Operator Chauffeur Comm. Chauffeur |
|---|---|---|---|---|---|---|
| 10-16-55 | 5'5 | 136 | | | | |

| DATE | TIME a.m. p.m. | CHARGE | LOCATION | OFFICER | CASE NO. | DISPOSITION |
|---|---|---|---|---|---|---|
| 1-22-75 | 2140 | No Drivers License | Lab Rd. Cradduck and Kerr | Nemecek | A-14026 | 2000 forft |
| 1-22-75 | 2140 | Improper Tag Display | Lab Rd. Cradduck and Kerr | Nemecek | A-14175 | 1000 forft |
| 5-18-75 | 2305 | Driving under susp. | 100 N. Oak | Linker-Lillard | Filed in county |  |
| 5-4-76 | 2040 | Careless Driving | 300 S. Rennie | McElhannon | A-0009 | Warrant |
| 8-15-76 | 1223 | Failed to Appear on a summons | 14th & Rennie | Phillips | 125-3617 | 20⁰⁰ forft 35⁰⁰ forfl |
| 3-7-77 | 1340 | Disobeyed Stop Sign | 18 & Johnston | Scott | A-2116 | 10.00 forft |
| 3-13-77 | 1910 | Speeding | 500 S Johnston | McElhannon | A-2430 | 18.00 forft Warrant |
| 7-9-77 | 2211 | Failure to appear on summons | 1001 N Francis | Fox-Phillips | 135-4469 | 35⁰⁰ forft |
| 10-8-77 | 1315 | Speeding | 700 Arlington | Morris Marion | A-2957 | 25.00 forft 25.00 bd. |
| 8-2-78 | 1405 | Speeding | 300 Stadium | Marion-Lewin | 0627 | 3⁵⁰⁰ forft |
| 8-31-79 | 1755 | Fail to app on summons | 14 & Miss | Miller | 160-9017 | 35⁰⁰ forft |
| 11-16-79 | 1232 | Expired Insp. Sticker | 10th & Fran- | Barrett-B. Smith | 10315 | 25⁰⁰ forft |
| 7-12-83 | 2230 | no DL | 800 N Francis | Painter | 1011 | 35.00 forft |
| 9-8-83 | 0039 | D.U.S. (D.I.) | 4th&Bdwy | Peak | 1546 | filed in Co. |

060

061

LEAD SHEET CR88-711
~~CR-54-994~~

DATE: 4-30-84

SOURCE:

Name: WAYNE CASE

Address: _____

Phone#: _____

LEAD ASSIGNED: _____

LEAD SUMMARY: MR CASE Called And Advised Billy Charley used to have A 1969-71 Chev PK PRIMERED with wide Tires & Jacked up IN Back. Several other People Called IN Saying Billy Charley Fit Description

CONCLUSION SUMMARY: _____

061

062

LEAD SHEET  CR-34-094

DATE: 5-2-84

SOURCE:

    Name: Jack Hill
    Address: DA. OFFICE Bryan County
    Phone#: DA INVESTIGATOR

LEAD ASSIGNED: _____

LEAD SUMMARY: Jack called and Said 2 boys from
Cool County drove a P4u with Primer Spots. He
will get Further INFORMATION and call Back.
      #1 William Washburn  5-7  150  Blonde HAIR
      #2 Ronnie Washburn  5-10  200  Light Brown HAIR

CONCLUSION SUMMARY: _____

062

063

LEAD SHEET    # 84-094

DATE: _5 - 4 - 84_

SOURCE:

  Name: _Sue Lightner_
  Address: _____
  Phone#: _235 - 4440_

LEAD ASSIGNED: _____

LEAD SUMMARY: _Called said she saw older gray_
_PK like one used in Haraway disappearance_
_need to call her back -_

CONCLUSION SUMMARY: _____

064

LEAD SHEET  CR 84-094

DATE: _4-30-84_____

SOURCE:

   Name: _KindrE Johnson_____
   Address: _Wynnewood_____
   Phone#: _665-4439_____

LEAD ASSIGNED: _____

LEAD SUMMARY: _#2  Dale Jackson, wm, Early 20's_
_TAller Than #1, Dishwater blond, FeaTheRed hAIR, from_
_ARound AdA_____

_____
_____
_____
_____
_____
_____
_____

CONCLUSION SUMMARY: _____

_____
_____
_____
_____
_____
_____
_____

## CITY OF ADA, OKLAHOMA—POLICE DEPARTMENT
# OFFENSE REPORT

Complaint__ Detective Lewis   Kentuckey State Police _____ **Case No.** Haraway _____

Address____ Route 13 Box 1   London, Kentuckey _____ 40741 _____ **Phone** (606)-878-6622

Offense__ Unidentified Homocide Victim _____ **Place of Occurance** Williamsburg Kentuckey

Report received by ___ 219 ___ at _4:45_ **P**.M. **Date** 6/15 _____, 19 84 ___ **How reported** Teletype _____

Date and time offense committed _____ UNK _____ **Officer Assigned** Baskin/Rogers

Time of investigation _____ .M. Date _____

Suspects and/or persons arrested _____

**DETAIL OF OFFENSE** (State fully all other circumstances of this offense and its investigation)

_____DEtective Lewis reported finding a body of a deceased white female in the Cumberland River. The body was believed to have been thrown into the river from a bridge that crosses the river about 1½ miles north of the area the body was found on highway 204. _____

_____The body is that of a white female described as being 21-30, 5-6, Light brown hair with a trace of red in it, no surgeries, probably has had no children and has had extensive dental repairs. Jewelry- 1 diamond solitar ring "Minners cut" 1 nugget ring, pearced earings with amethysist stones, 1 pair of rope chain earings. Clothing- none. _____

_____The boby was stabbed in the chest and had 2 defense wounds on her arms. _____

_____The body was taken to the state medical examiner's office in Louisville. The doctor in charge of the case was DR. Nichols. Dr. Bernstein is the dentist that did the dental work. His phone number is (502)-588-5587 work and (502)-459-7188 home. We spoke with DR Nichols on 6-15-84 and found that the body had all four wisdom teeth in place. The dental records of Donna Haraway according to DR. McBride indicate that Donna's wisdom teeth hadn't came in at the time of her dissappearance. We are to contact DR. Bernstein on Monday the 18th at his work number and he will try to cover the chart more completly to  remove all doubt about the identity. According to the Pathologist's report the victim was dead around 2 weeks before being discovered. At this time it is not believed to be Donna Haraway. The Victim was found about 45 miles from the Body of Walkers victim that was found in Kentuckey. _____

6-18-84  Dr. Bernstein was contacted by Dr.
Jack Haraway and the body was complety eliminated

065                    **Signature of Officer** _Mike Baskin_ ____ **Date** 6-16-84

066

CASE # __84-98__                    DATE __4-29-84__

NAME OF VICTIM __Donna Denice Haraway__

ADDRESS __202 E. 14th__

TELEPHONE __332-8957__

DATE INCIDENT REPORTED __4-28-84__

NARRATIVE SECTION   At 2 PM 4-29-84 D. Smith took a
statement from Bill Horton who owns Horton's grocery
East of Ada. Mr Horton stated 2 white men and a
white female came to his store yesterday around
5:30 PM. He said the woman came in the store first
and bought 3 cans of pop. The girl was about 17-18
years old and had a white strapless blouse and
a dress. The men were in there early 20's.
One of the men came in the store and purchased
3 cans of beer and left. The driver of the truck
didnt come in the store.

    Due to the time the subjects came
to the store and the description of the female,
it was determined that these subjects were
not the same as those who took the Haraway
woman from McAnally's

Bill Horton                    driving slick 70's pickup
Kirby Dr.                       dull gray
Ada, Okla. 332-6406

REPORTING OFFICER              DATE              TIME

   D. Smith                   4-29-84           3:05 PM.

066

067

JAMES  Houston  LeFlore
Box 28  Fittstown
777-2750  —
5-8  165  Blond (DARK)  Blue
12-30-65

SAT went to Fittstown Quick Stop
7:30 Stayed 20 min. LEFT with JEFF
Sliger And went to Birds mill Spring
stayed there 15min went back to quick
stop. DROPPED JEFF OFF went South of
Fittstown And SAW John LEFLORE BROTHER.
This was About 8:30  I talked to my
Girl FRIEND Donna Hogner on Phone AT Johns
House. from 8:30 - 11:30.
Melton Brown was working AT quick stop
Rockey Holt & Scotty Donnigan were At
quick stop Also —

068

LEAD SHEET   CT-84-094

DATE: 6-10-84

SOURCE:

Name: DEP KEN MENATREA
Address: PAMPA S.O. PAMPA TX        SO
Phone#: 806-669-6038 @ 806-665-5769

LEAD ASSIGNED: BARRETT

LEAD SUMMARY: DEP MENATREA Advised Constable Jim
McDonald in McClain TX (GRAY CO.) stopped
Veh Stolen From Wichita Ks. 2 Subj's ARRESTED
Fit Composit DRAWINGS. Subj #1 Richard Leo
Nault 3150 S. Bdwy Wichita Ks. 5-9 135" BRN + BL
7-27-65   Subj #2 JAMES B FORREST 25 LAURAL
Wichita Ks. 3-8-66  5-7 150  LT BRN + Blue.
DEP MENATREA will send Photos. Veh Stolen
WAS A MERCEDES but Jim McDonald has All INFORMATION
on Veh.

CONCLUSION SUMMARY:

068

069

LEAD SHEET   CR-84-194

DATE: _4-30-84_____

SOURCE:

   Name: ___unknown_____

   Address: _____

   Phone#: _____

LEAD ASSIGNED: _____

LEAD SUMMARY: _Looks Like Susp #1 Arthur "Art" Amies_
_WM 22-23 Dishwater Blond or Brown 5-5 to 5-6_
_Stocky Build_
   _B&R Trailer Park several years ago, whi Chev P.U._
_w/mags, Acne scars on Face, Father is Paralized and_
_may live in ndm_

CONCLUSION SUMMARY: _____

069

**ADA POLICE DEPARTMENT**
**OKLAHOMA UNIFORM VIOLATIONS COMPLAINT**

Case No. _____ Docket No. _____ Page No. _____
State of Oklahoma,
County of PONTOTOC ss. ADA | Municipal | Court

COMPLAINT—INFORMATION 2993

the undersigned, being duly sworn, upon his oath deposes and says that:

on or about (date) 3-12-83 | at (time) 0054 | at or near (location) 400 E Main
County number 67 | East 05 | Control-Int. | North | Location

within the city, county and state aforesaid:

Name: Coffman Jimmy F Jr (last, first, middle) AFP ☐ zip code
Address: 539 N Beard
City: Ada State: OK
birthdate (mo., da., yr.) 5-19-66 | height 5'10" | weight 175 | race W | sex M | op. Ch. Cc. Mc. Other
DL No.: 561298030 | yr. 84 | State OK
Employer: Self

did then and there commit the following offense:

make | body style color | license no. WA777 | state OK | year 83

| | | | Pace | Radar | Plane | Vascar |
|---|---|---|---|---|---|---|
| SPEEDING ☐ | MPH in | MPH Zone | ☐ | ☐ | ☐ | ☐ |

Disobeyed Stop Sign ☐: ☐ wrong place ☐ at walk speed ☐ faster
Disobeyed ☐ past middle ☐ middle of ☐ not reached
Traffic Sig. ☐: ☐ intersection ☐ intersection ☐ intersection
Improper Turn ☐ no ☐ into wrong ☐ cut ☐ from wrong ☐ pro-
left-right-U ☐ signal ☐ lane ☐ corner ☐ lane ☐ hibited
Improper ☐ at intersection ☐ cut in ☐ on hill
Passing & ☐ between traffic ☐ on right ☐ marked zone
Lane Use ☐: ☐ lane straddling ☐ wrong lane ☐ on curve
☐ Failure to Yield ☐ Following too Closely ☐ Parking violation (describe)
Other violation: Careless Driving

The undersigned further states that he has just and reasonable grounds to believe, and does believe, that the person named above committed the offense herein set forth, contrary to law.
Sworn to and subscribed before me this _____ day of _____, 19___ } M. Mills signature of officer
name and title Badge No. 28 Troop/ Dist. No. F
Court Appearance 14 day of March, 19 83 at 8 A M
Address of Court: ADA CITY HALL

without admitting guilt, I promise to appear in said court at said time & place:
Signature: Coffman

| | Caused Person | PD PI FATAL |
|---|---|---|
| Slippery | to Dodge | ☐ ☐ ☐ |
| Pavement | ☐ pedestrian ☐ vehicle |
| | ☐ driver | ☐ hit fixed object |
| | | ☐ right angle |
| | just missed | ☐ head on |
| | accident | ☐ sideswipe |
| | | ☐ rear end |
| | | ☐ ran off roadway |
| | | ☐ intersection |

070

Coffman Jimmy F Jr

2993

---

**ADA POLICE DEPARTMENT**
**OKLAHOMA UNIFORM VIOLATIONS COMPLAINT**

Case No. _____ Docket No. _____ Page No. _____
State of Oklahoma,
County of PONTOTOC ss. ADA | Jud. Dist. | Municipal | Court

JUVENILE COMPLAINT—INFORMATION 1011

the undersigned, being duly sworn, upon his oath deposes and says that:

on or about (date) 7-12-83 | at (time) 2230 | at or near (location) 800 N Francis
County number 62 | East 0 | Control-Int. | North | Location

within the city, county and state aforesaid:

Name: Coffman Clifford D (last, first, middle) AFP ☐ zip code
Address: Box 276 76842
City: Fittstown State: OK
birthdate (mo., da., yr.) 10-16-55 | height 5-5 | weight 140 | race CM | sex M | op. Ch. Cc. Mc. Other
DL No.: 441629014 | yr. 83 | State OK
Employer: Curts Well Serv

did then and there commit the following offense:

make Nova | year 73 | body style color 2 dr black | license no. ZW-2870.0 | state OK | year 83

| | | | Pace | Radar | Plane | Vascar |
|---|---|---|---|---|---|---|
| SPEEDING ☐: | MPH in | MPH Zone | ☐ | ☐ | ☐ | ☐ |

Disobeyed Stop Sign ☐: ☐ wrong place ☐ at walk speed ☐ faster
Disobeyed ☐ past middle ☐ middle of ☐ not reached
Traffic Seq. ☐: ☐ intersection ☐ intersection ☐ intersection
Improper Turn ☐ no ☐ into wrong ☐ cut ☐ from wrong ☐ pro-
left-right-U ☐ signal ☐ lane ☐ corner ☐ lane ☐ hibited
Improper ☐ at intersection ☐ cut in ☐ on hill
Passing & ☐ between traffic ☐ on right ☐ marked zone
Lane Use ☐: ☐ lane straddling ☐ wrong lane ☐ on curve
☐ Failure to Yield ☐ Following too Closely ☐ Parking violation (describe)
Other violation: No Drivers License
DPT Suspension

The undersigned further states that he has just and reasonable grounds to believe, and does believe, that the person named above committed the offense herein set forth, contrary to law
Sworn to and subscribed before me this _____ day of _____, 19___ } Neil Snider signature of officer
name and title Badge No. 3 Troop/ Dist. No. F
Court Appearance 13 day of July, 19 83 at 8:00 A M
Address of Court: ADA CITY HALL

without admitting guilt, I promise to appear in said court at said time & place:
Signature: Clifford Coffman

| | | Caused Person | PD PI FATAL |
|---|---|---|---|
| Slippery | ☐ rain | to Dodge | ☐ ☐ ☐ |
| Pavement | ☐ snow | ☐ pedestrian ☐ vehicle |
| | ☐ ice | ☐ driver | ☐ hit fixed object |
| Darkness | ☐ night | | ☐ right angle |
| | ☐ fog | just missed | ☐ head on |
| | ☐ snow | accident | ☐ sideswipe |
| | ☐ cross | | ☐ rear end |
| Other traffic | ☐ on coming | | ☐ ran off roadway |
| present | ☐ pedestrian | | ☐ intersection |
| | ☐ same direction | |
| Area: ☐ business ☐ industrial ☐ school ☑ residential ☐ rural | | | |

Coffman Clifford D

1011

071

| LAST NAME | FIRST NAME | MIDDLE NAME | | | | | | | STATE | | |
|-----------|------------|-------------|--|--|--|--|--|--|-------|--|--|
| Wright | James | Irvin | | | | | | | Ok | | 82 |

| RESIDENCE | | | | SEX | | COLOR | | AGE | DRL No. | |
|-----------|--|--|--|-----|--|-------|--|-----|---------|--|
| 501 E 16th Ada Okla | | | | X | X | W C | | 17 | 459392186 | |

| DATE OF BIRTH | HEIGHT | WEIGHT | BUILD | HAIR | EYES | Operator | |
|---------------|--------|--------|-------|------|------|----------|--|
| 7-19-63 | 6-5 | 180 | | | | Chauffeur | Comm. Chauffeur |

| DATE | TIME a.m. p.m. | CHARGE | LOCATION | OFFICER | CASE NO. | DISPOSITION |
|------|------|--------|----------|---------|----------|-------------|
| 8-3-80 | 2245 | Trans Open Cont | 500 E 17th | Hoffman-Reed | 13595 | 35⁰⁰ PCG |
| 12-4-80 | 0013 | Careless Driving | 600 N.Miss | Linker | 14047 | 20⁰⁰ /Ms |
| 1-3-81 | 0355 | Petty Larceny | 2000E. 26th | Reed-McEachran | filed in Co. | |
| 1-11-81 | 0434 | Petty Larceny | Miss.&Tower | Reed-McEachran Osborn Nemecek | filed in Co. | |
| 2-21-81 | 0044 | Contempt of Court | 300S. Miss. | Reed-McElhannon | 173-1255 | 35⁰⁰ /Ms |
| 5-6-81 | 1652 | Driving left of Center | 1700 Wintersmith | Holkum Phillips-smith | 01356 | 10⁰⁰ /Ms |
| 6-22-81 | 1736 | Expired Ins,Sticker | 1600 Winter | Painter | 01936 | 3-59 |
| 7-25-81 | 0245 | Improper U-turn | 100 E Main | Linker | 01845 | 10⁰⁰ /off |
| 9/18/81 | 0034 | POSS OPEN 3.2 IN PUBLIC | MAIN & TURNER | LINKER | 181-485 | 35⁰⁰ /off |
| 10-10-81 | 2033 | Speeding | 1000 S Cradd Access | Painter | 07529 | 10⁰⁰ /off |
| 12-10-81 | 0954 | Speeding | 1000 Ind. | McEachran-M.Miller | 02866 | 3-rd |
| 2-6-82 | 2022 | Poss open cont | 500 E Main | Painter | 185-378 | 35⁰⁰ /Ms |
| 3-27-82 | 1045 | Expired lic tag | 400 N. Miss | Miller McEachran | 03839 | 20⁰⁰ PCG |

071

072

| DATE | TIME a.m. p.m. | CHARGE | LOCATION | OFFICE | CASE NO. | DISPOSITION |
|---|---|---|---|---|---|---|
| 5-11-82 | 1235 | Contempt of Court | Station | Fox-B. Smith | 189-727 | |
| 6-12-82 | 0758 | Failure to Maintain Security | 14 & Constant | Painter-Allen | 05086 | filed in co. |
| 3-25-83 | 0125 | Dis Traff Siganl | 14th & Bdwy | Godfrey | 3004 | 20.00 fo ff. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Federal Ptng. — Ada*

072

073

OKLAHOMA UNIFORM VIOLATIONS COMPLAINT

| Case | Docket No. | Page No. |
|------|-----------|----------|

State of Oklahoma,
County of ___ **PONTOTOC** ___ ss ___ **ADA** ___

⎰ Jud. Dis.
⎱ Municipal ⎰ Court

COMPLAINT—INFORMATION     **0115**

the undersigned, being duly sworn upon his oath deposes and says that:

on or about (date) 6-23 at (time) 3:22 at or near (location) Old 3499

County number 62    East Control—Int.    North Location

within the city, county and state aforesaid:

Name: **Coffman    John    William**    AFP ☐
last    first    middle    zip code

Address: **Gen Del**    1042

City: **Fittstown**    State: **OK**    op. ☐ Ch. ☐ Cc. ☐ Mc. ☐ Other ☐

birthdate (mo., da., yr.) **1-14-65**  height **5-7**  weight **270**  race **C/M**  sex **M**  v ☐

DL No.: **5622 92179**    State: **OK**    Operate ☐  Park ☐

Employer: **Call Loss**    Did Unlawfully: ☐

Vehicle make **Ford**  year **76**  body style-color **211**  license no. **4F-3800113**  year

and did then and there commit the following offense:

|  | Pace | Radar | Plane | Vascar |
|--|------|-------|-------|--------|
| SPEEDING ☐ ___ MPH in ___ MPH Zone ☐ | ☐ | ☐ | ☐ | ☐ |

Disobeyed
Stop Sign ☐ ☐ wrong place ☐ at walk speed ☐ faster

Disobeyed ☐ past middle ☐ middle of ☐ not reached
Traffic Sig. ☐ ☐ intersection ☐ intersection ☐ intersection

Improper Turn ☐ no ☐ into wrong ☐ cut in ☐ from wrong ☐ pro
left-right-U ☐ signal ☐ lane ☐ corner ☐ lane ☐ hibited

Improper ☐ at intersection ☐ cut in ☐ on hill
Passing & ☐ between traffic ☐ too tight ☐ marked zone
Lane Use ☐ lane straddling ☐ wrong lane ☐ on curve

☐ Failure to Yield   ☐ Following too Closely   ☐ Parking violation (describe)

Other violation: **Transportation open**

**container 3.2 beer**

The undersigned further states that he has just and reasonable grounds to believe, and does believe, that the person named above committed the offense herein set forth, contrary to law

Sworn to and subscribed before me
this _____ day of _____, 19___
signature of officer **Carl Porter**

name and title    Troop/ **F**    Dist. No.
Badge No. **3**    **6234A**

Court Appearance: **8** day of **June**, 198_ at ___ M

Address of Court: **ADA CITY HALL**

without admitting guilt, I promise to appear in said court at said time & place:

Signature: **John Coffman**

| | | Caused Person | PD  PI  FATAL |
|--|--|---------------|---------------|
| Slippery Pavement | ☐ rain ☐ snow ☐ ice | to Dodge ☐ pedestrian ☐ driver | ☐ ☐ ☐ |
| Darkness | ☐ night ☐ fog ☐ snow | | ☐ pedestrian ☐ vehicle ☐ hit fixed object ☐ right angle ☐ head on |
| Other traffic present | ☐ cross ☐ on coming ☐ pedestrian ☐ same direction | ☐ just missed accident | ☐ sideswipe ☐ rear end ☐ ran off roadway ☐ intersection |

Area: ☐ business  ☐ industrial  ☐ school  ☑ residential  ☐ rural
Highway Type: ☐ 1 lane  ☑ 2 lane  ☐ 3 lane  ☐ 4 or more und.  ☐ 4/more div.

BOND POSTED: ☐ Cash $ ___ Bond Card No. ___
☐ D.L.

**0115**

Name: Coffman John William    74820

073

074

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
## BUREAU OF IDENTIFICATION
P. O. BOX 13417, SACRAMENTO
3 777 253

FBI# 862 170 G
SN# 570 80 3827
OL# R 400 147

**The following CII record, NUMBER**

**IS FOR OFFICIAL USE ONLY**

O 13 T MO 13
I 17 U MMM 11

M325

M W BRO BRO 6-0 135 CA 10-9-1949

HOSKINS:   VERNON LEE JR

| ARRESTED OR RECEIVED | DEPARTMENT AND NUMBER | NAME | CHARGE | DISPOSITION |
|---|---|---|---|---|
| 4-23-69 | PD DOWNEY D23761 | VERNON LEE HOSKINS JR. | POSS DANG DRUGS | |
| 1-16-70 | PD SOUTH GATE A-48487 | VERNON LEE HOSKINS JR | 23106 VC DRIV UNDER INFLU. NARCOS. | |
| 6-8-70 | PD SOUTH GATE A-48487 | VERNON LEE HOSKINS JR. | ATT.459 PC (AUTO) 647F PC | |
| 9-8-70 | SO SANTA ANA 198338 | VERNON LEE HOSKINS | 11910 H&S *poss d.drugs* | HOLDING FOR NORTH OCJD 6-21-71,23102A VC,DISM 11910 H&S,90 DS SS.2 YRS PROB 5 W/ENDS CJ *23102A-DRK DRIV* |
| 1-25-71 | PD SOUTH GATE A 48487 | VERNON LEE HOSKINS | WRT.24603 VC *veh code viol* | 1-26-71,CASE DISM |
| 6-10-71 | PD DOWNEY D 23761 | VERNON LEE HOSKINS | 1-LOCAL TRAFF WARR 2-FOREIGN TRAFF WARR (3)LASO | 6-10-71,POSTED BAIL |
| | CONTINUED PAGE 2 | | | |

074

**ENTRIES INDICATED BY ASTERISK (*) ARE NOT VERIFIED BY FINGERPRINTS IN CII FILES.**

075

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE

## BUREAU OF IDENTIFICATION

P. O. BOX 13417, SACRAMENTO

3 888 253

**The following CII record, NUMBER**                    **IS FOR OFFICIAL USE ONLY**

### PAGE 2

97M

| ARRESTED OR RECEIVED | DEPARTMENT AND NUMBER | NAME | CHARGE | DISPOSITION |
|---|---|---|---|---|
| 11-26-75 | SO LOS ANGELES 3675267 | VERNON LEE HOSKINS | 261.5 PC RAPE BY DECEIT | |

075

**ENTRIES INDICATED BY ASTERISK (*) ARE NOT VERIFIED BY FINGERPRINTS IN CII FILES.**

076

# OKLAHOMA
## STATE BUREAU OF INVESTIGATION

Date:        May 7, 1984

District Attorney
District #22
Pontotoc County Courthouse
Ada, Oklahoma 74820

Re:   Missing Person
      4-28-84
      Suspect:  Floyd DeGRAW
      Victim:   Donna Denise HARAWAY
      OSBI Lab #S84-203

        The OSBI Laboratory has received evidence for examination
in the above entitled case.  A laboratory report will be sent to you
when the examination has been completed.  Since we have to conduct
examinations on a priority basis, please advise if a court date has
been established and you need the results expedited.

        We are constantly striving to shorten the time between the
reception and analysis of evidence.  Your patience and cooperation
is greatly appreciated.

        If any developments occur in this case such as the dismissal
of charges or guilty pleas which would eliminate the necessity for con-
ducting the requested examinations, please advise the OSBI Laboratory
immediately.

                    Sincerely,

                    Donald A. Flynt
                    Chief Forensic Chemist

DAF:jj

Attachment

cc:  Gary Rogers, OSBI
     Dennis Smith, Ada PD

TO: DIRECTOR
     Oklahoma State Bureau of Investigation
     Attention:  Criminalistics Division

DATE:

S84-203

RECEIVED

MAY 4  4 40 PM '84

OKLA. STATE BUREAU
  OF INVESTIGATION
  OKLA. CITY, OKLA.

LAB #: _____

The evidence described below is ( ) enclosed, ( ) forwarded under separate cover for examination.  This evidence is submitted in connection with an official investigation of a criminal matter.  It was not, nor will it be subjected to the same type of technical examination by other experts.

SUBMITTED BY: _____
                    (Officer's Name -- Type or Print)

_____              _____
       (Agency)                              (Phone No.)

TRANSPORTED BY: (If different than submitted by)
_Vane A. Enos_____   _OSBI_____
(Officer's Name -- Type or Print)        (Agency)              (Phone No.)

## CASE RECORD INFORMATION

Has there been any previous evidence submitted on this case?
REF:                                            yes    no✓   Approximate Date

Type of Offense: _Missing Person_

Date of Offense: _4-28-84_

County of Offense: _Pontotoc_

SUSPECT(S) NAME, (DOB, race, sex): _Floyd DeGraw_

VICTIM(S) NAME, (DOB, race, sex): _Donna Denise Harraway WF 24_

DESCRIPTION OF EVIDENCE (attach additional pages if necessary):

_Items collected from 1984 Renault_
_Items received from Joe Stewart - Wheeler Co. S.O, Texas_

STATEMENT OF FACTS: (Please attach a copy of Police Officer's Report--Serology/Trace Cases ONLY)

TYPE OF EXAMINATION:

SEND A COPY OF REPORT TO: _Gary Rogers_   _Dennis Smith_   _Pontotoc Co DA ofc_
   (Full address Please)      _OSBI_         _Ada PD_        _Evidence/Joe_

### FOR LABORATORY USE ONLY

For transporting from Central Lab to Regional Lab and/or from Regional Lab to Central Lab.

Transp. To: _____ on _____ by _____
             (Office)              (Date)           (Name--No Initials)

078

WEBB CITY, OKLA.                    PH. 918-765-2555

# ROSANNA HANNING
### COUNSELOR

FROM SHIDLER GO 2 MILES NORTH ON HIGHWAY
18 TO WEBB CITY SIGN. THEN 4½ MILES WEST.
BROWN HOUSE ON TOP OF HILL ON NORTH SIDE OF ROAD

079

LEAD SHEET   CR-84-094

DATE: _5 - 8 - 84_

SOURCE:

Name: _BRETT TRibbey_
Address: _Tulsa_
Phone#: _918-835-0315_

LEAD ASSIGNED: _____

LEAD SUMMARY: _MR. TRibbey Called And Advised 2_
_men Came into The Convenience Store in Tulsa_
_where he works. 1 of The men was Eddie_
_Boggs from Ada. Both looked Like_
_The Composite._

CONCLUSION SUMMARY: _____

079

LEAD SHEET   CR-84-094

DATE: _4-30-84_

SOURCE:

Name: _unknown_
Address: _____
Phone#: _____

LEAD ASSIGNED: _____

LEAD SUMMARY: _CALLER SAID that MORRIS CANE WAS Spitting image of the Picture on T.V. CANE LIVES ON WOIF LANE N OF Mc ANALYS._

CONCLUSION SUMMARY: _____

LEAD SHEET   CR-84-094

DATE: 11-28-84

SOURCE:

Name: Rogers

Address: _____

Phone#: _____

*Monday afternoon at 2PM -*

LEAD ASSIGNED: Barrett

LEAD SUMMARY: Lynn Klepper was an employee at Buds' Liquor Store when the theft of some liquor was' stolen, sometime during the middle of 1984. The possible suspect in this' incident was T. Ward.

✳ Take photo line of both Ward & Fontenot and show Klepper, also interview her.

She is an employee at Murray State College at Tishomingo in the Finacial Aids Office 405-371-2371 in the Administration building.

CONCLUSION SUMMARY: _____

Her schedule is' Tues & Thurs. 2:30 - 4:30 Pm

Wednesday - 1:00 - 3:00 Pm

Friday Afternoon.

Home on Monday Afternoon - 107 S. Broadway - Tishomingo.

Ⓟ 371-9651

082

---

**Pledgor (Last Name First)**  Ellsworth  Odel

**Address**  Rx 18 T

ORIGINAL LOAN NO.  **Nº 47696**

## A TO Z PAWNS INC.
### ED & S MUTZIG
**112 N. Muskogee, Ph. 456-2021, Tahlequah, Okla. 74464**

See your contract for any additional information concerning non-payment and default.

You are giving a Security Interest in the following goods:

1 Turq & Silver
1 bracelet 2 ring

| DATE MADE | TIME MADE | DATE DUE |
|---|---|---|
| 8-11-84 | 2:25 | 9-18-84 |

AMOUNT FINANCED. The amount of cash advanced or credit extended to you.  **15.00**

FINANCE CHARGE. The dollar amount the credit will cost you.  **3.00**

TOTAL OF PAYMENTS. Amount required to redeem pawns on date due.  **18.00**

ANNUAL PERCENTAGE RATE. Cost of your credit as a yearly rate.  **240%**

PAYMENT SCHEDULE  1 @ $  **18.00**

PREPAYMENT. If you pay off early you will not be entitled to a refund of part of the finance charge.

| IDENTIFICATION | SEX | RACE | AGE | HGT. | WT. | HAIR | EYES | DATE OF BIRTH | Additional Charge Paid on Redemption |
|---|---|---|---|---|---|---|---|---|---|
| 442 668249 | M | I | 25 | 5'5 | 160 | Blk | Br | 4-17-59 | $ |

Itemization of the Amount Financed of $ ___ Amount given to you directly $ ___ Amount Refinanced $ ___

DATE PAID          AMOUNT PAID

**PAWNED FOR 1 MONTH ONLY**
I Acknowledge Receipt of a True Copy of This Agreement

X _____  Signature on Redemption

X _____  Pledgors Signature

FORM OK REV. 1/83 * BURRELL PRINTING COMPANY, INC. P.O. BOX 9293, AUSTIN, TEXAS 78766

**See Reverse Side For Terms And Conditions**

---

**Pledgor (Last Name First)**  Wheeler  Michelle J

**Address**  Po Bo 908

ORIGINAL LOAN NO.  **Nº 48557**

## A TO Z PAWNS INC.
### ED & S MUTZIG
**112 N. Muskogee, Ph. 456-2021, Tahlequah, Okla. 74464**

See your contract for any additional information concerning non-payment and default.

You are giving a Security Interest in the following goods:

1 White Wed Band 3 chips

| DATE MADE | TIME MADE | DATE DUE |
|---|---|---|
| 10-8-84 | 6:17 | 11-8-84 |

AMOUNT FINANCED. The amount of cash advanced or credit extended to you.  **15.00**

FINANCE CHARGE. The dollar amount the credit will cost you.  **3.00**

TOTAL OF PAYMENTS. Amount required to redeem pawns on date due.  **18.00**

ANNUAL PERCENTAGE RATE. Cost of your credit as a yearly rate.  **240%**

PAYMENT SCHEDULE  1 @ $  **18.00**

PREPAYMENT. If you pay off early you will not be entitled to a refund of part of the finance charge.

| IDENTIFICATION | SEX | RACE | AGE | HGT. | WT. | HAIR | EYES | DATE OF BIRTH | Additional Charge Paid on Redemption |
|---|---|---|---|---|---|---|---|---|---|
| 442 68 7987 | F | I | 20 | 4" | 107 | Blu | Brn | 3-16-84 | $ |

Itemization of the Amount Financed of $ 15.00 Amount given to you directly $ 15.00 Amount Refinanced $ ___

DATE PAID          AMOUNT PAID

**PAWNED FOR 1 MONTH ONLY**
I Acknowledge Receipt of a True Copy of This Agreement

082

X _____  Signature on Redemption

X _____  Pledgors Signature

24 Hour SERVICE
3 Miles West of Ada on Hi-Way 19
**Route 5 Box 391**
**ADA, OKLAHOMMA 74820**

Mike
405-332-2207

Lewis
405-332-3797

Customer's Order No. _Brea City_ ___ Date _4-12-84_

Name _____

Address _____   Truck No. __2___

Vehicle _1967 GMC_  Tag No. _410-331_ ID No. _CS100 SA12591_

| Cash | Charge | Authorized By | Truck | Time Out | Time In | Time At Location |
|------|--------|---------------|-------|----------|---------|------------------|
| X    |        | APD           | 2     | 2:30     | 2:40    | 2:35             |

Finish Mileage ___ 72 390.9 ___   Destination ___ 15 + Ash

Starting Mileage ___ 72 387.4 ___

Total Mileage ___ 3 5 ___   Return to __Raylords__

|                    |          |      |
|--------------------|----------|------|
| Hookup Charge      |          | 2400 |
| Mileage Charge     | 44185    | 740  |
| Labor Charge       |          |      |
| Remove Drive Line  |          |      |
| Use of Dolly       |          |      |
| Storage            | 7449     | 35   40° |
| Tax                |          |      |
| Total Charges      |          |      |

Remarks _____

Customer's Signature _____

Carrier's Signature __Mike Raylos__

**INVOICE**   **№ 310**

# CRIMINAL WARRANT

STATE OF OKLAHOMA,    } ss.
   CITY OF ADA

_____ Chief of Police:

Whereas, Complaint has been made in writing, and upon oath before me, Municipal Judge of the City _____ and has charged therein that one _____

_____, on or about the ___ day of _____, 197__

said City and State, did then and there unlawfully and contrary to the Ordinances of said City, commit the offense of _____

You are Therefore Commanded to arrest the said _____

and bring him forthwith before me to be dealt with according to law

Under my hand this ___ day of _____, 197__

_____
Municipal Judge

Municipal Judge

# CRIMINAL WARRANT

STATE OF OKLAHOMA,     } ss.
   CITY OF ADA

_____ Chief of Police:

Whereas, Complaint has been made in writing, and upon oath before me, Municipal Judge of the City

_____ and has charged therein that one _____

_____, on or about the _____ day of _____, 197__,

_____ said City and State, did then and there unlawfully and contrary to the Ordinances of said City, com-

_____ offense of _____

_____

_____

_____

_____

_____

__ are Therefore Commanded to arrest the said _____
__ him forthwith before me to be dealt with according to law.

Given under my hand this _____ day of _____, 197__

_____
                    Municipal Judge

Municipal Judge

LEAD SHEET CR-84-094

DATE: _5-2-84_____

SOURCE:

  Name: _Steve Godfrey_____

  Address: _Ada OK_____

  Phone#: _____

LEAD ASSIGNED: _____

LEAD SUMMARY: _Someone called Steve And Said Two
Men Mowed Their Lawn 4-28-84. Both Men
Fit Description and was in a Primer Gray P.K.
The Tall Mans Name was Mark Elmer And They
Left a Phone # 436-6432_____

_____

_____

_____

CONCLUSION SUMMARY: _____

_____

_____

_____

_____

_____

_____

_____

_____

087

Who were the boys down the street

Statement by J.T. McConnell 12-14-84

① gray primered P.U. Jacked up in the
back. long wid bed, early 70's
one off colored door. S'ing P.U. with
a lot of primer places on it. Had
a tail gate on it. The off colored door, may
have been rust colored. Did not have loud
exhaust. Tommy's mother worked for McConnels
daughter, Jackie Knight and it was told that
he had beat his mother, steal her money
and car keys. Thad Sellers, who live
across the street from Ward, knows about
Tommy beating his mother.

Some P.U. was seen on Sandy Creek Dr in
front of the Timmon apartment. The
P.U. was either in front of the first
or second apartment from the N. end.
087 One of the rear brakes was grabbing

088

1-18-85

Tony Adams — 436-2352
2316 Arlington
h.h # 432132976

Stated he was rideing his bicycle East
on Arlington around 8 PM on April 28, 1984.
A gray colored pickup with wheel wells on the
bed drove by him going East. They were
traveling fast & swerved around him. The
passenger turned around and waved at
him. The driver turned around and looked
at him but didn't wave. Both men
were in their early 20's. and were white
males. The p.u. had a gun rack in the rear
window. The rear window had some type
of logo stickers on it.
        About a month after the kidnapping the
same two men came by his house in a light blue chev
P.U. around 2 PM. Tony's mother, Margie Adams,
was also home. Bobby Newberry was with them.
He is tall, wears glasses and has long black
hair past his shoulders. He is possibly part Indian,
25 to early 30's.
        They sat in the back yard and
drank 2 six packs beer. The two men
left to get more beer and came back in

088

089

They went to JP's conv. store. The clerk in the store commented that they looked like the composite drawings. ~~They~~ The dark headed person told Tony that he did it and he was a good butcher. They bought a case of Budweiser's in bottles. They drank the beers. They stayed about two hours. The blond headed boy was driving the truck when they pulled up. The truck was about a 1965 model. One was 5'9" the other was 5'7"

090

LEAD SHEET   CR-84-094

DATE: _5-1-84_____

SOURCE:

   Name: _____
   Address: _____
   Phone#: _____

LEAD ASSIGNED: _____

LEAD SUMMARY: _Lady came to P.D. inquiring about_
_reward. Subj. was very upset after looking at_
_composit._
_#T414391   1976 Chev P.U.   Larry or Charolan_
_Harber   RT 3 Box 246   Ada-_
_according to information this Lady was_
_trying to turn her husband in and collect_
_reward._
_Det D. Smith handled interview_
5-1-84  4:15 PM

CONCLUSION SUMMARY: Carolyn Harber was located at
her residence located at 1 mile South of
Byng school, East on County Rd. approx 1/4 mile,
2nd trailer South side of Rd. Mrs. Harber was
upset with officers when she was approached and
stated @ they should be out looking for the kidnappers
of Denice Harraway. She stated when she saw
the composite at the police dept. she thought it
looked like her husband barry Harber. Mr Harber
Came to the Police dept at 6:45 PM and wanted to know
why we were looking for him. Harber was cooperative and agreed
to polygraph at a later date if we wanted him to.

14

090

091

KAREN
WISE

worked at J.P.'s for 4 months.

Noticed the two men in the pod Room and d. Gene Foreman left at 8 PM and. They came in the store around 7 PM, They ask to use the phones They were told they could use the pay phone outside. They ask for some quarters and she gave them a dollars worth of change each. They come back several times.

#1 dish water blond, light colored eyes. 5-7 - 5-8, 130 - 145 - ●●●, built good. acne scars on face. Their face had a purple scar tint. Hair was to the bottom of ear lobe, feathered back, parted in middle. light colored pull over type shirt blue jeans Tennis shoes, early 20's.

23-24

#2  WM 6' early 20's sandy blond hair collar length hair, slight wave to hair. slender build, possibly blue eyes. He looked as if he was starting a moustache. Peach fuzz. Protruding adams apple. dressed neat clean hair. Pale blue T shirt. Near new jeans, possibly designer jeans, tennis jeans shoes. Possibly a emblem on shirt,

092

She checked their drivers license & it was an
Okla. license. She thinks the license had a
Stonewall address.

Its a possibility that they left and came
back later after Jim left

~~They went to the liquor store and~~
~~looked at the reginiti~~ wine, Purchased a gallon of red wine
They came in the store around 8 and
ask for 2.⁰⁰ worth of quarters again for
the pool table. ⓪ She got busy and noticed
them in line to be served. The tall guy
bought a six pack of bud. He said he
didn't want a sack for the beer, he said
they were going to drink it on the road & it
wouldn't last that long. They said they were
going to the liquor store and looked at ~~the~~ wine
They looked at the red Reuniti's gallon &
bought it. They walked out of the store toward
the West end of the store. The tall guy drove.
The P.U. was an old P.U. with a step on the
side, possibly short bed. Red ^rust primer with
a light color spot on the drivers side.
that possibly went to the bed of the truck.
Most of the truck that she could see was
the rust primer color. It had big, wide,
rear tires. Possibly loud exhaust. The
truck traveled back toward town, Possibly
a green Okla tag.
Wife thinks they were in the store on Wed
the week before.

092

093

The week before when they came in
they played pool and bought a 6 pack
of bud to go. They were driving the
same truck. The tall guy paid for
it. The shorter guy seemed to be shy,
and wouldn't look you in the face.
They talked like they were from the steels.
The tall guy had blond red hair on his
arms + maybe a gold watch. He was real
fair skin.

436- 1768          LaDon Wainscott
                                        73-73
     Byng          old gray ~~for~~ ish white p.u
13+hd  Maywood.

Crook          4 opers

332- 4816.
Pat Virgin
525 E. 8th.

Marty  Stevenson.          Taliquah has

clean Cut

67 chev.    large tires  jacked up.
white       light blue. looks gray in day
            5'10  br hair  Tennis shoe.  Blue T shirt.
            21 years  Blue  T shirt.
                                    Park Hill
            Jeffery Phillips  5'10  140
                              Br hair
both      felt, cowboy hats.

          Both worked for Pipe line

4-29-84

3:15 PM..

Guy Keys.. 436-2790

There at 8:25 PM   she was behind counter
cleaning finger nails. No one else at store. Bill
came to $5.01. Wearing jeans..

3:20 PM..

John McKennis   $8:05 PM bought pop.
man standing at counter. Large guy with
full beard. He purchased liter bottle of Pepsi  50¢ - 1.69 + tax
WM  5'11", 195-200   26 30 years old.
nothing.   Didn't see any other vehicles
parked outside..

dark
jeans buttoned
up shirt

436-3883

William Watlow — 332-4816
BROTHER

Det Baskin
to        Allen        Harvey
          930-1000

(7876-746)

---

(Y2 235)        SLIDING REAR GL
        GRAY    NO TAIL GATE, NO BU
              STICKER BEHIND OWNER
              CHROME WHEELS

08:42    9:30   9:45    /    69 CHEV  7876-746
21-22   24-25        30 MIN AGO    SHORT STEPSIDE
DODGE PICKUP, NORTH        NEW        HORTON
WHITE      2 mi W E
NEW DODGE  MAROON AND  SILVER
ROBERT JARRED - JARRELL    RT 1 BOX 77
19-21 RODEO BUCKLE, SLENDER, BROWN HAIR COLLAR LENGTH
BLUE JEAN'S  WHITE T-SHIRT  LEFT IN DODGE P.U.

23-25  AFRO, BUSHY, DARK COLLAR LENGTH
BLUE JEANS, NO SHIRT

DENNIS SMITH
STEVE HARRI

4-29-84 Sunday morning 9:30 N of Oil Center
blue gray P.U. with fenders, 2 men
cutting brush. The P.U. had a small
fold up camper behind it. ▓▓▓ Gray
top blue bottom 2WM T-shirt blue
jeans

Checked by Trooper I.W. Smith + Det Smith

098

Barbara      Velma P.D.
                Charles /    405-444-2221
        Runs    Burger Inn
                headed toward Cotter

                                Kansas City, Kan

Glenn Hansucker.
copper wire theft                        4-23-61
aggr. Burg.  extortion                   Br. & Hz.
kidnapping                               135
                Mask L. Clark    5'10 WM
fugitive   Dallas Hart.    12-13-61
        WM 6'3   170   Br & Black hair

        fled april 6th

                        Louisiana.
                RO-25738
white Mazda P.U. T
front has little plate on it with Louisiana
on it
goatee, shoulder length hair, gray
T shirt with hippi gray on it.
chain around neck with some type
of welding rod medallion.
hair parted    headed E from Velma at 1:25
in middle  098  6'0", slim 175 lbs  WM  22-23 years

099

Guy Key
436-2790
missing at.
2030- 2050

~~F673-90~~

Jim Wilson Holdenville
Ofe Golden - OHP made Arrest
79.80
Rolling in Tecumseh of Convenience Store
10:56 - 4-29-84

50
1.69

099

100

step side

64 gray chev. marrow step

Z Q-6136   84 Texas

Sulphur. wide tires
decal in rear widow

Vehicle reported seen
at Sulphur.

4-30-84

101

#1 goes with Gary Rods sister Nixson
La Flore's son.

Tommy Ward's mother

Works nights at Love's w. Main

102

Father    Jimmy Lyon      257 - 2356

~~Robert Morgan    532-1391    lives behind~~
~~store Oakhurst apt.~~

S. of Marvin Bonne is a gray
primered P.U. with large tires. (2 yrs ago)

11:20    Marge Butler    (long hair) Chris. 20-21
Ada High.
( Mike Taylor )

Living with sister, Mary Biege,
at    311 Gerry
Mangum

Works for, Quinton Jennings
782-7215

Parole officer Morris
928- 5451

102

12-11-84

George Butner                    Jack Pascal 1st
Chris Ross                       Jim Moyer 2nd
Gary Rogers                      Karen Wise 2nd
James Fox

7:24 PM - 7 man

Jack Pascal

1       Step up - then back
2          "              "
3          "              "
4          "              "
5          "              "
6          "              "
7          "              "

Turn left → then back, →turn right - forward
                Face Forward
                Sorry

Gary came
    / 7 move close

    # 7    3 steps & back

Gary  / All   move up   close

    # 7   walk to left & back to line up

Gary  /    left Viewing Room 7:29 PM   Pascal, Ross & Butner

104

12-11-84

Viewing Room                    7:32 Pm                        KAREN WISE

1        one step up & then back.
2              ' '
3              ' )
4              ' '
5              ' '
6              ' '
7              ' '

All  Turn Right - Face forward - Then left - Face forw

Gary   Do you want anyone of them do anything
       Karen — I cant tell any one of them
       7:35 Pm  Left Viewing Room

104

7:50 PM   12-11-84

GARY took Picture of 7 MAN line Up

All WORE white Coveron #'s Held in front
7:57 PM  Finished