HARAWAY CASE

TOMMY WARD LINEUP NOV,19TH 1984

ON MONDAY NOV,19TH 1984 A SEVEN MAN LINEUP WAS HELD IN
THE BASEMENT AT THE ADA POLICE DEPT.PRESENT IN THE
VIEWING ROOM WERE KAREN WISE(WITNESS),CHRIS
ROSS(D.A.OFFICE),DANNY BARRETT AND MIKE BASKIN(ADA
P.D.)DON WYATT(DEFENCE ATT.),GARY ROGERS(OSBI) CONDUCTED
THE LINEUP.RAY FARMER(ECU SECURITY)WAS SEATED OUTSIDE THE
VIEWING ROOM.

SHORTLEY BEFORE 7:00PM ALL MEN WERE DRESSED IN
PONTOTOC CO.PRISONER COVERALLS. ALL MEN WERE LINED UP IN
FRONT OF A ONE WAY GLASS.AT 7:26PM KAREN WISE ENTERED THE
VIEWING ROOM.EACH MAN WAS ASK TO STEP UP THEN STEP
BACK.ALL MEN WERE ASK TO TURN RIGHT-FACE FORWARD-TURN
LEFT-FACE FORWARD.GARY ROGERS ENTERED THE VIEWING ROOM
AND ASK KAREN WISE IF SHE WANTED TO SEE ANYONE CLOSER.SHE
SAID THERE WAS A COUPLE SHE MAY HAVE WAITED ON AND ASK TO
SEE #4 CLOSER.ROGERS LEFT THE ROOM AND ASK #4 TO STEP
UP-FACE RIGHT-FACE FORWARD-FACE LEFT-FACE FORWARD-STEP
BACK.AFTER THE LINEUP WAS COMPLEATED KAREN WISE SAID
"THAT NIGHT #4 STANDS OUT IN MY MIND AS BEING ONE OF THE
GUYS THAT I SERVED THAT NIGHT,I REALLY THINK THAT'S THE
GUY".KAREN SAID"HE DOES'NT LOOK THE SAME,HE'S HOLLOWED
EYED AND HIS HAIR IS DIRTY".KAREN SAID"A MOUSTACHE,IT
DOES'NT STAND OUT IN MY MIND".

                              D.W.BARRETT
                              REPORTING OFFICER
                              11-19-84

HARAWAY CASE

LINEUP/PASCHALL

11-8-84 7:30PM 7 MAN LINEUP HELD IN  THE BASEMENT AT
THE ADA POLICE DEPT.PRESENT IN THE VIEWING ROOM WERE DET.
JAMES FOX,ASST.D.A.CHRIS ROSS,DON WYATT,AND JACK PASCHALL

SHORTLY BEFORE 7:30PM ALL MEN WERE DRESSED IN WHITE
COVERALLS WITH PONTOTOC CO PRISONER ON THE BACK.ALL MEN
WERE LINED UP IN FRONT OF A ONE WAY GLASS.AT 7:30PM
JACK PASCHALL ENTERED THE VIEWING ROOM.EACH MAN WAS ASK
TO STEP UP THEN STEP BACK.MR.PASCHALL SAID THAT HE HAD
SEEN #1 ON CAMPUS,HE DID NOT KNOW HIS NAME BUT KNEW HIS
FACE.ALL MEN WERE ASK TO TURN RIGHT-FACE FORWARD-TURN
LEFT-FACE FORWARD.
GARY ROGERS THEN ENTERED THE VIEWING ROOM AND ASK
PASCHALL IF HE WANTED TO SEE ANYONE OF THEM CLOSER OR TO
DO ANYTHING.PASCHALL SAID #6.ROGERS STEPPED OUT OF THE
ROOM AND ASK #6 TO STEP FORWARD-TURN RIGHT-FACE FORWARD-
TURN LEFT-FACE FORWARD-STEP BACK.
ROGERS ENTERED THE VIEWING ROOM AND ASK PASCHALL IF HE
WANTED ANYONE ELSE TO DO ANYTHING OR IF PASCHALL WOULD
LIKE THEM TO STEP CLOSER.PASCHALL SAID HE WOULD LIKE FOR
THEM TO STEP CLOSER.ROGERS STEPPED OUT AND ASK ALL OF THE
MEN TO STEP FORWARD ABOUT 5 OR 6 STEPS.ALL STEPPED
FORWARD.ALL WERE ASK TO TURN RIGHT-FACE FORWARD-TURN
LEFT-FACE FORWARD.ROGERS ASK PASCHALL IF THERE WAS
ANYTHING ELSE.PASCHALL SAID NO.ALL MEN WERE ASK TO TURN
FACING THE WALL.AT 7:35PM JACK PASCHALL LEFFT THE VIEWING
ROOM.DET.BASKINS TOOK PICTURES OF THE SEVEN MAN LINEUP.

JAMES FOX(DWB)
11-8-84

HARAWAY CASE


REFERENCE: SEVEN MAN LINE UP WITH KARL FONTENOT ON
12-11-84 AT 7:32PM. PRESENT IN THE VIEWING ROOM WAS KAREN
WISE,(W), GEORGE BUTNER (DEFENSE ATTORNEY), CHRIS ROSS
(ASST. D.A.), GARY ROGERS (O.S.B.I.), AND JAMES FOX (DET).
     MS. KAREN WISE ENTERED THE VIEWING ROOM AT 7:32PM.
GARY ROGERS BROUGHT IN THE SEVEN MEN IN THE LINE UP AND
HAD THEM STAND IN FRONT OF THE VIEWING MIRROW,ABOUT 15'.
THEY WERE ALL WEARING WHITE COVERALLS WITH PONTOTOC CO.
PRISONER ON THE BACK.
     GARY ROGERS ASK EACH MAN IN THE LINE 1 THRU 7 TO STEP
UP ONE STEP AND THEN STEP BACK IN LINE.
     THEN GARY ASK ALL THE MEN IN THE LINE UP TO TURN
RIGHT,(PAUSE), FACE FROWARD,(PAUSE),TURN LEFT,(PAUSE),
FACE FORWARD. GARY ENTERED THE VIEWING ROOM AND ASK MS.
WISE "DO YOU WANT ANYONE OF THEM TO DO ANYTHING". MS. WISE
SAID " I CAN'T TELL ANYONE OF THEM".
     GARY THEN ASK MS. WISE, GEORGE BUTNER AND CHRIS TO
STEP INTO HIS OFFICE. ALL LEFT THE VIEWING ROOM AT 7:35PM.
THE MEN IN THE LINE LUP RETURNED TO ANOTHER ROOM. LINE UP
WAS LEFT TO RIGHT 1-7. MR. FONTENOT WAS #5 IN THIS LINE
UP.

                              SGT JAMES D. FOX
                              12-11-84

HARAWAY CASE

REFERENCE: SEVEN MAN LINE UP WITH KARL FONTENOT ON
12-11-84 AT 7:37PM. PRESENT IN THE VIEWING ROOM WAS JIM
MOYER (W), GEORGE BUTNER (DEFENSE ATTORNEY), CHRIS ROSS
(ASST. D.A.), GARY ROGERS (O.S.B.I.), AND JAMES FOX (DET).
    MR. JIM MOYER ENTERED THE VIEWING ROOM AT 7:37PM.
GARY ROGERS BROUGHT IN THE SEVEN MEN IN THE LINE UP AND
HAD THEM STAND IN FRONT OF THE VIEWING MIRROW, ABOUT 15',
THEY WERE ALL WEARING WHITE COVERALLS WITH PONTOTOC CO.
PRISONER ON THE BACK.
    GARY ROGERS ASK EACH MAN IN THE LINE UP 1 THRU 7 TO
STEP UP ONE STEP AND THEN STEP BACK IN LINE. THEN GARY ASK
ALL THE MEN IN THE LINE UP TO TURN RIGHT, (PAUSE), FACE
FORWARD, (PAUSE), TURN LEFT, (PAUSE), FACE FORWARD.
    GARY ENTERED THE VIEWING ROOM AND ASK MR. MOYER "ANY
DISTANCE YOU WANT TO SEE THEM FROM OR WALK AROUND". MR
MOYER SAID "YEA, WALK AROUND".
    GARY LEFT THE VIEWING ROOM AND ASK THE LINE UP TO
FACE RIGHT, (PAUSE), FACE RIGHT AGAIN AND WALK TO THE WALL,
ABOUT 30' FROM THE VIEWING MIRROR, PAUSE, FACE FORWARD.
GARY THEN ASKED EACH MAN IN THE LINEUP 1-7 TO STEP FORWARD
ONE STEP, TURN RIGHT, PAUSE, FACE FORWARD, PAUSE BACK TO
LINE UP. ALL MEN WERE TOLD TO FACE THE WALL AND GARY
ENTERED THE VIEWING ROOM AND ASKED MR. MOYER, CHRIS ROSS,
GEORGE BUTNER TO STEP INTO HIS OFFICE. THEY LEFT THE
VIEWING ROOM AT 7:44 PM. AT 7:46 PM THEY RETURNED TO THE
VIEWING ROOM AND GARY ASKED THE MEN IN THE LINEUP TO STAND
IN FRONT OF THE VIEWING MIRROR ABOUT 10' TO 12' AWAY. ALL
THE MEN STOOD THERE FOR A COUPLE OF MINUTES AND THEN GARY
ENTERED THE VIEWING ROOM AND ASKED MR. MOYER "ANYTHING
ELSE OR WILL THAT SATISFY YOU". MR. MOYER SAID "YES".
THEY LEFT THE VIEWING ROOM AT 7:48 PM AND RETURNED TO
GARY'S OFFICE. THE LINE UP WA OVER AT 7:50 PM AND GARY
TOOK PICTURES OF THE LINE UP. MR. FONTENOT WAS #5 IN THIS
LINE UP. LEFT TO RIGHT 1-7.

                    SGT. JAMES D. FOX
                    12-11-84

HARAWAY CASE

TOMMY WARD LINEUP NOV 19TH 1984

ON MONDAY NOV,19TH 1984 A SEVEN MAN LINEUP WAS HELD IN
THE BASEMENT OF THE ADA POLICE DEPT.PRESENT IN THE
VIEWING ROOM WERE JIM MOYER(WITNESS),CHRIS
ROSS(D.A.OFFICE),DANNY BARRETT AND MIKE BASKIN(ADA
P.D.),DON WYATT(DEFENSE ATT.),GARY ROGERS(OSBI)CONDUCTED
THE LINEUP.RAY FARMER(ECU SECURITY) WAS SEATED OUTSIDE
THE VIEWING ROOM.

SHORTLEY BEFORE 7:00PM ALL MEN WERE DRESSED IN WHITE
PONTOTOC CO.PRISIOER COVERALLS.ALL MEN WERE LINED UP IN
FRONT OF A ONE WAY GLASS.AT 7:20PM JIM MOYER ENTERED THE
VIEWING ROOM.EACH MAN WAS ASK TO STEP UP THEN STEP BACK.
ALL MEN WERE ASK TO FACE RIGHT-FACE FORWARD-FACE
LEFT-FACE FORWARD.ROGERS ENTERED THE VIEWING ROOM AND ASK
MR.MOYER IF HE WANTED TO SEE ANYONE CLOSER.MOYER SAID #4
ROGERS HAD #4 TO STEP FORWARD-FACE RIGHT-FACE
FORWARD-FACE LEFT-FACE FORWARD-STEP BACK.
AT 7:34 MR.MOYER RE-ENTERED THE VIEWING ROOM.ROGERS ASK
ALL MEN TO PULL THEIR HAIR OVER THEIR EARS.ROGERS ASK
EACH MAN TO TURN RIGHT,THEN HALF LEFT-TURN RIGHT THEN
HALF RIGHT-FACE FORWARD-TURN LEFT,THEN HALF LEFT-TURN
RIGHT,THEN HALF RIGHT-FACE FORWARD.
AFTER THE LINEUP MOYER SAID #4 STUCK OUT AS BEING THE
GUY HE SAW THAT NIGHT.HE POSSIBLY KNEW #5(MAY HAVE HAD A
CLASS WITH HIM).HE PICKED #2 BECAUSE THE MAN HE SAW THAT
NIGHT HAD HAIR LIKE #2'S HAIR.

D.W.BARRETT
REPORTING OFFICER
11-19-84

O:T.LINEUP/FONTENO

HARAWAY CASE

REFERENCE: SEVEN MAN LINE UP WITH KARL FONTENOT ON 12-11-84 AT 7:24PM. PRESENT IN THE VIEWING ROOM WAS JACK PASCAL (W), GEORGE BUTNER (DEFENSE ATTORNEY), CHRIS ROSS (ASST. D.A.), GARY ROGERS (O.S.B.I.), AND JAMES FOX (DET).
MR JACK PASCAL ENTERED THE VIEWING ROOM AT 7:24PM. GARY ROGERS BROUGHT IN THE SEVEN MEN IN THE LINE UP AND HAD THEM STAND IN FRONT OF THE VIEWING MIRROW, ABOUT 20', THEY WERE ALL WEARING WHITE COVERALLS WITH PONTOTOC CO. PRISONER ON THE BACK.
GARY ROGERS ASK EACH MAN IN THE LINE 1 THRU 7 TO STEP UP ONE STEP AND THEN STEP BACK IN LINE. THEN GARY ASK ALL THE MEN IN THE LINE UP TO TURN LEFT,(PAUSE), FACE FORWARD, (PAUSE), TURN RIGHT,(PAUSE), FACE FORWARD. DURING THE SECOND PAUSE, MR. PASCAL SAID "SORRY, I DON'T THINK I CAN BE ANY HELP."
GARY ENTERED THE VIEWING ROOM AND ASK MR. PASCAL IF HE WOULD LIKE TO SEE ANYONE DO ANYTHING OR SEE THEM ANY CLOSER. MR. PASCAL SAID MAYBE #7. GARY STEPPED OUT OF THE VIEWING ROOM AND ASK #7 TO STEP UP A LITTLE CLOSER AND THEN STEP BACK IN LINE. GARY ENTERED THE VIEWING ROOM AGAIN AND ASK MR. PASCAL IF THERE WAS ANYTHING ESLE OR WOULD HE LIKE TO SEE ALL OF THEM CLOSER. MR. PASCAL SAID YES. GARY STEPPED OUT AND ASK ALL THE MEN TO STEP CLOSER ABOUT 3 STEPS. GARY THEN ASK #7 TO TAKE ONE STEP FORWARD, TURN LEFT AND WALK TO THE END OF THE LINE UP AND BACK, STEP BACK IN LINE. GARY THEN ASK ALL THE MEN TO GO INTO ANOTHER ROOM. GARY ENTERED THE VIEWING ROOM AND ASK MR. PASCAL, GEORGE BUTNER, AND CHRIS ROSS TO STEP INTO HIS OFFICE, THEY LEFT THE VIEWING ROOM AT 7:29PM. IN THIS LINE UP MR. FONTENOT WAS #3. LEFT TO RIGHT 7-1.

SGT JAMES D. FOX
12-11-84

112

```
NCIC  2GDTADAP , AT.OKD020180,20173.NAM/PONTENOT,CHARLES N .DOB/103151.RAC/W.
SEX/M
```

```
NCIC         3I5T 14422
ADAP         0053 14422 11/15/54
2GDTADAP 2317LN
OKD020180)
ATG
```

```
NCIC         3I52 14423
ADAP         0053 14423 11/15/34
2GDTADAP 2317LN
OKD020180)
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON PIN/O NAM/PONTENOT,CHARLES N .DOB/103101 RAC/W SEX/M

NAME                                   FBI NO.      INQUIRY DATE
PONTENOT,CHARLES N                     929305T5     11/15/54

SEX   RACE   BIRTH DATE   HEIGH   WEIGH   EYES   HAIR   SKIN   BIRTH PLACE
M     W      10/31/51     507     150     BRO    BRO    LGT    OKLAHOMA

FINGERPRINT CLASS
IJ 55 59 21 55
IM 51 12 I5 I7

ALIAS NAMES
PONTENOT,CHARLES                       PONTENOT,CHARLES KEVIN
PONTENOT,CHARLES KEVIN-JR

SCAR(S-MARK)-
TATTOOS          SOCIAL SECURITY
TAT R WRST       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

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING
FBI           = FBI/929305T5

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.
END
```

112

113

UST  IDENTIFICATION RECORD

NO CAUTIONS                          CONTACT DSSI FOR FURTHER INFORMATION
WALKER,GARY ALLEN                                        OBI NO:325232
DOB/092953   RAC/W   SEX/M   HGT/600   WGT/165   EYE/HAZ   HAI/BRO
FBI NO:323155K10            SOC/443569850            BIRTH STATE:OK
MNU/OAPDTLSA 6351       MNU/              FPC/2006051705140503090610
SMT/SC L ARM           SMT/TAT R SHLD             SMT/SC FHD
    *ALIAS NAMES*                             *ALIAS NAMES*
WALKER,KENTUCKY                            WALKER,OKLAHOMA
PHILLIPS,MIKE                              WALKER,GARY ALLEN
WALKER,GARY ALAN                           EDWARDS,GARY ALLAN

    This subject is wanted for the homocide of a White Female in Vinita, Oklahoma. He is
entered into NCIC on this charge from Craig County.
    He is being looked at as a suspect in Robbery,Rape,Homocide and Abductions in at least
6 different cases across the state. The last known Vehicle was that of his victim in Tulsa.
It is a 1984 Chevrolet Silverado Pick-Up bearing 84 209-636T. It is Cream/Brown/Cream in color.
He is a suspect in the following cases amoung others;

1. Homocide of Eddie Cash WM63        Broken Arrow      5-6-84
2.First Degree Rape                   Ottowa Co.
3.Abduction of Valerie Shaw           Tulsa, Ok.
4. Homocide of Jane Hilburn           Vinita,Ok.        5-14-84

113

114

Jolley
Stratford, Ok.

Jerry Ellis wm
Ricky Wright wm

The Truck was parked in a cubby hole
for a week, yesterday only day that he
has driven it

Core

Several involved

Occult

darkness

Ada

Holdenville

Shawnee

Midwest City
Mustang

Mustang

Mirror imag

W

E

Beyond the trees

I see teepees

mound

gold ring

billboard

Creek

4

(wolves)

(Latta)

trees

gravel Road

5 mile Radius

Red point

422 Elm #1

12 10 67 POB OKC

Last year    Ada High

Boyd Lindsey — Self employed

Jerreau
Jamie     Blood    Byng
Angel
Chad    ashes  with grand par —
Angela @ Kettlefield  having daly in ashe —
Niki

117

at 3:24 PM 10-23-84 D Smith & agent Salmon met Michael Steven Roberts at the all Federal of Oklahoma company on N.W.10th. He said his wife and their kids were staying with her mother, Georgia Easter who lives N. of Stratford. He said the easiest way to get to her house, is to turn off of #59A toward Byars. She lives on the county line. It is a red brick trimed in cedar sets off of roadway, Century 21 sign on roadway, pond in front of house. several rolled bales of hay. Her phone # 759-3508, 2½ miles from 3w.

Michael Roberts owns a 1977 beige chevrolet ½ ton P.U. T169-925 he purchased P.U. over a year ago from his brother in law Clifford & Joyce Jones in Del City. VIN# CCL4475118213

Roberts said he could not believe Tommy Ward is envolved in the Haraway kidnaping. ~~Roberts~~ Ward told him he dreamed about the Haraway case after Smith & Baskin talked to him. (Interview was on 10-12-84) He said Ward wouldn't hurt anyone. He said Ward told him he would black out sometime when he got drunk and wouldn't know anything for a couple of hours.

118

# Niki Lindsey    16    Dec 10, 67

Gordon
* Said she knew Calhoun about a year, He worked with her mother at Taco Tico.

Said she never saw Tommy with a ~~knife~~ short

hair cut or combing it on the side. She has always known him to comb his hair down the Center. Her step father said Tommy made statement one day in the city to the following "I would like to knock that Bitch's teeth out and Fuck her in her bloody mouth. Bill Hammons drove a green car with mag wheels and jacked up in the rear.

* She I.D.ed Odell Titsworth's picture with long hair, and said his nick name is "Blue".

Tommy admitted to her of robbing three stores and getting money. She said Tommy & a guy named Mike drove to Missouri several times during the winter of 83. They rode a Motor cycle. Tommy used to drive a Datsun or Toyota, blue, a brown Merc. Cougar, '75 Yamaha.

Tommy & Karl rode the Yamaha to Ada about 2 weeks before they were arrested. That was when the bike broke down. Niki met Tommy when she lived across the street from U-Tote um. Clarence Greenwood lived with them at that time

118

Roberts Cavens came to Norman a couple of Times to see Tommy. He drank a beer and smoked a joint of marijuana.

Niki will be staying with either
Boyd Wayne Lord          672-7886
3813 SE. 27th Del City
Joyce Jones          670-4953
2012 Candy Ln
Del City
Niki may
Janette Roberts will be staying
with Jones

120

Rhonda Kay Hardy Herrera
Rudy Manual Herrera.   x husband lives in Color,
   12-19-66, 5'4"  Brt & Br. 55#
   No D.L.
323 W 5th    No phone.
engaged to Andy Anderson [23]

Said she has known Ward since Jan 1984
+ Fontenote since May 84, Titsworth since Feb 84
* Said she had partied a couple of times at
Janette Roberts on south Townsend. She met
Titsworth at the Glenwood Park and was
introduced to him by Niki. She met him
again  on Main street one evening while he was
with a couple of girls. She said Odell
gets loud when he is drunk and trys to be
macho. She ~~has~~ haven't known of him having
any fights.

Rhonda said when she saw the composite
she thought it looked like Tommy Ward
Melvin Hardin said Ward told him he would
like to knock a girls teeth out and fuck her in the mouth
Tony + Jimmy Hardy. Tony works for Tinker. Jimmy moved
to Calif. Rhonda said she stayed with her brothers
and friends in OKC. untell around 20th of april. Came
back and stayed with Janette about two weeks
then moved in with Mary Kyle Hi. Miss middle

Melvin Hardin
lives behind Colortime T.V. on 12th

120

121

*Ronda*

house on E. side d. of Arlington. When she came back in april, Janette, Karl, Niki, Tommy, Jessica and some times amy. amy lives with her father. Rhonda does not remember going to Blue River untill May. Titsworth was at the river with someone else. Janette & Rhonda were with David Welson.

Rhonda said she was at Sherry Kile's house on april 28th. Sherry had a party at her house ~~& g~~ & gave a birthday party for someone named Tim, Janrette—, Sherry, Leann, Kim, & Chuck were at the party.

122

4-30-84

6:15 Pm

✓ Wayne Case said that Billy Charley used to have 69-71 Chevy P.U., Wide tires on back, and was Gray primer Jacked up in back

6:30 Pm

✓ Carlos did not want to mention his name but said we should check a Morris Case, he is spitting image of picture on T.V. He lives on Wolf Lane, North of McAnally.

6:40 Pm

WALTER GRAPER called from 777-2727 he wants to add $100⁰⁰ to reward

✓ 7:12 PM KATHY Vogt said girl who works for McAnally on Broadway said Tommy Ward fits description on Blond haired guy.

7:55 214 Stan Franklin Lawton Area Large school

10:12 PM Recovered Gray Primer 1952 Chev at Jeffrome Lodge Area. ────── W. Barrett   Mark Wetzl will Process vehicle

★ 10:14 PM J. R. Raley, Shawnee, said that before Christmas 1983, his daughter, Virginia Hodge, worked at a Convenience Store at Highland & Bryant, she was taken and raped. He said one guy was 5'4", 160#, Blondish hair, 20's, bragged about doing this kind of thing. Other man 6', 19-20, Lt Brown hair, J. R. Raley works at 221 N. Main, Shawnee

122

4-30-84

1030 PM

"S"      Terry Dilger   at McCleud at Christmas time     Drug - Burglary
                                                          Medill
Meade Dilger  795-3626  (Grand Nephew)
W/M 6'0 long blonde hair 145 lbs, 24-25 yrs, thin faced


#1  Arthur "Art" Umies W/M  22-23, Dishwater Blonde  or Brown
5'5"- 5'6" Stocky build.

✓     B&R trailer in Ada Several years ago. white Chevy P.U.
with mags, Acme Scars on face, Father is paralized may
live in Ada
                                                  G. Rodgers

"W"  Kendre Johnson 665- 4439 Wynnewood
✓   #2  Dale Jackson, W/M, Early 20's, taller than #1
Dishwater blonde - feathered hair. Also from around Ada


11:05 PM

"W"     Steve Scott, in Altus, his wife saw 2 subjects in a
Jiffy Store there that looked like Composites. Both
subjects wearing light blue shirts, haircuts were identical
she saw them around 2100 hrs.
       Mr. Scott is a Law Enforcement major moving back to El Reno
can be reached at Pete Baker, Altus, 477-2767  &
T. D. Hale, El Reno, 262-0400
 Missouri
 plate  ANS-763 Chevrolet poss 1976 or later     The two people were in a white panel Van.
        mag wheels - Sitting at the Bamboo Tree in Altus  G. Rogers
                                              On


       1980 Chev Van  Rodger or Howard Teel, 2501 St. 13TH
123  Joplin, Mo.

124

4-30-84

11:50 PM                                    436-5380

Shirley Breechen works for Security France, said she
saw the pictures on T.V. and they looked just like two
guys she knows.

(1) Robert Sparcino, Italian, longer blond hair, taller of two
sandy blond hair, use to work at Reeves Packing Plant

(2) Randy Rodgers, short blond hair, blue eyes,
        she will, call tomorrow with more information.

---

4-30-84

Check   Janet Lyins said that Billy Charley was wearing
contact lens now and has lost some weight. Said
that Billy Charley had been out to the store.
    Need to reinterview for more information

Check   Need more information on Gerry East, where he
is and was on that night. If he has been at the
store.

11:30 PM —
    DEVA JETER & DEBBIE Lancaster   604 W 19th
332-7876 CAME TO P.D Advised Picture OF
#2 Subject (shorter one) Looked Like TOMMY
WARD, who Lives on Portland Park — NWB —

Gary Hathcock   a year ago saw two guys who said "we should rob McAnallys & steal the girl.

Janet Osborne

Rd. # 3 Box 246

Simpson and Harber
~~out~~
C&H Garage door

Hennessey OK

MRS. Turner

59 narrow Bead
Dark Sh Hair
E on Hwy 51 out of Hennessey

729 127

33. 1976

Shirley Cox

436-5635

Brian be down

Tomorrow AT Shirleys

← 436-6660 ↔

GREGG
Watson

AIRPLANE

Bill Taylor
365-4231

Gary Chambers –
N of Stonewall
Works Evergreen – Mill
332-6611

Chambers – 4:30

Lead
Sheet
made
aus

Joe M°Carty – Sasakwa

Jim Laines – Sasakwa –

Gary Chambers advised when they Got to
M° Gradys the Robbery had already occurred —

127

Rodonna Pollard
513 W. 9th Ada, OK

Billy — 10 st
Berry Leslie - 10th    J. D.

Tommy & Karl stole 300.00 from a girl
on Johnston During summer
Jeb

Bar Patten
Brown Cougan
See Him in a Pickup one night

James ward occer — About 33 on 34
About 1 month Before P/u — Seen in a
Green Car with some other Guy
Henry set - Light Brown Hair

Eddie Filer
Tulsa (at Horace Mann Correctional Center)

Seen Tommy once w/Knife
Could really Get Wigged out on Drugs
And ~~could~~ Know what He was Doing
   would not

129

We went to

Connie & Norman Spence  436-1004 Francis

Jimbo Stinson / Loma Stinson   was at river.

Jerry West  332-2023   Francis, OK
In JP on 58 APR 84 - 7-730 PM

Titsworth & Brother - Darell was with
Keith Flowers - Lives at Gatewood Auto
        mant - North of Homer

Patty Massey - East of Bldg          was with
        Red House                   several different
                                     men at the
                                     Keg party, was
                                     one of the last to
Dean of Florence Lee                 leave.
    332-1269  Francis
own land where Keg party
was at and saw
light blue P.U. in woods
following day around 3 PM.

/

129

130

10:15 Pm    5-1-84

Twanda Castleberry, 436-7255, She said she saw a gray primered P.U. with big tires on the back sitting on a side road about 6 miles south of Sulphur this morning about 930am and again at 530Pm.

10:56     5-1-84

Clinton Lackey Jr, 1500 Fairview, Portland Park, drives a gray primer P.U.    ss# 443562236    DOB 9-2-52 wife - Wilena - Solo Cup Co ——— Arla Gas Co.

11:30 Pm     5-1-84

Coy Young called and said that he had talked to Tony Adams, 436-2352, and Tony said that Sat evening he was riding his bicycle on Arlington and 2 guys passed him in a gray primered P.U. (wide tire on white spoke rims) going down the hill toward McAnallys. One of the guys waved & hollered at him. He noticed the P.U. had Texas tags on it. They had 2 hats hanging up in back. He works for Harold Long, 332-0087, Harold's wife works for Tipton Cleaners on 16th St. Coy thought he may have seen the same two guys out on Broadway by the other McAnallys.

1215 Am 5-2-84

Coy Young, 332-5798, said that a Kathy Ware, 759-3044 called and said that Saturday Night about 10:30Pm, she saw this P.U. several time going west out of Ada. She said it looked like someone was fighting on the inside. Stopped several times, fighting. Last seen going to Vaness, from Garr Corner

130

10:15 pm   5-2-84

Caller from Stonewall said that the # 1 guy in the photo was a Kenny Musgrove from Stonewall. Does not know where he lives now

10:22 pm   5-2-84   Loyd Cannon 889-2930

Mr Cannon said that he knows 2 sets of brothers that looks like the Photo he saw on T.V.

(1) Arley & Billy Rowell - they are blond hair & fits description. Both have been in Prison before  - They drive a Primered Coated Gray Chev P.U. in the 70's

(2) Ronnie & Everett Duncan: Everett has blond down to the bottom of the ears. Lives 3 miles South of Centerpoint.

132
5-1-84

6:00 pm Tamara Bolt came to the station and said the short blonde suspect used to live with Kurt David at Oakhurst apartments. She didn't know his name. She said Kurt lives in Owasso. His number is 918-272-1015.

7:30 PM Magnard called advised the shooter suspect was Kent Miller.

9:45 PM Light Grey Pickup out by the river at Francis. Early Sunday morning. Left at Francis, West out of Francis.
   Norman Spence.   Right at 55 in Francis across
   Connie Spencer   RR tracks to 2nd Street turn
                    Right to 2nd street to Run down
                    House. Silver Toyota in Front
                    Yard. Darren in yard.

133

Kathy East

James Floyd Harler
from Kansas

Ben Smith Jr.          5-1-84          6:04 Pm

James Wright          moved by OKC
502 E 17TH
501 E 16TH    Mother : Father (step)

Greg Taylor

March 23                              9.50 Pm   5-1-84

Billy Charley

Unknown called said that Billy Charley looks like
photo #2 and that he use to drive a gray primer
P.U.

5-1-84
   Greg Taylor called and said that His babysitter
said that Photo looked like Billy Charley.

5-1-84   10:08 Pm
   Gene Henderson, 332-5894, said that a guy by the
name of Billy Charley looks like Photo and drove
133   a Primer gray P.U.

5-3-84
1330

William Washburn 5-7 150 blonde
Ronnie Washburn 5-10 200 blonde brown

Chev pu with Primer Spots

Jack Hill
19th District
DA. Investigator from
Bryan County.

These 2 subjects live in Coal County. He
will check these people out and get Back.

Back —

Jerry Lynn Ellis   w/m
9-23-80   Burg II   S.O.   Pauls Valley   no Disp.

136

VISA CARD # 4682-0030-18012675
BRAD CHARLES BLACKWOOD


VISA SERVICE - 1-(214)-939-8605   Dallas TX.
    I Spoke With MARY IVY   OF the Visa
Service Center ON 5-25-84. at 2:30 PM. She Said
That Tara Harron Was out of the office and she Would
be handeling The case.
    She promised to Send us a Copy of All activity on
the VISA CARD as well as the Tickets that Were Signed
by the Subject. The computer INFORMATION will be mailed
out Today and It will Take 15 days to get the Copies
of the tickets pulled and in The Mail
                                    5-25-84
                                    Mike Baskin

136

Complaint _Lynn Klepper_ _____ No. ____

Address _Rock Liquor Store_ _____

Offense _Petty Larceny_ _____ Place of Occurrence _Rock Liquor Store_

Report received by _W. Hester_ at _710_ M. Date _4-17_ , 19 ___, How reported _by_

Date and time offense committed _few min Pu Ba_ _____ Officer Assigned _Hester_

Time of Investigation _2108_ M. Date ___ _____

Persons and property involved _Jim Bob Handy, Steve, Gene, Joe, Luda, Peng_ ____

DETAIL OF OFFENSE (State fully all other circumstances of offense and its investigation)

_____

_____

_____

RGB-760 OK

_____

_____

_____

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

Signature of Officer _____

John S. Townsend                                        579 S. Townsend

Report received by 26 at 0640 M. Date    4-29 19 71   How reported Phone
Date and time offense committed         Same              Officer Assigned Scott
Type of investigation          Same   M. Date  Same
Suspects and/or persons arrested        none

DETAIL OF OFFENSE (State fully all other circumstances of this offense and its investigation)

On Upstairs apt on the north side of the alley at
579 S. Townsend rented by Gordon Cather or who was having
a party. They advised they would quiten down.
Told the two complaining parties if it happened again to
see the judge.

139

Haraway Case

Reference: 7 man line up with Karl Fontenot on 12-11-84 at 7:24 ᴾᴹ. Present in the viewing room was Jack Pascal (W), George Butner (Defense Attorney), Chris Ross (Asst D.A.) Gary Rogers (OSBI), and James Fox (Det.)

Mr. Jack Pascal entered the viewing room at 7:24 ᴾᴹ. Gary Rogers brought in the 7 men in the line up and had them stand in front of the viewing mirror, about 20'. They were all wearing white coveralls with Pontotoc Co. Prisoner on the back.

Gary Rogers ask each man in the line 1 thru 7 to step up one step and then step back in line.

Then Gary ask all the men in the line up to turn left (pause), face forward (pause), turn right (pause), face forward.

During the second pause, Mr. Pascal said "Jerry, I don't think I can be any help."

Gary entered the viewing room and ask Mr. Pascal if he would like to see anyone do anything or see them any closer. Mr. Pascal said maybe #7.

Gary stepped out of the viewing room and ask #7 to step up a little closer and then step back in line.

Gary entered the viewing room again and ask Mr. Pascal if there was anything else or would he like to see all of the closer. Mr. Pascal said "Yes"

139

Gary stepped out and ask all the men to step

140

closer about 3 steps. Gary then ask #1 to take one
step forward, turn left and walk to the end of the
line up and back, step back in line. Gary then ask
all the men to go into another room. Gary entered the
viewing and ask Mr. Pascal, George Butner, Chris Ross
to step into his office, they left the viewing room at
7:29 P.M. In this line up Mr. Fontenot was #3
left to right 1-1

Sgt James D. Fox
12-11-84

*Haraway Case*

Reference: 7 man line up with Karl Fontenot on 12-11-84 at 7:32 P.M. Present in the viewing room was Karen Wise (W), George Butner, (Defense Attorney), Chris Ross (Asst. D.A.), Gary Rogers, (O.S.B.I.), and James Fox, (Det.).

Ms. Karen Wise entered the viewing room at 7:32 P.M. Gary Rogers brought in the 7 man in the line up and had them stand in front of the viewing mirror, about 15'. They were all wearing white coveralls with Pontotoc Co. Prisoner on the back.

Gary Rogers ask each man in the line 1 thru 7 to step up one step and then step back in line.

Then Gary ask all the men in the line up to turn right, (pause), face forward, (pause), turn left, (pause), face forward. Gary entered the viewing room and ask Ms. Wise "Do you want anyone of them to do anything". Ms. Wise said "I can't tell anyone of them". Gary then ask Ms. Wise, George Butner and Chris Ross to step into his office. All left the viewing room at 7:35 P.M. The men in the line up returned to another room. Line up was left to right 1-7. Mr. Fontenot was # 5 in this line up.

Sgt. James D. Fox

12-11-84

142

*Haraway Case*

Reference: 7 man line up with Karl Fontenot on 12-11-84 at 7:37ᵖᵐ. Present in the viewing room was Jim Moyer, (w), George Butner, (defense attorney), Chris Ross, (Asst D.A.), Gary Rogers, (O.S.B.I.), and James Fox, (Det).

Mr. Jim Moyer entered the viewing room at 7:37ᵖᵐ. Gary Rogers brought in the 7 men in the line up and had them stand in front of the viewing mirror, about 15'. They were all wearing white coveralls with Pontotoc Co. Prisoner on the back.

Gary Rogers ask each man in the line up 1 thru 7 to step up one step and then step back in line. Then Gary ask all the men in the line up to turn right, (pause), face forward (pause), turn left, (pause), face forward.

Gary entered the viewing room and ask Mr. Moyer "Any distance you want to see them from or walk around". Mr. Moyer said yes, walk around.

Gary left the viewing room and ask the line up to face right, (pause), face right again and walk to the wall, about 30' from viewing mirror, pause, face forward. Gary then ask each man in the line up 1 thru 7 to step forward one step, turn right, (pause), face forward, (pause) back to line up. All men were told to face the wall and Gary entered the viewing room and ask Mr. Moyer, Chris Ross, George Butner to step into his office. They left the viewing room at 7:44ᵖᵐ. At 7:46ᵖᵐ they

142

returned to the viewing room and Gary ask the men
in the line up to stand in front of the viewing
mirror about 10' to 12' away. All the men stood
there for a couple of minutes and then Gary entered
the viewing room and ask Mr. Moyer, "Anything else
or will that satisfy you". Mr. Moyer said "yes".
They left the viewing room at 9:48 PM and returned
to Gary's office. The line up was over at 9:50 PM and
Gary took pictures of the line up. Mr. Fontenot was
# 5 in this line up. Left to Right 1-7.

Sgt James D. Fox
12-11-84