George

I dont know how to start off on this letter But I dont want to Descriminate myself by writting it there is some things I have set down and thought about. I may have sit down too late to think about them. or even to defend myself. but I need to know a few answers to a few questions that could help me. OK I was a indigent guy going before a Judge to get a court appointed Lawyer to try and defend or help me in some ways or maybe hurt me in some ways and I dont know what is going on in too many ways and wasting my life sitting up here in this Jail Letting the court and what not take over my life. I have never heard of a case going on for 8 solid months and 3 more to go. well I have a good feeling why it is taking so long or why you say that the trial is going to be in June or July and here it is June and there is still not a trial date, so now there is something fishy that some one is keeping from me and I want to know what they are. and probably have the right to know or may I put it this way I need or want to know when you first come to talk to me in person you said something that made me write this letter you said (you do know Paul that I can either have your ass from the big needle in the sky or I can save your ass from it) George I dont know what happend in my mind when you said that

①

but if you were my Lawyer trying to help me and turn around and insult me by saying something bad like that to me. That is something like the Detectives tryed to tell me and use it to scare the hell out of me but it didn't work out the way they planned it. like the same with the Damn bones from the East Central University I did not care if Jesus Crist or God told them to do it. but there is nothing scaring me now more than ever and also get my brain twisted up like a Damn pretzill and can be untwisted. Well George I was Just wondering. when you first called, you said ok Karl we have 45 days to get ahold of your witnesses well something is wrong somewhere because I told you where they were living the month before I left to go live with Robert and Joyce Cavins Tommys sister, the ones who lived in Konawa Bruce self, Johnny Duck is his Nic-name hangs around with Bruce all the time and was at the keg party Gordon Calhoun was showing he moved to California for some National Guards Deal he had to go for. he was there at the keg party then there's Dottie Edwards but she's going By Roberts now I think she was with me during the week that this was suppose to happen she always ___ ___ and come and get me from work at Wendys she was also with me the week I was getting ready

for the new Job there. The Time Denny Barrette was a Dectetive him and Mike Baskens came to Jannette house and talked to me and Mike Roberts he kept Trying to get me to come to the Ada police Department so they could question me is whet he said but I told him and kept telling him I had to have a reason to get in his car I had to be at work in 5 minutes so he said thats ok Karl Just Remember if your name is Ever mentioned again he would hang my ass. I didnt promise Baskins I would come in and talk to him and Denny Barrette but I did say if I have time after work I would come talk to him. After work I wasnt thinking after work and forgot to talk to them and never did because I didnt have any reason too. I was Just wondering who mentioned my name in the first place. I dont know yet but rummors told me that Tommy told them where I was living and to come talk to me so they did and thats what they said and talked to me about. Oh another thing I cant understand is all the Time I was living with Mike and Jannette they give me a Birthday card and said I was a nother year older why would they not Testify for me as witnesses and Turn against me all of a sudden when they heard about me facing these charges. Something is wrong there too and I would like to know. another is why they took me out of the court room when

147

(4)

they were going to listen to one of Tommys statements and let me hear the one that was taken here there must of been something ya didnt what me to hear so that will probly help ya to sink my ass too. George some people like the Detectives think I am or have a berry mind and I.Q but I am no Dumb ass and dont know what is going on, but there is one thing that makes me feel Dumb ass and that is why is Everybody trying to hang my ass and not thinking of helping me some time or another sooner before its too late The thing I cant understand about you being my lawyer is why havent you got ahold of some of my witnesses or looked into any thing I have told you, instead of trying to put this shit off until I turn 21 then let them give me the shat of my life, that is why the Judge Jones ask me when was my birth day and how old am i now and nothing else, I cant understand what my age and birth day has any thing to do with this case, the charge papers said I am over 18 that is legal age aint it or I may be wrong about all of this in this little letter but it seems fishy to me about what is going on that I dont know about which is allot of things I dont know about until the trial comes up and then they will let it all be my birth day present

147 (Death penalty)

oh George the time that they said this happen that saturday morning I think I got my hair cut from the same one who cut it now. His name is Ben I think he cut my hair at the Barber on 4th and Broadway at that Barber. I had to be at work when he was cutting my hair so when he got through I asked him if I could use his phone to call in at work at wendys late he said to come in monday. So I did of tin Dectective Danny Barrette and mike Baskens that though taking to me that morning. he did let me use his phone plus I liked the way he cut my hair so I paid him with the $5.00 that Tommy's Mother gave to me then asked him if he had a card I could have incase I wanted to make an appointment to get my hair cut again he give me one so please check and see if he remembers it ok. oh Tommy told me on the way to Venita that Jannette daughter Niki Lindsey was coming to see him on Sundays he said she sneaks in as his sister they also have been writing each other alot. he also says she has been going over to a friends of one of the witnesses at J.P's and talking to her or she I don't know if this is true or not but he told me and if he tells me anything at anytime i will. I am going to tell you ok. if this what he says is true I will know then he is trying to take all my witnesses was away from me and put the crime on me same like he is trying to pull me down on the Murder part of

use and slip by with Just the Robery, kidnaping and Me on the streets in a few years if he does pull me down George he will come with me because everything he says about me, Seems like he will have to prove it. I would like for you Gorge to stop his scheems, and Games if you can. but if things turn Counter Clockwise I will know them too I am getting no help from anyone so please help me George I am innocent and I have rights to see it proven so. I wished I had the money to pay you to defend me but I am a guy from the streets, poor, and hunting for someones help. usually lawyers come and see their clients and tell them what is going on or their next Court Date appearence. Or something of that sort sir. George I am Calling my Sister in law to see if I can Get the money to pay you, you Seem to be a good lawyer to me but this Curt appointed stuff works for them but not me I it hurt me instead of helps me

PS. please get my witnesses or something George is all I ask.

Kad allen
Fontenot

George                                                    Cont.—

I forgot a few more things. I have found out keeping my mouth shut isn't helping me one Bit at all its Just helping ya do good on ya's side not a Bit on mine. George I am getting upset and Tired of the little Games people are playing on me and no one to stop them, laying up here in this solitude cell eating, sleeping, reading, and shitting and letting someone else do all the schemes and talking Games doesn't make me look like I am a dumb asshole because I know what is going on I have been told By you to keep my mouth shut and play it cool like is Just helping ya destroy my life thats the way people done me on the streets for 4 fucking years and I am Tired of it Tommy and his friends would smoke 1 fucking Joint or drink one fucking beer with me and think it made a vegetable or a Dumb ass Then ask me to do some thing like steal some thing and think I don't know what could happen to me if some one told some dificult stories on me the damn Jail house is where I would go oh this sending me to We-nita for one day was just to try and take up more time to get closer to my 21 Birth day to prosecute this innocent guy is Just a bunch of shit too like the rest I can name off about 4 months that has went to shit and down the drain too for nothing. I am going to name alot of things that will help me and hope like hell some one helps

151

me before the trial comes and its too late when its too late there is no need for help from any one around George when the trial is over I would like an appeal on the case to try and help me some now ok. That Demeer that I signed was another trick too I read it and I know what it meant and said it said the things were true to the best of my knowledge. I dont know if the fucking shit is true or isnt and dont care because I told them any thing like on the video tape just to get Dewey Rogers out of my face and it did get him out of my face I do know this George if I get sent to a prison while waiting on an appeal and never did get any help at all in the first trial there probably wont be a second chance for me. I would like to see my innocence proven but I cant do it Being Behind Bars like this.

                  Witness
1. Jannette Blood Roberts Del City
2. Ammy Blood Del City
3. Bruce Self Konawa
4. Johnny (Duck) Konawa
5. Gordon Calhoun Anaheim California
6. Joe Young blood
7. Regina Young blood.

These are the people who know I was at Jannettes on 4-28-84

151

George

I dont know if this is true either but its something Sonny told me on the way to Venita, he said that the sheriff or lady cop, I dont know but she works at the county jail that her son told her that he remembers being at Jordans keg party and seeing me there most of the party except when we went to get a bag of pot for the party once that is me Sonny, Brian Cox I was there the rest of the night.

P.S. George I am sorry about the profanity I used in this letter but I am tired and upset about the way things are turning out.

Karl Allen Fontenot

George

I don't know what anyone elses feelings are about the way the case is going right now and I never do know what is going on and never did I just told you on the phone that I did that was just another big lie I told you I don't know if you are helping me or not thats how much I know about this shit that is happening to me but I do know that this trial that is coming up whenever of it does is someone else's trial that I don't want to go to I don't even care to go to court for anything any more because all I do is sit there like a frog on a lilypad wasting my energy for some one else who is suppose to be going to it. Me and Tommys friendship is over now and he is probably thinking of forgetting about me or already has and is putting this off on any one he can especially me. You know when it comes to doing or facing time its time to forget friends too. That is what he has done to me. Me like people say I don't know wrong from right is Bullshit except for one thing I will say I am stupid and dumb for doing and didn't know I was doing it that is confessing to something I didn't do or know anything about. I have had a rough life since 16 years old and it seems like its getting worse and worse with Too it doesn't matter to me is no one believes anything I say to try and prove my innocence any more as long as 2 people know I am thats the man upstairs and me that is all

153

that matters to me. There is something I have stuck with all my life till the day I die that is I was born a happy person and I will die a happy person because no one can destroy my soul it will stay in heaven because we know I didn't do this time. God and Jesus Christ is the only friends I want to see ever again in my life. I don't want to go to a prison to just eat, sleep, shit, read that is a no mans life if I do get sent to one I will find the quickest and fastest way to kill my self or have some one do it. I have been thinking of dying ever since I seen my mother die and I was the only one ever to see her die in my whole family, believe me George it really hurt my mind, memory, and me. I can't even remember what I said on that video tape. I don't even know how do a innocent guy pleads to a crime he hasn't involved himself in and has no way to prove his innocence so I guess its just let one live to let one die. To die is the easiest and only thing a man or woman has to do in their life is die and I believe that to. Death means nothing to me George because I know I will see it sooner or later and if God says its time for me to go I will go I will never give upon God because he will never give upon me. George this is just my true words and feelings for my selfs life, no one sees me blaming innocent people for this like Tommy. Lying on people isn't my way

out of things God is my way out because he leads my life not me. He put me here on Earth he will take me away when my time has come. I would plead guilty to this crime but where in the hell will I find a story true to prove it. There ain't one because I am innocent

## JUST A WET DREAM

ME AND A FRIEND OF MINE WAS FIGHTING A HARD CASE AND DIDNT KNOW WHAT WAS GOING ON EITHER BUT WE WERE OUT ON BOND SO WE WENT TO THIS BAR CALLED B-POE OUT NORTH OF TOWN JUST FOR A DRINK. THEN WE ASK THESE FOXY CHICKS IF THEY WANTED TO GO BACK IN THE BACK OF THE BAR AND GET SOME THING TO EAT BEFORE WE START PARTHING HARD. SO THE FRIEND OF MINE TOOK THE GIRLS TO GET SOMETHING TO EAT I TOLD THEM I WAS GOING BEHIND THE BAR ROOM COUNTER FROM BEHIND TO BUY A PACK OF CIGARETT OUT OF A CIGARETTES MACHINE I LOOKED IN MY POCKET TO SEE IF I HAD ENOUGH CHANGE TO BUY THEM. I DIDND HAVE ENOUGH CHANGE TO BUY THEM SO I WEND AROUND TO THE FRONT OF THE BAR TO GET SOME MORE CHANGE SHE SAID I COULD PAY FOR THEM THERE AT THE BAR SO I DID SHE TOOK THE CHANGE I STARTED OFF WITH AND TIPPED METHE REST I REALLY LIKED THAT SO I PAID FOR THEM THEN WENT TO THE TABLE MY FRIEND AND THE GIRLS WERE WAITING ON ME SO I SAT DOWN THEY HAD ALREADY MET ANOTHER GUY AND WAS DRINKING WITH THEM THEY INTRODUCED ME TO HIM HE SAID HE WAS A JUDGE AND IF I TOLD HIM WHAT THE CASE WAS HE PROBABLY COULD HELP ME SO I TOLD HIM WHAT IT WAS I WAS CHARGED WITH. HE TOLD ME WHAT TO DO FOR HIM AND HE WOULD SEE TO IT THAT I WOULDNT GET THE DEATH PENALTY. THE GUY WAS A PEMP FOR THESE GIRLS AND HE SAID IF WE COULD SATISFY HIS GIRLS HE WOULD HELP US. THE GIRL I HAD SAD SHE WOULD BE BACK IN A FEW MINUTES. THEN I ASK HER WHERE SHE WAS GOING, AND SHE SAID TO THE LADYS ROOM DO YOU WANT TO COME HOLD MY HAND WHILE I USE THE RESTROOM AND

157

I SAID NO, THAT I DID WANT TO COME WITH HER NOT TO HOLD HER HAND, THEN SHE SAID IN THE REST ROOM, DO YOU WANT TO FEEL MY PUSSY, AND I SAID NO, I WANT TO FUCK YOU. THEN SHE STRIPED DOWN TO NOTHING ON BOY DID MY DICK START TO GROW BIGER THAN EVER IT WAS SO BIG IT STARTED THROBING TO GROW BIGER THEN THATS WHEN I LET HER HAVE IT ALL GOOD. I TOLD HER TO STAY ON THE TOILET JUST TO RAISE UP A LITTLE SO I COULD GET MY LEGS UNDER HERS, SO SHE DID THEN I TOLD HER TO SPREAD HER LEGS AS FAR APART AS SHE COULD THEN I LET HER LEGS REST ON MY KNEES, THEN I PUT IT IN HER HARD AND DIDND STOP TILL THE OTHER GIRL CAME TO SEE ABOUT HER, SHE SAID THE OTHER FRIEND OF MINE DIDNT HAVE ONE LONG AND BIG ENOUGH SO I PUT HER ON THE TOILET THEN FUCKED HER HARDER THE SECOND GO ROUND THAN THE FIRST THE ONLY THING THEY BOTH SAID WHEN WE WERE TAROUGH WAS THAT THE JUDGE THE (PIMP) SAID I MADE ONE TURN RED AND THAT THEY SAID TO THE JUDGE (YOU SHOULD LET HIM OFF THE HOOK AND GO FREE AND WILD TO PLEASE MORE WHORES LIK I DID THEM, I DIDNT HAVE TO PAY THEM BECAUSE HE WANTED THEM OFF HIS DICK AND ON ONE THAT WOULD SATISFY THEM BOTH. ALL I REMEMBER IS WAKING UP WITH A BIG HARD ON AND COULDND PISS BECAUSE IT WAS STIFF AS A TWO BY FOUR

P.S. I DOND KNOW WHO THEY ARE BUT IF YOU EVER HAVE A CRIME ON YOU GO SEE THE JUDGE (THE PIMP)

Dearest sister

Hi how are ya doing? well I hope fine. me the same I guess waiting for the trial to come. I think there waiting for me to turn 21 years old that way they can try me as an adult they think I dont know about it but there is ways of finding out things my lawyer keeps from me I dont know if he is helping me or not is what it is he is court appointed lawyer they can either help a person or hurt a person. well thats about all ive heard on the trial so far they have already sent us for observations in Venita state hospital. they dont let me have any more phone calls because they dont want to. peggy and them dont want to come see me or send me any stamps or anything to write ya so I find some way to write ya to let ya know how I am doing. I've been reading alot Drawing alot. sleeping too thats all there is to do here I've got to where I love reading books I read 3 a day some times i've learned alot from books too I cant smoke so I read and draw alot to intrest me. well I feel reall upset because I cant be out there to get you a birth day present and see ya. Everyone says its not the present its the thought believe me Lisa I am thinking alot and pray alot more and more for you Each day. I really love ya alot with all my heart also. ya keep the Lord on your side of the world and in your life for me. I would like to see that as a birth day present from me to see all of ya Except the Lord in yas heart this is my only chance for 6 stamps so I wanted to wish you Dear Sister

a wonderful and happy Birth day with all my heart and wishes. well Tell Renita and Bob, Jesica I said hi and Kevin if yo see him ok. I love you all very much ok. I sure hope your knee is better too and I also wish Renitas baby a happy birth day too. well I hope ya like California too. well I am going to read some and wait for the preacher to come see me this sunday, I am sorry the letter is short but I have little paper left so I think I should save some for your next letter ok.

P.S. God Bless ya
P.S. I love ya very much.

write back soon

Love Karl Fontenot

9. WOMB BAT = WOMBRILEY + E = WOMBRILEY/E = WOMBRILDTT = WOBRLDTT = WOBRLDT = WORLD

   <u>WORLD</u>  SEPTEMBER + SE = SEPTEMBERSE + DRUM = SEPTEMBERSEDRUM + LY = SEPTEMBERSEDRUMLY - M = SPTEBEASEDRUMLY = SPE2SEDRY + DICE = SP2SEDRDICES = SERDICErS = SERpiES = SERIES

   SERIES = <u>WORLD SERIES</u>

10. MIRROR + TB = MIRRTB BINNACLE + TB = BINNACLETB - BIN = NACLETB = ACB + YKH = ALBYKH BASSOON = ALYKHSOON = ALYKHAN

    <u>ALY KHAN</u>

11. TBE + MALLIS = TEMALLIS + C = TEMALLISC = TMALLSBUOY + LA. = TMALLSBUOYLA + H = TMALLSBUOYLAH - BOY = TMALLULAH = <u>TALLULAH</u>

12. ANNIE + N = ANNIEN

1. COMBSTITL = COMBSITLE
   TSTOCKING = COMBSTESTOCKINGLEE BING
   BALLSAND/DOJANUARY/CASTANETS
   BRASSARD/DOJANUARY/CASTANETS
   BOARDJANUARY CASTANTS
   DJANUARY CASTANTS
   OJUARYASANTS DURANTE
   DURANTE

2. ZIPPERRAYSSYS = ZIRPAS = ZIP
   ZIP

4. AAAAPHYTEAN = PAAHSN = ADAN
   AD/ALMS = ADAMS
   ADAMS

5. JUDDDBIBRTF = JUATF = JF =
   JALHERRYTH = JERRY
   JERRY

6. POQSCOPTEREYE = COTEEYEURD =
   PTEEYEUR + OTSYERW/RSE THERPREDE =
   TREE

7. MERMAIDCSS = MERMAIDESS + CURIE = MERMAIDCSCURIE + EYEBROWS
   = MERMAIDESSCURIEEYEBROWS = MERMAIDESCURIEYEARS =
   MERMAIDESCURIEYERS = XMALDSSCUIYERS = MASCUIYERSET
   = MASSCUIYERSET = MACIYRSST = MACY'S
   MACY'S

8. SAUCETT + SCALE + AJM = SAUCETTSCALTAJM = SAUCETSCAJ FP =
   SAUCETSJFO SAUSCAJFP = ASCAJPDOVE = ASCAJPDOVE = JPDOE
   JOE'D = JOE
   JOE

COURT NOTES

GO TO COURT 6-16-85. MOTIONS (JUNE 85) Jesus Christ Loves us all.
CALLED GEORGE BUTNER 5-29-85 (MAY 85) Through him we are all saved
he hears our prayers, and
he died on the cross for our sins
faith and trust in Jesus
is good unto every one
who loves the Lord Jesus
Christ amen.

5-30-85

Karl Fontenot

This sign has a wonderful meaning.

Jesus is coming back soon

162