NLET RO.OKO620100.LA.*ADA POLICE.TXTLIC/RO25738.LIY/84.LIT/PC

MESSAGE ACCEPTED - ADAP 0070 21:00 05/15/84

NLET        3217 21:00
ADAP        0109 21:00 05/15/84

RR.LALPS0000
18:59 05/15/84 02858
18:59 05/15/84 02529 OKO620100
*ADA POLICE
TXT

VYR/84 VMA/MAZD VMO/006 VST/PK VCO/WHI
VIN/JM2UC2217E0811582 LIC/ RO25738 EXP/0186

PAUL; WAYNE MORGAN            OLN/
POB 828 BEASON RD
FOLSOM            LA 70437

164



**OKLAHOMA UNIFORM VIOLATIONS COMPLAINT**

Case No. **165**   Docket No. _____ Page No. _____ Chief Atty

State of Oklahoma,
County of **PONTOTOC**   ss.   **ADA**   ☐ Municipal Court

**COMP. ___ T–INFORMATION**   **3417**

the undersigned, being duly sworn, upon his oath deposes and says that:

on or about (date) **4-17-83** at (time) **815** at or near (location) **1100 E 9th**

County number **62** Control-int. **05** ☐ East ☐ North Location _____

within the city, county, and state aforesaid:   AFP ☐

Name: **Orr**   **Douglas**   **W**   zip code
         last        first        middle

Address: **Star rt**   **74531**

City: **Calvin**   State: **OK**

birthdate (mo., da., yr.) **3-15-65**   height ___ weight ___ race ___ sex ___ op. Ch. Cc. Mc. Other

DL No.: **00360£779**   yr. **83** State: **OK**

Employer: **None**   ☐ Did Unlawfully: ☐ Operate ☐ Park

Vehicle make: ___ body style ___ license ___ VIN ___

and did then and there commit the following offense:

| | | | | | Race Radar Plane Vascar |
|---|---|---|---|---|---|
| SPEEDING ☐ : | | MPH in | | MPH Zone | |
| Disobeyed: | | | | | |
| Stop Sign ☐ : | ☐ wrong place | ☐ at walk speed | ☐ faster | | |
| Disobeyed: | ☐ past middle | ☐ middle of | ☐ not reached | | |
| Traffic Sig. ☐ : | ☐ intersection | ☐ intersection | ☐ intersection | | |
| Improper Turn ☐ : | ☐ no. | ☐ into wrong | ☐ cut. | ☐ from wrong | ☐ pro- |
| left-right-U | ☐ signal | ☐ lane | ☐ corner | ☐ lane | ☐ hibited |
| Improper ☐ : | ☐ at intersection | ☐ cut in | ☐ on hill | | |
| Passing & | ☐ between traffic | ☐ on right | ☐ marked zone | | |
| Lane Use ☐ : | ☐ lane straddling | ☐ wrong lane | ☐ on curve | | |
| ☐ Failure to Yield | ☐ Following too Closely | ☐ Parking violation (describe) | | | |

Other violation: **Driving Left of**
**Center**

The undersigned further states that he has just and reasonable grounds to believe, and does believe, that the person named above committed the offense herein set forth, contrary to law

Sworn to and subscribed before me
this ___ day of _____ 19 ___   **Bill Arnold**
_____   Signature of officer
name and title   Badge No. **3**   Troop/Dist. No.

Court Appearance: **20** day of **April** 83 at **9:00** ___ M

Address of Court: **ADA CITY HALL**

without admitting guilt. I promise to appear in said court at said time & place:

Signature: **Jailed**

| | | Caused Person | PD  PI  FATAL |
|---|---|---|---|
| Slippery Pavement | ☐ rain ☐ snow ☐ ice | to Dodge | ☐ ☐ ☐ |
| Darkness | ☐ night ☐ fog | ☐ pedestrian ☐ driver | ☐ pedestrian ☐ vehicle ☐ hit fixed object ☐ right angle |
| Other traffic present | ☐ snow ☐ cross ☐ on coming ☐ pedestrian ☐ same direction | ☐ just missed accident | ☐ head on ☐ sideswipe ☐ rear end ☐ ran off roadway ☐ intersection |

Area: ☐ business   ☐ industrial   ☐ school   ☒ residential   ☐ rural

Highway Type **65** ☐ 1 lane ☒ 2 lane ☐ 3 lane ☐ 4 or more und. ☐ 4/more div.

BOND POSTED: ☐ Cash   Bond Card No. _____

**3417**

```
050184 0941
DOJ 1728
N NLT 1 DOJ
CQ.OK0620100
09:43 05/01/84 00268
09:43 05/01/84 00949 CA
*ADA-POLICE
TXTPUR/C.NAM/HOSKINS,VERNON L .DOB/100949.
RAC/W.SEX/M.FOR PD ADA,OK
```

74820

# Vehicle Check Report

**POLICE DEPARTMENT, ADA, OKLAHOMA**

Driver Name: chArles serPA.

Resident Address: Rt 4 Box 77

Operator: X   Chauf.___   Comm. Chauf.___   Other___

DL. No. _____ Yr. _____ State _____

Birthdate 4-25-63   Race W   Sex M

## DESCRIPTION OF VEHICLE

Year Model 72   Make chev

Type P.u El Comino   Color Rd

Vehicle License No. _____ Yr. ____ State _____

Date 3-9-83   Time 0208

Location 100 N. Reunie

## OCCUPANTS OF VEHICLE

(1) stoped with 1 Headlight
(Name)                    (Birthdate)

At 0255 hc WAS
(Address)      (City)      (State)

(2) LAying Down in Veh
(Name)                    (Birthdate)

At Coachlight Lot.
(Address)      (City)      (State)

(3) _____
(Name)                    (Birthdate)

_____
(Address)      (City)      (State)

OFFICER  W. mc

# Vehicle Check Report

POLICE DEPARTMENT, ADA, OKLAHOMA

Driver Name _Townsend, Robert W_

Resident Address _Works + Stays    The Pit on N. Bdwy_

Operator _X_    Chauf. ___    Comm. Chauf. ___    Other ___

DL. No. _443729073_ Yr. _84_ State _OK_

Birthdate _6-27-62_    Race _W_    Sex _M_

## DESCRIPTION OF VEHICLE

Year Model _____ Make _Ford_

Type _2 DR_ Color _Blu_ _Jun_

Vehicle License No. _PC-627_ Yr. _83_ State _OK_

Date _10-5-83_    Time _0050_

Location _12th + Francis_

## OCCUPANTS OF VEHICLE

(1) _Had complaint from Hardee's_
(Name)                              (Birthdate)
_of a man exposing himself_
(Address)          (City)          (State)

(2) _Stopped this subject 12th +_
(Name)                              (Birthdate)
_Francis, and he was still in his_
(Address)          (City)          (State)

(3) _Shorts. Jeans were laying in_
(Name)                              (Birthdate)
_Passenger seat_
(Address)          (City)          (State)

OFFICER _Kiesewetter_

168

# Vehicle Check Report

## POLICE DEPARTMENT, ADA, OKLAHOMA

Driver Name _Barry L. Leslie_

Resident Address _424 W 8th_

Operator _X_   Chauf. ___   Comm. Chauf. ___   Other ___

DL. No. _44266 3513_ Yr. _84_ State _OK_

Birthdate _1-30-61_   Race _C_   Sex _M_

### DESCRIPTION OF VEHICLE

Year Model _78_   Make _Pont_

Type _2dr_   Color _W/Bn_

Vehicle License No. _PN-953_  Yr. _83_ State _OK_

Date _2-11-83_   Time _21:52_

Location _Main & Townsend_

### OCCUPANTS OF VEHICLE

(1) _Steve Manuel_
(Name)                          (Birthdate)
_527 W 19th_          _4-26-60_
(Address)        (City)        (State)
_ADA OK_

(2) _____
(Name)                          (Birthdate)
_____
(Address)        (City)        (State)

(3) _____
(Name)                          (Birthdate)
_____
(Address)        (City)        (State)

OFFICER _Carson_

169

# Vehicle Check Report

**POLICE DEPARTMENT, ADA, OKLAHOMA**

WAlking

Driver
Name _Stevie R. Manuel_____

Resident
Address _527 W 19th_____

Operator ___   Chauf.___   Comm. Chauf.___   Other___

DL. No. _____ Yr. _____ State _____

Birthdate _4-26-60_ Race _____ Sex _____

## DESCRIPTION OF VEHICLE

Year Model _____ Make _____

Type _____ Color _____

Vehicle License No. _____ Yr. ____ State _____

Date _9-12-83____ Time _0330_

Location _2nd & Bdwy_____

## OCCUPANTS OF VEHICLE

(1) _____
     (Name)                        (Birthdate)

     _____
     (Address)          (City)           (State)

(2) _____
     (Name)                        (Birthdate)

     _____
     (Address)          (City)           (State)

(3) _____
     (Name)                        (Birthdate)

     _____
     (Address)          (City)           (State)

**OFFICER** _____

170

# Vehicle Check Report

**POLICE DEPARTMENT, ADA, OKLAHOMA**

Driver Name: _Brian Keith Cox_

Resident Address: _418 W. 4th_

Operator _X_   Chauf. ___   Comm. Chauf. ___   Other ___

DL. No. _004058774_   Yr. _85_   State _OK_

Birthdate _1-11-65_   Race _C_   Sex _M_

## DESCRIPTION OF VEHICLE

Year Model _69_   Make _Merc_

Type _Cougar_   Color _Brn_

Vehicle License No. _GN2270_   Yr. _83_   State _OK_

Date _4/18/83_   Time _2345_

Location _300 S. Broadway_

## OCCUPANTS OF VEHICLE

(1) _Joe (Rabbit) Lyda  425 W. 7th_
(Name)                              (Birthdate)

_Jimmy Stinson_
(Address)        (City)        (State)

(2) _Johnny Daniels  400 W. 5th_
(Name)                              (Birthdate)

_Billy Shelton  328 E. 18th_
(Address)        (City)        (State)

(3) _____
(Name)                              (Birthdate)

_____
(Address)        (City)        (State)

OFFICER _Corvin  4/18/83_

171

172

SCOM QD.NAM/HARBER,LARRY DEAN   .DOB/032650.SEX/A.TYP/C.REF/DS

SCOM         2080 11:15
ADAP         0075 11:15 11/07/84

REFERENCE: DS              INQUIRY BY: ADAP
                DRIVER LICENSE TRAFFIC RECORD
NAM/HARBER,LARRY DEAN         OLN/443525505        DOB/03/26/50
              ***FOR LAW ENFORCEMENT USE ONLY***
                   ---ACCIDENTS---
    DATE     CITY          COUNTY          STATE
  h2287g    ADA          PONTOTOC          OK
*** CURRENT POINT LEVEL ---> 00
                 --- END OF RECORD ---

SCOM QC.NAM/HARBER,LARRY DEAN .DOB/032650.SEX/M.REF/DS

SCOM QD.NAM/HARBER,LARRY        .DOB/032650.SEX/M.TYP/S.REF/WOOD

SCOM         1462 10:02
ADAP         0069 10:02 05/01/84

REFERENCE: WOOD                  INQUIRY BY: ADAP
                    DRIVER LICENSE MASTER RECORD
**EXPIRED**

TYPE:CHAUFFEUR                008239878              EXPIRES:03-84
HARBER,LARRY DEAN              RT 5              ADA,          OK 748200000
DOB/03/26/50   SEX/M   RAC/W   HGT/603   WGT/140   EYE/GR   HAI/BR
FR FLAG-NONE                              DONOR ID/NONE
DI FLAG-NONE                              TRAFFIC RECORD-YES
 *RESTRICTIONS*
NONE
 *PREVIOUS NAMES*
NONE
                    --- END OF RECORD ---
SCOMQD.OLN/008239878.TYP/C

174

*Lady come to P.D. asking about reward money. She was real upset after looking at composite. She said she would come back later*

VREG VR.LIC/T414391.LIY/84.REF/216

```
VREG       1524 09:54
ADAP       0065 09:54 05/01/84
REFERENCE: 216        .        INQUIRY BY:ADAP

TITLE/P406548    REG DATE/011684    EXP DATE/1284
LAST UPDATED DATE/011684    LAST ISSUED DATE/041582
LIC/T414391.    LIY/1984.   LIT/ST.    DECAL/4C939882
VIN/CCL246S111549.  VMA/CHEV.  VYR/76.  VMO/        VST/PK
FEE PAID/  001300    RES COUNTY/62    AGENT NO/6201
NAME:  HARBER, LARRY &/OR CAROLYN
ADDR:  RT 3 BOX 246, ADA, OK 74820
UNLADEN WGT/000000    LOAD CAP/000000    LADEN WGT/005500    BASE STATE/ ADAP
;
*** END OF RESPONSE
```

175

.2-84

Preacher Frye,
gray primered p.u. chev.
short bed. went
to Comper Co. allen.

drivers side front
fender had red primer
two

2nd one had two
different colores of
gray primer went
through allen.

**RECOVERY** _____          **DISPOSITION** _____

Date _____

Remarks: _____ 759 _____
                         3634
Janine McCullough - 11-7 .
Peach tree Junction

TRUCK -
Short Bed silver Color
with a stripe down the side
possibly orange.

1958 JD tu Buy Bean
correct change for Bean and
2 early Bean

3:30 Sunday Mass

D & B's Federal Printing    Ada, OK

177

Soyna Alessia
Tp. Package Store
home   436-2267

She told J.W Smith
wife that a car went in to
buy Something. the little boy
went in and no one was
there.

Bil   178   (Arlen)
Bobbie

Rowell          Tucker
                Knows

Convicted   in   Armed   Rowek
Robbery     in   Dallas   Dose not
                         Fit Desc.

Anters
     old Chey 84
        Prine

178

179

Murphy, J. J.
= 800 522 42?

N ? 10 ? on Eastern
2 en Sta   = Jox Jz

N   66

332 = 5798

6'3" — M Shoyal

Fri — Allen J Shodd
yellow GMC Ple

180

T   Treadway

John George
dark hair

J
Terry ellis ~~corn~~
curly hair
works for The Locker

live in Gov. Houseing

officer Jolly

didn't see truck
for 4days

(84)   T 598-817

81

5:PM

5635

Apr.

Grant ~~owns~~ ➔
Bryan owns now

182
32.91   Drawer
313.50   Short Sale
346 41

Nov 20  1981

Dennis
    This is the
amount and date
of the missing
Cash from McAnally's
on Arlington. Mac
will be down later
this week.
        Lou

182

183

Nov. 25th

Harold Spradling

office 436-2799     Townsend Build.
Home 436-2772

owner of property S.E.
side of Smith lake.

said he did not see any
type of digging on his
property during the month
of april. He said
he had dirt hauled
in for fill in September 84.

183

184

James Wright looks like #1. His parents live at 501 E. 16th and are Roland Satterfield. Wright owns a 69-71 gray or gray primered Chev. P.U.. He also owns a motorcycle. He works and lives in OKC. Caller said he has a sunken face.

Calvin} I Russell ~~~~~~~ Fent thin blond.
(81 School album)                      5'10-5'11"
Calvin school                          face sunk in

2. Doug Orr      5'8" 59

Holdenville will probably have record on them
⟶ OVER ⟵

184

185

Father: Charles Erving Fontenot
Pampa, Texas    april 4,

Dottie alee ~~Fon~~ "Baquell" Fontenot
Nov or Sept. 16th  (44 in 1980-81)

half
Brother    Dennis Wayne Cowin ⌐ 24-25
           Joseph Harp Correction Center

Brother    Charles Kevin Fontenot
           22 YOA oct. 31, 1984

Sister — Renita Kay Fontenot    21 YOA.
                        March 3,

Sister — Lisa Marie Fontenot    13 YOA.
                    ①-7-31-

    1980  chickasha & Lindsey
  1981  Rush Springs
          Mountain View Okla.
        Mansfield, Texas
  1984  Hominy   1 month.
        Norman  July - Oct.

fatta High school 2 years.
quit in 1981

Carvotage
Curvation of the Spino Sept. 1982 diagnosed
Hepatitis 7 years age. at 12-13 years of age.
by Army

James Wright looks like #1. His parents live at 501 E. 16th and are Roland Satterfield. Wright owns a 69-71 gray or gray primered Chev. P.U.. He also owns a motorcycle. He works and lives in OKC. Caller said he has a sunken face.

Calvin ⟩ I Russell ~~~~~ Fent thin blond.
(81 school album)                5'10 - 5'11"
Calvin school                    face sunk in

4. Doug Orr   5'8" 59

Holdenville will probably have record on them
⟶ OVER ⟵

187

Check name on Tommy
Ward's girl friend.

Terry Miller knows
where pond is.

188

Tommy Ward

Tishomingo motor cycle

E-Z mart groc.

melvin Ward may ~~own~~ own

Jim Bob Howard    Oil center
                  race hors

3 weeks ago come

6' - Tall skinny

145 - 150

Brick house

WF Shelly
6-13-68

Jackie Mantzke

CF 1-26-50

927 E. 9th

moving to Tulsa

918-664-028.

3320 S. 128th E. Ave.

189

Boardman.

Jones allen's ada News Printer

stopped at McanallyS

5:30 - 6:PM saw two
suspicious people in
in store. They were
'high on something and
nervous
old chev. or Ford.

dark headed.
sandy haired.

190

This is what I heard from someone eles
so I don't know if this is true that tommy
cut that girls body up & burn half of it & put the
other half in the river. this part I know is
true one of my friends went to visit a boy
in jail & he said tommy confesed & had
been crying ever since he has been in there
Some guy told me that his dad was
the fire chief that was working on the
case and his dad told him that they
really didn't find any thing they were
Just trying to get some one to confestl
But I don't know if they realy found
any thing or not. My
niese said that she remembered the
Knight that that happen & she can't get
in volved Because she is on probation.
But she remembers that they were at home
Cause my Brother was staying with

190

191

*wife - Wanda* ~~Sue Cup~~ 9-2-62

NOT TRANSFERABLT # 44356 2236

FORM CA 353 - B - REV. 9/76

**CLASSIFICATION** _____

NO. OF FAMILY UNITS
OR APTS. ON METER _____

DO YOU KEEP ROOMERS _____

NO. OF ROOMS IN HOUSE _____

WHO OWNS THE HOUSE *Owns*

WHERE DID YOU LAST USE GAS? _____

METER WAS IN NAME OF _____

BUSINESS CONNECTION
*Oil Well Cementing*

CODE WORD _____

PHONE NO.
HOME *6 - 0203*

BUSINESS

**Deposit Certificate**

**No. 1- 227518**

**ARKANSAS LOUISIANA GAS COMPANY**

LOCATION *Ada*          DATE *4-13-84*   AMOUNT $ *50 00*

Received from *Clinton D Lackey, Jr*

Address *1500 Fairview*
*City*

APPLICATION—I hereby apply for natural gas service at the address shown above, which gas I agree to use at my own risk, and to pay for the same at the rate published from time to time, until you shall have notice from me to discontinue the supply. This application when accepted by you shall together with your present rules and regulations, and such other reasonable rules and regulations as may hereafter be adopted by you, constitute a contract between you and the undersigned applicant. The answers to the questions printed to the left hereof are part of this application and applicant warrants the truth of the facts therein cited. If incorrect, company is under no duty to furnish gas. SERVICE WILL BE SUPPLIED UPON COMPANY'S APPROVAL OF THE AMOUNT OF THE DEPOSIT AND THIS APPLICATION. The initial deposit is not by its receipt approved by the company and may be relied upon by applicant only in the absence of notice within a reasonable time. Upon notice, additional deposit may be required before gas will be turned on.

Accepted:     **ARKANSAS LOUISIANA GAS COMPANY**     Signed:

By _____ *CW*          By *Lloyd Lackey*

                                                    Applicant

*Cousin* ● *Craig Pollack — Rt 1   Ada — 2-6543*
*Mother in law   Gladys Huff — 316 E 16th — 2-6903*

192

James *Allan* Broadman

Staff. Ex. 6th

223-4901 office
223-8521 Home
Armory   70 West

While You Were Out

436-4374

MESSAGE
□ WILL CALL AGAIN  □ PLEASE CALL
CALLED AT
DATE
TO

```
NLET        0544 06:36
ADAP        0112 06:36 05/03/84

CR.rLIII0000
04:36 05/03/84 00697
04:36 05/03/84 00351 OK0620100
TXT HDR/2LOIADAP II05QR.
ATN/ CAPT MCELHANNON..
PAGE 02
THE FOLLOWING RECORD PERTAINS TO SID/FLO1873442

-042483-01 DISORD CONDUCT-INTOXICATION
          DISP/
END OF RECORD                              OCA/355532
```

194

ADAP        0115 06:37 05/03/84

CR.FLO3701C1
04:37 05/03/84 00703
04:37 05/03/84 00358 OK0620100
TXT HDR/
ATN/
PAGE 1
THE FOLLOWING RECORD PERTAINS TO SID/FL01873442    CTL/@OK0620100

NAME/DEGRAW, FLOYD L          FDLE NO./1873442    FBI NO./ 61173X6
DOB/061662   SEX/M   RACE/W   HGT/6-02   WGT/164   EYE/HAZ   HAIR/BRO
POB/MI   SOC.SEC./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   MISC.NO./              SMT/TAT R ARM
ADDR/1429 PEARL ST          OCCUP./BRICK MASON       FPC/23 AA AA AA AA
CTY-ST/JACKSONVILE, FL       MULTISTATE - IN III       13 AA AA AA AA
------------------------------------------------------------------------
                    **OTHER IDENTIFIERS**

ALIAS/NICKNAME          SMT       DOB    SOC.SEC.    MISC.NO.
DEGRAW, FLOYD LEE
------------------------------------------------------------------------

ARREST CONTRIBUTOR /FLO160000 DUVAL COUNTY SHERIFF'S OFFICE

END OF PAGE  1 - PAGE  2 TO FOLLOW

NLET         0552 06:37
ADAP         0116 06:37 05/03/84

CR.FLO3701C1
04:37 05/03/84 00704
04:37 05/03/84 00359 OK0620100
TXT HDR/
ATN/
PAGE 02
THE FOLLOWING RECORD PERTAINS TO SID/FL01873442    CTL/@OK0620100

-042483-01 DISORD CONDUCT-INTOXICATION
                DISP/                              OCA/355532
END OF RECORD

194

OCC: UNK                        SOC: 372685198

FBI: 61173X6                    OLN: UNK

PRISON NUMBER: UNK              MISC NUMBER: UNK

                          -  MICH. FPH:  22 L I A3A          A          FSN: NONE
FINGERPRINT                              M I A3A              A
   CLASSIFICATIONS:
                          -  NCIC. FPC:  22AAAAAAAA13AAAAAAAA

SCAR/MARK/TATTOO: UNK


MAJOR OFFENSE SUMMARY
   LINE 1 IS ARREST:  DATE (SUFFIX IF ANY),  AGENCY  &  CASE NUMBER.
   THE REMAINING LINES INDICATE  NAME USED AT ARREST,  ARREST CHARGE,
   DISPOSITION  &  LATEST STATUS.

09-21-79 PD  DETROIT HEADQUARTERS      CASE NUMBER: 364720
   NAME USED AT ARREST: DEGRAW, FLOYD LEE
   ARR CHRG: (01)FUGITIVE-PD PRINCETON
   DISPOSITION: TOT   WV PD PRINCETON


DISSEMINATION OF CRIMINAL HISTORY INFORMATION IS SUBJECT TO MICHIGAN &
FEDERAL RULES & REGULATIONS. REFER TO LEIN POLICY COUNCIL PROCEDURES &
TITLE 28, USC.

END OF RECORD.

CR.MIIII0000
04:36 05/03/84  00364
04:36 05/03/84  00352 OK0620100
TXT HDR/2LOIADAP 1105QR
ATN/CAPT MCELHANNON

THE FOLLOWING RECORD PERTAINS TO SID/MI1059122
MSG: 15522
FROM:MIIII0000 - MSP IDENTIFICATION SECTION

TO:OK0620100 - ADA POLICE DEPT
TXT
MICHIGAN III RESPONSE.
TYPE OF SEARCH: BASED ON FBI NUMBER ONLY
MICHIGAN SUMMARY CCH RECORD FOR  SID: 1059122  AS OF  05-03-84
RESPONSE/S TO INQUIRY ON  SID: 1059122
                    PUR: C   OPR: MICH/III


FOR: OK/0620100

ATT/ CAPT MCELHANNON
231 S TOWNSEND
ADA, OK  74820

THIS CRIMINAL HISTORY RECORD IS FOR OFFICIAL USE ONLY AND SUMMARIZES
INFORMATION SUBMITTED TO THE MICHIGAN STATE POLICE BY FINGERPRINT
CONTRIBUTORS OR RECEIVED FROM THE FBI.  WHERE DISPOSITIONS ARE NOT
SHOWN OR FURTHER EXPLANATION OF A CHARGE OR DISPOSITION IS DESIRED,
CONTACT THE ARRESTING AGENCY.


III: MULTISTATE

NAM: DEGRAW, FLOYD LEE                        SID: 1059122

   RAC: W        SEX: M        DOB: 06-16-62        POB: WV

```
NCIC '197      1137 06:29
ADAP         0103 06:29 05/03/84
E001ADAP 1098QH
OK0620100
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON PUR/C NAM/DEGRAW,FLOYD L     DOB/061662 RAC/W SEX/M


NAME                              FBI NO.      INQUIRY DATE
DEGRAW,FLOYD LEE                  61173X6      05/03/84

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR BIRTH PLACE
M    W     06/16/62    602     190     HAZ   XXX  MICHIGAN

FINGERPRINT CLASS
22 AA AA AA AA
13 AA AA AA AA

ALIAS NAMES
DE GRAW,FLOYD                DEGRAW,FLOYD L

SCARS-MARKS-
TATTOOS        SOCIAL SECURITY
TAT RF ARM     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
TAT R ARM

IDENTIFICATION DATA UPDATED 06/24/83

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 MICHIGAN      - STATE ID/MI01059122
 FLORIDA       - STATE ID/FL01873442
 FBI AUTOMATED IDENTIFICATION DIVISION SYSTEM (AIDS)

EL02ADAP 1098QH
OK0620100

TO OBTAIN THE CRIMINAL HISTORY RECORD USE A QR MESSAGE CONTAINING
FBI/61173X6
END
```

197

198

```
NCIC            1147 06:36
ADAP            0110 06:36 05/03/84
EL01ADAP 1105QR
OK0620100
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF
YOUR INQUIRY ON FBI/61173X6  .  THE FBI WILL MAIL THE FBI
IDENTIFICATION RECORD TO YOUR AGENCY.  THE NCIC IS ALSO NOTIFYING THE
FOLLOWING OF YOUR INQUIRY AND THEY WILL RESPOND TO YOUR AGENCY VIA
NLETS.
  MICHIGAN        - STATE ID/MI01059122
  FLORIDA         - STATE ID/FL01873442
END
```

```
NLET            0543 06:36
ADAP            0111 06:36 05/03/84

CR.FL1110000
04:36 05/03/84 00696
04:36 05/03/84 00350 OK0620100
TXT HDR/2L01ADAP 1105QR.
ATN/ CAPT MCELHANNON..
PAGE 1
THE FOLLOWING RECORD PERTAINS TO SID/FL01873442

NAME/DEGRAW, FLOYD L          FDLE NO./1873442    FBI NO./ 61173X6
DOB/061662   SEX/M   RACE/W   HGT/6-02   WGT/164   EYE/HAZ   HAIR/BRO
POB/MI   SOC.SEC./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   MISC.NO./              SMT/TAT R ARM
ADDR/1429 PEARL ST           OCCUP./BRICK MASON      FPC/23 AA AA AA AA
CTY-ST/JACKSONVILE, FL       MULTISTATE - IN III        13 AA AA AA AA
----------------------------------------------------------------------
                    **OTHER IDENTIFIERS**

ALIAS/NICKNAME          SMT       DOB      SOC.SEC.     MISC.NO.
DEGRAW, FLOYD LEE
----------------------------------------------------------------------

ARREST CONTRIBUTOR /FL0160000 DUVAL COUNTY SHERIFF'S OFFICE

END OF PAGE 1 - PAGE 2 TO FOLLOW
```

198

SCOM OD.OLN/558802622.TYP/S.REF/TM

```
SCOM         1029 09:16
ADAP         0035 09:16 05/14/84

REFERENCE: TM              INQUIRY BY: ADAP
                    DRIVER LICENSE MASTER RECORD
***VALID***

TYPE:OPERATOR              558802622              EXPIRES:10-84
STANFIELD,ROGER F          RT 1 BOX 83C      ADA        OK 748200000
DOB/10/18/47   SEX/M   RAC/W   HGT/510   WGT/145   EYE/BR   HAI/XX
FR FLAG-NONE                                 DONOR ID/022306928
DI FLAG-NONE                                 TRAFFIC RE
SCOM         1029 09:16
ADAP         0035 09:16 05/14/84
POSSIBLE DUPLICATE

REFERENCE: TM              INQUIRY BY: ADAP
                    DRIVER LICENSE MASTER RECORD
***VALID***

TYPE:OPERATOR              558802622              EXPIRES:10-84
STANFIELD,ROGER F          RT 1 BOX 83C      ADA        OK 748200000
DOB/10/18/47   SEX/M   RAC/W   HGT/510   WGT/145   EYE/BR   HAI/XX
FR FLAG-NONE                                 DONOR ID/022306928
DI FLAG-NONE                                 TRAFFIC RECORD-YES
 *RESTRICTIONS*
NONE
 *PREVIOUS NAMES*
NONE
                    --- END OF RECORD ---
SCOMOD.OLN/558802622.TYP/C
```

SCOM QD.OLN/003683976.TYP/S.REF/216

```
SCOM        1174 10:10
ADAP        0066 10:10 05/02/84

REFERENCE: 216              INQUIRY BY: ADAP
                    DRIVER LICENSE MASTER RECORD

***VALID***

TYPE:OPERATOR              003683976          EXPIRES:12-84
BOWLES,CHRISTOPHER D        BOX 1653      ADA        OK 748200000
DOB/12/04/64  SEX/M  RAC/W  HGT/502   WGT/093  EYE/BL   HAI/XX
FR FLAG-NONE                          DONOR ID/NONE
DI FLAG-NONE                             TRAFFIC RECORD-YES
 *RESTRICTIONS*
NONE
 *PREVIOUS NAMES*
NONE
                    --- END OF RECORD ---
SCOMQD.OLN/003683976.TYP/C
```

201

SCOM QC.NAM/TAYLOR,MICHAEL R  .DOB/022158.SEX/M.REF/216

MESSAGE ACCEPTED - ADAP 0040 10:35 05/02/84

SCOM       1454 10:36
ADAP       0088 10:36 05/02/84

REFERENCE: 216                    INQUIRY BY: ADAP
                         OSBI IDENTIFICATION RECORD
        NO CAUTIONS                CONTACT OSBI FOR FURTHER INFORMATION
TAYLOR,MICHAEL RAY                              OBI NO:211374
DOB/022158   RAC/W       SEX/M  HGT/511   WGT/155  EYE/BRO   HAI/BRO
FBI NO:219897R7             SOC/441628885            BIRTH STATE:OK
MNU/TPD 106513           MNU/                  FPC/246716141614701411414
SMT/SC UP LIP               SMT/CRIP L FT               SMT/CRIP R FT
    *ALIAS NAMES*                                    *ALIAS NAMES*
                         --- END OF RECORD ---

OSBI QC.NAM/TAYLOR,MICHAEL R  .DOB/022158.OBI/211374

201

202

```
NCIC        1230  05:53
ADAP        0011  05:53  03/05/84
S.M. 003
OK0520100
MAN/DR  CHINA  520434
MAL/NEVADA CITY, CA  MAL/916 265-1370
ORI IS NEVADA CO SO NEVADA CITY CA
DENTAL CHARACTERISTICS
DXR/Y  MPA/N
TOOTH STAT  RSTRNS/CARIES  APPL  OTHER CHAR
                 M  O  D  B  L
    1  A
    2               I
    3               I
    D  /  P
NIC/U127141811
```

```
NCIC        1231  05:53
ADAP        0012  05:53  03/05/84
S.M. 004
OK0520100
TOOTH STAT  RSTRNS/CARIES  APPL  OTHER CHAR
                 M  O  D  B  L
    E   8   P
    F   9   P
    G  10   P
       15               I      I
       16   A
       17   A
       18               I
    K  20   P
    L  21   P
    N  23   P
    O  24   P
    P  25   P
    Q  26   P
    S  28   P
    T  29   P
NIC/U127141811
```

```
NCIC        1232  05:53
ADAP        0013  05:53  03/05/84
S.M. L202
OK0520100
```

203

Charles K. Fontenot
RT 3 Box 50
ADA, OK
SSN / 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
DOB / 10-31-61
Worked at K + D Rental + Hardware   Baton Rouge, LA.
2816 Dorchester gets Royalty check from La.

```
SCUM        4201  19:22
ADAP        0431  19:22 05/08/84

REFERENCE: SMITH           INQUIRY BY: ADAP
                    OSBI IDENTIFICATION RECORD
        NO CAUTIONS          CONTACT OSBI FOR FURTHER INFORMATION
ELLIS,JERRY LYNN                              OBI NO:267525
DOB/030661   RAC/W    SEX/M  HGT/511    AGT/140  EYE/GRN   HAI/BLN
FBI NO:                SOC/441704803              BIRTH STATE:US
MNU/OASOPAULS8584     MNU/                 FPC/POI004071413590306H
SMT/                      SMT/                  SMT/
     *ALIAS NAMES*                           *ALIAS NAMES*

                          END OF RECORD


OSBI QC.NAM/ELLIS,JERRY L    .DOB/030661.OBI/267525
```

```
NLET        1957 13:15
AJAP        0103 13:15 11/15/84

AM.LAOPS0000
T4415 11/15/84  02341
T4415 11/15/84  01551  OK 0520100
#000000000B
TXT
SID TOT2330/PAGE 001
          L O U I S I A N A   S T A T E   P O L I C E
                   *CONFIDENTIAL RECORDS*
      *FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
          (FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)


CRIMINAL RECORD OF FONTENOT              CHARLES    K
STATE ID #01T2330   PEN #097335
   FBI #929303T5    SSN #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
BIRTH DATE-10-31-51 PLACE-OK
RACE-W HGT-5'07" HAIR-BRO FPC-TO S 7 (B)R III 2
SEX -M WGT-130#  EYES-HAZ       SI (R) IOI 6


        **
        *DATE-01/17/79 NAME -FONTENOT       CHARLES        K
        *LID -79840    AGENCY-SO CRETNA LA
*CHARGE                       STATUS   COUNTS   DISP
OBSCENITY                               1   31SI 2-25-79
BY OBSCENE REMARKS                      0   SENT $25
& ACTS                                  0
        **
        *DATE-11/11/81 NAME -FONTENOT       CHARLES        K
        *LID -81411    AGENCY-PD JENNA SPRINGS LA
*CHARGE                       STATUS   COUNTS   DISP
FELONY THEFT                            1
        **
        *DATE-11/11/81 NAME -FONTENOT       CHARLES        K
        *LID -       AGENCY-DSO ANITE LA
*CHARGE                       STATUS   COUNTS   DISP
FELONY THEFT                            2   CONVICTED CONFINE-
                                            MENT 2 YRS DOC EACH
                                            CT 00 CTS
        **
        *DATE-04/05/82 NAME -FONTENOT       CHARLES
        *LID -97335    AGENCY-HD L CORRECTIONAL LA
*CHARGE                       STATUS   COUNTS   DISP
THEFT                                   2   2 YEARS (2 X 200)
                                            PAROLED 7-23-82
```

```
*LAST          1954 19415
*DOB           0157 19415 11/13/54

AA-LA3P60000
14415 11/13/54 02542
14415 11/13/54 01554 JC0520100
*JJ00J00000
FAT
  SID 1012330/PAGE  002
     **
        *DATE-09/23/52 NAME -FONTENOT       CHARLES    C
        *LID -97339    AGENCY-DOC SINDIE LA
*CHARGE                            STATUS    COUNTS    DISP
FELONY THEFT                                  2      ON PAT.FOR ARREST
                                                     JF 11-11-52 GT 2YO
                                                     DENHAM SPRINGS,LA
                                                     4-5-52 SENT TO 2
                                                     YRS.DOC NOW OUT
                                                     PAROLE FROM 7-22-52
                                                     UNTIL 11-10-53
     **
        *DATE-11/29/52 NAME -FONTENOT       CHARLES    C
        *LID -55542    AGENCY-SD TJIRDE LA
*CHARGE                            STATUS    COUNTS    DISP
PAROLE VIOLATION                              1
     **
        *DATE-03/05/53 NAME -FONTENOT       CHARLES    C
        *LID -97339    AGENCY-ADIC CORRECTIONAL LA
*CHARGE                            STATUS    COUNTS    DISP
PAROLE VIOLATION                              1      JAL JRED IN DATE
(THEFT (2 CTS)                                0      2 CTS. (2 & 2 CONC)
                                                     S.T. DISCH 4-21-54
**END**
```

207

```
SCOM        1675 18:35
ADAP        0122 18:35 04/29/84

REFERENCE:                    INQUIRY BY: ADAP
                    DRIVER LICENSE MASTER RECORD

***VALID***

TYPE:CHAUFFEUR              444607826           EXPIRES:09-85
HATLEY,LLOYD RAY          RT 7 BOX 70,      ADA        OK 748200000
DOB/09/15/54  SEX/M  RAC/W  HGT/600  WGT/165   EYE/BL   HAI/BN
                                          DONOR ID/NONE
FR FLAG-NONE
DI FLAG-NONE                              TRAFFIC RECORD-YES
 *RESTRICTIONS*
NONE
 *PREVIOUS NAMES*
NONE
                    --- END OF RECORD ---
SCOMQD.ULN/444607826.TYP/C


UNLADEN WGT/000000     ADA, UK 74820
                    LOAD CAP/000000     LADEN WGT/005500   BASE STATE/   ADAP
*** END OF RESPONSE

082781 COMPLETED DUI COURSE FOR DRINKING DRIVERS
*** CURRENT POINT LEVEL --->    00
                    --- END OF RECORD ---
```

```
OSBI        0025 19:15
ADAP        0130 19:15 04/29/84
2283 OKOBI0000  4-29-84

OSBI TO PD ADA

RE SUBJ/HATLEY,LLOYD R     OBI/173260
123173  PD ADA            POSS MARIJ/POSS CDS
NO FURTHER

AUTH OSBI   CARR   04/29/84 19:21
```

```
          CODM     3759  15:25
ADAP    .    0093  15:25  10/24/84


REFERENCE:                INQUIRY BY: ADAP
                   DRIVER LICENSE TRAFFIC RECORD
NAM/HAMMONS,WILLIAM F           OLN/440782660      DOB/10/17/64
              ***FOR LAW ENFORCEMENT USE ONLY***
                   ---ARREST CONVICTIONS---
OFFENSE                                          DISP
  DATE      OFFENSE                               DATE  CRT  LOCATION
 103180  OPERATING A M.V. AT A SPEED OTHER THAN PROPER  111080 MUN  TISHOMINGO
 120380  CARELESS, WANTON, OR RECKLESS DRIVING (MUN)    120480 MUN  ADA
 121680  OPERATING WITH DEFECTIVE MUFFLER OR EXHAUST    121880 MUN  ADA
 011481  OPERATING WITH DEFECTIVE MUFFLER OR EXHAUST    011581 MUN  ADA
 012981  SPEEDING (MUNICIPAL) (NOT 11-801)             013081 MUN  ADA
 021281  SPEEDING (MUNICIPAL) (NOT 11-801)             021381 MUN  ADA
 021281  CARELESS, WANTON, OR RECKLESS DRIVING          021981 DIST PONTOTOC
 032181  CARELESS DRIVING (MUN) (NOT 11-801A)           032781 MUN  ADA
 030281  STARTING IMPROPERLY FROM A PARKED POSITION     040681 MUN  ADA
 101082  DEFECTIVE OR IMPROPER EQUIPMENT               101182 MUN  ADA
 110282  FAIL TO MAINTAIN LIABILITY INSURANCE          120782 DIST PONTOTOC
 110282  1ST OFF - DRIVING WHEN IMPAIRED BY ALCOHOL(DWI) 020883 DIST PONTOTOC
 101883  ILLEGAL POSSESSION OF ALCOHOL IN VEHICLE      101983 MUN  ADA
 102883  FAIL BLOOD OR BREATH TEST                     110283 DIST TULSA
 102883  DRIVING UNDER THE INFLUENCE OF ALCOHOL        122783 DIST TULSA
 050684  OPERATING A M.V. AT A SPEED OTHER THAN PROPER  062184 MUN  TAHLEQUAH
 060684  OPERATING WITHOUT BEING LICENSED              062184 MUN  TAHLEQUAH
 060684  ILLEGAL POSSESSION OF ALCOHOL IN VEHICLE      062184 MUN  TAHLEQUAH
                   ---ACCIDENTS---
  DATE    CITY          COUNTY       STATE
 121380  ADA           PONTOTOC      OK
 110282                PONTOTOC      OK
                   ---DEPARTMENTAL ACTION---
  DATE    ACTION                                    STATUTE CASE NO
 041481  CANCELLATION                              8707   180410007
 041081  SPECIAL D.I. FILE ESTABLISHED                    180410007
 041081  HEARING BEFORE REINSTATEMENT                     180410007
 061581  PRE-SUSPENSION OR POST SUSPENSION HEARING (POINTS) 180410007
 061981  REINSTATED                                8707   180410007
 061982  INACTIVE MEDICAL FILE                            000000000
 122782  D.I. SUSPENSION FOR POINTS                6205   233170633
 020383  COMPLETED DUI COURSE FOR DRINKING DRIVERS        000000000
 053183  REINSTATEMENT FEE RECEIVED                       000000000
 060183  REINSTATED                                6205   233170633
 112883  THREE MONTHS IMPLIED CONSENT REVOCATION   754    000025766
 022884  F. R. SUSP - FAILURE TO CARRY SECURITY VERIFICATION 7-605 065905450
 122783  REVOCATION                                6205   480480257
 022884  PICK UP ORDER ISSUED                      7-605  065905450
 050484  PICK UP ORDER CANCELLED OR RETURNED       7005   065905450
 122884  REVOCATION
```



Lynn Klepper

Home   371 - 9651

Works Murray State College