STATE OF OKLAHOMA      )
                       ) ss.
COUNTY OF GARVIN       )

## SEARCH WARRANT

IN THE NAME OF THE STATE OF OKLAHOMA:

TO ANY GARVIN COUNTY SHERIFF OR DEPUTY, CITY OF STRATFORD POLICE OFFICER OR AGENT OF THE OKLAHOMA STATE BUREAU OF INVESTIGATION

Probable cause having been shown this day by the electronically recorded oral statement of Dennis Smith, Gary Rogers, Mike Haines and John Jolley, for believing the following property: Blood, semen, saliva, physiological fluids and secretions, hair, fibers, fingerprints, palmprints, and a bloodstained sheet of plywood, is located in a Chevrolet Pickup Truck, white in color with a gray primer bed, Oklahoma tag number T598-817, approximately 1970 model, currently parked facing west in a parking stall on the east side of Thompson Drive, north of Drake Street, at the City of Stratford Housing Authority, in the City of Stratford, Garvin County, State of Oklahoma, and that said property is subject to seizure upon one or more grounds as set forth in Section 1222, Title 22, of the Oklahoma Statutes, namely:

Said property is evidence that an offense was committed and that the owner or user of said vehicle participated in the commission of an offense

I COMMAND YOU TO IMMEDIATELY, WHETHER IT BE IN THE DAYTIME OR IN THE NIGHTTIME, MAKE ENTRY AT THE ABOVE DESCRIBED LOCATION FOR THE PURPOSE OF PHOTOGRAPHING THE LOCATION AND CONDUCTING A SEARCH IN, ON OR ABOUT SAID AFOREMENTIONED CHEVROLET PICKUP TRUCK FOR THE FOLLOWING EVIDENCE: Blood, semen, saliva, physiological fluids and secretions, hair, fibers, fingerprints, palmprints, and a blood-stained sheet of plywood, and if you find the same, or any part thereof to bring it forthwith before me, at the Garvin County Courthouse.

Nighttime service is authorized.

Dated this 8th day of May, 1984.

_____
Judge of the District Court

30. Loyd Bond - Can testify to interviews that he
    D.A.'s office            conducted.

31. Tom Turner - Can testify to interviews that he
    Pontotoc Co. S.O.        conducted.

32. Janet Lyon -  Gave Donna Haraway a blouse, similarly described
    Weldon
    (~~Ererak after Baskin~~)   by Ward & Fontenot as the kind that Haraway
    ~~ad content rose~~        was wearing 4-28-84. Lyon looked through
    c/o Pat Virgin            Haraways' personal affects & clothing, and
    RFD 2 - Lexington, OK.    could not locate the blouse.

33. Odell Titsworth - Can testify that he wasn't with Ward &
    1709 N. Bolton             Fontenot on 4-28-84
    Ada, Okla.

22. Harvey Phillips - — First officer on the scene on 4-28-84,
    ADA P.D.           Also made contact with Raren wife at J.P.'s
                       Convience store.

23. Gary Rogers   —   Can testify to all phases of the
    OSBI              investigation.

24. Dennis Smith  —   Can testify to all phases of the
    ADA P.D           investigation.

25. D.W. Barrett  —   Can testify to interviews conducted
    ADA P.D.          by him.

26. James Fox     —   Can testify to interviews conducted
    ADA P.D.          by him.

27. Mike Baskin   —   Did complete background on Hannaway,
                      Robert Cavins and his wife. Also can
                      testify to interviews he conducted.

28. Rusty Featherstone — Polygraphed Ward and Fontenot, Also
    OSBI - OKC        present during Ward Confession, remembers
                      Ward saying that the confession was a
                      dream and then recanting that statement

29. Dee Cordray   —   Videoed Confession of Ward.
    OSBI - OKC

16. Donna Howard — Donna Haraway's supervisor while she was
    621 Ann St.      a practice teacher at Hayes School.
    Ada, OK

17. Dr. Norman Frame — Instructor for Haraway at E.C.U. in one of
    223 N. Highland    her classes.
    Ada, OK.

18. Billy Hammon — has known Ward & Fontenot for a long time. After
    218 ½ N. Cherry    robbery noticed drastic change in Ward's behavior
    Ada, OK            and also noticed by subjects got a short haircut.
                       Also saw Ward carrying a lock blade pocket knife.
                       Also was told by Fontenot that he and Ward belonged to
                       some Devil worshippers in Norman.

19. Leonard Keith Martin — Former inmate at the Pontotoc Co jail
    927 E. 9th              heard Fontenot make statements about the
    Ada, OK.                robbery — murder.

20. Paula Bored — When working at the jail she was
    225 Mayfair Dr.   told by Ward that he cut Haraway on
    Ada, OK.          the arm and breast. Ward also told her that
    Matron at Pontotoc Co Jail   looking for the body was like looking for a
                                 needle in a haystack.

21. J.T. McConnell — Has known Ward almost all his life and
    1302 Ashland     lived next door to him that long. Also has
    Ada, OK          seen Ward & Fontenot in a gray primer on
                     several occassions prior to 4-28-84.

9. Michell Wheeler - Was going with Odell Titsworth at time of robbery
   Box 948, Tahlequah Okla.
   Neosu, Campus.
   And Titsworth having his arm broke.

10. Agnus Lumpmouth - Mother of Michell Wheeler and Titsworth was
    913 W 24th
    Ada, Okla.
    living at her house during the period before
    and after 4-28-84

11. Jim Bob Howard - Has ran around with Ward on occassion
    Rt 2
    Ada, Okla
    and has seen Ward with a lock blade knife.

12. David Yockey - Has ran around with Ward on occassion, knows
    Inmate at the
    Lexington Correctional Center
    of him carrying a lock blade knife, saw him
    pull it on a man in a bar in Talahina, Okla.

13. Barry Leslie - Has known Ward since 2nd grade, ran around
    519 1/2 W. 9th
    Ada, OK
    with him quite often. Knows of his behavior
    change after robbery, plus other info. about Ward
    talking about robberies & thefts.

14. Cynthia Weaver - Worked at U-Totem on East Main during
    500 E. 20th #3
    Ada, OK
    April 1984, when Ward & Fontenot came in and
    threatened to rob her. She knows Ward.

15. Gordon Douglas Calhoun - Knew both Ward & Fontenot, had several
    7584 Woodsboro Ave.
    Anaheim, Calif.
    which they attended. Has heard Ward talk about
    robberys & thefts. Remembers Fontenot saying
    at a party that he knew who did the McAnallys
    robbery, but was told to shut up by someone
    who Calhoun doesn't remember. Also saw
    Ward change his hair style in May 1984.

1. KAREN WISE - Employee at J.P.'s Convenience Store 4-28-84
   223½ W 13th    - Gave information for Composite
   ADA, OK         - Picked Ward out of Lineup

2. JACK PASCHAL - Working at J.P.'s Store 4-28-84
   435 N. Monta Vista - Gave information concerning suspects description
   ADA, OK            - Picked Ward out of Lineup

3. LENNY TIMMONS - Witness at McAnallys 4-28-84
   604 N. Morgan   - Picked Ward out of Lineup
   Moore, OK

4. DAVID TIMMONS - Witness at McAnallys 4-28-84
   405 N Norman
   Moore, OK

5. GENE WHELCHEL - Witness at McAnallys 4-28-84
   Rt 4 Box 306    - Picked Ward out of Lineup
   ADA, OK

6. MONROE ATKESON - Manager of McAnallys 4-28-84
   Rt 6 Box 27
   ADA, Okla.

7. O. A. McANALLY - Owner of McAnallys Stores
   Box A
   Coyle, Okla

8. JIM MOYER - Witness at McAnallys 4-28-84
   704 E. 12th    - Picked Ward & Fontenot out of Lineup.
   ADA, Okla.

9. TERRI McCARTNEY - Witness to conversations between her, Ward
   Inmate Pontotoc   and Fontenot, while they were in jail.
   Co. Jail