```
                    PREV BAL -    PAY   +  SALE  +  CASH  +  F/C           =NEW BAL
     BEFORE07-01-83    $.00      $.00    $.00     $.00    $.00              $.00
     AFTER 07-01-83    $.00      $.00  $819.49    $.00    $.00            $819.49
      ** TOTAL **      $.00      $.00  $819.49    $.00    $.00            $819.49
     PF10=PAGE FORWARD                                    PA1=BEGIN AGAIN    2
     PF11=PAGE BACKWARD            PF6=PREV MONTHS STMT    PA2=SYSTEM MENU 151X
     X150-0          SSBA    CUSTOMER INFORMATION  SYSTEM              05/25/74
                             * 4682003018012675    *                  15:00:41
     BRAD C*BLACKWOOD        CURBAL:     323.50   CYCLE : 07 N 0000000000000000
     SUSAN O*BLACKWOOD<      CR LIN:    1000.00   STATUS: F    CHANGED : 05/22/74
     *********************** CURRENT ACTIVITY ***************************
       POST -------REFERENCE--------- TRAN ---------DESCRIPTION----------- ---AMOUNT--
     ___ 0516 4168850515U7F80P9U    0550 SIX PAK SHOP, THE    GOLETA  CA      26.0(
     ___ 0516 402400051468920006    0501 MILLERS OUTPOST 163 SNTA BR CA      47.70
     ___ 0516 402400051468920005    0501 MILLERS OUTPOST 163 SNTA BR CA      46.64
     ___ 0517 43990005160F1YW41T    0550 TEXACO              BARSTOW CA      10.2(
     ___ 0524      01760507        (0524)   FRAUD CHARGES                    42.57
```

```
     *********************** CURRENT ACTIVITY ***************************
     PREV BAL -  PAY/CREDITS +   PURCH/ADJ   +  CASH ADV      =   NEW BAL
       42.57      42.57CR        323.50         .00              323.50
     PF10=PAGE FORWARD                                    PA1=BEGIN AGAIN    2
     PF11=PAGE BACKWARD            PF3=DISPLAY LAST STATEMENT  PA2=SYSTEM MENU 151T
     X150-0          SSBA    CUSTOMER INFORMATION  SYSTEM              05/25/74
                             * 4682003018012675    *                  15:04:14
     BRAD C*BLACKWOOD        CURBAL:     323.50   CYCLE : 07 N 0000000000000000
     SUSAN O*BLACKWOOD<      CR LIN:    1000.00   STATUS: F    CHANGED : 05/22/74
     *********************** CURRENT ACTIVITY ***************************
       POST -------REFERENCE--------- TRAN ---------DESCRIPTION----------- ---AMOUNT--
     ___ 0507 9050000504U8KENWW3    0501 ROCKY GALENTI'S     SANTA B CA       7.25
     ___ 0509 476300050812925794    10429 TELTEX, INC.       PROVO   UT       5.00
     ___ 0509 4168850508U8LRN9B2    0550 CARPINTERIA'S EXXON CARPINT CA       9.86
     ___ 0509 4050000508U8LHXFM1    0550 WHITE HSE OF SANTA  SANTA B CA      47.6(
     ___ 0510 4044000509U8MWV9G4    0550 CALIFORNIA HOTEL    SANTA B CA      33.00
     ___ 0511 402400051081825052    0501 SPECIAL TEES        STA BAR CA      17.97
     ___ 0511      20009137        (0511)   BALANCE TRANSFER                 42.57CR
     ___ 0512 4759000511U8BLTAE6    0550 POLMEX ENTERPRISES  FLAGSTA AZ       9.75
     ___ 0516 4759000515U8D4F16W    0500 NANJO'S COUNTRY INN SELIGMA AZ      19.80
     *********************** CURRENT ACTIVITY ***************************
     PREV BAL -  PAY/CREDITS +   PURCH/ADJ   +  CASH ADV      =   NEW BAL
       42.57      42.57CR        323.50         .00              323.50
```

```
     PF10=PAGE FORWARD                                    PA1=BEGIN AGAIN    1
     PF11=PAGE BACKWARD            PF3=DISPLAY LAST STATEMENT  PA2=SYSTEM MENU 151T
```



218

0705/04/8451

P O BOX 220000
DALLAS TX

75396

| | 05-29-84 | $42.57 | $10.00 | |

TRANSFER 09 14 83 STAT
4682003399008326        S

BRAD C BLACKWOOD
5114 CRYSTAL BAY
HOUSTON   TX        77084

P S

07 29

0000000000000000000000000000000000004257000100000046820030180126 75
57

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| ACCOUNT NUMBER | | CLOSING DATE | PAYMENT DUE DATE | MINIMUM PAYMENT |
|---|---|---|---|---|
| 4682 0030 1801 2675 | $1,000.00 | 05-04-84 | 05-29-84 | $10.00 |

| POSTING DATE | REFERENCE NUMBER | DATE AND DESCRIPTION OF TRANSACTION | | $ AMOUNT |
|---|---|---|---|---|
| 0503 | 4024000502790560760410 | FAST GAS 05641 | GOLETA      CA | 15.16 |
| 0503 | 4024000502767940470430 | PORTS OF L A LIQUOR | SANTA MONICA CA | 27.41 |

| SUMMARY OF TRANSACTIONS | PREVIOUS BALANCE | PAYMENTS AND CREDITS | PURCHASES ADJUSTMENTS | CASH ADVANCES | FINANCE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|---|
| BEFORE 07-01-83 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| AFTER 07-01-83 | $.00 | $.00 | $42.57 | $.00 | $.00 | $42.57 |
| ** TOTAL ** | $.00 | $.00 | $42.57 | $.00 | $.00 | $42.57 |

**FINANCE CHARGE SCHEDULE**

| RANGE OF BALANCES | PERIODIC RATE | ANNUAL PERCENTAGE RATE | BALANCE SUBJECT TO FINANCE CHARGE | METHOD OF CALCULATION OF FINANCE CHARGE | |
|---|---|---|---|---|---|
| BALANCES AFTER 07-01-83 | | | | | |
| ENTIRE BALANCE | 0.00% | 0.00% | $.00 | METHOD D | |

**MINIMUM PAYMENT DUE**

| PAST DUE AMOUNT | $.00 |
|---|---|
| REVOLVING CREDIT MINIMUM | $10.00 |
| MINIMUM PAYMENT | $10.00 |

PAGE    1

CALL THIS NUMBER FOR INFORMATION OR TO REPORT CARD LOSS OR THEFT
214-939-8602
713-880-0890
FORWARD BILLING INQUIRIES TO
FIRST CITY CREDIT CARDS
P.O. BOX 50601
DALLAS, TEXAS        75250

Fraud
R 42.57
05/84

1293

218

NOTICE

219

2-3-89

Cindy DEATHERAGE
332 -2381
RT 2   Box 141A
Employee

Geneva Howard
RT 2 Box 130 B   Ada, OK
332 - 3601
Howard's Mini Mart

Geneva Howard stated she came into the
store between 12 noon and 1PM. She observed
a man in the store, she ask Cindy Deatherage
the girl working, if she knew the man. Cindy
said no. Mrs Howard observed the man for
a few minutes, then left to go next door.
while Mrs Howard was gone the man ask
Cindy for a box. He said he was going on a
trip today. Subj was putting things in the
box. Jack Davis, a ~~cust~~ customer, was in
the store by now. Jack Davis left and Mrs
Howard ask him to stay because the man
was acting funny. As Mrs Howard & Mr. Davis
came back inside store the man saw them
and said "I guess I will put these things
back and come back Tomorrow." After the subj
put the groceries back he went to the milk
box and got a pint of choc. milk and paid
for it. He opened the milk and stood
around the front of the store a few
min. Then walked outside. He walked West
to the Bait shop next door. He looked the
Building over and went on West to the

219

THE NEXT Building where ~~[redacted]~~ VERNON HOWARD,
MRS HOWARDS FATHER-IN-LAW WAS. THIS Building
IS A TRADING POST. THE MAN SAID he wanted
to look AROUND. He picked up AN item AND
ASK how much it cost. MR HOWARD SAID
he would have to ASK GENEVA HOWARD.
The MAN started walking off. HE THEN
walked to THE SIGN AT the CORNER OF
The Highway + County Rd. A GRAY 77 FORD
Pickup picked him up AS SOON AS he reached
The Highway. THE TRUCK went back E.
TOWARDS ADA. TRUCK HAD SPARE TIRE MOUNTED to R. SIDE
OF Bed.
Subj IN STORE: 30-35   5-10   160 165   CURLEY   HAIR BLACK ~~DARK~~
below EARS, MOUSTACHE, STARTING to grow BEARD.   BRN EYES
Blue Jogging JACKET, Blue Jogging PANTS, BlUE + whi
TENNIS SHOES. Cindy Advised there was something
odd About the Person MAby Some TYPE OF mental
Condition.


Subj IN TRUCK
    OLDER MAN, Possibly wearing GlASSES
GRAY HAIR.

LEAD SHEET   CR-84-094

DATE: _5 · 3 · 84_____

SOURCE:

   Name: _GENEVA Howard_____
   Address: _RT 2 AdA  HowARds GRocERy_
   Phone#: _332 - 3601_____

LEAD ASSIGNED: _____

LEAD SUMMARY: _MAN CAME into GROCERY ACTING StrangEly_
_SEE AttAched StatemENT_____

CONCLUSION SUMMARY: _____

| 222 | FIRST NAME | MIDDLE NAME | ALIASES: | | | | STATE | YEAR EXPIRE |
|-----|-----------|-------------|----------|--|--|--|-------|-------------|
| LeFlore | James | H | | | | | Ok | 83 |

| RESIDENCE | | | | SEX | | COLOR | | | AGE | DRL No. |
|-----------|--|--|--|-----|--|-------|--|--|-----|---------|
| Box 94  Harden City | | | Ok | M ☒ F ☐ | | w ☒ c ☐ o ☐ | | | 16 | 447763882 |

| DATE OF BIRTH | HEIGHT | WEIGHT | BUILD | HAIR | EYES | Operator ☒ | Comm. |
|---------------|--------|--------|-------|------|------|------------|-------|
| 12-30-65 | 5-2 | 105 | | | | Chauffeur ☐ | Chauffeur ☐ |

| DATE | TIME a.m. p.m. | CHARGE | LOCATION | OFFICER | CASE NO. | DISPOSITION |
|------|------|--------|----------|---------|----------|-------------|
| 8-13-82 | 2226 | Exp Insp Sticker | 100 E Main | Linker Carson Reed | 06904 | 35⁰⁰ forft. |
| 8-13-82 | 2226 | Trans open cont | 100 E Main | Linker Carson Reed | 06903 | 35⁰⁰ forft. |
| 10-15-83 | 0147 | TRANS. A LOADED FIREARM | 1000 INDUSTRIAL ACCESS RD. | LEEWRIGHT PEAK | 1877 | FILED IN CO. |
| 10-15-83 | 0147 | A.P.C. (.17%) | 1000 INDUST. ACCESS RD | LEEWRIGHT PEAK JARMAN | 0875 | FILED IN CO. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

222

SUPPLEMENT REPORT

CASE# CR-84-094          DATE _____ -

NAME OF ~~VICTIM~~ SUSPECT   James Houston LeFlore   (Jim)

ADDRESS  Box 28  Fittstown OK.     5-8   165

TELEPHONE  777-2750          Blond  Blue

DATE INCIDENT REPORTED          12-30-65

NARRATIVE SECTION  After Composit came out in Paper + on TV

Several People called And Advised The #2 Susp Looked like

James LeFlore.

    LeFlore's mother was contacted by Smith + Fox And

She brought James To The P.D. He Advised The Following:

- Sat 4-28-84 He went To The Quick Stop At Fittstown

Around 7:30 PM

- He Stayed About 20 min. Then Left with Jeff Sliger

and went to Birds mill Spring-

- Stayed there About 15 min, went back to quick Stop

- Dropped Sliger Off And went S. of Fittstown to his

brothers house (John LeFlore) This was About 8:30 AM

- He Talked To his Girlfriend Donna Hogner on The

Phone From Around 8:30 PM until Around 11:30 PM -

- Said he saw melton Brown, Rocky Holt + Scotty

Dunnigan while he was At The Quick Stop -

REPORTING OFFICER  (W) Barrett          DATE  5-23-84

224

# CITY OF ADA

A MUNICIPAL CORPORATION

Address All Communications to:
RICHARD GRAY, Chief of Police

ADA, OKLAHOMA 74820

9-17-84

The enclosed statement was given to Detective Captain Smith of the Ada Police department  by JoAnn Price , A citizen of this city. The Ada Police department thinks there are similarities in this case and the,"Donna Denice Haraway kidnapping Case", that occured on 4-28-84 in Ada, Oklahoma. If your department has any suspects in either of the mentioned cases please contact Capt. Dennis Smith Ada Police Dept. 332-4466

O.S.B.I. agent Gary Rogers  332-4466 or 1-800-522-8017

225

Price
RT. #1   Ada,OK.
436-2798

9/17/84
8:30AM

JoAnn Price came to the station and reported she took her Baby to the doctor in Holdenville on July 30, 1984. She said she started home that afternoon and when she was south of Holdenville a silver pickup with grey primer marks on the right side pulled out of Coy's bar and followed her. She said the pickup passed her several times then would pull over and let her pass. She said she pulled off the highway at allen and tried to report them to the Town Marshall but was unable to find him. She continued to Ada and the two men got behind her again. She said they bumped into her car and would honk at her trying to get her to pull over. About five miles west of Allen the pickup pulled up beside her and forced her off the road. The driver got out and walked to her car and cursed at her and told her to get out of the car. She had her car locked and the windows rolled up. She told the man to leave her alone that she had a gun and would use it. He told her if she had a gun to show it to him he wanted to see it. The man took a board out of the bed of the pickup and broke her windshield with it. As the man walked to the passenger side of the car Price put her baby in the back seat of the car and backed up. The man came toward her as she was backing up and she pulled foreward  and struck the man in the hip with the front of her car and knocked him down as she pulled off. She said the passenger sat in the pickup and laughed at what was going on. She said the two men followed her toward Ada and turned off south at the Kalahoma turn off on highway #1.

Suspect # 1
 Was a tall white male about 5'11"  160lbs sandy blonde hair, wearing a red T-Shirt, Levis, Cowboy Boots, sun Glasses, and had a medium complexion.
Suspect # 2
 Was a white male Brown Hair and a Moustache, and a medium complexion

 Coy's bar is located ¼to½ mile south of Holdenville on the highway to Allen.

**RADIO LOG**

SHERIFF DEPARTMENT
Pontotoc County, Ada, Okla.

MDT/8 a.m.          8 a.m./4 p.m.          4 p.m./MDT

KQR-323

DISPATCHER: PAYNE:      HODGE:      HARBIN

DATE: JULY 30, 1984     WALKER:     BOREN     WINN

| TIME | DEPUTY | MESSAGE |
|------|--------|---------|
| 00;00 | | Jail check  OK  SP |
| 02;00 | | Jail check  OK  SP |
| 04;00 | | Jail check  OK  SP |
| 06;00 | | Jail check  OK  SP |
| 06;30 | CO 14 | 10-8 |
| 06;40 | CO 14/17 | Alma Black, 3115 Kirby Dr. wants deputy to standby while she gets dressed, having problems with husband. |
| 07;45 | CO 1 | 10-8 |
| 08;00 | CO 9 | 10-8 |
| 08;10 | CO 14/17 | 10-8 from Kirby Dr |
| 08;15 | | Jail check  OK  RS |
| 09;15 | CO 15 | 10-8 |
| 09;30 | CO 14 | 10-8 to Konawa |
| 10;30 | | Jail check  OK  RS |
| 10;56 | CO 14 | Advised to get statement from Barbara Cully if she comes in |
| 10;57 | CO 17 | 10-6 out of unit |
| 11;12 | CO 17 | 10-8 |
| 12;00 | CO 9/17 | 10-10 Holiday |
| 13;00 | | Jail check  OK  RS |
| 13;00 | CO 2 | 10-6 |
| 13;10 | CO 17/9 | 10-8 |
| 13;10 | | Jail check  OK  RS |
| 14;03 | CO 14 | 10-8 back in CO. |
| 14;14 | CO 2 | 10-8 |
| 15;00 | CO 15 | 10-6 on Rt 6 with eviction notice |
| 15;06 | CO 15 | Advised he gave subject of eviction 48 hrs, he was advised subject was going to call Chickasaw Housing Authority to get something worked out. |
| 15;40 | | Jail check  OK  RS |
| 15;30 | CO 14/17 | 10-8 to Roff |
| 15;43 | CO 14 | Call next wrecker on list to pick up yellow Camaro PC 5487 gate of City park in Roff |
| 15;45 | S,O. | CO 14 Brundridge Wrecker is in route |
| 16;04 | CO 14 | 10-8  10-15 two times, W/F starting  milage 072701 |
| 16;20 | CO 77 | Has veh at Roff, hold for ins verification |
| 16;26 | CO 14 | Ending milage 07285 |
| 17;13 | F 47 | Johanna Price advised a silver/black Plymoth followed her fr Holdenville, bumped the back of her car almost knocking her in ditch, pulled up beside her threw beer bottle at her, got in front of her, made her stop.  Driver Sandy blond hair, su glasses, red T shirt,bl jeans, br boots. classring.  Passang stayed in veh. happened at B & L Ranch. 436-2798. |
| 18;19 | CO 15 | 10-8 to Stonewall |
| 18;25 | CO 14 | 10-7 |
| 18;55 | CO 17 | Lawrence Golden advised his 3 wheel 84 Kowasaki was at 2nd to last house before you hit Francis cut off. |
| 19;07 | CO 17 | 10-97 |
| 19;26 | CO 17 | want next wrecker on list to pick up 3 wheeler, Ragland is enroute. |
| 19;30 | CO 15 | 10-45 B & B Cafe Stonewall |
| 19;52 | CO 17 | 10-98  10-12  two times to Byng Housing |
| 19;57 | CO 17 | 10-6 at Housing |
| 20;08 | CO 17 | |

HARAWAY CASE
INTERVIEW

TIM SHELTON CAME TO THE STATION AND GAVE DETECTIVE
BASKIN A STATEMENT IN REFERENCE TO THE HARAWAY
CASE. THE STATEMENT WAS MADE IN THE OSBI OFFICE ON
10/26/84 AT 3:25 PM. TIMOTHY CHARLES SHELTON
DOB-2/10/66 SSN-446709441. HE LIVES AT RT. #4 BOX
99 ADA,OKLAHOMA. HIS PHONE NUMBER IS 332-0954.


INTERVIEW

TIM SHELTON SAID THAT HIS BROTHER-IN-LAW IS RAY
SIMMONS. HE SAID RAY SIMMMONS WORKS AT ADA TIRE
CENTER. HE SAID THAT RAY SIMMONS TOLD HIM THAT
TOMMY WARD AND SIMMONS WERE RIDING AROUND PRIOR TO
DONNA DENISE HARAWAY'S ABDUCTION. ACCORDING TO
SHELTON WARD AND SIMMONS RODE PAST A PLACE WHERE
DONNA HARAWAY EITHER WORKED OR LIVED. SHELTON SAID
THAT SIMMONS TOLD HIM THAT TOMMY WARD TOLD HOW HE
WOULD LIKE TO HAVE SEX WITH DONNA HARAWAY. HE SAID
TOMMY SAID " I THINK SHE IS GOOD LOOKING. I WOULD
LIKE TO FUCK HER SOMETIME". TIM SAID THIS IS ALL
HE KNOWS ABOUT THE CASE.
TIM SHELTON SAID HE HAS KNOWN TOMMY WARD FOR SOME
TIME. HE SAID TOMMY HAS NOT DONE ANYTHING REALLY
STRANGE BUT HE DOSEN'T TRUST HIM. TIM SAID HE WAS
AFRAID OF TOMMY. HE ALSO SAID HE COULDN'T HAVE HIS
NAME ASSOCIATED WITH THE CASE BECAUSE HE COULDN'T
GO TO COURT. HE SAID THAT TOMMY IS VERY WILD AND
DRINKS AND PARTIES A LOT. HE ALSO SAID IF HE HEARS
ANYTHING ELSE PERTAINING TO THE CASE HE WILL
CONTACT US.
TIM THINKS THAT KIETH HYDE LIVES IN THE COUNTRY
PLACE ADDITION BEHIND TG&Y. IT HAS BEEN A YEAR
SINCE HE HAS TALKED TO KIETH IN PERSON.

REPORTING OFFICER
MIKE BASKIN

Haraway Case


Anthony Norman
SW of City (LATTA)
332-4597

Incident reported 4/28/85


Anthony (Tony) Norman was interviewed at the Ada Police department about his
association with Tommy Ward and Jackie Mantzke. Tony said he knew Tommy Ward from school
at Latta. He said he had only briefly seen Tommy since school was out. He said he did
not care for Tommy and tried to avoid him. He said he did not think that Tommy
would be the kind of person to commit a crime like this because Tommy was always so quiet.
He said Tommy was a follower and could probably be talked into about anything. He said he
knew that Tommy had a alcohol and a drug problem in the past but did not know about the
time of the Haraway Case.

Tony said he frequently went to the house of Jackie Mantzke to party. He said he never
knew of Tommy being at Jackies house on Ninth Street. He said he couldn't remember if a party
was held there on the night of April 28, 1984 or not. He said he went there usually in
the daytime. He said that Jay Dicus was there quite often and was seeing Jackie part of
the time. He also said he could not remember Marty Ashley being at the Mantzke household
on any occasion that he was there.

Tony did not seem sure about any of his answers. He had to think before answering
the questions. He answered slowly and would not definately commit himself to questions.



Mike Baskin

229

DATE:   January 10, 1985

SOURCE:

Name:       Marty Ashley

Address:    307 E. Bradley  Pauls Valley

Phone:   No Phone

LEAD ASSIGNED:   D. Smith & Fox

LEAD SUMMARY: Ashley was interviewed at the Pauls Valley police department after

he was read his Miranda warnings by Smith.

Ashley stated he lived with Ronnie Hatton at 307 N. Stockton  the first few months of

1984. He went on to state he and Jackie Mantzke moved in with Danny Miller in April

1984 and stayed with him a couple of weeks. He thought they lived with Miller during

the time Harraway was kidnapped. He said he did not own a vehicle at that time but

Mantzke bought a 1968 orange chevrolet pickup  from Leslie Rice. He said the pickup

was orange with black bumpers and grill, and had wide tires and rims. The truck was

"slick", according to Ashley. He said the first part of May he and Mantzke moved to

Tishomingo and then on to Ardmore. Ashley said Ward used to come to Mantzke's house

and visit Shelly Mantzke. He said Jackie Mantzke loaned Ward money that he did not

pay back and she didnt like for him to come to her house. Ashley said the only vehicle

he remembered Ward driving was an old Datsun station wagon. He said he and Gary Don

Price went to Tommy Wards house to purchase a spare tire for a 1968 rust primered

pickup that Price owned. He said it was several months prior to the Harraway kidnapping.

He didnt remember Ward   at Mantzke's house at any of the  beer parties they had.

He never recalled seeing Ward in the gray primered pickup nor did he remember

anyone else at Mantzke's house in a gray primered pickup. Ashley said he and Ronnie

Hatton used to stop at McAnally's store when they went fishing and remembered talking

to Harraway, but didnt really know her. Ashley agreed to take a polygraph regarding

this incident and said he would testify in court to what he knows.

Conclusion:   Ashley appeared cooperative and was willing to assist in any way he
229                could.

Date: January 1?, 198?

SOURCE:

    Name: _Frank Edward Dicus Jr (Jay)_ 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

    Address: _Rt.# 1 Box 58 A_

    Phone: _332-8347_

LEAD ASSIGNED: _D.Smith_

LEAD SUMMARY: _Dicus stated he dated Jackie Mantzke for nearly six months while she lived in Ada in 1983. She was employed by Jim Gillispie at 920 Arlington. Dicus stated he did not like Tommy Ward nor did he associate with him. He said Tommy was at Mantzke's house once and was cursing Jay's father for having him arrested for stealing gas. Jay told him not to come back or he would beat him up. He said he never partied with him or went rideing with him._

CONCLUSION SUMMARY: _Dicus appeared to be telling the truth regarding Tommy Ward and agreed to testify to what he knew about him._

231

DATE:  January 10, 1985

SOURCE:

Name:  Marty Ashley

Address:  307 E.Bradley  Pauls Valley

Phone:  No Phone

LEAD ASSIGNED:  D.Smith & Fox

LEAD SUMMARY: Ashley was interviewed at the Pauls Valley police department after
he was read his Meranda warnings by Smith.

Ashley stated he lived with Ronnie Hatton at 307 N.Stockton  the first few months of
1984. He went on to state he and Jackie Mantzke moved in with Danny Miller in April
1984 and stayed with him a couple of weeks.He thought they lived with Miller during
the time Harraway was kidnapped. he said he did not own a vehicle at that time but
Mantzke bought a 1969 orange chevrolet pickup  from Leslie Rice. He said the pickup
was orange with black bumpers and grill,and had wide tires and rims.The truck was
"slick", according to Ashley. He said the first part of May he and Mantzke moved to
Tishomingo and then on to Ardmore. Ashley said Ward used to come to Mantzke's house
and visit Shelly Mantzke. He said Jackie Mantzke loaned Ward money that he did not

pay back and she didnt like for him to come to her house. Ashley said the only vehicle
he remembered Ward driving was an old Datsun station wagon. He said he and Gary Don
Price went to Tommy Wards house to purchase a spare tire for a 1968 rust primered
pickup that Price owned. He said it was several months prior to the Harraway kidnapping.
He didnt remember Ward  at Mantzke's house at any of the  beer parties they had.
He never recalled seeing Ward in the gray primered pickup nor did he remember
anyone else at Mantzke's house in a gray primered pickup.Ashley said he and Ronnie
Hatton used to stop at McAnally's store when they went fishing and remembered talking
to Harraway. but didnt really know her. Ashley agreed to take a polygraph regarding
this incident and said he would testify in court to what he knows.

Conclusion:
231      Ashley appeared cooperative and was willing to assist in any way he
         could.

Haraway Case


Anthony Norman
SW of City (LATTA)
332-4597


Incident reported 4/28/85


Anthony (Tony) Norman was interviewed at the Ada Police department about his
association with Tommy Ward and Jackie Mantzke. Tony said he knew Tommy Ward from school
at Latta. He said he had only briefly seen Tommy since school was out. He said he did
not care for Tommy and tried to avoid him.  He said he did not think that Tommy
would be the kind of person to commit a crime like this because Tommy was always so quiet.
He said Tommy was a follower and could probably be talked into about anything. He said he
knew that Tommy had a alcohol and a drug problem in the past but did not know about the
time of the Haraway Case.

Tony said he frequently went to the house of Jackie Mantzke to party. He said he never
knew of Tommy being at Jackies house on Ninth Street. He said he couldn't remember if a party
was held there on the night of  April 28, 1984 or not. He said he went there usually in
the daytime. He said that Jay Dicus was there quite often and was seeing Jackie part of
the time. He also said he could not remember Marty Ashley being at the Mantzke household
on any occasion that he was there.

Tony did not seem sure about any of his answers. He had to think before answering
the questions. He answered slowly and would not definately commit himself to questions.



Mike Baskin

233

LEAD SHEET    01-04-194

DATE: January 12, 1985

SOURCE:

    Name:  Frank Edward Dicus Jr (Jay)   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

    Address:   Rt.# 1 Box 58 A

    Phone:   332-8347

LEAD ASSIGNED: D.Smith

LEAD SUMMARY: Dicus stated he dated Jackie Mantzke for nearly six months while she lived in Ada in 1983. She was employed by Jim Gillispie at 220 Arlington. Dicus stated he did not like Tommy Ward nor did he associate with him. He said Tommy was at Mantzke's house once and was curseing Jay's father for having him arrested  for stealing gas. Jay told him not to come back or he would beat him up. He said he never partied with him or went rideing with him.

CONCLUSION SUMMARY:  Dicus appeared to be telling the truth regarding Tommy Ward and agreed to testify to what he knew about him.

233

LAST NAME 234   FIRST NAME

| | | | | | |
|---|---|---|---|---|---|
| Orr | Douglas | | W | | |

**RESIDENCE**
Star Rt Calvin ok

| SEX | COLOR | AGE | DRL No. |
|---|---|---|---|
| M F | W C | 19 | 003608779 |

| DATE OF BIRTH | HEIGHT | WEIGHT | BUILD | HAIR | EYES | Operator | Comm. Chauffeur |
|---|---|---|---|---|---|---|---|
| 3-15-63 | 5-7 | 140 | | | | Chauffeur | |

| DATE | TIME a.m. p.m. | CHARGE | LOCATION | OFFICER | CASE NO. | DISPOSITION |
|---|---|---|---|---|---|---|
| 5-29-82 | 1425 | Trans Open Container | 1700 Wintersmith | McEachran Peak M Miller | 05570 | 35⁰⁰ Forft |
| 6-5-82 | 0314 | D.U.I. | 700 W Main | Frye,Godfrey | 05545 | In Co. |
| 6-5-82 | 0314 | Speeding | 700 W Main | Frye,Godfrey | 05544 | 20⁰⁰ forft |
| 6-5-82 | 0314 | Attempting to Elude | 700 W Main | Frye,Godfrey | 05546 | In Co. |
| 6-5-82 | 0314 | substance Poss Cont & Dangerous | 700W Main | Frye,Godfrey | 05548 | In Co |
| 6-5-82 | 0314 | Poss of Marijuana | 700 W Main | Frye,Godfrey | 05547 | In Co. |
| 4-19-83 | 1913 | DUI of Alcohol | 1200 E. 9th | Baskin Painter,gray,Linker | 3419 | filed in co. |
| 4-19-83 | 1913 | No drivers license | 1100 E. 9th | Painter,Gray | 3418 | 35⁰⁰ PEG |
| 4-19-83 | 1913 | Driving left of center | 1100 E. 9th | Painter,Gray | 3417 | 35⁰⁰ POG |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Orr & Fint

234

Rhonda Kay Hardy Herrera
323 W. 5th
No Phone
DOB: 12-19-66
5'4" Brn Hair Brn Eyes


On October 30, 1984, Rhonda Herrera gave the following statement to Det. Smith.  Rhonda said she has known Tommy Ward for nearly a year.  She met Odell Titsworth in February of 1984 and Fontenot in May of 1984.  She was introduced to Odell by Niki Lindsey at the Glenwood Park.  She met him again on Main street one evening while he was with a couple of girls.  She said Odell got loud when he was drunk and tried to be maucho, but never knew of him having any fights.

She said she saw the composites on television and thought one of them looked like Tommy Ward.  Melvin Hardin told her Tommy Ward made a statement one time when he saw a girl, "I would like to knock her teeth out and fuck her in the mouth."

Rhonda said she lived with her brothers, Tony and Jimmy Hardy, in Oklahoma City until April 20th.  She came back to Ada and stayed a couple of weeks with Janette Roberts.  She moved in with Mary Kyle on Mississippi, north of Arlington a short time later.  She said Sherry Kyle gave a party on April 28th for someone named Tim.

Rhonda said Janette Roberts had a couple of parties that she had gone to when Janette lived on south Townsend. She said when she stayed with Janette, Karl, Niki, Tommy, Jessica and sometimes Amy stayed there.   She did not remember going to the Blue River until May 1984.  She said her and Janette went to the Blue River with David Wilson.  They saw Odell Titsworth and some other people there.

236

LEAD SHEET   CR-84-094

DATE: _11-9-84_

SOURCE:

Name: _Rogers_

Address: _____

Phone#: _____

LEAD ASSIGNED: _Barrett_

LEAD SUMMARY: _Subjects Johnny Daniels, Ronnie York &_
_David Ross were supposedly told about the McAnallys_
_incident by T. Ward._

_____

_____

_____

_____

_____

CONCLUSION SUMMARY: _Interewed Daniels 11-13-84. Johnny said Ward_
_never told him about Harnway (See interview)_
_11-14-84 Ronnie York Advised he did know Tommy Ward_
_but had not talked to him in about a year._

_____

_____

_____

_____

236

Ron Lyon - Denise's Brother
Work 275-3861

Frank Whitney 225 N. Broadway at the
Whitney Tire Center. (436-5740)

Tim Shelton told Frank Whitney that
Keith Hyde who is a running buddy of
Tommy Ward said tommy had told him
he was out for Denise.

Tim Shelton said he is afraid of
Keith Hyde

238

inset light Key

5-7 Keys missing

Kevin

Building, black leather thong locker Keys.

Lisa

Linsey Coble = Melvin Harding 1983

238

239

Purcell Dale

Joe Thompkins

Jim CLEARY

Joe Johnson

238-3358

Terry Ellis

Bills

(Brent) Bacon

Texaco in Purcell

Cren Avenue

239

5-4-80

Bryant come home from OKC. around 8 PM Friday night. He ~~worked~~ went to Terry Miller's house at Latta low rent housing that night. The next morning he went to Shirleys and worked on his P.U. untill sometime after 6 PM. He went to Glenda & Terry Millers house and spent the night.

Has a 69 chev. that's primered that has been broke down for past week. It is parked behind Shirleys house.

1 PM
11-16-84
Ada P.D.

Jim Bob Howard

Rt. #2 Ada  332-1082          lives N. of Howards Groc.

3-7-64  , 6'1", 155

Br & Blue.  ,        Did not graduate

12 years at Vanoss, Unemployed. Stated he
lives with his mother and Father, Paul and
Leota Howard. He drives his mother's white
82 Lincoln and his father's 82 blue chev.
P.U.

He stated he saw Tommy Ward who lost time
in court when he was charged, Tommy, with
D.U.I. and Howard with possession. He first
met Tommy Ward @ 1½ years ago. He met
him at Shelly Mantyski's house on N.
Highland a year and half ago. He thinks Tommy
was going with the daughter. He said
he never thought to highly of Tommy Ward
and thought he was acted crazy. He said
Tommy used to go with one girl who lived
behind the Shelly station at Main and Hope.
Said he and Tommy has drive around
drinking whiskey. He said Tommy used
to run around with David Yackey, Joe
Lydra, Steve Cupps. He said he never borrowed
Bryan Cox's pickup but has ridden in it.

He said he and Bryon were good friends
and they too has ridden in the truck
several times. He said they have gone
to the city together about 6-7 months
ago. He said he, Shelton, Pepla and Cox were
stopped in the P.U. back in the Spring.
He said he has been in McAnallys several
times, mostly at night. He heard about
the kidnapping about a day after it happen.
He said someone told him about it but
he don't know who. He does not remember
where he was at on april 28th but he
was probably at home. He has been
in J.T's store to get a sandwich but has
never played pool there. He did not know they
had a pool table. He said they drove
around drinking whiskey and they drove behind
the Evangelic Temple and around the
old Smith lake. They stopped at the
old rock house and drank some whiskey
and coke. David Yockey was with them.
When Jim Bob saw the composite on T.V,
he thought it looked like Tommy Ward.
He said Tommy Ward used to carry
a lock blade knife that had about a
4 @ " or 5" blade. He said Tommy and he
have never gone anywhere together

out of town. He stated he has never been with Bryan Cox and Ward at the same time. Tommy used to live with Jackie Mantzski but she has moved out of town. Howard said who ever did the kidnapping and killing of Hammons should get the electric chair. He said he would agree to a polygraph test if we needed him to take one.

Concl.     Howard has taken the drivers test several times but continues to fail it. Even though he is twenty years old, he must have a licensed driver in the front seat ~~with him~~ when he operates a vehicle. Howard appeared to ~~a~~ withhold certain details in his ~~they~~ statement but was fairly cooperative. He did not appear very intelligent by his memory of events nor in his conversation

Ronnie E. York   works Western Uniform
228 N. Cherry      Ada, OK –
436 · 2053


Known Tommy Ward for 9 years
Last time Talked To Tommy was a year ago –
Always wanted to be big man, would be capable
Couldn't Take Seriously what he said
Haven't Talked to Tommy Since Haraway was Abducted
knew him through Billy Hammond.
Billy is X Brother in law to Ronnie


Karl Fontenot is another one of Billys Friends
Don't Know much about Karl –
Dose not know of any Pickups Karl or Tommy Drove,

245

Johnny Daniels
400 W 5th ADA, OK
332-3172          July 24th —

KNEW Tommy WARD All his Life
IN 1980 RAN AROUND with tommy A LOT
HAVEN'T RAN AROUND much with him Since THEN
Tommy CAME by MY HOUSE About 3 mos Ago
He was Staying in NORMAN. He had his mothers
CAR And we went Riding Around out in the
Country, The back ROADS AT LATTA. I ask TOMMY
if he was the one that killed that GIRL. The
Reason I ask him was because he looked like
the composite, Tommy said "NO" I wouldn't
Do Something like that, we were close enough
I Figured he would tell ME if he did it.
He stopped by my house About 2 days before
he was arrested, He Just stopped to Say He.
He And his brother were in the CAR, He Said he
Had to get back to Hominy —
That was the last time I saw him.


Knew KARL FontenoT All his Life, He is
A little Dingy. Didn't CARE FOR KARL. WAS
with KARL + TOMMY A FEW times last Summer —
KARL was Scared of his own Shadow —
LAST TIME I SAW KARL WAS LAST SUMMER —

245

Johnny never went to my Partys at Janettes
Didn't Like those People.
The Ueh sold to Albert Cox was a Silver
Ford - He never got it Running. This was quiet
a while before I went to the Pen.

Dose not know Ronald E York - by name -
Dose not know David Ross - by name -

REFERENCE:                    INQUIRY BY: ADAP
          247O CAUTIONS       OSBI IDENTIFICATION RECORD
WALKER,GARY ALLEN                     CONTACT OSBI FOR FURTHER INFORMATION
DOB/092553    RAC/W    SEX/M   HGT/600   WGT/165   EYE/HAZ   HAI/BRO     OBI NO:325282
FBI NO:828155KIO           SOC/448569850                    BIRTH STATE:OK
MNU/OAPDTLSA 6351      MNU/                                 FPC/2006051 70514 05030610
SMT/SC L ARM               SMT/TAT R SHLD                        SMT/SC FHD
      *ALIAS NAMES*                               *ALIAS NAMES*
WALKER,KENTUCKY                             WALKER,OKLAHOMA
PHILLIPS,MIKE                               WALKER,GARY ALLEN
WALKER,GARY ALAN                            EDWARDS,GARY ALLAN

                              END OF RECORD

   This subject is wanted for the homocide of a White Female in Vinita, Oklahoma. He is
entered into NCIC on this charge from Craig County.
   He is being looked at as a suspect in Robbery,Rape,Homocide and Abductions in at least
 6 different cases across the state. The last known Vehicle was that of his victim in Tulsa.
It is a 1984 Chevrolet Silverado Pick-Up bearing 84 209-636T. It is Cream/Brown/Cream in color.
He is a suspect in the following cases amoung others;

1. Homocide of Eddie Cash WM63        Broken Arrow      5-6-84
2. First Degree Rape                  Ottowa Co.
3. Abduction of Valerie Shaw           Tulsa, Ok.
4. Homocide of Jane Hilburn           Vinita,Ok.        5-14-84

SEARCH WARRANT
TITSWORTH PICKUP

1.  SUMMARY

AGENT GARY ROGERS SAID THAT TOMMY WARD HAD IDENTIFIED A
PICKUP PARKED AT 1209 BOLTON IN ADA AS THE PICKUP THAT THEY USED
IN THE ABDUCTION, RAPE AND FIRST DEGREE MURDER OF DONNA DENISE
HARAWAY ON APRIL 28, 1984. AGENT ROGERS ASKED THAT I OBTAIN A
SEARCH WARRANT FOR THAT VEHICLE.

2. VEHICLE OWNER

THE OWNER OF THE PICKUP IS MELBA F. TURNER OF ADA. HER
ADDRESS IS P O BOX 1744 ADA,OK. SHE ALSO CAN BE REACHED AT 1209
N. BOLTON IN ADA.

3. WITNESSES

| | | |
|---|---|---|
| JANE ANN ENOS | OSBI | OKLAHOMA,CITY |
| BRUCE R SPENCE | OSBI | OKLAHOMA,CITY |
| GARY L ROGERS | OSBI | ADA |
| MIKE BASKIN | DETECTIVE | ADA POLICE DEPT. |

4. INVESTIGATION

I WENT TO 1209 BOLTON TO GET A DESCRIPTION OF THE PICKUP. A
GIRL STAYING AT THE HOUSE SAID HER MOTHER HAD THE PICKUP AT
WORK. MS. TITSWORTH WORKS FOR DON WYATT AS A HOUSEKEEPER. I WENT
TO 111 MAYFAIR WAY AND FOUND THE TRUCK PARKED IN FRONT OF DON
WYATT'S HOUSE. IT WAS FACING SOUTH ON THE WEST SIDE OF THE ROAD.
I SPOKE WITH MS. TITSWORTH AND SHE SAID HER DAUGHTER MELBA
TURNER WAS THE OWNER. I TOLD HER WE WERE GOING TO OBTAIN A
SEARCH WARRANT FOR THE VEHICLE. I HAD OFFICER CARSON SECURE THE
VEHICLE WHILE THE WARRANT WAS OBTAINED. GEORGE SMITH'S WRECKER
TOWED THE VEHICLE TO THE STATION WHERE IT WAS SECURED IN A
WAREHOUSE. JANE ENOS AND BRUCE SPENCE OF THE OSBI PROCESSED THE
VEHICLE ON THE SAME DAY, 19 OCT 84.

5. VEHICLE DESCRIPTION

1968 CHEVROLET PICKUP WHITE IN COLOR. THE VIN IS
CE148ST32752. IT IS A SHORT WHEELBASE WITH A NARROW STEP SIDE
BED. IT HAS A SPARE TIRE MOUNTED ON THE LEFT SIDE. THE
WINDSHIELD IS CRACKED ALL OF THE WAY ACROSS. IT HAS A IN DASH 8
TRACK STEREO. IT IS EQUIPPED WITH A DOME LIGHT. THE BED HAS A
STEEL PLATE FOR A BOTTOM. THE FRONT END IS PAINTED BLACK. IT IS
DAMAGED ON THE LEFT SIDE FOREWARD AND SEVERLY DAMAGED ON THE
RIGHT SIDE. THE METAL IS TORN ON THE RIGHT SIDE.

THE TAG NUMBER IS 84 OK 375-032T. THE DECAL NUMBER IS
4C940822.

6. EVIDENCE

HAIR SAMPLES AND LATENT PRINTS REMOVED BY THE OSBI LAB TEAM.
THE HAIR WAS RECOVERED BY ENOS AND THE PRINTS BY SPENCE. IT WAS

TRANSPORTED TO THE STATE CRIME LAB. BY ENOS AND SPENCE.

7. CONCLUSION

   THE WARRANT WAS SERVED ON MELBA TURNER ON 10/18/84 AT 11:45
AM IN THE DA'S OFFICE BY DETECTIVE MIKE BASKIN. THE WARRANT
NUMBER IS SW-84-7. WE WILL HAVE TO WAIT FOR PROFESSIONAL
EVALUATION OF THE EVIDENCE.

                          REPORTING OFFICER
                          MIKE BASKIN

~~Steve Darby~~   ~~22-23 years old.~~

father runs rual water District.
Jimmy Leflore   Lead sheet   Fittstown
                 made —

#1 looks like boy who
went to hatta          Res Pulsipaten
+ dropped out. the first month.
5'9 — 5'10" slim

#1 Billy Hammon   #2 Tommy ward..
father is Charles Hammon
lives at Portland Park.

Right.   Joe Cook

**103** Mini Mall.

Paul James.
6   middle chev. P.U.
Front right fender is silver
poss. gm door. red primer
slate blue. Teel. 3708 OakClif
T.332-843
Lucas   on mail box
D.S.

Portland Park   Tommy Ward
stays with his mother. Looks like
suspect.   D.S.

Jim Bo Stinson   looks like
suspect.   D.S.

Suspect #1   looks like Tony Brock
who lives at Byng at Indian
Housing.

252

22-24                    Shoul
                         Lengths
6' Light Brow
Skinney
Blue T Shirt
Blue Jeans faded
Smooth Skin
Tennis Shoe

5'8 - 5'10    23-24
Blonde
no
                    Shoulder
Jeans               Hair
Tennis Shoes

8:30 pm.    25-30 min

Light Dark Grey or white

colla Model
short Mellon Bead
Oversight Tires

He acted suspicious Before
Been in here Before

Kora Wise
223 1/2 w 18th
# 17

436-1452

1 to 1 1/2 hour

5? Pyl
Stret Lane
TX Plates
Sulphur
nor

Monroe
ATKINSON

252

253

Lost letter was
= 76¢ Shot
Tell Boy Bear, 76¢     80¢

Bear

Boy Ace
1 0 7 quarghter

7:00 pm
Insp Miller

no Alarm

E.M. Manuel

254

P.U.
T 154-696

~~Randy Courtney~~
~~Tim Cooley~~

~~5'll   Brown Hair   White Male~~

~~Dark Hands~~

Steve

332-5044
332-8957

Havaway Donna Denice          20:50
202 E. 14      Ada
Dob  8-19-59
W.F.      5'5  110   Blond Hair

$147.00
Missing

old chev gary
70

McNally's
Owner of Store
436-5106

Lennie Timmons
604 N. Mogan
Moore, OK
799-9134

Gene Whelchel
RT 4 Box 306
Ada.
332-2955

11-20-84

714 E 17th
K. McCann - Taylor moved from 716 E 17th about a week ago -

Thought he moved somewhere on 8th St.

Contact Steve Brown at Dutchen on 4th to find
out where Taylor lives - (715 E 17th - No phone) 232
7-27-62                                                                1385

Silver & Blue 83 GMC PU - Parked around Ballard-
Kelly - 18th by Pool.

am
Mrs. Joe Wood - Moore dr - Mike Mathis -
Brenda Blanchard - 845-2347 - Sipelo -

Steve had been to Hoggs - party had already
started -
Steve was at Party - Started 8PM or close -
Steve stayed ½ hr. and left - Went to Richard Joplin
Michael got party organized -
David Sherman & their Summers - one there
Steve does not know Tweed or K. Fontanson -
Steve and his math cleaned up the house -
Steve was at Mc. around 7PM - on 4-28-84
There was no one at the store besides Denise -
No blood or noticeable amount of Hair -
Knew Denise but not personally - Graduated
with his Sister - at Ada - Janet.

Jim Meyer — al 66 Sta. 332-6607   ( 7PM monday NIGHT)

Karen wise   JP's   332-4426       ( 7PM monday NIGHT )

Jerry West (FRANCIS)   332-2023   NO ANSWER 3:35PM ( 7PM monday
                                                     NIGHT )

CALL BACK monday to Remind
Jerry!

RAY FARMER — OK — 6:30

DA OFFICE — OK — WYATT - OK

257

7:20 - Jim Mayer
Step up Move Back
7:25 ask for #4 Closer —
7:26 Our

7:26 - Karen Wise
1-7- Step up - Step Back
FACE Right FACE Forward FACE LEFT FACE
Forward -
7:27 KAREN Said there was a couple
- She had waited on ask # 4 to
step forward -

257

Went to school at bela Hi with Kathy
Titsworth, Heard of odell butt doesn't
know him —

Does not know Ronald Sisclaly —

Did not go to any parties at Jannettes —
met Karl at TACOTICO through Janettes
Seemed friendly, had his own problems
mother & father had died — dem because
he couldnt find a job, was on his
own, still coping with that — Sweet Guy —

Never liked Tommy Ward at all
didn't want to be around ~~Karl~~
if tommy was around — ~~that tommy thought
Karl was only around him about twice.~~
Want to school with him and never liked
him — was only around him the day
they went to the River — and maybe one other
day —

259

Heart of Oklahoma Softball Assn.
Byars Eagles (Georges Team)
Purcell Mavericks (Host Team)

Check Georges Alibi For 4-28-84 in the evening hours.

Marvin Barbee 332-3802

259

260

1:57 PM

Wilima Myers - McCartey Coffee Shop -

Person told her they were in the Parking lot
when Tommy Ward Robbed it - ~~~~~
This was 4-5 mos ago - at that time they seemed
to be talking about 1 1/2 yrs. ago -
    Bill Wace heard her talking one day -

260

Dorothy Lucylle Edwards
Rt / Box 24F Perry Okla - 405-336-3270
Dob - 8-11-64 SSN - 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
Works at Garber mini mart, Garber, OK 863-2237 -

Det Barrett talked to Dorthy Edwards on 11-27-84 by telephone. Dorthy was working at Garber mini mart in Garber ok.
She said she dated Karl Fontenot about 3 or 4 times around the 1st of May 1984. She said they went to the river once and riding around 2 or 3 time over a 2½ -3 wks- week at most period. She said one of the reasons she quit dating Karl was he told her the OSBI had talked to him about Denise Haraway - She said she talked to Karl right after he talked to the OSBI, Karl said he had no knoledge - was not in on it - of the girls disappearance. Dorthy does not remember if she was dating Karl on 4-28-84 - She did go with him while he was living at Jannette Roberts - She moved to Perry OK the last part of May -
Pickup - Tommy or Karl - no -
Didn't see them in Bryan Cox's Pickup
Went to school with Bryan but didn't know he had a pickup -

[Margin notes: Janette + Mike Roberts; Karl + Dot & Tommy - Went in Janette Truck; Went in Dots Ford Torino]

262

Guthrie

405-282-0413

411 E. Warner
Guthrie

Jackie Mantskie
Mantskie

405-282-0413
411 E. Warner
Guthrie, Okla.

263

T253 - 904

81 dr
pr

John Clifford
Anthony Greenwood

434-6501
759-2564

CSH
George
Popp
Conford

PC-6227

OREX04  6R1030A1  12/10/83
GREENWOOD
RT 1 BOX 54
TUPELO  OK 74572-9715

ATF-1035

James
Harber

Information a Pickup
located at latta

263

264

Ronda

Kevin Hamilton    #6 hr 30  #36-4925    describe Gia. Boy

9 - 9:30 - 9

White Cameo  70  Black   2 person

Dispatcher LCRAPER
#100 0.
777 - 2727
6:40 Pr 94
4-30-94

Frank McCain    Surveying wells
Holdenville Lake.   in    S. Canadian
381-417 T                     River.

White Suburban Chev. Van.

6:15 Pm 94
4-30

Wayne Coss
Billy Charley         69-71 Che
Wide on Back   Gray Primer
Saw it.

Tommy Shord
fits description
or blond hair guy

Joe Hale  Kansas
Rita Williams  Howard

6:30 Pm 94
4-30-94
No Name

Morris Lane        (Spitting Image)
Wolf Lane
Housetrailer  North of McAnally

Channel
490.

F. R. Deck  6:47 Pm
Brad  Boren   Black

Jack Paschall  #36-1611

264

Karl Allan Fontenot  20 years old:

Kevin Earls advised Business Office for Wendy's 18th & Miss
Call 436-3621 Ask for Darritta

Bill Nelson   Ada High

Jo Ann Price
Silvery gray front panel
door + light rear fender
had primer on them
left rear rim was white
rear wheels were larger than
front wheels + rear end was
jacked up. Between 73-76 model.

Michael Shane Lindsey
1317 S. Stockton
332-0899 (H) - 436-0822 (W) - Sirloin Stockade
19 DOB 8-21-65

Tommy Ward -
- Like to Party
- Not outgoing, shy, gets emotionly upset -
- Had Problems with his Family (Basic Problems)
- Had Temper when he did get mad
- Saw him get mad about twice
- Tommy Got mad at a man Argueing with Jonette
- Mike Knew him about 1 year -
- Tommy told mike he had been in trouble with
  the Law
- Tommy liked Nicki a lot (Nicki is 16)
- wanted to go with her at first but it got
  to be a brother sister Relationship
- Always Partied on Fri + Sat
- Sure there was a Party, 1-28-84
- Tommy had on a Coat
- Tommy + Karl left About 7:30 PM -
- Did not see them Any more That Night
- Came back Sometime Next day
- This was unusual - They usually stayed All Night

268

- The night Jnette Fell was not the night of the party
  KARL Fontonot
- Always complained of headaches
- Knew KARL about 1 year
- Where you saw Tommy you saw KARL
- Mother got killed in accident


- Mike moved from 509 S. Twnsd 3-4 mos ago
  when Jnette moved to NORMAN
- Did not know of anyone comming to the
  APT with a body in a CAR TRUNK.
- Billy Hammonds A GREEN car Jacked up
  in the back.
- Bruce Depeter - Drove A pickup Light colored
  Short Bed
- Saw Red compact car at Gordens but did not know
  ~~Tommy Depet~~ - who owned the Red CAR.

- Tommy & KARL mentioned going Somewhere to
  A Secluded Place & getting parts off a van
  Sitting in a Field -
  They also mentioned going out to an old
  House that was Abandoned and getting an
  Appliance or something out of it.

268

269

- mike Dose not know odell Tittsworth
- Never heard of Anyone nickname "Blue"
- only Pickup Tommy or Karl ever used would
  have been Jannetts -