**The Atchison, Topeka and
Santa Fe Railway Company**

270

4515 Kansas Avenue
Kansas City, KS 66106
913-573-4352 or 4452

**Glenn B. Hunsucker**
Asst. Division Superintendent of Police

*A Santa Fe Industries Company*

271



Amarillo, TX.

806-378-3601
last 9 Months
1-918-588-3954
Janice
Taylor

271

Lovana Bean
272
S of City - 332-8965

Kenneth Bean
15th & Constant
no phone

273

Johnnie Helms
45 day

10 - 8 - 84

19

Charley

Charley

273



[ 1-800 - 5 28 - 4800 ]

AmaRillo, TX.

806 - 378 - 3601

last 9 months

1-918-588-3954

Janice
Taylor

275

~ VISA ~

12

| 4-10-84 | Coletta Calif. | Gas |
| 4-30-84 | Santa Monica | Liquor |
| 5-1-84 | Santa Barbara | |
| 4-29-84 | Provo Utah | |
| 4-30-84 | Carpent CA. | |
| 5-2-84 | Santa Barbara | |
| 5-1-84 | Sant Barbrn (CAIF) (Hotel) | |
| 5-1-84 | Santa Barbrn | |
| 4-29-84 | Flagstaff AZ. | |
| | Soliema AZ | |
| 4-30-84 | Coletta. CA. | |
| 5-1-84 | Santa Barbarbrn (millers outpost) | |
| 4-30-84 | Barstow Calif | |

949-7000

1-800-241-9070

1-800-222-4853
404-491-5100

6009900323
Expira 6-30
William Exploration

7:30

VISA₂₇₇ ● 1-800-522-3324

AMER Exp● 1 —

Yvonne Sorsby
214-939-8605
Houston,

Lanay Thomas
214-233-7101

RICHARD GRAY, Chief of Police                                    ADA, OKLAHOMA 74120

9-17-84

The enclosed statement was given to Detective Captain Smith of the Ada
Police department  by JoAnn Price , A citizen of this city. The Ada Police
department thinks there are similarities in this case and the,"Donna Denice
Haraway kidnapping Case", that occured on 4-28-84 in Ada, Oklahoma. If your
department has any suspects in either of the mentioned cases please contact
Capt. Dennis Smith Ada Police Dept. 332-4466

O.S.B.I. agent Gary Rogers  332-4466 or 1-800-522-8017

| LAST NAME | FIRST NAME | | STATE OK | YEAR EXPIRE 81 |
|---|---|---|---|---|
| 279 Price | Gary | Don | | |

| RESIDENCE | | SEX | COLOR | AGE 15 | DRL No. 443744370 |
|---|---|---|---|---|---|
| RT# 2 Stonewall Okla. 74871 | | M ☒ F ☐ | W ☒ C ☐ O ☐ | | |

| DATE OF BIRTH 8-3-63 | HEIGHT 5-4 | WEIGHT 125 | BUILD | HAIR | EYES | Operator ☐ Chauffeur ☐ | Comm. Chauffeur ☐ |
|---|---|---|---|---|---|---|---|

| DATE | TIME a.m. p.m. | CHARGE | LOCATION | OFFICER | CASE NO. | DISPOSITION |
|---|---|---|---|---|---|---|
| 8-27-78 | 0229 | No Drivers License | 1700 Cradduck | Lewin | 0860 | 20 00 forft |
| 10-13-79 | 2250 | Speeding | 1400 Crad. | Nemecek-Owens | 1692 | 10 00 forft |
| 5-25-80 | 2146 | Careless Driving | Main & Bdwy | Flowers, Frye | 09947 | 20 00 forft |
| 6-25-80 | 1215 | Speeding | 600 scenic | Osborn | 11680 | 2 00 forft |
| 7-11-80 | 2125 | Oper. Def. Taillights | 300 BLK. W 6th St. | Godfrey | 11405 | 10 00 forft |
| 12-26-80 | 2358 | Speeding | 800W. Main | Hoffman | 04101 | 35 00 forft |
| 9-26-81 | 0530 | Burglary of auto | 230 N Cherry | Godfrey-Frye | | Filed in county |
| 12-15-81 | 1410 | Speeding school zone | 800 E. 10th | Allen- B.Smith | 02374 | 35 00 forft |
| 3-15-82 | 1325 | Improper Start from Stopped position | 1700 Scenic | McEachran | 03996 | 20 00 forft |
| 8-5-83 | 2201 | Trans open cont beer | 6th & Miss | Painter | 1161 | 20 00 forft |
| 8-5-83 | 2201 | fail to carr val sec fm | 6th & Miss | Painter | 1162 | 35 00 forft |
| 3-10-84 | 1156 | Careless Driving | 16th & Town | D Reed-Allen-Peak | 00282 | 35 00 forft |

SCOM QD.NAM/CLOVER,DANIEL P    .DOB/000000.SEX/M.TYP/S.REF/

MESSAGE ACCEPTED - ADAP 0032 10:32 05/29/84

SCOM        1677 10:32
ADAP        0044 10:32 05/29/84

REFERENCE:                INQUIRY BY: ADAP
NO CROSS REFERENCE RECORD FOUND FOR IDENTIFIERS GIVEN
NAM/CLOVER,DANIEL P         .DOB/000000.SEX/M

```
OSBI        0092 11:30
ADAP        0102 11:30 05/02/84
133 OKOBI0000 05/02/84
OSBI TO ADA PD  ATTN:

RE SUBJ/TAYLOR, MICHAEL R. OBI/2J1374

111176  PD TULSA    BURG I/NO DISP SHOWN
030484  PD ELK CITY  DUI, ILL POSS ALC/JAILED $310 BOND NO PLEA SET
NO FURTHER
AUTH  OSBI  FEEZOR    05/02/84 11:30
```

SCOM QD.DLN/441747553.TYP/S.REF/WOOD

MESSAGE ACCEPTED – ADAP 0106 13:27 05/16/84

*reported to drive a primered Chev. P.U. and resembles suspect # 1*

SCOM          2778 13:27
ADAP          0144 13:27 05/16/84

.REFERENCE: WOOD                    INQUIRY BY: ADAP
                    DRIVER LICENSE MASTER RECORD

***VALID***

TYPE:COMM CHAUFFEUR          441747553          EXPIRES:03-85
SHELTON,EDDIE LEE          BOX 122          HARDEN CITY  OK 748460000
DOB/03/14/65  SEX/M   RAC/W   HGT/602   WGT/160   EYE/BL   HAI/XX *light Brown/sandy*
FR FLAG-NONE                              DONOR ID/NONE
DI FLAG-NONE                              TRAFFIC RECORD-NO
  *RESTRICTIONS*
NONE
  *PREVIOUS NAMES*
NONE
                    --- END OF RECORD ---

*Has been treated by Dr. Anderson at Carl Albert Indian Hosp.*

MESSAGE ACCEPTED - ADAP 0039 10:38 05/04/84

SCOM          1918 10:38
ADAP          0050 10:38 05/04/84

REFERENCE:                    INQUIRY BY: ADAP
                    DRIVER LICENSE MASTER RECORD
**FLAGGED**

TYPE:OPERATOR              459392186              EXPIRES:07-84
WRIGHT,JAMES IRVIN         501 E 16          ADA        OK 748200000
DOB/07/19/63   SEX/M   RAC/W   HGT/604   WGT/185   EYE/BL   HAI/XX
FR FLAG-NONE                              DONOR ID/NONE
DI FLAG-SUSPENSION                        TRAFFIC RECORD-YES
 *RESTRICTIONS*
NONE
 *PREVIOUS NAMES*
NONE
                    --- END OF RECORD ---
SCOMQD.OLN/459392186.TYP/C


SCOMQD.OLN/459392186.TYP/C



MESSAGE ACCEPTED - ADAP 0040 10:39 05/04/84

284

Liz Wilburn

1403

Chickasaw Nat, 'n

3 8 /37 affidavit

M 672

2204 berttter

285

# Vehicle Check Report

### POLICE DEPARTMENT, ADA, OKLAHOMA

**Driver Name** Jones Richard Lee

**Resident Address** Rt 2 B 120 Kenewah OK

**Operator** X   **Chauf.** ___   **Comm. Chauf.** ___   **Other** ___

**DL. No.** 447700583   **Yr.** ___   **State** OK

**Birthdate** 7-23-66   **Race** C   **Sex** M

## DESCRIPTION OF VEHICLE

**Year Model** 72   **Make** Dodge Charger

**Type** 2dr   **Color** W/ Blue

**Vehicle License No.** XY9631   **Yr.** ___   **State** OK

**Date** 10-13-84   **Time** 1828

**Location** 10 KY Shaden

## OCCUPANTS OF VEHICLE

(1) ------------------------------------------------
(Name)                              (Birthdate)

------------------------------------------------
(Address)           (City)           (State)

(2) ------------------------------------------------
(Name)                              (Birthdate)

------------------------------------------------
(Address)           (City)           (State)

(3) ------------------------------------------------
(Name)                              (Birthdate)

------------------------------------------------
(Address)           (City)           (State)

**OFFICER** Painther

285

Tanette    Linsey   Blood or Robert
norman   niki    a mike staying april

Billy Hammon
a
Charles Father    Row
436
or
332  4/65

287

March.

436 - 4274   Richard Gaugio

James Allen
S. Constant
604 - 0282

288

Federal Prtng. - Ada

WITNESS: ------------------------------------------

Signature of person giving voluntary statement

WITNESS: ------------------------------------------

Dated at ------------------------------------------ this ------------ day of ----------------------, 19------.

I have read each page of this statement consisting of ------- page(s). each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Mary Lyon

257-3893

289

Call Tommy Ward at 405-364-5200 in
Norman. Set up a Polygraph with him on Thursday
or Friday. Lives with Jim Bob Blood

Barb

3303
South Meridian   OSBI office   2nd
Thursday   OR   Friday            Floor
10:00 AM

Janet
Roberts

Person does not
know a Tommy Ward
& this number is
suppose to be unlisted

289

290

436-4132

Q Chuleauah

Becky Trivett

900 E. 13th called C.M. Mays and told them to deliver fencing to 900 E. 13th and charge it to Rolling Meadows

Dewayne Sherrell owner whocker.

Roger Stonecypher 4' high behind house orange van.

last time he saw him. He does not like Tommy Ward or associate with him.

290

(Jay)   Frank Edward Dicus Jr.
Rt. 1 Box 58 A.         332. 8347
12-8-58
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

Said he dated Jackie Maunkie about
6 months off and on. When he broke
up with her she was working for Jim
Gillissippi. They broke up in December
1983. She was living in the 900 blk
of E. 9th South side W. of Tulsa wholesale.
She owned a Chevrolet Impala at the
time but sold it to Gillissippi in Sept.
or October of 1983. Shelly a Manski was
dating Bobby Ross, a former employee
of Dicus. Jackie Manski & her daughter
came to Ada in August of Sept. looking
for Shelly. She, Shelly was living with
Ross. Ross is from Fittstown and is
a brother of Gary Ross.

Jay said the last time he saw Tommy
Ward was around August of 1983. He said Tommy
came over to Manski's house and was calling
Jay's father a liar in regards to that
gas that Eddie Dicus caught him
stealing. Jay told him to leave and
not come back or he would whip Tommy's
butt. Tommy left and that was the

Theresa

Terry East.                                    May 84
1442 N McArthur   OK
                            909-2893

Terry Gwinn
              1010 Parkview
                   Durant, Okla.

~~Darrell McCurtain~~

Tommy Ward.
Kinny Bolin

Vernon Sucatt

Keller Cain

5-1-84
              Robert Chandler, McAlester, graduate 1979
went to E.C.U.   Look like #II

KAREN MC NUTT

RT 7 BOX 569

382-1488


MARGET GRAB

RT 7 BOX 244

436-1175

294 Smith

— 332-4466 —

5 98 - 8 17

4 - OK

**HINKLE PRINTING &
OFFICE SUPPLY, INC.**

*"IF IT'S FOR AN
OFFICE WE CAN
FURNISH IT!"*

Phone (405) 238-3105 • 110 E. Paul • Pauls Valley, Okla. 73075

294

FR[295]
Marion Miller

Doc INGRAM - CONIGHTE
ADCO
BAR
Knows MILLER

296

Circling — .100 BER w/12th   Itwyn

check
with
Linker

Linda — Check + boys   stole gun
from Buda Liquor
    # 1 Ricky                    (Standon )?????
    # 2 Ward (Tommy)
    supposed to stole P.U. — said going to Rob McNallys

296

297

Mike Haynes
Rt 6 Box 329
Ada.

T598-817
Grey Primer
Big Mud Grips
Grey Seats
Red Interior Doors
1 Piece of Plywood Cover
With Blood
Nickel Plated .357 Modl #19

George Drive

436-4584

297

298

Phone Log    527 - 2176        Purcell
            238 - 3358        P.V.

Joe Thompson
    Works at Joe Johnson Chevrolet in
Pauls Valley.

Brent Brown

Jim Claire
527 - 2002

John George

Demian Co---
Brown

Mr. Deloyrie

436- S098

300

cheetah

442-66 8849
4-17-59

Michaelle J. Wheeler
IF 22   4'11"  102

300

MESSAGE ACCEPTED - ADAP 0035 14:25 05/15/84


SCOM         2696 14:26
ADAP         0058 14:26 05/15/84

REFERENCE: 216              INQUIRY BY: ADAP                      \
                    DRIVER LICENSE MASTER RECORD

***VALID***

TYPE:OPERATOR              003608779              EXPIRES:03-85
ORR,DOUGLAS W             GENERAL DELIVERY   CALVIN      OK 745310000
DOB/03/15/63  SEX/M  RAC/W   HGT/509   WGT/175  EYE/BL   HAI/XX
FR FLAG-NONE                              DONOR ID/NONE
DI FLAG-NONE                              TRAFFIC RECORD-YES
 *RESTRICTIONS*
NONE
 *PREVIOUS NAMES*
NONE
                  --- END OF RECORD ---
SCOMQD.DLN/003608779.TYP/C

302

*Reported prowling*
*reported 2in veh.*
*900 - 1000 BLK W 12th*
*also had prowler Att propane*
*2N 1100 W 14th*
*Pointer 2330*
*10-16-84*

```
VREG        4070 23:38
ADAP        0202 23:38 10/16/84
REFERENCE:                              INQUIRY BY:ADAP

TITLE/M880929    REG DATE/022934      EXP DATE/0285
LAST UPDATED DATE/022934    LAST ISSUED DATE/102383
LIC/X5441  .  LIT/1985.  LIT/4J.    DECAL/5717198
VIN/1S37H4N202654. VMA/CHEV. YYR/74. TMJ/CAM .  VST/2DCP
FEE PAID/  002500   RES COUNTY/52     AGENT NO/6201
NAME:  TRUMAN LUMPMOUTH JR
ADDR:  913 N 2+TH, ADA, OK 74820
,
UNLADEN WGT/000000   LOAD CAP/000000    LADEN WGT/000000   BASE STATE/  ADAP

*** END OF RESPONSE
```

302

303



Dallas N. Hart
DOB 12-13-61
WM 6'3" 170
Brown eyes
Black Hair



Mark L. Clark
DOB 4-23-61
WM 5'10" 135
Brown Hair
Hazel eyes



Gulf Credit Card

600 8900 323    TX 166

Williams Exploration Co.
(918 - 583 - 1711
713 - 652 - 9100
Brad Charles Blackwood

Diamond ShamRock Card
Luci Jean Willett
Charles W Willett

VISA   #1682-0030-1801.2675 #
First City Bank, Houston TX
VISA AT DALLAS

Amer Expr.  3728-082238-11007
First City Bank Houston TX

9-14-83

(Feb wasn't)
used

22nd
Tara
Harrod

304

Dennis:

Enclosed are photocopies of mug shots of Dallas Hart and Mark Clark. If they look like good suspects we will get mug shots from Johnson County and any other criminal histories on them for you.

Glenn

**ADA POLICE DEPARTMENT**
**OKLAHOMA UNIFORM VIOLATIONS COMPLAINT**

Case No. _____ Docket No. _____ Page No. _____

☐ State of Oklahoma,
County of **PONTOTOC** ss. **ADA**   {Jud. Dist. / Municipal} Court

JUVENILE

COMPLAINT—INFORMATION   *Alley Peak*   **00282**

the undersigned, being duly sworn, upon his oath deposes and says that:

on or about (date) *3-10-84* at (time) *1106* at or near (location) *16 + Townsend*

County number *62* ☐ East ☐ Control–Int. | North Location

within the city, county and state aforesaid:

Name: *Price*   *Gary Don*
      Last        first      middle    zip code   AFP ☐

Address: *231 W. 6*

City: *Ada*   State *OK*   *74820*

birthdate (mo. day yr.) *8-3-63* height *6-1* weight *151* race *C* sex *M* op. Ch. Ce. Mc. Other *No*

DL No.: *443744370*   yr. *83*   State: *OK*

Employer: *No*   Did Unlawfully: ☒ Operate ☐ Park

Vehicle make *63* year *P.U.* body style-color *Tr.* *160-D337* *OK* *84*

and did then and there commit the following offense:



(handwritten left margin) *Gary Don Price is living in the Okla City Area. I found a phone number for him but couldn't reach him. 691-8727*

SPEEDING ☐: ___ MPH in ___ MPH Zone   Pace☐ Radar☐ Plane☐ Vascar☐

Disobeyed Stop Sign ☐: ☐ wrong place ☐ at walk speed ☐ faster
Disobeyed Traffic Sig. ☐: ☐ past middle ☐ middle of ☐ not reached
                          ☐ intersection ☐ intersection ☐ intersection

Improper Turn ☐☐☐: ☐ no ☐ into wrong ☐ cut ☐ from wrong ☐ pro-
left-right-U ☐ signal ☐ lane ☐ corner ☐ lane ☐ hibited

Improper Passing & ☐ at intersection ☐ cut in ☐ on hill
Lane Use ☐: ☐ between traffic ☐ on right ☐ marked zone
            ☐ lane straddling ☐ wrong lane ☐ on curve

☐ Failure to Yield ☐ Following too Closely ☐ Parking violation (describe)

Other violation: *Careless Driving*

The undersigned further states that he has just and reasonable grounds to believe, and does believe, that the person named above committed the offense herein set forth, contrary to law

Sworn to and subscribed before me this ___ day of ___, 19___   signature of officer *J. Reed*

name and title   Badge No. *25* Troop/Dist. No.

Court Appearance: *12* day of *Mar*, 19*84* at *8A* M

Address of Court: **ADA CITY HALL**

without admitting guilt. I promise to appear in said court at said time & place:

Signature: *A Gary Don Price*

Conditions that increased seriousness of violation:
Slippery Pavement: ☐ rain ☐ snow ☐ ice ☐ night ☐ fog ☐ snow ☐ cross
Darkness
Other traffic present: ☐ on coming ☐ pedestrian ☐ same direction

Caused Person to Dodge: ☐ pedestrian ☐ driver ☐ just missed accident

PD☐ PI☐ FATAL: ☐ pedestrian ☒ vehicle ☐ hit fixed object ☒ right angle ☐ head on ☐ sideswipe ☐ rear end ☐ ran off roadway ☒ intersection

Area: ☐ business ☐ industrial ☐ school ☒ residential ☐ rural
Highway Type: ☐ 1 lane ☒ 2 lane ☐ 3 lane ☐ 4 or more und. ☐ 4/more div.

BOND POSTED: ☐ Cash $___ ☐ D.L.   Bond Card No. _____

**00282**

306

307

① The pickup looked like it had recently had a flat on the right back tire because instead of having a silver rim it had a white rim on it. All the other tires had silver rims from what I could see.

② The guy acted like it made him mad because I told him I'd shoot him and he started screaming that he'd smash my face in if I didn't get out of the car.

③ They threw a beer bottle and hit the Drivers side window, but it didn't really leave any marks on the window.

④ He kept calling me a fucking bitch and a cunt, and kept saying