Residents of Apt 501 S. Townsend
where Janette Roberts lived.

Maggie Boggs — son's last name is Anderson.
Work for cab co.

Joe Tingle & Susie. managers of complex

Mark Madden & Jim Sheets.

Judy McQuarter McWhirter

Francine Detwiler   still lives at address.

#1   March 6 — & — 645-2251
Kent Grimes — moved out about some time in april.
June & Katy Grimes Calvin.
645-2267 Katy Grimes

D.W. Perkins & Patrick Foor. (moved May 15)

Mike & Janette Roberts (check fears)

Gordon Calhoun   moved in March 17 till 6-16

Notice was given June 1 to be out June 30th
On July 5th the utilities were cut off by Jim
Lee and they moved.

Bob Bunyard lived next door, south of apartment complex

308

car, Price put her baby in the back seat of her car and locked up. The man came toward the car as she was backing up. She said she started forward and struck the man in the hip with the front of her car, and knocked him down as she pulled off. She said the passenger sat in the P.U. all the time and laughed at what was going on. She said the two men followed her toward Ada and turned south at the Kalahoma turn off.

#1 was a tall WM about 5'11", 160 pounds sandy blond hair, wore a red T-shirt Levies, cowboy boot, sun glasses or prescription sun glasses, med complexion,

#2 was a white mal brown hair & moustache, med complexion

Corps Bar is ¼ to ½ mile south of Holdenville.

9-17-84
8:30 AM

Jo Ann Price
Rt. #1 Ada (S. on Kerr Lab Rd.)
436-2798

Price said she took her baby to a doctor in Holdenville on July 30, 1984. She said she started home that afternoon and when she was south of Holdenville a silver p.u. with gray primer marks on the right side pulled out of cafe lot and followed her. She said the p.u. passed her several times then would pull over and let her pass. She said she pulled off of the highway at Allen and tried to report them to the town marshall but was unable to locate him. She continued to Ada and the two men got behind her again. She said they bumped into her car and would honk at her trying to get her to pull over. About five miles W. of Allen the P.U. pulled up beside her and forced her off the road. The driver got out and walked to her car and cursed at her and told her to get out of the car. She had her windows rolled up and doors locked. She told the man to leave her alone that she had a gun and would use it. He told her if she had a gun to show it to him he wanted to see it. The man took a board out of the bed of the P.U. and broke her windshield with it. As the man walked to the passenger side of the

IN THE DISTRICT COURT IN AND FOR PONTOTOC COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
        Plaintiff, )
)
vs. ) Case No. CRF-84-183
)
)
JOHN DOE, )
        Defendant, )

## WARRANT FOR ARREST OF MATERIAL WITNESS

This matter comes on for hearing before the undersigned Judge of the District Court this 9th day of October, 1984. The State of Oklahoma appears by Nancy M. Shew, Assistant District Attorney, and presents to the Court its Application for Arrest of Material Witness. The Court being fully advised in the premises finds the application well taken and therefore ORDERS, ADJUDGES and DECREEDS that a warrant be issued for the arrest of Niki Lindsey and Rhonda Linsey and that they be incarcerated in the Pontotoc County Jail until they make bond to insure their appearance in the amount of $_____.

                                                                                            J U D G E

```
.NCIC.ILOIADAP .EA.OK0620100.DDISKDR.499420.APPLE...IOM84.HOI184-2
```

```
NCIC      4257  17:49
ADAP      0103  17:49 10/11/84
ILOIADAP 3301EA
OK0620100
REJ FLD ERR TYP
```

```
NLET      2295  17:48
BROADCAST 17:49 10/11/84
(XALL)
ROUTED BY INTERCEPT

AA.TX2210100
15:49 10/11/84 05959
15:49 10/11/84 02130 OK
TXT (AZ,OK)

PD ABILENE TO STATES OF ARIZONA & OKLAHOMA
MSGF 84-0010

REQUEST STATEWIDE BROADCAST

REF FORGERIES USING NAMES  REGINA GAITHER, REGINA GIMPLE, VICKY
REED, DONNA CHAPMAN, ELEVIN CLINTON, MARY ALANIZ, JANA MATLOCK,
BONNIE DENNY, THERESA KELLY, NOLAND HILL AND OTHERS.

ABILENE PD HAS RECEIVED REPORTS FROM OVER 20 TEXAS CITIES AND
SEVERAL CITIES IN OTHER STATES.  THE M.O. IS USUALLY STOLEN
LOCAL BUSINESS CHECKS, WHICH ARE THEN TYPED OUT WITH A TYPE-
WRITER STAMPED WITH A CHECK PROTECTOR WHICH PLACES THE WORD
"BONDED" WITHOUT INK ON THE PAPER ABOVE THE "PAY ORDER" SPACE,
AN ARROW IS AT EACH END OF THE WORD "BONDED" POINTED IN OPPOSITE
DIRECTIONS AND HAS THE FOLLOWING PRINT, "THE SUM 100 DOLS 25 CTS"
AS AN EXAMPLE. THE LETTER "M" IS SLIGHTLY DEFORMED AT THE TOP
RIGHT CORNER. THE CHECK IS CASHED AT A LOCAL STORE WITH THE USE
OF A STOLEN & ALTERED DRIVERS LICENSE. SUSPECTS ARE B/F,B/M & W/F.

IF YOU HAVE SIMILAR FORGERIES PLEASE CONT DET D WADE BY TTY OR
PH# 915-676-6349 OR 6350. A COORDINATION MEETING FOR ALL DEPTS
INVOLVED IS IN THE PLANNING STAGE.

ADM DET D WADE,CID
PD ABILENE    10-11-84        H/.HODT        CUMM/NERMAN
```

*1000*
*200*  *$220*

Daily Routine

School Information

   [illegible]

   [illegible]

   [illegible]

   When Graduated

D.L. Check

S.S. Check

Contact of girl friends, aunts, uncles, mother, father, old boy friends

Work Record

[illegible]

Personal effects at [illegible] and [illegible] crime scene, suit cases, [illegible], etc.

Further Plans (vacation, weddings, etc.)

Paycheck comming (not picked-up or called about)

Any unidentified bodies

Hospitals or sanitariums - married name, madden name, Jane Does

Talk to all employees

If leaving would there have been anything she would not have left behind

Check relatives and friends in other states for contacts

Other social organizations that she might have belonged to:

Find everything you can about the life of Mrs. Harraway, do not limit yourself to this list it is just a starting point. We want to know not only the good but the bad.

Witnesses:

   Name

   Address

   Phone Number

   Place of employment

   General Information

IN THE DISTRICT COURT WITHIN AND FOR PONTOTOC COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA    )
COUNTY OF PONTOTOC   )          Case No. SW-84-7

## SEARCH WARRANT

In the name of the State of Oklahoma:

To any Sheriff, Constable, Marshall, Policeman or Agent of the Oklahoma State Bureau of Investigation in the County of Pontotoc:

Proof by Affidavit having been made before me by Mike Baskin that he is positive that on the premises known as 111 Mayfair Way in the City of Ada, Pontotoc County, Oklahoma, more completely described as being south on Crownpoint Drive from the intersection of Arlington Boulevard and Crownpoint Drive in the City of Ada, Pontotoc County, Oklahoma, to Woodland Drive, then east on Woodland Drive to Mayfair Way then south approximately 1 block on Mayfair Way to the property on which a red brick two story house with blue trim is situated. The said house bears numbers in cursive writing "one hundred eleven", all in the County of Pontotoc State of Oklahoma, there is now a white, narrow bed pick up truck with a black front end having damage to the left front fender, the right side and a cracked front windshield bearing 1984 Oklahoma License No. 375-032T and sticker No. 4C 940822 which was believed to have been used in the abduction, rape and murder of Donna Denise Haraway in which there is now being concealed hair, fibers and blood of Donna Denise Haraway.

I am satisfied that there is probable cause to believe that the property so described is being concealed on the premises above described in the pick up above described and that the foregoing grounds for application for issuance of the search warrant exist.

YOU ARE HEREBY COMMANDED to search forthwith the place named for the property specified, serving this warrant and making the search at anytime of the day or night and if the property be found there to seize it, leaving a copy of this warrant and prepare a written inventory of the property seized and return this warrant and bring the property before me within ten days of this date, as required by law.

DATED this 19th day of October, 1984.

s/ Ronald L. Jones
JUDGE OF THE DISTRICT COURT

STATE OF OKLAHOMA,) ss.
County of Pontotoc )

I, WAYNE JOPLIN, Court Clerk of County and State aforesaid do hereby certify that the above and foregoing instrument is a true and correct copy of the original.

_as issued to the Sheriff of Pont. Co. & Ada Police Dept._

now on file in my office.
Given under my hand and seal of office at Ada, Okla.
This 19 day of Oct 1984.

Wayne Joplin
Court Clerk, Pontotoc County, Oklahoma

By M. Liger, Deputy

$10,000 REWARD LEADING TO THE ARREST AND CONVICTION OF THE 2 SUSPECTS THAT ROBBED AND ABDUCTED THE CLERK AT MCANALLY'S CONVENIENCE STORE LOCATED AT 2727 ARLINGTON IN ADA OK. ON 4-28-84 BETWEEN 8:30PM AND 8:45PM. THE SUSPECTS LEFT THE STORE TRAVELLING EAST ON HIGHWAY #1.

Victim-
Donna Denice Haraway
White Female age 24
DOB- 8/19/59
Blonde Past shoulder hair
5'5" Tall
WT 110 LBS.







Suspect #1
HT. 6'- 6'2"
White Male
Sandy Brown Hair past collar legnth
Slender Built
Last seen wearing a Blue Tee Shirt, New blue jeans and Tennis Shoes

Suspect #2
HT. 5'8"
White Male
Blonde collar legnth Hair
Muscular Built
Last seen wearing a white athletic jersey, faded blue jeans and Tennis shoes.

SUSPECT VEHICLE - Early 70's model pick-up Grey Primer in color with large wheels on the rear

If anyone has any information on the above suspects or victim they should call the ADA Police Department At (405)-332-4466 or the Olkahoma State Bureau of Investigation At 1-800-522-8017

315