






316

James B. Forrest
D.O.B. 3-8-66

Richard Nault
D.O.B. 7-27-65

Nault

318



Failure to appear for preliminary Hearing.
Date of Arrest: 1-25-81
Age 19, W. Male, Br. Eyes, Br. Hair, 6'0"
165 pounds, D.O.B. 11-5-61
Released: 1-27-81 $2000.00 Bond

NAULT