# EXHIBIT

# 92

HARAWAY CASE

INTERVIEW WITH DOROTHY EDWARDS

DOROTHY LUCYLLE EDWARDS WF DOB 8-11-64 RT.1 BOX 24F
PERRY,OKLA.405-336-3270 SSN/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 WORKS AT
GARBER MINI MART GARBER,OKLA PH/863-2237.DATED KARL
FONTENOT FIRST PART OF MAY 1984.

DET BARRETT TALKED TO DOROTHY EDWARDS BY TELEPHONE ON
11-27-84 AT 8:00PM,WHILE SHE WAS A WORK.SHE SAID SHE
DATED KARL FONTENOT ABOUT THREE OR FOUR TIMES AROUND THE
FIRST OF MAY 1984.SHE SAID THEY WENT RIDING AROUND TWO OR
THREE TIMES AND WENT TO BLUE RIVER ONCE.WHEN THEY WENT
RIDING AROUND THEY WENT IN HER FORD TORINO.WHEN THEY WENT
TO THE RIVER THEY WENT IN JANNETTE'S PICKUP.JANNETTE AND
MIKE ROBERTS,SHE AND KARL AND TOMMY WARD ALL WENT TO THE
RIVER TOGETHER.DOROTHY SAID SHE DATED KARL TWO AND A HALF
OR THREE WEEKS AT THE MOST.SHE SAID ONE OF THE REASONS
SHE STOPPED DATING KARL WAS WHEN HE TOLD HER THAT THE
OSBI HAD CAME AND TALKED TO HIM ABOUT DENISE HARAWAY.SHE
SAID SHE HAD  TALKED TO KARL RIGHT AFTER HE TALKED TO THE
OSBI.KARL TOLD HER HE WAS NOT IN ON IT AND HAD NO
KNOWLEDGE OF IT.DOROTHY DOES NOT REMEMBER IF SHE WAS
DATING KARL ON 4-28-84.SHE DID GO WITH HIM WHILE HE WAS
LIVING WITH JANNETTE.SHE MOVED TO PERRY THE LAST PART OF
MAY 1984.
DOROTHY SAID SHE NEVER SAW KARL OR TOMMY IN A PICKUP
OTHER THAT JANNETTE'S.SHE SAID SHE WENT TO SCHOOL WITH
BRYAN COX,BUT DID'NT KNOW IF HE OWNES A PICKUP.SHE SAID
SHE HAS HEARD OF ODELL TITSWORTH BUT DOES NOT KNOW
HIM.SHE WENT TO SCHOOL AT ADA HIGH WITH HIS SISTER KATHY.
DOROTHY SAID SHE DID NOT KNOW OF A RONALD TISDALE.SHE
SAID SHE DID NOT GO TO ANY PARTIES AT JANNETTE'S.
DOROTHY SAID SHE MET KARL THROUGH JANNETTE WHEN SHE
WORKED AT TACO TICO.SHE SAID HE SEEMED FRIENDLY,HE HAD
HIS OWN PROBLEMS,HIS PARENTS WERE DEAD AND HE WAS STILL
COPEING WITH THAT,HE WAS DOWN BECAUSE HE COULD'NT FIND A
JOB,SHE SAID"HE WAS JUST A SWEET GUY".
DOROTHY SAID SHE WENT TO SCHOOL WITH TOMMY WARD AND
NEVER LIKED HIM.SHE TRIED NOT GO AROUND KARL IF TOMMY WAS
THERE.SHE WAS AROUND HIM THE DAY THEY WENT TO THE RIVER
BUT SHE DID NOT LIKE HIM AT ALL.
                        D.W.BARRETT
                        REPORTING OFFICER
                        11-27-84

261

Dorothy Lucylle Edwards
Rt 1 Box 29F     Perry Okla - 405-336-3270
Dob - 8-11-64    SSN - 442 70 4310
Works at Garber mini mart, Garber, OK 863-2237 -

Det Barrett talked to Dorthy Edwards
on 11-27-84 by telephone. Dorthy was working
at Garber mini mart in Garber Ok.
She said she dated Karl Fontenot about
3 or 4 times around the 1st of May 1984.
She said they went to the river once and
riding around 2 or 3 time during a 2½ week
period. She said one of the reasons she
quit dating Karl was he told her the
OSBI had talked to him about Denise
Haraway - She said she talked to Karl
right after he talked to the OSBI, Karl said
he had no knoledge of the girls disappearance.
Dorthy does not remember if she was dating Karl on
4-28-84 - She did go with him while he was living
at Janette Roberts - She moved to Perry Ok
the last part of May -
Pickup - Tommy or Karl - no -
Didn't see them in Bryan Cox's pickup
Went to school with Bryan but didn't know
he had a pickup -

*Left margin notes:*
Janette + mother & Roberts
Karl & Dot & Tommy - went in Janettes Truck

Went in Dots Ford Torino

-3 wks at most

- was not in on it.