# EXHIBIT

# 93

O:T.BOARDMAN/JAMES

HARAWAY CASE

INTERVIEW WITH JAMES BOARDMAN

JAMES BOARDMAN 501 PRICE ADA OKLA.332-2073 EMPLOYEE OF ADA NEWS.

A FEW DAYS AFTER DENISE HARAWAY DISAPPEARED MR.BOARDMAN CALLED THE POLICE DEPT. AND AVVISED HE WAS AT THE MCANALLY STORE ON ARLINGTON ABOUT 5 PM ON 4-28-84 THERE WERE TWO MEN IN THE STORE THAT IN HIS OPINION WERE ACTING FUNNY.

SUBJ.#1 6 FT.BRN HAIR,BRN SHIRT,BLUE JEANS.
SUBJ.#2 6 FT.BLOND HAIR,BLUE PLAID FLANNEL SHIRT.

HE THOUGHT THEY WERE IN A LIGHT COLORED PICKUP.
BOARDMAN WAS PRETTY SURE DENISE WAS WEARING A BLUE SHORT SLEEVE T SHIRT

AROUND THE FIRST OF NOVEMBER 1984 JAMES BOARDMAN CAME TO THE POLICE DEPT. AND WAS SHOWN A PICTURE LINEUP.BOARDMAN PICKED #1 OUT OF THE WARD FOLDER AND COULD NOT IDENTIFY ANYONE FROM THE FONTENOT AND TITSWORTH FOLDERS. AGENT ROGERS AND LLOYD BOND WERE PRESENT AT THIS LINEUP.

D.W.BARRETT
REPORTING OFFICER

SUPPLEMENT REPORT

E ~~#~~ CR 84-094  DATE —

~~NAME~~ OF ~~VICTIM~~ CALLER  JAMES BOARDMAN

ADDRESS  501 PRICE (EMP. ADA NEWS)

TELEPHONE  332-2073

DATE INCIDENT REPORTED

NARRATIVE SECTION  MR Boardman Advised he went to M<sup>c</sup>Anally's - about 6PM 4-28-84. There were 2 men at the store and in his opinion were acting funny. Subj #1 was 6', Brn hair, Brn shirt, Blue jeans Subj #2 w/m 6' Blond, Blue plaid flannel shirt He thought they were in a light colored p/u Mr Boardman was Pretty Sure ~~Hitchaway~~ them was wearing a Blue Short sleeve T shirt.

Boardman Picked #1 out of wards folder

No ID Fontenot + Titsworth -

REPORTING OFFICER  Al J Barrett  DATE