# EXHIBIT

# 94

4-29-84

3:15 PM..

Guy Keys.. 436-2790

There at 8:25 PM she was behind counter cleaning finger nails. No one else at store. Bill came to $5.01. Wearing jeans..

3:20 PM..

John McKennis 8:05 PM bought pop. man studying at counter. Large guy with full beard. He purchased liter bottle of Pepsi 50¢ - 1.69 + tax. WM 5'11", 195-200  26 30 years old. nothing. Didn't see any other vehicles parked outside..

dark jeans buttoned up shirt.

Guy Key ⊗
436-2790

~~$673.90~~

Missing at.
2030 - 2050

Jim Wilson Holdenville
Cpl Golden - OHP made Arrest
79-80
Robbery in Tecumseh of Convenience Store
10:56 - 4-29-84

50
1.69