# EXHIBIT

# 95

George

I dont know how to start off on this letter But I dont want to Descriminate myself by writting it there is some things I have set down and thought about. I may have sit down too late to think about them. or Even to defend My-self. but I need to know a few answers to a few questions that could help me. or I was a indigant guy going before a Judge to get a Court appointed Lawyer to try and defend or help me in some ways or maybe hurt me in some ways and I dont know what is going on in too many ways and wasting my life sitting up here in this Jail letting the Court and what not take over my life. I have never heard of a Case going on for 8 solid months and 3 more to go. well I have a good feeling why it is taking so long or why you say that the trial is going to be in June or July and here it is June and there is still not a trial date, so now there is something fishy that some one is keeping from me and I want to know what they are. and probably have the right to know or may I put it this way I need, or want to know when you first come to talk to me in person you said some thing that made me write this letter You said( you do know Karl that I can either save your ass from the Big needle in the sky or I can save your ass from it) George I dont know what happend in my mind when you said that

but if you were my Lawyer Trying to help me and turn around and insult me by saying something bad like that to me. that is something like the Detectives tryed to tell me and use it to scare the hell out of me but it didnt work out the way they planned it. like the same with the Damn bones from the East Central University I did not care if Jesus crist or God told them to do it. but there is nothing scaring me now more than ever and also got my Brain twisted up like a Damn pretzill and cant be untwisted. well George I was Just wondering. when you first called, you said ok Karl we have 45 days to get ahold of your witnesses well something is wrong somewhere because I told you where they were living the month before I left to go live with Robert and Joyce Cavino tommys sister, the ones who lived in Bonanza Bruce self, Johnny Duck is his Nicname. hangs around with Bruce all the time and was at the keg party Gordon Calhoun was throwing he moved to California for some national Guards Deal he had to go for. he was there at the keg party then there's Dottie, Edwards but she's going by Roberts now I think she was with me during the week that this was suppose to happen she always [illegible] and came and get me from work at Wendy's she was also with me the week I was getting ready

for the new Job there. the time Danny Barrette also a Dectetive him and mike Baskens Came to Jannettes house and talked to me and mike Roberts he kept trying to get me to come to the ada police Depart next so they could question me is what he said but I told him and kept telling him I had to have a reason to get in his car I had to be at work in 5 minutes so he said thats ok Karl Just Remember if your name is Ever mentioned again he would bang my ass, I didnt promise Baskins I would come in and talk to him and Danny Barrette but I did say if I have time after work I would come talk to him, after work I wasnt thinking after work and forgot to talk to them and never did because I didnt have any reason too. I was Just wondering who mentioned my name in the first place. I dont know yet but rumors told me that Tommy told them where I was living and to come talk to me so they did and thats what they said and talked to me about. ok another thing I cant understand is all the time I was living with mike and Jannette they give me a Birthday card and said I was a nother year older why would they not testify for me as witnesses and turn against me all of a suddon when they heard about me facing these charges, something is wrong there too and I would like to know. another is why they took me out of the court room when

(4)

They were going to listen to one of Tommys statements and let me hear the one that was taken here there must of been something ya didnt what me to here so that will probably help ya to sink my ass too. George some people like the Detectives think I am or have a very small mind and I.Q but I am no Dumb ass and dont know what is going on. but there is one thing that makes me feel Dumb ass and that is why is Every Body Trying to hang my ass and not thinking of helping me some time or another sooner before its too late the thing I cant understand about you being my lawyer is why havent you got ahold of some of my witnesses or looked into any thing I have told you instead of trying to put this shit off until I turn 21 then let them give me the stat of my life, that is why the Judge Jones ask me when was my birth day and how old ami now and nothing Else, I cant understand what my age and Birth day has any thing to do with this case. the charge papers said I am over 18 that is legal age isnt it or I may be wrong about all of this in this ~~little~~ letter but it seems fishy to me about what is going on that I dont know about which is alot of things I dont know about until the trial comes up and then they will let it all be my birth day present (Death penalty)

ok George the time that they said this happen that saturday morning I think I got my hair cut from the same one who cut it now. his name is Ben I think he cut my hair at the Barber on 4th and Broadway at that Barber. I had to be at work when he was cutting my hair so when he got through I asked him if I could use his phone to call in at work at wendys late he said to come in monday so I did after Dectective Danny Barrett and mike Baskens got through talking to me that morning he did let me use his phone plus I liked the way he cut my hair so I paid him with the $5.00 that Tommy's mother give to me then asked him if he had a card I could have incase I wanted to make an appointment to get my hair cut again he give me one so please check and see if he remembers it ok. ok Tommy told me on the way to Vinita that Jannette, daughter Niki Lindsey was comming to see him on sundays he said she sneaks in as his sister they also have been writing each other alot. he also says she has been going over to a friendsof one of the winesses at J.P's and talking to he or she I dont know if this is true or not but he told me and if he tells me any-thing at anytime ever, I am going to tell you ok. if this what he says is true I will know then he is trying to have all my witnesses are on from me and put the crime on me same like he is try-ing to pull me Down on the murder part of

Lose and slip by with Just The Robbery, kidnaping and be on the streets in a few years if he does pull me down George he will come with me because Every Thing he says about me, seems like he will have to prove it, I would like for you George to stop his Scheems, and Games if you Can. but if Things Turn Counter Clockwise I will know Them too I am getting no help from anyone so please help me George I am innocent and I have rights to see it proven Sr. I wished I had The money to pay you to defend me but I am a guy from The streets, poor, and hurting for some-ones help. usually lawyers come and see Their Clients and tell Them what is going on or Their next Court Date appearence. or something of that sort Mr. George I am Calling my sister in law to see if I can Get The money to pay you, you seem to be a good lawyer to me but this Court app-ointed stuff works for Them but not me It hurt me instead of helps me

P.S. please get my witnesses or something George is all I ask.

Karl Allen
Fontenot

George Cont-

I forgot a few more Things. I have found out keeping my mouth shut isnt helping me one Bit at all its Just helping ya do good on ya's Side not a Bit on mine. George I am getting upset and tired of the little Games people are playing on me and no one to stop Them, laying up here in This Solitude Cell Eating, sleeping, reading, and shitting and letting someone Else do all The schemes and talking Games doesnt make me look like I am a dumb asshole because I know what is going on I have been Told By you to keep my mouth shut and play it cool like is Just helping ya destroy my life Thats The way people done me on The Streets for 4 fucking years and I am tired of it Tommy and his friends would smoke 1 fucking Joint or drink one fucking beer with me and think it made a vegetable or a Dumb ass Then ask me to do some Thing like steal some thing and think I dont know what could happen To me if some-one told some alifide stories on me The damn Jail house is where I would go oh. This sending me To Ve-nita for one day was Just To try and take up more time To get Closer To my 21 Birth day To prosecute This innocent guy is Just a bunch of shit Too like The rest I can name off about 4 months That has went to shit and down The drain too for nothing. I am going to name alot of Things That will help me and hope like hell someone helps

(8)

me before the trial comes and its too late when its too late there is no need for help from any one around George when the trial is over I would like an appeal on the case to try and help me some more oh. that Demeu that I signed was another trick too I read it and I know what it meant and said it said the things were true to the best of my knowlege, I dont know if the fucking shit is true or isnt and dont care because I told them any thing like on the video tape Just to get Dany Rogers out of my face and it did get him out of my face I do know this George if I get sent to prison while waiting on an appeal and never did get any help at all in the first trial there probably wont be a second chance for me. I would like to see my innocence proven but I cant do it Being Behind Bars like this.

Witness

1. Jannette Blood Roberts Del City
2. ammy Blood Del City
3. Bruce Self Konawa
4. Johnny (Duck) Konawa
5. Gordon Calhoun anaheim California
6. Joe youngblood
7. Regina youngblood.

These are the people who know I was at Jannettes on 4-28-84

George

I dont know if this is true either but its something Tommy told me on the way to Vinita. he said that the sheriffs or lady cop. I dont know but she works at the county jail that her son told her that he remembers being at Gordons keg party and seeing me there most of the party except when we went to get a bag of pot for the party once that is me Tommy, Brian Cox I was there the rest of the night.

P.S. George I am sorry about the profanity I used in this letter but I am tired and upset about the way things are turning out.

Karl Allen Fontenot

⑩

George

I dont know what anyone Elses feelings are about the way the Case is going right now and I never do know what is going on and never did I Just told you on the phone that I did that was Just another big lil I told you I dont know if your are helping me or not thats how much I know about this shit that is happening to me but I do know that this Trial that is Comming up whenever of it does is Some one Else a Trial that I dont want to go to I dont Even Care to go to Court for anything any more because all I do is sit there like a frog on a lilypad wasting my Energy for some one Else who is suppose to be going to it. me and Tommys friend ship is over now and he is probably thinking of forgetting about me or already has and is putting this off on any one he Can Especially me. you know when it Comes to doing or facing time its time to forget friends too. that is What he has done to me. me like people say I dont know wrong from right is Bullshit Except for one thing I will say I am stupid and dumb for doing and didnt know I was doing it that is Confessing to some thing I didnt do or know anything about. I have had a rough life since 16 years old and it seems like its getting wore out and over with too. It doesnt matter to me is no one believes anything I say to try and prove my innocence any more as long as 2 people know I am thats the man upstairs and me that is all

that matters to me. There is something I have stuck with all my life till the day I die that is I was born a happy person and I will die a happy person because no one can destroy my soul it will stay in heaven because we know I didn't do this crime God and Jesus Christ is the only friends I want to see ever again in my life. I don't want to go to a prison to just eat, sleep, shit, read that is a no mans life if I do get sent to one I will find the quickest and fastest way to kill my self or have some one do it I have been thinking of dying ever since I seen my mother die and I was the only one ever to see her die in my whole family believe me George it really hurt my mind, memory, and me. I can't even remember what I said on that video tape. I don't even know how do a innocent guy pleads to a crime he hasn't involved himself in and has no way to prove his innocence so I guess its just let one live to let one die. to die is the easiest and only thing a man or woman has to do in their life is die and I believe that to. death means nothing to me George because I know I will see it sooner or later and if God says its time for me to go I will go I will never give upon God because he will never give upon me. George this is just my true words and feelings for myselfs life. no one sees me blaming innocent people for this like Tommy. Lying on people isn't my way

(15)

out of things God is my way out because he leads my life not me. he put me here on Earth he will take me away when my time has come. I would plead guilty to this crime but where in the hell will I find a story line to prove it. There isn't one because I am innocent