# EXHIBIT

# 96

OSBI CASE #: _____

OTHER AGENCY #: _____

WITNESS: _____

ADDRESS: _____   CITY: _____

TELEPHONE: _____

TYPE OF CRIME: _____   DATE COMMITTED: 4-28-84

LOCATION OF INTERVIEW: _____   DATE: _____

INTERVIEWING AGENT: _____

WITNESSES PRESENT: _____

DESCRIPTION OF SUSPECT: II

RACE: white   SEX: male   AGE: 22/23

HEIGHT: 5'8"   WEIGHT: _____   muscular arms, narrow waist, larger shoulders

FRAME: SMALL ____   MEDIUM ____ ATHLETIC ✓   LARGE ____

EYES: blue probably   GLASSES: none

HAIR: COLOR: blond   LENGTH: collar length - partially covered ear, neat cut

TEXTURE: medium   STYLE: straight

COMPLEXION: fair

SIDEBURNS: none

SCARS/MARKS: acne scars not real bad

HANDS: (I knew) he was right handed

UNUSUAL CHARACTERISTICS: _____

SPEECH PATTERN: _____   ACCENT: Okla

QUOTE: "_____"

TEETH: straight - white - had all his teeth (apparently)

BREATH: ?

JEWELRY: ? wristwatch?

CLOTHING:

SHIRT: athletic white jersey tee shirt   SHOES: tennis shoes, nike wht/blue

TROUSERS: faded blue jeans   BELT: none

OTHER: neat clothing

OSBI CASE #: _____

OTHER AGENCY #: _____

WITNESS: Earl Eugene Whelchel   wm-10-6-45-

ADDRESS: Rt 4 box 306 Ada.   CITY: Mc Anally's Store, Ada. Okla

TELEPHONE: _____

TYPE OF CRIME: _____   DATE COMMITTED: 4-28-84 — 842 pm / 845 pm

LOCATION OF INTERVIEW: Ada P.D.   DATE: 4-30-84

INTERVIEWING AGENT: J Ratt

WITNESSES PRESENT: _____

(I.D. similarity to Karen's suspect #2.)

DESCRIPTION OF SUSPECT:

RACE: white   SEX: male   AGE: 20/25

HEIGHT: 5'8   WEIGHT: 150

FRAME: SMALL ___ MEDIUM athletic ___ LARGE ___

EYES: _____   GLASSES: none

HAIR: COLOR: blond   LENGTH: partially covered ears
       TEXTURE: thick   STYLE: straight (possibly down mid)

COMPLEXION: fair

SIDEBURNS: none

SCARS/MARKS: undetermined

HANDS: probably right

UNUSUAL CHARACTERISTICS: _____

SPEECH PATTERN: undetermined   ACCENT: _____

QUOTE: "_____"

TEETH: ? undetermined

BREATH: _____

JEWELRY: undetermined

CLOTHING:
SHIRT: lt color tee shirt probably   SHOES: ?
TROUSERS: lt pants - faded jeans or western color   BELT: ?
OTHER: neat looking guy

## ADA, OKLAHOMA—POLICE DEPARTMENT
## OFFENSE REPORT

Complaint: Gene Whelchel  Case No. _____
Address: RT #4 Box 306  Phone: 332-2955
Offense: Robbery & Abduction  Place of Occurance: McAnelly's 2222 Arlington
Report received by: Unit 27 at 2050 M. Date: _____, 19___. How reported: Disp
Date and time offense committed: 4-28-84 Between 730 & 815  Officer Assigned: Phillips
Time of investigation: 2100 M. Date: 4-28-84
Suspects and/or persons arrested: None

**DETAIL OF OFFENSE** (State fully all other circumstances of this offense and its investigation)

Recived a report from the above Person That he walked into McAnelly's on Arlington and The Attend was gone. After investigation found That The Person That was working was a Donna Denice Haraway her Purse and her keys and her Car was at The Store. Lennie Timmons & Gene Whelchel found that she was missing. The Register was open $167.00 Dollars was missing

older chev P.U. Gray or Silver was seen leaving The store.

Signature of Officer: Phillips  Date: 4-28-__