# EXHIBIT

# 99

SUPPLEMENT REPORT

CASE# CR 84-094        DATE 5-3-84

NAME OF ~~VICTIM~~ WITNESS    DAVID WATTS

ADDRESS  821½ E 7th

TELEPHONE  332-7871

DATE INCIDENT REPORTED  4-28-84

NARRATIVE SECTION  David said he got off work 4-28-84 when Denise came in at 2:30PM he advised he thought she had on a gray jogging jacket with a hood, blue jeans white T. shoes David said he thought she may have had a pink shirt on under the jacket but he was not sure.
David said he did not know of any trouble she had with anyone.
She never said anything about anything unusual

REPORTING OFFICER  W.W. Barrett    DATE  5-23-84

018

HARAWAY CASE

INTERVIEW WITH STEVE BROWN REF MIKE TAYLOR

STEVE BROWN WM 22 DOB/7-27-62 715 E.17TH ADA,OKLA.NO PHONE,WORKS DUTCH'S GROCERY ON 14TH ST.PH.332-1385,STEVE IS MIKE TAYLOR'S FIRST COUSIN.STEVE AND MIKE LIVED TOGETHER AT 716 E.7TH BEFORE THEIR GRANDMOTHER DIED.STEVES MOTHER IS BRENDA BLANCHARD TUPELO OK.485-2347 MIKE TAYLOR'S MOTHER IS ANN WOOD(MRS.JOE WOOD)IN MOORE OK.

STEVE BROWN WAS CONTACTED BY DET.BARRETT WHILE TRYING TO FIND MIKE TAYLOR.STEVE BROWN ADVISED THE FOLLOWING:
BROWN WAS AT THE MCANALLY'S STORE ABOUT 7:00PM ON 4-28-84.HE WENT IN TO BUY SOMETHING AND BACK OUT AGAIN. DENISE HARAWAY WAS THE ONLY ONE IN THE STORE.HE KNEW HER,BUT NOT PERSONALLY,HE GRADGUATED HIGH SCHOOL WITH DENISE'S SISTER JANET.THERE WERE NO OTHER VEHICLES AT THE STORE AT THE TIME.
STEVE AND MIKE'S GRANDMOTHER WENT TO THE HOSPITIAL ON THE MORNING OF APRIL 29TH 1984.THAT EVENING STEVE WAS AT THE HOSPITIAL UNTIL ABOUT 8:00PM.STEVE LEFT THE HOSPITIAL AND WENT HOME (716 E.7TH).WHEN HE ARRIVED THERE WAS A PARTY IN PROGRESS.THERE WAS SEVERAL PEOPLE THERE,BUT THE ONLY ONES HE CAN REMEMBER IS DAVID THURMAN,NEIL SUMMERS AND MIKE TAYLOR.STEVE LEFT AND WENT TO RICHARD JOPLIN'S TO SPEND THE NIGHT.THE NEXT DAY STEVE AND HIS MOTHER WENT TO THE HOUSE AND CLEANED IT UP.STEVE SAID HE HEARD THERE WAS A COUPLE OF FIGHTS AT THE PARTY,BUT HE DID'NT SEE ANY BLOOD OR HAIR WHEN HE CLEANED UP.
STEVE SAID HE DOSE NOT KNOW TOMMY WARD OR KARL FONTENOT.

D.W.BARRETT
REPORTING OFFICER
11-20-84

019