# EXHIBIT

# 100

HARAWAY CASE

INTERVIEW WITH JIMMY SIMPSON

JIMMY SIMPSON WM 23 713 E.7TH ADA,OKLA.332-2965
WORKS FOR B.C.BUILDERS NORTH OF ADA.

JIMMY SIMPSON SAID HE WENT TO MCANALLY'S ON ARLINGTON SOMETIME AROUND THE TIME THAT DENISE HARAWAY DISAPPEARED. JIMMY COULD NOT RECALL IF THIS WAS THE SAME NIGHT OR NOT. JIMMY SAID THE EVENING HE WAS THERE HE GOT THERE JUST AFTER DARK.JIMMY PARKED TEN OR FIFTEEN FEET WEST OF THE ICE BOX.JIMMY WENT INTO THE STORE AND THERE WAS NO ONE THERE.JIMMY WENT TO THE POP BOX AND GOT A COKE AND WALKED BACK TO THE COUNTER.JIMMY THEN WALKED TO THE BACK OF THE STORE TO THE DOOR GOING TO THE BACK ROOM AND SAID"THERE IS SOMEONE UP FRONT".NO ONE EVER CAME OUT OF THE BACK ROOM SO JIMMY LEFT THE STORE.
THERE WAS A CAR,POSSIABLY A GM W/GR.,AT THE GAS PUMPS WITH THREE OR FOUR PEOPLE AROUND IT.THERE WAS A PICKUP ON THE EAST SIDE OF THE STORE WITH A MAN IN THE DRIVER SIDE AND A WOMAN NEXT TO HIM.IT WAS DARK AND JIMMY COULD NOT IDENTIFY THEM.JIMMY DID NOT SEE A CAR ON THE EAST SIDE OF THE BUILDING(HARAWAY'S VEHICLE).JIMMY SAW A MAN STANDING OUTSIDE THE STORE AS HE WANT IN HE THOUGHT WAS ODELL TITSWORTH.JIMMY HAD GONE TO SCHOOL WITH TITSWORTH AT BYNG SEVERAL YEARS EARLIER.JIMMY WAS UNABLE TO PICK TITSWORTH OUT OF A PICTURE LINEUP.
CONCLUSION:JIMMY MAY HAVE CAME TO THE STORE DURING THE TIME GENE WELCHEL AND HIS NEPHEWS WERE WAITING FOR THE POLICE AT ARRIVE AFTER THE CRIME WAS COMMITTED.

                                        D.W.BARRETT
                                        REPORTING OFFIER