# EXHIBIT

# 101

HARAWAY CASE
TELEPHONE INTERVIEW WITH DUNEY ALFORD

ON 11-28-84, I TALKED WITH DUNEY ALFORD BY TELEPHONE ABOUT THE HARAWAY CASE. DUNEY SAID THAT ON THE DAY SHE WAS TAKEN, HE HAD WENT TO MCANALLEY'S TO GET SOME SOAP. HE PULLED UP TO THE FRONT OF THE STORE AND GOT OUT AND WENT INSIDE. HE SAID THERE WAS A GUY STANDING BY THE FRONT DOOR ON THE INSIDE OF THE STORE. DUNEY SPOKE TO HIM BUT THE GUY DID NOT SPEAK BACK. DUNEY SAID ABOUT THE ONLY THING HE REMEMBERS ABOUT THE GUY WAS THAT HE WAS DARK HAIRED, KIND OF SLICK DOWNED, AND THAT HIS HAIR WAS PARTED ON THE SIDE. DUNEY SAID THAT WHEN HE WALKED OUTSIDE THE STORE HE NOTICED A PICKUP PARKED ON THE OUTSIDE OF THE STORE, AND THAT HE REMEMBERS THAT IT WAS A CHALKY GRAY COLORED. HE SAID THAT HE KNOWS DONNA HARAWAY BECAUSE HE SHOPPED AT THE STORE AND SHE WORKED THERE. DUNEY SAID AS FOR AS HE CAN REMEMBER DONNA HARAWAY WAS WEARING BLUE JEANS AND A LIGHT BLUE PULL OVER BLOUSE THAT DAY. ---------------

SGT JAMES D. FOX
11-28-84

DUNEY ALFORD
2729 ARLINGTON, ADA
332-7757
DOB: 12-22-24