# EXHIBIT

# 102

HARAWAY CASE

INTERVIEW OF JIM MOYER

On 4-30-84, JAMES MOYER, 704 E. 12th, Ada, OK, work telephone number 332-6607, was interviewed by Detective Danny Barrett. MOYER advised he went to McAnally's at 7:30 pm, Saturday, 4-28-84. A pickup pulled in faceing the building between the door and the ice machine. A dark haired guy came in the store first, then a blond haired guy came in later. MOYER left approximately one minute after they came in. The pickup was about a 67-69 Chevrolet, light gray, rough looking. MOYER glanced at the tag but cannot remember it. The pickup may have had a trailer hitch on it.

D.W. BARRETT
REPORTING OFFICER

HARAWAY CASE

INTERVIEW WITH JIM MOYER

ON 11-6-84 DETS BARRETT AND FOX WENT TO MARTINS PHILLIP 66 STATION ON ARLINGTON AND TALKED TO JIM MOYER. MR. MOYER SAID HE WENT TO MCANALLYS ON ARLINGTON ABOUT 7:30 PM ON 4-28-84. MOYER SAID THERE WAS A DARK HAIRED MALE AT THE BACK OF THE STORE, BUT HE DID NOT GET A VERY GOOD LOOK AT HIM. WHILE MOYER WAS AT THE COUNTER TALKING WITH DENISE HARAWAY A SECOND MALE CAME IN THE DOOR AND WALKED PAST HIM. THIS PERSON HE DESCRIBED AS BEING BLOND HEADED AND OF AVERAGE HEIGHT AND WEIGHT. MOYER SAID HE STAYED IN THE STORE ONLY A MINUTE OR TWO AFTER THE SECOND SUBJ. CAME IN. AS HE WAS LEAVING HE SAW A PICKUP PARKED INTO THE CURB FACEING THE STORE. HE ONLY KNEW IT WAS PRIOR TO A 1971 MODEL AND WAS A FORD OR A CHEVY. MOYER LOOKED AT THE PICTURE LINEUPS AND SAID THE PICTURES THAT MOST RESEMBLED THE MEN HE SAW WAS #1 IN THE WARD FOLDER AND #2 IN THE TITSWORTH FOLDER.

                                      D.W. BARRETT
                                      REPORTING OFFICER

Haraway Case                               DATE 11-6-84

NAME  Jim Moyer
ADDRESS  Arlington Phillips 66 Sta.
TELEPHONE#
DATE INCIDENT REPORTED

NARRATIVE  On 11-6-84 Dets Barrett and Fox went to Martins Phillips 66 Station on Arlington and talked with Jim Moyer. Mr. Moyer said he went into McAnallys on Arlington about 7:30 PM on 4-28-84. Moyer said there was a dark haired male at the back of the store but he did not get a very good look at him. While Moyer was at the counter talking to Denise Haraway a second male came in the door and walked past him. This person he described as being blond headed, average height & weight. Moyer said he stayed in the store only a minute or two after the second subj. came in. As he was leaving he saw a pickup parked straight into the curb in front of the store. The pickup was facing the store. Moyer looked at the line ups and said the people he saw looked more like picture #1 in Wards folder and picture #2 in the Titsworth folder.

REPORTING OFFICER  DW Barrett    DATE 11-6-84    TIME