# EXHIBIT

# 103

HARAWAY CASE

TELEPHONE INTERVIEW WITH CARIE MCCLURE

    CARIE MCCLURE SAID SHE THINKS SHE WAS IN THE STORE BETWEEN 8:00 AND 8:30PM. SHE WAS THE ONLY ONE IN THE STORE WITH DENISE HARAWAY. CARIE SAID SHE HAD STOPPED AT THE STORE TO GET MILK AND COOKIE FOR HER KIDS. SHE REMEMBERS DENISE WORKING THAT EVENING BECAUSE SHE HAD NOTICED THE DENISE HAD CUT HER HAIR. CARIE SAID SHE AND DENISE TALKED FOR A WHILE AND THEN SHE LEFT THE STORE. SHE KNOWS DENISE BECAUSE SHE SHOPPED AT THE STORE. CARIE SAID SHE THINKS SHE REMEMBERS AN OLD BEAT UP CAR PARKED OUTSIDE WHEN SHE LEFT THE STORE, SHE THINKS THERE WAS A COUPLE IN THE CAR WITH SOME KIDS AND SHE THINKS THEY WERE EATING SOMETHING.

                                                    SGT JAMES D. FOX
                                                    11-28-84

CARIE MCCLURE
3125 GAY DRIVE, ADA
PH.#436-0859

---