IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

KARL FONTENOT,

        Plaintiff,

v.

HECTOR RIOS, *et al.*

        Defendants.

**Case No.: 16-CV-00069-JHP-KEW**

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for **Joe Allbaugh, as interim director of the Oklahoma Department of Corrections**. I certify that I am admitted to practice in this Court and I am registered to file documents electronically with this Court.

    Respectfully submitted,

s/ Kevin L. McClure
Kevin L. McClure, OBA #12767
Assistant Attorney General
Oklahoma Attorney General's
Office Litigation Section
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Tele: (405) 521-3921
Fax: (405) 521-4518
kevin.mcclure@oag.ok.gov

6:16-cv-00069-JHP   Document 129   Filed in ED/OK on 03/27/19   Page 2 of 2

~ 2 ~

## CERTIFICATE OF SERVICE

     I hereby certify that on this 27th day March 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further that a true and correct copy of the foregoing document was sent via ECF System to the following who are ECF registrants:

| | |
|---|---|
| Tiffany R. Murphy | Robert Ridenour |
| Attorney at Law | Federal Public Defender - Muskogee |
| 790 N. Cliffside Dr | 627 W. Broadway |
| Fayetteville, AR 72701 | Muskogee, OK 74401-6220 |

                                              /s/ Kevin L. McClure
                                              Kevin L. McClure