IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____

KARL FONTENOT,

       Petitioner,

v.

JOE ALLBAUGH, WARDEN,

       Respondent.

_____

CIVIL ACTION
6:16-cv-00069-JHP

_____

### EXHIBIT 98 TO SECOND AMENDED PETITION
### FOR WRIT OF HABEAS CORPUS
_____

Tiffany R. Murphy
Attorney at Law
Arkansas Bar No. 2015057
790 N. Cliffside Drive
Fayetteville, AR 72701
(479) 575-4573

Robert Ridenour
Assistant Federal Defender
OBA #16038
One West Third Street, Ste. 1225
Tulsa, OK  74103
(918) 581-7656

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Oklahoma by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: /S/ *Tiffany R. Murphy*
TIFFANY R. MURPHY