# EXHIBIT

# 9:

I am George Butner, and I was trial counsel for Mr. Fontenot. I have reviewed the undated 12 page handwritten letter provided to me by Mr. Fontenot's current defense attorneys. It was apparently written from the Pontotoc County Jail where Karl Fontenot was housed during the pendency of the trial proceedings. While I was a defense attorney, my clients sometimes communicated through mail to me, and this appears to be consistent with that type of "jail house" letter. I am aware that the letter was produced by the Ada Police Department to the attorneys of Tommy Ward as part of his state post-conviction proceedings. I do not recall seeing this letter. I did not give it to the Ada Police Department. I do not know how it came to be in the possession of the Ada Police Department. I am aware that Terry J. Hull, the attorney who handled Mr. Fontenot's appeal after my representation has reviewed the letter and has stated that it was not contained in my file. I agree with her. While there are some facts in the letter that I was aware of, there was several facts that I had no knowledge of at the time I represented Mr. Fontenot. I believe that the information contained in this letter would have been beneficial to my defense of Mr. Fontenot.

*[signature]*

Honorable Judge George Butner, Retired Judge.

Dated: 3/28/19