UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| KARL FONTENOT, | ) | | |
| | ) | | |
| Petitioner, | ) | Case No. | CIV-16-69-JHP |
| | ) | | |
| vs. | ) | Date: | 4/2/2019 |
| | ) | | |
| JOE ALLBAUGH, Warden, | ) | Time: | 10:07 a.m. – 10:31 a.m. |
| | ) | | |
| Respondent. | ) | | |

## MINUTE SHEET – TELEPHONIC STATUS CONFERENCE

Steven P. Shreder, Judge        Kara Davis, Law Clerk        Karla McWhorter, Reporter
                                Nick Davis, Deputy Clerk     Chambers, Rm 425

Counsel for Petitioner:   Tiffany R. Murphy and Robert Ridenour, appearing by telephone
Counsel for Respondent: Matthew D. Haire, Kevin L. McClure, and Theodore M. Peeper appearing by telephone

**MINUTES:**
Comes on for hearing on Respondent's Agreed Motion for Status Conference for April 9, 2019, Hearing (Dkt. Entry #127). Discussions held concerning upcoming April 9, 2019 hearing on Petitioner's Motion for Sanctions (Dkt Entry #114) and on Respondent's Motion to Quash Subpoena (Dkt. Entry #125).

**ENTERING ORDER:**
The Motion to Quash (Dkt. Entry #125) is GRANTED at this time, subject to Petitioner reissuing subpoena if Court deems necessary following hearing on Motion for Sanctions.

COURT ADJOURNED