## OKLAHOMA ATTORNEY GENERAL'S OFFICE

Page <u>1</u> of <u>3</u>

TITLE OF REPORT:   <u>Interview of Ferlin Wayne Traylor</u>

Ferlin Wayne Traylor, white male, Date of Birth August 30, 1956, was advised of the identity of the interviewing Agents, and that the nature of the interview concerned information relating to the murder of a female in 1984.   Traylor was interviewed on February 28, 2019, at his residence, 4901 3765 Road, Allen, Oklahoma 74825, home telephone number of 580-892-3000 and a cellular telephone number of 405-221-3850. Also present during the interview was Chief Investigator Brett Macy.   Traylor received a BS in Biology and Chemistry in 1991, from East Central University in Ada.   Traylor now does oil field consulting and ranches his own acreages.   Traylor provided the following information:

Traylor works out at the Chickasaw Nation Wellness Center in Ada, Oklahoma.   Through working out, Traylor became associated with Chris Ross, a retired District Attorney, and has known him for over a year.   In early December 2018, while working out, Traylor was on the same piece of equipment with Ross.   Traylor noticed that Ross looked disturbed and questioned Ross about what was bothering him.   Ross explained that Netflix had recently aired a documentary on a murder case in Ada, which happened in 1984, and that the documentary did not paint a good picture of him or the investigation.   Traylor told Ross not to worry, they (law enforcement) had the right guys in custody.   Traylor was so sure that the two men in custody had done the crime that he would give the two men the death penalty.

(Since the conversation with Ross in December 2018, Traylor was involved in a head on collision which caused him and the other party to be Medflighted out, via a helicopter, and taken to OU Health Center in Oklahoma City on January 9, 2019. Traylor suffered two broken legs with additional injuries. Traylor spent several days in the hospital.   The accident occurred between Ada and Allen.)

 Traylor further explained that two or three days before the female clerk disappeared from the Convenience Store, (CS) he stopped in that CS to purchase a "pop" right around closing time, 10:00-10:30 PM.   (Traylor said back then CS's closed for the night).   Traylor stopped at this CS because it was the only CS on the east side of Ada.   The store is now an artificial limb and brace store.   The outside looks the same today as it did in 1984.   Traylor cannot remember where he had been that night, perhaps to visit family on that side of Ada.   Traylor said he had not been to a bar; he was headed back home.   Traylor lived between Calvin and Holdenville.   At that time, in 1984, Traylor worked in the oil field.

Traylor pulled into the CS's parking lot and parked next to the only other vehicle in the parking lot.   Traylor believed this was a newer model, two toned Chevrolet pick-up truck.

Case Number:  <u>FHC-17-242</u>  Location Occurred:  <u>ALLEN, OKLAHOMA</u>  Report  Number:  _____

Offense:  <u>MURDER</u>  Victim:  <u>DONNA HARAWAY</u>  Case Agent:  <u>SAMUELS</u>

Unit:  CRIMINAL <u>APPEALS</u>  Report Date: <u>03/01/19</u>  Approved by: *[signature]*  <u>3|7|19</u>

This document contains neither recommendations nor conclusions of the OAG.  It is the property of the OAG and is loaned to your content are not to be distributed outside your agency.



EXHIBIT

21

Traylor observed a dark headed white male sitting in the driver's seat.  The pick-up truck was just to Traylor's right (the west), only a few feet away.

Traylor entered the CS, with his wife still in their car parked beside the pick-up truck. Traylor walked past the CS's clerk, a young white female with dark hair and a medium complexion around 5'2" to 5'3' in height, "or maybe a little taller".  She looked at Traylor. Traylor thought to himself that the female clerk looked scared.  Traylor went to his right, the west side of the CS, and approached the refrigerated cases which contained the pop. Traylor noticed another individual in the CS described as a white male with dark hair with an average build.  This individual was in the middle of the store by the south wall.  As Traylor walked to the refrigerated cases containing the pop, the other individual walked away from Traylor.

Traylor got his pop and walked back toward the female clerk.  When he approached the female clerk to pay, she said "please don't leave me."  Traylor asked her to repeat herself and she again said "please don't leave me."  Now the female clerk was shaking and started to cry.  Traylor asked the female clerk why she did not want him to leave.  The female clerk said she thinks they are trying to take her.  Traylor asked her why she thought that.  The female clerk replied that they, (the two men) had been in the store and would not buy anything and wouldn't leave.  The female clerk was talking loud enough for the other individual in the CS to hear what was being said.  The other individual began walking to exit the store.  The individual went out of his way not to walk by Traylor, exited the CS, and got into the passenger side of the parked pick-up truck.

Traylor was now concerned for his wife's safety.  The two white males in the pick-up truck were just feet away from Traylor's wife in their car.   Traylor went outside and got his wife out of their car to stay with him inside the CS.

Traylor now moved to the CS's entrance on the north side of the store and started to watch the two white males in the pick-up truck.  Traylor said they were around ten feet away. Traylor stared directly into the two men's face.  After staring at the two men for a few minutes the pick-up truck backed out of the CS's parking lot.  Traylor believed that the two white males were debating whether they could "get away with it or if they should leave".  Traylor cannot remember which direction the pick-up truck went.  Traylor believes the two men in the pick-up truck were young, between 20 and 30 years of age.  Traylor never saw the driver outside of the pick-up truck.

The female clerk put the cash register money in a bag, locked the doors and left for the night.  Traylor said he and his wife stayed less than 15 minutes with the female clerk. Traylor followed the female clerk to her car, which was parked on the east end of the parking lot.  Traylor does not remember what kind of car the female clerk was driving. After the female clerk got in her car and left, Traylor and his wife left the parking lot. Sometime in Traylor's conversation with the female clerk that night, she told Traylor she had called the police.  The police never showed up to the CS while Traylor was there that night.

Two or three days later, the disappearance of the female clerk was all over the news and in the newspaper.   Traylor said it was a big deal; that kind of thing did not happen in Ada. The newspaper ran an artist sketch of who was believed to be the key suspects to the female clerk's disappearance.   Traylor said he could tell nothing from the artist sketch. The newspaper later ran photos of two white males who were now believed to be responsible for the female clerk's disappearance.   When Traylor saw the photos in the newspaper, he knew law enforcement had the correct individual's responsible for the disappearance of the CS's female clerk.   He knew these two individuals were the two men he had seen at the CS two or three nights before the female clerk went missing.

Traylor said he remembers this incident so well because he realized that he gave the CS's female clerk two or three more days of life.

Traylor has never read any books or publications concerning this matter; nor has he followed this matter throughout the years.   Traylor had no idea Netflix aired a documentary concerning this matter.   Traylor has never viewed the Netflix documentary.

Traylor is aware that an individual named Kenny Last Name Unknown (LNU), who worked at a horse race track in Ada, had been bragged to about the crime from the two individuals charged for the crime.   Kenny was handicapped; he had a withered arm.   Kenny's son might have also been bragged to about the crime.

Traylor said his wife only remembers being at the CS.