## EXHIBIT LIST

**Response to Respondent's Motion and Brief to Dismiss**

1) Oklahoma Court of Criminal Appeals Order in Moore v. State affirming denial of subsequent application for post-conviction relief filed 10-12-18.

2) Moore v. Newton-Embry, CIV-09-985-C (WD OK) Petitioner's Second Post-Remand Motion to Lift Stay and Excuse Exhaustion filed 3-23-18.

3) Moore v. Newton-Embry, CIV-09-985-C (WD OK) Respondent's Limited Answer on The Issue of Exhaustion filed 1-20-12.

4) Moore v. Newton-Embry, CIV-09-985-C (WD OK) Order 10-28-11.

5) January 6, 2014, Letter from Ada Police Officer Jeff Crosby to Pontotoc County District Judge Thomas Landrith.

6) March 17, 2017, Letter from Ada City Attorney to Mr. Fontenot's counsel.