IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KARL FONTENOT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 16-CV-69-JHP |
| | ) |
| JOE ALLBAUGH, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

This matter came before the Court upon Petitioner's 28 U.S.C. § 2254 Second Amended Petition for Writ of Habeas Corpus. In an Opinion and Order filed August 21, 2019, the Court granted the petition.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Petitioner and against Respondent.

DATED this 27th day of August, 2019.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma