# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KARL FONTENOT,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-16-069-JHP-KEW |
| | ) |
| **SCOTT CROW, Interim Director,**[1] | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Respondent, Scott Crow, Interim Director of the Oklahoma Department of Corrections, in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on August 27, 2019.

Respectfully submitted,

September 13, 2019

**MIKE HUNTER**
**ATTORNEY GENERAL OF OKLAHOMA**

s/ MATTHEW D. HAIRE
**MATTHEW D. HAIRE, OBA #14916**
**ASSISTANT ATTORNEY GENERAL**

313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
(405) 522-4534 Fax
Service email: fhc.docket@oag.ok.gov

---

[1] Scott Crow has replaced Joe Allbaugh as Interim Director of the Oklahoma Department of Corrections.

        **s/ THEODORE M. PEEPER**
        **THEODORE M. PEEPER, OBA #19909**
        **ASSISTANT ATTORNEY GENERAL**

        313 N.E. 21st Street
        Oklahoma City, OK 73105
        (405) 521-3921
        (405) 522-4534 (Fax)

        **Service email:** fhc.docket@oag.ok.gov
        **ATTORNEYS FOR RESPONDENT**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of September, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert Ridenour, OBA # 16038
Assistant Federal Defender
One West Third Street, Ste. 1225
Tulsa, OK 74103

Tiffany R. Murphy, Arkansas Bar # 2015057
790 N. Cliffside Drive
Fayetteville, AR 72701

        **s/ MATTHEW D. HAIRE**
        **s/ THEODORE M. PEEPER**