# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KARL FONTENOT, | ) | |
| | ) | |
| Appellee/Petitioner, | ) | Eastern District of Oklahoma |
| | ) | No. CIV-16-069-JHP |
| vs. | ) | |
| | ) | Tenth Circuit Court of Appeals |
| SCOTT CROW, Interim Director,[1] | ) | No. 19-7045 |
| | ) | |
| Appellant/Respondent. | ) | |

## DESIGNATION OF RECORD ON APPEAL

COMES NOW the Respondent, Scott Crow, by and through Matthew D. Haire and Theodore M. Peeper, Assistants Attorney General as representatives of the State of Oklahoma, pursuant to the Order of the Tenth Circuit Court of Appeals on September 27, 2019, and designates the record in the above-styled case. Respondent designates as the record on appeal in the pending appeal before the Tenth Circuit Court of Appeals the <u>entire</u> record – pleadings, files, papers, and transcripts of whatever nature relating to this case – that were before the district court or in the possession of the district court clerk. Respondent excludes from the record on appeal only those items specifically identified, by crossing out the number, on the attached district court docket sheet (Attachment 1).[2]

---

[1] Scott Crow has replaced Joe Allbaugh as Interim Director of the Oklahoma Department of Corrections and is thus substituted as the Respondent pursuant to Fed. R. Civ. P. 25(d).

[2] A number of sealed items are in the record, and Respondent knows that some of those items are subpoenas. *See, e.g.,* Doc. 63-1, p. 4 and n.6 (noting Respondent's knowledge of several subpoenas sealed by the court in February, 2017). Respondent, however, has no way of knowing which sealed documents contain subpoenas or what the other sealed items are, despite his belief they are not all subpoenas. Respondent recognizes 10th Cir. R. 10.4(E) and would not knowingly designate items

1

Respondent designates no material outside the district court record.

    Respectfully submitted,

    **MIKE HUNTER**
    **ATTORNEY GENERAL OF OKLAHOMA**

    <u>**s/ MATTHEW D. HAIRE**</u>
    **MATTHEW D. HAIRE, OBA #14916**
    **ASSISTANT ATTORNEY GENERAL**

    313 NE 21st Street
    Oklahoma City, OK 73105
    (405) 521-3921
    (405) 522-4534 Fax
    Service email:   fhc.docket@oag.ok.gov

    <u>**s/ THEODORE M. PEEPER**</u>
    **THEODORE M. PEEPER, O.B.A. #19909**
    **ASSISTANT ATTORNEY GENERAL**

    313 N.E. 21st Street
    Oklahoma City, OK 73105
    (405) 521-3921
    (405) 522-4534 (Fax)

    Service email: fhc.docket@oag.state.ok.us

    **Counsel for: Appellant/Respondent**

---

normally excluded by the Rule. But, in light of the broad nature of the court's "actual innocence" inquiry, Respondent will designate those sealed documents because he does not know what they contain and because he must ensure the Tenth Circuit has everything it needs to make its decision. *See* 10th Cir. R. 10.4(A) ("Counsel must designate a record on appeal or prepare an appendix that is sufficient for considering and deciding the appellate issues.")

2

## **CERTIFICATE OF SERVICE**

**X**      I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on the 11th day of October, 2019.

Robert Ridenour, OBA # 16038
Assistant Federal Defender
One West Third Street, Ste. 1225
Tulsa, OK 74103

Tiffany R. Murphy, Arkansas Bar # 2015057
790 N. Cliffside Drive
Fayetteville, AR 72701

**s/ MATTHEW D. HAIRE**
**s/ THEODORE M. PEEPER**
