FILED
United States Court of Appeals
Tenth Circuit

October 23, 2019

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

KARL FONTENOT,

    Petitioner - Appellee,

v.

SCOTT CROW, Interim Director,

    Respondent - Appellant.

No. 19-7045

_____

## ORDER
_____

This matter is before the court on Appellant's *Motion for Extension of Time to File Designation of Record*. Upon consideration, the motion is granted. The designation of record is now due November 5, 2019. Counsel is reminded that every motion must contain a statement of the opposing party's position on the relief requested. *See* 10th Cir. R. 27.1.


    Entered for the Court
    ELISABETH A. SHUMAKER, Clerk

    by: Lindy Lucero Schaible
        Counsel to the Clerk