

PATRICK KEANEY  
U.S. COURT CLERK

TELEPHONE  
(918) 684-7920

## United States District Court
Eastern District of Oklahoma  
P.O. Box 607  
Muskogee, Oklahoma 74402

November 20, 2019

Clerk, U.S. Court of Appeals  
For the Tenth Circuit

**RECORD ON APPEAL**

District Court Case:   6:16-cv-069-JHP

Circuit Appeal No.   19-7045

    The Record on Appeal is being transmitted via e-mail this date.  The following sets out the contents of each volume.

    Volume 1:   Pleadings 1, 2, 3, 4, 17, 18, 23, 24, 29, 35, 36, 37, 38, 42, 43, 44, 49, 53, 63, 64, 66, 69, 71, 72, 73, 74 and 77;

    Volumes 2 through Volume 28:  Pleadings 78, 79, 80, 81, 82, 83, 84 and 85, with attachments;

    Volume 29:   Pleadings 86, 96, 98, 99, 105, 106, 107, 109, 111, 114, 116, 117, 118, 119 and 120;

    Volume 30:   Pleadings 123 and 124;

    Volume 31:   Pleadings 125, 132, 134, 135, 136, 137, 138, 140, 141, 142, 143, 146, 147, 148, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 164, 165, 166, 167, 170, 171, 173, 174 and 175;

Volumes 32 through Volume 39: Restricted State Court Records-Pleading 113, with attachments;

Volumes 40 through Volume 43:  Restricted State Court Transcripts–Pleading 149, with attachments

Thank you very much.

                    Sincerely,

                    PATRICK KEANEY, Clerk

                    /s/ J. Brown
                    Deputy Clerk

PK/jcb
Enc.