FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

August 16, 2021

Christopher M. Wolpert
Clerk of Court

───────────────────────────────

KARL FONTENOT,

    Petitioner - Appellee,

v.

SCOTT CROW, Interim Director,

    Respondent - Appellant.

No. 19-7045
(D.C. No. 6:16-CV-00069-JHP)
(E.D. Okla.)

───────────────────────────────

**ORDER**

───────────────────────────────

Before **McHUGH**, **EBEL**, and **EID**, Circuit Judges.

───────────────────────────────

This matter is before the court on Appellee's *Unopposed Motion for Continuance to Respond to Appellant's Petition for Rehearing and Request for En Banc Consideration*. The motion is granted. The response shall be filed by September 1, 2021.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk